Local Form 1007

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

In re:

**Hypervibe, Inc.**

Debtor(s).

Chapter **7**

Case No. _____

## PAYMENT ADVICE COVER SHEET

*Please check the appropriate box*

**For Debtor:**

☐ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☑ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). **Debtor is corporation**

**For Joint Debtor, if applicable:**

☐ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). ____

Dated: **November 10, 2020**

**/s/ Paul G. Swanson**
**Paul G. Swanson 1007861**
Attorney for Debtor
**STEINHILBER SWANSON LLP**
**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690**
**pswanson@steinhilberswanson.com**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    1    Best Case Bankruptcy

Case 20-27367-gmh    Doc 4    Filed 11/10/20    Page 1 of 1