Debtor name **Hypervibe, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **20-27367**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**A.j. Berndt**
**4349 Windemer lane**
**Oneida, WI 54155**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Aaron Anderson**
**6427 13th Ave S**
**Minneapolis, MN 55423**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Aaron Bodette**
**3211 48th st a**
**Wisconsin Rapids, WI 54494**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.68 |
|---|---|---|---|

**Aaron Boebel**
**5310 Old C**
**Boscobel, WI 53805**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Aaron Dassey**
**3119 45th**
**Two Rivers, WI 54241**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $539.65 |

**Aaron Ehlert**
**N4009 Rehms Road**
**Peshtigo, WI 54157**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |

**Aaron Hannah**
**2002 21 ave**
**Vernon  BC  V1T 7B9**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.98 |

**Aaron Hermes**
**802 Cook St.**
**2**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Aaron James**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |

**Aaron Klapper**
**363 4th Street**
**Montello, WI 53949**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |

**Aaron Kruger**
**1621 chestnut st.**
**Wisconsin Rapids, WI 54494**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 2 of 1376

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$695.10** |

**Aaron Lahr**
**1012 1st Ave W**
**Dyersville, IA 52040**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$428.38** |

**Aaron Larson**
**1335 crystal ct**
**11**
**Waupaca, WI 54981**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414.23** |

**Aaron Lashua**
**W2527 Skyview Ct**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251.96** |

**Aaron Lytle**
**N9910 Dalton rd**
**Pardeeville, WI 53954**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$479.85** |

**Aaron Mueller**
**153 Dauphin St.**
**Green Bay, WI 54301**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$606.90** |

**Aaron Ortiz**
**2638 Butlin Ct**
**Beloit, WI 53511**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$401.63** |

**Aaron Parker**
**402 N Newcomb St**
**Whitewater, WI 53190**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Aaron Person**
7140 East Wildwood Rd.
Stillman Valley, IL 61084

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |
|---|---|---|---|

**Aaron Rommelfaenger**
334 linden st
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $384.83 |
|---|---|---|---|

**Aaron Schaefer**
122 N HICKORY ST
FOND DU LAC, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $610.58 |
|---|---|---|---|

**Aaron Schneider**
8 Brighton Circle
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Aaron Sippel**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Aaron Slife**
499 s westhaven
d107
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,211.18 |
|---|---|---|---|

**Aaron Snow**
1161 south anson road
Vincennes, IN 47591

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $204.23 |

**Aaron Spoehr**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $282.45 |

**aaron stege**
**200 Fountains Lane**
**Apt 11304**
**Conroe, TX 77304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $130.73 |

**Aaron Suiter**
**5747 S Luther Valley Rd**
**Beloit, WI 53511**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $541.81 |

**Aaron Tessaro**
**2490 Hamilton Street**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $528.68 |

**Aaron Thompson**
**638 Central Street**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $134.38 |

**Aaron Turba**
**N9651 South Ct.**
**Elkhart Lake, WI 53020**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $151.73 |

**Aaron Vanderbloomen**
**2110 Flambeau Street**
**Manitowoc, WI 54220**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |

**Aaron Wallin**
**1211 Oshkosh ave**
**Oshkosh, WI 54902**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Aaron Zimmerman**
**741 Taylor Ln**
**Stoughton, WI 53589**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |

**Abbey Abraham**
**386 3rd St**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |

**Abbey Ambrosius**
**2924 Cinnamon Ridge Trail**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Abbey Gernenz**
**60 N Forrest Dr.**
**Mazon, IL 60444**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |

**Abbey Kasubaski**
**4363 Mourning Dove Drive**
**Jackson, WI 53037**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $879.90 |

**Abbey Kuik**
**815 DESNOYER ST**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |

**Abbey Nelson**
**2962 west point rd**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Abbey Rhodes**
**4009 Towne Lakes Circle**
**9308**
**Appleton, WI 54913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Abbey Williams**
**303 N. Orchard St.**
**Urbana, IL 61801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |

**Abbi Glinski**
**1632 County Road S**
**Little Suamico, WI 54141**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |

**Abby Ambrosius**
**1090 S Overland Road**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.65 |

**Abby Ashauer**
**1019 Hazel St.**
**River Falls, WI 54022**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |

**Abby Berghol**
**100 lexington court**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Abby Darrow**
1102 Hoks Ridge Lane
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |

**Abby Eiynck**
566 Sycamore Cir NW
Saint Michael, MN 55376

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Abby Evenson**
10254 state highway 54 e
Wisconsin Rapids, WI 54494

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Abby Gilbertson**
P.O. Box 92
Marquette, WI 53947

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Abby Habetler**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |

**Abby Heinzen**
500 W Maple Ave.
Beaver Dam, WI 53916

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Abby Kalina**
215 Hunters Xing S
Slinger, WI 53086

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Abby Kallaher**
kallaher26@gmail.com
Dubuque, IA 52002

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.68 |
|---|---|---|---|

**Abby Klar**
1693 Southwest rd
Platteville, WI 53818

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Abby Labow**
760 Dunhill Drive
Buffalo Grove, IL 60089

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Abby Olsen**
W6510 Woods Road
Shawano, WI 54166

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Abby Popp**
4109 N Windover Ct
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Abby Quinnette**
3237 Mill Rd
Greenleaf, WI 54126

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Abby Tahlier**
425 Amherst Avenue
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Abby Tesch**
**4333 N Windingbrook Dr**
**Appleton, WI 54913**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.28 |
|---|---|---|---|

**Abby Vanveghel**
**1059 Lee Ave**
**De Pere, WI 54115**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Abi Thede**
**3443 Brooks Rd**
**Oshkosh, WI 54904**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Abie Sella**
**4768 Red Fox Lane**
**West Bend, WI 53095**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.50 |
|---|---|---|---|

**Abigail Bauer**
**8215 E Bowers Lake Road**
**Milton, WI 53563**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $419.96 |
|---|---|---|---|

**Abigail Christensen**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Abigail Eiche**
**W2802 Sunny Rd**
**Eden, WI 53019**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Abigail Fayta**
2440 Bangs st.
Marinette, WI 54143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.50 |
|---|---|---|---|

**ABIGAIL HOFFMAN**
3131 SUMMER PL
Green Bay, WI 54313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Abigail Johnson**
1657 Tonya Trl
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Abigail Kielich**
404 Lexington Drive
Waunakee, WI 53597

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.07 |
|---|---|---|---|

**Abigail Lane**
2508 E Belleview Pl
Apt. 46
Milwaukee, WI 53211

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Abigail Mauno**
401 East Jacker Ave
Houghton, MI 49931

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |
|---|---|---|---|

**Abigail Nellessen**
1911 5th St S
Wisconsin Rapids, WI 54494

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**abigail rogers**
**1029 hartford lane**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.00 |

**Abigail Rusch**
**1149 west cecil street**
**Neenah, WI 54596**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.38 |

**Abigail Schneider**
**W1998 county Rd E Cecil**
**Cecil, WI 54111**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Abigail Schweiner**
**4901 Church Road**
**New Franken, WI 54229**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.74 |

**Abigail Sordahl**
**1416 Anderson Avenue**
**Wakefield, MI 49968**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.30 |

**Abigail Vanne**
**19 Braman St**
**Danvers, MA 01923**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Abraham Eisen**
**4207 N Tigerlily Drive**
**Appleton, WI 54913**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.07 |
|---|---|---|---|

**Adalia Altman**
**2838 Mt. Mary Circle apt 15d**
**Green Bay, WI 54311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Adam Axtell**
**P.O. box 662**
**Rochester, WI 53167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Adam Brotski**
**1830 12th ave**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.96 |
|---|---|---|---|

**Adam Brotski**
**1830 12th Ave**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Adam Compton**
**329 12th Ave**
**Green Bay, WI 54303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Adam Duckart**
**1201 Pinecrest Blvd**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Adam Feinauer**
**2549 West Waukau Ave**
**5**
**Oshkosh, WI 54904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Adam Fisher**
1447 Medford Ln
Mishawaka, IN 46544

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Adam Freund**
W2799 Schumacher Rd
MALONE, WI 53049

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Adam Gauntt**
242 W15th Ave
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Adam Glaske**
5490 Cleveland Ave
Stevensville, MI 49127

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Adam Halada**
N2044 Wochos Rd
Kewaunee, WI 54216

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Adam Hauser**
2967 Adobe Dr
Fort Collins, CO 80525

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.43 |
|---|---|---|---|

**Adam Hay**
61 Murton ave
Sault Ste. Marie  ON P6C 4G5

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.13 |

**Adam Heding**
630 W Bird Ave
Wautoma, WI 54982

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $403.73 |

**Adam Heiden**
909 S. 5th St
Watertown, WI 53094

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,306.21 |

**Adam hinz**
N3190 S End Road
Merrill, WI 54452

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Adam Jakircevic**
N85W17921 Ann Ave
Apt 11
Menomonee Falls, WI 53051

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,086.88 |

**ADAM KELLER**
7260 COMMERCE PLAZA DR
Neenah, WI 54956

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Adam Kierzek**
202 Timblin Drive #11
Kewaskum, WI 53040

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Adam Kolpack**
1610 VIEW LN
Green Bay, WI 54313

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Adam Kreuter**
457 Pleasant Ct
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Adam Landen**
3321 Logan dr
7
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Adam Landsverk**
4623 N Brookshire Dr
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|

**Adam Mallow**
345 North Jackson St
Valders, WI 54245

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Adam McSorley**
3119 s 16th st
Milwaukee, WI 53215

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |
|---|---|---|---|

**Adam Metoxen**
425 14th Ave
1
Green Bay, WI 54303

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |
|---|---|---|---|

**Adam Miller**
13702 Taus Rd
Reedsville, WI 54230

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |
|---|---|---|---|

**Adam Mullen**
**W3200 Sievert Road**
**Seymour, WI 54165**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim: Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Adam Nicholson**
**630 north 5th ave**
**Sturgeon Bay, WI 54235**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim: Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Adam Nolde**
**N3071 Bay De Noc Drive**
**Menominee, MI 49858**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim: Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $748.13 |
|---|---|---|---|

**Adam O'Connor**
**528 French St.**
**Peshtigo, WI 54157**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim: Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |
|---|---|---|---|

**Adam Ogea**
**75 County Road 480**
**Negaunee, MI 49866**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim: Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.45 |
|---|---|---|---|

**Adam Oneal**
**916 E Madison st**
**Pontiac, IL 61764**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim: Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Adam Pitkin**
**2930 West Avalon Road**
**Janesville, WI 53546**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim: Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Adam Puddy**
**132  Blackbird Street**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Adam Quella**
**W1008 County Rd JJ**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Adam Quintanilla**
**307 West 3rd St**
**Shawano, WI 54166**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.23 |

**Adam Seebecker**
**N3448 Duffy rd.**
**Mauston, WI 53948**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Adam Steiner**
**3914 e m h Townline rd**
**Milton, WI 53563**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |

**Adam Sternig**
**4230 W Ramsey Ave**
**Milwaukee, WI 53221**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Adam Ulrich**
**405 E Larrabee St**
**Waupun, WI 53963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.124 | **$288.23** |

**Nonpriority creditor's name and mailing address**

**Adam Vandenplas**
402 E. Wisconsin St.
Seymour, WI 54165

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.125 | **$875.18** |

**Nonpriority creditor's name and mailing address**

**Adam Waite**
N10670 LAKE RD
Ironwood, MI 49938

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.126 | **$261.45** |

**Nonpriority creditor's name and mailing address**

**Adam Wilkens**
420 Country Creek Dr.
Apt. 11
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.127 | **$2,331.00** |

**Nonpriority creditor's name and mailing address**

**Adam Winslow**
138 US Hwy M35
Negaunee, MI 49866

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.128 | **$319.73** |

**Nonpriority creditor's name and mailing address**

**Adam Wittenberg**
189 Rose Ave
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.129 | **$576.45** |

**Nonpriority creditor's name and mailing address**

**Adam Zirbel**
3010 Golden Bear Ct.
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.130 | **$119.69** |

**Nonpriority creditor's name and mailing address**

**Addie Van Nuland**
415 S. Birch street
Kimberly, WI 54136

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Addison Rozwara**
**155 Brockton Pl.**
**Valparaiso, IN 46385**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Addison Van Vreede**
**1965 W Telemark Cir**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Addy Johnson**
**224 Oak Water Court**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Adelle Duffee**
**855 Highlander trail**
**Hudson, WI 54016**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,294.13 |
|---|---|---|---|

**Adonia Hatheway**
**1605 10th Ave**
**Belle Fourche, SD 57717**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Adrian Banes**
**P.O. BOX 312**
**Beaver Dam, WI 53916**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $476.18 |
|---|---|---|---|

**Adrian Huber**
**610 Mill Street**
**Adell, WI 53001**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | **$134.38** |

**Nonpriority creditor's name and mailing address**
Adrianna Jarosz
877 jennifer lane
Sobieski, WI 54171

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$134.38

---

3.139 **Nonpriority creditor's name and mailing address**
Adrianna Tupper
E4276 Highway 29
Kewaunee, WI 54216

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

3.140 **Nonpriority creditor's name and mailing address**
Adrienne Behr
P.O. Box 183
Glenbeulah, WI 53023

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$197.38

---

3.141 **Nonpriority creditor's name and mailing address**
Adrienne Carl Newland
2531 Easlan Dr
Plover, WI 54467

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$272.96

---

3.142 **Nonpriority creditor's name and mailing address**
Aerianna Price
21458 State highway m28
Mc Millan, MI 49853

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$1,519.36

---

3.143 **Nonpriority creditor's name and mailing address**
Aerin Putzke
PO Box 191
Green Lake, WI 54941

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$204.74

---

3.144 **Nonpriority creditor's name and mailing address**
Afton Wilke
W9738 Stone Crest Drive
Hortonville, WI 54944

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Ahna Magness**
**4151 Fieldcrest Drive**
**Kaukauna, WI 54130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Ahrens Ahrens**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |

**Aidan Murphy**
**2904 Westline Rd**
**Green Bay, WI 54313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $759.68 |

**Aimee Benoit**
**461 Janet Lane**
**Wrightstown, WI 54180**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Aimee Nushart**
**412 County Road CE**
**Kaukauna, WI 54130**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $398.96 |

**Aimee Willems**
**14040 Heyroth Ct.**
**Mishicot, WI 54228**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Aiyana Beaudry**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.57 |
|---|---|---|---|

**Aiyana Davids**
817 E Randall st
Shawano, WI 54166

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**AJ Morris**
1525 S Weimar St
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Aj Sterlavage**
N7572 hwy 44
Pardeeville, WI 53954

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Al Klinkhammer**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.90 |
|---|---|---|---|

**Al Schwalm**
6766 W. Glendale Ave
Glendale, AZ 85303

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.38 |
|---|---|---|---|

**Alaina Johnson**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Alaina Steffes**
382 Minde Ct.
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.25 |
|---|---|---|---|

**3.159**

Nonpriority creditor's name and mailing address
alan arcand
1330 n. stephenson ave
Iron Mountain, MI 49801

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$719.25

---

**3.160**

Nonpriority creditor's name and mailing address
Alan Meyer
1065 Primrose Lane
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$722.38

---

**3.161**

Nonpriority creditor's name and mailing address
Alan Warnock
1185 Sterling Avenue
104
Palatine, IL 60067

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$439.42

---

**3.162**

Nonpriority creditor's name and mailing address
Alan Ziebell
E2004 King Road
Waupaca, WI 54981

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$479.85

---

**3.163**

Nonpriority creditor's name and mailing address
Alana Bak
416 Deerpath Dr
Lake Villa, IL 60046

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$130.73

---

**3.164**

Nonpriority creditor's name and mailing address
Alayna Kjentvet
148 Lamplighter Drive
Apt. 8
Kaukauna, WI 54130

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$152.25

---

**3.165**

Nonpriority creditor's name and mailing address
Alayna Skrzypchak
1063 Sandpoint Ridge
Neenah, WI 54956

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$155.38

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | $130.73 |

**Albert Lucas**
**1321 Saint George st**
**Green Bay, WI 54302**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | $459.84 |

**Aleaya Neu**
**322 Chandler St.**
**Horicon, WI 53032**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | $155.38 |

**Alec Brenner**
**1323 W Dayton St**
**Apt 309**
**Madison, WI 53706**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | $177.45 |

**Alec Craig**
**2605 University Avenue**
**10**
**Green Bay, WI 54311**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | $1,942.46 |

**Alec Donlon**
**9715 state road 42**
**Newton, WI 53063**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | $239.38 |

**Alec Fritz**
**2129 w wintergreen dr**
**Appleton, WI 54914**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | $261.45 |

**Alec Gilbert**
**5697 Cardinal ct**
**Greendale, WI 53129**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page 25 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 25 of 1376

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Alec Hannum**
3333 Logan Dr.
5
Oshkosh, WI 54901

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.78 |

**Alec Hollman**
811 Fredrick Ct
6
Green Bay, WI 54313

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |

**Alec Wians**
N9557 Garnet Ct
Appleton, WI 54915

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.76 |

**Alecia Acevedo**
461 Deer Meadow CRT
Fredonia, WI 53021

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,598.10 |

**Aleena Volz**
1019 Dove Street
Oshkosh, WI 54902

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |

**Aleesha Gillingham**
406 N University ave
Beaver Dam, WI 53916

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Aleeshea Nowacki-Klemstein**
901 Adams St
Little Chute, WI 54140

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119.69** |
|---|---|---|---|

**Aleigha Rampson**
**3689 Hubertus Rd**
**Richfield, WI 53076**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:**  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$204.74** |
|---|---|---|---|

**Aleksander Hein**
**915 norton st**
**Wausau, WI 54401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:**  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,032.80** |
|---|---|---|---|

**Alen Maring**
**Po box 82**
**Mills, WY 82644**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:**  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.69** |
|---|---|---|---|

**Alena Naqvi**
**920 March Street**
**Lake Zurich, IL 60047**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:**  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.38** |
|---|---|---|---|

**Alena Schoeller**
**2921 S Potter Rd**
**Orfordville, WI 53576**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:**  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.19** |
|---|---|---|---|

**Alena Strassburg**
**823 Pelican Drive**
**Pulaski, WI 54162**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:**  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.38** |
|---|---|---|---|

**Alene Lewis**
**911 W Ionia St**
**Lansing, MI 48915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:**  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $324.45 |
|---|---|---|---|

**Alenna Shatswell**
**6865 ruby ln**
**Mounds, OK 74047**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $151.73 |
|---|---|---|---|

**Alesha Williamson**
**W5508 county road w**
**Wild Rose, WI 54984**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $611.38 |
|---|---|---|---|

**Alesia Kritz**
**N1587 State Rd 28**
**Adell, WI 53001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $828.45 |
|---|---|---|---|

**Alesia Link**
**3115 Redfield Dr**
**Leland, NC 28451**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $67.19 |
|---|---|---|---|

**Alex Andryk**
**6112 50th Avenue**
**Kenosha, WI 53142**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $288.23 |
|---|---|---|---|

**Alex Baleiko**
**72 Clinton Street**
**72**
**Fond Du Lac, WI 54937**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $575.38 |
|---|---|---|---|

**Alex Cizek**
**1051 N. Oakley Drive W.**
**Apt. 207**
**Westmont, IL 60559**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.38** |

**Alex Costello**
N5052 County Road UU
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  __

**Basis for the claim:** Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$585.38** |

**Alex DesJarlais**
1422 W Rogers Ave
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  __

**Basis for the claim:** Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.73** |

**Alex Dvorak**
1479 Navigator Way
58
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  __

**Basis for the claim:** Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.45** |

**Alex Dvorak**
2805 SCOTCH PINE TRL
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  __

**Basis for the claim:** Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$576.45** |

**Alex Giles**
210 N Freeman Dr
4
Port Washington, WI 53074

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  __

**Basis for the claim:** Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$561.70** |

**Alex Hanson**
N5960 Shore Drive
Wallace, MI 49893

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  __

**Basis for the claim:** Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$261.45** |

**Alex Hugdahl**
2002 N PERKINS ST
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  __

**Basis for the claim:** Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.201   **Nonpriority creditor's name and mailing address**<br>**Alex Kermendy**<br>**3918 Rivers Crossing Drive**<br>**Waukesha, WI 53189**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $67.19 |

| | |
|---|---|
| 3.202   **Nonpriority creditor's name and mailing address**<br>**Alex King**<br>**8134 m.5 rd**<br>**Gladstone, MI 49837**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $261.45 |

| | |
|---|---|
| 3.203   **Nonpriority creditor's name and mailing address**<br>**Alex Kluever**<br>**2430 Sycamore Dr**<br>**11**<br>**Green Bay, WI 54311**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $346.50 |

| | |
|---|---|
| 3.204   **Nonpriority creditor's name and mailing address**<br>**Alex Kohler**<br>**221 Washington Ave**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $351.23 |

| | |
|---|---|
| 3.205   **Nonpriority creditor's name and mailing address**<br>**Alex Kurivial**<br>**7980 Rhode ct**<br>**Dyer, IN 46311**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $261.45 |

| | |
|---|---|
| 3.206   **Nonpriority creditor's name and mailing address**<br>**Alex Lambert**<br>**1749 Edison Street**<br>**3**<br>**Green Bay, WI 54302**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $543.90 |

| | |
|---|---|
| 3.207   **Nonpriority creditor's name and mailing address**<br>**Alex Leeman**<br>**500 E. Lindbergh St.**<br>**Appleton, WI 54911**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $617.38 |

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page   30 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 30 of 1376

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,207.40 |
|---|---|---|---|

**Alex Lefeber**
**111 East Prospect Street**
**Plymouth, WI 53073**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,305.15 |
|---|---|---|---|

**Alex Lendved**
**N5679 Groveside Ave**
**Chili, WI 54420**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,934.23 |
|---|---|---|---|

**Alex Leonhardt**
**n168 w20459 main street**
**Jackson, WI 53037**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Alex Lindstrom**
**1126 North 18th Street**
**Escanaba, MI 49829**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Alex Moderhack**
**995 Jessica dr.**
**Wauconda, IL 60084**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.01 |
|---|---|---|---|

**Alex Mueller**
**22330 Rockville Rd**
**Kiel, WI 53042**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Alex Mura**
**1302 Fremont Street**
**Algoma, WI 54201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.40 |
|---|---|---|---|

**Alex Pajnich**
4695 I Rd
Bark River, MI 49807

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Alex Paschke**
632 Acorn Glenn
Delafield, WI 53018

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.13 |
|---|---|---|---|

**Alex Plascencia**
1780 Bond Street
Green Bay, WI 54303

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Alex Severinghaus**
1609 northfeild dr
Niles, MI 49120

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Alex Shibilski**
2500 Locust Drive #19
Plover, WI 54467

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Alex Syverson**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |
|---|---|---|---|

**ALEX THOMPSON**
2246 Golden Gate Drive
283
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Name

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Alex Toebes**
1818 Granville Road
Cedarburg, WI 53012

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.88 |
|---|---|---|---|

**Alex Tomany**
609 Grove Street
Mauston, WI 53948

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $705.57 |
|---|---|---|---|

**Alex Twaroski**
523 N 10th Ave
Wausau, WI 54401

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $610.58 |
|---|---|---|---|

**Alex Villegas**
109 n main st
Iron Ridge, WI 53035

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Alex Williams**
249 w 19th
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Alex Zirbel**
W160 COUNTY ROAD S
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Alex Zuckerman**
5513 N Mohawk ave
Milwaukee, WI 53217

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.69 |
|---|---|---|---|

**Alexander Barnes**
1201 Ave I
Fort Madison, IA 52627

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Alexander Butterfield**
5024 county rd II
Larsen, WI 54947

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Alexander Laning**
310 south chestnut st
Platteville, WI 53818

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Alexander Legault**
2186 CRESTWOOD SPRINGS DR
Green Bay, WI 54304

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Alexander Mulder**
7122 Jones Circle Apt 7
Apt. 7
Omaha, NE 68106

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Alexander Murphy**
N5919 Wolf Road
Manawa, WI 54949

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Alexander Roach**
4664 78th st
Kenosha, WI 53142

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.90 |
|---|---|---|---|

**Alexander Skaros**
205 N. Dries St.
Saukville, WI 53080

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Alexander Totts**
3940 Hemlock Court
Oshkosh, WI 54904

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Alexander Walla**
646 Castlestone ct.
Oneida, WI 54155

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Alexandra Sweet**
2520 N Stowell Ave
206
Milwaukee, WI 53211

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Alexandrda Lipske**
7128 New Castle West
Hartford, WI 53027

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Alexandria Blaine**
14380 W Honey Ln
New Berlin, WI 53151

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.08 |
|---|---|---|---|

**Alexandria Clark**
10131 US HIGHWAY 2
Rapid River, MI 49878

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.243 **Nonpriority creditor's name and mailing address** | **$214.19** |

**Alexandria Freet**
1208 30th Street
Rockford, IL 61108

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.244 **Nonpriority creditor's name and mailing address** | **$119.69** |

**Alexandria Guyes**
904 E Airport Rd
6
Menasha, WI 54952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.245 **Nonpriority creditor's name and mailing address** | **$109.19** |

**Alexandria Her**
1127 weatherwood dr
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.246 **Nonpriority creditor's name and mailing address** | **$303.45** |

**Alexandria Skruch**
514 mill street
Waupaca, WI 54981

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.247 **Nonpriority creditor's name and mailing address** | **$134.38** |

**Alexandria Steger**
5942 Hwy 175
Hartford, WI 53027

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.248 **Nonpriority creditor's name and mailing address** | **$871.50** |

**Alexandria Will**
549 Hope Ave
Ripon, WI 54971

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.249 **Nonpriority creditor's name and mailing address** | **$218.38** |

**Alexia Samuel**
715 Starboard Ct W
Apt A
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Alexia Weber**<br>w208 meridian rd<br>Theresa, WI 53091 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

$239.38

| | | |
|---|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Alexis Baker**<br>320 east main st<br>Mount Horeb, WI 53572 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

$2,422.35

| | | |
|---|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Alexis Bergner**<br>4950 Founders Terrace<br>133<br>Oneida, WI 54155 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

$218.38

| | | |
|---|---|---|
| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Alexis Davis**<br>9825 Stone Borough Dr<br>1226<br>Charlotte, NC 28277 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

$807.45

| | | |
|---|---|---|
| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Alexis Doyle**<br>N7648 Autumnwood Trail<br>Malone, WI 53049 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

$272.96

| | | |
|---|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Alexis Griesbach**<br>W9867 County Road TT<br>Hortonville, WI 54944 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

$67.19

| | | |
|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Alexis Hagstrom**<br>E4850 Sunset Rd<br>Ironwood, MI 49938 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

$77.69

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**Alexis Lannoye**
324 Buena Vista Dr.
Arlington, WI 53911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
|---|---|---|---|

**Alexis Louwagie**
3003 2nd St
Emmetsburg, IA 50536

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Alexis Mokler**
185 S Westhaven Drive
211
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Alexis Moore**
9001 Hickory Drive
Kewaskum, WI 53040

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Alexis Myszka**
230 Reservoir Ave
Wausau, WI 54401

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Alexis Navarrette**
3461 S 93rd Street
Milwaukee, WI 53227

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $917.18 |
|---|---|---|---|

**Alexis Oliver**
2825 E Milwaukee St
Janesville, WI 53545

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Alexis Pogatchnik**
7675 422nd St.
Rice, MN 56367

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Alexis Walters**
N113W17053 Driftwood Ct
Apt 6
Germantown, WI 53022

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Alexus Biertzer**
354 east first street
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.38 |
|---|---|---|---|

**Alexxa Young**
505 County Road 480
Marquette, MI 49855

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.86 |
|---|---|---|---|

**Alexys Jenkins**
8841 Emerald Ave
Westminster, CA 92683

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.45 |
|---|---|---|---|

**Ali Austin**
11217 N Washington Rd
Edgerton, WI 53534

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
|---|---|---|---|

**Ali Davey**
421 E elm st
River Falls, WI 54022

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.68 |
|---|---|---|---|

**Ali Oskey**
w6059 Newland Rd
Black Creek, WI 54106

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Alicia Campion**
4115 Bellevue Pl
Two Rivers, WI 54241

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.00 |
|---|---|---|---|

**Alicia Carter**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $322.87 |
|---|---|---|---|

**Alicia Czarnik**
1021 McKenna Blvd
Apt 2
Madison, WI 53719

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Alicia Dehne**
113 Oak st
Chilton, WI 53014

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,446.90 |
|---|---|---|---|

**Alicia Delarosa**
3813 Bertram St.
Corpus Christi, TX 78416

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.63 |
|---|---|---|---|

**alicia grados**
320 e rhine st
Elkhart Lake, WI 53020

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Alicia Grube**
76 Bellevue Pl
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**ALICIA MEINBURG**
442 LEONA WAY
Oakfield, WI 53065

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Alicia O'brien**
115 e Waupun st
Oakfield, WI 53065

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |

**Alicia Reta**
2404 w Mark drive
Sheboygan, WI 53083

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.13 |

**Alicia Rodriguez**
w5163 elmwood road
Menominee, MI 49858

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |

**Alicia Tebo**
17106 Valley Dr.
Tinley Park, IL 60487

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.74 |

**Alicia Tripp**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.40 |
|---|---|---|---|

**Alicia Whittemore**
1695 S Nicolet Rd
Apt #5
Appleton, WI 54915

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.12 |
|---|---|---|---|

**Alicia Wilcox**
N108 12th Avenue
Montello, wi 53949

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $671.92 |
|---|---|---|---|

**Alisa Mundt**
881 Security Dr.
DD308
Fond Du Lac, WI 54935

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Alisha Jessel**
W1817 County Road B
Marinette, WI 54143

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Alisha Thiel**
1024 Lucerne Dr
3A
Neenah, WI 54956

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Alisia Feland**
1750 49th Str S
Apt 108
Fargo, ND 58103

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Alison Block**
W142N 7870 Thorndell Drive
Menomonee Falls, WI 53051

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Alison Bockhop**
4840 mallet drive
Loves Park, IL 61111

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |

**Alison Coovert**
1911 Brickville Rd
Sycamore, IL 60178

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $843.68 |

**Alison Freleng**
3108 south hill road
Jamaica, VT 05343

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |

**Alison Johnson**
PO Box 33
Chatham, MI 49816

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,564.51 |

**Alison Juntunen**
100 Tena Marie Cir
Lodi, WI 53555

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Alison Makinen**
W157S7360 Martin Drive
Muskego, WI 53150

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Alison Peot**
1814 Briquelet st
Green Bay, WI 54304

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**3.299**

Nonpriority creditor's name and mailing address

**Alison Pujanauski**
**2397 Woodland Rd**
**Port Washington, WI 53074**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

$214.19

---

**3.300**

Nonpriority creditor's name and mailing address

**Alison Schulenburg**
**4325 West Edgerton Avenue**
**Milwaukee, WI 53220**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

$109.19

---

**3.301**

Nonpriority creditor's name and mailing address

**Alissa Grauvogl**
**S8372 Denzer road**
**North Freedom, WI 53951**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

$67.19

---

**3.302**

Nonpriority creditor's name and mailing address

**Alissa Peterson**
**30969 Stone Ridge Dr**
**Apt 3211**
**Wixom, MI 48393**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

$356.96

---

**3.303**

Nonpriority creditor's name and mailing address

**Alissa Reetz**
**E2364 Julie Lane**
**Waupaca, WI 54981**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

$67.19

---

**3.304**

Nonpriority creditor's name and mailing address

**alissa seidl**
**3101 Greenbay Rd**
**Kaukauna, WI 54130**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

$67.19

---

**3.305**

Nonpriority creditor's name and mailing address

**Alissa Servaes**
**1624 Schinderle Lane**
**Algoma, WI 54201**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

$239.38

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Alissa St. Louis**
**N6140 Pleasant Dr.**
**Princeton, WI 54968**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.69 |
|---|---|---|---|

**Alissondra Quatsoe**
**885 Southern Cross Road**
**Green Bay, WI 54303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
|---|---|---|---|

**Alivia Brandner**
**W4975 Emery Lane**
**Fond Du Lac, WI 54937**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Aliya Madigan**
**565 Oak Hill Dr.**
**Pardeeville, WI 53954**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,904.58 |
|---|---|---|---|

**Allan Erwin**
**2002 29th St**
**Cody, WY 82414**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.90 |
|---|---|---|---|

**Allan Euhardy**
**1106 W Grant St**
**Appleton, WI 54914**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,827.54 |
|---|---|---|---|

**Allan Larson**
**1521 N Morrison**
**Appleton, WI 54911**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.313 | **Nonpriority creditor's name and mailing address** |
| | **Allan Schackow** |
| | **8787 Ann street** |
| | **Omro, WI 54963** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

**$807.45**

---

| | |
|---|---|
| 3.314 | **Nonpriority creditor's name and mailing address** |
| | **Allan Wakkuri** |
| | **1110 Deer Lake Road** |
| | **Ishpeming, MI 49849** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

**$130.73**

---

| | |
|---|---|
| 3.315 | **Nonpriority creditor's name and mailing address** |
| | **Allen Detweiler** |
| | **53 N 6th St. Apt. 1** |
| | **Hilbert, WI 54129** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

**$324.45**

---

| | |
|---|---|
| 3.316 | **Nonpriority creditor's name and mailing address** |
| | **Allen Garrett** |
| | **4165 BELL HWY** |
| | **Eaton Rapids, MI 48827** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

**$479.85**

---

| | |
|---|---|
| 3.317 | **Nonpriority creditor's name and mailing address** |
| | **ALLEN HILL** |
| | **N4016 Blackhawk Road** |
| | **Pine River, WI 54965** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

**$538.13**

---

| | |
|---|---|
| 3.318 | **Nonpriority creditor's name and mailing address** |
| | **Allen Kramer** |
| | **PO Box 183** |
| | **Stevens Point, WI 54481** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

**$261.45**

---

| | |
|---|---|
| 3.319 | **Nonpriority creditor's name and mailing address** |
| | **Allen Liming** |
| | **208 W. 1st** |
| | **Gridley, IL 61744** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

**$804.30**

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page   46 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh   Doc 5   Filed 11/10/20   Page 46 of 1376

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
|---|---|---|---|

**Allen Matthys**
**4656 meadow 24th lane**
**Cornell, MI 49818**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.88 |
|---|---|---|---|

**Alley Ramirez**
**602 E Washington St.**
**New London, WI 54961**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Alli Gardner**
**217 Stonebrook Dr**
**Waukesha, WI 53186**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.38 |
|---|---|---|---|

**Alli Richard**
**W9526 Aldercate Drive**
**Lodi, WI 53555**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Alli Sackett**
**461 E Oak St**
**Ironwood, MI 49938**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Allicen Leist**
**2483 Duck Creek Parkway**
**Green Bay, WI 54303**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.96 |
|---|---|---|---|

**Allie Brooks**
**820 1/2 E Lieg. Ave**
**Shawano, WI 54166**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Allie Deruyter**
213 S 5th Street
Cedar Grove, WI 53013

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Allie Guyant**
N1833 County Road K
Waupaca, WI 54981

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Allie Siegel**
1221 Beechwood Ln
Menasha, WI 54952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.88 |
|---|---|---|---|

**Allie Weber**
1031 Ann Marie way
Oconomowoc, WI 53066

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Allie Young**
876 MOON DR.
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Allison Bentheimer**
W256 Thompson Circle
Oconomowoc, WI 53066

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Allison Berger**
5436 Wind Dancer Court
Sheboygan, WI 53081

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Allison Bisgrove**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Allison Dobrunz**
**842 Tarragon Drive**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |
|---|---|---|---|

**Allison Grobstick**
**1414 lincoln ave**
**Dubuque, IA 52001**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Allison Lammi**
**5866 havenwood hills drive**
**Little Suamico, WI 54141**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Allison Leschke**
**8204 Borgwardt Rd**
**Valders, WI 54245**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Allison Miller**
**425 Robert Ln**
**Green Bay, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Allison Raddant**
**N6040 Mork Ave.**
**Shawano, WI 54166**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.73** |
|---|---|---|---|

**Allison Satori**
**819 S PLEASANT VIEW RD**
**2**
**Plymouth, WI 53073**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$586.90** |
|---|---|---|---|

**Allison Shufelt**
**N1678 Randall Road**
**Watertown, WI 53098**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$77.69** |
|---|---|---|---|

**Ally Gietzel**
**10 Carriage Court**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$371.65** |
|---|---|---|---|

**Ally Hewitt**
**7065 Wisnac Lane**
**Winneconne, WI 54986**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52.50** |
|---|---|---|---|

**Ally Meneau**
**1461 Quarry Park Dr**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$243.57** |
|---|---|---|---|

**Ally Piette**
**922 Oviatt Street**
**Kaukauna, WI 54130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.19** |
|---|---|---|---|

**Ally Vanden Burgt**
**1001 Woodland Ct**
**Kaukauna, WI 54130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Allysa Mooren**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Allysa Olson**
304 W North St
221
Waukesha, WI 53188

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Allysa Zoller**
1527 Central St
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Allyson Harbridge**
1019 Crescent ave.
Fond Du Lac, WI 54935

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Allyson Tebon**
4509 Hwy 73
Deerfield, WI 53531

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Alma Sandoval**
1693 Schubert Dr
Morris, IL 60450

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Althea Vanevenhoven**
W6343 sonny drive
Apt 3
Menasha, WI 54952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Alton Kruckeberg**
1120 Taylor St
Little Chute, WI 54140

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Aly Boettcher**
36722 clover lane
Oconomowoc, WI 53066

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Aly Chartier**
1508 Whitewater Drive
West Bend, WI 53095

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.48 |
|---|---|---|---|

**Aly Nichole**
1103 W 8th st
Appleton, WI 54914

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Alyah Balthazor**
100 grant st suite 24
De Pere, WI 54115

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Alysan Stauffacher**
3971 OKeefe Ct
Stevens Point, WI 54482

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Alysha Nelson**
1785 Glendora Ln
Ishpeming, MI 49849

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.362 | **Nonpriority creditor's name and mailing address** |

**Alyson Stitz**
2900 w forest hill ave
Franklin, WI 53132

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$334.96

---

| | |
|---|---|
| 3.363 | **Nonpriority creditor's name and mailing address** |

**Alyssa Arguelles**
417 Thomas Street
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$479.85

---

| | |
|---|---|
| 3.364 | **Nonpriority creditor's name and mailing address** |

**Alyssa Brewer**
1720 Woodstock st
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$77.69

---

| | |
|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address** |

**Alyssa Brown**
1514 Northpoint St
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$249.88

---

| | |
|---|---|
| 3.366 | **Nonpriority creditor's name and mailing address** |

**Alyssa Brugger**
559 Clay St
Wrightstown, WI 54180

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$134.38

---

| | |
|---|---|
| 3.367 | **Nonpriority creditor's name and mailing address** |

**Alyssa Davis**
7336 Shircel Rd
Sheboygan, WI 53081

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$1,423.28

---

| | |
|---|---|
| 3.368 | **Nonpriority creditor's name and mailing address** |

**Alyssa Dreher**
w2507 rustic dr
Campbellsport, WI 53010

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$155.38

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page   53 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 53 of 1376

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|-------|--------------------------------------------------|--------------------------------------------------|---------|

**Alyssa Grant**
E2419 Larson Road
Waupaca, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.19 |
|-------|--------------------------------------------------|--------------------------------------------------|---------|

**Alyssa Guerten**
206 E Northlawn Drive
Cottage Grove, WI 53527

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|-------|--------------------------------------------------|--------------------------------------------------|---------|

**Alyssa Gunter**
541 Garfield Avenue
Elyria, OH 44035

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $481.96 |
|-------|--------------------------------------------------|--------------------------------------------------|---------|

**Alyssa Hammond**
N10168 Cty Tk V
Mayville, WI 53050

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|-------|--------------------------------------------------|--------------------------------------------------|--------|

**Alyssa Hegemann**
3200 North Britton Rd.
Union Grove, WI 53182

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|-------|--------------------------------------------------|--------------------------------------------------|---------|

**Alyssa Holsinger**
117 Circle Drive East
Montgomery, IL 60538

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|-------|--------------------------------------------------|--------------------------------------------------|--------|

**Alyssa Koska**
1208 folkstone dr
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.18 |
|---|---|---|---|

**Alyssa Larson**
**401 John St**
**Ripon, WI 54971**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Alyssa Larson**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $323.38 |
|---|---|---|---|

**Alyssa Lind**
**628 Park Street**
**Ripon, WI 54971**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Alyssa McDowell**
**121 W 23 Ave**
**Oshkosh, WI 54902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Alyssa McFadden**
**229 S Franklin St**
**Oconto Falls, WI 54154**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Alyssa Meyers**
**2203 Rygar Court**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Alyssa Nelson**
**6512 State Rd 76**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.69** |
|---|---|---|---|

**Alyssa Rafuse**
W6553 Rhinestone Ct
Greenville, WI 54942

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.38** |
|---|---|---|---|

**Alyssa Rohda**
13014 W Needham Dr.
New Berlin, WI 53151

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.70** |
|---|---|---|---|

**Alyssa Romanowski**
229543 county road Q
Ringle, WI 54471

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$361.15** |
|---|---|---|---|

**Alyssa Salas**
8835 E windlake rd
Muskego, WI 53150

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392.65** |
|---|---|---|---|

**Alyssa Salzwedel**
319 meadowlark drive
Westfield, WI 53964

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.45** |
|---|---|---|---|

**Alyssa Scharbarth**
N5723 state highway 76
Shiocton, WI 54170

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$921.90** |
|---|---|---|---|

**Alyssa Schwartz**
232 Wisconsin Ave
Brillion, WI 54110

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 56 of 1376

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |

**Alyssa Sheely**
**1608 Fairlwan Ave**
**Fond Du Lac, WI 54937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |

**Alyssa Taubel**
**N590 silver lane**
**Pulaski, WI 54162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |

**Alyssa Thibodeau**
**4729 W Chicory Lane**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Alyssa Tomfohrde**
**1004 Arrowwood Court**
**Pewaukee, WI 53072**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.13 |

**Alyssa Uhlers**
**1108 Ellis Street**
**Kewaunee, WI 54216**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Alyssa Westover**
**204 N. Farmer St**
**Princeton, WI 54968**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Alyxis Paiser**
**W5860 south oak park circle**
**Shawano, WI 54166**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Amananda Goffard**
N5265 country raod E
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Amanda Alsteen**
E3504 Partridge Road
Casco, WI 54205

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Amanda Amon**
2019 N Farwell Ave
302
Milwaukee, WI 53202

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Amanda Anderson**
360 Sherman st.
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Amanda Bender**
325 Houston st
Ripon, WI 54971

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Amanda Benton**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412.09 |
|---|---|---|---|

**Amanda Bowe**
380 Forest Avenue
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.70 |
|---|---|---|---|

**3.404**

Nonpriority creditor's name and mailing address

amanda brajdic
2058 harold street
Green Bay, WI 54302

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.70**

---

**3.405**

Nonpriority creditor's name and mailing address

Amanda Bray
520 Roger Ct
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$218.38**

---

**3.406**

Nonpriority creditor's name and mailing address

Amanda Butler
5136 Enchanted Valley Rd.
Cross Plains, WI 53528

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$308.69**

---

**3.407**

Nonpriority creditor's name and mailing address

Amanda Caloun
3416 Hoffman Drive
Plover, WI 54467

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$109.19**

---

**3.408**

Nonpriority creditor's name and mailing address

Amanda Casey
801 Gregory Way
Winnebago, IL 61088

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$67.19**

---

**3.409**

Nonpriority creditor's name and mailing address

Amanda Cisewski
2108 Clark Street
Stevens Point, WI 54481

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$333.88**

---

**3.410**

Nonpriority creditor's name and mailing address

Amanda Dausey
971 gay dr
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$369.57**

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Amanda Dempsey**
**725 Harrison Ave**
**Omro, WI 54963**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.25 |

**Amanda Duchow**
**873 Corporate way**
**2**
**Pulaski, WI 54162**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |

**Amanda Duquaine**
**No Address - purchased tickets via PayPa**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |

**Amanda Enright**
**14 lakeside crescent**
**Keilor east, Vic 03033-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |

**Amanda Ernst**
**75 Paulina St**
**Clintonville, WI 54929**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |

**Amanda Finch**
**135 N. Woodward St.**
**Upper**
**Brandon, WI 53919**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |

**Amanda Fink**
**W6949 Angel Hill Dr**
**Greenville, WI 54942**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.418 | **Nonpriority creditor's name and mailing address** | $151.73 |

**Amanda Flees**
**1821 Burin Court**
**Plover, WI 54467**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.419 | **Nonpriority creditor's name and mailing address** | $261.45 |

**Amanda Gilman**
**8981 S 77th St**
**Franklin, WI 53132**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.420 | **Nonpriority creditor's name and mailing address** | $272.96 |

**Amanda Gruszynski**
**W5133 Blue Heron Court**
**Sherwood, WI 54169**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.421 | **Nonpriority creditor's name and mailing address** | $130.73 |

**Amanda Guzowski**
**2401 Great Plains Drive**
**1**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.422 | **Nonpriority creditor's name and mailing address** | $843.68 |

**Amanda Hadley**
**1178 Whiterock St**
**Gloucester ON K1J 1B2**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.423 | **Nonpriority creditor's name and mailing address** | $261.45 |

**Amanda Halford**
**1516 repp ave**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.424 | **Nonpriority creditor's name and mailing address** | $303.45 |

**Amanda Heckert**
**900 S Walden Ave**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |

**Amanda Heizmann**
704 S. Indiana Ave.
4
West Bend, WI 53095

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Amanda Holm**
103 N Elm St
E
Kimberly, WI 54136

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.19 |

**Amanda Infusino**
1101 South Street
Racine, WI 53402

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.32 |

**Amanda Jacobchick**
33 Amory st
Fond Du Lac, WI 54935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.90 |

**amanda James**
12008 rising oaks drive east
Jacksonville, FL 32223

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Amanda Joel**
N59W24321 Eagle Ridge Ct.
Sussex, WI 53089

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Amanda Jones**
5567 Woodland Road
Winneconne, WI 54986

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Amanda Klemme**
108 S Military Rd
Fond Du Lac, WI 54935

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Amanda Koch**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844.20 |
|---|---|---|---|

**Amanda Kositzke**
N4157 Garvey Ave
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
|---|---|---|---|

**Amanda Kramer**
W951 Edwards Ave
Marinette, WI 54143

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Amanda Krause**
770 W Cecil St
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Amanda Kruck**
1119 16th St
Two Rivers, WI 54241

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Amanda Kwiatkowski**
4221 S 6TH ST
A42
Milwaukee, WI 53221

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Amanda Lembeck**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Amanda Ln**
**14069 Hanna Way**
**South Beloit, IL 61080**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Amanda Loberger**
**10506 Gillett Town Hall Road**
**Gillett, WI 54124**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Amanda Marie**
**1665 N Mccarthy Rd**
**10**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Amanda Mcintire**
**300 N. Big Creek Road**
**Marquette, MI 49855**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408.45 |
|---|---|---|---|

**Amanda Metzner**
**2827 Travertine Court**
**Green Bay, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Amanda Morley**
**1035 South Clay Street**
**Green Bay, WI 54301**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|---|

**Amanda Mullen**
244 Timber Ridge Dr.
Kalamazoo, MI 49006

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,170.75 |
|---|---|---|---|

**AMANDA NOHR**
2508 N. Meade St.
Appleton, WI 54911

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Amanda Nuechterlein**
W7578 Gene Ct
Greenville, WI 54942

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Amanda Pavelec**
234 Randolph Dr
107
Madison, WI 53717

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Amanda Pinkston**
404 N 2ND ST
MALTA, IL 60150

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,743.00 |
|---|---|---|---|

**AMANDA POUPORE**
N13775 J 1 RD
Carney, MI 49812

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Amanda Reason**
N5339 State Hwy 17
Gleason, WI 54435

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 65 of 1376

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.45 |
|---|---|---|---|

**Amanda Rosio**
201 Wilson street
Antigo, WI 54409

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Amanda Schley**
E10865 Eulrich rd
Clintonville, WI 54929

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.88 |
|---|---|---|---|

**Amanda Schneider**
W6176 Sherwood point dr
Greenville, WI 54942

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Amanda Sobecki**
958 zemlock ave
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Amanda Steinbach**
W7085 buttercup court
Greenville, WI 54942

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Amanda Stibb**
W4835 Roeder Road
Princeton, WI 54968

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.46 |
|---|---|---|---|

**Amanda Stoner**
1404 Cambridge rd
Kewanee, IL 61443

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.460** | **Nonpriority creditor's name and mailing address** | **$198.45** |

**Amanda Stroka**
5866 Main St
Abrams, WI 54101

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.461** | **Nonpriority creditor's name and mailing address** | **$134.38** |

**Amanda Tadych**
W6360 Lone Elm Rd
Van Dyne, WI 54979

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.462** | **Nonpriority creditor's name and mailing address** | **$1,697.33** |

**Amanda Taylor**
2304 Nth 15th
Sheboygan, WI 53083

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.463** | **Nonpriority creditor's name and mailing address** | **$119.69** |

**Amanda Theis**
23558 Newport Ave
Prior Lake, MN 55372

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.464** | **Nonpriority creditor's name and mailing address** | **$553.88** |

**Amanda Thomson**
16308 27th st
Gobles, MI 49055

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.465** | **Nonpriority creditor's name and mailing address** | **$388.50** |

**Amanda Traxler**
8350 Liberty School Rd
Omro, WI 54963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.466** | **Nonpriority creditor's name and mailing address** | **$377.96** |

**Amanda Vander Werff**
W9179 Alpine Trail
Wautoma, WI 54982

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

amanda vandrisse
4239 depeau rd
New Franken, WI 54229

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Amanda Wassilus**
407 E. Mill St.
apt.1
Plymouth, WI 53073

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Amanda Wettengel**
337 east Mitchell ave
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,598.63 |
|---|---|---|---|

**Amanda Williams**
22 1st street nw
#5
Fairfax, MN 55332

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $97.13 |
|---|---|---|---|

**Amanda Williams**
9624 Ridge Heights Rd
Fairview Heights, IL 62208

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Amanda Zane**
9324 south 35th street
Franklin, WI 53132

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $868.88 |
|---|---|---|---|

**Amber Boucher**
1515 28th st
Sioux City, IA 51104

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |

**Amber Cybula**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |

**Amber Davids**
**305 Hudson St**
**Antigo, WI 54409**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $336.00 |

**Amber Edwards**
**611 Spruce St.**
**Sauk City, WI 53583**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |

**Amber Fields-Travis**
**322 Westbrook Dr**
**Oshkosh, WI 54904**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.94 |

**Amber Grube**
**8516 Westbrook Drive**
**Sturtevant, WI 53177**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Amber Haack**
**119 Hidden Ridges Circle**
**Combined Locks, WI 54113**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |

**Amber Heiden**
**326 HOUSTON ST**
**Ripon, WI 54971**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

__Amber Hohner__
250 6th Street E
729
Saint Paul, MN 55101

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.65 |
|---|---|---|---|

__Amber Immel__
Po box 214 106 church street
Eden, WI 53019

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $614.16 |
|---|---|---|---|

__Amber Jirschele__
2723 deer Creek Drive
Racine, WI 53406

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.38 |
|---|---|---|---|

__Amber Lax__
N4046 McHugh rd
Kaukauna, WI 54130

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

__Amber Lenards__
1513 Minnesota Avenue
Gladstone, MI 49837

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

__Amber Lipinski__
3842 North Wilton Avenue
Unit 1
Chicago, IL 60613

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

__Amber Lyons__
W1015 Tip Rd
De Pere, WI 54115

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |

**Amber Marie**
**160 Warner St**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Amber Martin**
**W207S9298 Hillendale Dr**
**Muskego, WI 53150**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |

**Amber Mitchell**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.48 |

**Amber Ostrander**
**2821 3rd street south**
**Wisconsin Rapids, WI 54494**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |

**Amber Pearce**
**149 Habig Rd**
**Indianapolis, IN 46217**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.75 |

**Amber Raebe**
**4211 Depeau Road**
**New Franken, WI 54229**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $388.45 |

**Amber Salinas**
**W232N7474 Highview Dr.**
**Sussex, WI 53089**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.63 |
|---|---|---|---|

**Amber Schwark**
6038 29th lane
Gladstone, MI 49837

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $773.33 |
|---|---|---|---|

**Amber Stenberg**
p.o. box 31
Wilson, MI 49896

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Amber Thorstenson**
28 N brown st.
216
Rhinelander, WI 54501

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Amber Timblin**
N8890 200th st
Spring Valley, WI 54767

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**amber verkuilen**
1509 kenneth ave
Kaukauna, WI 54130

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.46 |
|---|---|---|---|

**Amber Weinand**
5110 Hwy 2 East
Lot B11
Minot, ND 58701

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.25 |
|---|---|---|---|

**Amber Wiebelhaus**
1477 Wallace Lake Rd
West Bend, WI 53090

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |

**Amber Wolff**
**36 Reid terrace**
**Apt 8**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.58 |

**Amberly Segerstrom**
**504N W GULLIVER LAKE RD**
**Gulliver, MI 49840**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |

**Ambrea Martin**
**511 main st**
**Williamsport, IN 47993**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |

**Amelia Filer**
**1115 Manila Street**
**Manitowoc, WI 54220**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |

**America Hartmann**
**203 Portland Ave W**
**Almena, WI 54805**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Amie Aikins**
**720 Wilson St**
**Little Chute, WI 54140**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $961.76 |

**Amie Wagner Clark**
**478 Neevel Ave.**
**Waupun, WI 53963**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Ammie Choinski**
931 dove st
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $260.38 |
|---|---|---|---|

**Amy Baker**
N3504 W Tomahawk Trail
Montello, WI 53949

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**Amy Barkelar**
1268 W. 20th ave
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $749.61 |
|---|---|---|---|

**Amy Bauer**
551 Sunrise Dr
Lodi, WI 53555

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Amy Bauman**
1301 Springwood Lane
Faribault, MN 55021

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Amy Blaskowski**
3008 Wylde Oak Ct
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Amy Brehmer**
1384 Kanturk Ln.
Hartford, WI 53027

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.57 |
|---|---|---|---|

**Amy Buchanan**
2955 Forest View Cr
Franksville, WI 53126

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Amy Cavil**
2702 Lawrence Dr
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Amy Dallman**
59 MeMe LN
Reedsburg, WI 53959

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.82 |
|---|---|---|---|

**Amy Day**
1508 W Cloverdale Dr
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Amy Dowling**
1356 Whispering Pines Lane
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Amy Eddy**
2324 Eagle Summit
Stevens Point, WI 54482

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Amy Eischen**
1631 E. Byrd St.
Appleton, WI 54911

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.88 |
|---|---|---|---|

**AMY FARRISH**
**1829 HAROLD ST**
**Green Bay, WI 54302**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Amy Glese**
**1080 Christian Drive**
**Oshkosh, WI 54901**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Amy Gilson**
**1508 Cedar Street**
**Green Bay, WI 54302**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|

**Amy Gunderson**
**1105 s Watertown st**
**Waupun, WI 53963**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Amy Halverson**
**105 S. Elizabeth St.**
**Weyauwega, WI 54983**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669.38 |
|---|---|---|---|

**Amy Hillen**
**6861 N 700 E**
**Morristown, IN 46161**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

**Amy Hungerford**
**814 Forest Blvd**
**Sheboygan Falls, WI 53085**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Amy Hurrish**
**2924 Nikki Lee Ct.**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.50 |
|---|---|---|---|

**AMY HUSS**
**622 JEFFERSON ST**
**Little Chute, WI 54140**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.94 |
|---|---|---|---|

**Amy Immel-Weigand**
**207 W Nevada Ave**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.45 |
|---|---|---|---|

**Amy Immel-Weigand**
**207 W Nevada Ave**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Amy Jepson**
**641 Harvest Winds Court**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.32 |
|---|---|---|---|

**Amy Loose**
**611 South Madison St**
**Chilton, WI 53014**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Amy Lynn**
**208 High Street**
**Waupaca, WI 54981**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$402.68** |
|---|---|---|---|

Amy Martin
1120 Dakota Avenue
Gladstone, MI 49837

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$803.25** |
|---|---|---|---|

Amy Meintz
7515 Avalon BLVD
Alpharetta, GA 30009

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$119.69** |
|---|---|---|---|

Amy Morrison
700 Leann Lane
Cedar Park, TX 78613

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$201.57** |
|---|---|---|---|

Amy Ourada
2700 E Dietzen Dr
Appleton, WI 54915

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$807.45** |
|---|---|---|---|

Amy Peplinski
4564 S Kingan Ave
Cudahy, WI 53110

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$194.25** |
|---|---|---|---|

Amy Perkins
1809 Sahara Dr
Green Bay, WI 54304

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$261.45** |
|---|---|---|---|

Amy Rens
727 W Lincoln ST
7
Waupun, WI 53963

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim:** **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Amy Richards**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $302.38 |
|---|---|---|---|

**Amy Standiford**
**818 Racine St.**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,467.77 |
|---|---|---|---|

**Amy Supanich**
**16431 Dakota Rd**
**Lanse, MI 49946**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $806.38 |
|---|---|---|---|

**Amy Van Den Elsen**
**1065 Fair Rd**
**Greenleaf, WI 54126**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Amy Van Straten**
**2759 Commonwealth Court**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527.07 |
|---|---|---|---|

**Amy Vandervest**
**1729 Pinecrest Rd**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Amy Vosters**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.15 |
|---|---|---|---|

**Amy Walesewicz VanRossum**
**1577 Louise St**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $636.83 |
|---|---|---|---|

**Amy Walesewicz VanRossum**
**1577 Louise St**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Amy Wettstein**
**2039 Whistling Swan Cir**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Amy Wolff**
**1605 Hwy 60**
**Jackson, WI 53037**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,362.90 |
|---|---|---|---|

**Amy Wrobleski**
**502 15th st. s**
**Benson, MN 56215**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**AMY Yates**
**1899 cottontail dr**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,029.13 |
|---|---|---|---|

**AMY Yates**
**1899 cottontail dr**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|-------|---|---|---|
| | **Amy Zittel** | ☐ Contingent | |
| | **No Address - purchased tickets via PayPa** | ■ Unliquidated | |
| | Date(s) debt was incurred  2019-2020 | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Pre-Paid Tickets** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|-------|---|---|---|
| | **Amy-Sue Greer** | ☐ Contingent | |
| | **No Address - purchased tickets via PayPa** | ■ Unliquidated | |
| | Date(s) debt was incurred  2019-2020 | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Pre-Paid Tickets** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,743.00 |
|-------|---|---|---|
| | **Amyjo Johnson** | ☐ Contingent | |
| | **844 Nebraska Street** | ■ Unliquidated | |
| | **Oshkosh, WI 54902** | ☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,051.05 |
|-------|---|---|---|
| | **Ana Eick** | ☐ Contingent | |
| | **N6071 Cty Rd W** | ■ Unliquidated | |
| | **New London, WI 54961** | ☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|-------|---|---|---|
| | **Ana Stempa** | ☐ Contingent | |
| | **W7416 River Bend Circle** | ■ Unliquidated | |
| | **Shawano, WI 54166** | ☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $508.15 |
|-------|---|---|---|
| | **Analisa Ehli** | ☐ Contingent | |
| | **5785 Oak Creek Lane** | ■ Unliquidated | |
| | **Brighton, MI 48116** | ☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|-------|---|---|---|
| | **Anamarie Schell** | ☐ Contingent | |
| | **422 school street** | ■ Unliquidated | |
| | **Waupaca, WI 54981** | ☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $177.45 |
|---|---|---|---|

**Anastacia Saunders**
**629 Shawano Ave**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $151.73 |
|---|---|---|---|

**Anastasia Chapman**
**261 Ridgecrest Dr**
**San Diego, CA 92114**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,352.42 |
|---|---|---|---|

**Anastasia Clark**
**426 mill st**
**2**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77.69 |
|---|---|---|---|

**Anastasia Smith**
**420 N Elm St**
**Platteville, WI 53818**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $377.96 |
|---|---|---|---|

**Andi Schmidt**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $134.38 |
|---|---|---|---|

**Andie Schmelzer**
**735 elm st**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $303.45 |
|---|---|---|---|

**Andre Filippelli**
**1916 Pleasant Ave**
**Saint Charles, IL 60174**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,173.84 |
|---|---|---|---|

**Andrea Ballard**
433 E Arch
Marquette, MI 49855

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $770.65 |
|---|---|---|---|

**Andrea Baumler**
22135 290th St
Waucoma, IA 52171

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,610.59 |
|---|---|---|---|

**Andrea Biedermann**
2667 Marywood  Dr.
Dubuque, IA 52001

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Andrea Chier**
415 Leskey St
Berlin, WI 54923

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Andrea Gremonprez**
1513 Hawthorn Drive
West Bend, WI 53095

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,707.83 |
|---|---|---|---|

**Andrea Hiles**
W5150 County Rd S
Black Creek, WI 54106

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,556.10 |
|---|---|---|---|

**Andrea Houston**
2685 Lawrence Dr
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page   83 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 83 of 1376

| | | | $518.69 |
| --- | --- | --- | --- |
| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | |
| | Andrea Knipp | ☐ Contingent | |
| | 1034 South 24th Street | ☐ Unliquidated | |
| | Manitowoc, WI 54220 | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** Pre-Paid Tickets | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | $134.38 |
| --- | --- | --- | --- |
| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | |
| | Andrea Longhini | ☐ Contingent | |
| | 33460 Penegor Lane | ☐ Unliquidated | |
| | Toivola, MI 49965 | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** Pre-Paid Tickets | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | $479.85 |
| --- | --- | --- | --- |
| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | |
| | Andrea Lynn | ☐ Contingent | |
| | 1620 w george washington blvd | ☐ Unliquidated | |
| | 4 | ☐ Disputed | |
| | Davenport, IA 52804 | | |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** Pre-Paid Tickets | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | $271.95 |
| --- | --- | --- | --- |
| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | |
| | Andrea Millard | ☐ Contingent | |
| | 206 W Spruce Street | ☐ Unliquidated | |
| | Sturgeon Bay, WI 54235 | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** Pre-Paid Tickets | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | $3,255.00 |
| --- | --- | --- | --- |
| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | |
| | Andrea Oldenburg | ☐ Contingent | |
| | W10614 BENSON LAKE RD | ☐ Unliquidated | |
| | Amberg, WI 54102 | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** Pre-Paid Tickets | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | $319.15 |
| --- | --- | --- | --- |
| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | |
| | Andrea Rens | ☐ Contingent | |
| | 100 Fern Drive | ☐ Unliquidated | |
| | Rosendale, WI 54974 | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** Pre-Paid Tickets | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $604.76 |
| --- | --- | --- | --- |
| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | |
| | Andrea Rew | ☐ Contingent | |
| | 3098 Spring St | ☐ Unliquidated | |
| | Omro, WI 54963 | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** Pre-Paid Tickets | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Andrea Salzmann**
209 E Main St
Hortonville, WI 54944

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.90 |
|---|---|---|---|

**Andrea Schleppenbach**
1519 Pennsylvania ave
Brainerd, MN 56401

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Andrea Vokracka**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,233.35 |
|---|---|---|---|

**Andrea Volmer**
15400 state rtey
Rolla, MO 65401

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Andrea Ziegler**
321 Norman Lane
Center City, MN 55012

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.23 |
|---|---|---|---|

**Andrew Alcott**
4814 Ridge Road
Mount Airy, MD 21771

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Andrew Beaulieu**
555 w Huron st
Omro, WI 54963

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,409.75** |
|---|---|---|---|

**Andrew Beierwalters**
8821 Timber Wolf Trail
Madison, WI 53717

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.19** |
|---|---|---|---|

**Andrew Biddick**
295 E. Bank Street
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$553.88** |
|---|---|---|---|

**Andrew Boucher**
19 Iki Dr.
Apt. 7
Edgerton, WI 53534

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$266.70** |
|---|---|---|---|

**Andrew Breitkreutz**
1305 Dayton St
Mayville, WI 53050

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,556.10** |
|---|---|---|---|

**Andrew Brown**
201 Chestnut St
Lena, IL 61048

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$553.88** |
|---|---|---|---|

**Andrew Byrd**
209 8th st sw
Watertown, SD 57201

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$319.73** |
|---|---|---|---|

**Andrew Chittick**
3547 W 29th St
Unit 1
Greeley, CO 80634

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Andrew Cox**
2821 Marion Avenue
Mattoon, IL 61938

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Andrew Davis**
1215 7th St E
Menomonie, WI 54751

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $402.68 |

**Andrew Davis**
6666 W. May Rd.
Bloomington, IN 47403

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |

**Andrew Draugel**
S1431 Coughlin Ct
La Valle, WI 53941

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |

**Andrew Eggan**
3345 Moose River Road
Boonville, NY 13309

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Andrew Frey**
2630 Lavender Ln
5
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |

**Andrew Garmoe**
325 N Blue Jay St
Cortland, IL 60112

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Andrew Goosman**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $656.25 |
|---|---|---|---|

**Andrew Gutierrez**
**407 S 13th St**
**Escanaba, MI 49829**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.38 |
|---|---|---|---|

**Andrew Hagenow**
**806 Cleveland Ave**
**Kaukauna, WI 54130**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.57 |
|---|---|---|---|

**Andrew Hanson**
**2821 Char Lane NE**
**Rochester, MN 55906**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.38 |
|---|---|---|---|

**Andrew Hatopp**
**1790 Robin Ave**
**Apt R103**
**Oshkosh, WI 54902**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $523.95 |
|---|---|---|---|

**Andrew Henjum**
**901 9th Ave. N.W.**
**Waseca, MN 56093**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.24 |
|---|---|---|---|

**Andrew Henke**
**2950 2nd St S**
**Wisconsin Rapids, WI 54994**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $441.00 |
|---|---|---|---|

**Andrew Houg**
**417 Lincoln St**
**Rhinelander, WI 54501**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Andrew Johnston**
**W5022 Woodlund Road**
**Peshtigo, WI 54157**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $642.88 |
|---|---|---|---|

**Andrew Kasper**
**2632 Autumn Drive**
**Crown Point, IN 46307**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Andrew Kidrick**
**2229 W Pershing St**
**15**
**Appleton, WI 54914**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Andrew Klossner**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Andrew knurowski**
**120 harrison Ave**
**Apt D**
**Omro, WI 54963**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.45 |
|---|---|---|---|

**Andrew Kutzke**
**1411 71st dr**
**Union Grove, WI 53182**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $604.76 |
|---|---|---|---|

**Andrew Leinonen**
512 45th Ave
Menominee, MI 49858

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $451.50 |
|---|---|---|---|

**Andrew Lewis**
529 N Clinton St
Princeton, WI 54968

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.24 |
|---|---|---|---|

**Andrew Menard**
3330 Grouse Way
Saint Johns, MI 48879

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Andrew Montalbano**
W6871 Barry Ct
Greenville, WI 54942

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Andrew Montalbano**
W6871 Barry Ct
Greenville, WI 54942

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.70 |
|---|---|---|---|

**Andrew Nickel**
773 N Melcorn Circle
De Pere, WI 54115

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Andrew Oettinger**
1685 moon road
Saint Germain, WI 54558

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $728.18 |
|---|---|---|---|

**Andrew Patterson**
206 A Procpect Ave
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |
|---|---|---|---|

**Andrew Proffit**
1015 280th st
Britt, IA 50423

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Andrew Reimers**
3611 N 96TH ST
Milwaukee, WI 53222

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Andrew Rios**
330 Timbercreek Dr
Round Lake, IL 60073

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.45 |
|---|---|---|---|

**Andrew Rogers**
1890 fox run drive
Unit C
Elk Grove Village, IL 60007

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $737.10 |
|---|---|---|---|

**Andrew Rushton**
150 w superior st
Apt 2
Ishpeming, MI 49849

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Andrew Saether**
850 Liebman Ct
Apt #11
Green Bay, WI 54302

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Andrew Schmidt**
**1016 Grand Ave.**
**Little Chute, WI 54140**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.57 |
|---|---|---|---|

**Andrew Seibold**
**405 carpenter ave**
**2**
**Iron Mountain, MI 49801**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $508.15 |
|---|---|---|---|

**Andrew Seiler**
**1914 South Oneida Street**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $626.33 |
|---|---|---|---|

**ANDREW STAATS**
**5035 CLARK LAKE RD**
**Sturgeon Bay, WI 54235**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Andrew Suydam**
**1912 Sunkist Rd.**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Andrew Uphill**
**204 Lom street**
**Combined Locks, WI 54113**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,001.46 |
|---|---|---|---|

**Andrew VandeBoom**
**905 Fredonia Ave**
**Fredonia, WI 53021**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.642 | **Nonpriority creditor's name and mailing address** | **$303.45** |

**andrew voigt**
**n6837 thompson rd**
**Beaver Dam, WI 53916**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.643 | **Nonpriority creditor's name and mailing address** | **$271.95** |

**Andrew Wepner**
**1318 Stone Ridge Road**
**Apt 13**
**Waupaca, WI 54981**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.644 | **Nonpriority creditor's name and mailing address** | **$639.45** |

**Andrew Westeen**
**212 West Iron St**
**Bessemer, MI 49911**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.645 | **Nonpriority creditor's name and mailing address** | **$288.23** |

**Andrew Willson**
**1819 BELLECHASE DR**
**NEW LENOX, IL 60451**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.646 | **Nonpriority creditor's name and mailing address** | **$177.45** |

**Andromeda Bartosch**
**No Address - purchased tickets via PayPa**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.647 | **Nonpriority creditor's name and mailing address** | **$867.83** |

**Andy Andraschko**
**N15309 Smiley RD**
**Amberg, WI 54102**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.648 | **Nonpriority creditor's name and mailing address** | **$527.10** |

**Andy Baker**
**10709 Tesch Lane**
**Apt 12**
**Rothschild, WI 54474**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.68 |
| --- | --- | --- | --- |

**Andy Barthels**
1418 cty rd I
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
| --- | --- | --- | --- |

**Andy Birling**
951 MARQUETTE ST
Menasha, WI 54952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,743.00 |
| --- | --- | --- | --- |

**Andy Boehm**
2190 American Dr
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
| --- | --- | --- | --- |

**Andy Foht**
6675 Tower Drive Road
Lena, WI 54139

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.08 |
| --- | --- | --- | --- |

**Andy Frechette**
204 N Vita Ave
Beaver Dam, WI 53916

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.01 |
| --- | --- | --- | --- |

**Andy Johnson**
1609 High Point Circle
Stoughton, WI 53589

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
| --- | --- | --- | --- |

**Andy Johnson**
N6736 Gilbert st
Elkhorn, WI 53121

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case 20-27367-gmh   Doc 5   Filed 11/10/20   Page 94 of 1376

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Andy Koenig**
**N5566 Hwy 73**
**Columbus, WI 53925**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Andy Kozlowski**
**2297 Country Ln**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Andy Pierzchalski**
**208139 verde villa drive**
**Hatley, WI 54440**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Andy Potter**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $438.88 |
|---|---|---|---|

**Andy Schmidt**
**207 Sunset Avenue**
**Algoma, WI 54201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Andy Thill**
**1607 Buckingham Lane**
**West Bend, WI 53095**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Andy Vollert**
**1509 Academy Ave.**
**Stevens Point, WI 54481**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $871.50 |

**Andy Williams**
**414 East Walnut Street**
**Suite 150**
**Green Bay, WI 54301**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Andy Zuraw**
**321 W. Washington Street, #4**
**Slinger, WI 53086**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $497.70 |

**Ang Sanders**
**3771 Glenshire Lane**
**Oshkosh, WI 54904**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Angel Edler**
**825 Kay Kourt**
**Neenah, WI 54956**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $575.38 |

**Angel Mefford**
**339 S Webster Ave**
**Green Bay, WI 54301**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $610.58 |

**Angela Bird**
**1121 Garfield St**
**Oshkosh, WI 54901**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $398.96 |

**Angela Derks**
**909 W Frances St**
**Appleton, WI 54914**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| | |
|---|---|
| 3.670 | **$155.38** |

**Nonpriority creditor's name and mailing address**
Angela Dillon
953 millbrook drive
Avon, IN 46123

**Date(s) debt was incurred** 2019-2020
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Pre-Paid Tickets

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| 3.671 | **$261.45** |

**Nonpriority creditor's name and mailing address**
Angela Floyd
1536 E Glendale Avenue
Appleton, WI 54911

**Date(s) debt was incurred** 2019-2020
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Pre-Paid Tickets

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| 3.672 | **$303.45** |

**Nonpriority creditor's name and mailing address**
Angela Gabelbauer
153 W. Armour Ave.
Milwaukee, WI 53207

**Date(s) debt was incurred** 2019-2020
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Pre-Paid Tickets

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| 3.673 | **$1,211.18** |

**Nonpriority creditor's name and mailing address**
Angela Helfrich Dollaway
1629 Rasho Rd
Traverse City, MI 49696

**Date(s) debt was incurred** 2019-2020
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Pre-Paid Tickets

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| 3.674 | **$402.68** |

**Nonpriority creditor's name and mailing address**
Angela Hoppe
15360 Island Lake Rd
Mountain, WI 54149

**Date(s) debt was incurred** 2019-2020
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Pre-Paid Tickets

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| 3.675 | **$314.96** |

**Nonpriority creditor's name and mailing address**
Angela J Wenninger
N7650 CTH TW
Horicon, WI 53032

**Date(s) debt was incurred** 2019-2020
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Pre-Paid Tickets

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | |
|---|---|
| 3.676 | **$1,204.88** |

**Nonpriority creditor's name and mailing address**
ANGELA KEALEY
1522 West 6 Avenue
Oshkosh, WI 54902

**Date(s) debt was incurred** 2019-2020
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Pre-Paid Tickets

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.46 |
|---|---|---|---|

**Angela Keegan**
**N5211 Cemetery Rd**
**Manawa, WI 54949**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.18 |
|---|---|---|---|

**Angela Ketcham**
**1 Oak Lane**
**Lake Zurich, IL 60047**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Angela Klepfer**
**2236 W Halsey Avenue**
**Milwaukee, WI 53221**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**Angela Koeppel**
**719 Chestnut St.**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.69 |
|---|---|---|---|

**Angela Kowalewski**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Angela Lemminger**
**5650 Peters Drive**
**West Bend, WI 53095**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**Angela Marsh**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page  98 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 98 of 1376

Name

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.25 |

**Angela Meyer**
W4258 County Rd U
Plymouth, WI 53073

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |

**Angela Miller**
PO Box 393
Gresham, WI 54128

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.34 |

**Angela Obst**
4190 Hidden Creek Ct
New Berlin, WI 53151

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,070.08 |

**Angela Osterloh**
2751 Cty Rd P
Luxemburg, WI 54217

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |

**angela owens**
125 w 6th st
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,263.28 |

**Angela Rice**
1870 skyline dr
Stoughton, WI 53589

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.74 |

**Angela Roberts**
367 1/2 Amory
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.691 | **Nonpriority creditor's name and mailing address** | **$130.19** |

**Angela Rogers**
**248 Blaine street**
**Almond, WI 54909**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.692 | **Nonpriority creditor's name and mailing address** | **$585.38** |

**Angela Rose-Kratz**
**320 Hungerford Ave**
**Negaunee, MI 49866**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.693 | **Nonpriority creditor's name and mailing address** | **$1,354.50** |

**ANGELA SCHAEFER**
**W850 Kiel Rd**
**New Holstein, WI 53061**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.694 | **Nonpriority creditor's name and mailing address** | **$310.76** |

**Angela Stapleton**
**1425 Bedford Ct**
**Waukesha, WI 53186**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.695 | **Nonpriority creditor's name and mailing address** | **$479.85** |

**Angela Tuchalski**
**1304 Douglas Ave**
**Watertown, WI 53098**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.696 | **Nonpriority creditor's name and mailing address** | **$88.73** |

**Angela Vanick**
**N13682 Roush Rd**
**Wausaukee, WI 54177**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.697 | **Nonpriority creditor's name and mailing address** | **$109.19** |

**Angela Vosters**
**W3108 Sunshine Rd**
**Kaukauna, WI 54130**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | | $585.38 |
|---|---|---|---|

**Angeleah Gravedoni**
207 S. Pioneer Ave.
Negaunee, MI 49866

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | | $155.38 |
|---|---|---|---|

**Angelica Badilla**
485 Leslie Ct
102
Des Plaines, IL 60016

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | | $491.38 |
|---|---|---|---|

**Angelica Dreyer**
N9025 Libke Rd
Cambria, WI 53923

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | | $500.85 |
|---|---|---|---|

**Angelica Morales**
315 e 14th street
Spencer, IA 51301

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | | $98.69 |
|---|---|---|---|

**Angelina Enneper**
405 West Ryan Street
Brillion, WI 54110

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | | $576.46 |
|---|---|---|---|

**Angelique Pecor**
1100 Crooks Street
Green Bay, WI 54301

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | | $1,748.25 |
|---|---|---|---|

**Angelle Curry**
1475 Seaside Circle
Navarre, FL 32566

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Angelo Camacho Jr.**
**130 N 3RD AVE**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.90 |
|---|---|---|---|

**Angie Birkett**
**459 Bellevue St**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $413.69 |
|---|---|---|---|

**Angie Brey**
**2021 45th Street S**
**Wisconsin Rapids, WI 54494**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Angie Bush**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,513.58 |
|---|---|---|---|

**Angie Claeys**
**1143 Rogers Drive**
**Plover, WI 54467**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $713.70 |
|---|---|---|---|

**Angie Gruenberg**
**1333 Kenwood Avenue**
**Beloit, WI 53511**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Angie Hodkiewicz**
**N7611 Lower Cliff Rd**
**Sherwood, WI 54169**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.69 |
|---|---|---|---|

**Angie Loomans**
**630 N Lockin St**
**Brandon, WI 53919**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,625.41 |
|---|---|---|---|

**Angie May**
**1420 Lindale LA**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Angie Quast**
**26 Howard Ave**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Angie Schmidt**
**2950 E. Yoder Dr. apt. A**
**A**
**Midland, MI 48640**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Angie Staniec**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $959.18 |
|---|---|---|---|

**Angie Vandeyacht**
**430C Nancy Ln**
**Apt 394**
**Pulaski, WI 54162**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Anissa Gauthier**
**654 W Rock River Cir**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | | **$632.03** |
|---|---|---|---|

**anissa rosenthal**
**5721 white pine drive**
**Wisconsin Rapids, WI 54494**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | | **$67.19** |
|---|---|---|---|

**Anita Lamers**
**1431 S Telulah Ave**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | | **$314.96** |
|---|---|---|---|

**Anita Ramstack**
**3982 Meadow View Ct**
**Colgate, WI 53017**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | **Nonpriority creditor's name and mailing address** | | **$319.73** |
|---|---|---|---|

**Anlee Geranen**
**125 W Carroll St**
**Tea, SD 57064**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | | **$109.19** |
|---|---|---|---|

**Ann Barfknecht**
**2668 County Road C**
**Wabeno, WI 54566**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | | **$201.57** |
|---|---|---|---|

**Ann Dailey**
**631 E Mitchell Ave**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | | **$925.58** |
|---|---|---|---|

**ann dowd**
**214 main st**
**Baraga, MI 49908**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Ann Fletcher**
**7384 Twin Lakes Drive**
**Custer, WI 54423**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Ann Hildebrandt**
**126 Kappell Drive**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Ann Klemp**
**E9161 Bear Creek Rd**
**Clintonville, WI 54929**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.13 |
|---|---|---|---|

**Ann Laska**
**4999 Rivermoor Dr**
**Omro, WI 54963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.13 |
|---|---|---|---|

**Ann Mandick**
**N73w29776 Christopherson Lane**
**Hartland, WI 53029**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Ann Marie Flood**
**808 Sterling Drive**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Ann Rose**
**1707 LAKE VIEW ROAD**
**Washington Island, WI 54246**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.733 | **Nonpriority creditor's name and mailing address** |

**3.733** **Nonpriority creditor's name and mailing address**

**Ann Thompson**
**1224 Ceape Ave**
**Oshkosh, WI 54901**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$650.95

---

**3.734** **Nonpriority creditor's name and mailing address**

**Anna Anderson**
**705 1ST ST**
**RANDOM LAKE, WI 53075**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$197.38

---

**3.735** **Nonpriority creditor's name and mailing address**

**Anna Baldwin**
**2222 E. Belleview Pl.**
**Apt #106**
**Milwaukee, WI 53211**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$67.19

---

**3.736** **Nonpriority creditor's name and mailing address**

**Anna Boardman**
**623 Wanda Avenue**
**Neenah, WI 54956**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$130.73

---

**3.737** **Nonpriority creditor's name and mailing address**

**Anna Cleghorn**
**27071 Clarpointe Dr**
**Warren, MI 48088**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$500.85

---

**3.738** **Nonpriority creditor's name and mailing address**

**Anna Curry**
**N4498 County Road C**
**Pulaski, WI 54162**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$155.38

---

**3.739** **Nonpriority creditor's name and mailing address**

**Anna Hephner**
**202 West Breed St**
**Chilton, WI 53014**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$67.19

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.38 |

**Anna Jenness**
**6531 Owls Head Dr**
**Apt K**
**Indianapolis, IN 46217**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Anna Koshak**
**1250 Oleson St**
**Rhinelander, WI 54501**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Anna Lomoro**
**5520 159th St N**
**Hugo, MN 55038**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**Anna Menges**
**8807 West Hillcrest Rd**
**Manitowoc, WI 54220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Annalisa Suprenand**
**1930 Sheridan St**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |

**Annalise Werner**
**299 south Westhaven drive**
**l204**
**Oshkosh, WI 54904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,333.75 |

**Annamae Caswell**
**587 Rural St**
**Berlin, WI 54923**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,252.65 |
| --- | --- | --- | --- |

**Annamae Caswell**
**587 Rural St**
**Berlin, WI 54923**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
| --- | --- | --- | --- |

**Anne Baumgart**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,078.30 |
| --- | --- | --- | --- |

**Anne Carey**
**1864 slyvan drive**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $215.25 |
| --- | --- | --- | --- |

**Anne Carey**
**1864 slyvan drive**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $428.38 |
| --- | --- | --- | --- |

**Anne Femal**
**3300 Whiting Ave**
**Stevens Point, WI 54481**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $868.35 |
| --- | --- | --- | --- |

**Anne Hoffman**
**18 Bellaire Ct**
**Appleton, WI 54911**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
| --- | --- | --- | --- |

**Anne Jenkins**
**316 W Laura St**
**New London, WI 54961**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$677.25** |
|---|---|---|---|

**ANNE MARTELL**
**LANA NEWHOUSE**
**508 APPLETON ST**
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim: Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$803.25** |
|---|---|---|---|

**ANNE MARTELL**
**LANA NEWHOUSE**
**508 APPLETON ST**
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim: Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.69** |
|---|---|---|---|

**Anne Nelson**
**330 Kraft Street**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim: Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98.69** |
|---|---|---|---|

**Anne Shallow**
**1946 wildwood dr**
**SuamicoS, WI 54173**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim: Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$233.07** |
|---|---|---|---|

**Annette Beattie**
**W10578 olden road**
**Pickett, WI 54964**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim: Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.73** |
|---|---|---|---|

**Annie Bauer**
**N2966 Bay De Noc Drive**
**Menominee, MI 49858**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim: Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$419.96** |
|---|---|---|---|

**Annie Hester**
**5200 Sherwin Ave**
**Skokie, IL 60077**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim: Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.761 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$155.38** |
| **Annie Kohls** | ☐ Contingent |
| **6719 Birchwood Shores LN** | ■ Unliquidated |
| **Oconto Falls, WI 54154** | ☐ Disputed |
| Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.762 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$119.69** |
| **Annie Schneider** | ☐ Contingent |
| **3606 Beachmont Rd** | ■ Unliquidated |
| **De Pere, WI 54115** | ☐ Disputed |
| Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.763 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$359.63** |
| **Annie Wernecke** | ☐ Contingent |
| **13479 Superior Drive** | ■ Unliquidated |
| **Rogers, MN 55374** | ☐ Disputed |
| Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.764 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$77.69** |
| **Annika Redemann** | ☐ Contingent |
| **524 Church Street** | ■ Unliquidated |
| **Neenah, WI 54956** | ☐ Disputed |
| Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.765 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$155.38** |
| **Anthony Abhold** | ☐ Contingent |
| **500 Center ST** | ■ Unliquidated |
| **8** | ☐ Disputed |
| **Manawa, WI 54949** | |
| Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.766 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$67.19** |
| **Anthony Agius** | ☐ Contingent |
| **110 Wyldewood Dr** | ■ Unliquidated |
| **Apt. C205** | ☐ Disputed |
| **Oshkosh, WI 54904** | |
| Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.767 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$843.68** |
| **Anthony Benjamin** | ☐ Contingent |
| **2566 Wiigwaas Street** | ■ Unliquidated |
| **Hinckley, MN 55037** | ☐ Disputed |
| Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $319.73 |
|---|---|---|---|

**Anthony Brown**
**6200 N. Cliff Ave.**
**119**
**Sioux Falls, SD 57104**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $130.73 |
|---|---|---|---|

**Anthony Capener**
**1561 brighton beach rd.**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $403.73 |
|---|---|---|---|

**Anthony Considine_anthony@yahoo.com**
**E4083 KROK Rd**
**Kewaunee, WI 54216**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $388.50 |
|---|---|---|---|

**Anthony Doran**
**4 Tacoma Trail**
**Sheboygan, WI 53081**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $151.73 |
|---|---|---|---|

**ANTHONY EASON**
**521 FAIRVIEW AVENUE**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $288.23 |
|---|---|---|---|

**Anthony Gamboeck**
**156 S Moraine View Pkwy**
**204**
**Whitewater, WI 53190**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $390.08 |
|---|---|---|---|

**Anthony Joe**
**2721 Hannah St**
**Marinette, WI 54143**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Anthony Klenow**
518 S 31ST
Escanaba, MI 49829

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Anthony Lavere**
917 spring ave
Saint Charles, IL 60174

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $403.73 |
|---|---|---|---|

**Anthony Lenski**
PO Box 373
Theresa, WI 53091

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.18 |
|---|---|---|---|

**Anthony Levine**
3365 S 99th Ct
Milwaukee, WI 53227

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Anthony Liotta**
W6068 dahlia dr
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |
|---|---|---|---|

**Anthony Makowski**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Anthony Nunnery**
119 Forest View Dr
Lake Bluff, IL 60044

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |

**Anthony Phillips**
418 south cottrell dr
Saukville, WI 53080

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Anthony Priester**
N4973 County Road CD
Randolph, WI 53956

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |

**Anthony Ray**
Packerland Drive
Prairie Du Chien, WI 53821

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Anthony Schmalz**
3604 Don DeGroot Dr
Kaukauna, WI 54130

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |

**Anthony Sinclair**
414 E Pleasant View Dr
Des Moines, IA 50315

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $502.95 |

**ANTHONY STANGLER**
N1735 RUSCH RD
Watertown, WI 53098

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.25 |

**Anthony Vania**
524 Masters Ln
Green Bay, WI 54311

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | | $134.38 |
|---|---|---|---|

**Anthony Williams**
821 n 2nd st
Ishpeming, MI 49849

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | | $151.73 |
|---|---|---|---|

**Anthony Winkler**
2206 joanna ave
Zion, IL 60099

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | | $359.63 |
|---|---|---|---|

**Anthony Winnekens**
4805 Dream Ln
Madison, WI 53718

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | | $271.95 |
|---|---|---|---|

**Anthony Winnekens**
4805 Dream Ln
Madison, WI 53718

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | | $134.38 |
|---|---|---|---|

**Anthony Wright**
1449 Miller Rd
Dubuque, IA 52003

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | | $2,150.40 |
|---|---|---|---|

**Anthony Young**
W10320 County Road TT
Hortonville, WI 54944

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | | $149.63 |
|---|---|---|---|

**Anton Borden**
2145 Wisconsin St
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Antonio Anaya**
**305 Drake Ct**
**Marshfield, WI 54449**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$119.69

---

| | | |
|---|---|---|
| 3.797 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Antonio Rodriguez**
**1211 Fisk Street**
**Green Bay, WI 54304**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$351.23

---

| | | |
|---|---|---|
| 3.798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**April Ashbeck**
**1109 WOODLAND DR**
**Menasha, WI 54952**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$63.00

---

| | | |
|---|---|---|
| 3.799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**April Burke**
**W2623 Aliceton Dr.**
**Watertown, WI 53094**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$512.38

---

| | | |
|---|---|---|
| 3.800 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**April Cavanaugh**
**1909 Mallard Pointe Circle**
**D**
**Waukesha, WI 53189**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| | | |
|---|---|---|
| 3.801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**April Churchill**
**781 plpeasant ln**
**Appleton, WI 54915**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$480.38

---

| | | |
|---|---|---|
| 3.802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**April Colantonio**
**701 Newport North**
**Roselle, IL 60172**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| | | |
|---|---|---|
| 3.803 | **Nonpriority creditor's name and mailing address** | $576.45 |
| | **April Dollin**<br>1013 College Ave<br>Racine, WI 53403 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.804 | **Nonpriority creditor's name and mailing address** | $67.19 |
| | **April Gehl**<br>W4910 Ertl Rd.<br>Menasha, WI 54952 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.805 | **Nonpriority creditor's name and mailing address** | $677.25 |
| | **APRIL HERMES**<br>1840 TAUBEL BLVD APT 12<br>New London, WI 54961 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.806 | **Nonpriority creditor's name and mailing address** | $233.07 |
| | **April Hudson**<br>211 Oak St<br>Kaukauna, WI 54130 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.807 | **Nonpriority creditor's name and mailing address** | $831.08 |
| | **April Huffman**<br>3704 5th ave<br>South Milwaukee, WI 53172 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.808 | **Nonpriority creditor's name and mailing address** | $197.38 |
| | **April Jaeger**<br>1513 Shelley court<br>Fond Du Lac, WI 54937 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.809 | **Nonpriority creditor's name and mailing address** | $177.45 |
| | **April Johnson**<br>No Address - purchased tickets via PayPa | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |

**April Menting**
228 S Linda St
Kimberly, WI 54136

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**April Niemi**
E2033 Weinmann road
Scandinavia, WI 54977

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |

**April Ortner**
PO Box 38
Suamico, WI 54173

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.00 |

**April Setina**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.83 |

**APRIL SMITH-SHELTON**
2920 WILLOW DR
Plover, WI 54467

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |

**April Westphal**
1742 Minnesota St
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |

**April Wikel**
3365 Siggelkow Rd
Linden, WI 53553

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page  117 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 117 of 1376

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Aprille Danielski**
**4333 County ROad JJ**
**Green Bay, WI 54311**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Ari Reed**
**2206 Kassner dr.**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Ariana Engels**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Arianna Krueger**
**8521 N Salisbury Rd**
**Kewaskum, WI 53040**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Ariel Galler**
**N3158 State Rd. 32**
**Sheboygan Falls, WI 53085**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Ariel Zdun**
**8271 Veedum St**
**Pittsville, WI 54466**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.57 |
|---|---|---|---|

**Arista Slack**
**1130 S Greenwood Ave**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |

**Arlena Fenton**
**22 county road mo**
**Negaunee, MI 49866**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Aron Frank**
**524 Pine Tree Drive**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,301.48 |

**Arron Hearns**
**4038 state hwy 70 east**
**Eagle River, WI 54521**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $774.38 |

**Art Tselepis**
**312 Mayfield Lane**
**Midland, MI 48640**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.73 |

**Arthur Amacher**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Arthur Baugh**
**6180 county lane 65**
**Reeds, MO 64859**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |

**Arthur Contreras**
**1432 south 10 street**
**Sheboygan, WI 53081**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |

**Arthur Trotta**
207 Pleasant St
Beaver Dam, WI 53916

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $548.07 |

**Arturo Gonzalez**
7548 N. Oakley Ave.
APT 1N
Chicago, IL 60645

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |

**Ashby Green**
N30 W23919 Green Rd
Apt 5
Pewaukee, WI 53072

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.95 |

**Ashle Brusky**
W1848 county road UU
Kaukauna, WI 54130

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.90 |

**Ashleigh Bernarde**
5722 s 113th st
Hales Corners, WI 53130

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.07 |

**Ashleigh Jean**
5541 Glenwood Avenue
Stevens Point, WI 54482

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |

**Ashley Akins**
4400 Amberview lane
Farmington, MO 63640

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Ashley Anhalt**
**925A East State Hwy 310**
**Manitowoc, WI 54220**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.07 |
|---|---|---|---|

**Ashley Ashenbrenner**
**711 Park Street**
**Green Bay, WI 54303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Ashley Ashley**
**1812 algoma blvd**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.07 |
|---|---|---|---|

**Ashley Ayen**
**N7393 Racetrack Rd.**
**Plymouth, WI 53073**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.38 |
|---|---|---|---|

**Ashley Basom**
**4823 Sara Ct**
**Appleton, WI 54914**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Ashley Bisick**
**706 Morris Ave**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,349.25 |
|---|---|---|---|

**ASHLEY BRONKHORST**
**6610 WEIS ST**
**Allenton, WI 53002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.88 |
|---|---|---|---|

**Ashley Carrier**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.69 |
|---|---|---|---|

**Ashley Chiluski**
**2445 bennington ave**
**Schererville, IN 46375**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Ashley Cochran**
**201 Dickson Boulevard**
**Moncton NB E1E 2R2**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Ashley Cohen**
**1552 Groton Lane**
**Wheaton, IL 60189**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Ashley Doherty**
**1713 Cedarview Drive**
**Saint Cloud, WI 53079**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Ashley Edvenson**
**1315 shady oak lane SW**
**Oronoco, MN 55960**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Ashley Erschen**
**220 Frentress Lake Rd**
**East Dubuque, IL 61025**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Ashley Evans**
102 S Kenzie St
Barneveld, WI 53507

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.13 |
|---|---|---|---|

**Ashley Franklin**
138 Cal Drive
Limestone, TN 37681

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.38 |
|---|---|---|---|

**Ashley Gerk**
**No Address - purchased tickets via PayPa**
Sheboygan, WI 53081

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.34 |
|---|---|---|---|

**Ashley Gibbons**
175 Maplewood Ln
Sobieski, WI 54171

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.00 |
|---|---|---|---|

**Ashley Glodowski**
509 Bukolt Avenue
Stevens Point, WI 54481

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Ashley Gutsmiedl**
4892 Grandview Road
Larsen, WI 54947

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Ashley Hanlon**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $76.13 |

**ashley Haseleu**
N4643 Towne Rd
Waupun, WI 53963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $272.96 |

**Ashley Hellenbrand**
2731 Ridge Ct.
Mc Farland, WI 53558

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $134.38 |

**Ashley Henry**
1629 Esker Trail
Columbus, WI 53925

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $303.45 |

**Ashley Hewitt**
546 Emma St.
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $155.38 |

**Ashley Ittner**
5700 W Bottsford Ave
Milwaukee, WI 53220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $261.45 |

**Ashley James**
821 East Parkway Ave.
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $319.73 |

**Ashley Jarvis**
5589 eureka road
1
Rome, NY 13440

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Ashley Kane**
350 Lake Street
Manistique, MI 49854

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.76 |
|---|---|---|---|

**Ashley Kapellen**
745 Wilson Ave
Cleveland, WI 53015

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.74 |
|---|---|---|---|

**Ashley Kast**
111 North Ohio Street
Muscoda, WI 53573

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393.75 |
|---|---|---|---|

**Ashley Krueger**
110 1/2 E Conant St
#3
Portage, WI 53901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Ashley Kuranda**
540 E Glenbrook Dr
Pulaski, WI 54162

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.48 |
|---|---|---|---|

**Ashley Lackey**
3750 Weston Pines Lane
#102
Schofield, WI 54476

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.48 |
|---|---|---|---|

**Ashley Lafleur**
93 W Russell st
Marinette, WI 54143

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Ashley Lanting**
3222 Village Lane
Plover, WI 54467

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Ashley Larson**
9661 County Road B
Pittsville, WI 54466

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Ashley Lauber**
3423 Cleveland Ave
14
Marinette, WI 54143

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.13 |
|---|---|---|---|

**Ashley Ludwig**
122 w 21st ave
Oshkosh, WI 54902

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Ashley Marchand**
N3987 4th drive
Oxford, WI 53952

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.57 |
|---|---|---|---|

**Ashley McDonald**
1140 Garfield Ave
Marinette, WI 54143

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Ashley Mercer**
15726 2625 East St
Princeton, IL 61356

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.880 | |

**Nonpriority creditor's name and mailing address**

**Ashley Michell**
N5105 valley rd
Luxemburg, WI 54217

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$705.08**

---

| | |
|---|---|
| 3.881 | |

**Nonpriority creditor's name and mailing address**

**Ashley Miller**
4018 Washington Road
215
Kenosha, WI 53144

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$639.45**

---

| | |
|---|---|
| 3.882 | |

**Nonpriority creditor's name and mailing address**

**Ashley Montrose**
W8203 Johnson Road
Iron Mountain, MI 49801

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$807.45**

---

| | |
|---|---|
| 3.883 | |

**Nonpriority creditor's name and mailing address**

**Ashley Nicole**
1300 1st street apt 16
Menominee, MI 49858

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$319.73**

---

| | |
|---|---|
| 3.884 | |

**Nonpriority creditor's name and mailing address**

**Ashley Noe**
528 W Ann St
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$479.85**

---

| | |
|---|---|
| 3.885 | |

**Nonpriority creditor's name and mailing address**

**Ashley Orr**
1797 Sunfield Street
Sun Prairie, WI 53590

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$449.38**

---

| | |
|---|---|
| 3.886 | |

**Nonpriority creditor's name and mailing address**

**Ashley Ortner**
4320 Villa Dr S
I
Fargo, ND 58104

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,383.90**

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,015.88 |
|---|---|---|---|

**ASHLEY POMPLUN**
**W2471 BROWN DEER AVE**
**Pine River, WI 54965**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,488.90 |
|---|---|---|---|

**Ashley Punches**
**19674 S. Glen Blvd.**
**Trenton, MI 48183**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |
|---|---|---|---|

**Ashley Reyes**
**418 West 18th Ave**
**Oshkosh, WI 54902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.38 |
|---|---|---|---|

**Ashley Schmit**
**903 East Pacific Street**
**Appleton, WI 54911**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Ashley Schrank**
**N9583 Van Dyne Rd**
**Van Dyne, WI 54979**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Ashley Schwartz**
**W6170 TWO MILE RD**
**PORTERFIELD, WI 54159**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.70 |
|---|---|---|---|

**Ashley Shreiner**
**N3406 state rd 49**
**Berlin, WI 54923**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Ashley Sodemann**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $99.23 |
|---|---|---|---|

**Ashley Soto**
**2404 Southwood Dr**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Ashley Staudenmaier**
**1656 River Mill Rd**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Ashley Stowell**
**112 gillette st**
**16**
**Pardeeville, WI 53954**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $737.10 |
|---|---|---|---|

**Ashley Takala**
**310 Bonnie Ct**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Ashley Totes**
**456 Sheridan Rd**
**Racine, WI 53403**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $445.15 |
|---|---|---|---|

**Ashley Towne**
**E5529 Rainbow Rd**
**Spring Green, WI 53588**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $709.80 |
|---|---|---|---|

**Ashley Traub**
**377 LOIS ST**
**Rhinelander, WI 54501**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77.69 |
|---|---|---|---|

**Ashley Tull**
**10709 Tesch Lane**
**Apt 28**
**Rothschild, WI 54474**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $88.73 |
|---|---|---|---|

**Ashley Van Dreel**
**2997 Devroy lane**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $67.19 |
|---|---|---|---|

**Ashley Van Handel**
**1916 Grant St**
**Little Chute, WI 54140**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $197.38 |
|---|---|---|---|

**Ashley Wilke**
**315 Van Caster Drive**
**Green Bay, WI 54311**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $151.73 |
|---|---|---|---|

**Ashley Wilz**
**356 eighth street**
**Menasha, WI 54952**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $479.85 |
|---|---|---|---|

**Ashley Wolf**
**3208 Village Ct. #8**
**Janesville, WI 53546**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Ashli Deitelhoff**
**728 N Mayflower Dr**
**unit 1**
**Appleton, WI 54913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Ashly Stout**
**1211 Minnesota Ave**
**Fond Du Lac, WI 54937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Ashlyn Lynch**
**460 Leahy Circle**
**Manteno, IL 60950**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Ashlyn Steer**
**614 Brule Rd**
**Marquette, MI 49855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Ashlynne Amundson**
**N10436 water street rd**
**Lomira, WI 53048**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**ashten pfefferle**
**2751 sampson st**
**Wisconsin Rapids, WI 54494**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.57 |
|---|---|---|---|

**Ashton Forsythe**
**1514 Schaefer circle**
**5**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,189.00 |
|---|---|---|---|

**AT&T**
**P.O. Box 9001309**
**Louisville, KY 40290-1309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,189.40 |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2020 - October 2020**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **4066**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.65 |
|---|---|---|---|

**Ataysha Wright**
**3048 E Lourdes Dr**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.38 |
|---|---|---|---|

**Athena Steele**
**1436 S Chatham St**
**Janesville, WI 53546**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Atlanta Gassman**
**824 2nd St North**
**Stevens Point, WI 54481**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Aubree Helstad**
**2048 Muirwood Court**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Aubree Saunders**
**208 S 4TH ST**
**Escanaba, MI 49829**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $498.23 |
|---|---|---|---|

**Aubrey Carlson**
**201 Meeske Ave**
**#4**
**Marquette, MI 49855**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.83 |
|---|---|---|---|

**Aubry Tucker**
**20 Brighton Cir**
**Appleton, WI 54915**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Audra Schuessler**
**N870 County RD GG**
**Kaukauna, WI 54130**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.33 |
|---|---|---|---|

**Audrey Bevelacqua**
**419 2nd St**
**Oconto, WI 54153**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

**Audrey Clay**
**4600 Cloverlick Rd**
**Cumberland, KY 40823**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Audrey Dudek**
**W2434 Hickory Park Dr**
**Appleton, WI 54915**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.92 |
|---|---|---|---|

**Auggie Swanke**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Aurora Tenut**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |

**Austin Achuff**
**808 south university ave**
**Beaver Dam, WI 53916**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $957.60 |

**Austin Arbour**
**1056 N Taylor St.**
**Green Bay, Wi 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Austin Boardman**
**147 Hoyt st**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.33 |

**Austin Bonlender**
**212 Prairie Fox Ct**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.25 |

**Austin Duranceau**
**W28053471 Towneline Rd.**
**Waukesha, WI 53189**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Austin Elliott**
**681 N Sandy Ln**
**414**
**Elkhorn, WI 53121**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$576.45** |
|---|---|---|---|

**Austin Evers**
**250 Knowlton Street**
**Waterloo, WI 53594**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151.73** |
|---|---|---|---|

**Austin Feehery**
**4611 Crescent Rd**
**Apt 5**
**Madison, WI 53711**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88.73** |
|---|---|---|---|

**Austin Ford**
**2357 Belfast Lane**
**Hartford, WI 53027**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67.19** |
|---|---|---|---|

**Austin Grinsteiner**
**W5863 G-08rd**
**Wallace, MI 49893**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151.73** |
|---|---|---|---|

**Austin jenss**
**1100 9th street**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88.73** |
|---|---|---|---|

**Austin Jones**
**585 Oxford lane**
**Lake Villa, IL 60046**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.19** |
|---|---|---|---|

**Austin Kitowski**
**859 S. Bridge St.**
**Manawa, WI 54949**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Austin Klarner**
N4216 Killarney
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.48 |
|---|---|---|---|

**Austin Lind**
W2927 Poplar Road
Mount Calvary, WI 53057

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Austin Lulow**
19 N Poplar Ave
Fox Lake, IL 60020

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Austin Magedanz**
9469 Rosa Rd
Fremont, WI 54940

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Austin Marks**
515 E Cecil Street
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.63 |
|---|---|---|---|

**Austin Marquardt**
5428 tory lane
Colgate, WI 53017

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Austin Marvin**
E Chestnut
Pardeeville, WI 53954

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,756.13 |
|---|---|---|---|

**Austin Meyers**
**1582 arlington street**
**Bolingbrook, IL 60490**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**austin niesen**
**2125 clarewood lane**
**Mundelein, IL 60060**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.55 |
|---|---|---|---|

**Austin Peters**
**1122 Schiller St**
**Watertown, WI 53098**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Austin Quartullo**
**W163S6875 Oakridge Lane**
**Muskego, WI 53150**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Austin Ramminger**
**W6345 camp Evelyn Rd**
**Plymouth, WI 53073**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Austin Singer**
**W136N8281 Parkview Dr**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Austin Triggs**
**550 Main Street**
**Kingston, WI 53939**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.65 |
|---|---|---|---|

**Austin Werner**
**W5493 Country Road G**
**Mauston, WI 53948**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Austin Wiedmeyer**
**W2518 ceader rd**
**Eden, WI 53019**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Austyn Olson**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Autum Wolford**
**309 west brown street**
**Waupun, WI 53963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Autumn Freiberg**
**194 6th st**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Autumn Hart**
**3542 N Terri Lane**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Autumn Hatch-benson**
**209 Karu Dr**
**Mankato, MN 56001**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $413.18 |
|---|---|---|---|

**Autumn Keshick**
W139 Willow Road
Wilson, MI 49896

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Autumn Linhart**
26682 county hwy v
Kendall, WI 54638

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Autumn Magee**
1727 Lenwood Ave
Apt 2
Green Bay, WI 54303

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Autumn Ottaway**
234 4th Street
Fond Du Lac, WI 54935

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554.34 |
|---|---|---|---|

**Autumn Polachek**
W14505 Stimac Rd
PO Box 52
Engadine, MI 49827

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Autumn Pretat**
1725 elk street
Stevens Point, WI 54481

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Autumn Steenis**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.69** |
|---|---|---|---|

**Autumn Vanderlinden**
315 N Lafayette St.
Shawano, WI 54166

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177.45** |
|---|---|---|---|

**Ava Becker**
P.o. box 304
Baileys Harbor, WI 54202

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.69** |
|---|---|---|---|

**Ava Brandt**
644 S Jackson St
Green Bay, WI 54301

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$545.92** |
|---|---|---|---|

**Ava Ramadan**
1301 Radcliff Road
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.69** |
|---|---|---|---|

**Ava Swoboda**
401 Isadore Street
326
Stevens Point, WI 54481

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$518.65** |
|---|---|---|---|

**Avery Burns**
579 Grove Street
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67.19** |
|---|---|---|---|

**Avery Holmes**
3887 Brooks Rd
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.978 | **Nonpriority creditor's name and mailing address** | $251.96 |

**Avery Martell**
**1635 Chatham dr**
**Oshkosh, WI 54904**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.979 | **Nonpriority creditor's name and mailing address** | $261.45 |

**Ay-ling Lunsford**
**3505 S. River Glen Ln**
**Apt 5**
**Milwaukee, WI 53228**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.980 | **Nonpriority creditor's name and mailing address** | $266.18 |

**Aya Cairns**
**8520 Hazel Ln**
**Waterford, WI 53185**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.981 | **Nonpriority creditor's name and mailing address** | $67.19 |

**Ayanna Priestley**
**1618 Hickory Hollow Lane**
**Menasha, WI 54952**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.982 | **Nonpriority creditor's name and mailing address** | $67.19 |

**Bailee Fritz**
**3200 E Canvasback Ln**
**Appleton, WI 54913**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.983 | **Nonpriority creditor's name and mailing address** | $183.74 |

**Bailee Kimbel**
**511 W South Ave**
**Houghton, MI 49931**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.984 | **Nonpriority creditor's name and mailing address** | $77.69 |

**Bailee Kimbel**
**8689 E 14 rd**
**Manton, MI 49663**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $67.19 |
|---|---|---|---|

**Bailey Baeten**
**1619 ravine drive**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $130.19 |
|---|---|---|---|

**Bailey Gable**
**N6244 Blarney Stone Dr.**
**Albany, WI 53502**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $261.45 |
|---|---|---|---|

**Bailey Klein**
**1555 Silverstone Trail**
**Apt #3**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $67.19 |
|---|---|---|---|

**Bailey Kochevar**
**W163N11517 Windsor Court**
**Germantown, WI 53022**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $201.57 |
|---|---|---|---|

**Bailey Mccann**
**337 east Vallette street**
**Oxford, WI 53952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $67.19 |
|---|---|---|---|

**Bailey Piepenburg**
**8612 Scenic Dr**
**Schofield, WI 54476**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $288.23 |
|---|---|---|---|

**Bailey Rhynn**
**2650 Lakeshore Dr**
**Apt 806**
**West Palm Beach, FL 33404**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page  142 of 1376

Best Case Bankruptcy

Case 20-27367-gmh  Doc 5  Filed 11/10/20  Page 142 of 1376

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**bailey roman**
**1924 April Lane**
**Stevens Point, WI 54481**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.32 |

**Bailey Stafford**
**935 Stadium Drive**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |

**Bailey Vander Linden**
**W5548 Ryan street**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |

**Bailey Wendt**
**1216 Shadow Ridge Way**
**Apt 6**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.88 |

**BARB ANDERSON**
**12202 CEDAR CREEK DR**
**Denmark, WI 54208**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Barb Claussen**
**E5415 Bigalke Rd**
**Weyauwega, WI 54983**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |

**Barb DeGrand**
**2949 Lost Valley ct**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**barb frosch**
**3455 Sheppard Drive**
**Oshkosh, WI 54904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $602.65 |
|---|---|---|---|

**Barb Herrman**
**W198N17048 Ridgeway Drive**
**1**
**Jackson, WI 53037**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Barb Ingram**
**8615 Weswood 0.6 Drive**
**Gladstone, MI 49837**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Barb Kennow**
**W6036 strawflower Dr**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.50 |
|---|---|---|---|

**Barb Parker**
**W8946 Cty Rd S**
**New London, WI 54961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Barb Paulick DuVall**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $489.78 |
|---|---|---|---|

**Barb Schultz**
**N470 Mapleridge Drive**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,032.68 |
|---|---|---|---|

**Barb Seidl**
**501 Northwood Drive**
**Redwood Falls, MN 56283**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Barb Waschbisch**
**6026 Wintergreen Rd**
**Oconto, WI 54153**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.63 |
|---|---|---|---|

**Barbara Baer**
**2916 hanging fen ct**
**JOHNSBURG, IL 60051**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Barbara Craighead**
**4939 Bellmann Dr**
**West Bend, WI 53095**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**BARBARA DUBOIS**
**4589 Valhalla Rd**
**New Franken, WI 54229**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.13 |
|---|---|---|---|

**Barbara Feutz**
**1550 WITZEL AVE**
**Oshkosh, WI 54902**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.88 |
|---|---|---|---|

**Barbara Hennes**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Barbara Loomans**
4070 Summerview Dr
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Barbara Maki**
PO box 184
Chatham, MI 49816

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.88 |
|---|---|---|---|

**BARBARA MARCKS**
N5048 CLINTON DR
Shiocton, WI 54170

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Barbara Neal**
820 N. River Road
West Bend, WI 53090

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.38 |
|---|---|---|---|

**Barbara Olson**
313 5th street N
Hudson, WI 54016

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $847.35 |
|---|---|---|---|

**Barbara Palkovics**
412 E Water St
Watertown, WI 53094

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Barbara Schweitzer**
205 Maryville Lane
Piqua, OH 45356

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Barbara Wiza**
**4081 Cty GG**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.102 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Barry Adams**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.102 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $712.70 |
|---|---|---|---|

**Barry Miller**
**2022 S 12th Ave**
**Maywood, IL 60153**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|

**Bart Knaga**
**1867 Leeds rd**
**Bolingbrook, IL 60490**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Baylee Tkaczuk**
**846 jackson st**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.102 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Bayley Anderson**
**520 3rd st se**
**Watertown, SD 57201**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.102 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.38 |
|---|---|---|---|

**Bayley Krueger**
**N2770 Hwy 45**
**Campbellsport, WI 53010**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.102<br>7 | Nonpriority creditor's name and mailing address<br>**Bea Salm**<br>**12207 County Rd C**<br>**Valders, WI 54245**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $518.65 |

| 3.102<br>8 | Nonpriority creditor's name and mailing address<br>**Beau Klein**<br>**1601 Maya Drive**<br>**Fort Wayne, IN 46825**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,556.10 |

| 3.102<br>9 | Nonpriority creditor's name and mailing address<br>**Beau Koenig**<br>**4706 Dickinson road**<br>**De Pere, WI 54115**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $98.69 |

| 3.103<br>0 | Nonpriority creditor's name and mailing address<br>**becca herald**<br>**5240 north Sheridan road**<br>**711**<br>**Chicago, IL 60640**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $576.45 |

| 3.103<br>1 | Nonpriority creditor's name and mailing address<br>**Becca Wherry**<br>**861 Copley ln Joliet**<br>**Joliet, IL 60431**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $151.73 |

| 3.103<br>2 | Nonpriority creditor's name and mailing address<br>**Becca Young**<br>**1125 Bitersweet Lane**<br>**Sheboygan, WI 53083**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $197.38 |

| 3.103<br>3 | Nonpriority creditor's name and mailing address<br>**Beckett Thomsen**<br>**27513 SE 31ST PL**<br>**Sammamish, WA 98075**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $803.25 |

---

**3.103**
**4**

Nonpriority creditor's name and mailing address

**Becki Backhaus**
**1653 Atlanta Circle**
**Manitowoc, WI 54220**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$455.65**

---

**3.103**
**5**

Nonpriority creditor's name and mailing address

**Becki Ruhbusch**
**820 S DORR ST**
**ANTIGO, WI 54409**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$177.45**

---

**3.103**
**6**

Nonpriority creditor's name and mailing address

**Becky Bortz**
**1138 east moreland blvd**
**Waukesha, WI 53186**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$244.13**

---

**3.103**
**7**

Nonpriority creditor's name and mailing address

**Becky Bowe Risch**
**301 Ramaker Ave**
**Cedar Grove, WI 53013**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$272.96**

---

**3.103**
**8**

Nonpriority creditor's name and mailing address

**Becky Breunig**
**S9660 center st**
**Prairie Du Sac, WI 53578**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

**3.103**
**9**

Nonpriority creditor's name and mailing address

**Becky Brezen**
**14915 Valley View Dr**
**Savage, MN 55378**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$77.69**

---

**3.104**
**0**

Nonpriority creditor's name and mailing address

**Becky Buckland**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$155.38**

---

| 3.104 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,583.38 |

**Becky Guden**
308 N CAPRON RD
Berlin, WI 54923

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $481.90 |

**Becky Irish**
1761 Maxwell Ct
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,047.50 |

**Becky Joppich**
825 Sixth St.
Menasha, WI 54952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $445.15 |

**BECKY KANE**
3587 AUSTRIAN LN
Green Bay, WI 54313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $829.41 |

**Becky Kinnard**
225 Market St
PO Box 7
Potter, WI 54160

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Becky Nackers**
9036 River Rd
Berlin, WI 54923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $937.05 |

**BECKY RUECHEL**
686 CAMBER LN
Pulaski, WI 54162

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1048 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.58 |
|---|---|---|---|

**becky steiner**
447 cook street
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1049 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Becky Stormoen**
527 river road
Amherst Junction, WI 54407

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1050 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.18 |
|---|---|---|---|

**Bekah Roberts**
W7983 Jonathan dr
Pardeeville, Wi 52954

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1051 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Bekah Tilstra**
335 W Main St
Brandon, WI 53919

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1052 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.38 |
|---|---|---|---|

**Belinda Ryan**
1616 South 25th Street
Manitowoc, WI 54220

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1053 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Ben :**
2273 Werner Street
Marquette, MI 49855

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1054 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Ben Anderson**
128 n Wisconsin dr
Sheboygan, WI 53083

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Ben Anderson**
**2454 Shady oak dr.**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Ben Bailey**
**23583  Cadillac hwy**
**Copemish, MI 49625**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Ben Baker**
**632 Circle Drive**
**Iron Mountain, MI 49801**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|

**Ben Bradley**
**803 First Street West**
**Necedah, WI 54646**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Ben Breece**
**417 liberator**
**Gwinn, MI 49841**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Ben Brousard**
**1685 River Bend Terrace Apt # 11**
**Green Bay, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $884.03 |
|---|---|---|---|

**Ben Buhlman**
**2316 Washington lane**
**Davenport, IA 52804**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $837.38 |
| **Ben Christie** <br> **2117 Pigeon Ct** <br> **De Pere, WI 54115** | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.106 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $251.96 |
| **Ben Dickman** <br> **W4326 Sumac Rd** <br> **Plymouth, WI 53073** | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.106 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $303.45 |
| **Ben Fox** <br> **4100 Shangri la Rd** <br> **Eagle River, WI 54521** | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.106 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $67.19 |
| **Ben Frank** <br> **9883 Edgewood Cir.** <br> **Gillett, WI 54124** | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.106 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $340.19 |
| **Ben Gamerdinger** <br> **1834 N Humboldt Ave** <br> **Milwaukee, WI 53202** | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.106 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $319.73 |
| **Ben Gamerdinger** <br> **1834 N Humboldt Ave** <br> **Milwaukee, WI 53202** | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.106 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $139.13 |
| **Ben Gibson** <br> **1247 Western St** <br> **Oshkosh, WI 54901** | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.106 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**ben harder**
1203 9th st
Monroe, WI 53566

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Ben Hartman**
3842 N 84th Street
Milwaukee, WI 53222

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Ben Jones**
413 Dieckhoff st
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.50 |
|---|---|---|---|

**Ben Martinson**
681 Westport Court
Port Edwards, WI 54469

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

**Ben Metcalf**
108 West Rose Eld Rd
Apt D
Rosendale, WI 54974

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Ben Murray**
3104 N 95th St
Omaha, NE 68134

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Ben Nagel**
W5229 Harrison rd
Hilbert, WI 54129

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,165.50 |
|---|---|---|---|

**Ben Salber**
**311 1st Street**
**Marathon, WI 54448**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Ben Scopp**
**1620 Crossway Rd**
**Burlington, WI 53105**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Ben Vehlow**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Ben Verbruggen**
**1820 sugarmaple lane**
**Little Chute, WI 54140**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.57 |
|---|---|---|---|

**Benjamin Anderson**
**860 evergreen court**
**Kingsford, MI 49802**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $716.61 |
|---|---|---|---|

**Benjamin Dugger**
**911 templin St**
**Palmer, NE 68864**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |
|---|---|---|---|

**Benjamin Duprey**
**9 Gary Ave**
**New Hartford, NY 13413**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benjamin Houseye**
**N16278 County Road 557**
**Wilson, MI 49896**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$155.38**

---

| 3.108 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benjamin J Neuman And Nicole Neuman**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| 3.108 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benjamin Jirschele**
**1544 Delaware Street**
**Oshkosh, WI 54902**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| 3.108 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benjamin Lelinski**
**2950 WALLENFANG LANE**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| 3.108 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benjamin Olson**
**1210 13th Avenue**
**Green Bay, WI 54304**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$479.85**

---

| 3.108 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benjamin Reith**
**102 W Alison Ave**
**7**
**Clovis, NM 88101**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$151.73**

---

| 3.108 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Benjamin Riemer**
**8494 east ridge**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$155.38**

---

| 3.109 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|
| | **Benjamin Sanders**<br>**209 E. Main St**<br>**Hortonville, WI 54944** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.70 |
|---|---|---|---|
| | **benjamin steel**<br>**1597 tiffany ct.**<br>**De Pere, WI 54115** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|
| | **Benjamin Stein**<br>**1100 Devonshire Dr.**<br>**Oshkosh, WI 54902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $843.68 |
|---|---|---|---|
| | **Benjamin Van Meter**<br>**233 W. Christy ct**<br>**Yacolt, WA 98675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.90 |
|---|---|---|---|
| | **Benjamin Wakkuri**<br>**116 North Birch Street**<br>**Gwinn, MI 49841** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|
| | **Benjamin Wood**<br>**n994 pines rd**<br>**Fremont, WI 54940** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|
| | **Bennett Bartol**<br>**W5201 Oxbow Trail**<br>**Princeton, WI 54968** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.69 |
|---|---|---|---|

**Bennett Rabach**
5100 Moore Road
Sturgeon Bay, WI 54235

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Berkley Vossekuil**
W12054 County Road TC
Brandon, WI 53919

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**BERNARD & Michele HACKEL**
N7952 Creekside Dr
Sherwood, WI 54169

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Bernie Bernal**
8625 S Pennsylvania Ave
OAK CREEK, WI 53154

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.95 |
|---|---|---|---|

**Beth Bennett**
2109 60th st
Somerset, WI 54025

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $493.50 |
|---|---|---|---|

**Beth Casperson**
1475 Tullar Rd #12
Neenah, WI 54956

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,891.52 |
|---|---|---|---|

**BETH CHARTIER**
PO BOX 273
Chatham, MI 49816

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.110 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $155.38 |
| **Beth Culp**<br>**3955 Summerview Dri**<br>**Oshkosh, WI 54901** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.110 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $398.96 |
| **Beth Garncarz**<br>**N114 W15929 Sylvan Cir**<br>**Apt 4**<br>**Germantown, WI 53022** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.110 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $814.27 |
| **Beth Hodgson**<br>**1593 Redstone trail**<br>**Green Bay, WI 54313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.110 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $239.38 |
| **Beth Klein**<br>**939 1st Ave**<br>**Grafton, WI 53024** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.110 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $197.38 |
| **Beth Marie**<br>**N4506 river dr**<br>**Marinette, WI 54143** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.110 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $130.73 |
| **Beth Nettesheim**<br>**313 North Park Street**<br>**Merrill, WI 54452** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.111 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $388.45 |
| **Beth Rosin**<br>**2080 Greengrove St**<br>**Kaukauna, WI 54130** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 159 of 1376

| 3.111 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$141.23** |
| **beth Soltesz** | | ☐ Contingent | |
| **1709 16th ave** | | ☒ Unliquidated | |
| **Menominee, MI 49858** | | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.111 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$449.38** |
| **Bethany Ferguson** | | ☐ Contingent | |
| **33 Regal Tr** | | ☒ Unliquidated | |
| **Appleton, WI 54915** | | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.111 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$1,168.13** |
| **Bethany Johnson** | | ☐ Contingent | |
| **879 Alta Street** | | ☐ Unliquidated | |
| **Green Bay, WI 54313** | | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.111 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$576.45** |
| **Bethany Johnson** | | ☐ Contingent | |
| **879 Alta Street** | | ☐ Unliquidated | |
| **Green Bay, WI 54313** | | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.111 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$251.96** |
| **Bethany Lefeber** | | ☐ Contingent | |
| **370 Country Creek Drive** | | ☒ Unliquidated | |
| **Unit 12** | | ☐ Disputed | |
| **Fond Du Lac, WI 54935** | | | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.111 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$272.96** |
| **Bethany Pittman** | | ☐ Contingent | |
| **3301 Echo Dells Ave** | | ☒ Unliquidated | |
| **Unit B** | | ☐ Disputed | |
| **Stevens Point, WI 54481** | | | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.111 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$411.57** |
| **Bethany Weidman** | | ☐ Contingent | |
| **383 Clinton CT** | | ☒ Unliquidated | |
| **3** | | ☐ Disputed | |
| **Amherst, WI 54406** | | | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.111 8 | **Nonpriority creditor's name and mailing address** | | | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.55** |
|---|---|---|---|---|---|

**Betsy Carlson**
17730 Polk Ave
Hastings, MN 55033

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.88** |
|---|---|---|---|

**Bette Casey**
N4875 LARRY RD
New London, WI 54961

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$639.45** |
|---|---|---|---|

**Bettie Beza**
428 Linden St
Upper
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,354.50** |
|---|---|---|---|

**BETTY DELYEA**
C/O TAMMY BEHNKE
N8754 ZIRBEL DR
Menasha, WI 54952

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$626.33** |
|---|---|---|---|

**BETTY HEIKKINEN**
805 marquette st
Menasha, WI 54952

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,178.07** |
|---|---|---|---|

**Betty SEYMOUR**
474 S Oxford St
Wautoma, WI 54982

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.19** |
|---|---|---|---|

**Betty Strohman**
5011 440th
Mallard, IA 50562

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**BEV OWEN**
**21 N COLUMBIA ST**
**C/O DANIEL BROECKEL**
**Chilton, WI 53014**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**BEVERLY HARTWIG**
**705 CLAGGETT AVE**
**Waupun, WI 53963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.68 |
|---|---|---|---|

**Bill Buttz**
**929 gershwin ave.**
**Saint Paul, MN 55128**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Bill Collins**
**2227 Broken Hill Road**
**Waukesha, WI 53188**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.32 |
|---|---|---|---|

**Bill Draze**
**527 South 29th Street**
**Escanaba, MI 49829**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,564.50 |
|---|---|---|---|

**Bill Jochmann**
**W1710 65th Street**
**Lyndon Station, WI 53944**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Bill Knobloch**
**1017 Knapp st**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 | Nonpriority creditor's name and mailing address **Bill Koepke** 401 North Dries St Saukville, WI 53080 | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | Nonpriority creditor's name and mailing address **Bill Robinson** 1344 W. Hiawatha Dr. Appleton, WI 54914 | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | Nonpriority creditor's name and mailing address **Bill Zarda** 3105 BRUCE DR Wausau, WI 54403 | As of the petition filing date, the claim is: Check all that apply. | $531.83 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | Nonpriority creditor's name and mailing address **Billie Bisick** W2137 state highway 156 Pulaski, WI 54162 | As of the petition filing date, the claim is: Check all that apply. | $2,499.00 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | Nonpriority creditor's name and mailing address **Billie Drewa** S58 W26392 Crest Dr Waukesha, WI 53189 | As of the petition filing date, the claim is: Check all that apply. | $899.75 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | Nonpriority creditor's name and mailing address **Billie Jo Christie-Pooler** 216 Harrison st Fond Du Lac, WI 54937 | As of the petition filing date, the claim is: Check all that apply. | $964.43 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 8 | Nonpriority creditor's name and mailing address **Billie Jo Egan** P.O. Box 9 Tampico, IL 61283 | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $545.92 |
|---|---|---|---|

**Billie Lenz**
1743 E Roeland Ave
Menasha, WI 54952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Billy Kienbaum**
N2441 Hwy g
Chilton, WI 53014

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $657.83 |
|---|---|---|---|

**Billy Laurin**
681 Washington Street
Mishicot, WI 54228

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Billy Loeper**
5807 52nd ave
Kenosha, WI 53144

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Blaine Evans**
4242 Oregon street
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Blaine Hudak**
219 river crest dr.
Hudson, WI 54016

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Blaine Neinast**
1020 Tremmel Ct.
Marshfield, WI 54449

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621.08 |
|---|---|---|---|

**Blake Andresen**
**1950 Rockdale Rd**
**Dubuque, IA 52003**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Blake Borski**
**N11816 US HWY 41**
**Daggett, MI 49821**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,618.58 |
|---|---|---|---|

**Blake Christenson**
**1158 Falls Circle**
**Chaska, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Blake Drays**
**w2056 Autumns Rest court**
**Helenville, WI 53137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.69 |
|---|---|---|---|

**Blake Marquardt**
**307 Bingham Avenue**
**2**
**Sault Sainte Marie, MI 49783**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Blake Mirsberger**
**1411 jackson st**
**New Holstein, WI 53061**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |
|---|---|---|---|

**Blake Simonds**
**1625 6th Ave.**
**206**
**Grafton, WI 53024**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Blake Yendrzeski**
40179 Lyndsey Drive
Steamboat Springs, CO 80487

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $569.63 |
|---|---|---|---|

**Blayze Walker**
N8783 basswood rd
Beaver Dam, WI 53916

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Blythe Kramer**
1417 WEDGEWOOD DR
Watertown, WI 53098

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.13 |
|---|---|---|---|

**Bo Brandemuehl**
425 Fairway St
Mount Horeb, WI 53572

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Bo Krueger**
W749 Nichols Drive
Krakow, WI 54137

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.70 |
|---|---|---|---|

**BOB BURMEISTER**
N109W16924 HAWTHORNE DR
Germantown, WI 53022

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.40 |
|---|---|---|---|

**Bob Derginer**
1120 n. Platten St.
Green Bay, WI 54303

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $922.95 |

**Nonpriority creditor's name and mailing address**
**Bob Mata**
**410 E. Kimberly Ave.**
**Kimberly, WI 54136**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$922.95

---

**Nonpriority creditor's name and mailing address**
**Bob Monte**
**3323 W Lakefield Dr**
**Milwaukee, WI 53215**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$585.38

---

**Nonpriority creditor's name and mailing address**
**Bob Retlich**
**7864 Popowski Rd**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$585.38

---

**Nonpriority creditor's name and mailing address**
**Bob Wheeland**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$354.90

---

**Nonpriority creditor's name and mailing address**
**Bobbi Johnson**
**2512 w 5th Ave**
**Brodhead, WI 53520**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$432.57

---

**Nonpriority creditor's name and mailing address**
**Bobbi Muntean**
**2203 Emerson rd**
**Sterling, IL 61081**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

**Nonpriority creditor's name and mailing address**
**Bobbi Zahn**
**114 Healy Court**
**Shawano, WI 54166**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$677.25

| 3.116 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Bobbie Herman**
658 W 6th Ave
Oshkosh, WI 54902

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Bobbie Jo Weber**
1317 Cherry Lane
Neenah, WI 54956

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Bobbie Linsmeyer**
342 E Mission Rd
Green Bay, WI 54301

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,199.38 |
|---|---|---|---|

**Bobby Ames**
508 Park St
Marinette, WI 54143

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Bobby Heath**
266 West main st.
Lowell, IN 46356

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Bobby Kokinos**
7594 Saint George Blvd.
Fishers, IN 46038

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Bobby Patrick**
6304 Gavin Rd
Winneconne, WI 54986

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.83 |
|---|---|---|---|

**Bobby Torgerson**
10249 Sherman Lane
Crandon, WI 54520

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Boden Brooks**
N8933 Harvestore rd
Hilbert, WI 54129

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Bonnie Exum**
401 south main street
Necedah, WI 54646

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**BONNIE MCGRAW**
3406 S 54st
Milwaukee, WI 53219

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.82 |
|---|---|---|---|

**Bonnie Purtell**
4639 Rivermoor Road
Omro, WI 54963

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Bonnie Schwiesow**
W2733 Moon Dance Drive
Kaukauna, WI 54130

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.70 |
|---|---|---|---|

**Bonnie Wagner**
1513 Westwood Ave
Fond Du Lac, WI 54937

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $862.58 |
|---|---|---|---|
| | **BonnieSue Baenen**<br>**P.O.Box 1141**<br>**Marinette, WI 54143** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.118<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|
| | **Booker Prokash**<br>**No Address - purchased tickets via PayPa** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.118<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|
| | **BOYD LIENHARD**<br>**N620 US HWY 45**<br>**Fremont, WI 54940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.118<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|
| | **Brad Bank**<br>**1912 S 75th St**<br>**Milwaukee, WI 53219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.118<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|
| | **Brad Casper**<br>**2960 king james way**<br>**#12**<br>**Madison, WI 53719** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.118<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.88 |
|---|---|---|---|
| | **Brad Freier**<br>**w4515 Garton Road**<br>**Plymouth, WI 53073** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.118<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|
| | **Brad Gromoski**<br>**W4520 Schroeder Ln**<br>**Peshtigo, WI 54157** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.118 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Brad Harris**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Brad Himstedt**
**1810 E. Bradley Ln**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Brad Johannes**
**1670 Huckleberry ave**
**Apt 208**
**Omro, WI 54963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $568.58 |
|---|---|---|---|

**Brad Karashinski**
**113 Lamplighter Drive**
**Apt #5**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Brad Loeck**
**129 Dana Dr.**
**Beaver Dam, WI 53916**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |
|---|---|---|---|

**Brad Markert**
**600 E SCOTT ST**
**Omro, WI 54963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Brad Nagy**
**W5633 Hazelnut lane**
**Necedah, WI 54646**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,362.90 |

**Brad Oseth**
N1659 River Forest Dr
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $611.07 |

**Brad Paltz**
440 4th street south
Wisconsin Rapids, WI 54494

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.90 |

**Brad Schneider**
3055 Western Ave
Jackson, WI 53037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |

**Brad Smith**
665 robin dr
Sun Prairie, WI 53590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.23 |

**Brad Sodergren**
1828 Division street
Marinette, WI 54143

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Brad Yanke**
5868 county road b
Belgium, WI 53004

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Bradey Sorenson**
5270 Glendale Ave
Green Bay, WI 54313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 2 | | | $151.73 |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Bradley Beach** | ☐ Contingent | | |
| **155 Water Street** | ☑ Unliquidated | | |
| **Burlington, IL 60109** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.120 3 | | | $553.88 |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Bradley Brusky** | ☐ Contingent | | |
| **340 ledgeview ave** | ☑ Unliquidated | | |
| **Fond Du Lac, WI 54935** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.120 4 | | | $261.45 |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Bradley Hanby** | ☐ Contingent | | |
| **2500 Laredo lane** | ☐ Unliquidated | | |
| **Green Bay, WI 54304** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.120 5 | | | $828.45 |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Bradley Hill** | ☐ Contingent | | |
| **1706 first line** | ☐ Unliquidated | | |
| **Hagersville ONT NOA 1H0** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.120 6 | | | $408.45 |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Bradley Kluz** | ☐ Contingent | | |
| **18 18th street** | ☑ Unliquidated | | |
| **Clintonville, WI 54929** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.120 7 | | | $272.96 |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Bradley Lund** | ☐ Contingent | | |
| **1016 6th st** | ☑ Unliquidated | | |
| **Kiel, WI 53042** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.120 8 | | | $201.57 |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Bradley Mathey** | ☐ Contingent | | |
| **201441 Hidden Cove Lane** | ☑ Unliquidated | | |
| **Mosinee, WI 54455** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.120 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Bradley Peterson**
734 W Elsie St
Appleton, WI 54914

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |

**Bradley Piotrowski**
520 Willard Street
Plover, WI 54467

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.25 |

**Bradley Schwittay**
W5573 county road m
Peshtigo, WI 54157

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.13 |

**Bradley Seifeldt**
1548 w 5th ave
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**Bradley Siggeman**
13920 50th rd
Sturtevant, WI 53177

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.18 |

**Bradley staggs**
5900 w CR 350 N Lot 20
Muncie, IN 47304

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |

**Bradley Wolff**
1303 15th Avenue East
Apt #7
Menomonie, WI 54751

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $966.29 |
|---|---|---|---|

**Bradly Schmidt**
2455 Loxley Ct
Suamico, WI 54173

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Brady Bierman**
4792 Groser Ln
Phelps, WI 54554

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Brady Dallman**
1116 Lawe st
Green Bay, WI 54301

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Brady Deprey**
1623 Meadowview lane
Little Chute, WI 54140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.38 |
|---|---|---|---|

**Brady Hargrave**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Brady Knick**
1224 Meadow Lane
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.57 |
|---|---|---|---|

**Brady Koller**
2004 refset dr
Janesville, WI 53545

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.122 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.60 |
|---|---|---|---|

**Brady Misevicz**
**1801 smith str**
**New London, WI 54961**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Brady Pfau**
**1006 4th st sw**
**Willmar, MN 56201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Brady Pittman**
**508 2nd Street**
**Evansdale, IA 50707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Brady Roesler**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Brady Sendelbach**
**2113 Highland Drive**
**Mosinee, WI 54455**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Brady Thiel**
**449 reed st**
**Chilton, WI 53014**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.74 |
|---|---|---|---|

**Braeden Eldredge**
**425 S Mill Ave**
**Tempe, AZ 85281**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $528.68 |
|---|---|---|---|

**Braiden Inboden**
1140 Maple St
Apt 1
Mount Vernon, IL 62864

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.68 |
|---|---|---|---|

**Bralyn Hilley**
90 maple st
apt 3
Manistee, MI 49660

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Brandan Siwek**
1001 Rosehill rd
Kaukauna, WI 54130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**branden flynn**
W1797 County Rd Hr
Brillion, WI 54110

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Brandi Dustan**
17509 Dumont Dr
Fort Myers, FL 33967

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $509.25 |
|---|---|---|---|

**Brandi Ferge**
PO Box 437
La Valle, WI 53941

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Brandi Maae**
412 4th Avenue
Ashton, IA 51232

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Brandi Pecenka**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $748.09 |
|---|---|---|---|

**Brandi Tasson**
**2313 N Owaissa St**
**Appleton, WI 54911**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.70 |
|---|---|---|---|

**Brandino Gaming**
**145 steno trail**
**Pulaski, WI 54162**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Brandon Amyot**
**22258 w niagara court**
**Plainfield, IL 60544**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Brandon Anderson**
**2452 Basswood St**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Brandon Barnes**
**321 s walnut street po box 21**
**Buda, IL 61314**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Brandon Bauman**
**N3460 twelve corners td**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |

**Brandon Blake**
3169 Drew Street
Clearwater, FL 33759

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |

**Brandon Bourdelais**
626 Gilmore street
Marinette, WI 54143

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |

**Brandon Boyce**
247363 plano lane
Merrill, WI 54452

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |

**Brandon Chanda**
555 litchfield way
Oswego, IL 60543

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.18 |

**Brandon Ciske**
PO Box 174
Pembine, WI 54156

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |

**Brandon Clover**
N1205 Dalman rd
Waterloo, WI 53594

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |

**Brandon Conn**
N1056 Tower View Dr
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Brandon Corkery**
**1372 Reeder St**
**Dubuque, IA 52001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.18 |
|---|---|---|---|

**Brandon Dane**
**405 Larkin St**
**Eagle, WI 53119**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Brandon Earll**
**N1549 County Road M**
**Hortonville, WI 54944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Brandon Estep**
**137 McKenzie Street**
**Gillett, WI 54124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Brandon Fischer**
**618A 7th street**
**Kiel, WI 53042**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |
|---|---|---|---|

**Brandon Fragomeni**
**1490 Kelly lake road**
**203**
**Sudbury ON P3E 4L9**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,665.03 |
|---|---|---|---|

**Brandon Fuss**
**130 McKittrick st**
**Berlin, WI 54923**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Brandon Gardner**
221 s Lincoln st
Kimberly, WI 54136

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Brandon Gleason**
2675a South 15th Place
Milwaukee, WI 53215

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Brandon Hietpas**
1836 west weiland Lane apt 3
Apt 3
Little Chute, WI 54140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.90 |
|---|---|---|---|

**Brandon Hoefler**
992 Polk St
Little Chute, WI 54140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,170.75 |
|---|---|---|---|

**Brandon Holcomb**
1815 Brittany pl,
Apt. 12
Madison, WI 53711

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Brandon Hopp**
N8682 Center Rd.
Bear Creek, WI 54922

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.68 |
|---|---|---|---|

**Brandon Ivey**
E3022 Cty Rd GG
Iola, WI 54945

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Brandon Jaeger**
8243 Highland Dr
Kewaskum, Wi 53030

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Brandon Janis**
1991 Williams St
Sturgis, SD 57785

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Brandon Janke**
202 east Washington
Apartment B
New London, WI 54961

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Brandon Knutson**
9 woodridge ct apt. 8
Madison, WI 53704

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.23 |
|---|---|---|---|

**Brandon Knutson**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Brandon Koepke**
3502 s telulah ave
Appleton, WI 54915

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Brandon Korth**
209 Berkeley St
Neenah, WI 54956

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page  182 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 182 of 1376

| 3.127 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Brandon Kotlowski**
**100 E Main St**
**Unit 302**
**Waukesha, WI 53186**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.68 |
|---|---|---|---|

**Brandon Koval**
**202 Goldsmith St**
**Baraga, MI 49908**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Brandon Krueger**
**1318 babbitz ave**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Brandon Lampi**
**W6818 Blue Heron Blvd**
**Apt 2**
**Fond Du Lac, WI 54392**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Brandon Lanoue**
**1298 E 2500 North Rd**
**Ashkum, IL 60911**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**brandon madden**
**1500 steele street**
**Algoma, WI 54201**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621.08 |
|---|---|---|---|

**Brandon Madden**
**N5152 KNOLL DR**
**Sullivan, WI 53178**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Brandon Messing**
365 Old Orchard Drive
Essexville, MI 48732

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |
|---|---|---|---|

**Brandon Mitchell**
405 W Tremont St
Waverly, IL 62692

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Brandon Nelson**
229 N Wisconsin St.
Berlin, WI 54923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Brandon Neuber**
809 Eighth Street
Menasha, WI 54952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.13 |
|---|---|---|---|

**Brandon Neumaier**
212 Hometown Ave
Fall River, WI 53932

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,556.10 |
|---|---|---|---|

**Brandon Olson**
1415 Norwich Rd
New Bern, NC 28562

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |
|---|---|---|---|

**Brandon Patoka**
5838 Shady Dr
Plover, WI 54467

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Brandon Pendell**
7605 whispering brook dr
B11
Portage, MI 49024

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.46 |
|---|---|---|---|

**bRANDON RAMIREZ**
413 WEST CENTER ST
Mount Morris, IL 61054

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Brandon Rholl**
1919 9th Ave South
Fort Dodge, IA 50501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $607.96 |
|---|---|---|---|

**Brandon Roth**
427 E Gorham st.
#106
Madison, WI 53703

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Brandon Ruder**
1412 s 3rd st
Watertown, WI 53094

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Brandon Ruffolo**
15798 Lakeshore Rd
Cleveland, WI 53015

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Brandon Scheffen**
530 Knox Avenue
5
Minneapolis, MN 55405

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.23 |
|---|---|---|---|

**Brandon Schwandt**
17509 1st av
Atlantic Mine, MI 49905

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Brandon Seno**
W6362 Moon Shadow Dr
apt 1
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Brandon Sinjakovic**
N2291 County Road SS
Campbellsport, WI 53010

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Brandon Sipin**
318 East sylvan ave
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|

**Brandon Solem**
5439 howard gnesen rd
Duluth, MN 55803

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.80 |
|---|---|---|---|

**Brandon Stadler**
3111 River Park Road
Saukville, WI 53080

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Brandon Storch**
2104 N Viola St
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Brandon Stowe**
422 cass st
Green Bay, WI 54301

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Brandon Wells**
21 iki Dr
#4
Edgerton, WI 53534

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.00 |
|---|---|---|---|

**Brandon West**
2951 parker ave
Laurel, IA 50141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $913.48 |
|---|---|---|---|

**Brandon Wilson**
49 Mockingbird Lane
Fond Du Lac, WI 54937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.33 |
|---|---|---|---|

**Brandon Wollert**
1077 W. Cecil St
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.69 |
|---|---|---|---|

**Brandt Ertmer**
3089 Heise Rd
Omro, WI 54963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,170.88 |
|---|---|---|---|

**BRANDY HANSEN**
W2351 GREENSPRIE WAY
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh   Doc 5   Filed 11/10/20   Page 187 of 1376

| 3.130 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |

**Brandy Kolenda**
11598 14th Ave
Grand Rapids, MI 49534

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**Brandy Madison**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Brandy Stevenson**
1813 9th Street
Apt 29
Green Bay, WI 54304

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $539.71 |

**Brandy Werner**
420 High st
Neenah, WI 54956

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.57 |

**Brandy Whaley**
N5328 17th Ct
Montello, WI 53949

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,233.35 |

**Branson Rawlings**
1916 3rd Ave
Kearney, NE 68845

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |

**Braxton Hall**
8254 w burntwood p.15 dr
Gladstone, MI 49837

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Brayden Stevens**
10750 Rockford Rd
213
Minneapolis, MN 55442

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Braydon Engebretson**
3100 rice st
Apt g
Stevens Point, WI 54481

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Brea Bostedt**
308 Jones Ave
Oconto, WI 54153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Breana Harris**
176 Gray St
Evansdale, IA 50707

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Breanna Appleton**
9267 Field Rd
Algonac, MI 48001

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.15 |
|---|---|---|---|

**Breanna Beaver**
E18077 Ridge Rd
Hillsboro, WI 54634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Breanna Martin**
511 Main St
Williamsport, IN 47993

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
| **Breanna Sadowski** | ☐ Contingent | |
| **6161 Iditarod Trail** | ☑ Unliquidated | |
| **Lena, WI 54139** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.132 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
| **Breanna Stadler** | ☐ Contingent | |
| **N92W17695 White Oak Circle** | ☑ Unliquidated | |
| **Apt 20** | ☐ Disputed | |
| **Menomonee Falls, WI 53051** | | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.132 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| **Breanne Aird** | ☐ Contingent | |
| **610 North 8th Street** | ☐ Unliquidated | |
| **Gladstone, MI 49837** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.132 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $354.88 |
| **Bree Schmidt** | ☐ Contingent | |
| **1115 West Capitol Ave** | ☑ Unliquidated | |
| **87** | ☐ Disputed | |
| **Bismarck, ND 58501** | | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.132 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| **Brehanna Cohen** | ☐ Contingent | |
| **W7473 Park Ave** | ☑ Unliquidated | |
| **Shiocton, WI 54170** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.132 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| **Brenda Bachmann** | ☐ Contingent | |
| **N7492 Dairyland Drive** | ☐ Unliquidated | |
| **Sheboygan, WI 53083** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.132 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| **Brenda Baierl** | ☐ Contingent | |
| **N6540 Valley Road** | ☑ Unliquidated | |
| **Luxemburg, WI 54217** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.1328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.26 |
| --- | --- | --- | --- |
| | **Brenda Baldwin**<br>**1616 Evans Street**<br>**Oshkosh, WI 54901** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.1329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
| --- | --- | --- | --- |
| | **Brenda Bastian**<br>**No Address - purchased tickets via PayPa** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.1330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.65 |
| --- | --- | --- | --- |
| | **Brenda Berend**<br>**1143 Rockwell Rd**<br>**Green Bay, WI 54313** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.1331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
| --- | --- | --- | --- |
| | **Brenda Boucher**<br>**N5342 mayflower rd**<br>**Shiocton, WI 54170** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.1332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
| --- | --- | --- | --- |
| | **Brenda Busha**<br>**W5559 Bailey Drive**<br>**Appleton, WI 54915** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.1333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
| --- | --- | --- | --- |
| | **Brenda Crow**<br>**705 Minnesota Ave**<br>**Gladstone, MI 49837** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.1334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507.68 |
| --- | --- | --- | --- |
| | **Brenda Davis**<br>**3400 Pierce Ave Lot 108**<br>**Marinette, WI 54143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.133 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,624.36 |
|---|---|---|---|

**Brenda Delrow**
**556 Angela Street**
**Birnamwood, WI 54414**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,210.13 |
|---|---|---|---|

**Brenda Fletcher**
**5752 Custer Road**
**Plover, WI 54467**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,428.00 |
|---|---|---|---|

**BRENDA HOLLATZ**
**W12954 HALL ST**
**Ripon, WI 54971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77.69 |
|---|---|---|---|

**Brenda Morrell**
**1766 Baron Lane**
**Oshkosh, WI 54904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $67.19 |
|---|---|---|---|

**Brenda Natrop**
**N1503 Evening Star Drive**
**Greenville, WI 54942**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $677.25 |
|---|---|---|---|

**Brenda O'Connor**
**611 N Kensington**
**Apt #2**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $314.96 |
|---|---|---|---|

**Brenda Obrien**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Brenda Rebitzke**
4688 K Road
Bark River, MI 49807

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.38 |
|---|---|---|---|

**Brenda Renteria**
827 N 9th
Manitowoc, WI 54220

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**BRENDA SCHELLPFEFFER**
W2070 CTY TW
Mayville, WI 53050

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Brenda Schmitz**
N8453 Cty Rd W Malone
Malone, WI 53049

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,092.00 |
|---|---|---|---|

**Brenda Schwobe**
N2569 St Rd #15
Hortonville, WI 54944

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,446.90 |
|---|---|---|---|

**Brenda Thomas**
424 E Street
Ishpeming, MI 49849

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**BRENDA TOWNE**
N7185 COUNTY ROAD C
Eldorado, WI 54932

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,354.50 |
|---|---|---|---|

**Brenda Treml**
345 s main st
Kimberly, WI 54136

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Brenda Trewartha**
4420 TOUCHSTONE DR
ONEIDA, WI 54155

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,031.76 |
|---|---|---|---|

**BRENDA VANDYKE**
PO BOX 5031
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.12 |
|---|---|---|---|

**Brendan Barkow**
1324 S Lutz st
Shawano, WI 54166

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Brendan Buenning**
218 N Washington St
Shawano, WI 54166

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Brendan Konitzer**
2610 Cross Road
Abrams, WI 54101

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.65 |
|---|---|---|---|

**Brendan Leboeuf**
5697 f lane
Bark River, MI 49807

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |

**Brenden Bonnett**
405 E Division St
Rosendale, WI 54974

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Brenden Gatien**
W5978 Hwy Us 2
Hermansville, MI 49847

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |

**Brenden Graham**
1002 N Morrison st
Appleton, WI 54911

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |

**Brendon Hartjes**
N8610 Cty Rd M
Menasha, WI 54952

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Brenna Kelley**
2071 S. 91st
Milwaukee, WI 53227

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Brenna Schoenebeck**
N3812 Schacht Road
Marinette, WI 54143

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**brenna willard**
600 N Clark St.
Appleton, WI 54911

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page  195 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 195 of 1376

| 3.136 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Brennan Durst**
713 S Preston Ave
Apt 216
Reedsburg, WI 53959

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $497.65 |
|---|---|---|---|

**Brennan Kelly**
41618 380th Street
Saint Peter, MN 56082

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $287.69 |
|---|---|---|---|

**Brennan Mrotek**
1126 s 24 st
Manitowoc, WI 54220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Brennen Helten**
4071 34th ave s
312
Fargo, ND 58104

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |
|---|---|---|---|

**Brennn Quick**
2410 Mirro Dr
#7
Manitowoc, WI 54220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |
|---|---|---|---|

**Brent Curry**
612 9th St
Baraboo, WI 53913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.88 |
|---|---|---|---|

**Brent Dorn**
1695 Elkay Lane
Apt. 5
Green Bay, WI 54302

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Brent Felsinger**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Brent Hoffmann**
**W3076 County Rd D**
**Belgium, WI 53004**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,560.83 |
|---|---|---|---|

**Brent McCoy**
**3204 Wood Road**
**9**
**Racine, WI 53406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Brent Weinmann**
**942 e kay st**
**Appleton, WI 54911**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.23 |
|---|---|---|---|

**Brenton Shields**
**226 n 6th st**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Bret Jacobson**
**1315 Eagle Ridge Drive**
**Saint Joseph, MN 56374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Bret Schiefelbein**
**1314 Edward Court**
**West Bend, WI 53095**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $831.57 |
|---|---|---|---|

**Brett Allen**
**1438 Biemeret Street**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Brett Bader**
**PO Box 331**
**Wrightstown, WI 54180**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Brett Bishop**
**1017 Shirlandave**
**Beloit, WI 53511**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Brett Bradison**
**1101 Branigan Way**
**Green Bay, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Brett Dutkowski**
**3023 White Sands Terr**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Brett Hall**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Brett Hundley**
**3226 N Weil St**
**Milwaukee, WI 53212**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.138 4 | |

**Nonpriority creditor's name and mailing address**

**Brett Jay**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$553.88**

---

| | |
|---|---|
| 3.138 5 | |

**Nonpriority creditor's name and mailing address**

**Brett Lauters**
**3875 ridge rd**
**Kewaskum, WI 53040**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$371.69**

---

| | |
|---|---|
| 3.138 6 | |

**Nonpriority creditor's name and mailing address**

**Brett Mahnke**
**1112 Gomer Drive**
**Beaver Dam, WI 53916**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$130.73**

---

| | |
|---|---|
| 3.138 7 | |

**Nonpriority creditor's name and mailing address**

**Brett Milhans**
**1829 N Richmond street**
**Apt 1**
**Appleton, WI 54911**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$239.38**

---

| | |
|---|---|
| 3.138 8 | |

**Nonpriority creditor's name and mailing address**

**Brett Moberg**
**4106 St hwy m35**
**Gladstone, MI 49837**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$402.68**

---

| | |
|---|---|
| 3.138 9 | |

**Nonpriority creditor's name and mailing address**

**Brett Slimmer**
**532 Mary Lee Drive**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$343.32**

---

| | |
|---|---|
| 3.139 0 | |

**Nonpriority creditor's name and mailing address**

**Brett Treptow**
**512 Van Dyke Ave**
**Ripon, WI 54971**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$826.88**

---

| 3.139 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |

**Brett Uliana**
**510 Main Street**
**Casco, WI 54205**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |

**Brett Wiese**
**1537 North 21st Street**
**Sheboygan, WI 53081**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.45 |

**Brian Blettner**
**5937 SMOKEY LANE**
**Conover, WI 54519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |

**Brian Bollom**
**268 Elm Drive**
**Onalaska, WI 54650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,255.76 |

**Brian Bond**
**504 meadow height drive**
**Black Creek, WI 54106**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $574.36 |

**brian botterman**
**407 n lark st**
**Oshkosh, WI 54902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,603.88 |

**Brian Buth**
**w9627 Bridge St**
**Waterloo, WI 53594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.61 |
|---|---|---|---|

**Brian Ciszek**
202 Prospect Ave
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.57 |
|---|---|---|---|

**Brian Crawford**
238 ALBERT STREET
Waukesha, WI 53188

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,338.76 |
|---|---|---|---|

**Brian Dehn**
612 pearl point ct
Millersville, MD 21108

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Brian Diedrich**
2516 Forest Avenue
Two Rivers, WI 54241

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Brian Dorn**
1532 Midway Rd
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Brian Engel**
3754 E Van Eimeren Ave
Cudahy, WI 53110

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Brian Felda**
1113 colonial drive
Machesney Park, IL 61115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.38 |

**Brian Fitzgerald**
N144 CTY RD M
Hortonville, WI 54944

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $497.70 |

**Brian Fortune**
1033 W 5th St.
Appleton, WI 54914

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $616.35 |

**Brian G**
No Address - purchased tickets via PayPa

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $452.56 |

**Brian Hagler**
1201 rutledge street
Pawnee, IL 62558

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,008.53 |

**Brian Hanrahan**
W7337 White Oak Run
Pardeeville, WI 53954

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.07 |

**Brian Harkins**
No Address - purchased tickets via PayPa

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,850.63 |

**Brian Haufschildt**
725 Elm St
Waupaca, WI 54981

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Brian Heinz**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Brian Herrmann**
**7750 hwy 8**
**Rhinelander, WI 54501**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**Brian Hiles**
**1405 Denver drive**
**Minooka, IL 60447**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,439.55 |
|---|---|---|---|

**Brian Hoff**
**W6976 Westwood Drive**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Brian Joosten**
**406 Kadinger Way**
**Little Chute, WI 54140**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $687.75 |
|---|---|---|---|

**Brian Keith**
**129 Chippewa Dr**
**Sheboygan Falls, WI 53085**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,178.07 |
|---|---|---|---|

**Brian Keller**
**4317 North Towne Ct 1**
**Windsor, WI 53598**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,165.50 |
|---|---|---|---|

**Brian Koehler**
W2873 OAKRIDGE DR
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.96 |
|---|---|---|---|

**Brian Lutzow**
2205 Hendricks Ave
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $694.58 |
|---|---|---|---|

**Brian Marvin**
875 Dunn Ave
Oregon, WI 53575

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.96 |
|---|---|---|---|

**Brian Matijevich**
4101Greenbriar Dr
Janesville, WI 53546

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.96 |
|---|---|---|---|

**Brian Mattila**
5544 co rd AF
Champion, MI 49814

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.92 |
|---|---|---|---|

**Brian McGinnis**
3510 N. Bracken Drive
Appleton, WI 54911

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434.69 |
|---|---|---|---|

**brian meyer**
1102 N SAWYER ST
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Brian Meyer**
9412 N Dalton Ave
Kansas City, MO 64154

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.70 |
|---|---|---|---|

**BRIAN NASON**
W3450 CENTER VALLEY RD
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.34 |
|---|---|---|---|

**Brian Ollech**
6725 N Smoketree Pass
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.142 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.25 |
|---|---|---|---|

**BRIAN PEZON**
1607 KIMBALL ST
Green Bay, WI 54302

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Brian Piepenburg**
590 Royal Saint Pats Drive
Wrightstown, WI 54180

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Brian Rebman**
W5711 Mase Ct
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**BRIAN SCHILLER**
1808 W Main St
Merrill, WI 54452

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |

**Nonpriority creditor's name and mailing address**

**Brian Schlei**
**1901 Fox River Pkwy**
**Waukesha, WI 53189**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$403.73**

---

| 3.143 4 |

**Nonpriority creditor's name and mailing address**

**Brian Shelly**
**1261 9th Street**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$286.13**

---

| 3.143 5 |

**Nonpriority creditor's name and mailing address**

**Brian Shimkus**
**5250 Headquarters Tr**
**Rhinelander, WI 54501**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| 3.143 6 |

**Nonpriority creditor's name and mailing address**

**Brian Sippel**
**119 W BARRETT ST,  PO BOX 373**
**Saint Cloud, WI 53079**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,148.70**

---

| 3.143 7 |

**Nonpriority creditor's name and mailing address**

**Brian Smith**
**2362 ALLENTON DR**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$299.25**

---

| 3.143 8 |

**Nonpriority creditor's name and mailing address**

**BRIAN SOLTESZ**
**1880 Crestview Dr.**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$576.45**

---

| 3.143 9 |

**Nonpriority creditor's name and mailing address**

**Brian Sonnentag**
**215 N. Grant Street**
**Rosendale, WI 54974**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$827.38**

---

| 3.144 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,036.88 |
|---|---|---|---|

**Brian Stedl**
**1984 Oakridge Rd**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.69 |
|---|---|---|---|

**Brian Sturgill**
**349 N Westhaven Dr**
**N202**
**Oshkosh, WI 54904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Brian Summers**
**352 Wolcott Lane**
**Batavia, IL 60510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,284.15 |
|---|---|---|---|

**Brian Thompson**
**2811 helsinki rd**
**Green Bay, WI 54311**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Brian Torgersen**
**498 W.Division st**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Brian Torres**
**1611 Cherry St**
**Milliken, CO 80543**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Brian Urbaniak**
**1365 tuckaway ct**
**Greenville, WI 54942**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.13 |
|---|---|---|---|

**Brian Vieth**
**1524 E. Calumet St**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Brian Wagner**
**3083 W Pleasant Dr**
**Greenfield, IN 46140**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,672.65 |
|---|---|---|---|

**Brian Wauters**
**W4544 County Road D**
**Peshtigo, WI 54157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Brian Wilkum**
**N6576 Canterbury Dr**
**Fond Du Lac, WI 54937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Briana Bartz**
**2640 PRAIRIE GARDEN TRL**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Briana Dickinson**
**229 S Aniwa Rd**
**Plainfield, WI 54966**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.70 |
|---|---|---|---|

**Briana Kuenz**
**820 Kensington Rd**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,039.45 |

**Briana Lavicka**
516 ELM STREET
Athens, WI 54411

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Briana Nicholson**
906 E. Algonquin Rd
Des Plaines, IL 60016

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**briana schmandt**
411 union st
Manawa, WI 54949

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.19 |

**Briana Stocke**
W6488 Lincoln Rd
Van Dyne, WI 54979

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.88 |

**Briane Manning**
318 Beaumier Lane
Sobieski, WI 54171

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.23 |

**Brianna Aho**
786 South Pine St
Ishpeming, MI 49849

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Brianna B**
5565 Oakwood Ave
Stevens Point, WI 54482

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $260.38 |

**Brianna Babler**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Brianna Boucher**
**N5342 Mayflower Rd**
**Shiocton, WI 54170**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |

**Brianna Chaltry**
**609 6th Ave**
**Menominee, MI 49858**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Brianna Diedrich**
**2516 Forest Avenue**
**Two Rivers, WI 54241**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Brianna Durrant**
**3723 Summerset Way**
**4**
**Oshkosh, WI 54901**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Brianna Freund**
**W4002 Meadow Drive**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |

**Brianna Groelle**
**1526 Kings Lane**
**Two Rivers, WI 54241**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.18 |
|---|---|---|---|

**Brianna Holliday**
**N8950 Lilac Rd**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
|---|---|---|---|

**Brianna Kerscher**
**2933 Steamboat Springs Run**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.50 |
|---|---|---|---|

**Brianna L Warning**
**924 E. Lincoln Avenue**
**Little Chute, WI 54140**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Brianna Lund**
**231743 Guinness Rd**
**Wausau, WI 54403**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Brianna Olson**
**165 Walton Ave**
**Waukesha, WI 53186**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Brianna Pacetti**
**20th Place**
**Kenosha, WI 53140**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Brianna Sabel**
**131 Gilson Avenue**
**Oakfield, WI 53065**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 5 | **Nonpriority creditor's name and mailing address**<br>**Brianna Vettese**<br>**300 sterbenz ct**<br>**Antioch, IL 60002**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $77.69 |
|---|---|---|---|

| 3.147 6 | **Nonpriority creditor's name and mailing address**<br>**Briar Polzin**<br>**830 NE 1ST STREET  Marion**<br>**Marion, WI 54950**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $130.73 |
|---|---|---|---|

| 3.147 7 | **Nonpriority creditor's name and mailing address**<br>**Bridget Kufner**<br>**831 N. Hawthorne Dr.**<br>**Appleton, WI 54915**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,159.20 |
|---|---|---|---|

| 3.147 8 | **Nonpriority creditor's name and mailing address**<br>**Bridget Mars**<br>**W2263 Secluded Ct.**<br>**Kaukauna, WI 54130**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $268.76 |
|---|---|---|---|

| 3.147 9 | **Nonpriority creditor's name and mailing address**<br>**Bridget Mcbride**<br>**po box 413**<br>**Franklin Grove, IL 61031**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $878.08 |
|---|---|---|---|

| 3.148 0 | **Nonpriority creditor's name and mailing address**<br>**Bridget Montgomery-Hamm**<br>**E4512 State Road 22 and 54**<br>**Waupaca, WI 54981**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $272.96 |
|---|---|---|---|

| 3.148 1 | **Nonpriority creditor's name and mailing address**<br>**Bridgette Lammers**<br>**P.O. Box 102**<br>**White Pine, MI 49971**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $350.65 |
|---|---|---|---|

| 3.148 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,079.34** |
| **Brie Bergholz** | ☐ Contingent | |
| **303 Quarry Lane** | ■ Unliquidated | |
| **Neenah, WI 54956** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$266.70** |
| **Brigit Flynn** | ☐ Contingent | |
| **N6753 Groth Rd** | ■ Unliquidated | |
| **Pardeeville, WI 53954** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.23** |
| **Brigitte Ackerson** | ☐ Contingent | |
| **121 Wycombe Street** | ☐ Unliquidated | |
| **Waterloo, IA 50703** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233.07** |
| **Brigitte Cusatis** | ☐ Contingent | |
| **No Address - purchased tickets via PayPa** | ■ Unliquidated | |
| Date(s) debt was incurred **2019-2020** | ☐ Disputed | |
| Last 4 digits of account number **_** | Basis for the claim: **Pre-Paid Tickets** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,726.14** |
| **Brina George Abitz** | ☐ Contingent | |
| **835 W 19th Ave** | ■ Unliquidated | |
| **Oshkosh, WI 54902** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.69** |
| **Brinlee Hall** | ☐ Contingent | |
| **267 prairie grass rd** | ■ Unliquidated | |
| **Oregon, WI 53575** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$287.69** |
| **Britian Johnson** | ☐ Contingent | |
| **18060 Elmwood dr** | ☐ Unliquidated | |
| **Alva, FL 33920** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Britney Rector**
**251 Mary st**
**Antigo, WI 54409**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,520.41

---

| 3.149 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Britney Ristow**
**1135 s webster ave**
**Green Bay, WI 54301**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

| 3.149 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Briton Durham**
**4876 glendale ave**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$134.38

---

| 3.149 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Britt Tice**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$204.72

---

| 3.149 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brittanie Booher**
**3499 Crescent Ridge**
**Dubuque, IA 52003**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$558.57

---

| 3.149 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brittany Alexander**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$177.45

---

| 3.149 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brittany Brodziski**
**N3958 Liberty Ln**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,556.10

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page  214 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 214 of 1376

| 3.149 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Brittany Cambern**
2050 Century View Lane
Rochester, MN 55906

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Brittany Clark**
14713 Colonial Pkwy
Plainfield, IL 60544

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Brittany Condon**
50 s ringold st
Janesville, WI 53545

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Brittany Curry**
N80W28322 Keesus Rd
Hartland, WI 53029

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Brittany Elliott**
153 Gillett St.
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Brittany Graves**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Brittany Grosskopf**
6117 Hillandale Rd
Davenport, IA 52806

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Brittany Halle**
702 Forest Lane
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Brittany Handrich**
4508 Trasino Way
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $959.18 |
|---|---|---|---|

**Brittany Henthorn**
48981 st route 800
Woodsfield, OH 43793

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Brittany Jaeger**
13609 Range Line Road
Newton, WI 53063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Brittany Kircher**
3112 N. Pelican Lk Rd
Rhinelander, WI 54501

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Brittany Miller**
482 Marion Rd
433
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,002.70 |
|---|---|---|---|

**Brittany Proehl**
919 20th street
Two Rivers, WI 54241

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 216 of 1376

| 3.151 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Brittany Qualls**
136 Lauren Dr
Rogersville, TN 37857

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Brittany Rae**
2300 E Peter St
1
Appleton, WI 54915

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Brittany Salmi**
3880 Depot Lane
Rock, MI 49880

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.90 |
|---|---|---|---|

**Brittany Stone**
9673 Sandy Corners Rd
Gillett, WI 54124

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.07 |
|---|---|---|---|

**Brittany Urmanski**
126629 Urmanski Rd
Edgar, WI 54426

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**BRITTANY VOEKS**
8921 W Orchard
Milwaukee, WI 53214

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $841.53 |
|---|---|---|---|

**Brittany Willett**
70 East McWilliams
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1517**

Nonpriority creditor's name and mailing address

**Brittany Williams**
**639 Deer Ridge Dr**
**Kewaskum, WI 53040**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$134.38**

---

**3.1518**

Nonpriority creditor's name and mailing address

**Brittany Wisnefske**
**6634 Lasley Shore Drive**
**Winneconne, WI 54986**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$77.69**

---

**3.1519**

Nonpriority creditor's name and mailing address

**Brittiny Borst**
**1424 Maricopa drive apt b**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$617.38**

---

**3.1520**

Nonpriority creditor's name and mailing address

**Brittnei Marfilius**
**1537 N 40th St**
**Sheboygan, WI 53081**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$134.38**

---

**3.1521**

Nonpriority creditor's name and mailing address

**Brittney Bengsch**
**2942 Conesta Dr**
**Green Bay, WI 54311**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$677.25**

---

**3.1522**

Nonpriority creditor's name and mailing address

**Brittney Doll**
**3912 Mt View Ave #72**
**Schofield, WI 54476**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$262.48**

---

**3.1523**

Nonpriority creditor's name and mailing address

**Brittney Duford**
**2218 E. Wyllys Ct.**
**Midland, MI 48642**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$369.57**

---

| 3.152 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $770.65 |
|---|---|---|---|

**Brittney Judge**
**W6831 Appletree Court**
**Greenville, WI 54942**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $974.43 |
|---|---|---|---|

**Brittney Meyer**
**26286 3rd Street West**
**Zimmerman, MN 55398**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.94 |
|---|---|---|---|

**Brittney Osowski**
**2951 3rd Street South**
**Wisconsin Rapids, WI 54494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Brittney Van Rossum**
**136 Washington St**
**Kaukauna, WI 54130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Brittni Johns**
**26169 W State Hwy M64**
**Ontonagon, MI 49953**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.55 |
|---|---|---|---|

**Broc Fleischer**
**530 N GERMAN ST**
**Mayville, WI 53050**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Brock Noreen**
**5136 Alpine Ct**
**West Bend, WI 53090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |

**Brock White**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 2 | Nonpriority creditor's name and mailing address | $228.88 |

**Brody Arndt**
**n6573 36th ave**
**Fremont, WI 54940**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 3 | Nonpriority creditor's name and mailing address | $130.19 |

**Brody Detert**
**N5570 BOYKE DRIVE**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 4 | Nonpriority creditor's name and mailing address | $67.19 |

**Brogan Lehman**
**181024 County Road DD**
**Birnamwood, WI 54414**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 5 | Nonpriority creditor's name and mailing address | $272.96 |

**Brooke Aldersebaes**
**215 North Avenue**
**Antioch, IL 60002**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 6 | Nonpriority creditor's name and mailing address | $98.69 |

**Brooke Besaw**
**633 S Frmeont Street**
**Janesville, WI 53545**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 7 | Nonpriority creditor's name and mailing address | $67.19 |

**Brooke Biese**
**715 Mallard Dr**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.153 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Brooke Boardman**
**623 Wanda Ave**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.153 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Brooke Bonikowske**
**Wendy Bonikowske**
**Scandinavia, WI 54977**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Brooke Deschane**
**907 2nd ave**
**Crivitz, WI 54114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Brooke Hill**
**2531 Wildflower Row**
**Green Bay, WI 54311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Brooke Justmann**
**296 2ND STREET**
**Oakfield, WI 53065**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Brooke Kiefer**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Brooke Mussehl**
**1273 Judd Rd**
**Oregon, WI 53575**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 221 of 1376

| 3.154 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
| --- | --- | --- | --- |

**Brooke Ott**
9870 67th st s
Cottage Grove, MN 55016

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
| --- | --- | --- | --- |

**Brooke Radant**
401 Spaulding Ave
Ripon, WI 54971

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
| --- | --- | --- | --- |

**Brooke Scott**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313.93 |
| --- | --- | --- | --- |

**Brooke Smith**
936 Iyla Ave
Belgium, WI 53004

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.34 |
| --- | --- | --- | --- |

**Brooke Veldt**
N6871 Moore road
Seymour, WI 54165

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
| --- | --- | --- | --- |

**Brooke Villella**
3440 16th st
Kenosha, WI 53144

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| --- | --- | --- | --- |

**Brooke Weiss**
7431 Lakehaven Dr.
West Bend, WI 53090

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $858.90 |

**Nonpriority creditor's name and mailing address**

**Brooke Yokiel**
**935 N 10th street**
**Manitowoc, WI 54220**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$858.90**

---

| 3.155 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Brooklyn Eisner**
**E3107 Townline Rd**
**Kewaunee, WI 54216**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$251.96**

---

| 3.155 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Brooklyn Heyn**
**5120 W Red Barn Ct.**
**Appleton, WI 54913**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$67.19**

---

| 3.155 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Brooklyn Yankunas**
**3540 10th Ave upper**
**Kenosha, WI 53140**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$254.07**

---

| 3.155 6 |
|---|

**Nonpriority creditor's name and mailing address**

**BrookLynn Lenz**
**829 Reddin Ave**
**Neenah, WI 54956**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$67.19**

---

| 3.155 7 |
|---|

**Nonpriority creditor's name and mailing address**

**bruce baker**
**1201 N 29th St**
**Sheboygan, WI 53081**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$149.63**

---

| 3.155 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Bruce Bartelt**
**425 Center Ave**
**Adell, WI 53001**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$152.25**

---

| 3.155 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Bruce BLOHOWIAK**
PO Box 407
Suamico, WI 54173

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Bruce Hobright**
56 Hillcrest Dr.
Stevens Point, WI 54481

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Bruce Orlikowski**
543 Delwiche rd
Green Bay, WI 54301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Bruce Sielen**
3631 S 5th St
Milwaukee, WI 53207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $532.88 |
|---|---|---|---|

**Bruce Storms**
3901 sycamore dr
Irwin, PA 15642

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,822.33 |
|---|---|---|---|

**BRUCE UNTERBRUNNER**
2718 TROPHY CT
Abrams, WI 54101

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Bryan Burr**
4183 Peterson Rd
Sturgeon Bay, WI 54235

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**Bryan Chamberlain**
24908 Quenada Dr
Moreno Valley, CA 92551

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $388.50 |
|---|---|---|---|

**Bryan Cole**
1102 chapman ave
North fond du lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $522.90 |
|---|---|---|---|

**Bryan Forbes**
1831 S Tellulah
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Bryan Freund**
12317 Prairie Drive
Urbandale, IA 50323

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $862.58 |
|---|---|---|---|

**Bryan Hopke**
3784 Rolling Hill Dr.
Pulaski, WI 54162

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.46 |
|---|---|---|---|

**Bryan Jackson**
8651 Jewel Avenue South
Cottage Grove, MN 55016

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.38 |
|---|---|---|---|

**Bryan Kaufmann**
8438 County Road H
Fremont, WI 54940

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Bryan Kendall**
333 county rd b
Stoughton, WI 53589

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |
|---|---|---|---|

**Bryan Knapp**
1907 Linn Rd.
Delavan, WI 53115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.48 |
|---|---|---|---|

**Bryan Lammers**
W2360 DeMaster Rd
Oostburg, WI 53070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.157 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $532.35 |
|---|---|---|---|

**Bryan Niketh**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**BRYAN SCHMIDT**
W3773 CTY TRUNK KK
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $411.57 |
|---|---|---|---|

**Bryan See**
2506 Camelot Blvd Apartment A
Sheboygan, WI 53081

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**BRYAN STEVENS**
908 RED BROOKE DR
Colorado Springs, CO 80911

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |

**Bryan Vander Heyden**
2851 Hidden Lake Ln
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |

**Bryan Vanderloop**
1515 Vandenbroek road, lot 42
Little Chute, WI 54140

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Bryan Weghorn**
113 Eagle Ridge Court
Eau Claire, WI 54703

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |

**Bryan Zink**
15449 74th St
Kenosha, WI 53142

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |

**Bryanna Chaveco**
635 Joralemon Street
Apt. 2
Belleville, NJ 07109

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |

**Bryanna Jeffery**
3519 Madson Road
Manitowoc, WI 54220

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.23 |

**Bryanna Kirsch**
N9078 Spring Valley Rd
Menasha, WI 54952

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 227 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 227 of 1376

| 3.158 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $898.76 |
|---|---|---|---|

**Bryce Bilski**
W3671 Greenwood ave
Spalding, MI 49886

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |
|---|---|---|---|

**Bryce Burnard**
2200 s Schaefer st
8
Appleton, WI 54911

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.65 |
|---|---|---|---|

**Bryce Demeny**
950 Lakeview Dr.
Green Bay, WI 54313

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Bryce Engelhardt**
N5865 county road y
Fond Du Lac, WI 54937

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Bryce Halmstad**
1317 Faust Ave
Oshkosh, WI 54902

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Bryce Hanke**
546 River Dr
Mayville, WI 53050

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Bryce Ries**
15380 woodbridge Rd
Brookfield, WI 53005

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Bryce Sprangers**
408 east 20th street
Kaukauna, WI 54130

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Bryce Tabat**
W8079 south US hyw 2/141
Lot 65
Iron Mountain, MI 49801

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Bryce Winters**
W5077 Advance Rd
Monroe, WI 53566

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Brylie Brandenburg**
4267 Woodside Drive
Pulaski, WI 54162

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.00 |
|---|---|---|---|

**Bryn Mayer**
141 Black Forest Drive
Plover, WI 54467

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Bryr Harenda**
5496 Pioneer Drive
Sullivan, WI 53178

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.160 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.38 |
|---|---|---|---|

**Bryson Madden**
E5659 10th road
Algoma, WI 54201

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.160 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Bryton Vanderloop**
91-1058T KEKUILANI LOOP
1807
Kapolei, HI 96707

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Brytta Sagedahl**
1703 E. Parrish St.
Prairie Du Chien, WI 53821

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Budweiser**
Wisconsin Distributors
3010 Zuehlke Dr.
Appleton, WI 54911

Date(s) debt was incurred __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __sponsorship for 2020 series__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $755.48 |
|---|---|---|---|

**Buio Indigo**
600 south 5th Street
5
Crystal Falls, MI 49920

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.98 |
|---|---|---|---|

**Butch Chamulak**
13265 W. National Ave.
Apt.1
New Berlin, WI 53151

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Buxton Toutant**
N4495 Hwy 73
Princeton, WI 54968

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Cade Heisdorf**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Cade Holland**
515 2nd street south
Cold Spring, MN 56320

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.07 |
|---|---|---|---|

**Cailee Franks**
1411 STONERIDGE DRIVE
Watertown, WI 53098

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Cailee Meyers**
1131 Forest Court
Hubertus, WI 53033

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.69 |
|---|---|---|---|

**Cailin Schwalbach**
W2172 Tim Drive
Brillion, WI 54110

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.38 |
|---|---|---|---|

**Cait Lewerenz**
120 N Jackson St
Apt 2
Green Bay, WI 54301

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Caitlin Ann**
8625 113th ave
Pleasant Prairie, WI 53158

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Caitlin Bresnahan**
208 reserve drive
208
Clinton, MS 39056

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Caitlin Diehl**
36W825 Red Gate Rd
Saint Charles, IL 60175

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Caitlin Frawley**
1333 Montondon Avenue
Waunakee, WI 53597

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.98 |
|---|---|---|---|

**Caitlin Griep**
517 Sherwood Ave
4
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Caitlin Harris**
829 Killarny Trail
De Pere, WI 54115

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Caitlin McNulty**
1930 Oakview Dr.
Neenah, WI 54956

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.75 |
|---|---|---|---|

**Caitlin Niemann**
W7669 Spring Rd
Greenville, WI 54942

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Caitlin Stanley**
N188 County Rd H
Fremont, WI 54940

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page  232 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 232 of 1376

| 3.162 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Caitlin Supple**
N67 W28929 Old Oak Lane
Hartland, WI 53029

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Caitlyn Allen**
No Address - purchased tickets via PayPa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $512.34 |
|---|---|---|---|

**Caitlyn Koebert**
w136n6751 claas road
Menomonee Falls, WI 53051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Caitlyn Mattmiller**
222 highview rd
Pulaski, WI 54162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Caitlynn Bingen**
2215 Park Ave
West Bend, WI 53090

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Caius Castro**
1481 NW 13th Ave
131
Portland, OR 97209

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Caleb Andes**
W1436 St Rd 28
Theresa, WI 53091

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.162 9 | **Nonpriority creditor's name and mailing address** **Caleb Brasil** 5420 Orchardway drive Mchenry, IL 60050 | **$303.45** |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.163 0 | **Nonpriority creditor's name and mailing address** **caleb chaloupka** 220 union st P.O. 156 Stockbridge, WI 53088 | **$751.72** |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.163 1 | **Nonpriority creditor's name and mailing address** **Caleb Dobbratz** Kimberly Ave. Kimberly, WI 54136 | **$88.73** |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.163 2 | **Nonpriority creditor's name and mailing address** **Caleb Filipiak** 1138 W Prospect Ave Appleton, WI 54914 | **$130.73** |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.163 3 | **Nonpriority creditor's name and mailing address** **Caleb Greenough** 204 Olson Ave Wakefield, MI 49968 | **$344.38** |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.163 4 | **Nonpriority creditor's name and mailing address** **Caleb Greenough** 204 Olson Ave Wakefield, MI 49968 | **$204.23** |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.163 5 | **Nonpriority creditor's name and mailing address** **Caleb Luken** 7768 Steamboat Road Piedmont, SD 57769 | **$151.73** |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.38 |
|---|---|---|---|

**Caleigh Bau**
**475 Noack Rd**
**Greenwood, IN 46143**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Cali Boreson**
**W2828 Kebe Court**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Cali Sheesley**
**2507 16th st**
**Monroe, WI 53566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Calli Dougherty**
**N1464 Star Dust Dr**
**Greenville, WI 54942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Callie Bonk**
**758 Oak Dr.**
**Victoria, MN 55386**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Callie Olson**
**7318 Bauch Road**
**Manitowoc, WI 54220**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Callie Tighe**
**N7006 Winnebago Dr.**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 235 of 1376

| 3.164 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Callie Youngquist**
**709 Desplaine Road**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Callisto Verhalen**
**N3599 Popple Dr**
**Waupaca, WI 54981**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Calvin Creapeau**
**515 Earl St**
**Eau Claire, WI 54701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $839.91 |
|---|---|---|---|

**Calvin Denlinger**
**6996 Olde Davenport Rd.**
**La Motte, IA 52054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Calvin Jarosinski**
**W1477 Tile Drive**
**Pulaski, WI 54162**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Cam Drier**
**103 arthur street**
**Kaukauna, WI 54130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Cam White**
**218E Pokagon St.**
**South Bend, IN 46617**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 0 | Nonpriority creditor's name and mailing address **Camaron Zinda** 2720 Bonow Avenue Wisconsin Rapids, WI 54495 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $465.68 |
| | Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 1 | Nonpriority creditor's name and mailing address **Cameri Gehm** N3151 Valley Rd Bonduel, WI 54107 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $272.96 |
| | Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 2 | Nonpriority creditor's name and mailing address **Cameron Colby** PO BOX 172 Tiskilwa, IL 61368 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $119.69 |
| | Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 3 | Nonpriority creditor's name and mailing address **Cameron Ernst** 18265 San Lucas Court Brookfield, WI 53045 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $119.69 |
| | Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 4 | Nonpriority creditor's name and mailing address **Cameron Hill** 2879 Commissioner Street Oneida, WI 54155 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $553.88 |
| | Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 5 | Nonpriority creditor's name and mailing address **Cameron Krueger** 215 5th Ave East Cresco, IA 52136 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $261.45 |
| | Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 6 | Nonpriority creditor's name and mailing address **Cameron Reith** N8108 Mattsons Rd Felch, MI 49831 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $909.30 |
| | Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Cameron Stennes**
2025 60TH ST SW
Montevideo, MN 56265

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Cameron Theisen**
W9129 Deer Road
Cascade, WI 53011

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.88 |
|---|---|---|---|

**Cami Senske**
N74W28963 Coldstream Ct
Hartland, WI 53029

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.19 |
|---|---|---|---|

**Camie Mccue**
1993 Silver Street
Manitowoc, WI 54220

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $685.13 |
|---|---|---|---|

**Camille Vanooyen**
1505 Elm St
Green Bay, WI 54302

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Camron Vanloo**
2825 Commander Court
Oshkosh, WI 54901

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Camryn Ballweg**
6671 Herbrand Road
Sauk City, WI 53583

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Camryn Kraning**
W2679 Center Rd
Bonduel, WI 54107

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Camryn Tautges**
N74W15067 Hidden Way Dr
Menomonee Falls, WI 53051

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Candace Kennedy**
200 Beechwood Ave.
Apt 10
Colonial Heights, VA 23834

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Candace Vires**
260 lake ave
Montello, WI 53949

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Candi Rahlf**
candi rahlf
806 willow st
Winneconne, WI 54986

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.88 |
|---|---|---|---|

**Candia Lick**
144 Richard Ave.
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Candice Harley**
4131 SW 55th Ave
Fort Lauderdale, FL 33314

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

**Candice Manke**
126 Radtke Street
Schofield, WI 54476

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.167 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $935.03 |
|---|---|---|---|

**Candice Pflugradt**
732 Suburban Dr
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.167 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,454.90 |
|---|---|---|---|

**Candy Birner**
121 CHICAGO DR
Redgranite, WI 54970

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.167 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

**Candy Ragen**
2318 Wisconsin Ave
New Holstein, WI 53061

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.167 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995.30 |
|---|---|---|---|

**Candy Schmidt**
1370 Tammy Rd
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.167 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Candy Selle-Poehls**
1817 Lawrence Street
New London, WI 54961

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.167 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Cara Anne**
4903 Birch Street
Schofield, WI 54476

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.167 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Caressa Krueger**
W6880 daniel ct
Greenville, WI 54942

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Carey Richards**
2377 Old Ivy Court
De Pere, WI 54115

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.07 |
|---|---|---|---|

**Carie Gibbs**
N349 Redtail Lane
Appleton, WI 54915

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.92 |
|---|---|---|---|

**Carie Ligman**
2341 court street
Plover, WI 54467

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.38 |
|---|---|---|---|

**Carie Stedman**
N9529 Noe Rd
Appleton, WI 54915

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Carie Wengerter**
N6132 County Road C
Cecil, WI 54111

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.05 |
|---|---|---|---|

**Carin Barber**
2330 S Walden Ave
2
Appleton, WI 54915

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168<br>5 | Nonpriority creditor's name and mailing address<br>**Carina Crowe**<br>**932 S Smalley St**<br>**Shawano, WI 54166**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $237.82 |
|---|---|---|---|
| 3.168<br>6 | Nonpriority creditor's name and mailing address<br>**Carisa Van Rossum**<br>**N3174 Section Line rd**<br>**Kaukauna, WI 54130**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $67.19 |
| 3.168<br>7 | Nonpriority creditor's name and mailing address<br>**Carissa Dollahite**<br>**5352 55th avenue**<br>**Kenosha, WI 53144**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $303.45 |
| 3.168<br>8 | Nonpriority creditor's name and mailing address<br>**Carissa Goerl**<br>**524 W 7th St.**<br>**Kaukauna, WI 54130**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $130.73 |
| 3.168<br>9 | Nonpriority creditor's name and mailing address<br>**Carissa Langenhuizen**<br>**1671 Carole Ln**<br>**Green Bay, WI 54313**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $134.38 |
| 3.169<br>0 | Nonpriority creditor's name and mailing address<br>**Carissa Nehls**<br>**N7476 Edgewater Dr**<br>**Beaver Dam, WI 53916**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $186.88 |
| 3.169<br>1 | Nonpriority creditor's name and mailing address<br>**Carissa Smith**<br>**818 Warsaw Street**<br>**Menasha, WI 54952**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $134.38 |

| 3.169 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343.88 |
|---|---|---|---|

**Carl Brookins**
PO Box 34
Brownsville, WI 53006

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Carl Scheunemann**
213 S Summit Dr
Port Washington, WI 53074

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.50 |
|---|---|---|---|

**Carla Kelly**
972 E Fox Ln
Milwaukee, WI 53217

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.88 |
|---|---|---|---|

**Carla Niemi**
1216 s park ave
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
|---|---|---|---|

**Carla Reetz**
W6389 Sonny Drive Apt. 1
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $545.92 |
|---|---|---|---|

**Carla Scheuer**
11060 MacArthur Drive
Marshfield, WI 54449

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Carleen Lawrynk**
1904 North Appleton St
Appleton, WI 54911

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Carley Madigan**
N6622 center road
Rosendale, WI 54974

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Carley Wong**
3112 E. Sableridge Dr.
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Carli Finley**
907 Irish Rd
Apt 10
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.38 |
|---|---|---|---|

**Carlie Brunell**
W12377 Metzger Ct
Columbus, WI 53925

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.83 |
|---|---|---|---|

**CARLIE HERBST**
1701 KENTUCKY ST
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Carlie Hubbard**
1022 W Johnson St
Apt 211
Madison, WI 53715

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
|---|---|---|---|

**Carlie Seaman**
920 N Lark St
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.57 |
|---|---|---|---|

**Carlin Kalinec**
**1200 Summit Street**
**Hancock, MI 49930**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Carlos Ibanez**
**4280 Galt Ocean Dr**
**27A**
**Fort Lauderdale, FL 33308**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.25 |
|---|---|---|---|

**CARLTON HANDSCHKE**
**1128 E OVERLAND RD**
**Appleton, WI 54911**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,246.88 |
|---|---|---|---|

**CARLTON KEMPFER**
**237 WALKER ST**
**Waupun, WI 53963**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.38 |
|---|---|---|---|

**Carly Hansen**
**3990 Country Lane**
**Rock, MI 49880**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Carly Lafave**
**1522 Ames street**
**Neenah, WI 54956**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.72 |
|---|---|---|---|

**Carly Marx**
**7361 Inama Rd**
**Sauk City, WI 53583**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**carly meinert**
n8611 pine road
Saint Cloud, WI 53079

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Carly Retzloff**
526 Wilderness Ct
Hartford, WI 53027

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Carly Reynders**
2475 School Road
Greenleaf, WI 54126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.48 |
|---|---|---|---|

**Carly Stanek**
645 N. Washington St.
Spring Green, WI 53588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Carly Weber**
1825 W Timber Ridge Ln
9311
Oak Creek, WI 53154

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Carmen Adams**
1895 Westbreeze Drive
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.45 |
|---|---|---|---|

**Carmen Messina**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page  246 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 246 of 1376

| 3.172 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Carmen Roehl**
615 hall st
Ripon, WI 54971

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.90 |
|---|---|---|---|

**Carmen Sloan**
301 W Lafayette
Avon, IL 61415

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |
|---|---|---|---|

**Carmen Vande Hey**
W5538 rustic lane
Appleton, WI 54915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622.65 |
|---|---|---|---|

**Carol Austin**
1422 st Paul street
Sault Sainte Marie, MI 49783

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Carol Fields**
35104 Wisconsin St
Burlington, WI 53105

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Carol Kemmerer**
1514 Calico Ln
Sun Prairie, WI 53590

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.58 |
|---|---|---|---|

**Carol Naff**
12563 Mantilla Rd
San Diego, CA 92128

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $925.57 |
|---|---|---|---|

**Carol Ruleau**
1550 Elk Trail Ct
Neenah, WI 54956

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Carol Topp**
N4115 French Rd
Appleton, WI 54913

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Carol Wohlers**
1031 W PARKWAY BLVD
Appleton, WI 54914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Carole Benson**
217 Manchester Lane
Barrington, IL 60010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Carolee Herrick**
506 Forest Home Drive
2B
Francis Creek, WI 54214

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |
|---|---|---|---|

**Caroline Esperanza**
434 Newbury Dr
Island Lake, IL 60042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Caroline Swanson**
No Address - purchased tickets via PayPa

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.65 |
|---|---|---|---|

**Carolyn Dammen**
2910 Rutledge Avenue
Janesville, WI 53545

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$350.65

---

| 3.173 5 |
|---|

**Carolyn Vickers**
W1508 Garden Ln
Montello, WI 53949

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,301.48

---

| 3.173 6 |
|---|

**Carri Decamp**
5108 Lilac Ln
Racine, WI 53406

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

| 3.173 7 |
|---|

**Carrie Beck**
306 s milwaukee st
Theresa, WI 53091

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$194.25

---

| 3.173 8 |
|---|

**carrie Gerlach**
966 Dousman st
Green Bay, WI 54303

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$177.45

---

| 3.173 9 |
|---|

**Carrie Griffin**
10744 COUNTY ROAD M
Gillett, WI 54124

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$119.69

---

| 3.174 0 |
|---|

**Carrie Heeren**
115 W. Foster Ave
Tomah, WI 54660

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$134.38

---

| 3.174 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Carrie Jagodzinski**
3215 Hay Meadow Ln
Stevens Point, WI 54482

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.90 |
|---|---|---|---|

**carrie kellner**
1232 crooks st.
Green Bay, WI 54301

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Carrie Kittell**
120 Highridge Ave
Denmark, WI 54208

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Carrie Kragie**
N9927 K-1 Road
Stephenson, MI 49887

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Carrie Krause**
2280 red tail glen
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Carrie Kulas**
4300 Tydl Drive
Janesville, WI 53546

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.50 |
|---|---|---|---|

**Carrie Lefeber**
N8758 Townline Rd
Van Dyne, WI 54979

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Carrie Lindsey**
916 W Commercial St
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Carrie Nolde**
N3071 Bay De Noc Dr
Menominee, MI 49858

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $565.18 |
|---|---|---|---|

**Carrie Noren**
26 E. FOLLETT ST.
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Carrie Powell**
W6640 Wege Road
Hortonville, WI 54944

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**Carrie Scheller**
4701 Swan Ave
Wausau, WI 54401

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
|---|---|---|---|

**CARRIE SMITH**
1115 W Spencer st.
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Carrie Weir**
2706 Minnesota Ave NW
Bemidji, MN 56601

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**Carrie Witt**
W3616 County Road S
Appleton, WI 54913

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |

**Carson Brown**
629 Canary Ave.
Chilton, WI 53014

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Carson Clark**
w2390 Cty Rd I
Markesan, WI 53946

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Carson Makuski**
2024 Clark street
Stevens Point, WI 54481

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Carson Raddatz**
W6179 Westlake Ct
Fond Du Lac, WI 54937

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Carter Footit**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |

**Carter Golden**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Caryn Van Pietersom**
4406 Mohawk Street
Wisconsin Rapids, WI 54495

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Caryn Weissman**
P O Box 434
Allenton, WI 53002

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Casey Barrett**
808 s stephan bridge rd
Grayling, MI 49738

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.82 |
|---|---|---|---|

**Casey Berkshire**
646 Grant St
De Pere, WI 54115

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,493.63 |
|---|---|---|---|

**Casey Bestul**
2910 County Rd. DD
New London, WI 54961

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $603.70 |
|---|---|---|---|

**Casey Clifford**
905 Madison ave
Apt 11
Marinette, WI 54143

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $626.33 |
|---|---|---|---|

**Casey Ellis**
2326 S Gladys Ave.
Appleton, WI 54915

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.63 |
|---|---|---|---|

**Casey Fedor**
1512 Roosevelt Ave
Oshkosh, WI 54901

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,203.26 |
|---|---|---|---|

**Casey Lang**
2525 W Prospect Avenue
Appleton, WI 54914

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.48 |
|---|---|---|---|

**Casey Otto**
509 E Harding Dr
Appleton, WI 54915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Casey Rocha**
W3584 Vannoy Dr
Whitewater, WI 53190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.23 |
|---|---|---|---|

**Casey Streich**
1810 emerson st
Tigerton, WI 54486

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Casey Trutnau**
1053 E Main ST
407
Valley City, ND 58072

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $597.45 |
|---|---|---|---|

**Cassandra Askegaard**
515 E. 2nd St.
Dixon, IL 61021

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 254 of 1376

| 3.177 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.69 |
|---|---|---|---|

**Cassandra Brei**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Cassandra Downing**
**1085 Echo Lane**
**Green Bay, WI 54304**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Cassandra Immel**
**620 Pleasure Place**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Cassandra Kalnins**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Cassandra Kitchen**
**2721 Clairville Rd**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Cassandra Marshall**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Cassandra Pipkorn**
**2513 Oakcrest Dr**
**Neenah, WI 54956**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**3.178 3**

**Nonpriority creditor's name and mailing address**
CASSANDRA RUNNING
911 Elm St
Winneconne, WI 54986

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$1,015.88

---

**3.178 4**

**Nonpriority creditor's name and mailing address**
Cassandra Stephens
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$288.23

---

**3.178 5**

**Nonpriority creditor's name and mailing address**
cassandra Theisen
N2816 Triple S Rd
Campbellsport, WI 53010

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$272.96

---

**3.178 6**

**Nonpriority creditor's name and mailing address**
Cassandra Thompson
609 Theodore st
Jefferson, WI 53549

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$98.69

---

**3.178 7**

**Nonpriority creditor's name and mailing address**
Cassey Stecker
309 Reed street
Chilton, WI 53014

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$303.45

---

**3.178 8**

**Nonpriority creditor's name and mailing address**
Cassi Fallucca
11703 60th st #8
8
Kenosha, WI 53144

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$197.38

---

**3.178 9**

**Nonpriority creditor's name and mailing address**
Cassi Janssen
1228 Garfield Court
Little Chute, WI 54140

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$68.24

---

| 3.179 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cassi Van Dusen**
**50W338 Ramm Road**
**Maple Park, IL 60151**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$177.45**

---

| 3.179 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cassidey Wolfert**
**3669 South Hillcrest Road**
**Waterford, WI 53185**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$197.38**

---

| 3.179 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cassidy Heyer**
**10295 w Yale Ave**
**Zion, IL 60099**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$843.68**

---

| 3.179 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cassie Bucaro**
**714 walnut dr**
**406**
**Darien, IL 60561**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$377.96**

---

| 3.179 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cassie Elmer**
**242 W. Church Street**
**Evansville, WI 53536**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$130.73**

---

| 3.179 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cassie Garton**
**130 Pacific Road**
**Merrimac, WI 53561**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$388.45**

---

| 3.179 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cassie Hopkins**
**5619 w Cleveland ave**
**Milwaukee, WI 53219**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$479.85**

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 257 of 1376

| 3.179 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Cassie Leino**
302 North 14th Avenue East
Ashland, WI 54806

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Cassie Pappano**
1291 Maidstone Drive
Vernon Hills, IL 60061

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,234.76 |
|---|---|---|---|

**Cassie Wiegert**
217 Sunset Drive
Antigo, WI 54409

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Cassondra Mcmahon**
10220 Brazeau Town Hall Rd
Pound, WI 54161

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Cat Cairns**
500 S Park Ave
Fond Du Lac, WI 54935

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Catherine Coulson**
508 Pinetree Road
Kohler, WI 53044

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.72 |
|---|---|---|---|

**Catherine Kempen**
W1959 TRALEE LN
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.38 |
|---|---|---|---|

**Catherine Kocherer**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Catherine McNicoll Schmidt**
**1552 Mallard St**
**Green Bay, WI 54311**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Catherine Misorski**
**4945 S. 82nd St.**
**Milwaukee, WI 53220**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Catherine Peszczynski**
**2023 south 59th street**
**Milwaukee, WI 53219**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Catherine Wege**
**N3073 Manley Road**
**HORTONVILLE, WI 54944**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.63 |
|---|---|---|---|

**Catherine Weyenberg**
**212 Maple St**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $312.38 |
|---|---|---|---|

**Cathleen E Berglund**
**725 W Gilbert Rd**
**Palatine, IL 60067**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Cathy Ballew**
501 Pearl St
Macon, MO 63552

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Cathy Dercks**
N2317 Meadow Creek Ct
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Cathy Dreifuerst**
N8173 Ashberry Ave
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Cathy Freeman**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.69 |
|---|---|---|---|

**cathy hendrikse**
1416 logan ave
Sheboygan, WI 53083

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Cathy Lindeman**
2318 Skyline Pines Dr
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,548.75 |
|---|---|---|---|

**CATHY PATT**
W7477 STATE RD 21 AND 73
Wautoma, WI 54982

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Cathy Rens**
N5371 Brandon Rd
Brandon, WI 53919

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |

**Cathy Spoehr**
N2353 Vandenbroek Rd
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $649.95 |

**Catrina Werner**
622 w 4th ave
Oshkosh, WI 54902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Caydance Rouleau**
8817 County Road W
Greenleaf, WI 54126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Cayla Charlesworth**
1508 Daggett St.
Marinette, WI 54143

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $361.15 |

**Caylynn Cutler**
1356 N 2nd Drive
Stevens Point, WI 54482

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Cecelia Rodriguez**
41 S Kayser St
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:  Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Cecilio Martinez**
230 S Drummond St
waupun, WI 53963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $344.38 |
|---|---|---|---|

**Ceileta Gardner**
3035 Nicholson RD
Racine, WI 53406

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Celeste Bowen**
9S270 Nantucket Dr
F
Darien, IL 60561

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Celeste Zautcke**
7403 98th Ave
j
Kenosha, WI 53142

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Celia Miranda**
412 10th street
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Chad Baker**
W5563 Sumac Lane
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,225.33 |
|---|---|---|---|

**Chad Brown**
2020 Adams St
Plover, WI 54467

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $177.45 |

**Chad Chartre**
3654 Emerald Crown Pkwy
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Chad Dumdie**
390 Westbrook Drive
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,170.75 |

**Chad Edwards**
2607 Michael st
Wonder Lake, IL 60097

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $293.96 |

**Chad Eilers**
309 E Fremont Street
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $694.58 |

**Chad Empey**
2015 N Riverwalk Way
Milwaukee, WI 53212

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $858.90 |

**Chad Giles**
203 Mulberry Drive
Waldo, WI 53093

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $622.65 |

**Chad Gruenstern**
189 Denhardt Ave
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.50 |

**Chad Guild**
**3931 Sienna Ct**
**Franksville, WI 53126**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Chad Hackbarth**
**3530 Cherryvale Ave**
**96**
**Appleton, WI 54913**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |

**Chad Hanley**
**729 Sprenger Road**
**Seymour, IN 47274**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |

**Chad Lambie**
**N2473 Farrell Road**
**Kaukauna, WI 54130**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.13 |

**CHAD MEIER**
**6315 Poplar L 6th Street**
**Escanaba, MI 49829**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,181.25 |

**Chad Mulheron**
**N2440 Milly Street**
**Greenville, WI 54942**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |

**Chad Spitz**
**1332 Grand Ave**
**Sheboygan, WI 53083**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Chad Vandenbusch**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Chad Vincent**
**2010 E Plank Rd**
**#6**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Chad Wachel**
**826 w elsie st**
**Appleton, WI 54914**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $948.68 |
|---|---|---|---|

**Chad Wewasson**
**PO Box 726**
**Lac Du Flambeau, WI 54538**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $837.38 |
|---|---|---|---|

**Chad Zeske**
**1296 Velp Ave.**
**Green Bay, WI 54303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,676.45 |
|---|---|---|---|

**Chadley Ewald**
**15390 Painters Ln N**
**Stillwater, MN 55082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Chairity Carey**
**407 horicon st**
**Mayville, WI 53050**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.185 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Chaise Baenen**
5044 nooyen heights Dr.
New Franken, WI 54229

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Champagne Hubert**
404 Brooklyn Manor Pl
19
Evansdale, IA 50707

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $621.08 |
|---|---|---|---|

**Chance Wall**
4601 S 4300 Rd
Big Cabin, OK 74332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $572.25 |
|---|---|---|---|

**Chandall Johnson**
5688 hwy 57
Sturgeon Bay, WI 54235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Chandler Puwal**
275 East Saint Clair Street
Romeo, MI 48065

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Chandler VOIGT**
W1339 Washington Rd
Rubicon, WI 53078

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $548.03 |
|---|---|---|---|

**Chandra Dimmer**
6838 Hwy 52 S Lot 12
Lot 12
Bellevue, IA 52031

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.90 |
|---|---|---|---|

**Chandra Johnson**
748 1St street
Menasha, WI 54952

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Chanelle Olson**
727 West Harris Street
Appleton, WI 54914

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Channing Boivin**
3701 16th st
Menominee, MI 49858

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**Chantel Kreutner**
846 Ashford Dr NE
Cedar Rapids, IA 52402

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
|---|---|---|---|

**chardra draeger**
n7014 cty rd PP
Ripon, WI 54971

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|

**Charlene Coogan-Trevino**
3326 S Seeley Ave
Chicago, IL 60608

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Charlene Horak**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Charles Baker**
11661 heyrman drive
Crivitz, WI 54114

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Charles Bellman**
N8831 County Road Vv
Berlin, WI 54923

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.46 |
|---|---|---|---|

**charles Flesch**
217 west layman drive
Mellen, WI 54546

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273.00 |
|---|---|---|---|

**Charles Johnston**
W2122 state highway 64
Marinette, WI 54143

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**CHARLES PRZYBYL JR**
15681 Crocus CT W
Rosemount, MN 55068

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Charles Robbins**
1738 Golf Bridge Dr
2
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,493.63 |
|---|---|---|---|

**Charles Schmit**
121 Dupont Ave NE
Hector, MN 55342

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.45 |
|---|---|---|---|

**Charles Scott**
**716 7th Ave**
**Menominee, MI 49858**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.187 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.95 |
|---|---|---|---|

**CHARLES WANISH**
**5624 County road r**
**Manitowoc, WI 54220**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.187 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.50 |
|---|---|---|---|

**Charles Wischow**
**1260 Dover Lane**
**Green Bay, WI 54313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.187 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**charley hopp**
**3672 terri lane**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.187 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $312.88 |
|---|---|---|---|

**Charlie Ann Rykwalder**
**14265 Woodridge Circle**
**Brookfield, WI 53005**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.187 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Charlie Buysse**
**630 trumpeter trail**
**3**
**De Pere, WI 54115**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.188 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.00 |
|---|---|---|---|

**Charlie Decloux**
**w183 n8522 lawrence ct**
**Menomonee Falls, WI 53051**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page  269 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 269 of 1376

| 3.188 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Charlie Guenthner**
**620 south Clermont**
**Antigo, WI 54409**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Charlie Hill**
**42440 Wilson Memorial Dr**
**Chassell, MI 49916**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**CHARLIE LOMAS**
**7871 South Scepter Dr.**
**Unit 6**
**Franklin, WI 53132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.78 |
|---|---|---|---|

**Charlie Marquardt**
**W4325 county road kk**
**Kaukauna, WI 54130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Charlie Mccarthy**
**828 Dante Drive**
**Oconomowoc, WI 53066**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Charlie Rauls**
**1604 Pebblebrook Trl**
**Sun Prairie, WI 53590**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Charlie Syndergaard**
**415 w 4th st**
**Newell, IA 50568**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Chase Janssen**
1228 Garfield Ct
Little Chute, WI 54140

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.19 |
|---|---|---|---|

**Chase Kinney**
2130 hwy pp
Stevens Point, WI 54481

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621.08 |
|---|---|---|---|

**Chase Pittman**
755 Frank st
Darlington, WI 53530

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Chase Porter**
1618 Fordem Ave
303
Madison, WI 53714

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Chase Shipley**
5290 Richland road
Pleasant Plains, IL 62677

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Chase Shumard**
40 country manor lane
D
DaytonC, OH 45458

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.46 |
|---|---|---|---|

**Chase Wardian**
524 Seminary Drive
Dyer, IN 46311

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $889.88 |
|---|---|---|---|

**Chasidey Fisher**
329 S. Bridge St
P.o. box 44
Manawa, WI 54949

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Chaz Goeben**
3129 Barley Circle
Green Bay, WI 54311

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Chels Marie**
2002 E. SWEDE RD
Cedarville, MI 49719

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Chelse Grigg**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.26 |
|---|---|---|---|

**Chelsea Drazkowski**
713 Johnson Ct
Rushford, MN 55971

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Chelsea Franke**
1196 Bonnie Drive
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.38 |
|---|---|---|---|

**Chelsea Maiers**
1420 HAYES RD
Tipton, IA 52772

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.48 |
|---|---|---|---|

**Chelsea Marie**
**120015 county road a**
**Athens, WI 54411**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.19 |
|---|---|---|---|

**Chelsea Mcdonough**
**703 Dakota Ave**
**Gladstone, MI 49837**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Chelsea Radley**
**N2110 State Road 49**
**Berlin, WI 54923**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.190 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Chelsea Rice**
**410 Victoria Street**
**Fairmont, MN 56031**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Chelsea Rodriguez**
**310 echo dr**
**Rockton, IL 61072**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.88 |
|---|---|---|---|

**Chelsea Shuda**
**N3430 County Road D**
**Jefferson, WI 53549**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Chelsey Briner**
**N5621 Braund rd**
**Camp Douglas, WI 54618**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page  273 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 273 of 1376

| 3.190 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Chelsey James**
612 Grove St.
Brainerd, MN 56401

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.30 |
|---|---|---|---|

**Chelsey Osmanski**
950 Holzer Street
Green Bay, WI 54303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Chelsi Knorr**
W8313 STATE ROAD 76
Shiocton, WI 54170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845.78 |
|---|---|---|---|

**Cheri Duley**
346 Ladwig St
Campbellsport, WI 53010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Cheri Nenahlo**
1289 Commanche Ave
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Cheryl Boeck**
303 W 18TH AVE
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Cheryl Cravillion**
E1845 County Road A
Luxemburg, WI 54217

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.191 6 | **Nonpriority creditor's name and mailing address**<br>**Cheryl Dreger**<br>2018 white wolf lane<br>Kaukauna, WI 54130<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$134.38** |
| 3.191 7 | **Nonpriority creditor's name and mailing address**<br>**Cheryl Griesbach**<br>W7050 Bluebluff Way<br>Greenville, WI 54942<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$228.38** |
| 3.191 8 | **Nonpriority creditor's name and mailing address**<br>**Cheryl Horton**<br>1772 Alexandra Court<br>Oshkosh, WI 54902<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$155.38** |
| 3.191 9 | **Nonpriority creditor's name and mailing address**<br>**Cheryl Iwami Benn**<br>S67W26025 BENSON AVE<br>Waukesha, WI 53189<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$68.24** |
| 3.192 0 | **Nonpriority creditor's name and mailing address**<br>**Cheryl Lecker**<br>W4796 WEGE RD<br>Appleton, WI 54913<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,083.57** |
| 3.192 1 | **Nonpriority creditor's name and mailing address**<br>**CHERYL MARTI**<br>2014 MYSTIC HILLS TERRACE<br>Green Bay, WI 54313<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$202.13** |
| 3.192 2 | **Nonpriority creditor's name and mailing address**<br>**Cheryl Ohman**<br>1221 10th Ave South<br>Escanaba, MI 49829<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$77.69** |

| 3.192 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Cheryl Perket**
929 4TH ST
Menasha, WI 54952

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**Cheryl Peters**
1775 W Paynes Point Rd
Neenah, WI 54956

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**CHERYL PUES**
E8947 Jennings Rd
New London, WI 54961

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Cheryl Rataichek**
535 A Menasha Street
Reedsville, WI 54230

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Cheryl Rhinehart**
1493 Harvey st.
Lower
Green Bay, WI 54302

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.65 |
|---|---|---|---|

**Cheryl Rodefer**
3119 S. 16th St.
Milwaukee, WI 53215

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.07 |
|---|---|---|---|

**Cheryl Spindler**
512 N. 8th St.
303
Sheboygan, WI 53081

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.193 0**

Nonpriority creditor's name and mailing address

**Cheryl Vienola**
**1465 MARICOPA DR**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$4,701.38

---

**3.193 1**

Nonpriority creditor's name and mailing address

**Cheryl Zaske**
**2290 Wisconsin St**
**Apt B**
**Oshkosh, WI 54901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$261.45

---

**3.193 2**

Nonpriority creditor's name and mailing address

**Chester Weier**
**816 N Ashland Ave**
**Green Bay, WI 54303**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$726.08

---

**3.193 3**

Nonpriority creditor's name and mailing address

**Cheyenne Barr**
**1380 8th ave**
**Newport, MN 55055**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$351.23

---

**3.193 4**

Nonpriority creditor's name and mailing address

**Cheyenne Dodge**
**W6150 County Road BB**
**Lot 6**
**Appleton, WI 54914**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$361.19

---

**3.193 5**

Nonpriority creditor's name and mailing address

**Cheyenne Moyer**
**4754 Cedar Court**
**Quinnesec, MI 49876**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$77.69

---

**3.193 6**

Nonpriority creditor's name and mailing address

**Cheyenne Thein**
**226 E. DeKora St.**
**Saukville, WI 53080**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$77.69

---

| 3.193 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Cheyenne Werner**
**204 Tower Circle**
**Morristown, MN 55052**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

**Chloe Beimborn**
**510 Skyline Blvd**
**Green Bay, WI 54302**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Chloe Boers**
**7749 Beloff Court**
**Three Lakes, WI 54562**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Chloe Burklund**
**3561 Route 32 Apt 3**
**Saugerties, NY 12477**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Chloe Lodel**
**9924 Westview rd**
**Newton, WI 53063**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Chloe Miller**
**1506 N 13th Ave**
**Wausau, WI 54401**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.38 |
|---|---|---|---|

**Chloe Piekkola**
**5711 145th Ct NW**
**Anoka, MN 55303**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Chloe Polcen**
12590 State Hwy 42
Ellison Bay, WI 54210

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Chloe Schmidt**
2429 Brantwood dr.
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Chloe Schmitz**
N9271 county rd W
Malone, WI 53049

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Chloe Schwartz**
942 Augusta Drive
Oregon, WI 53575

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Chody Wolf**
N6677 Maple Road
Elkhorn, WI 53121

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Chris Alvin**
304 N Fulton st
Princeton, WI 54968

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507.68 |
|---|---|---|---|

**Chris Anklam**
1926 S. Memorial Dr.
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**CHRIS BERGER**
**LAURA KROLL**
**5061 KENWOOD CT**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Chris Biersteker**
**514 Melrose Avenue**
**Green Bay, WI 54303**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,522.75 |
|---|---|---|---|

**Chris Carter**
**6 Lakeshore Dr**
**Sault Ste. Marie  ON P6A 5K8**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Chris Chimileski**
**1919 Pleasant St**
**Manitowoc, WI 54220**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,663.15 |
|---|---|---|---|

**chris collett**
**4075 holt rd, 174**
**Holt, MI 48842**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.45 |
|---|---|---|---|

**Chris Czerp**
**406 2nd st**
**Menominee, MI 49858**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.13 |
|---|---|---|---|

**Chris Diels**
**226 Folsom St.**
**#8**
**Columbus, WI 53925**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Chris Ely Wendler**
1519 E Taft Ave
Appleton, WI 54915

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**chris everst**
732 northern ave.
Green Bay, WI 54303

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.23 |
|---|---|---|---|

**Chris Freelove**
2519 falling leaves dr
Weatherford, OK 73096

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**chris george**
1707 River Lakes Rd N
Oconomowoc, WI 53066

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $881.48 |
|---|---|---|---|

**Chris Griep**
1902 132 Ave NE
Minneapolis, MN 55449

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Chris Hassen**
4107 AMHERST DRIVE
Champaign, IL 61822

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.90 |
|---|---|---|---|

**Chris Hect**
4071 sam snead dr
Flint, MI 48506

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $538.13 |
|---|---|---|---|

**Chris Heller**
**8501 Windsor Dr**
**Schofield, WI 54476**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Chris Holinbeck**
**1314 Harvest Moon Dr**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.88 |
|---|---|---|---|

**Chris Hruska**
**E735 Cherneyville Rd**
**Luxemburg, WI 54217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Chris Huettner**
**1015 S Commercial St**
**Apt 7**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Chris Jackson**
**N4268 old forest rd**
**Cambridge, WI 53523**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.88 |
|---|---|---|---|

**Chris Jackson**
**n4628 old forest rd**
**Cambridge, WI 53523**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.96 |
|---|---|---|---|

**Chris Jaecks**
**3728 E. Rovi Drive**
**Milton, WI 53563**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 282 of 1376

| 3.197<br>2 | Nonpriority creditor's name and mailing address<br>**Chris Kaufert**<br>**1083 Congress Street**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.73** |
|---|---|---|---|

| 3.197<br>3 | Nonpriority creditor's name and mailing address<br>**Chris LaCrosse**<br>**6214 Schroeder Rd.**<br>**11**<br>**Madison, WI 53711**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$288.23** |
|---|---|---|---|

| 3.197<br>4 | Nonpriority creditor's name and mailing address<br>**Chris Lawrence**<br>**W6253 Timber Trail**<br>**Hortonville, WI 54944**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$261.45** |
|---|---|---|---|

| 3.197<br>5 | Nonpriority creditor's name and mailing address<br>**Chris Lee**<br>**553 Harvard Dr.**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$194.25** |
|---|---|---|---|

| 3.197<br>6 | Nonpriority creditor's name and mailing address<br>**Chris Luck**<br>**1452 Madden Rd.**<br>**Lansing, IA 52151**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$288.23** |
|---|---|---|---|

| 3.197<br>7 | Nonpriority creditor's name and mailing address<br>**chris marek**<br>**90 myrna jane dr**<br>**Oshkosh, WI 54902**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$618.45** |
|---|---|---|---|

| 3.197<br>8 | Nonpriority creditor's name and mailing address<br>**Chris Martin**<br>**104 W Klubertanz Dr**<br>**9**<br>**Sun Prairie, WI 53590**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.73** |
|---|---|---|---|

| 3.1979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,480.50 |
|---|---|---|---|

**CHRIS MATTHEWS**
P.O. Box 274
Menominee, MI 49858

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204.23 |
|---|---|---|---|

**Chris Mckeon**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Chris Morris**
713 Clinton St
208
Horicon, WI 53032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.1982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Chris Mueller**
912 Windward court
Oshkosh, WI 54901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.1983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Chris Ortman**
7609 Banks Street
Justice, IL 60458

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.90 |
|---|---|---|---|

**Chris Page**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282.46 |
|---|---|---|---|

**Chris Parrish**
1205 East Pacific St
Appleton, WI 54911

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 284 of 1376

| 3.198 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Chris Patt**
**211 Hudson Ave**
**Oshkosh, WI 54901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Chris Peeters**
**309 Kadinger Way**
**Little Chute, WI 54140**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.57 |
|---|---|---|---|

**Chris Rawlings**
**N2490 Milly Street**
**Greenville, WI 54942**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.198 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Chris Riley**
**3034 GILBERT DR**
**Green Bay, WI 54311**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.38 |
|---|---|---|---|

**Chris Scharenbrock**
**1516 sibley court**
**Sheboygan, WI 53081**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.199 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $728.18 |
|---|---|---|---|

**Chris Sibert**
**63492 240th street**
**Hewitt, MN 56453**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.38 |
|---|---|---|---|

**Chris Smits**
**2842 S. Ridge Rd.**
**Green Bay, WI 54304**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.199 3**

**Nonpriority creditor's name and mailing address**

**Chris Tighe**
**N7006 Winnebago Dr.**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No  ☐ Yes

$77.69

---

**3.199 4**

**Nonpriority creditor's name and mailing address**

**CHRIS VAN GRINSVEN**
**N9032 HOLLY RD**
**Saint Cloud, WI 53079**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No  ☐ Yes

$561.76

---

**3.199 5**

**Nonpriority creditor's name and mailing address**

**Chris Van Veghel**
**919 Park Ave**
**Little Chute, WI 54140**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No  ☐ Yes

$576.46

---

**3.199 6**

**Nonpriority creditor's name and mailing address**

**Chris Vitense**
**W6614 County Road W**
**Juneau, WI 53039**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No  ☐ Yes

$251.96

---

**3.199 7**

**Nonpriority creditor's name and mailing address**

**Chris Weiland**
**1288 Southfield Dr.**
**Menasha, WI 54952**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No  ☐ Yes

$77.69

---

**3.199 8**

**Nonpriority creditor's name and mailing address**

**Chris Williams**
**7334 Mosaic Drive**
**Indianapolis, IN 46221**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No  ☐ Yes

$261.45

---

**3.199 9**

**Nonpriority creditor's name and mailing address**

**Chrisha Kimbrough**
**209 cavil way**
**De Pere, WI 54115**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No  ☐ Yes

$134.38

---

| 3.200 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Chrissy Kearney**
16395 country view ct
Dubuque, IA 52002

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,382.85 |
|---|---|---|---|

**Christa Ciaroni**
625 County Road E
Grand Marsh, WI 53936

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.68 |
|---|---|---|---|

**Christi Emerson**
1201 harney ave
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.63 |
|---|---|---|---|

**Christian Benson**
P.O. Box 115
Gaastra, MI 49927

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Christian Bettin**
1515 Central St
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.23 |
|---|---|---|---|

**Christian Brunelle**
112 E Longyear St
2
Bessemer, MI 49911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.23 |
|---|---|---|---|

**Christian Chavez**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 287 of 1376

| 3.200 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Christian Gabriel**
25454 Spring St.
Manhattan, IL 60442

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.58 |
|---|---|---|---|

**Christian Lambrechts**
W2251 St. Peters rd
East Troy, WI 53120

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.07 |
|---|---|---|---|

**CHRISTIAN MENDEN**
1540 COOKS ST
Green Bay, WI 54302

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.01 |
|---|---|---|---|

**Christian Muchka**
W7404 Barlow Lake Road
Pembine, WI 54156

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Christian Silvestri**
19w130 Mallard Court
Downers Grove, IL 60516

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Christianna Wallander**
7312 Pine Grove Lane
Two Rivers, WI 54241

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Christie Galow**
126 S Church St
Berlin, WI 54923

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.34 |
|---|---|---|---|

**Christie Kaufman**
W6697 Brown
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Christie Schultz**
1349 Tullar rd
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Christina Bargas**
7401 Arado Dr
Fort Worth, TX 76131

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Christina Cooper**
6405 Von Kanel St
Schofield, WI 54476

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Christina Cronier**
344 WASHINGTON ST
Ripon, WI 54971

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Christina Gallert**
752 W. Wisconsin Ave., #4
Pewaukee, WI 53072

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Christina Heezen**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.45 |

**Christina Huselbe**
148 Hastings Way SW
Poplar Grove, IL 61065

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,024.76 |

**Christina Lezak**
N6714 Lake Lorraine Rd
Delavan, WI 53115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Christina malson**
1315 winter wheat
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Christina Olson**
165 Walton Ave
Waukesha, WI 53186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Christina Olson**
412 West Oshkosh St.
Ripon, WI 54971

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Christina Patrick**
1022 Western Ave
Mosinee, WI 54455

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Christina Portman**
156 Lock Road
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2028 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Christina Quinlan**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2029 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.65 |

**Christina Schraufnagel**
**147 WOODLAND AVE**
**Montello, WI 53949**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2030 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.40 |

**Christina Stock**
**2447 emerald ln**
**Yorkville, IL 60560**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2031 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Christina Theune**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2032 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |

**Christina Torpey**
**9224 Checkerbloom Dr**
**Oklahoma City, OK 73165**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2033 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.25 |

**Christina Werth**
**602 CONGRESS ST**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2034 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $531.83 |

**Christine Barber**
**3111 Taylor St**
**Marinette, WI 54143**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page  **291** of **1376**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 291 of 1376

| | |
|---|---|
| 3.203<br>5 | |

**Nonpriority creditor's name and mailing address**

**Christine Bier**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$959.18**

---

| | |
|---|---|
| 3.203<br>6 | |

**Nonpriority creditor's name and mailing address**

**Christine Burnett**
**w946 Heather Circle**
**Neshkoro, WI 54960**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$959.18**

---

| | |
|---|---|
| 3.203<br>7 | |

**Nonpriority creditor's name and mailing address**

**Christine Clemetson**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$210.00**

---

| | |
|---|---|
| 3.203<br>8 | |

**Nonpriority creditor's name and mailing address**

**Christine Damm**
**1017 Eureka St.**
**Ripon, WI 54971**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$218.38**

---

| | |
|---|---|
| 3.203<br>9 | |

**Nonpriority creditor's name and mailing address**

**CHRISTINE DREXLER**
**914 POWERS ST**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$677.25**

---

| | |
|---|---|
| 3.204<br>0 | |

**Nonpriority creditor's name and mailing address**

**Christine Edlund**
**N4469 Twin Falls Road**
**Iron Mountain, MI 49801**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$602.18**

---

| | |
|---|---|
| 3.204<br>1 | |

**Nonpriority creditor's name and mailing address**

**christine gimler**
**641 coventry lane**
**Hartland, WI 53029**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$272.96**

---

| 3.204 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.38 |
|---|---|---|---|

**Christine Giordano**
6031 Honeysuckle Lane
Hartford, WI 53027

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.70 |
|---|---|---|---|

**CHRISTINE HANSEN**
N1750 VIRGINIA DRIVE
Waupaca, WI 54981

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.90 |
|---|---|---|---|

**Christine LaCourse**
121 Teddy St
Brooklyn, WI 53521

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.13 |
|---|---|---|---|

**CHRISTINE NILES**
4391 Soda Creek Road
Apt #5
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.68 |
|---|---|---|---|

**Christine Pascoe**
129 W. Fairbanks St.
Marquette, MI 49855

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Christine Roesler**
N1267 Chantilly Ct
Hortonville, WI 54944

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.57 |
|---|---|---|---|

**Christine Sloane**
2301E. Tuscany Way
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2049 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**CHRISTINE TIPPS**
**482 CTY RD FF**
**Pickett, WI 54964**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2050 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.63 |
|---|---|---|---|

**CHRISTOPHER ANDERSON**
**442 AMORY ST**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2051 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Christopher Becker**
**635 Zarling Ave**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2052 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.46 |
|---|---|---|---|

**Christopher Behling**
**204 N. Edwards St.**
**Combined Locks, WI. 53113-0000**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2053 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Christopher Christensen**
**296 N. Military Rd**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2054 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,053.67 |
|---|---|---|---|

**Christopher Doerrer**
**2814 e Johnson st**
**#3**
**Madison, WI 53704**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2055 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Christopher Dumbleton**
**N4821 County Road B**
**New London, WI 54961**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Christopher Eckardt**
1020 S 25th St. # 11
Wausau, WI 54403

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Christopher Ellis**
621 JACOBSEN AVE
Madison, WI 53714

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.38 |
|---|---|---|---|

**Christopher Esparza**
3816 Koehn ave
Sheboygan, WI 53081

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621.08 |
|---|---|---|---|

**Christopher Gehrke**
580 western ave
Cedarburg, WI 53012

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.50 |
|---|---|---|---|

**Christopher Getchell**
1305 Armstrong st
Marinette, WI 54143

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,370.38 |
|---|---|---|---|

**CHRISTOPHER GIERACH**
w159n9629 Butternut Rd
Germantown, WI 53022

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.13 |
|---|---|---|---|

**CHRISTOPHER GROESBECK**
173 E MCWILLIAMS ST
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 295 of 1376

**3.206**
**3**

Nonpriority creditor's name and mailing address

**Christopher Holden**
**714 Irving Ave. NW**
**Elk River, MN 55330**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$319.73

---

**3.206**
**4**

Nonpriority creditor's name and mailing address

**Christopher Lamers**
**N1291 thrush dr.**
**Greenville, WI 54942**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$290.82

---

**3.206**
**5**

Nonpriority creditor's name and mailing address

**Christopher Lesperance**
**852 Centennial Centre Blvd**
**Apt 96**
**Oneida, WI 54155**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

$299.25

---

**3.206**
**6**

Nonpriority creditor's name and mailing address

**Christopher Mcdowell**
**810 Randolph St**
**Angola, IN 46703**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,898.89

---

**3.206**
**7**

Nonpriority creditor's name and mailing address

**Christopher McLaughlin**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$639.45

---

**3.206**
**8**

Nonpriority creditor's name and mailing address

**Christopher Miller**
**220 Austin CT**
**Apt 43**
**New London, WI 54961**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$553.88

---

**3.206**
**9**

Nonpriority creditor's name and mailing address

**Christopher Misener**
**4256 Oakridge Court**
**Stevens Point, WI 54482**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$288.23

---

| 3.207 0 | **Nonpriority creditor's name and mailing address**<br>**Christopher Norys**<br>**3135 Town Square Dr**<br>**408**<br>**Rolling Meadows, IL 60008**<br>Date(s) debt was incurred  2019-2020<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Pre-Paid Tickets<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,483.13** |

| 3.207 1 | **Nonpriority creditor's name and mailing address**<br>**Christopher Parr**<br>**No Address - purchased tickets via PayPa**<br>Date(s) debt was incurred  2019-2020<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Pre-Paid Tickets<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$659.40** |

| 3.207 2 | **Nonpriority creditor's name and mailing address**<br>**Christopher Reindl**<br>**927 Elizabeth street**<br>**Green Bay, WI 54302**<br>Date(s) debt was incurred  2019-2020<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Pre-Paid Tickets<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$288.23** |

| 3.207 3 | **Nonpriority creditor's name and mailing address**<br>**Christopher Rhode**<br>**1464 Hamily CT NE**<br>**Grand Rapids, MI 49505**<br>Date(s) debt was incurred  2019-2020<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Pre-Paid Tickets<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$251.96** |

| 3.207 4 | **Nonpriority creditor's name and mailing address**<br>**Christopher Richmond**<br>**10502 Michigan Ave**<br>**Hayward, WI 54843**<br>Date(s) debt was incurred  2019-2020<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Pre-Paid Tickets<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$807.45** |

| 3.207 5 | **Nonpriority creditor's name and mailing address**<br>**Christopher Roche**<br>**3109 West 102nd Street**<br>**Evergreen Park, IL 60805**<br>Date(s) debt was incurred  2019-2020<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Pre-Paid Tickets<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$639.45** |

| 3.207 6 | **Nonpriority creditor's name and mailing address**<br>**Christopher Sandri**<br>**1267 Chicago St.**<br>**Green Bay, WI 54301**<br>Date(s) debt was incurred  2019-2020<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Pre-Paid Tickets<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$528.68** |

| 3.207 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Christopher Schmidt**
7821 w43rd St.
2c
Lyons, IL 60534

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,271.01 |

**Christopher Schultz**
707 E Olympian Road
Urbana, IL 61802

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $373.76 |

**Christopher Shintaku**
610 E Granville Ave
Roselle, IL 60172

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |

**Christopher Slinger**
1159 N Oakwood Rd
Oshkosh, WI 54904

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Christopher Smith**
1728 18th Ave
Kenosha, WI 53140

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |

**Christopher Smith**
1832 21st Ave
Kenosha, WI 53140

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Christopher Stratton**
3414 W. Parkridge Ave.
Appleton, WI 54912

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 4** | Nonpriority creditor's name and mailing address<br>**Christopher Vass**<br>**3535 N Oakley**<br>**2**<br>**Chicago, IL 60618** | $261.45 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 5** | Nonpriority creditor's name and mailing address<br>**Christopher Wech**<br>**503 South State St**<br>**Chilton, WI 53014** | $67.19 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 6** | Nonpriority creditor's name and mailing address<br>**Christopher Wolfe**<br>**607 crawford dr #4**<br>**Cottage Grove, WI 53527** | $475.63 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 7** | Nonpriority creditor's name and mailing address<br>**Christy Haefner**<br>**306 Lawrence St**<br>**Westfield, WI 53964** | $948.68 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 8** | Nonpriority creditor's name and mailing address<br>**Christy Narges Madigan**<br>**PO Box 181**<br>**Rosendale, WI 54974** | $197.38 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.208 9** | Nonpriority creditor's name and mailing address<br>**Christylee Vickers**<br>**6549 E. Cty RD 300 S.**<br>**New Castle, IN 47362** | $576.45 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.209 0** | Nonpriority creditor's name and mailing address<br>**Chrystal Donahoe**<br>**158 Arvey Ln**<br>**Fond Du Lac, WI 54935** | $261.45 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.26 |
|---|---|---|---|

**Chuck Bowie**
**603 Race Street**
**10413**
**New Orleans, LA 70130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313.96 |
|---|---|---|---|

**Chuck Buck**
**2112 S 3rd st**
**Burlington, IA 52601**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |
|---|---|---|---|

**Chuck Cannon**
**404 S Poplar Ave**
**Elmhurst, IL 60126**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Chuck Coyle**
**1218A Crystal Ct**
**Waupaca, WI 54981**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.71 |
|---|---|---|---|

**Chuck Dantes**
**518 w. hughitt**
**Iron Mountain, MI 49801**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Chuck Skibicki**
**P. Our. Box 61**
**Amherst Junction, WI 54407**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Chyna Sell**
**3845 County Road C**
**Oconto Falls, WI 54154**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2098 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Chynna Brochtrup**
**1512 Sherwood Drive**
**Green Bay, WI 54313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2099 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

**Ciara Carley**
**1514 Emilie St**
**Green Bay, WI 54301**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Cierra Snyder**
**E1854 Weinmann Rd**
**Scandinavia, WI 54977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.50 |
|---|---|---|---|

**CINDY BLOHM**
**820 W. Fulton St**
**Waupaca, WI 54981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**CINDY BUMAN**
**W4665 GLENN ST**
**Appleton, WI 54913**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,461.57 |
|---|---|---|---|

**Cindy Diemel Hansen**
**840 appleton st**
**Menasha, WI 54952**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,274.70 |
|---|---|---|---|

**Cindy Fredericksen**
**2191 Kowalski Road**
**Mosinee, WI 54455**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.210 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.38 |
|---|---|---|---|

**Cindy Gavin**
1236 milton ave
Janesville, WI 53545

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Cindy Hardy**
185 James CT
Brillion, WI 54110

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Cindy Landers**
4230 Sandusky rd
Lima, OH 45801

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.63 |
|---|---|---|---|

**CINDY MARGELOFSKY**
N8823 LAKESHORE DR
Van Dyne, WI 54979

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.18 |
|---|---|---|---|

**cindy oneill**
600 oak st lot #239
Waupaca, WI 54981

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $862.58 |
|---|---|---|---|

**Cindy Raddenbach**
320 Vista Dr
Bloomington, IL 61701

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Cindy Sabel Malliet**
N1340 FAIRWINDS DR
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.211**<br>**2** | |
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$807.45** |

**3.211 2**

**Nonpriority creditor's name and mailing address**

**Cindy Schilling**
**#10 MCT**
**Medford, WI 54451**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$807.45**

---

**3.211 3**

**Nonpriority creditor's name and mailing address**

**Cindy Thomey**
**P.O. Box 574**
**Mio, MI 48647**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,015.88**

---

**3.211 4**

**Nonpriority creditor's name and mailing address**

**Cindy Van Rite**
**5318 S Gilbert Lane**
**Abrams, WI 54101**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$155.38**

---

**3.211 5**

**Nonpriority creditor's name and mailing address**

**Cindy Winchell**
**8618 State Highway 27**
**Sparta, WI 54656**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,278.90**

---

**3.211 6**

**Nonpriority creditor's name and mailing address**

**CINDY YESKO**
**N2639 cty rd Z Lot B73**
**Dousman, WI 53118**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$952.88**

---

**3.211 7**

**Nonpriority creditor's name and mailing address**

**Cinnamon Harley**
**1198 Canterbury Rd**
**Green Bay, WI 54304**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,561.35**

---

**3.211 8**

**Nonpriority creditor's name and mailing address**

**Claire Bliske**
**2716 oakwood circle**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$98.69**

---

| 3.211 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.07 |
|---|---|---|---|

**Claire Burkard**
**1721 St. Robert Drive**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Claire Calkins**
**1216 deerfield ave**
**Menasha, WI 54952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.19 |
|---|---|---|---|

**Claire Cayemberg**
**15209 Hillcreek Road**
**Valders, WI 54245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Claire Guell**
**W2755 Middle Rd**
**Campbellsport, WI 53010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Claire Harder**
**N10224 Hwy 26**
**Burnett, WI 53922**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Claire Neuberger**
**192 Blueberry Road**
**Libertyville, IL 60048**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Claire Rumsey**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.19 |
|---|---|---|---|

**Claire Stiefvater**
129 Pennsylvania Avenue
Chilton, WI 53014

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Claire Wittmann**
N3509 center road
Waupun, WI 53963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $921.38 |
|---|---|---|---|

**CLARE LOVELESS**
11027 Hietikko Drive
Pelkie, MI 49958

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Clare Vanden Heuvel**
4950 Lansing High Pt
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Clarissa Biglow**
7271 e mosherville rd.
Jackson, MI 49202

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Claude de Lorraine**
2065 6th St
Marinette, WI 54143

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Claudia Henrickson**
3005 Crusade Lane
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
|---|---|---|---|

**Claudia Murray**
301 E. Wentworth Ln.
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.88 |
|---|---|---|---|

**Claudia Tisch**
816 W Lexington Pkwy
Deforest, WI 53532

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Clay Hundertmark**
W4855 Branch rd
Fond Du Lac, WI 54937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Clay Pausma**
N10752 Jeresey Rd
Fox Lake, WI 53933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Clay Pausma**
N10752 Jeresey Rd
Fox Lake, WI 53933

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $726.08 |
|---|---|---|---|

**Clayton Collins**
1436 Westmeath Ave
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.38 |
|---|---|---|---|

**Clayton Fury**
14302 Chevy Chase Dr.
Houston, TX 77077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.45 |

**Clayton Greenwald**
**619 R lane**
**Fort Madison, IA 52627**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.69 |

**clayton jeffers**
**9938 S Walker Road**
**Beloit, WI 53511**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |

**Clayton Lewis**
**312 E Lynwood DR.**
**Athens, IL 62613**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $523.95 |

**Clayton Sheasby**
**833 E. Eldorado st.**
**Appleton, WI 54911**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $797.48 |

**Clifford Kellner**
**224 OAK GROVE AVE**
**Green Bay, WI 54302**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |

**Clint Griesbach**
**N2633 Immel rd**
**Hortonville, WI 54944**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,909.83 |

**Clint Jozwiak**
**319 parkview lane**
**Kimberly, WI 54136**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Clinton Diehl**
738 Gateway St NE
Cedar Rapids, IA 52402

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Coco Eberhard**
5602 Auchter Lane
Waunakee, WI 53597

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.45 |
|---|---|---|---|

**Cody Bonini**
P.o box 332
South Range, MI 49963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**Cody Brunclik**
302 4th Street
Waunakee, WI 53597

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.19 |
|---|---|---|---|

**Cody Carlson**
W5300 Pine Creek Road
Norway, MI 49870

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.19 |
|---|---|---|---|

**Cody Donovan**
7959 Evergreen Street
Hewitt, WI 54441

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Cody Dupont**
5926 24th Ave NW
Rochester, MN 55901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CODY GRUNDEEN**
**1210 17TH STREET SOUTH**
**Wisconsin Rapids, WI 54494**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.215 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody Johnson**
**1642 28th ave south**
**9**
**Grand Forks, ND 58201**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$576.45

---

| 3.215 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody Jones**
**1638 s. 78st**
**Milwaukee, WI 53214**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$553.88

---

| 3.215 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody Kolka**
**105 Lieder St**
**North Freedom, WI 53951**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$477.70

---

| 3.215 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody Kromrie**
**N413 County Road Y**
**Wautoma, WI 54982**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| 3.215 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody Kuntz**
**5713 South Kerry Ave**
**Sioux Falls, SD 57106**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$288.23

---

| 3.216 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody Lanham**
**4324 N LIGHTNING DR**
**APT 9**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$444.43

---

| 3.216 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Cody Locke**
6552 weyer road
B
Imlay City, MI 48444

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Cody Mier**
2211 magnolia lane
Green Bay, WI 54304

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Cody Nicholson**
3168 Jackson
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Cody Polfus**
N12611 Co. Rd. 551
Carney, MI 49812

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Cody Rasmussen**
E2174 Elm Valley Rd
Scandinavia, WI 54977

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Cody Reed**
406 8th street
Calumet, MI 49913

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Cody Robertson**
2525 14th Ave
Monroe, WI 53566

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.216<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $401.63 |
|---|---|---|---|

**Cody Rossmiller**
610 Mill St
PO Box 185
Adell, WI 53001

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $733.90 |
|---|---|---|---|

**Cody Schrauth**
327 Mill Street PO Box 644
Campbellsport, WI 53010

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.44 |
|---|---|---|---|

**cody slama**
W5244 Cty Rd C
Montello, WI 53949

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.23 |
|---|---|---|---|

**Cody TeBeest**
965 HOLLAND RD.
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Cody Tietz**
47 West Church Road
Twin Lake, MI 49457

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $785.30 |
|---|---|---|---|

**Cody Vandenberg**
2100 Phesant Run Ct
Apt F
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Cody Wedde**
1116 High Street
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 5 | | | | $218.38 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cody Wetterau**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.217 6 | | | | $121.28 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cody Wilterdink**
**114 Beth Cir**
**Plymouth, WI 53073**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.217 7 | | | | $275.63 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cody Zimmerman**
**11102 Freedom rd**
**Tomah, WI 54660**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.217 8 | | | | $862.99 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Colbie Raught**
**1110 Oak street**
**Plain, WI 53577**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.217 9 | | | | $161.69 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Colby Bach**
**6865 Yellowwood Lane**
**Deforest, WI 53532**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.218 0 | | | | $260.38 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cole Baumgartner**
**1125 N 12th avenue**
**West Bend, WI 53090**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.218 1 | | | | $109.19 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cole Dawson**
**24 Mapleview Dr.**
**Gladstone, MI 49837**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.218 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.88 |

**Cole Dineen**
**1621 Boles St**
**Wisconsin Rapids, WI 54495**

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,043.18 |

**Cole Finnegan**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |

**Cole Flaherty**
**125 W MAIN ST**
**CHILTON, WI 53014**

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |

**Cole Friederichs**
**4608 Rose Creek Pkwy**
**Fargo, ND 58104**

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Cole Havens**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |

**Cole Masten**
**21212 Indian point ave**
**Petersburg, IL 62675**

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Cole Mitchell**
**N3951 Washington Ave.**
**4**
**Freedom, WI 54131**

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.68 |
|---|---|---|---|

**Cole Thielen**
3798 monroe rd
Blanchard, MI 49310

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Cole Tomkiewicz**
3710 County Road O
Saukville, WI 53080

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Colin Bourdeau**
838 Walnut St
Baraboo, WI 53913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Colin Gowin**
23205 County Rd 286
Pittsburg, MO 65724

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**Colin Saegert**
N8683 Bancroft Rd
Theresa, WI 53091

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $523.95 |
|---|---|---|---|

**Colin Spencer**
645 cliff st
Quinnesec, MI 49876

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.25 |
|---|---|---|---|

**Colin Trovillion**
4322 n lightning dr
Apt 9
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.219 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.25 |
|---|---|---|---|

**COLLEEN CARROW**
W6492 RICKEY LN
Greenville, WI 54942

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.38 |
|---|---|---|---|

**COLLEEN FRAAZA**
N9207 Graham Lake Road
Iola, WI 54945

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Colleen Frederick**
5453 NICKELS DRIVE
Oshkosh, WI 54904

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.68 |
|---|---|---|---|

**Colleen Hogan**
1121 5th Ave S
La Crosse, WI 54601

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.96 |
|---|---|---|---|

**Colleen Kingsland**
W6323 Lincoln Rd
Van Dyne, WI 54979

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Collin Levy**
822 upland ridge drive
Fort Wayne, IN 46825

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Collin Prill**
134 West John
Markesan, WI 53946

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Collin Prizy**
2220 Hampshire street
Quincy, IL 62301

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Colton Berggren**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**Colton Charles McKenney**
N5234 HWY 180
Peshtigo, WI 54157

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.18 |
|---|---|---|---|

**Colton Haverland**
211 veitch ST
s-33
Emerado, ND 58228

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Colton Jager**
1500 20th Ave
Menominee, MI 49858

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.23 |
|---|---|---|---|

**Colton Lentz**
1320 Geneva Road
14
Menasha, WI 54952

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Colton Mcallister**
1033 Main Street
8
Horicon, WI 53032

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page 316 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 316 of 1376

| 3.221 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.65 |
|---|---|---|---|

**Colton Mueller**
1368 Meadowcreek Dr
Pewaukee, WI 53072

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Colton See**
W4089 west Jefferson road
Chilton, WI 53014

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.69 |
|---|---|---|---|

**Colton Smeltzer**
460 Verbena St
Roscoe, IL 61073

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Coltten Hamam**
1119 byron st p.o. box 546
Stratford, IA 50249

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Community First Credit Union**
P.O. Box 1487
Appleton, WI 54912-1487

Date(s) debt was incurred **May 2020**

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PPP LOan - forgivness application has been filed - estimated to be a zero liability.**

**Amount at face $161,300.00**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.38 |
|---|---|---|---|

**Conner Lanman**
701 Ash Street
Baraboo, WI 53913

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Conner Robedeaux**
900 Clevelnad ave
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**CONNI STUEBER**
w9315 School Rd.
Hortonville, WI 54944

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.98 |
|---|---|---|---|

**Connie Balcer**
250 E Ward St
Apt 208
Milwaukee, WI 53207

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Connie Evers**
W3239 Garvey Rd
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Connie Geisthardt**
710 Jennifer Court
Omro, WI 54963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Connie Nenahlo**
631 Falcon Lane
Chilton, WI 53014

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Connie Sell**
427 N Pine Grove Lane
Hortonville, WI 54944

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Connie Thompson**
302 north main st
Rosendale, WI 54974

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,137.15 |
|---|---|---|---|

**Connor Brey**
1027 W 5th St
Appleton, WI 54914

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Connor Dugre**
N6015 County Road U
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,016.34 |
|---|---|---|---|

**Connor Frisch**
3100 West Point road
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Connor Green**
857 South Townline Road
Sandusky, MI 48471

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Connor Jacobson**
3923 W. Minnesota Ave
Franklin, WI 53132

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Connor Jensen**
409 Bennett Farms Place
Acworth, GA 30102

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.63 |
|---|---|---|---|

**Connor Krupp**
**32 Aurora lb**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Connor Magner**
**2305 South River Road**
**Saint Charles, MO 63303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Connor Mclaughlin**
**738 estate dr**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.08 |
|---|---|---|---|

**Connor Mroz**
**70387 south beechwood rd**
**Union, MI 49130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Connor O hara**
**223 Chillaway Road**
**Wyalusing, PA 18853**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Connor Simon**
**3116 E Greenleaf Dr.**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Connor Smith**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492.46 |

**Connor Smyth**
3 Washington Crescent
Apt. 501
Elliot Lake  ON P5A 2X1

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |

**Connor Yanke**
W2354 cty rd y
Lomira, WI 53048

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |

**Connor Ziegler**
2723 Northwynde Psge
Sun Prairie, WI 53590

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.07 |

**Constance Swenson**
537 South Street
Watertown, WI 53094

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |

**Constantine Zakharchuk**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Cooper Richter**
215n second street
Princeton, WI 54968

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |

**Cooper Thompson**
12383 Norway St. NW
Minneapolis, MN 55448

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | | | |
| --- | --- | --- | --- |
| 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| | **Cooper Vance** | ☐ Contingent | |
| | **No Address - purchased tickets via PayPal** | ☑ Unliquidated | |
| | Date(s) debt was incurred  **2019-2020** | ☐ Disputed | |
| | Last 4 digits of account number __ | Basis for the claim:  **Pre-Paid Tickets** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.224 | | | |
| --- | --- | --- | --- |
| 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| | **Cora Dominguez** | ☐ Contingent | |
| | **2112 Skyview St** | ☑ Unliquidated | |
| | **Green Bay, WI 54311** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.224 | | | |
| --- | --- | --- | --- |
| 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
| | **Cora Kroeger** | ☐ Contingent | |
| | **403 4th St** | ☑ Unliquidated | |
| | **De Witt, IA 52742** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.224 | | | |
| --- | --- | --- | --- |
| 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
| | **Cora Parchem** | ☐ Contingent | |
| | **222 7TH AVE** | ☑ Unliquidated | |
| | **BARABOO, WI 53913** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.224 | | | |
| --- | --- | --- | --- |
| 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
| | **Cordell Powers** | ☐ Contingent | |
| | **105 Doraland ST** | ☑ Unliquidated | |
| | **Kingsford, MI 49802** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.224 | | | |
| --- | --- | --- | --- |
| 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $871.50 |
| | **Corey Cortright** | ☐ Contingent | |
| | **N5335 old hyw 45** | ☑ Unliquidated | |
| | **New London, WI 54961** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.225 | | | |
| --- | --- | --- | --- |
| 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
| | **Corey Dull** | ☐ Contingent | |
| | **N3433 County Road M** | ☑ Unliquidated | |
| | **Waupun, WI 53963** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.225**
**1**

**Nonpriority creditor's name and mailing address**

**Corey Fritsch**
**702 s 7th st**
**3**
**Lake City, MN 55041**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$1,828.06

---

**3.225**
**2**

**Nonpriority creditor's name and mailing address**

**Corey Haag**
**W6049 HEARTHSTONE DR**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$760.16

---

**3.225**
**3**

**Nonpriority creditor's name and mailing address**

**Corey Kluge**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$130.73

---

**3.225**
**4**

**Nonpriority creditor's name and mailing address**

**Corey Lenz**
**921 E Roeland Ave**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$155.38

---

**3.225**
**5**

**Nonpriority creditor's name and mailing address**

**Corey Paquay**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$408.45

---

**3.225**
**6**

**Nonpriority creditor's name and mailing address**

**Corey Paske**
**N1259 Kroncke Road**
**Arlington, WI 53911**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$155.38

---

**3.225**
**7**

**Nonpriority creditor's name and mailing address**

**Corey Suprise**
**319 E Spring St**
**New London, WI 54961**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$177.45

---

| 3.225<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Cori Medlyn**
6121 Jack London circle
Sacramento, CA 95842

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.38 |
|---|---|---|---|

**Corina Mueller**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $341.78 |
|---|---|---|---|

**Corinne Cornett**
No Address - purchased tickets via PayPa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Cort Kasuboski**
7034 County Road k
Omro, WI 54963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.57 |
|---|---|---|---|

**Cortney Calkins**
1301 whitewater Avenue
Fort Atkinson, WI 53538

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.45 |
|---|---|---|---|

**Cory Armatti**
1340 Whispering Pines LN
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Cory Barman**
5142 Torino Ct
4
Middleton, WI 53562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Cory Biser**
688 S Berendo St
404
Los Angeles, CA 90005

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Cory Drews**
4215 South 93rd St
Milwaukee, WI 53228

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Cory Dudevoire**
101 flora way
Clintonville, WI 54929

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $722.40 |
|---|---|---|---|

**Cory Fritsch**
Ship to Cory Fritsch, 603 N Walnut St
Janesville, WI 53548

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |
|---|---|---|---|

**Cory Groulx**
9178 Nichols Rd
Montrose, MI 48457

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Cory Hoffmann**
113397 Balsam Road
Stratford, WI 54484

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,170.75 |
|---|---|---|---|

**Cory Marsala**
n1190 pine rd
Genoa City, WI 53128

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 2** | **$130.73** |

Nonpriority creditor's name and mailing address
**Cory Paternoster**
**13605 N Harma Rd**
**Hurley, WI 54534**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 3** | **$2,111.55** |

Nonpriority creditor's name and mailing address
**Cory Smith**
**5495 N M123**
**Eckerman, MI 49728**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 4** | **$214.19** |

Nonpriority creditor's name and mailing address
**Cotie Holbek**
**362 Joan Street**
**Burlington, WI 53105**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 5** | **$134.38** |

Nonpriority creditor's name and mailing address
**Courtlyn Roecker**
**916 N water st**
**Lomira, WI 53048**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 6** | **$151.73** |

Nonpriority creditor's name and mailing address
**Courtney Carter**
**539 Holly Glen**
**Murchison, TX 75778**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 7** | **$266.70** |

Nonpriority creditor's name and mailing address
**Courtney Christel**
**16603 County Road C**
**Valders, WI 54245**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 8** | **$439.95** |

Nonpriority creditor's name and mailing address
**Courtney Fox**
**504 Barclay St**
**Saint Paul, MN 55106**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2279 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$282.43** |
| **Courtney Gehl** | ☐ Contingent | | |
| W2022 Crosstown Rd. | ■ Unliquidated | | |
| Hilbert, WI 54129 | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2280 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$667.76** |
| **Courtney Hazen** | ☐ Contingent | | |
| 2553 W Waukau Ave | ■ Unliquidated | | |
| 7 | ☐ Disputed | | |
| Oshkosh, WI 54904 | | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2281 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$77.69** |
| **Courtney Jansen** | ☐ Contingent | | |
| 205 W Calumet st | ■ Unliquidated | | |
| 2 | ☐ Disputed | | |
| Appleton, WI 54915 | | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2282 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$155.38** |
| **Courtney Macpherson** | ☐ Contingent | | |
| 1351 Patton Drive | ■ Unliquidated | | |
| Hartford, WI 53027 | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2283 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$68.24** |
| **Courtney Marvin** | ☐ Contingent | | |
| 2047 pleasant dr | ■ Unliquidated | | |
| Cambridge, WI 53523 | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2284 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$321.26** |
| **Courtney Mcfarlane** | ☐ Contingent | | |
| N5740 skyhigh dr. | ☐ Unliquidated | | |
| Portage, WI 53901 | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2285 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$130.73** |
| **Courtney Measor** | ☐ Contingent | | |
| 1044 grand st | ■ Unliquidated | | |
| Oshkosh, WI 54901 | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.228 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Courtney Messar**
**1030 County Rd C**
**Wausaukee, WI 54177**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Courtney Minten**
**501 Stone Gate Drive**
**Kimberly, WI 54136**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Courtney Spence**
**29 Maple Grove Drive**
**Kincheloe, MI 49788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Courtney Spence**
**29 Maple Grove Drive**
**Kincheloe, MI 49788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Courtney Wright**
**65 Brent St**
**Clintonville, WI 54929**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Courtney Yanko**
**11831 S Park Rd**
**Butternut, WI 54514**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Craig Bender**
**28 Court Street**
**Neillsville, WI 54456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh　　Doc 5　　Filed 11/10/20　　Page 328 of 1376

| 3.229 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**CRAIG CHRISTENSON**
PO Box 51
Winnebago, WI 54985

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $373.76 |
|---|---|---|---|

**Craig Coulthart**
906 Stonecress Ct
Sun Prairie, WI 53590

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.63 |
|---|---|---|---|

**Craig Diener**
1402 Walnut St.
Oshkosh, WI 54901

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.57 |
|---|---|---|---|

**Craig Hilker**
8072 channel lane
Omro, WI 54963

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Craig Hooper**
1268 Oregon st
Green Bay, WI 54303

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Craig Kolasinski**
N9317 Noe Road
Appleton, WI 54915

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Craig Lacount**
2772 Oakwood Cir
Oshkosh, WI 54904

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.230 0 | **$134.38** |

**Nonpriority creditor's name and mailing address**

**Craig Luebke**
**N9161 County Road TW**
**Mayville, WI 53050**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.230 1 | **$803.26** |

**Nonpriority creditor's name and mailing address**

**Craig Mallett**
**2536 SHADE TREE LN**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.230 2 | **$67.19** |

**Nonpriority creditor's name and mailing address**

**Craig Maxwell**
**215 Cherry Lane**
**Lomira, WI 53048**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.230 3 | **$261.45** |

**Nonpriority creditor's name and mailing address**

**Craig Meyer**
**3107 8TH ST NE**
**Minot, ND 58703**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.230 4 | **$97.13** |

**Nonpriority creditor's name and mailing address**

**Craig Mueller**
**N65W24592 ivy ave**
**Sussex, WI 53089**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.230 5 | **$700.88** |

**Nonpriority creditor's name and mailing address**

**Craig Norman**
**505 2nd st**
**Menasha, WI 54952**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.230 6 | **$639.45** |

**Nonpriority creditor's name and mailing address**

**Craig Orlowski**
**220 N Cedar Street**
**Adams, WI 53910**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Craig Ramthun**
306 N Appleton St
Apt 4
Appleton, WI 54911

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.70 |
|---|---|---|---|

**CRAIG SCHUMANN**
N60 W 15882 HAWTHORNE DR
Menomonee Falls, WI 53051

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**craig sorenson**
344 Maple Street
Kingsford, MI 49802

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $722.38 |
|---|---|---|---|

**Craig St Louis**
W1374 Auburn Ashford Dr
Campbellsport, WI 53010

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.78 |
|---|---|---|---|

**Craig Staffin**
6194 Gwen Ln
Allenton, WI 53002

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.75 |
|---|---|---|---|

**Craig Umentum**
1102 saint george st
Green Bay, WI 54302

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $815.85 |
|---|---|---|---|

**Craig Vanden Heuvel**
2809 Hunters Run Ct.
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Cristy Wildenberg**
W6322 Goose Creek Circle
Greenville, WI 54942

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.33 |
|---|---|---|---|

**Cruz Anguiano**
1109 10th st
Milford, IA 51351

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Cruz Perez**
51 15th St
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.00 |
|---|---|---|---|

**Crystal Bell**
N6611 state rd 22
Montello, WI 53949

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.70 |
|---|---|---|---|

**Crystal Boivin**
2335 N. Meade St
Appleton, WI 54911

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Crystal Bullock**
1110 W. Piper St
Macomb, IL 61455

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.232 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Crystal Corbitt**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.232 1 | Nonpriority creditor's name and mailing address | | $1,606.50 |
|---|---|---|---|

**Crystal Dorton**
**752 S COMMERCIAL ST**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 2 | Nonpriority creditor's name and mailing address | | $109.19 |
|---|---|---|---|

**Crystal Johnson**
**1321 MIRAGE DR**
**GREEN BAY, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 3 | Nonpriority creditor's name and mailing address | | $940.83 |
|---|---|---|---|

**Crystal Just**
**3678 Euro Ln**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 4 | Nonpriority creditor's name and mailing address | | $392.65 |
|---|---|---|---|

**crystal lafave**
**110 w brown st**
**Iron Mountain, MI 49801**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 5 | Nonpriority creditor's name and mailing address | | $1,354.50 |
|---|---|---|---|

**Crystal LaFreniere**
**1745 Rosewood Lane**
**Ishpeming, MI 49849**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 6 | Nonpriority creditor's name and mailing address | | $77.69 |
|---|---|---|---|

**Crystal Lembke Rees**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 7 | Nonpriority creditor's name and mailing address | | $466.20 |
|---|---|---|---|

**Crystal Lohry**
**2009 Mt Vernon st**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Crystal Nitz**
**1345 Campbell St**
**Neenah, WI 54956**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Crystal Olson**
**2908 Fieldcrest Drive**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.68 |

**Crystal Peffers**
**1137 Parnell st**
**Marinette, WI 54143**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Crystal Pfeiffer Theunis**
**265 Paddy Ct**
**Wrightstown, WI 54180**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $942.40 |

**Crystal Solomon**
**222 Winnebago Avenue**
**Portage, WI 53901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Crystal Thelen**
**139 Amherst Ave**
**Sheboygan Falls, WI 53085**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |

**Crystal Wick**
**901 9th ave nw**
**Waseca, MN 56093**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Crystal Zarn**
219 W Albert St.
Portage, WI 53901

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Crystle Brockman**
213 W. Fourth Street
Kaukauna, WI 54130

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Cullen Gahagan**
1163 Winged Foot Dr
Oregon, WI 53575

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Cullen Meyer**
620 west beacon ave
New London, WI 54961

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Cullen Mularkey**
No Address - purchased tickets via PayPa

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,165.50 |
|---|---|---|---|

**Curt Baumgart**
1107 Honey Creek Circle
Oshkosh, WI 54904

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $626.33 |
|---|---|---|---|

**Curt Braatz**
W5138 Kennedy Drive
Fond Du Lac, WI 54935

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**CURT LONG**
624 DAVID AVE.
Sheboygan Falls, WI 53085

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,225.88 |
|---|---|---|---|

**Curt Sims**
1520 East Tracia Lane
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**curtis gresbach**
304 b N. chicago ave
South Milwaukee, WI 53172

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Curtis Nekowitsch**
47921 barber drive
Stanchfield, MN 55080

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Curtis Schwartz**
1705 Lincoln ave
Dubuque, IA 52001

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Curtis Ward**
2505 Jenny lane
1
Green Bay, WI 54302

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
|---|---|---|---|

**CURTIS YOUNG**
2156 W 9TH AVE #5
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CUSA HARD Tickets1**
**425 S Mill Ave**
**Tempe, AZ 85281**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Cynde Stanzel-Helke**
**1118 Grand Ave**
**Manitowoc, WI 54220**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Cyndi Garcia**
**101 Hillary Circle**
**Wentzville, MO 63385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.50 |
|---|---|---|---|

**Cynthia Demler**
**1335 W 9th Ave.**
**Oshkosh, WI 54902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Cynthia Gorrr**
**15062 S Cedar Lake Rd**
**Kiel, WI 53042**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $761.25 |
|---|---|---|---|

**Cynthia Kanak**
**403 Lexington Dr**
**Waunakee, WI 53597**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.68 |
|---|---|---|---|

**Cynthia Kerridge**
**308 North 4th st**
**Manistique, MI 49854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Cynthia Powerd**
3306 N Suncrests Ln
Appleton, WI 54914

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.235 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.13 |
|---|---|---|---|

**Cynthia Reinders**
N70W30621 Bette Ann Drive
Hartland, WI 53029

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.235 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.23 |
|---|---|---|---|

**D J Mather**
12875 W Cleveland Ave
New Berlin, WI 53151

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.235 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.91 |
|---|---|---|---|

**D Wince**
431 34th ave
2
East Moline, IL 61244

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**D'Ann Thoenes**
421 Belvedere East
Colgate, WI 53017

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Dakota Bartlett**
1005 N Lake St.
Neenah, WI 54956

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.23 |
|---|---|---|---|

**Dakota Bobruk**
311 S. Vernon Ave.
Flint, MI 48503

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page **338** of **1376**

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 338 of 1376

| 3.236 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Dakota Dao**
938 Hubbell St
Marshall, WI 53559

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Dakota Eatrada**
737 W. Commercial St
Appleton, WI 54914

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Dakota Fingerhut**
E6068 Mill Road
Plain, WI 53577

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.236 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.25 |
|---|---|---|---|

**Dakota Hetzel**
1356 Lamar ave
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $451.50 |
|---|---|---|---|

**Dakota O'dell**
W10626 Fay rd
Beaver Dam, WI 53916

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.23 |
|---|---|---|---|

**Dakota Osowski**
1751 Jackie rd.
Mosinee, WI 54455

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $843.68 |
|---|---|---|---|

**Dakota Rutter**
729 N State St
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |

**Dakota Schraufnagel**
W6603 county road y
Brownsville, WI 53006

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Dakota VanLanen**
450 Fulton Street
Seymour, WI 54165

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.11 |

**Dakota Wangberg**
79 S. Sallie Ave
Fond Du Lac, WI 54935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Dale Engebose**
E3354 Partridge Road
Casco, WI 54205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |

**Dale Krueger**
2251 Julia Dr
Dubuque, IA 52002

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Dale Leick**
2091 Day Street
Greenleaf, WI 54126

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |

**Dallas Bannasch**
P.o. Box 284
Eben Junction, MI 49825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.2377 | **Nonpriority creditor's name and mailing address** | $261.45 |
| | **Dallas Degenaer** | |
| | **No Address - purchased tickets via PayPa** | |
| | Date(s) debt was incurred **2019-2020** | |
| | Last 4 digits of account number __ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2378 | **Nonpriority creditor's name and mailing address** | $576.45 |
| | **Dallas Humphrey** | |
| | **1716 5th st sw** | |
| | **104** | |
| | **Rochester, MN 55902** | |
| | Date(s) debt was incurred **2019-2020** | |
| | Last 4 digits of account number __ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2379 | **Nonpriority creditor's name and mailing address** | $621.08 |
| | **Dalton Becker** | |
| | **3508 Bellevue Place** | |
| | **Two Rivers, WI 54241** | |
| | Date(s) debt was incurred **2019-2020** | |
| | Last 4 digits of account number __ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2380 | **Nonpriority creditor's name and mailing address** | $288.23 |
| | **Dalton Corkery** | |
| | **2200 BEVER AVE Se** | |
| | **Cedar Rapids, IA 52403** | |
| | Date(s) debt was incurred **2019-2020** | |
| | Last 4 digits of account number __ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2381 | **Nonpriority creditor's name and mailing address** | $67.19 |
| | **Dalton Engelhardt** | |
| | **4105 Galaxy Dr** | |
| | **Janesville, WI 53546** | |
| | Date(s) debt was incurred **2019-2020** | |
| | Last 4 digits of account number __ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2382 | **Nonpriority creditor's name and mailing address** | $197.38 |
| | **Dalton Genrich** | |
| | **2201 13th street** | |
| | **Two Rivers, WI 54241** | |
| | Date(s) debt was incurred **2019-2020** | |
| | Last 4 digits of account number __ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2383 | **Nonpriority creditor's name and mailing address** | $119.69 |
| | **Dalton Nampel** | |
| | **220 Park Avenue** | |
| | **Beaver Dam, WI 53916** | |
| | Date(s) debt was incurred **2019-2020** | |
| | Last 4 digits of account number __ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.238 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Dalton Roe**
1534 Oak st
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.90 |
|---|---|---|---|

**Damian Dale**
6721 se 2nd ct
Des Moines, IA 50315

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.50 |
|---|---|---|---|

**DAMIAN SWACKER**
W10940County Rd D
Westboro, WI 54490

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
|---|---|---|---|

**Damian Wisniewski**
503 East Main Street
Apt 2
Bellevue, OH 44811

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.51 |
|---|---|---|---|

**Damien Jones**
225 N West Ave
Jefferson, WI 53549

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |
|---|---|---|---|

**Damon Ayersman**
1322 Otter Avenue
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |
|---|---|---|---|

**Damon Sterba**
1103 Michigan ave
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $121.28 |
|---|---|---|---|

**Dan Allman**
5211 2nd st se
307
Minneapolis, MN 55414

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $218.38 |
|---|---|---|---|

**Dan Axberg**
1104 Cleveland st
Niagara, WI 54151

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1,697.33 |
|---|---|---|---|

**Dan Bauler**
5171 12TH AVE
La Porte City, IA 50651

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $639.45 |
|---|---|---|---|

**Dan Boen**
609 Daly Cir
Brandon, SD 57005

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $401.63 |
|---|---|---|---|

**dan carey**
8093 Maass Rd
Seymour, WI 54165

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $392.65 |
|---|---|---|---|

**Dan Colvin**
W175N12877 Lancelot Dr
Germantown, WI 53022

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $218.38 |
|---|---|---|---|

**Dan Daemmrich**
1019 E Meadow
Milwaukee, WI 53217

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.239 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**Dan Danielson**
**811 TERRACE AVE**
**Menasha, WI 54952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Dan Fredrick**
**3823 Summerset Way**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.13 |
|---|---|---|---|

**Dan Grant**
**1325 Honeysuckle**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311.86 |
|---|---|---|---|

**Dan Hayes**
**W1098 Spring Grove Rd**
**Ripon, WI 54971**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,211.18 |
|---|---|---|---|

**Dan House**
**450 W Swan Circle**
**Apt 3203**
**Oak Creek, WI 53154**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.50 |
|---|---|---|---|

**Dan Hutchins**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,905.75 |
|---|---|---|---|

**Dan Koch**
**1434 Forest Hill Avenue**
**South Milwaukee, WI 53172**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**dan krug**
245 gillett st
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Dan Luckow**
2107 Clark St.
Manitowoc, WI 54220

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $456.74 |
|---|---|---|---|

**Dan Ritter**
5694 D Rd
Bark River, MI 49807

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.38 |
|---|---|---|---|

**Dan Roberts**
1295 Pond View Circle
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.68 |
|---|---|---|---|

**Dan Runge**
410 Wisconsin st
Redgranite, WI 54970

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Dan Schimelpfenig**
W3523 Glencoe Avenue
Montello, WI 53949

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $418.96 |
|---|---|---|---|

**Dan Schroeder**
436 MAIN ST
Marinette, WI 54143

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 345 of 1376

| 3.241 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.68 |
|---|---|---|---|

**Dan Schutt**
2682 Maple Hills Drive
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Dan Schweda**
1140 MERRILL ST
OSHKOSH, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Dan Sinz**
204 18th ave s
Bangor, WI 54614

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $287.69 |
|---|---|---|---|

**Dan StAmour**
1237 Trailside Terrace
Seymour, WI 54165

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $881.95 |
|---|---|---|---|

**Dan Thames**
4 Petunia Cir
Clintonville, WI 54929

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $959.18 |
|---|---|---|---|

**Dan Zrinsky**
429 Bowman Rd
Wisconsin Dells, WI 53965

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $294.51 |
|---|---|---|---|

**Dana Manders**
N3879 Mchugh Rd
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Dana Rex**
1334 otter ave
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Dana Tuszke**
2131 Jelinski Circle
Plover, WI 54467

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.90 |
|---|---|---|---|

**Dana Wyant**
8443 E Evanston Ave
Ravenna, MI 49451

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,892.63 |
|---|---|---|---|

**Dane Saari**
6899 West Ridge Royal Dr
Greenleaf, WI 54126

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Dane Sherman**
140 S. East Street
Plainfield, WI 54966

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.48 |
|---|---|---|---|

**Danette Olson**
201 E Wisconsin St
2
Rosendale, WI 54974

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Dani Cjl**
216 school street
Chilton, WI 53014

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.63 |
|---|---|---|---|

**Dani Sterr**
**N64W14647 Poplar Drive**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $422.63 |
|---|---|---|---|

**Dani Sumwalt**
**294 Third St**
**Allenton, WI 53002**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Danica Anderson**
**W5547 Bend Road**
**Princeton, WI 54968**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.25 |
|---|---|---|---|

**DANIEL & DARLENE YUREK**
**469 Beauty View Rd**
**Luxemburg, WI 54217**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.243 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.68 |
|---|---|---|---|

**Daniel Albert**
**N6367 Deer Shiners Dr**
**Gleason, WI 54435**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.243 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Daniel Black**
**142 Wedgewood Dr**
**Saint Paul, MN 55115**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Daniel Borth**
**N8717 County Road X**
**Watertown, WI 53094**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**DANIEL BOUSHKA**
3520 Church Rd
Green Bay, WI 54311

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |
|---|---|---|---|

**Daniel Chambers**
1008 Oviatt St
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,294.13 |
|---|---|---|---|

**Daniel Diebitz**
519 second street
Stevens Point, WI 54481

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.50 |
|---|---|---|---|

**DANIEL DIEMEL**
N9158 SHEPARD RD
Shiocton, WI 54170

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.19 |
|---|---|---|---|

**Daniel Dutton**
305 west 8th st
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Daniel Guerin**
N715 Rich Road
Watertown, WI 53098

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Daniel Gumieny**
N5951 Division rd
Cecil, WI 54111

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.244 0 | **Nonpriority creditor's name and mailing address** | $77.69 |

**Daniel Huettl**
3657 may lane
De Pere, WI 54115

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.244 1 | **Nonpriority creditor's name and mailing address** | $266.18 |

**Daniel Jacob**
5803 W Forestwood Drive
Peoria, IL 61615

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.244 2 | **Nonpriority creditor's name and mailing address** | $414.23 |

**Daniel Keely**
420 jungermann rd
Saint Peters, MO 63376

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.244 3 | **Nonpriority creditor's name and mailing address** | $677.25 |

**DANIEL KLEIKAMP**
4927 Theater 16.8 Dr
Escanaba, MI 49829

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.244 4 | **Nonpriority creditor's name and mailing address** | $303.45 |

**Daniel Kovatovich**
520 w. Riverwood drive
304
Oak Creek, WI 53154

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.244 5 | **Nonpriority creditor's name and mailing address** | $67.19 |

**Daniel LaLuzerne**
4896 Dale Court
Green Bay, WI 54311

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.244 6 | **Nonpriority creditor's name and mailing address** | $261.45 |

**Daniel Lord**
5919 John Ave
Superior, WI 54880

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.50 |
|---|---|---|---|

**Daniel Madden**
S3832 Trapp Rd
Tempe, AZ 85281

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Daniel Matthews**
4103 Waldo Blvd
Manitowoc, WI 54220

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.65 |
|---|---|---|---|

**Daniel Mattila**
W11248 Cty Rd. TC
Brandon, WI 53919

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

**Daniel Maurer**
1007 Bluebird St.
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**DANIEL MCGUIRE**
211 sterling Drive
Oregon, WI 53575

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**Daniel Mellenthin**
1 Kessel Ct #26
Madison, WI 53711

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Daniel Mindt**
1526 S 20th st
Sheboygan, WI 53081

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245<br>4 | Nonpriority creditor's name and mailing address<br>**Daniel Mosincat**<br>**710 5th St.**<br>**Menominee, MI 49858** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $807.45 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245<br>5 | Nonpriority creditor's name and mailing address<br>**Daniel Mudrak**<br>**No Address - purchased tickets via PayPa** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $413.18 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245<br>6 | Nonpriority creditor's name and mailing address<br>**Daniel Oconnell**<br>**P.O.box 10641**<br>**Green Bay, WI 54307** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $176.38 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245<br>7 | Nonpriority creditor's name and mailing address<br>**DANIEL PFLUGRADT**<br>**924 S 87TH ST**<br>**Milwaukee, WI 53214** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $228.38 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245<br>8 | Nonpriority creditor's name and mailing address<br>**Daniel Polly**<br>**5230 Aspen Way**<br>**Madison, WI 53718** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $803.25 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245<br>9 | Nonpriority creditor's name and mailing address<br>**DANIEL PRUE**<br>**1216 CARMEN AVE**<br>**Sheboygan, WI 53081** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $291.38 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246<br>0 | Nonpriority creditor's name and mailing address<br>**Daniel Reichel**<br>**1441 N 14th Avenue**<br>**Sturgeon Bay, WI 54235** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $152.25 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $411.57 |
|---|---|---|---|

**Daniel Reid**
900 Heritage Drive
2
Marshfield, WI 54449

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $889.88 |
|---|---|---|---|

**Daniel Schafer**
215 Park St
Kaukauna, WI 54130

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,705.85 |
|---|---|---|---|

**Daniel Schmid**
W2160 COTTONVILLE AVE
Berlin, WI 54923

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.13 |
|---|---|---|---|

**Daniel Schmidt**
8526 s loop rd
Larsen, WI 54947

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Daniel Schmidt**
W9819 CTY RD S
New London, WI 54961

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $572.25 |
|---|---|---|---|

**Daniel Schroeder**
436 Main St.
Marinette, WI 54143

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Daniel Scott**
1407 Blacktail Dr
Sturgis, SD 57785

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2468 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $849.98 |

**Daniel sobek**
3724 W Karstens Dr
apt 2
Madison, WI 53704

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2469 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $497.45 |

**Daniel Thom**
1355 Beverly Lane
Streamwood, IL 60107

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2470 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $1,878.45 |

**DANIEL TRACEY**
W4231 PINEPOINTE LN
Tomahawk, WI 54487

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2471 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $151.73 |

**Daniel Vieaux**
5200 S Skyline Dr
New Berlin, WI 53151

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2472 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $130.73 |

**Daniel Weber**
311 Oakwood Drive
Francis Creek, WI 54214

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2473 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $780.68 |

**Daniel Wessel**
1616 Martin Avenue
Sheboygan, WI 53083

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2474 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $719.78 |

**Daniele Hasheider**
E11890 Longwood Drive
Prairie Du Sac, WI 53578

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.38 |
|---|---|---|---|

**Danielle Anding**
W1835 State HWY 73
Granton, WI 54436

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.23 |
|---|---|---|---|

**Danielle Aranda**
919 George Street
Lake Geneva, WI 53147

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Danielle Barnett**
316 E Cedar Crest Rd
Rose Hill, KS 67133

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.18 |
|---|---|---|---|

**Danielle Brassard**
928 westlawn ave
Earlville, IL 60518

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.90 |
|---|---|---|---|

**Danielle Braun**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.57 |
|---|---|---|---|

**Danielle Ekker**
617 Mulberry Dr E
West Bend, WI 53090

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Danielle Fischer**
745 Green Tree Road
West Bend, WI 53090

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.248 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.65 |
|---|---|---|---|

**Danielle Fralish**
w3114 chicago lane
Redgranite, WI 54970

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Danielle Gauthier**
1760 Meneau Dr
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.32 |
|---|---|---|---|

**Danielle Gorsuch**
N7397 County Road H
Cambria, WI 53923

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.24 |
|---|---|---|---|

**Danielle Holen**
306 W. 6th Street
Apt 302
Monticello, MN 55362

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Danielle Kallenbach**
131 E Water St
Princeton, WI 54968

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.70 |
|---|---|---|---|

**Danielle Kilthau**
3466 Maple Dr
Hubertus, WI 53033

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Danielle Kingry**
3889 Waters Edge Dr
Beaverton, MI 48612

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page 356 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 356 of 1376

| 3.248 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $948.68 |
|---|---|---|---|

**Danielle Lock**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

☐ Contingent
■ Unliquidated
☐ Disputed

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Danielle Mashak**
**23 Taylor Street**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

☐ Contingent
■ Unliquidated
☐ Disputed

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,439.03 |
|---|---|---|---|

**Danielle Mogged**
**1604 North Road**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369.57 |
|---|---|---|---|

**Danielle Paszkiewicz**
**5611 taylor avw**
**Racine, WI 53403**

Date(s) debt was incurred  **2019-2020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Danielle Phillips**
**921 E. Holly Way**
**Palatine, IL 60074**

Date(s) debt was incurred  **2019-2020**

☐ Contingent
■ Unliquidated
☐ Disputed

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Danielle Plagenz**
**N2278 Indian Mound Rd**
**Dalton, WI 53926**

Date(s) debt was incurred  **2019-2020**

☐ Contingent
■ Unliquidated
☐ Disputed

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Danielle Remter**
**405 ahnaip st**
**Apt 5**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Danielle Robinson**
685 S 500 E
Price, UT 84501

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Danielle Stuhr**
4127 Rivet Hills Cir
Wausau, WI 54403

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Danielle Thimmig**
W7443 Summit Road
Plymouth, WI 53073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Danielle Valley**
886 Wood Dr
Oconomowoc, WI 53066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Danielle Vollendorf**
N726 Moraine Dr
Campbellsport, WI 53010

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.70 |
|---|---|---|---|

**Danielle Walbrun**
3118 Meadow Hts Ct
Green Bay, WI 54313

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Danielle Wie**
1 South High Street
Mayville, WI 53050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Danielle Woodruff**
**1537 quantum ct**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$553.88**

---

| 3.250 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Danielle Zentner**
**578 south clay rd**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| 3.250 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Danita M Docka**
**10739 CTY HWY B**
**Amherst, WI 54406**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

**$803.25**

---

| 3.250 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Danna Carpenter**
**1724 Skyview Ave**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$77.69**

---

| 3.250 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dannelle Johnson**
**1048 Tipperary Road**
**Oregon, WI 53575**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$152.25**

---

| 3.250 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Danny Curtis**
**1531 North Little Road**
**Janesville, WI 53548**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$119.69**

---

| 3.250 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Danny Hanson**
**1580 Galway Ct**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$576.45**

---

| 3.251 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |

**Danny Harvey**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.38 |

**Danny Iacono**
**440 Sullivan Street**
**#2**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $616.63 |

**Danny Mcalister**
**6303 N. Straits Highway**
**Cheboygan, MI 49721**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.45 |

**Danny Nicol**
**19927 BARKER RD**
**MARYSVILLE, OH 43040**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Dante Spencer**
**W7679 oak st**
**Shiocton, WI 54170**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |

**Danyalle Tennant**
**1500 Minneapolis street**
**Sault Sainte Marie, MI 49783**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Danyel Bernstein**
**412 Edgewood Drive**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
|---|---|---|---|

**Darcy bushko**
520 D Slater Rd
Cranbrook BC V1C 4K5

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,249.45 |
|---|---|---|---|

**Darian Kuglin**
W5464 Fox Ridge Dr
Princeton, WI 54968

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $502.71 |
|---|---|---|---|

**Darian Sali**
515 Greenhill Rd
West Chester, PA 19380

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.40 |
|---|---|---|---|

**Darin angstadt**
140 east Whitney street
Green Bay, WI 54301

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $738.15 |
|---|---|---|---|

**DARIN FISCHER**
851 S DORR ST
Antigo, WI 54409

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|

**Darin Van Handel**
808 Sue St
Little Chute, WI 54140

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,097.51 |
|---|---|---|---|

**Darlene and/or Susan Molski**
1244 SNOWDON DR
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252<br>4 | Nonpriority creditor's name and mailing address<br>**Darlene Anderson**<br>**10531 286th Ave**<br>**Trevor, WI 53179**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $666.74 |
|---|---|---|
| 3.252<br>5 | Nonpriority creditor's name and mailing address<br>**Darlene Greely**<br>**W6856 Greenville dr.**<br>**Greenville, WI 54942**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $119.69 |
| 3.252<br>6 | Nonpriority creditor's name and mailing address<br>**Darlene Mitchell**<br>**301 w main st**<br>**Waupun, WI 53963**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $721.88 |
| 3.252<br>7 | Nonpriority creditor's name and mailing address<br>**DARLENE VANDENBERG**<br>**1126 W SPENCER ST**<br>**Appleton, WI 54914**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $97.13 |
| 3.252<br>8 | Nonpriority creditor's name and mailing address<br>**DARRELL MANNING**<br>**1026 VILLAGEGREEN CT**<br>**Green Bay, WI 54313**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $619.50 |
| 3.252<br>9 | Nonpriority creditor's name and mailing address<br>**Darrell Tiffany**<br>**2114 Bowen St**<br>**5**<br>**Oshkosh, WI 54901**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $377.96 |
| 3.253<br>0 | Nonpriority creditor's name and mailing address<br>**Darren Baalke**<br>**7909 Riverside Road**<br>**Fredonia, WI 53021**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $172.19 |

| 3.253 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Darren Pieczynski**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

**Darryl Sundin**
**212 Burning Tree CT**
**Wrightstown, WI 54180**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**DARWIN PRELLWITZ**
**502 LIBERTY ST**
**Ripon, WI 54971**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.253 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**DARWIN RESOP**
**422 W 15TH AVE**
**Oshkosh, WI 54902**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,089.38 |
|---|---|---|---|

**Daryl Jeno**
**23282 Farwell Ave**
**Warsaw, MN 55087**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.253 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Dave Allen**
**1248 Grove St.**
**Menasha, WI 54952**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Dave Bader**
**136 lamplighter dr #7**
**Kaukauna, WI 54130**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.253 8** | | **$272.96** |

**Nonpriority creditor's name and mailing address**

Dave Blehovde
301 e commerce blvd
#4
Slinger, WI 53086

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset?　■ No　☐ Yes

---

| | | |
|---|---|---|
| **3.253 9** | | **$660.20** |

**Nonpriority creditor's name and mailing address**

Dave Brummer
7903 147th St W
Saint Paul, MN 55124

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset?　■ No　☐ Yes

---

| | | |
|---|---|---|
| **3.254 0** | | **$564.90** |

**Nonpriority creditor's name and mailing address**

Dave Brunner
1999 Libal st
4
Green Bay, WI 54301

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset?　■ No　☐ Yes

---

| | | |
|---|---|---|
| **3.254 1** | | **$1,522.45** |

**Nonpriority creditor's name and mailing address**

Dave Garot
3107 Glendale Ave
Green Bay, WI 54313

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset?　■ No　☐ Yes

---

| | | |
|---|---|---|
| **3.254 2** | | **$422.63** |

**Nonpriority creditor's name and mailing address**

Dave Hoffman
N9402 Lakeshore Dr
Van Dyne, WI 54979

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset?　■ No　☐ Yes

---

| | | |
|---|---|---|
| **3.254 3** | | **$3,215.13** |

**Nonpriority creditor's name and mailing address**

Dave Holz
1560 Deckner ave
Green Bay, WI 54302

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset?　■ No　☐ Yes

---

| | | |
|---|---|---|
| **3.254 4** | | **$1,982.40** |

**Nonpriority creditor's name and mailing address**

Dave Kuchenbecker
138 PARK AVE
Brillion, WI 54110

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.254 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$511.88** |
| **Dave Morey** | ☐ Contingent | |
| **1746 Juniper Dr.** | ■ Unliquidated | |
| **Green Bay, WI 54302** | ☐ Disputed | |
| Date(s) debt was incurred  __2019-2020__ | **Basis for the claim:**  __Pre-Paid Tickets__ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.19** |
| **Dave Reilly** | ☐ Contingent | |
| **810 East Pioneer Road** | ■ Unliquidated | |
| **Fond Du Lac, WI 54935** | ☐ Disputed | |
| Date(s) debt was incurred  __2019-2020__ | **Basis for the claim:**  __Pre-Paid Tickets__ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$271.95** |
| **Dave Schultz** | ☐ Contingent | |
| **2732 C Savannah Circle** | ☐ Unliquidated | |
| **Sheboygan, WI 53081** | ☐ Disputed | |
| Date(s) debt was incurred  __2019-2020__ | **Basis for the claim:**  __Pre-Paid Tickets__ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$350.70** |
| **Dave Solgat** | ☐ Contingent | |
| **993 Jackson Ln** | ☐ Unliquidated | |
| **Florence, WI 54121** | ☐ Disputed | |
| Date(s) debt was incurred  __2019-2020__ | **Basis for the claim:**  __Pre-Paid Tickets__ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$261.45** |
| **Dave Wehrman** | ☐ Contingent | |
| **106 prairie moon dr** | ■ Unliquidated | |
| **Davis Junction, IL 61020** | ☐ Disputed | |
| Date(s) debt was incurred  __2019-2020__ | **Basis for the claim:**  __Pre-Paid Tickets__ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$266.18** |
| **Dave Ziolkowski** | ☐ Contingent | |
| **3333 S 99th Ct Apt 6** | ■ Unliquidated | |
| **Milwaukee, WI 53227** | ☐ Disputed | |
| Date(s) debt was incurred  __2019-2020__ | **Basis for the claim:**  __Pre-Paid Tickets__ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,226.00** |
| **DAVID & MARY JO JENSEN** | ☐ Contingent | |
| **7177 COUNTRY CLUB** | ☐ Unliquidated | |
| **Oshkosh, WI 54902** | ☐ Disputed | |
| Date(s) debt was incurred  __2019-2020__ | **Basis for the claim:**  __Pre-Paid Tickets__ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |

**David Balda**
4231 Westview Ln
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |

**David Bawol**
429 South 10th St.
Apt.21
Escanaba, MI 49829

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |

**David Blumer**
302 21 1/4 Street
Chetek, WI 54728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.26 |

**David Bonanti**
1731 Old Highway 69
Florence, WI 54121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |

**David Burke**
111 W 10TH AVE
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**David Burke**
5683 Highway 42
Sturgeon Bay, WI 54235

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,036.88 |

**DAVID COULTHURST**
418 3RD ST
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**David Dahlke**
**4518 N WATERSHED WAY**
**Appleton, WI 54913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.23 |
|---|---|---|---|

**David Dashkovitz**
**4319 43RD ST**
**Lubbock, TX 79413**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**David De Leon**
**1641 S Nicolet Rd**
**apt # 10**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,748.88 |
|---|---|---|---|

**David Dodge**
**1379 LAKE BREEZE RD**
**Oshkosh, WI 54904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**David Finch**
**906 lafollette st**
**Little Chute, WI 54140**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.18 |
|---|---|---|---|

**David Francisco**
**510 ardmore ave**
**Ripon, WI 54971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**DAVID GAWARESKY**
**4180 Rivermoor Road**
**Omro, WI 54963**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|
| | **David Gohlke**<br>**265 WESTFIELD WAY**<br>**Pewaukee, WI 53072** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.38 |
|---|---|---|---|
| | **David Gregorich**<br>**1515 Granite Ave**<br>**Marquette, MI 49855** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,957.20 |
|---|---|---|---|
| | **David Grond**<br>**8146 Tritt Rd**<br>**Omro, WI 54963** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,203.26 |
|---|---|---|---|
| | **David Hahn**<br>**468 n main st**<br>**Hartford, WI 53027** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.70 |
|---|---|---|---|
| | **david halverson**<br>**n6724 woodfield ln**<br>**Lake Mills, WI 53551** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|
| | **David Hardie**<br>**599 Western Ave.**<br>**Fond Du Lac, WI 54935** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |
|---|---|---|---|
| | **David Henne**<br>**3056 Water street**<br>**42**<br>**Stevens Point, WI 54481** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.257 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.50 |
|---|---|---|---|

**David Herring**
2116 river street
Niagara, WI 54151

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**David Hesse**
1920 Julie Ave
Sparta, WI 54656

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.07 |
|---|---|---|---|

**David Hoem**
2844 Danbe Rd
Oshkosh, WI 54904

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**David Hreska**
1549 w woods dr
305
Arlington Heights, IL 60004

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**David Jastrow**
2822 w Glenpark dr
Appleton, WI 54914

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**David Knight**
3219 Elaine Drive NW
Cedar Rapids, IA 52405

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**David Kohn**
212 n Washington
Elkhorn, WI 53131

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Kramer**
**2246 Henry street**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

**$392.18**

---

| 3.258 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Lane**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

**$479.85**

---

| 3.258 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Lockwood**
**2114 Tawhee Drive**
**Madison, WI 53705**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

**$576.45**

---

| 3.258 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Maliszewski**
**202 Chandler Dr.**
**Mundelein, IL 60060**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

**$261.45**

---

| 3.258 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Martin**
**3154 Dorchester Way Unit 5**
**Madison, WI 53719**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

**$368.55**

---

| 3.258 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**david martinson**
**1772 western ave**
**17**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

**$287.69**

---

| 3.258 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Masterson**
**793 Lattimer Dr.**
**Saint Joseph, MI 49085**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

**$218.38**

| 3.258 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.30 |
|---|---|---|---|

**David Mattox**
**5081 Snapdragon Circle**
**Little Suamico, WI 54141**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**David Merkt**
**114 South 6th Ave**
**Saint Nazianz, WI 54232**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.70 |
|---|---|---|---|

**David Mork**
**PO Box 76**
**Scandinavia, WI 54977**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $901.95 |
|---|---|---|---|

**David Munes**
**214 E Division Street**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**David Murray**
**13293 Wynstone Way**
**Rockton, IL 61072**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $823.15 |
|---|---|---|---|

**David Novak**
**W151N5416 Badger Dr**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.63 |
|---|---|---|---|

**DAVID OLEJNIK**
**2210 WALNUT ST**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 4 | | | $677.25 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
DAVID PETERSON
1217 WINNEBAGO AVE
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 5 | | | $271.96 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
David Phelps
809 Cleveland Ave
Marinette, WI 54143

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 6 | | | $5,853.19 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
David Pollock
PO BOX 384
Dollar Bay, MI 49922

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 7 | | | $319.73 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
David Rebedew
W6153 Tucker road
Monticello, WI 53570

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 8 | | | $155.38 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
David Roderick
726 W Elk St
Freeport, IL 61032

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 9 | | | $677.25 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
DAVID SCHLICHTING
744 W 4TH AVE
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 0 | | | $551.25 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
David Schneider
2417 E Forest ST
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**David Sheahan**
w7065 Westwood Dr
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.260 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**David Shell**
490 country creek drive
5
Fond Du Lac, WI 54935

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.260 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |
|---|---|---|---|

**David Smith**
611 Elder Street
Parkersburg, WV 26101

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.260 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.45 |
|---|---|---|---|

**David Smith**
N2011 greenville dr
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.260 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**David Stedman**
S69 W15116 Cornell Circle
Apt 5
Muskego, WI 53150

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.260 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**DAVID STEFFES**
W2891 Cty Q
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.260 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**David Steger**
665 east Jackson st
Apt 14
Ripon, WI 54971

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.260 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|
| | **David Steinruck**<br>**34111 white oak dr**<br>**Burlington, WI 53105** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _2019-2020_ | Basis for the claim:  _Pre-Paid Tickets_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|
| | **David Strandberg**<br>**325 12th St**<br>**Neenah, WI 54956** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _2019-2020_ | Basis for the claim:  _Pre-Paid Tickets_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|
| | **David Strauch**<br>**2019 mason street**<br>**apt a**<br>**New Holstein, WI 53061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _2019-2020_ | Basis for the claim:  _Pre-Paid Tickets_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.95 |
|---|---|---|---|
| | **David Sullivan**<br>**2215 1st St**<br>**301**<br>**Monroe, WI 53566** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _2019-2020_ | Basis for the claim:  _Pre-Paid Tickets_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|
| | **David Talaga**<br>**201430 Dorie Ln**<br>**Mosinee, WI 54455** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _2019-2020_ | Basis for the claim:  _Pre-Paid Tickets_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,331.00 |
|---|---|---|---|
| | **DAVID URMANSKI**<br>**1008 SPRINGFIELD DR**<br>**De Pere, WI 54115** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _2019-2020_ | Basis for the claim:  _Pre-Paid Tickets_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,112.20 |
|---|---|---|---|
| | **David Wagner**<br>**5063 W Century Farm Blvd**<br>**Appleton, WI 54913** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _2019-2020_ | Basis for the claim:  _Pre-Paid Tickets_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.261 5 | | $182.69 |

**Nonpriority creditor's name and mailing address**
**David Ward**
**3563 7 th st**
**Wayland, MI 49348**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.261 6 | | $443.63 |

**Nonpriority creditor's name and mailing address**
**David Wegenke**
**W3306 County Road E**
**Berlin, WI 54923**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.261 7 | | $130.73 |

**Nonpriority creditor's name and mailing address**
**David Wilson**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.261 8 | | $1,283.63 |

**Nonpriority creditor's name and mailing address**
**David Wittig**
**947 Sundial Lane**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.261 9 | | $152.25 |

**Nonpriority creditor's name and mailing address**
**DAVID WOLTER**
**1824 20TH STREET CT**
**Monroe, WI 53566**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.262 0 | | $88.73 |

**Nonpriority creditor's name and mailing address**
**Davin Marshall**
**115 N.pioneer ave.**
**Apt 3**
**Negaunee, MI 49866**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.262 1 | | $67.19 |

**Nonpriority creditor's name and mailing address**
**Davyn Fischer**
**114 N 56th Ave**
**Wausau, WI 54401**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page  375 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 375 of 1376

| 3.262 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Dawn Allen**
**2544 TELLURIDE TRL**
**GREEN BAY, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.32 |
|---|---|---|---|

**Dawn Brown**
**125 Poplar Ct**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.50 |
|---|---|---|---|

**Dawn Dettlaff**
**1645 Beech St.**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $763.32 |
|---|---|---|---|

**Dawn Finley**
**815 Liberty Street**
**Ripon, WI 54971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.51 |
|---|---|---|---|

**Dawn Flom**
**1515 N. Division St.**
**Appleton, WI 54911**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $984.38 |
|---|---|---|---|

**Dawn Grode**
**33409 S Honey Lake Rd**
**Burlington, WI 53105**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Dawn Hendrickson**
**N6230 County Rd D**
**Algoma, WI 54201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.262 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Dawn Jenson**
806 Sunridge Court
Unit A
Waupaca, WI 54981

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |
|---|---|---|---|

**Dawn Jump**
110 S. Main St.
Lot 13
Black Creek, WI 54106

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Dawn Kopitzke**
N688 34th drive
Berlin, WI 54923

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Dawn Kuechenberg**
W5844 Church Rd
Fond Du Lac, WI 54937

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.90 |
|---|---|---|---|

**Dawn M Nicklas**
1436 Sunset Beach Rd
Suamico, WI 54173

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.82 |
|---|---|---|---|

**Dawn Marie LETT**
2425 SHERIDAN ST
Oshkosh, WI 54901

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.88 |
|---|---|---|---|

**Dawn Marie LETT**
2425 SHERIDAN ST
Oshkosh, WI 54901

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 377 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 377 of 1376

| | |
|---|---|
| 3.263<br>6 | |

**Nonpriority creditor's name and mailing address**

**Dawn McNichols**
**N2426 Greendale Rd**
**Hortonville, WI 54944**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$2,031.75**

---

| 3.263<br>7 |

**Nonpriority creditor's name and mailing address**

**Dawn Millad**
**E6715 Mountain Lake Road**
**Manawa, WI 54949**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$272.96**

---

| 3.263<br>8 |

**Nonpriority creditor's name and mailing address**

**Dawn Sandberg**
**9012 2nd Ave**
**Almond, WI 54909**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$943.90**

---

| 3.263<br>9 |

**Nonpriority creditor's name and mailing address**

**Dawn Stecker**
**544 Pinehurst Dr**
**Sheboygan Falls, WI 53085**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$788.56**

---

| 3.264<br>0 |

**Nonpriority creditor's name and mailing address**

**Dawn Waldow**
**N5553 Henry Court**
**Luxemburg, WI 54217**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$77.69**

---

| 3.264<br>1 |

**Nonpriority creditor's name and mailing address**

**Dawn Webb**
**128550 Lovers Ln**
**Edgar, WI 54426**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$288.23**

---

| 3.264<br>2 |

**Nonpriority creditor's name and mailing address**

**Dawn Wiebelhaus**
**1477 Wallace Lake Rd**
**West Bend, WI 53090**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$201.57**

---

| 3.264 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.24 |
|---|---|---|---|

**Dawn Wildenberg**
825 E Woodland Ave
Appleton, WI 54911

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Dawn Ziegler**
22 Clover Ln
Fond Du Lac, WI 54937

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Dawson Anglehart**
53 west bay shore
Marinette, WI 54143

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Dawson Bublitz**
N84W18455 Seneca Drive
Menomonee Falls, WI 53051

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.32 |
|---|---|---|---|

**Dawson Steckbauer**
3310 Reber Dr
Wisconsin Rapids, WI 54494

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Daymion Pier**
1408 North 7th Street
Sheboygan, WI 53081

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**dayna hartwig**
539 Washington st
Mishicot, WI 54228

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Daytana Roloff**
120 1/2 W 5th Street
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.90 |
|---|---|---|---|

**Dayton Jenison Sr.**
123 8th St. SE
Waverly, IA 50677

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Daytona Thelke**
520 N Main St
Lake Mills, WI 53551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.07 |
|---|---|---|---|

**Dcn Donald Schultz**
357 Cleveland St
Menasha, WI 54952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,467.65 |
|---|---|---|---|

**Dean Berg**
275 E cotton Street
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**DEAN HJELDEN**
N5399 DENEVEU LN
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $621.08 |
|---|---|---|---|

**Dean Kaczmarek**
134 n Washington street
Berlin, WI 54923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $960.75 |
|---|---|---|---|

**Dean Ludkey**
w4158 acorn ct
PO BOX 351
Pine River, WI 54965

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.265 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434.18 |
|---|---|---|---|

**dean meyer**
5526 Wittock Lane
Oconto, WI 54153

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.265 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.00 |
|---|---|---|---|

**Dean Payne**
1833 Martin Avenue
Sheboygan, WI 53083

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.266 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**DEAN TACKMIER**
1553 Cormier Rd
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.266 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Deana Warner**
151 Broadway
North Fond du lac, WI 55937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.266 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $642.57 |
|---|---|---|---|

**Deann Brown**
3168 Buttercup Rd
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.266 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.75 |
|---|---|---|---|

**Deanna Berglund**
602 Watson
#3
Ripon, WI 54971

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.266 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,079.38 |

**Deanna Johnson**
N3694 Nichols Rd
Waupaca, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $916.63 |

**Deanna Lauersdorf**
514 College Ave
Watertown, WI 53094

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.25 |

**Deanna Lindow**
1027 Kensington Ave.
Plymouth, WI 53073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Deanna Luttenberger**
W6836 Blue Heron Blvd
Apt 10
Fond Du Lac, WI 54937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Deanna Perras**
644 Hunters Point Road
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |

**Deanna Singstock**
1732 Maricopa Drive
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Deanna Singstock**
1732 Maricopa Drive
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.13 |
|---|---|---|---|

**Deanna Tachick**
**10923 Hwy 32**
**Suring, WI 54174**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,294.93 |
|---|---|---|---|

**DeAnna Vanesky**
**W5849 Sweet Pea Dr**
**Appleton, WI 54915**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Deanna Webb**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Deb Adams**
**2720 Muller Road**
**Sun Prairie, WI 53590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Deb Bartz**
**610 Victoria Avenue**
**Yorkville, IL 60560**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Deb Campion**
**N789 County Road O**
**Markesan, WI 53946**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Deb Sager**
**W8587 Spring Road**
**Hortonville, WI 54944**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Deb Zinda**
3416 Soo Marie Ave
Stevens Point, WI 54481

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.267 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Debbe Lemminger**
5650 Peters Drive
West Bend, WI 53095

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.73 |
|---|---|---|---|

**Debbi Luedeman**
1186 Elmore St
Green Bay, WI 54303

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.268 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.07 |
|---|---|---|---|

**DEBBIE DONALDSON**
P.O. Box 737
Moose Lake, MN 55767

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Debbie Frederick**
N9143 N Kernan Ave
Appleton, WI 54915

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Debbie Jensen**
E5023 Railroad Grade Rd
Weyauwega, WI 54983

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,569.88 |
|---|---|---|---|

**Debbie Nerat**
W4598 8.5 Rd
Menominee, MI 49858

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.268 5 | |

**Nonpriority creditor's name and mailing address**
**Debbie Reimer**
**W2354 County Rd. S**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,322.96**

---

| | |
|---|---|
| 3.268 6 | |

**Nonpriority creditor's name and mailing address**
**Debi Derda**
**211 High Ridge Valley Ct**
**Foley, MO 63347**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$803.25**

---

| | |
|---|---|
| 3.268 7 | |

**Nonpriority creditor's name and mailing address**
**DEBORA SCHREIBER**
**217 E LINCOLN AVE**
**Oshkosh, WI 54901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$871.50**

---

| | |
|---|---|
| 3.268 8 | |

**Nonpriority creditor's name and mailing address**
**Deborah Butzlaff**
**4463 BADGER RD**
**Kewaskum, WI 53040**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$272.96**

---

| | |
|---|---|
| 3.268 9 | |

**Nonpriority creditor's name and mailing address**
**Deborah Esparza**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$130.73**

---

| | |
|---|---|
| 3.269 0 | |

**Nonpriority creditor's name and mailing address**
**Deborah Pomering**
**11753 Graystone Cir**
**Roscoe, IL 61073**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$614.25**

---

| | |
|---|---|
| 3.269 1 | |

**Nonpriority creditor's name and mailing address**
**Deborah Rabideau**
**418 Heyrman St**
**Green Bay, WI 54302**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| 3.269 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $417.38 |

**DEBORAH SABEL**
627 W DIVISION ST
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |

**Debra Felde**
2809 S. 8th St.
Sheboygan, WI 53081

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.83 |

**Debra Maas**
93761 Scenic Drive
Neosho, WI 53059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.83 |

**debra mayer**
141 black forest drive
Plover, WI 54467

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,044.75 |

**Debra Meier**
668 Court Street
Chilton, WI 53014

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $797.88 |

**Debra Michel**
E7595 BETH RD
Reedsburg, WI 53959

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |

**Debra Plachinski**
W4717 Nature Ct
Sherwood, WI 54169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh     Doc 5     Filed 11/10/20     Page 386 of 1376

| 3.2699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Debra Sabel**
N3768 Mill Pond Road
Oakfield, WI 53065

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.56 |
|---|---|---|---|

**Deciderio Nunez**
1236 Ray Place
Saint Paul, MN 55108

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**DeeAnna Clark**
6863 Dennis Path
West Bend, WI 53090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Deena Anderson**
833 Golden Eagle Ct
Pulaski, WI 54162

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Deidra Hartman**
N3139 Hwy S
Cascade, WI 53011

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Deidra Hilton**
1030 Jacobsen Road
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |
|---|---|---|---|

**Delaney Cullinane**
S64W25450 Meyers Drive
Waukesha, WI 53189

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Delaney Schanhofer**
**N1307 Greenwood Rd**
**Greenville, WI 54942**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Delaney Welson**
**W6720 Windward Dr**
**Greenville, WI 54942**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Dena Davis**
**N9049 Harwood Road**
**Menasha, WI 54952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Denese Mace**
**2030 Wintergreen Court**
**Plover, WI 54467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Deni Engel**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,461.88 |
|---|---|---|---|

**Denice Johnson**
**1205 SE JUDY DR**
**ANKENY, IA 50021**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $592.19 |
|---|---|---|---|

**Denice Last**
**2746 Clover Street**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
| **Denice Phillips** | ☐ Contingent | |
| **3404 George ct** | ☑ Unliquidated | |
| **West Bend, WI 53095** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.271 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
| **Denise Bangart** | ☐ Contingent | |
| **W2070 Schneider Rd** | ☑ Unliquidated | |
| **Hilbert, WI 54129** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.271 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,354.50 |
| **DENISE BUCHBERGER** | ☐ Contingent | |
| **23 7TH ST** | ☐ Unliquidated | |
| **Clintonville, WI 54929** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.271 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $907.14 |
| **Denise Buss** | ☐ Contingent | |
| **728 State Road57 Lot67** | ☐ Unliquidated | |
| **Plymouth, WI 53073** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.271 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
| **Denise Kinkde** | ☐ Contingent | |
| **2400 Fairlawn Dr.** | ☑ Unliquidated | |
| **West Des Moines, IA 50265** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.271 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $268.76 |
| **Denise Lornson** | ☐ Contingent | |
| **1071 Sterling Heights Drive** | ☑ Unliquidated | |
| **Menasha, WI 54952** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.271 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,089.38 |
| **Denise Petit** | ☐ Contingent | |
| **W5947 Geranium Drive** | ☑ Unliquidated | |
| **Appleton, WI 54915** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.272 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dennis Babler**
**15 Sunny Hill Ave.**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,606.50

---

**Nonpriority creditor's name and mailing address**

**Dennis Baldry**
**1016 W 10TH AVE**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$215.25

---

**Nonpriority creditor's name and mailing address**

**DENNIS BERGSBAKEN**
**641 Elm St**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,015.88

---

**Nonpriority creditor's name and mailing address**

**Dennis Brown**
**79 S Royal Ave**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

**Nonpriority creditor's name and mailing address**

**Dennis Cole**
**4106 Hammersmith**
**Clermont, FL 34711**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$480.84

---

**Nonpriority creditor's name and mailing address**

**Dennis Crowell**
**1059 ELMORE ST**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$803.25

---

**Nonpriority creditor's name and mailing address**

**DENNIS DAHM**
**514 MORSE ST**
**Waupun, WI 53963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$677.25

---

Case 20-27367-gmh　　Doc 5　　Filed 11/10/20　　Page 390 of 1376

| | | |
|---|---|---|
| **3.272 7** | | |

**Nonpriority creditor's name and mailing address**

**Dennis Dodge**
**1213 Berkshire Circle**
**Venice, FL 34292**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$197.38

---

| | | |
|---|---|---|
| **3.272 8** | | |

**Nonpriority creditor's name and mailing address**

**Dennis Johnson**
**W5504 Apple Ave**
**Medford, WI 54451**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$177.45

---

| | | |
|---|---|---|
| **3.272 9** | | |

**Nonpriority creditor's name and mailing address**

**Dennis Jones**
**374 South St.**
**Poynette, WI 53955**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$194.25

---

| | | |
|---|---|---|
| **3.273 0** | | |

**Nonpriority creditor's name and mailing address**

**Dennis L Miller**
**1700 30th Ave**
**3**
**Monroe, WI 53566**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$1,063.65

---

| | | |
|---|---|---|
| **3.273 1** | | |

**Nonpriority creditor's name and mailing address**

**Dennis Nasci**
**3222 E Stonefield Dr**
**Oak Creek, WI 53154**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$1,307.25

---

| | | |
|---|---|---|
| **3.273 2** | | |

**Nonpriority creditor's name and mailing address**

**Dennis Penasa**
**1816 E Pauline Street**
**Appleton, WI 54911**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$807.45

---

| | | |
|---|---|---|
| **3.273 3** | | |

**Nonpriority creditor's name and mailing address**

**Derek Allen**
**1054 Tyler Ave**
**Oshkosh, WI 54902**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page **391** of **1376**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 391 of 1376

| 3.273 4 | Nonpriority creditor's name and mailing address | | $288.23 |

**Derek Cruz**
3426 Stanley St
Stevens Point, WI 54481

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 5 | Nonpriority creditor's name and mailing address | | $288.23 |

**Derek Dachelet**
17315 Liberty Road
Belmont, WI 53510

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 6 | Nonpriority creditor's name and mailing address | | $392.65 |

**Derek Dechant**
w1784 county rd AW
Randolph, WI 53956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.273 7 | Nonpriority creditor's name and mailing address | | $500.85 |

**Derek Esterline**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 8 | Nonpriority creditor's name and mailing address | | $274.05 |

**Derek Hintz**
W2396 county rd ee
Seymour, WI 54165

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 9 | Nonpriority creditor's name and mailing address | | $479.85 |

**Derek Jennings**
5835 hinsdale lane
Fort Wayne, IN 46835

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 0 | Nonpriority creditor's name and mailing address | | $429.45 |

**Derek Kornfehl**
N1714 Hotsprings Ct
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.53 |
| --- | --- | --- |
| **Derek Liebhauser** | ☐ Contingent | |
| **2065 American Dr** | ■ Unliquidated | |
| **Neenah, WI 54956** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.274**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,941.98 |
| --- | --- | --- |
| **Derek Liebhauser** | ☐ Contingent | |
| **2065 American Dr** | ■ Unliquidated | |
| **Neenah, WI 54956** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.274**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $541.72 |
| --- | --- | --- |
| **Derek Meidl** | ☐ Contingent | |
| **1450 Kellner St.** | ■ Unliquidated | |
| **Manitowoc, WI 54220** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.274**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.38 |
| --- | --- | --- |
| **Derek Michals** | ☐ Contingent | |
| **124 n 10th st** | ■ Unliquidated | |
| **Oostburg, WI 53070** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.274**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $531.83 |
| --- | --- | --- |
| **Derek Michals** | ☐ Contingent | |
| **124 n 10th st** | ■ Unliquidated | |
| **Oostburg, WI 53070** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.274**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
| --- | --- | --- |
| **Derek Oliver** | ☐ Contingent | |
| **2008 Airline Dr** | ■ Unliquidated | |
| **Ste 300 #216** | ☐ Disputed | |
| **Bossier City, LA 71111** | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.274**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| --- | --- | --- |
| **Derek Orlikowski** | ☐ Contingent | |
| **7188 state hwy 66** | ■ Unliquidated | |
| **Custer, WI 54423** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.274 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.38 |
|---|---|---|---|

**Derek Runge**
**618 mckinley st**
**Neenah, WI 54956**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Derek Tomso**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Derek Wieting**
**S79 W20486 Tyler Dr.**
**Muskego, WI 53150**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Derrick Bourg**
**9227 Earls ct**
**Tinley Park, IL 60487**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Derrick Latender**
**300 prosser pl**
**69**
**Antigo, WI 54409**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Derrick Watkins**
**262 e dekora st**
**Saukville, WI 53080**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.40 |
|---|---|---|---|

**Desiree Bender**
**8527 barrish rd**
**Eagle River, WI 54521**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,707.83 |
|---|---|---|---|

**Desiree Edge**
920 Coolidge St
Fennimore, WI 53809

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.38 |
|---|---|---|---|

**Desiree Kovatch**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Destiny Boss**
2114 Georgia Ave
Sheboygan, WI 53081

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Destiny Castro**
7208 van Buren st
Merrillville, IN 46410

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Destiny Greenslate**
570 Phantom Woods Rd
Apt 7
Mukwonago, WI 53149

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.38 |
|---|---|---|---|

**Destiny Lewis**
1625 elmwood avenue
101
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Destiny Montes**
204 Frances st
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 395 of 1376

| 3.276 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $603.70 |
|---|---|---|---|

**Devan Rauth**
615 lake street
Delafield, WI 53018

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Devayn Young**
N1104 county rd e
Waupaca, WI 54981

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Devin Barton**
2912 W Howard Ave.
2
Milwaukee, WI 53221

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.63 |
|---|---|---|---|

**Devin Burdge**
838 W Main St
Hortonville, WI 54944

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.69 |
|---|---|---|---|

**Devin DeSmith**
W4049 County Road W
Sheboygan Falls, WI 53085

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.18 |
|---|---|---|---|

**Devin Houle**
N10751 HWY 17
Gleason, WI 54435

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Devin Killam**
N4186 state road 49
Brandon, WI 53919

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

| 3.2769 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $4,221.40 |
| **Devin Sellnow**<br>**557 Grove St**<br>**Mayville, WI 53050** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2770 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $864.68 |
| **Devin Stelow**<br>**648 Warsaw Street**<br>**Menasha, WI 54952** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2771 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $500.85 |
| **Devin Yocum**<br>**4370 Sequoia Drive**<br>**Windsor, WI 53598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2772 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $479.85 |
| **Devon Englebretson**<br>**N3197 Trails End Ct**<br>**Hortonville, WI 54944** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2773 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $119.69 |
| **Devon Larson**<br>**226 Columbus st**<br>**Apt C**<br>**Lodi, WI 53555** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2774 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $194.25 |
| **Devon Oslund**<br>**125 Tutas St**<br>**Niagara, WI 54151** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2775 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $119.69 |
| **Devyn Flores**<br>**60 kope ave**<br>**Oshkosh, WI 54901** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.277 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.88 |
|---|---|---|---|

**Dewey Thibodeau**
1303 s jefferson st
Appleton, WI 54915

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Diana DeHarde**
W250N9299 Clearview Dr.
Sussex, WI 53089

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $791.18 |
|---|---|---|---|

**Diana Johnson**
243 Ba wood lane
1
Janesville, WI 53545

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Diana Klapperich**
W13411 Berg Rd
Brandon, WI 53919

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Diana Lutzke**
1342 Dousman St
Green Bay, WI 54304

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.45 |
|---|---|---|---|

**Diana Muehlbauer**
N7511 Deer Path Rd
Fond Du Lac, WI 54937

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Diana Searby**
123 W Maple
Stockton, IL 61085

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Diane Behling**
s105w30933 Phantom View Drive
Mukwonago, WI 53149

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Diane Bressem**
145 Cedar Way
5
Laguna Beach, CA 92651

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,008.13 |
|---|---|---|---|

**Diane Brinkmann**
3640 cedar creek ct
Jackson, WI 53037

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Diane Cantillano**
1717 Oriole St.
New London, WI 54961

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.58 |
|---|---|---|---|

**Diane Deane**
4604 Dale Rd
Mc Farland, WI 53558

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,256.44 |
|---|---|---|---|

**DIANE DEMEUSE**
4725 CTY RD B
Pulaski, WI 54162

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Diane Dombrowski**
7728 Brown Cty Line Road
Pulaski, WI 54162

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3.279 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $616.88 |
|---|---|---|---|

**DIANE GRESS**
**N349 POLAR RD**
**Bryant, WI 54418**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**Diane Knoske**
**1944 Elm Tree Dr.**
**Kewaskum, WI 53040**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Diane Krueger**
**216 Perry Ave**
**Marion, WI 54950**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Diane Miller**
**3835 Summerset Way**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.88 |
|---|---|---|---|

**Diane Minor**
**446 Glen View Lane**
**Slinger, WI 53086**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Diane Schneider**
**323 W 11th Ave**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.50 |
|---|---|---|---|

**Diane Stormoen**
**115 West Benson Street**
**Glenbeulah, WI 53023**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Diane Van Deurzen**
**N4384 B K Line Road**
**Luxemburg, WI 54217**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.50 |
|---|---|---|---|

**Diane Warning**
**W3121 Bighorn Lane**
**Pine River, WI 54965**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Diane Weiler**
**4954 Oriole Road**
**Junction City, WI 54443**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,032.68 |
|---|---|---|---|

**Dianna Anderson**
**823 N 5th Ave**
**Iron River, MI 49935**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Dianna Krohn**
**5840 River Road**
**Eagle River, WI 54521**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Dianna Marks**
**2815 WESTERN AVE**
**Jackson, WI 53037**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Dianne Austin**
**11978 Baneberry Dr**
**APT 1E**
**Roscoe, IL 61073**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Dianne Gustin**
N662 22nd Ave.
Neshkoro, WI 54960

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.78 |
|---|---|---|---|

**DIANNE HIGBEE**
557 E Watts Springs
Edgerton, WI 53534

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Dick Coohon**
P.O. Box 362
Jenison, MI 49429

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,067.39 |
|---|---|---|---|

**Dierdre Valentine**
233 Dentaria Dr
Cottage Grove, WI 53527

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.90 |
|---|---|---|---|

**dillion crier**
154 Nancy lane
Pulaski, WI 54162

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Dillon Bollinger**
312  11th st ne
Apt 16
Watertown, SD 57201

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Dillon Davis**
6503 Orchard Dr
West Des Moines, IA 50266

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Dillon Heise**
8576 Cty Rd K
Omro, WI 54963

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 2 | Nonpriority creditor's name and mailing address | | $97.13 |
|---|---|---|---|

**Dillon Kunz**
643 mount vernon street
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 3 | Nonpriority creditor's name and mailing address | | $130.73 |
|---|---|---|---|

**Dillon McNamara**
2802 south 10th Street
Sheboygan, WI 53081

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 4 | Nonpriority creditor's name and mailing address | | $1,041.08 |
|---|---|---|---|

**Dillon Neuber**
1609 Roosevelt Street
Little Chute, WI 74140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 5 | Nonpriority creditor's name and mailing address | | $287.69 |
|---|---|---|---|

**Dillon Sandahl**
128 Savona Drive Jupiter FL
Jupiter, FL 33458

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 6 | Nonpriority creditor's name and mailing address | | $261.45 |
|---|---|---|---|

**Dominic D'acquisto**
4523 42nd st
Kenosha, WI 53144

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 7 | Nonpriority creditor's name and mailing address | | $1,228.45 |
|---|---|---|---|

**Dominic Knobloch**
528 1st street
Menasha, WI 54952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Dominic Timmerman**
11912 State Route 127
Carlyle, IL 62231

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Dominique Hardy**
W4635 Glenn St
Appleton, WI 54913

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Don Bies**
1338 Nature Trail Dr
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,119.95 |
|---|---|---|---|

**Don Carlson**
314 w Wisconsin ave
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Don Czerwinski**
N4934 County Road WS
Iron Ridge, WI 53035

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,843.38 |
|---|---|---|---|

**DON HOLTGER**
6668 CHEYENNE WAY
Abrams, WI 54101

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.25 |
|---|---|---|---|

**Don Mohn**
47 S Kayser St
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |
|---|---|---|---|

**Don Silloway**
2040 Lincoln Ave
Stevens Point, WI 54481

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $598.50 |
|---|---|---|---|

**Donald Burkes**
1409 29th st south
La Crosse, WI 54601

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Donald Neumann Jr**
N65W24187 Elm Ave
Sussex, WI 53089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Donald Schaub**
104 8th ave ne
Kasson, MN 55944

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,029.13 |
|---|---|---|---|

**Donald Schunk**
129 N GREEN BAY RD
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Donald Totman**
110 Alpine circle
Greeneville, TN 37745

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**Donald Warzynski**
8600 Oak Hill Road
Omro, WI 54963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,491.00 |
|---|---|---|---|

**Donald Wolff**
**3260 Casey Trail**
**Oshkosh, WI 54904**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $774.38 |
|---|---|---|---|

**DONALD ZWIEFELHOFER**
**10527 DAISY HILL LN**
**Dubuque, IA 52001**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Donavon Bostwick**
**1040 maple ave**
**Waupun, WI 53963**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Donna Alcott**
**8323 Wades Way**
**Jessup, MD 20794**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.45 |
|---|---|---|---|

**Donna Bidwell**
**7225 Angell Rd**
**Oshkosh, WI 54904**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Donna Bracking**
**425 Dovercourt Road**
**Sault Ste. Marie ON P6C 2A8**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.25 |
|---|---|---|---|

**DONNA GERKEN**
**1000 PLANK RD #6**
**Menasha, WI 54952**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Donna Heil**
948 Bond St
Green Bay, WI 54303

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**DONNA KRINGS**
W663 BROOKLYN J RD
RIPON, WI 54971

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Donna Strook**
560 Fenton Street
Apt 7
Ripon, WI 54971

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.68 |
|---|---|---|---|

**Donna Waupoose**
P.O. Box 62
Keshena, WI 54135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**DONNA WEYENBERG**
N1841 N BUCHANAN RD
Kaukauna, WI 54130

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.48 |
|---|---|---|---|

**Donny Gross**
2113 Main Ave
Kaukauna, WI 54130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Donovan Stindt**
1028 S. Westfield Street
Oshkosh, WI 54902

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.95 |
|---|---|---|---|

**Doree Heyrman**
2627 Pine Grove Road
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.284 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Doreen Bernoer**
801S Weimar St
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.284 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Doreen Mccoy**
3129 Honey Creek Ct
Oshkosh, WI 54904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.284 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.19 |
|---|---|---|---|

**Doreena Patrick**
208 Mallard Drive
North Wales, PA 19454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.285 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.96 |
|---|---|---|---|

**Doris Culver**
501 E. Glendale Ave
Appleton, WI 54911

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.285 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $707.65 |
|---|---|---|---|

**Dorothy Jane Vannieuwenhoven**
PO Box 55
Lakewood, WI 54138

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.285 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Doug Atkins**
430 Smith Crescent
Saskatoon  SK  S7M 5A1

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.285 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $700.88 |
| **Doug Barrett**<br>**4260 Powers Lane**<br>**Oconto Falls, WI 54154** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
| **DOUG BURMEISTER**<br>**N110W16534 KINGS WAY**<br>**Germantown, WI 53022** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
| **Doug Kinney**<br>**3645 Creamery Rd**<br>**Nashport, OH 43830** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $281.38 |
| **Doug Lane**<br>**1052 Fish Ave.**<br>**Grand Marsh, WI 53936** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
| **Doug Lane**<br>**1052 Fish Ave.**<br>**Grand Marsh, WI 53936** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,245.30 |
| **doug steiner**<br>**1000 w washington st**<br>**West Bend, WI 53095** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $728.18 |
| **Doug Timmens II**<br>**3158 ridgeway avenue**<br>**109**<br>**Madison, WI 53704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.286 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Doug Wagner**
926 WEST PACKARD ST
Appleton, WI 54914

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.286 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,532.96 |
|---|---|---|---|

**Doug Walters**
523 Wisconsin St
Waupaca, WI 54981

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.286 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Doug Walters**
W5364 Lost Arrow Rd
Fond Du Lac, WI 54937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.286 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.25 |
|---|---|---|---|

**Douglas - Erin Dommer - Walbrun**
P O Box 71
Saxeville, WI 54976

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.286 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.88 |
|---|---|---|---|

**Douglas - Erin Dommer - Walbrun**
P O Box 71
Saxeville, WI 54976

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.286 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Douglas Harder**
n1249 technical drive
11
Greenville, WI 54942

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.286 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Douglas Schmidt**
8226 Brickstone Dr.
Frankfort, IL 60423

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 410 of 1376

| 3.286 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Douglas Schuenemann Jr**
202 Howard St
Waupun, WI 53963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.38 |
|---|---|---|---|

**douglas swedal**
N8456 county road cp
Beaver Dam, WI 53916

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Douglas Weninger**
601 E Irving Ave
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Draven Knaus**
534 Collette Avenue
Green Bay, WI 54304

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Drayk Stahl**
117 2Nd St
Bettendorf, IA 52722

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Drew Ashley**
2651 Edgewood Ln
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621.08 |
|---|---|---|---|

**Drew Cameron**
485 Parkside dr
105
Waterloo ON N2L 4X6

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.57 |
|---|---|---|---|

**Drew Diedrick**
4314 Rosin Rd
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.94 |
|---|---|---|---|

**Drew Dodge**
5207 Nimitz Dr
Wonder Lake, IL 60097

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Drew Hohmann**
N6620STATEHIGHWAY25
Durand, WI 54736

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Drew Jansen**
2200 Walton ct
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Drew Konkol**
8825 Ravenswood Cir.
Milwaukee, WI 53226

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Drew Lester**
24118 blue heron drive
Brillion, WI 54110

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $548.63 |
|---|---|---|---|

**Drew Lichtensteiger**
5444 Meadow View Ct
Slinger, WI 53086

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Drew Olson**
3977 e high st
Oak Creek, WI 53154

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.25 |
|---|---|---|---|

**Drew Rodgers**
359 N Westhaven Dr
Apt 204
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**DREW SIMERL**
3473 Greenacres Ter
The Villages, FL 32163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Drew Theilen**
211 south 5th street
5
Ames, IA 50010

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Drew Wilson**
4528 Golf Drive
Apt. 1
Windsor, WI 53598

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $959.18 |
|---|---|---|---|

**Drue Salisbury**
N2554 S Townline RD
Wautoma, WI 54982

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,877.00 |
|---|---|---|---|

**Duane Hannan**
711 Crowley Rd
Arlington, TX 76012

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Duane Lahti**
**1709 Plato Street**
**Wausau, WI 54403**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $723.98 |
|---|---|---|---|

**duke omarro**
**5010 s pine rd**
**Rhinelander, WI 54501**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $856.80 |
|---|---|---|---|

**Dustee Howarth**
**1922 lewis street**
**Marinette, WI 54143**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Dustin Ammann**
**1300 17th St NE**
**Watertown, SD 57201**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Dustin Barrett**
**1581A Lake Ave**
**South Sioux City, NE 68776**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Dustin Brunette**
**1600 W Glendale Ave**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Dustin Christian**
**570 EMMA ST**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.23 |

**Dustin Cota**
202 3rd st
Oconto, WI 54153

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.23 |

**Dustin Gibson**
726 Bert Moorhead Road
Canon, GA 30520

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $747.88 |

**Dustin Juntunen**
519 N 1st St
Lowr
Ishpeming, MI 49849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |

**Dustin Kroeplin**
929 s 5th ave
Wausau, WI 54401

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.07 |

**Dustin Laurent**
1065 Roland ln
7
Green Bay, WI 54303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $858.90 |

**Dustin Reilly**
830 Betty Ave
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $403.73 |

**Dustin Rodgers**
2616 N Frederick Ave
227
Milwaukee, WI 53211

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Dustin Roe**
105 Aztalan st
29
Johnson Creek, WI 53038

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Dustin Smith**
1345 Mccormick St
Green Bay, WI 54301

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Dustin Yokiel**
3515 N. 10th St.
521
Sheboygan, WI 53083

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Dustin Young**
N2537 county  road gg
Brodhead, WI 53520

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Dustyn Binford**
1820 Nancy Ave
Green Bay, WI 54303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Dylan Abts**
9115 Greenstreet Road
Whitelaw, WI 54247

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Dylan Anderson**
714 Montana Ave
Gladstone, MI 49837

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Dylan Anhalt**
N3165 County G
Chilton, WI 53014

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408.45 |
|---|---|---|---|

**Dylan Barribeau**
N2669 county rd b
Kewaunee, WI 54216

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.83 |
|---|---|---|---|

**Dylan Breit**
643 W Calumet St
Hilbert, WI 54129

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Dylan Brown**
4806 Ridge Point Circle
Schofield, WI 54476

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Dylan Brynien**
103 chestnut Street
Syracuse, NY 13212

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Dylan Bune**
W207 N 4th st
Spring Valley, WI 54767

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $548.07 |
|---|---|---|---|

**Dylan Demille**
S528 Section Street
Stephenson, MI 49887

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 6 | Nonpriority creditor's name and mailing address | | $130.73 |

**3.291 6**

Nonpriority creditor's name and mailing address

**Dylan Falk**
**527 W Plymouth St**
**Jefferson, WI 53549**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

**3.291 7**

Nonpriority creditor's name and mailing address

**Dylan Fleury**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$88.73

---

**3.291 8**

Nonpriority creditor's name and mailing address

**Dylan Frohn**
**322 10th st nw**
**Faribault, MN 55021**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$585.38

---

**3.291 9**

Nonpriority creditor's name and mailing address

**Dylan Herbst**
**9203 County Rd. B**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

**3.292 0**

Nonpriority creditor's name and mailing address

**Dylan Hielke**
**1283 Williams road**
**Pickett, WI 54964**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$303.45

---

**3.292 1**

Nonpriority creditor's name and mailing address

**Dylan Krause**
**n6137drdrive**
**Manawa, WI 54949**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$479.85

---

**3.292 2**

Nonpriority creditor's name and mailing address

**Dylan Krivoshein**
**323 west main street**
**unit a**
**Whitewater, WI 53190**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$151.73

---

| 3.292 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Dylan Maechtle**
**1139 Edgewood Rd**
**Kewaskum, WI 53040**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Dylan Meyer**
**251 S Main St**
**Dousman, WI 53118**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Dylan Natrop**
**1001 W Dayton st**
**3A**
**Madison, WI 53715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Dylan Natrop**
**1001 W Dayton st**
**3A**
**Madison, WI 53715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Dylan Richardt**
**N7261 county Rd d**
**Neshkoro, WI 54960**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**Dylan Riedy**
**360 South Peck Avenue**
**Peshtigo, WI 54157**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Dylan Roesken**
**2932 W Roselawn Dr**
**Appleton, WI 54914**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 419 of 1376

| 3.293 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,211.18 |
|---|---|---|---|

**Dylan Rusch**
2503 Riverhills Road
Two Rivers, WI 54241

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Dylan Schnese**
747 Manitowoc St
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $516.57 |
|---|---|---|---|

**Dylan Szews**
436 8th st
Menasha, WI 54952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.293 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Dylan Thompson**
504 E Burdick St
Apt 5
Black Creek, WI 54106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Dylan Trauth**
4320 N Lightning dr
6
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,031.76 |
|---|---|---|---|

**EACH INC**
3345 BREEZEWOOD LN
Red Hoffius
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Eashaan Vajpeyi**
3831 Convair Lane
Cedar Falls, IA 50613

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |
|---|---|---|---|

**Easton Meyer**
3885 30th Ave S
300
Fargo, ND 58104

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,354.50 |
|---|---|---|---|

**ED & LISA SCHMIDT**
13822 BONITA LN
Suring, WI 54174

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.23 |
|---|---|---|---|

**Ed Cops**
1420 Washington St. #58
Little Chute, WI 54140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.08 |
|---|---|---|---|

**Ed N Donna Hietpas**
813 PARK AVE
Little Chute, WI 54140

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Ed Weinmann**
N2140 OLD HIGHWAY 22
WAUPACA, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Eddie Levinson**
407 Westlawn Ave.
Elkhorn, WI 53121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Edison Flottemesch**
1377 Fox Burrow Ct
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,459.63 |
|---|---|---|---|

**Edmund Hatch**
117 S OAK ST
North Platte, NE 69101

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,594.03 |
|---|---|---|---|

**Eduardo Contreras**
3706 W 57th St
Chicago, IL 60629

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Edwin Ramirez**
5734 Sable Drive
Indianapolis, IN 46221

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Ehrik Muehlenbruch**
N710Highway 113
Lodi, WI 53555

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,015.88 |
|---|---|---|---|

**ELAINE FRANTZ**
PO BOX 255
Mchenry, IL 60051

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.50 |
|---|---|---|---|

**Elaine Kaske**
7930 Kellogg Rd
Winneconne, WI 54986

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $582.75 |
|---|---|---|---|

**Elaine Kaske**
7930 Kellogg Rd
Winneconne, WI 54986

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Eleazar Bermea**
1782 spring ct
C
Milliken, CO 80543

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.295 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Eleesa Steiner**
257 Grand Court
Apt B105
Fond Du Lac, WI 54935

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.295 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Eli Cisneroz**
509 Edward drive
Green Bay, WI 54302

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.295 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Eli Schipper**
W4502 Dogwood Ln
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.295 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Elias-john Kies**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.295 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Elicia Grace**
5302 Odana Rd
Apt 102
Madison, WI 53711

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.295 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Elijah Morgan**
47815 McClellan St
Houghton, MI 49931

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2958 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
| **Elijah O laughlin** | ☐ Contingent | |
| N6505 hickory road | ■ Unliquidated | |
| Saint Cloud, WI 53079 | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2959 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $491.34 |
| **Elijah Valero** | ☐ Contingent | |
| 4561 south 48th street | ■ Unliquidated | |
| Milwaukee, WI 53220 | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2960 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $547.58 |
| **Elisabeth Carter** | ☐ Contingent | |
| 57 Bay St | ☐ Unliquidated | |
| Oshkosh, WI 54901 | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2961 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| **Elise Wierzbicki** | ☐ Contingent | |
| 3335 Dekalb Lane | ☐ Unliquidated | |
| Neenah, WI 54956 | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2962 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $220.50 |
| **Elisha Laird** | ☐ Contingent | |
| No Address - purchased tickets via PayPa | ■ Unliquidated | |
| Date(s) debt was incurred **2019-2020** | ☐ Disputed | |
| Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2963 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,189.55 |
| **Elissa Weger** | ☐ Contingent | |
| 406 Harvey Drive | ■ Unliquidated | |
| Plymouth, WI 53073 | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2964 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| **Elizabeth Altmann** | ☐ Contingent | |
| 1185 Christopher Dr | ☐ Unliquidated | |
| #1 | ☐ Disputed | |
| Neenah, WI 54956 | Basis for the claim: **Pre-Paid Tickets** | |
| Date(s) debt was incurred **2019-2020** | Is the claim subject to offset? ■ No ☐ Yes | |
| Last 4 digits of account number __ | | |

| 3.296 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|
| | **Elizabeth Atkins** | ☐ Contingent | |
| | **4727 W 128th Pl** | ■ Unliquidated | |
| | **Alsip, IL 60803** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $722.38 |
|---|---|---|---|
| | **Elizabeth Buchholtz** | ☐ Contingent | |
| | **W1871 Apache Avenue** | ■ Unliquidated | |
| | **Fremont, WI 54940** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|
| | **Elizabeth Burns** | ☐ Contingent | |
| | **W9070 Marianne Way** | ☐ Unliquidated | |
| | **Hortonville, WI 54944** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|
| | **Elizabeth Diaz** | ☐ Contingent | |
| | **183 Ledgeview Ave** | ☐ Unliquidated | |
| | **Fond Du Lac, WI 54935** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|
| | **Elizabeth Eichmann** | ☐ Contingent | |
| | **636 Clemans Ct** | ■ Unliquidated | |
| | **Omro, WI 54963** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $700.88 |
|---|---|---|---|
| | **Elizabeth Elmore** | ☐ Contingent | |
| | **4119 Menasha Ave** | ■ Unliquidated | |
| | **Manitowoc, WI 54220** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $348.57 |
|---|---|---|---|
| | **Elizabeth Elsey** | ☐ Contingent | |
| | **2589 cedarmill drive** | ☐ Unliquidated | |
| | **Franklin, IN 46131** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Elizabeth Engstrom**
7990 Broadway Road
Omro, WI 54963

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**ELIZABETH GABRIELSE**
1310 ALABAMA AVE
Sheboygan, WI 53081

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Elizabeth Gracia**
1700 east Tracia Lane
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.46 |
|---|---|---|---|

**Elizabeth Halverson**
713 CHEROKEE PATH
Lake Mills, WI 53551

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

**Elizabeth Hietpas**
426 Fulton st
Seymour, WI 54165

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Elizabeth Jahnke**
W1249 Scott Hill Road
Ripon, WI 54971

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.34 |
|---|---|---|---|

**Elizabeth Kahler**
N7223 pulcifer road
Cecil, WI 54111

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |

**Elizabeth Lee Lawless**
W6074 Strawflower Dr.
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.38 |

**Elizabeth Lynch**
4410 Island View Dr
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $652.58 |

**Elizabeth Malovey**
1953 Georgia St
Oshkosh, WI 54902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Elizabeth Obrien**
W186 Kings Way
Sherwood, WI 54169

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Elizabeth Osborne**
8101 Golden Meadow Blvd
Waterford, WI 53185

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.38 |

**Elizabeth Raddatz**
1639 Thornton Drive
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |

**Elizabeth Radtke**
N2871 County Road G
Marion, WI 54950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2986**

Nonpriority creditor's name and mailing address

**Elizabeth Ramsey**
**1427 Labus Drive**
**Bangor, WI 54614**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$371.65**

**3.2987**

Nonpriority creditor's name and mailing address

**elizabeth robb**
**655 pebblestone circle**
**Oneida, WI 54155**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$350.70**

**3.2988**

Nonpriority creditor's name and mailing address

**elizabeth Ruck**
**2318 W 20th Ave**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$130.73**

**3.2989**

Nonpriority creditor's name and mailing address

**elizabeth schneider**
**3022 cty EE**
**Abrams, WI 54101**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$278.25**

**3.2990**

Nonpriority creditor's name and mailing address

**ELIZABETH SEIBOLD**
**3126 WARWICK RD**
**Sayner, WI 54560**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$677.25**

**3.2991**

Nonpriority creditor's name and mailing address

**Elizabeth Smith**
**N6534 3rd ave**
**Oxford, WI 53952**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$134.38**

**3.2992**

Nonpriority creditor's name and mailing address

**Elizabeth Stutzman**
**394 Fond du Lac St**
**Waupun, WI 53963**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

**$610.58**

| 3.299 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.70 |
|---|---|---|---|

**Elizabeth Taylor**
258 Strangeway ave
5
Lodi, WI 53555

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Elizabeth Taylor**
2947 Shefield Court
Green Bay, WI 54311

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.69 |
|---|---|---|---|

**Elizabeth Tuomi**
3103 Outer Drive
Hibbing, MN 55746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Elizabeth Ullmer**
5457 Brown Cty Ln Rd
Pulaski, WI 54162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Elizabeth Walsh**
4612 Pleasant Valley Rd
Grafton, WI 53024

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Elizabeth Weinrich**
1294 S. Bayshore Rd. Unit 1
1
Brussels, WI 54204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Elizabeth Wright**
3607 Ironwood Rd
Excelsior, MN 55331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3000 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|
| | **Elizabeth Wulff**<br>**1226 Church Street**<br>**Lomira, WI 53048** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3001 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|
| | **Elizabeth Ziegler**<br>**404 4th Street**<br>**Fond Du Lac, WI 54935** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3002 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|
| | **Ella Rageth**<br>**S108W34786 South Shore Drive**<br>**Mukwonago, WI 53149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3003 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|
| | **Elle Smith**<br>**5525 Coronet Drive**<br>**Kalamazoo, MI 49009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3004 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|
| | **Ellen Barber**<br>**2003 Green Tree Road**<br>**West Bend, WI 53090** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3005 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|
| | **Ellen Campbell**<br>**921 11th St. N**<br>**Wisconsin Rapids, WI 54494** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3006 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.50 |
|---|---|---|---|
| | **Ellen Heggesta**<br>**601 wauona trl lot 80**<br>**Portage, WI 53901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Ellie Karls**
470 Farwell Avenue
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Ellie Popp**
W740 Cty Rd Jj
Brillion, WI 54110

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Ellie Prell**
N52W17182 Ridgewood Drive
Menomonee Falls, WI 53051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Elliot Brazier**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Elliot Schmidt**
130 walnut street
Beaver Dam, WI 53916

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Ellissa Hohensee**
W5229 Harrison Rd.
Hilbert, WI 54129

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Ellyn Hansen**
218 Peterlynn
Wrightstown, WI 54180

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507.68 |
|---|---|---|---|

**Eloise bell**
N6272 highway 180
Marinette, WI 54143

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Elsa Cota**
6502 South Business Drive
Sheboygan, WI 53081

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $701.40 |
|---|---|---|---|

**Elsa Langhoff**
822 S Washington St
Shawano, WI 54166

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.74 |
|---|---|---|---|

**Elseana Panzer**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Ely Hartl**
2302 olde country circle
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Emaleigh Mcneece**
501 7th Street
Brodhead, WI 53520

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,092.28 |
|---|---|---|---|

**Ember Kerridge**
309 Carney blvd.
Marinette, WI 54143

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $419.96 |
| **Emilee Gruse** | ☐ Contingent | |
| **744 Mickelson Trail** | ■ Unliquidated | |
| **Mankato, MN 56001** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $419.96 |
| **Emilee Haag** | ☐ Contingent | |
| **10580 1st Ave** | ■ Unliquidated | |
| **Almond, WI 54909** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
| **Emilia Jaskowska** | ☐ Contingent | |
| **385 Jefferson Ct** | ☐ Unliquidated | |
| **Vernon Hills, IL 60061** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
| **Emilia Tomaszewski** | ☐ Contingent | |
| **1806 Oak Leaf Drive** | ☐ Unliquidated | |
| **Green Bay, WI 54304** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
| **Emily Abbott** | ☐ Contingent | |
| **6245 w 84th st** | ■ Unliquidated | |
| **Burbank, IL 60459** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
| **Emily Albrecht** | ☐ Contingent | |
| **14460 Woodridge Cir** | ■ Unliquidated | |
| **Brookfield, WI 53005** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $468.26 |
| **Emily Bauer** | ☐ Contingent | |
| **205 3rd St NE** | ■ Unliquidated | |
| **New Prague, MN 56071** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3028 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Emily Berger**
1786 Scarlet oak Trl
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3029 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Emily Boeck**
N8722 County Road AY
Mayville, WI 53050

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3030 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Emily Bourin**
2253 W. Hiawatha Dr.
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3031 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Emily Boyea**
306 Eagle Heights
Apartment D
Madison, WI 53705

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3032 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.83 |
|---|---|---|---|

**Emily Boyer**
1452 Russell Street
Green Bay, WI 54304

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3033 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Emily Clements**
336 Plum St
Wyandotte, MI 48192

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3034 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Emily Conger**
7818 Swiss Road
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.303 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $183.74 |
|---|---|---|---|

**Emily Coyne**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $77.69 |
|---|---|---|---|

**Emily Deruyter**
**4780 North Blue Heron Dr**
**West Bend, WI 53095**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $553.88 |
|---|---|---|---|

**Emily Devries**
**N4266 Powell Lake Rd**
**Wetmore, MI 49895**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $553.88 |
|---|---|---|---|

**Emily Dombrowski**
**1975 Ridgeway Dr #30**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $272.96 |
|---|---|---|---|

**Emily Fischer**
**710 Hidden Lake Ct N**
**Slinger, WI 53086**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $177.45 |
|---|---|---|---|

**Emily Gallegos**
**8323 N 107TH ST**
**Milwaukee, WI 53224**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $67.19 |
|---|---|---|---|

**Emily Gloudemans**
**227 Cypress point**
**North Prairie, WI 53153**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Emily Gonnering**
**5510 Butternut Drive**
**Kewaskum, WI 53040**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Emily Griesbach**
**W9867 County Road TT**
**Hortonville, WI 54944**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.90 |
|---|---|---|---|

**Emily Hadden**
**1921 Scott Lane**
**Madison, WI 53704**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Emily Heitkamp**
**301 reserve street**
**230A**
**Stevens Point, WI 54481**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Emily Hodell**
**417 Manitowoc St**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.98 |
|---|---|---|---|

**Emily Hudson**
**1600 shawano estates**
**14**
**Shawano, WI 54166**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.88 |
|---|---|---|---|

**Emily Jacobson**
**1300 E. Silver St.**
**Bessemer, MI 49911**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3049 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.08 |

**Emily Janowiak**
386 11th St
Manistee, MI 49660

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3050 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Emily Jones**
915 twilight dr
De Pere, WI 54115

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3051 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Emily Karoses**
6916 North River Road
West Bend, WI 53090

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3052 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Emily Kasuboski**
2027 Burr Oak Rd
Oshkosh, WI 54904

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3053 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Emily Klink**
N3949 County Road J
Kaukauna, WI 54130

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3054 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.96 |

**Emily Kohlwey**
155 Market Street
Apt 210
Rio, WI 53960

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3055 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |

**Emily Krueger**
N11478 County Road D
Clintonville, WI 54929

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.305 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,255.76 |
|---|---|---|---|

**Emily Kuczmarski Kettenhofen**
568 ROYAL ST PAT'S DR.
Wrightstown, WI 54180

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Emily Landwehr**
550 Monarch Drive
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.57 |
|---|---|---|---|

**Emily Lavine**
W7170 State Road 67
Plymouth, WI 53073

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Emily Miller**
524 Kari Street
Belleville, WI 53508

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Emily Mueller**
1128 Iris Lane
Grafton, WI 53024

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $419.96 |
|---|---|---|---|

**Emily Neal**
1135 old Wildcat bridge road
Danielsville, GA 30633

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Emily Nelson**
N2650 Fox View Drive
Hortonville, WI 54944

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 3 | Nonpriority creditor's name and mailing address **Emily Nickel** **813 Lincoln St** **Green Bay, WI 54303** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☑ Unliquidated ☐ Disputed | $553.88 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.306 4 | Nonpriority creditor's name and mailing address **Emily Peterson** **1218 Bay Shore Dr** **Oshkosh, WI 54901** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☑ Unliquidated ☐ Disputed | $926.07 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.306 5 | Nonpriority creditor's name and mailing address **Emily Rabideau** **E1680 Akron Ave** **Waupaca, WI 54981** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☑ Unliquidated ☐ Disputed | $134.38 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.306 6 | Nonpriority creditor's name and mailing address **Emily Regal** **1204 Wedgewood Ln** **Fond Du Lac, WI 54935** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☑ Unliquidated ☐ Disputed | $77.69 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.306 7 | Nonpriority creditor's name and mailing address **Emily Schultz** **No Address - purchased tickets via PayPa** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☑ Unliquidated ☐ Disputed | $177.45 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.306 8 | Nonpriority creditor's name and mailing address **Emily Southern** **49W693 Hinckley Rd** **Big Rock, IL 60511** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☑ Unliquidated ☐ Disputed | $67.19 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.306 9 | Nonpriority creditor's name and mailing address **Emily Sprangers** **103 Brookview Place** **Combined Locks, WI 54113** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☑ Unliquidated ☐ Disputed | $119.69 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.307 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Stephenson**
**1643 Riverside Dr.**
**Suamico, WI 54173**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| 3.307 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Swanson**
**W7810 Cody Ct**
**Beaver Dam, WI 53916**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$114.44

---

| 3.307 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Tetzlaff**
**W668 River View Ct.**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| 3.307 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Thomas**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

| 3.307 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Van De Hey**
**2420 Southerland Circle**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| 3.307 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Vick**
**W10979 Glen Drive**
**Beaver Dam, WI 53916**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

| 3.307 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Waldow**
**N5553 Henry Court**
**Luxemburg, WI 54217**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

Case 20-27367-gmh   Doc 5   Filed 11/10/20   Page 440 of 1376

| | | |
|---|---|---|
| **3.307 7** | Nonpriority creditor's name and mailing address<br>**Emily Wallace**<br>**No Address - purchased tickets via PayPa**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | **$134.38** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.307 8** | Nonpriority creditor's name and mailing address<br>**Emily Walters**<br>**620 E Conservancy**<br>**Green Bay, WI 54311**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | **$261.46** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.307 9** | Nonpriority creditor's name and mailing address<br>**Emily Zeinert**<br>**5727 Grandview Road**<br>**Larsen, WI 54947**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | **$361.19** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.308 0** | Nonpriority creditor's name and mailing address<br>**Emily Zimmer**<br>**2773 Bristol Mountain Trl**<br>**Green Bay, WI 54313**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | **$152.26** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.308 1** | Nonpriority creditor's name and mailing address<br>**Emma Bohren**<br>**12 Overlook Dr**<br>**Apt 8212**<br>**Fond Du Lac, WI 54937**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | **$398.96** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.308 2** | Nonpriority creditor's name and mailing address<br>**Emma Frederickson**<br>**W3790 Schwalla drive**<br>**Marinette, WI 54143**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | **$67.19** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.308 3** | Nonpriority creditor's name and mailing address<br>**Emma Fricke**<br>**No Address - purchased tickets via PayPa**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | **$77.69** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.308 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.00 |

**Emma Gordon**
148 Denhardt Ave.
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Emma Herrick**
10292 64th Ave
Pleasant Prairie, WI 53158

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Emma Hohman**
1560 Engman Lake Rd
Skandia, MI 49885

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Emma Howey**
411 North Main Street
Oconto Falls, WI 54154

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Emma Kiekhofer**
13500 Highwood Dr
Elm Grove, WI 53122

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |

**Emma Konjura**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |

**Emma Kowalski**
W1078 County B
Marinette, WI 54143

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |

**Emma Leib**
1528 Oregon St
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.88 |

**Emma Mclaughlin**
2345 Redtail Drive
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |

**Emma Meana**
1170 24th St
Moline, IL 61265

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |

**Emma Melzer**
7201 Ohio Road
Allenton, WI 53002

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Emma Mueller**
3551 Glen Abbey Drive
Green Bay, WI 54311

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.50 |

**Emma Myhill**
687 Elderberry Ln.
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |

**Emma Neale**
w147n6897 woodland dr
Menomonee Falls, WI 53051

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3098 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Emma Oestreich**
W1033 Madsen Road
Marinette, WI 54143

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3099 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Emma Paape**
103a sunshine ct
Bonduel, WI 54107

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Emma Pagel**
E2315 Woodridge Drive
Waupaca, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |

**Emma Passig**
130 N Main St
Iron Ridge, WI 53035

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.48 |

**Emma Peterson**
8135 church rd
Arpin, WI 54410

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |

**Emma Schneider**
309 willow wood
Shawano, WI 54166

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Emma Schwartz**
665 Golden Iris dr
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 444 of 1376

| 3.310 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Emmie Jahnke**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.310 6 | Nonpriority creditor's name and mailing address | | $67.19 |
|---|---|---|---|

**Emmy De Valk**
**132 West Greenfield Drive**
**Little Chute, WI 54140**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.310 7 | Nonpriority creditor's name and mailing address | | $130.73 |
|---|---|---|---|

**Enrique Ayala**
**160 North Hickory Street**
**Cortland, IL 60112**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.310 8 | Nonpriority creditor's name and mailing address | | $677.25 |
|---|---|---|---|

**Eric Applegate**
**315 Barry Hope Trl**
**Hillsboro, IL 62049**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.310 9 | Nonpriority creditor's name and mailing address | | $965.48 |
|---|---|---|---|

**Eric Balck**
**810 Oregon Street**
**Green Bay, WI 54303**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.311 0 | Nonpriority creditor's name and mailing address | | $1,559.78 |
|---|---|---|---|

**eric baumann**
**N7798 County Road Y**
**Sheboygan, WI 53083**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.311 1 | Nonpriority creditor's name and mailing address | | $492.46 |
|---|---|---|---|

**Eric Beauchamp**
**1790 Paris St**
**201**
**Sudbury  ON P3E 4T1**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.311 2 | | $1,449.01 |

Nonpriority creditor's name and mailing address
**Eric Berg**
**844 Grove St**
**Menasha, WI 54952**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.311 3 | | $130.73 |

Nonpriority creditor's name and mailing address
**Eric Bergland**
**1125 Popes Creek Circle**
**Grayslake, IL 60030**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.311 4 | | $151.73 |

Nonpriority creditor's name and mailing address
**Eric Brunsell**
**W5836 Easter Lily Dr**
**Appleton, WI 54915**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.311 5 | | $288.23 |

Nonpriority creditor's name and mailing address
**Eric Burkle**
**2200 Bever ave SE**
**Cedar Rapids, IA 52403**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.311 6 | | $282.45 |

Nonpriority creditor's name and mailing address
**Eric Dingeldein**
**6100 West State St**
**Apt 406**
**Milwaukee, WI 53213**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.311 7 | | $1,221.68 |

Nonpriority creditor's name and mailing address
**Eric Donovan**
**1400 vineyard drive**
**Apt 204**
**Broadview Heights, OH 44147**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.311 8 | | $177.45 |

Nonpriority creditor's name and mailing address
**Eric Emery**
**6756 119th Ave**
**Fennville, MI 49408**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.311 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

**ERIC FALK**
330 Smith Street
Plymouth, WI 53073

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |
|---|---|---|---|

**ERIC FINK**
8772 WASHINGTON ST
Omro, WI 54963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Eric Fliehs**
229 N Main St
Apt 7
Sheboygan Falls, WI 53085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Eric Frankenstein**
W9712 Jackson Rd
Beaver Dam, WI 53916

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|

**Eric Fredrick**
N4996 County Rd N
Jefferson, WI 53549

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Eric Geisler**
4474 N. Oakland Ave.
Apt 102
Milwaukee, WI 53211

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Eric Gilgenbach**
2 N 5th St
Winneconne, WI 54986

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.312 6 | **$479.85** |

**Nonpriority creditor's name and mailing address**
**Eric Gruber**
**525 w college Avenue**
**3**
**Appleton, WI 54911**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.312 7 | **$402.68** |

**Nonpriority creditor's name and mailing address**
**Eric Heiniger**
**519 E Arnold St**
**Bluffton, IN 46714**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.312 8 | **$130.73** |

**Nonpriority creditor's name and mailing address**
**Eric Hoppe**
**2359 Allerton Drive**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.312 9 | **$479.85** |

**Nonpriority creditor's name and mailing address**
**Eric Hurm**
**1692 Golf Bridge Dr**
**Neenah, WI 54956**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.313 0 | **$576.45** |

**Nonpriority creditor's name and mailing address**
**Eric Jackson**
**2917 maplecrest rd**
**Clinton, IA 52732**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.313 1 | **$228.88** |

**Nonpriority creditor's name and mailing address**
**Eric Jacob**
**W8057 Randallwood Lane**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.313 2 | **$155.38** |

**Nonpriority creditor's name and mailing address**
**Eric Jorgensen**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |
|---|---|---|---|

**Eric Kelling**
3203 West Bell Road
Phoenix, AZ 85053

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Eric Kinzel**
10407 cty road JJ
Manitowoc, WI 54220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Eric Kuchelmeister**
1806 Schaefer Circle
Appleton, WI 54915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.57 |
|---|---|---|---|

**Eric Larson**
2560 Oakwood Dr.
Green Bay, WI 54304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Eric Lichterman**
735 West 8th AVe
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Eric Mandel**
2109 Glenview Ave
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $491.34 |
|---|---|---|---|

**Eric McKay**
No Address - purchased tickets via PayPa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.25 |
|---|---|---|---|

**Eric Monnier**
3554 Golf Drive
Green Bay, WI 54311

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Eric Peters**
2980 Vince lane
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.07 |
|---|---|---|---|

**Eric Prestay**
W3803 LaBelle Rd.
Powers, MI 49874

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Eric Riese**
W5872 sweet pea dr
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Eric Sadorf**
W380N8233 Mill St
Oconomowoc, WI 53066

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,196.60 |
|---|---|---|---|

**Eric Sauer**
18250 W College Ave
New Berlin, WI 53146

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.07 |
|---|---|---|---|

**Eric Schallhorn**
755 Weatherstone Drive
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.314 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449.38 |

**Eric Sedlacek**
2104 French Trace Ave
Shakopee, MN 55379

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |

**eric southard**
14 pleasantveiw ct
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Eric Steif**
2144 cottonwood dr
Menasha, WI 54952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Eric Stiltjes**
9718 Hamlet Ave S
Cottage Grove, MN 55016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $273.01 |

**Eric Stude**
536 North Durkee street
Apt#4
Appleton, WI 54911

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.91 |

**eric tessier**
1435 B Main street
Marinette, WI 54143

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |

**Eric Torgerson**
PO Box 57
Brownsville, MN 55919

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $327.57 |
| **Eric Vandenbush**<br>**539 Edelweiss Drive785**<br>**Green Bay, WI 54302** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
| **Eric Vazquez**<br>**6800 n 91st street**<br>**Milwaukee, WI 53224** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
| **Eric Vert**<br>**21775 150th Avenue**<br>**Big Rapids, MI 49307** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
| **Eric Wagner**<br>**1404 Hinze Lane**<br>**Watertown, WI 53098** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
| **eric wingers**<br>**2323 Southwood Dr. apt 9**<br>**Appleton, WI 54915** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
| **Eric Wirkkula**<br>**1411 N 12th Ave**<br>**West Bend, WI 53090** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
| **Erica Ann**<br>**2406 N Linwood ave**<br>**Appleton, WI 54914** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,157.64 |
|---|---|---|---|

**Erica Bessler**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,089.90 |
|---|---|---|---|

**Erica Brewer**
**3313 Melby Street**
**Eau Claire, WI 54703**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Erica Brinkman**
**588 fenton st**
**13**
**Ripon, WI 54971**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $966.53 |
|---|---|---|---|

**Erica Broeders**
**10452 State Hwy M35**
**Gladstone, MI 49837**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507.68 |
|---|---|---|---|

**Erica Brown**
**25 REGIMENT CT**
**Rossville, GA 30741**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Erica Faulkender**
**460 Boettcher Lane**
**Bonduel, WI 54107**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Erica Hoffman**
**714 E Walnut Street**
**Quasqueton, IA 52326**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Erica Kampen**
**709 center street**
**Ortonville, MN 56278**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Erica Lynn**
**106 S Lafayette Street**
**Shawano, WI 54166**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Erica Richter**
**N5428 24th avenue**
**Lot 208**
**Wild Rose, WI 54984**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,123.50 |
|---|---|---|---|

**ERICA SCOTT**
**410 WASHINGTON ST**
**Portage, WI 53901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Erica Shelangoski**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Erica Zeamer**
**N171W19840 Old Orchard Ct**
**Jackson, WI 53037**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Erich Berndt**
**1518 Iris Drive**
**Manitowoc, WI 54220**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.317 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $722.34 |
|---|---|---|---|

**Ericka Rentmeester**
**1171 Cormier Rd**
**Green Bay, WI 54304**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,696.29 |
|---|---|---|---|

**Ericka Rentmeester**
**1171 Cormier Rd**
**Green Bay, WI 54304**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.88 |
|---|---|---|---|

**Ericka Vandenheuvel**
**516 Stoecker Farm Ave.**
**Mukwonago, WI 53149**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |
|---|---|---|---|

**Erik Ballinger**
**601 Fern**
**Iron River, MI 49935**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Erik Costea**
**1686 WESTFIELD AVE**
**Green Bay, WI 54303**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.38 |
|---|---|---|---|

**ERIK D PETERSON**
**N8271 CTY RD J**
**New Glarus, WI 53574**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Erik Daniel**
**204 4the Ave E**
**Cresco, IA 52136**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik Ethun**
**229 S. Main St.**
**Westfield, WI 53964**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$151.73**

---

| 3.318 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik Gardner**
**1205 west Sherwin**
**600**
**Chicago, IL 60626**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$162.23**

---

| 3.318 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik Parson**
**12670 43rd Street**
**Clear Lake, MN 55319**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$130.73**

---

| 3.318 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik Ross**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$288.23**

---

| 3.318 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erik Schulstad**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| 3.318 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erika Bednarz**
**3336 Buena Park Road**
**Burlington, WI 53105**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$327.57**

---

| 3.318 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erika Hesselinn**
**5030 S 8th St**
**Sheboygan, WI 53081**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

| 3.318 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Erika Rausch**
303 s 3rd st
Waterford, WI 53185

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Erika Van Eimeren**
843 homestead dr.
West Bend, WI 53090

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.57 |
|---|---|---|---|

**Erikk Butzman**
PO Box 116
412 12 th ave s
Bangor, WI 54614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,535.63 |
|---|---|---|---|

**Erin Anastasia**
982 E 2500 Ave
Ramsey, IL 62080

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Erin Baum**
2110 Holiday Drive
7
Janesville, WI 53545

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Erin Carmichael**
2011 W William
il
Champaign, IL 61821

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.88 |
|---|---|---|---|

**Erin Chudacoff**
3007 E.Fallcreek Ln.
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Erin Draheim**
N614 Greendale Rd
Hortonville, WI 54944

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,598.10 |
|---|---|---|---|

**Erin Dupuy**
309 Nicklaus St
Berwick, LA 70342

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $294.51 |
|---|---|---|---|

**Erin Dyszelski**
3943A East Mallory
Cudahy, WI 53110

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Erin Havela**
1669 Lenwood Ave
Apt 16
Green Bay, WI 54303

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Erin Jankowski**
2116 Woodburn Rd
B
Waukesha, WI 53188

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.88 |
|---|---|---|---|

**Erin Kelley**
2071 S 91
Milwaukee, WI 53227

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Erin Kohl**
324 Horseshoe Rd
Oshkosh, WI 54904

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 458 of 1376

| 3.320 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin Lindemann**
2123 N 73 st
Milwaukee, WI 53213

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$251.96

---

| 3.320 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin Mace**
869 security dr
Cc206
Fond Du Lac, WI 54935

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$98.69

---

| 3.320 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin Malec**
800 Wellington Dr
West Bend, WI 53090

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

| 3.320 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin Perry**
1322 1st st
4
Menominee, MI 49858

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$677.25

---

| 3.320 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin Peterson**
917 Columbus Street
Two Rivers, WI 54241

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$585.38

---

| 3.320 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin Ries**
592 south water st.
Lomira, WI 53048

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.320 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Erin Schley**
101 Country Club Dr.
Clintonville, WI 54929

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$119.69

---

| 3.321 0 | **Nonpriority creditor's name and mailing address**<br>**Erin Seever**<br>**148 Denhardt Ave**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$275.07** |
|---|---|---|---|

| 3.321 1 | **Nonpriority creditor's name and mailing address**<br>**Erin Thyssen**<br>**1704 Arnold Dr.**<br>**Green Bay, WI 54304**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$275.63** |
|---|---|---|---|

| 3.321 2 | **Nonpriority creditor's name and mailing address**<br>**Erin Young**<br>**No Address - purchased tickets via PayPa**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$287.69** |
|---|---|---|---|

| 3.321 3 | **Nonpriority creditor's name and mailing address**<br>**Erlene Leonard**<br>**No Address - purchased tickets via PayPa**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$261.45** |
|---|---|---|---|

| 3.321 4 | **Nonpriority creditor's name and mailing address**<br>**Ernesto Guajardo**<br>**13va ave 719**<br>**Monterrey, NL 64610**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$828.45** |
|---|---|---|---|

| 3.321 5 | **Nonpriority creditor's name and mailing address**<br>**Eryn Schlotfeldt**<br>**1144 160th Avenue NW**<br>**Andover, MN 55304**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$155.38** |
|---|---|---|---|

| 3.321 6 | **Nonpriority creditor's name and mailing address**<br>**esther horan**<br>**310 jefferson ave**<br>**Omro, WI 54963**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$155.38** |
|---|---|---|---|

| 3.321 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Ethan Dawson**
24 Mapleview Drive
Gladstone, MI 49837

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.321 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Ethan Dunse**
3502 Winings Ave
Indianapolis, IN 46221

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.321 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Ethan Ensign**
1120 S. Westfield St.
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.322 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Ethan Gack**
608 e. Jackson st.
Ripon, WI 54971

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.322 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Ethan Gardner**
5241 chippewa
Saint Louis, MO 63109

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.322 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.22 |
|---|---|---|---|

**Ethan Granger**
5025 River Heights Drive
Manitowoc, WI 54220

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.322 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Ethan Hendricks**
26774 County Highway V
Kendall, WI 54638

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.322 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |

**Ethan Herrmann**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |

**Ethan Jensen**
**909 Minnesota Ave.**
**Gladstone, MI 49837**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621.08 |

**Ethan Ouellette**
**51 South St**
**Champion, MI 49814**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |

**Ethan Shumski**
**412 East Blue Earth Avenue**
**Fairmont, MN 56031**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.30 |

**Ethan Vanderpoel**
**1780 Corvallis Ct**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Eva Beeth**
**1125 Devonshire Dr**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.23 |

**Eva Lewis**
**1435 Central Street**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.323 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Evan Bangs**
5110 Highway 2 East B11
Minot, ND 58701

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Evan Bowe**
1369 Mourning Dove Court
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Evan Mallek**
1900 Ridgewood Ct
Plover, WI 54467

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Evan Tennie**
143 S Main St
Clintonville, WI 54929

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Evelyn Jaquez**
5622 W 23 Street
Cicero, IL 60804

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Evelyn Tollar**
137 Schramm Rd
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.61 |
|---|---|---|---|

**Evelyn Turriff**
52 kim st
Lanse, MI 49946

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.323 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Evelynn Charney**
12221 timberline rd
Ellison Bay, WI 54210

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Evvan Plank**
13390 Kirkwood drive
New Berlin, WI 53151

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.82 |
|---|---|---|---|

**Eyricka Oglesby**
542 Elm St
Negaunee, MI 49866

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Faith Hubbard**
1120 daisy ln
Green Bay, WI 54304

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.63 |
|---|---|---|---|

**FAITH STROEDE**
3 S CLARK ST
Mayville, WI 53050

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Faith Weston**
10489 north point road
Tremont, IL 61568

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**Falon Charles**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $493.50 |
|---|---|---|---|

**Fay Fritsch**
3483 Country Winds Court
Green Bay, WI 54311

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Faye Neumann**
N1674 COUNTY ROAD A
WAUPACA, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $444.68 |
|---|---|---|---|

**Feather Desjardins**
513 n main st
Ishpeming, MI 49849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|

**Feather Robinson**
2137 East Lourdes Drive
Appleton, WI 54915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,071.13 |
|---|---|---|---|

**Felicia Pataska**
631 Webb Ave
Wisconsin Rapids, WI 54494

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $189.00 |
|---|---|---|---|

**Felicia Rivera**
600 tower rd
29D
Waupaca, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Felix Esqueda**
839 Park Ave
Oostburg, WI 53070

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Felix Santerre**
**313 rue des tilleuls**
**Sainte-Marthe-sur-le-Lac  QC  J0N 1P0**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Fernando Gomez**
**1260 Shari way**
**El Cajon, CA 92019**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.95 |
|---|---|---|---|

**Floyd Crumbley**
**P.O. BOX 235**
**Kotzebue, AK 99752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |
|---|---|---|---|

**Ford Dealers Assn.**
**1025 W Everett Rd.**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __2020 sponsorship__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Forrest Phillips**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $937.65 |
|---|---|---|---|

**Frances Whitfield**
**4656 Archery Rd**
**Manitowish Waters, WI 54545**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Francis Mccann**
**3384 Isaac Ln**
**Oshkosh, WI 54902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.3259 | |

**Nonpriority creditor's name and mailing address**

**Francisco Jimenez Jr.**
**1621 Schaefer circle**
**1**
**Appleton, WI 54915**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$152.25**

---

| | |
|---|---|
| 3.3260 | |

**Nonpriority creditor's name and mailing address**

**Frank Lake**
**105 Dalmar Dr**
**Kingsford, MI 49802**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$377.96**

---

| | |
|---|---|
| 3.3261 | |

**Nonpriority creditor's name and mailing address**

**Frank Martin**
**223 15TH ST S**
**Moorhead, MN 56560**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$621.08**

---

| | |
|---|---|
| 3.3262 | |

**Nonpriority creditor's name and mailing address**

**Frank Svacina**
**1935 richmond ave**
**Manitowoc, WI 54220**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| | |
|---|---|
| 3.3263 | |

**Nonpriority creditor's name and mailing address**

**Fred Dahlin**
**N6505 shawano shores ct**
**Shawano, WI 54166**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$141.23**

---

| | |
|---|---|
| 3.3264 | |

**Nonpriority creditor's name and mailing address**

**Fred Holm**
**625 So. 27th St.**
**Manitowoc, WI 54220**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,841.65**

---

| | |
|---|---|
| 3.3265 | |

**Nonpriority creditor's name and mailing address**

**Fred Peters**
**832 Fairview Dr.**
**Hartford, WI 53027**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$617.34**

---

| 3.326 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Gabbi Gaziano**
731 E Kaleen Ln
Beloit, WI 53511

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.38 |
|---|---|---|---|

**Gabby Herman**
728 Crown Ct
Schaumburg, IL 60193

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Gabby Mcdowell**
W6476 Kinker road
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.326 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386.34 |
|---|---|---|---|

**Gabby Sell**
W2185 Debra ct
Chilton, WI 53014

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Gabe Greene**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Gabe McCarty**
E9246 Crain Road
New London, WI 54961

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Gabe McCarty**
E9246 Crain Road
New London, WI 54961

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page  468 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 468 of 1376

| 3.327 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Gabe Rasmussen**
**405 W 7th St**
**Kaukauna, WI 54130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369.57 |
|---|---|---|---|

**Gabi Thielke**
**1290 Williams rd**
**Pickett, WI 54964**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Gabriel Brennan**
**2808 Oslo drive**
**Green Bay, WI 54311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Gabriel Christenson**
**4761 county rd H**
**Kewaskum, WI 53040**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.88 |
|---|---|---|---|

**Gabriella Tagliapietra**
**9159 Burkwood dr**
**Unit 101**
**West Des Moines, IA 50266**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554.34 |
|---|---|---|---|

**Gabriella Wood**
**378 Crosse Point Court**
**Oneida, WI 54155**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $843.68 |
|---|---|---|---|

**Gabrielle Anderson**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.96 |
|---|---|---|---|

**Gabrielle Mundt**
916 south frederick ave
Oelwein, IA 50662

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Gabrielle Toberman**
1207 E IOWA ST
Prairie Du Chien, WI 53821

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $298.73 |
|---|---|---|---|

**Gage Larson**
1595 South Park Avenue
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,015.88 |
|---|---|---|---|

**Gail Larson**
4149 Westview Lane
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**GAIL LEITERMANN**
W4541 GLENN ST
Appleton, WI 54914

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Gail Wisniewski**
N3525 Sunset Lane
New London, WI 54961

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,211.18 |
|---|---|---|---|

**Garett Peterson**
495 MARCELLA LN
SOMERSET, WI 54025

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.328<br>7 | **Nonpriority creditor's name and mailing address**<br>**GARISON BUCHOLTZ**<br>**733 2ND ST**<br>**Menasha, WI 54952**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$803.25**

| | | |
|---|---|---|
| 3.328<br>8 | **Nonpriority creditor's name and mailing address**<br>**Garold Nellis**<br>**201 S. Buesching rd**<br>**220**<br>**Lake Zurich, IL 60047**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$377.96**

| | | |
|---|---|---|
| 3.328<br>9 | **Nonpriority creditor's name and mailing address**<br>**Garret Dament**<br>**175 N Swetting St**<br>**Berlin, WI 54923**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$130.73**

| | | |
|---|---|---|
| 3.329<br>0 | **Nonpriority creditor's name and mailing address**<br>**Garret Fairfield**<br>**641 East Theodore St**<br>**Jefferson, WI 53549**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$350.70**

| | | |
|---|---|---|
| 3.329<br>1 | **Nonpriority creditor's name and mailing address**<br>**Garrett Cooper**<br>**713 McKinley**<br>**Omro, WI 54963**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$84.00**

| | | |
|---|---|---|
| 3.329<br>2 | **Nonpriority creditor's name and mailing address**<br>**Garrett Haen**<br>**1717 Sherry lane**<br>**Kaukauna, WI 54130**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$119.69**

| | | |
|---|---|---|
| 3.329<br>3 | **Nonpriority creditor's name and mailing address**<br>**Garrett Jeffers**<br>**940 Clayton Drive**<br>**Darlington, WI 53530**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$239.38**

| 3.329 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $361.15 |
|---|---|---|---|

**Garrett Kaczrowski**
**497 Hoganwood Circle**
**Sobieski, WI 54171**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**GARRETT KONKLE**
**1451 KEVIN DRIVE**
**Kaukauna, WI 54130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Garrett Martin**
**812 Greenlee Ave**
**Winnebago, IL 61088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.38 |
|---|---|---|---|

**Garrett Mullikin**
**3914 e Morris ave.**
**Cudahy, WI 53110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.58 |
|---|---|---|---|

**Garrett Sykora**
**22186 West IL Route 176**
**Mundelein, IL 60060**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.23 |
|---|---|---|---|

**Garrett Turpin**
**2707 RANCHWOOD DR**
**ANDERSON, SC 29621**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Garrison Walters**
**661 Cummings road**
**7**
**Wautoma, WI 54982**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Garrit Levey**
429 nevel ave
Waupun, WI 53963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,479.57 |
|---|---|---|---|

**GARRY TURNER**
403 HARRISON ST
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**GARY and DIANE L TESCH**
905 E Windfield Pl
Unit B
Appleton, WI 54911

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**GARY BLANK**
W4135 WOODVIEW DR
Appleton, WI 54913

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,053.16 |
|---|---|---|---|

**Gary Chartier**
N4393 HWY 180
Marinette, WI 54143

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $422.59 |
|---|---|---|---|

**Gary Davis**
2181 knott rd
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**GARY DELZER**
214 COFFMAN
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,451.75 |
|---|---|---|---|

**GARY DUVAL**
**1321 BROCOIN WAY**
**Green Bay, WI 54304**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Gary Edwards**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Gary Friend**
**115 7th street**
**Colona, IL 61241**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.75 |
|---|---|---|---|

**Gary Hill**
**4405 COUNTRY CLUB RD**
**Oshkosh, WI 54902**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.45 |
|---|---|---|---|

**Gary Huebner**
**508 Cherry Street**
**Casco, WI 54205**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |
|---|---|---|---|

**Gary Kuehn**
**24016th st s**
**Wisconsin Rapids, WI 54494**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Gary LaFreniere**
**1745 Rosewood Lane**
**Ishpeming, MI 49849**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $645.70 |
|---|---|---|---|

**Gary Miller**
**1720 N BASSWOOD AVE**
**Duluth, MN 55811**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.08 |
|---|---|---|---|

**GARY PAEPKE**
**N1175 HILLESTAD RD**
**Lodi, WI 53555**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Gary Relien**
**978 NORTH RD**
**Hortonville, WI 54944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.51 |
|---|---|---|---|

**Gary Roberts**
**N7501 Van Dyne Rd**
**Fond Du Lac, WI 54937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Gary Sullivan**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Gary Tomaszewski**
**622 east monroe ave**
**Apt 1**
**Hartford, WI 53027**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.23 |
|---|---|---|---|

**Gavin Kilford**
**1315 Meadowcreek Drive**
**201**
**Pewaukee, WI 53072**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Gavin Shaffer**
**414 Beardsley St**
**Kewaunee, WI 54216**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number ＿

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.63 |
|---|---|---|---|

**GAYE TRCKA**
**305 5TH AVE N**
**Hurley, WI 54534**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number ＿

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Geethika Gutta**
**14894 Colorado Ave**
**Rosemount, MN 55068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number ＿

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Gemma Fournier**
**8985 Odean Ave NE**
**Elk River, MN 55330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number ＿

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.88 |
|---|---|---|---|

**GENE BANASZYNSKI**
**N4319 DRIFTWOOD RD**
**New London, WI 54961**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number ＿

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $940.76 |
|---|---|---|---|

**Gene Prellwitz**
**700 Brill RD**
**Kaukauna, WI 54130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number ＿

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**Gennie Thomas**
**200 Merritt Avenue**
**304**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2019-2020**

Last 4 digits of account number ＿

Basis for the claim:　**Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Geoff Hill**
**208 Main St**
**Marinette, WI 54143**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**George Hubbard**
**13459 velp ave**
**Suamico, WI 54173**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**George Peretz**
**900 Farmington Avenue**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $629.94 |
|---|---|---|---|

**George Raygo**
**883 Bechthold Dr**
**Peshtigo, WI 54157**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.68 |
|---|---|---|---|

**George Schumacher**
**49 117th Ave NE**
**Minneapolis, MN 55434**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $984.38 |
|---|---|---|---|

**Georgina Farra**
**141 4th Av**
**Cashton, WI 54619**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $705.08 |
|---|---|---|---|

**Gerald Kamenick**
**113 Maple st**
**BARABOO, WI 53913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $151.73 |
|---|---|---|---|

**Gerald Templin**
**130 e franklin st**
**Portage, WI 53901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77.69 |
|---|---|---|---|

**Gerald Thiele**
**1335 candlelight ct**
**Oshkosh, WI 54904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $294.00 |
|---|---|---|---|

**Gerald Thomas**
**N34W23708 FIVE FIELDS RD**
**Apt 109**
**Pewaukee, WI 53072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $338.63 |
|---|---|---|---|

**GERALD VOELKER**
**925 LEEWARD CT**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,394.91 |
|---|---|---|---|

**Gerri Seis**
**2020 16th Street**
**15**
**Menominee, MI 49858**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $130.19 |
|---|---|---|---|

**Gerry Vancleve**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $702.45 |
|---|---|---|---|

**Gerry Voigt**
**724 E. Brewster St**
**Appleton, WI 54911**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gilbert Rapp**
**2520 Northbranch Rd**
**Grove City, OH 43123**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$479.85

---

| 3.334 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gilda Bour**
**508 20th Ave W**
**Menomonie, WI 54751**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,718.60

---

| 3.334 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gillian Murtagh**
**3563 birchwood drive**
**Belvidere, IL 61008**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$278.78

---

| 3.334 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gina Augustine**
**933 Melissa St**
**Menasha, WI 54952**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$134.38

---

| 3.334 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gina Blank**
**1143 Hillcrest lane**
**Seymour, WI 54165**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$350.65

---

| 3.334 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gina Delelio**
**341 Chilewski Dr.**
**Coloma, WI 54930**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.334 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gina Giovanoni**
**1003 Dahlia Lane**
**Wausau, WI 54401**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.335 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Gina Graff**
407 Harrison St
Apt 16
Fond Du Lac, WI 54937

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.25 |
|---|---|---|---|

**Gina Horvat**
2214 Elm Avenue
Sheboygan, WI 53081

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.96 |
|---|---|---|---|

**Gina LaPietra-Edidin**
1210 Turicum Road
Lake Forest, IL 60045

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.68 |
|---|---|---|---|

**Gina Lee**
822 N 13th St
Bismarck, ND 58501

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.50 |
|---|---|---|---|

**Gina Sague**
911 Birch Street
Hancock, MI 49930

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,039.50 |
|---|---|---|---|

**Ginelle Hartman**
PO BOX 284
Medford, WI 54451

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Ginger Brath**
1230 School Street
Lomira, WI 53048

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 480 of 1376

| 3.3357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $937.65 |
|---|---|---|---|

**Ginger Denton**
**219 E 14th St**
**Kaukauna, WI 54130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Ginger Karch**
**3264 Coon Ave.**
**Stevens Point, WI 54481**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Glen Peachey**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Glenda Erickson**
**N4446 Fairfield Ave**
**Montello, WI 53949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,612.76 |
|---|---|---|---|

**Glenn Hyland**
**1573 Smithfield Dr**
**Sun Prairie, WI 53590**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.70 |
|---|---|---|---|

**gloria behrendt**
**w2279 county road uu**
**Appleton, WI 54913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.50 |
|---|---|---|---|

**GLORIA WITTER**
**N8576 NORTHSHORE RD**
**Menasha, WI 54952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.67 |

**Gordon James**
856 Meadowlark Drive
West Chicago, IL 60185

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,614.50 |

**GORDON SPAULDING**
N2077 MUNICIPAL DR
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |

**Gordon Woolever**
N4583 County Rd E
Johnson Creek, WI 53038

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Gordy Paulman**
505 Kerry Drive
202
Winona, MN 55987

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |

**Grace Bastian**
627 S.Glenview Ave
Brillion, WI 54110

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Grace Behnke**
935 SOUTH SCENIC COURT
Sobieski, WI 54171

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Grace Bishop**
1139 Bradford circle
Batavia, IL 60510

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,548.75 |
|---|---|---|---|

**GRACE BROWN**
2231 SHERIDAN ST
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.07 |
|---|---|---|---|

**Grace Butry**
3887 Stonewall Dr
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Grace Debbink**
N4062 State Rd 32
Sheboygan Falls, WI 53085

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,236.90 |
|---|---|---|---|

**Grace Decremer**
409 so union st
Shawano, WI 54166

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Grace Groeschel**
W4101 PHEASANT RUN
FOND DU LAC, WI 54937

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Grace Held**
206 Sunset Ct
Mayville, WI 53050

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Grace Kouba**
W13970 Karau Ave
Ripon, WI 54971

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Grace Kowalkowski**
1766 camarillo court
De Pere, WI 54115

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Grace Loehr**
N5420 Dondor Dr.
Fond Du Lac, WI 54937

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.16 |
|---|---|---|---|

**Grace Louis-reindl**
619 Center Street
Black Earth, WI 53515

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Grace Maki**
N106W15927 Creek Ter
Germantown, WI 53022

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Grace Mertz**
po box 49
Wausaukee, WI 54177

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Grace Meyers**
N1250 Keller Road
Marinette, WI 54143

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Grace Nigl**
4372 Harbor Village Drive
Omro, WI 54963

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |

**Grace Pausma**
**46 Champion Avenue**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Grace Peterson**
**749 ELLIS CT**
**Rockton, IL 61072**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Grace Quinn**
**1501 Cranberry Dr**
**Appleton, WI 54915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Grace Rauch**
**915 South Grove Street**
**Ripon, WI 54971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Grace Schuman**
**234 Wileman Dr**
**Edgerton, WI 53534**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Grace Seager**
**P.o. Box 114**
**Oakfield, WI 53065**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Grace Tubutis**
**225 N 1st Street**
**PO Box 545**
**Bonduel, WI 54107**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172.19** |
| **Grace Warrner** 15266 Tugs Road Lakewood, WI 54138 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.339 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.69** |
| **Grace Weston** W141 N4857 Golden Fields Ct. Menomonee Falls, WI 53051 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.339 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$291.88** |
| **Grace Witt** 4340 Elm Lawn Rd. Apt. 15 Oconto Falls, WI 54154 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.339 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243.57** |
| **Gracee Minlschmidt** N6627 Wren Rd Black Creek, WI 54106 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.339 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.19** |
| **Gracie Colson** 104 west street Eastman, WI 54626 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.339 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.19** |
| **Gracie Corbett** 2527 Laredo Lane Green Bay, WI 54304 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.339 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88.73** |
| **Graham Guyette** 639 Central St A Oshkosh, WI 54901 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3399**

Nonpriority creditor's name and mailing address
**Grant Besse**
**18700 25th Ave N**
**Minneapolis, MN 55447**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$576.45**

---

**3.3400**

Nonpriority creditor's name and mailing address
**Grant Dercks**
**N2317 meadow creek court**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$130.19**

---

**3.3401**

Nonpriority creditor's name and mailing address
**Grant Garrigan**
**W10286 Hogan rd**
**Portage, WI 53901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$134.38**

---

**3.3402**

Nonpriority creditor's name and mailing address
**Grant Kooiker**
**W11819 Blanecae Rd**
**Randolph, WI 53956**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$251.96**

---

**3.3403**

Nonpriority creditor's name and mailing address
**Grant Miller**
**E2202 Glenvale Ct.**
**Waupaca, WI 54981**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$348.57**

---

**3.3404**

Nonpriority creditor's name and mailing address
**Grant Parks**
**M128 n lincoln**
**Marshfield, WI 54449**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$948.68**

---

**3.3405**

Nonpriority creditor's name and mailing address
**Grant Sexton**
**11342 County Road H**
**Gillett, WI 54124**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$306.57**

---

| 3.340 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Grant Woodland**
**1019 Logan ave**
**Sheboygan, WI 53081**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $741.30 |

**Greg Austin**
**2648 75th St NW**
**Rochester, MN 55901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Greg Cleereman**
**131 Reinhard Court**
**Green Bay, WI 54303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.340 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |

**Greg DeBruin**
**516 Lamers Rd**
**Kimberly, WI 54136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |

**Greg Gutzdorf**
**5730 Jurgella Ln**
**Stevens Point, WI 54482**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |

**Greg Johnson**
**225 1st st nw**
**Mason City, IA 50401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Greg Jones**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $512.34 |
|---|---|---|---|

**Greg Lietzke**
4532 Amberwood Ln.
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,030.58 |
|---|---|---|---|

**Greg Manteuffel**
221 Mill St
Little Chute, WI 54140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $942.40 |
|---|---|---|---|

**Greg Munky**
903 Wilson st.
Little Chute, WI 54140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,969.00 |
|---|---|---|---|

**Greg Oppermann**
W3392 Appaloosa Ct
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $781.20 |
|---|---|---|---|

**Greg Peterson**
385 N Main St
Scandinavia, WI 54977

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |
|---|---|---|---|

**Greg Straub**
N6551 Riverview Road
Plymouth, WI 53073

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.88 |
|---|---|---|---|

**Greg Sundberg**
4093 Riverwood Dr
Loves Park, IL 61111

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.342 0 | **$77.69** |

**Nonpriority creditor's name and mailing address**
**Greg Tow**
135 depot st
Vernon Hills, IL 60061

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.342 1 | **$479.85** |

**Nonpriority creditor's name and mailing address**
**greg trammell**
415 market st.
e
La Crosse, WI 54601

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.342 2 | **$252.00** |

**Nonpriority creditor's name and mailing address**
**Greg Wright**
605 Wilson ave
Iron River, MI 49935

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.342 3 | **$261.45** |

**Nonpriority creditor's name and mailing address**
**Greg Zauner**
15171 Pilar rd
Scandia, MN 55073

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.342 4 | **$491.34** |

**Nonpriority creditor's name and mailing address**
**Greg Zerbe**
W4236 SPRUCE DR Watertown,wi
Watertown, WI 53094

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.342 5 | **$76.13** |

**Nonpriority creditor's name and mailing address**
**Gregg Palkowski**
2916 S. Cleveland Park Drive
Milwaukee, WI 53219

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.342 6 | **$176.38** |

**Nonpriority creditor's name and mailing address**
**Gregg Rotter**
730 S. 8th Street
Unit 516
Sheboygan, WI 53081

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**gregg shafer**
**29294 Quinn rd**
**North Liberty, IN 46554**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Gregory Biedscheid**
**509 Waugoo Ave**
**Oshkosh, WI 54901**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Gregory Kernisan**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.63 |
|---|---|---|---|

**GREGORY KOCH**
**W5637 Summit Woods LN**
**Plymouth, WI 53073**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.13 |
|---|---|---|---|

**gregory nichols**
**8733 fremont**
**Westland, MI 48185**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Gregory Paschal**
**305 Lucinda Ln**
**Kernersville, NC 27284**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Gregory Scholten**
**1130 Center Ave**
**Oostburg, WI 53070**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.343<br>4 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Gregory Skemp**
**10102 E Six Corners Rd**
**Whitewater, WI 53190**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,062.88**

---

| | |
|---|---|
| 3.343<br>5 | |

**Nonpriority creditor's name and mailing address**

**Greta Meleen**
**817 S 15th Ave**
**Sturgeon Bay, WI 54235**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$233.07**

---

| | |
|---|---|
| 3.343<br>6 | |

**Nonpriority creditor's name and mailing address**

**Greta Stodieck**
**1000 15th Avenue South**
**Saint Cloud, MN 56301**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$553.88**

---

| | |
|---|---|
| 3.343<br>7 | |

**Nonpriority creditor's name and mailing address**

**gretchen schwanz**
**503 main st**
**Oconto, WI 54153**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$774.38**

---

| | |
|---|---|
| 3.343<br>8 | |

**Nonpriority creditor's name and mailing address**

**Guido Noack**
**4108 N. 30th St.**
**Sheboygan, WI 53083**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$815.33**

---

| | |
|---|---|
| 3.343<br>9 | |

**Nonpriority creditor's name and mailing address**

**Gunnar Hanson**
**E6762 Hanson Lane**
**Westby, WI 54667**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$67.19**

---

| | |
|---|---|
| 3.344<br>0 | |

**Nonpriority creditor's name and mailing address**

**GWEN BRUCHSALER**
**1619 N ONEIDA ST**
**Appleton, WI 54911**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$286.13**

---

| 3.344 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Gwen Laurent**
**W6066 Moonflower Dr**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Gwen Schoenheide**
**1786 Schaefer Circle**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Gwyndelyn Catherine**
**717 Copernicus way**
**Madison, WI 53718**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Haile Domke**
**9247 bell school rd**
**Omro, WI 54963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Hailee Sanford**
**452 Cook St**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Hailey Buth**
**1718 Royal Crown Ct.**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Hailey Gohde**
**618 brittingham ct**
**Portage, WI 53901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |

**Hailey Gunsburg**
**6751 alpine dr**
**West Bend, WI 53090**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Hailey Isaac**
**N7928 State Rd. 26**
**Eldorado, WI 54932**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Hailey Kellen**
**3333 Quaas Drive**
**West Bend, WI 53095**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Hailey Mickelson**
**2323 Nth 5th Street**
**Sheboygan, WI 53083**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Hailey Newsom**
**303 East North Street**
**Rochelle, IL 61068**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |

**Hailey Rusher**
**2264 180th st**
**Fort Dodge, IA 50501**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Hailey Schick**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Hailey Wheaton**
N6518 31st Drive
Weyauwega, WI 54983

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $204.74 |
|---|---|---|---|

**Hailey Wichman**
1107 Newbury st
Ripon, WI 54971

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Haille LaCroix**
5289 pasture ln
Omro, WI 54963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Haily Sankovich**
400 S I Oka Ave.
Mount Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Halee Fritsch**
4718 W. Grand Meadows Dr.
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $438.88 |
|---|---|---|---|

**Haleigh Stephany**
1035 2nd St
Kiel, WI 53042

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Haley Anderson**
W2750 Brown Deer Rd.
Pine River, WI 54965

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $491.34 |
|---|---|---|---|

**Haley Dodd**
7000 south mountain road
Wausau, WI 54401

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Haley Dudei**
3818 Kensington Place
Plover, WI 54467

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Haley Hagen**
1016 Center St
Hartford, WI 53027

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Haley Mason**
650 E. Mckinley
Hinckley, IL 60520

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.65 |
|---|---|---|---|

**Haley Mattacotti**
1803 W Aspen St
Milwaukee, WI 53221

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Haley Minor**
22524 W 72nd St
Lenexa, KS 66227

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Haley Quandt**
N3463 County Road F
Bonduel, WI 54107

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.38 |
|---|---|---|---|

**Haley Rae**
**7358 Shamrock Lane**
**Two Rivers, WI 54241**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Halie Flores**
**6987 Tanglewood Rd**
**San Diego, CA 92111**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Halie Hermsen**
**N2356 Artesian Wa**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Halle Gregorich**
**920 Sixth Street**
**Plover, WI 54467**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.32 |
|---|---|---|---|

**Halley Kenehan-toth**
**317 River Bluff Cir**
**Oconomowoc, WI 53066**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Hallie Lefeber**
**5245 Western Trail**
**Allenton, WI 53002**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Hana Sobczak**
**N9534 Hartford ln**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.347 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Hana Yazdani**
104 Oak Knoll Ct
Fox Lake, IL 60020

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Hanah Walther**
N5106 Kuharski Rd
Princeton, WI 54968

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Hanna Brausen**
407 E. Main St.
Waunakee, WI 53597

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**Hanna Durrstein**
1125 S 8th St
La Crosse, WI 54601

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Hanna Gray**
285 Jensen Ave
Clifton, IL 60927

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.15 |
|---|---|---|---|

**Hanna Langmeier**
7309 State Road 80
Platteville, WI 53818

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Hanna Mertens**
No Address - purchased tickets via PayPa
Washington, IL 61571

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.50 |
| **Hanna Pierre** | ☐ Contingent | |
| **No Address - purchased tickets via PayPa** | ■ Unliquidated | |
| Date(s) debt was incurred  **2019-2020** | ☐ Disputed | |
| | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
| **Hanna Rohrer** | ☐ Contingent | |
| **874 Longwood Dr** | ■ Unliquidated | |
| **Oregon, WI 53575** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $266.18 |
| **Hannah Ball** | ☐ Contingent | |
| **210 S Wright Road** | ■ Unliquidated | |
| **Janesville, WI 53546** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
| **Hannah Becker** | ☐ Contingent | |
| **8S494 Barnes rd.** | ☐ Unliquidated | |
| **Aurora, IL 60506** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $198.73 |
| **Hannah Blank** | ☐ Contingent | |
| **954 Liberty street** | ■ Unliquidated | |
| **Green Bay, WI 54304** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
| **Hannah Blemberg** | ☐ Contingent | |
| **181 Timberlane** | ■ Unliquidated | |
| **Marquette, MI 49855** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| **Hannah Borchert** | ☐ Contingent | |
| **5827 Skaleski Rd** | ☐ Unliquidated | |
| **Denmark, WI 54208** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.19 |
|---|---|---|---|

**Hannah Braun**
W6015 STRAWFLOWER DR
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.88 |
|---|---|---|---|

**Hannah Brewster**
109 Royal Ave
Edgar, WI 54426

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Hannah Brooks**
2347 N. 64th St.
MilwaukeeW, WI 53213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Hannah Brown**
482 Marion road
236
Oshkosh, WI 54901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Hannah Cammack**
228 Olde Pulley Lane
E
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Hannah Dahlke**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Hannah Dietschweiler**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Hannah Doyle**
W4746 super drive
Campbellsport, WI 53010

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Hannah Edwards**
947 Clarendon Ave
Sheridan, WY 82801

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Hannah Farrell**
N8653 Winding Trail Dr
Menasha, WI 54952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Hannah Fravor**
4501 spinnaker court
Fort Worth, TX 76135

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Hannah Furmanski**
284 lind rd
Crystal Falls, MI 49920

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Hannah Gegare**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Hannah Getschman**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Hannah Goodchild**
5216 Fox Hollow Dr
Hartford, WI 53027

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Hannah Grahl**
406 Harrison St
Apt 2
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Hannah Hernandez**
1225 west Taylor street
Appleton, WI 54914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Hannah Hestekin**
W2240 Gentry Drive
Apt #8
Kaukauna, WI 54130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Hannah Juza**
1200 River View Ave
Apt 131
Stevens Point, WI 54481

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Hannah Lancelle**
1249 canterbury rd
Green Bay, WI 54304

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.65 |
|---|---|---|---|

**Hannah Lautenschlaeger**
W145N7120 Northwood Dr
Menomonee Falls, WI 53051

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$428.38** |
| **Hannah Lemke** | ☐ Contingent | |
| **4121 Blue Goose Road** | ■ Unliquidated | |
| **West Bend, WI 53090** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$548.07** |
| **Hannah Maedke** | ☐ Contingent | |
| **1180 Scheuring Road** | ■ Unliquidated | |
| **De Pere, WI 54115** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.19** |
| **Hannah O'dea** | ☐ Contingent | |
| **3015 Rothmore Lane** | ☐ Unliquidated | |
| **Madison, WI 53711** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.24** |
| **Hannah Oliver** | ☐ Contingent | |
| **2726 Shade Tree Ln** | ☐ Unliquidated | |
| **Green Bay, WI 54313** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$409.50** |
| **Hannah Pacini** | ☐ Contingent | |
| **496 Liberator St.** | ■ Unliquidated | |
| **Gwinn, MI 49841** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.96** |
| **Hannah Paquette** | ☐ Contingent | |
| **204 Greenview Dr** | ■ Unliquidated | |
| **Apt 7C** | ☐ Disputed | |
| **Effingham, IL 62401** | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.19** |
| **Hannah Peschek** | ☐ Contingent | |
| **No Address - purchased tickets via PayPa** | ■ Unliquidated | |
| Date(s) debt was incurred **2019-2020** | ☐ Disputed | |
| Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Hannah Peters**
3213 Maple dr.
Prior Lake, MN 55372

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |

**Hannah Pfeifer**
4964 Hwy 175
Hartford, WI 53027

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.352 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Hannah Schmitt**
W1297 MacArthur Rd
Rubicon, WI 53078

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.352 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |

**Hannah Silloway**
290 ripon rd Berlin
Berlin, WI 54923

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.352 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |

**Hannah Stout**
2820 Polk st ne
Minneapolis, MN 55418

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.352 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Hannah Strupp**
4424 Kettle Moraine Rd.
Slinger, WI 53086

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.352 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |

**Hannah Thom**
N7246 State Highway 45
Deerbrook, WI 54424

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.352 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $779.07 |
|---|---|---|---|

**Hannah Thyrion**
**399 south Marr street**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,016.40 |
|---|---|---|---|

**Hannah Towne**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Hannah Wutke**
**Hannah Wutke**
**Muskego, WI 53150**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.50 |
|---|---|---|---|

**Hansen Hillmer**
**W310S687 Maple Avenue**
**Waukesha, WI 53188**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,900.00 |
|---|---|---|---|

**Harley Davidson Appleton**
**5322 W. Clairmont Dr.**
**Appleton, WI 54913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **2020 sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.65 |
|---|---|---|---|

**Harley Ericksen**
**150 N Main st**
**Apt 4**
**Pardeeville, WI 53954**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Harli LaPointe**
**N7506 US Highway 41**
**Ingalls, MI 49848**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,252.13 |
|---|---|---|---|

**Harold Grimes**
4909 S Baneberry Dr
Sioux Falls, SD 57106

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630.00 |
|---|---|---|---|

**Harold Omarrah**
423 Parkview Drive
Johnson Creek, WI 53038

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Harrison Bingham**
101 Knoll Ct
Rosendale, WI 54974

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Harrison Campbell**
1803 Bristlecone Drive
Hartland, WI 53029

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Harvey Jones**
2149 hwy 80
Wisconsin Rapids, WI 54495

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.48 |
|---|---|---|---|

**Havana Crook**
337 south river blvd
1
Plymouth, WI 53073

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Haven Simonich**
W5372 St. Rd. 28
Waldo, WI 53093

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Hayden Herrig**
55 27th St. NW
Cedar Rapids, IA 52405

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Hayden Hopfensperger**
3834 county road P
Junction City, WI 54443

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Hayden Johnson**
4537 amber place
West Bend, WI 53095

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.88 |
|---|---|---|---|

**Hayden Kupsh**
1955 Evans Drive
Green Bay, WI 54304

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Hayden Lackas**
440 maple court
Campbellsport, WI 53010

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Hayden Latsch**
165 East Railroad St
Verona, WI 53593

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Hayden Ostertag**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Haydon Cowan**
5340 Oak Forest Drive
Racine, WI 53406

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |
|---|---|---|---|

**Haylee Van Allen**
P.O box 219
Cecil, WI 54111

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $548.03 |
|---|---|---|---|

**Hayley Cawley**
235 S Rural St.
Hartford, WI 53027

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Hayley Johnson**
4535 West Blue Mound Court
Milwaukee, WI 53208

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Hayley Schroeder**
S52W23650 Partridge Lane
Waukesha, WI 53189

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.68 |
|---|---|---|---|

**Hayley Skalecki**
3347 Wiggins Way
Green Bay, WI 54311

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Hayley Tesch**
612 e. Cook st
A
Portage, WI 53901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.13 |
|---|---|---|---|

**Heather Antoniewicz**
**2206 Rockledge Rd**
**Mishicot, WI 54228**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.88 |
|---|---|---|---|

**Heather Bartelt**
**4245 State Rd 44**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.45 |
|---|---|---|---|

**Heather Bishop**
**115 Cassil St**
**Mount Vernon, OH 43050**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Heather Cherney**
**N3949 Washington Avenue**
**Apt. 1**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**HEATHER CLARK**
**704 lamers road**
**Kimberly, WI 54136**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Heather Cross**
**1336 Elizabeth Ave**
**Marinette, WI 54143**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,231.13 |
|---|---|---|---|

**Heather Danielson**
**1270 CARDINAL LN**
**APARTMENT A**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Nonpriority creditor's name and mailing address**

**Heather DuCoty**
**3423 Sheppard drive**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

**3.3561**

**Nonpriority creditor's name and mailing address**

**Heather Feldt**
**E3142 Bunker Rd**
**Waupaca, WI 54981**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$807.45

---

**3.3562**

**Nonpriority creditor's name and mailing address**

**Heather Ferber**
**3420 Sunny View Lane**
**Brookfield, WI 53005**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$260.38

---

**3.3563**

**Nonpriority creditor's name and mailing address**

**Heather Greene**
**105 Lane St.**
**Morganton, NC 28655**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$803.25

---

**3.3564**

**Nonpriority creditor's name and mailing address**

**Heather Herb**
**N5575 Second St.**
**Shiocton, WI 54170**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$201.57

---

**3.3565**

**Nonpriority creditor's name and mailing address**

**Heather Hughes**
**N 1622 Gladwater beach rd**
**Malone, WI 53049**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$585.38

---

**3.3566**

**Nonpriority creditor's name and mailing address**

**Heather Ironside**
**1830 bear paw trail**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.19

---

| 3.3567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Heather Johnson**
W5578 State Highway 144
Random Lake, WI 53075

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.25 |
|---|---|---|---|

**Heather Kessler**
275 E River Drive
11
Antigo, WI 54409

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Heather Kies**
6750 County Road R
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Heather Kohl**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Heather Kratz**
W3010 GEM RD
Montello, WI 53949

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|

**Heather Krause**
W3200 County Road PP
Sheboygan Falls, WI 53085

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Heather Lemke**
14733 W Speich Rd
Orfordville, WI 53576

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.88 |
|---|---|---|---|

**HEATHER MUELLER**
809 North Drew
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.96 |
|---|---|---|---|

**Heather Murray**
42 River Ln
Clintonville, WI 54929

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

**Heather Oemig**
703 Rio Grande Dr.
Merrill, WI 54452

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Heather Pershing**
540 Clay Rd
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**HEATHER PHELAN**
2310 N CLARK ST
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.18 |
|---|---|---|---|

**Heather Price**
1004 webber
La Porte, IN 46350

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.38 |
|---|---|---|---|

**HEATHER SCHEFFLER**
N 9593 Ana Court
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,503.73 |
|---|---|---|---|

**Heather Schultz**
177900 Pine View Rd
Birnamwood, WI 54414

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.358 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Heather Schumacher**
1555 n McCarthy rd
9
Appleton, WI 54913

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.358 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Heather Selin**
1725 Robin Ave
K14
Oshkosh, WI 54902

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.358 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Heather Smith**
1549 Sanders st
Oshkosh, WI 54902

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.358 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Heather Tuma**
655 Village Green Way
Unit 210
West Bend, WI 53090

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.358 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Heather Woelfel**
1614 Penny Lane
Little Chute, WI 54140

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.358 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.08 |
|---|---|---|---|

**Heaven Brady**
219 Walker Dr
Bolingbrook, IL 60440

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

Official Form 206 E/F
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page **513** of **1376**

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 513 of 1376

| 3.358 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Heidi Harms**
1012  Euro a Ridge Dr
Aurora, IL 60506

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.88 |
|---|---|---|---|

**Heidi Honaker**
335 Glendale Ave
Rockford, IL 61108

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**Heidi Horejs**
883 County Road Z
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Heidi Loppnow**
W1555 Northside Drive
Oconomowoc, WI 53066

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.23 |
|---|---|---|---|

**Heidi Lueck**
135 N. Farmer St.
Princeton, WI 54968

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Heidi Okreglicki**
2201 Shadowview Circle
Plover, WI 54467

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Heidi Ourada-farah**
325 W Main St
Little Chute, WI 54140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.359 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,722.97 |
|---|---|---|---|

**HEIDI Piette**
**1502 Flicker Trl**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $687.75 |
|---|---|---|---|

**Heidi Radosevich**
**2011 Golden Bell Drive**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.96 |
|---|---|---|---|

**Heidi Schneider**
**240 McKinley St**
**Fond Du Lac, WI 54937**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Heidi Schoenfeldt**
**2953 Wyldewood Road**
**Oshkosh, WI 54904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.96 |
|---|---|---|---|

**Heidi Sweet**
**2642 Shorehaven Lane**
**Oshkosh, WI 54904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Helena Buttke**
**157 East Waushara Street**
**Berlin, Wi 54923**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Henry Hoffman**
**25 N 11th St**
**Oostburg, WI 53070**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,500.00 |
|---|---|---|---|

**Herrling Clark Law Firm**
**800 Lynndale Drive**
**Appleton, WI 54914**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **sponsorship 2020**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Hilary Dunn**
**3065 Roundabout Ct**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,229.68 |
|---|---|---|---|

**Hilary Kendhammer**
**N3640 Peters road**
**La Crosse, WI 54601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Hillary Heim**
**19309 West Mound Rd**
**Platteville, WI 53818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Hillary Taylor**
**906 West 20 Mile Rd**
**Sault Sainte Marie, MI 49783**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Holley Wolke**
**1213 Magnolia Ave**
**Oshkosh, WI 54902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.90 |
|---|---|---|---|

**Hollie Zwiers**
**431 s military rd**
**Stockbridge, WI 53088**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Holly Brasch**
213 Lincoln Avenue
Reeseville, WI 53579

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435.75 |
|---|---|---|---|

**Holly Feistner**
PO Box 73
Woonsocket, SD 57385

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $761.77 |
|---|---|---|---|

**Holly Handt**
W1804 State Hwy. 54
Seymour, WI 54165

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.70 |
|---|---|---|---|

**Holly Hanson**
N1829 Reimer Ct.
Greenville, WI 54942

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,556.10 |
|---|---|---|---|

**Holly Hilke**
W617 East Waushara St
Berlin, WI 54923

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |
|---|---|---|---|

**Holly Hotchkiss**
201 Plantation Club Dr
601
Melbourne, FL 32940

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
|---|---|---|---|

**Holly Nickel**
941 London St
Menasha, WI 54952

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Holly Okkerse**
930 S Oxford Avenue
2
Sturgeon Bay, WI 54235

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.74 |
|---|---|---|---|

**Holly Pogliano**
13433 N Harma Rd
Hurley, WI 54534

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Holly Vargas**
8429 North Brockway Road
Yale, MI 48097

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.46 |
|---|---|---|---|

**Holly Wilmer**
6710 Schroeder Rd #3
Madison, WI 53711

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Hope Clark**
E8182cty rd o
Clintonville, WI 54929

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Hope Kephart**
3750 Purple Crest Court
Oshkosh, WI 54901

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.69 |
|---|---|---|---|

**Hope Minton**
16322 Dakota Rd
Lanse, MI 49946

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $523.95 |

**Hrley Hall**
9 3rd ave ne
Oelwein, IA 50662

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.362 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |

**Hunter Baar**
1143 green acres lane
Neenah, WI 54956

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.362 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Hunter Blank**
502 keyes st
Menasha, WI 54952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.362 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,556.10 |

**Hunter Christensen**
3812 cty road B
Wisconsin Dells, WI 53965

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.362 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |

**Hunter Clark**
723 West Lincoln St Apt 11
11
Waupun, WI 53963

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.362 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |

**Hunter Elsner**
2241 Brick Dr
Green Bay, WI 54303

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.362 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Hunter Engelhardt**
N5865 county road y
Fond Du Lac, WI 54937

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.363 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.48 |
|---|---|---|---|

**Hunter Frye**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Hunter Hass**
**4213 North shore Drive**
**Oshkosh, WI 54901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Hunter Keeley**
**1107 Anderson Dr.**
**#32**
**Green Bay, WI 54034**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.88 |
|---|---|---|---|

**Hunter Kussow**
**7151 County Road D**
**Greenleaf, WI 54126**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.48 |
|---|---|---|---|

**Hunter Laabs**
**9 south 4th ave**
**Winneconne, WI 54986**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Hunter Lade**
**1524 west marhill rd**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Hunter Matthew Ackerman**
**2965 red fox run**
**109**
**Portage, WI 53901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Hunter Phillips**
W 2650 Morgan rd.
#2
Cambria, WI 53923

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.363 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Hunter Raeck**
W7655 State Highway 54
Shiocton, WI 54170

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.363 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Hunter Svoboda**
534 Menlo Park Rd
Green Bay, WI 54302

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Hunter Thompson**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $877.72 |
|---|---|---|---|

**Ian Bell**
219 Front St.
Pulaski, WI 54162

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.50 |
|---|---|---|---|

**Ian Huebner**
564 south Huron rd
Apt 30
Green Bay, WI 54311

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Ian Moriarty**
850 Eastwind Drive
New Lenox, IL 60451

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 521 of 1376

| 3.364<br>4 | Nonpriority creditor's name and mailing address<br>**Ian Reynolds**<br>**45 W MAIN ST**<br>**Robins, IA 52328**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$607.96** |
|---|---|---|---|

| 3.364<br>5 | Nonpriority creditor's name and mailing address<br>**Ian Schiefelbein**<br>**2108 Memorial Dr**<br>**110**<br>**Green Bay, WI 54303**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$555.40** |
|---|---|---|---|

| 3.364<br>6 | Nonpriority creditor's name and mailing address<br>**Ian Vandergrinten**<br>**N3691 Maple Lane**<br>**Fond Du Lac, WI 54937**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$233.07** |
|---|---|---|---|

| 3.364<br>7 | Nonpriority creditor's name and mailing address<br>**ian white**<br>**978 Kellogg st**<br>**Green Bay, WI 54303**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$218.38** |
|---|---|---|---|

| 3.364<br>8 | Nonpriority creditor's name and mailing address<br>**Ina Hart**<br>**510 Ashland St N**<br>**Cambridge, MN 55008**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$500.85** |
|---|---|---|---|

| 3.364<br>9 | Nonpriority creditor's name and mailing address<br>**Indya Stevens**<br>**No Address - purchased tickets via PayPa**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$319.73** |
|---|---|---|---|

| 3.365<br>0 | Nonpriority creditor's name and mailing address<br>**Ioline Nitzske**<br>**N8789 State Hwy 187**<br>**Shiocton, WI 54170**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$134.38** |
|---|---|---|---|

| 3.365.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.96 |

**Ireland Grenlie**
931 White Oak Dr
Waupaca, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |

**Irik Lloyd**
311 Linwood Lane
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |

**Isaac Jordan**
N6247 COUNTY RD E
De Pere, WI 54115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |

**Isaac Weed**
No Address - purchased tickets via PayPa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |

**Isabel Dunsmore**
2015 Bristol ct
Naperville, IL 60565

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |

**Isabel Martinez**
2417 Patch St.
Stevens Point, WI 54481

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Isabella Berger**
2313 17th Ave
Menominee, MI 49858

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.13 |

**Isabella Denk**
711A S 24th street
Manitowoc, WI 54220

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.365 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |

**Isabella Denk**
711A S. 24th Street
Manitowoc, WI 54220

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.366 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Isabella Meyer**
1611 McIntosh Court
Little Chute, WI 54140

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.366 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Isabella Sinnaeve**
624 Pin Oak Rd
Rockton, IL 61072

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.366 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Isabelle Gannon**
1926 W. Wisconsin Ave
Apt 644
Milwaukee, WI 53233

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.366 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Isabelle Groeschel**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.366 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |

**Isaiah Genrich**
245775 sunrise rd
Wausau, WI 54403

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.366 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.75 |
|---|---|---|---|

**Ismael Acevedo**
**E9943 Country Lane Acres**
**Clintonville, WI 54929**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.28 |
|---|---|---|---|

**Ismael Meshinesh**
**3635 Cherryvale Avenue**
**13**
**Appleton, WI 54913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Ismael Mussa**
**4664 West U.S. Highway 20**
**La Porte, IN 46350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,089.38 |
|---|---|---|---|

**Israel Chouinard**
**N2641 Woodland Cir**
**Waupaca, WI 54981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Israel Reboyedo**
**1518 S 8TH ST**
**Sheboygan, WI 53081**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Ivan Lee**
**507 Nicolet Blvd.**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |
|---|---|---|---|

**Iviana Sanchez**
**6812 N Wayne Ave**
**4A**
**Chicago, IL 60626**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.367
2**

**Nonpriority creditor's name and mailing address**

**Izaya Bengry**
**204 Reservation Street**
**Hancock, MI 49930**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$315.00

---

**3.367
3**

**Nonpriority creditor's name and mailing address**

**Izzy Hackel**
**2068 17th Ave**
**Rice Lake, WI 54868**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$288.23

---

**3.367
4**

**Nonpriority creditor's name and mailing address**

**Jacalyn Ruhde**
**W5490 Timber Ln**
**New Glarus, WI 53574**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$1,743.00

---

**3.367
5**

**Nonpriority creditor's name and mailing address**

**Jace Braun**
**1109 Minnesota Ave**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$141.23

---

**3.367
6**

**Nonpriority creditor's name and mailing address**

**Jace Grugel**
**204 15th AVE SE**
**Jamestown, ND 58401**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$418.95

---

**3.367
7**

**Nonpriority creditor's name and mailing address**

**jacelyn ripp**
**4519 diamond dr**
**Deforest, WI 53532**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$392.65

---

**3.367
8**

**Nonpriority creditor's name and mailing address**

**Jaci Mannisto**
**1103 Grande Oaks Lane**
**De Pere, WI 54115**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.3679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.38 |
|---|---|---|---|

**Jacinda Freitag**
2508 Hamilton st
Manitowoc, WI 54220

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Jack Anderson**
N1752 Ivy Lane
Greenville, WI 54942

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Jack Campbell**
2537 N Campbell Avenue
Apartment 1
Chicago, IL 60647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**Jack Desens**
W9257 County Rd F
Bear Creek, WI 54922

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.63 |
|---|---|---|---|

**JACK DODD**
5825 Main Street
Butte Des Morts, WI 54927

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Jack Holland**
406 W 14th Ave
Oshkosh, WI 54902

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $869.41 |
|---|---|---|---|

**Jack Kealey**
919 S Sawyer St
Oshkosh, WI 54902

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.368 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Jack Kittel**
514 s Dryden st
C
Hart, MI 49420

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.368 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $460.94 |
|---|---|---|---|

**Jack Leisner**
2304 South Kernan Avenue
Appleton, WI 54915

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.368 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**jack lincoln**
2710 bartels dr
Racine, WI 53406

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.368 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $431.55 |
|---|---|---|---|

**Jack Mui**
1475 Tullar Road 5
Neenah, WI 54956

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.369 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jack Peterson**
737 Audubon road
Sheboygan, WI 53083

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.369 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Jack Pluta**
1058 Hickory Hill Pkwy W
Hubertus, WI 53033

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.369 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $214.19 |
|---|---|---|---|

**Jack Porter**
2324 Wintergreen Drive
Appleton, WI 54914

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.369 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.19 |
|---|---|---|---|

**Jack Rossato**
600 east d street
Iron Mountain, MI 49801

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jack Schroeder**
20101 31st
Bristol, WI 53104

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jack Steinhardt**
N3183 Rock Road
Cascade, WI 53011

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.98 |
|---|---|---|---|

**Jack Wright**
2133 Blue Heron Dr
Delavan, WI 53115

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.23 |
|---|---|---|---|

**Jacki Callies**
W6965 Kenyon rd
Oakfield, WI 53065

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Jacki Simon**
1001 Bay Shore Dr
107
Oshkosh, WI 54901

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.41 |
|---|---|---|---|

**Jackie Bartz**
1722 Glenwood Dr
Oshkosh, WI 54904

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Jackie Gelhar**
3285 Waubenoor Drive
Green Bay, WI 54301

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.370 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.38 |
|---|---|---|---|

**Jackie Karch**
7875 Standing Rocks Road
Stevens Point, WI 54482

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.370 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Jackie Ketola**
25963 Cedar St
Calumet, MI 49913

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.370 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jackie Krupp**
32 Aurora Lane
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.370 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jackie Pintar**
118 Greenland Rd
Ontonagon, MI 49953

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.370 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Jackie Ronsman**
2788 Monaco Dr
Green Bay, WI 54311

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.370 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Jackie Schweitzer**
1798 American Eagel Drive
Slinger, WI 53086

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.370 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,590.75 |
|---|---|---|---|

**Jackie Swille - Arnold**
W5634 US Highway 2
Hermansville, MI 49847

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $539.65 |
|---|---|---|---|

**Jackie Teske**
204 w south st
London Mills, IL 61544

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,865.33 |
|---|---|---|---|

**Jackie Van Haren**
3346 Good Ln.
Abrams, WI 54101

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jackie Yenter**
2745 Havenwood Drive
B
Oshkosh, WI 54904

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Jackson Berner**
57 West Cotton Street
Fond Du Lac, WI 54935

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |
|---|---|---|---|

**Jackson Boreson**
3225 S 84th St
Apt 2
Milwaukee, WI 53227

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.65 |
|---|---|---|---|

**Jackson Boulanger**
1162 state highway 32
Pulaski, WI 54162

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.371 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Jackson Faller**
P.O Box 502
Arnegard, ND 58835

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jackson Mangold**
N7933windsongct.
Sherwood, WI 54169

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $539.65 |
|---|---|---|---|

**Jacky Leverance**
1340 harris drive
Waukesha, WI 53186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.38 |
|---|---|---|---|

**Jaclyn Mayer**
517 Lacona Ct
Green Bay, WI 54313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.23 |
|---|---|---|---|

**Jacob Andrastek**
1322 S Buchanan St
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jacob Ayers**
772 S. Main St
Oregon, WI 53575

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Jacob Becker**
N168W21700 Main Street
Lot 135
Jackson, WI 53037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 532 of 1376

| 3.372 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Jacob Bernetzke**
PO Box 425
Cassville, WI 53806

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
|---|---|---|---|

**Jacob Boening**
180 north wisconsin street
3
Berlin, WI 54923

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jacob Burnette**
3610 east oak wood rd
Oak Creek, WI 53154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Jacob Button**
W2091 Stanelle Rd
Brillion, WI 54110

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jacob Canner**
N8001 Creekside Drive
Sherwood, WI 54169

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jacob Coleman**
1720 Frank St
Green Bay, WI 54304

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jacob Day**
2200 Severn Ave.
Apt. P301
Metairie, LA 70001

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Derouin**
**10365 Plum Tree Cir**
**Apt 206**
**Hales Corners, WI 53130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$177.45**

---

| 3.372 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Dietrich**
**817 LANDIS ST**
**Collins, WI 54207**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$272.96**

---

| 3.373 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Dillman**
**1516 Cedarhurst Drive**
**New London, WI 54961**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$336.00**

---

| 3.373 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Erickson**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$176.38**

---

| 3.373 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Gabe**
**1886 VERLIN RD**
**Apt 7**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$264.57**

---

| 3.373 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Grant**
**1742 Lakeview Ave**
**South Milwaukee, WI 53172**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$449.34**

---

| 3.373 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Halada**
**6290 irish road**
**Denmark, WI 54208**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$286.13**

---

| 3.373 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Jacob Hansen**
5135 Elmgate Dr
Rockford, IL 61101

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.373 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,234.76 |
|---|---|---|---|

**Jacob Holm**
3217 W Tillman St.
Appleton, WI 54914

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.373 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Jacob Jarosch**
29 south Seymour street
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.373 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jacob Kaszuba**
1922 Indian Point Road
Oshkosh, WI 54901

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.373 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jacob Kelly**
803 s 48th ave
11
Wausau, WI 54401

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.374 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.88 |
|---|---|---|---|

**Jacob Kneringer**
1603 S Nicolet Rd
Apt. 10
Appleton, WI 54914

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.374 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,897.35 |
|---|---|---|---|

**Jacob Kobasic**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.374 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Jacob Kooiman**
**4105 46th Avenue NW**
**Apt. 124**
**Rochester, MN 55901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Jacob Lafave**
**e2204 collegiate rd**
**Denmark, WI 54208**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204.23 |
|---|---|---|---|

**Jacob Larson**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.374 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $836.85 |
|---|---|---|---|

**Jacob Last**
**1803 MAPLEWOOD AVE**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $263.55 |
|---|---|---|---|

**Jacob Lawrenz**
**414 North Lafayette**
**Shawano, WI 54166**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Jacob Lewis**
**318 Woodford Dr**
**West Bend, WI 53090**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jacob Loehr**
**549 Evergreen Terrace**
**Kewaskum, WI 53040**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 536 of 1376

| 3.374 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.28 |
|---|---|---|---|

**Jacob Long**
624 David Ave
Sheboygan Falls, WI 53085

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Jacob Loomis**
46516 Galaxy Avenue
Harris, MN 55032

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jacob Massonet**
2051 Fenway Ct
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.53 |
|---|---|---|---|

**Jacob Mcneely**
N2703 Raymond Dr
Lodi, WI 53555

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jacob Miller**
1418 curry road
Norway, MI 49870

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $806.38 |
|---|---|---|---|

**Jacob Moeller**
19073 Route 208
PO BOX 14
Fryburg, PA 16326

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,016.40 |
|---|---|---|---|

**Jacob Morris**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 6 | **Nonpriority creditor's name and mailing address** **Jacob Neubauer** **No Address - purchased tickets via PayPa** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed **Basis for the claim:**  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$98.69** |
|---|---|---|---|

| 3.375 7 | **Nonpriority creditor's name and mailing address** **Jacob Niemeyer** **3300 East Lake Park Crossing** **#105** **Appleton, WI 54915** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed **Basis for the claim:**  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$414.23** |
|---|---|---|---|

| 3.375 8 | **Nonpriority creditor's name and mailing address** **Jacob Owens** **No Address - purchased tickets via PayPa** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed **Basis for the claim:**  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$414.23** |
|---|---|---|---|

| 3.375 9 | **Nonpriority creditor's name and mailing address** **Jacob Place** **305 4th Ave N** **Dakota City, IA 50529** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed **Basis for the claim:**  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$621.08** |
|---|---|---|---|

| 3.376 0 | **Nonpriority creditor's name and mailing address** **Jacob Romberg** **125 school Ct.** **Shawano, WI 54166** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed **Basis for the claim:**  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$564.88** |
|---|---|---|---|

| 3.376 1 | **Nonpriority creditor's name and mailing address** **Jacob Rosenmeier** **821 Oregon Parks Ave** **Oregon, WI 53575** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed **Basis for the claim:**  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$67.19** |
|---|---|---|---|

| 3.376 2 | **Nonpriority creditor's name and mailing address** **Jacob Schraufnagel** **3190 Slinger Road** **Slinger, WI 53086** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed **Basis for the claim:**  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$77.69** |
|---|---|---|---|

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 538 of 1376

| 3.376 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Steier**
**N1836 Schoenborn Rd**
**Chilton, WI 53014**

Date(s) debt was incurred   2019-2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$119.69

---

| 3.376 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Steinberg**
**415 E Ellifson**
**Iola, WI 54945**

Date(s) debt was incurred   2019-2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$151.73

---

| 3.376 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Strobl**
**W235S5955 Big Bend Rd.**
**Waukesha, WI 53189**

Date(s) debt was incurred   2019-2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$134.38

---

| 3.376 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Sukowaty**
**W3717 County Rd V**
**Sheboygan Falls, WI 53085**

Date(s) debt was incurred   2019-2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.376 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Treleven**
**845 security drive apt. Bb302**
**BB 302**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred   2019-2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$151.73

---

| 3.376 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Tyler**
**1118 Fremont st**
**Kiel, WI 53042**

Date(s) debt was incurred   2019-2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.376 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jacob Van Zeeland**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred   2019-2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$251.96

---

| 3.377 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.23 |
|---|---|---|---|

**Jacob Vaughn**
1125A Geele Avenue
Sheboygan, WI 53083

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Jacob Weymouth**
2115 Alpne Way
Plainfield, IL 60586

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.48 |
|---|---|---|---|

**Jacob Young**
E9590 Church Road
New London, WI 54961

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.89 |
|---|---|---|---|

**Jacobson Jacobson**
400 West C Street
Iron Mountain, MI 49801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $716.10 |
|---|---|---|---|

**Jacque Bohrmueller**
203 fairway dr
8
Columbus, WI 53925

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.23 |
|---|---|---|---|

**Jacque Cantu**
1232 s 8th st
Manitowoc, WI 54220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Jacque Cramer**
308 W. Lake St.
Chilton, WI 53014

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 540 of 1376

| 3.377 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**3.377 7**

Nonpriority creditor's name and mailing address

**Jacque Dorschner**
**5438 LONG CT**
**Appleton, WI 54914**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$803.25

---

**3.377 8**

Nonpriority creditor's name and mailing address

**Jacque KRAUSE**
**N9415 CTY RD DD**
**Pickerel, WI 54465**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$149.63

---

**3.377 9**

Nonpriority creditor's name and mailing address

**Jacqueline Damrow**
**311 Arbor Ridge Drive**
**Delavan, WI 53115**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$93.44

---

**3.378 0**

Nonpriority creditor's name and mailing address

**Jacqueline Korth**
**W5967 Deer View Rd**
**Black Creek, WI 54106**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

**3.378 1**

Nonpriority creditor's name and mailing address

**Jacqueline Mccarthy**
**522 Lake Ave**
**Quinnesec, MI 49876**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$157.48

---

**3.378 2**

Nonpriority creditor's name and mailing address

**Jacqueline Moreno**
**1610 West Jarvis, 1C**
**Chicago, IL 60626**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

**3.378 3**

Nonpriority creditor's name and mailing address

**Jacqueline Nikoleit**
**W172N9175 Shady LN**
**#408**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$803.25

---

| 3.378 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Jacquelyn Harmel**
2748 Omaha Dr
Janesville, WI 53546

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.378 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jacques Beaupre-Wolford**
314 Leeland
1
Green Bay, WI 54303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.378 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jacquie Chippeaux**
2412 W Roselawn Drive
Appleton, WI 54914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.378 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.38 |
|---|---|---|---|

**Jacquilynne Ormond**
212 east walnut street
North Freedom, WI 53951

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.378 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jacy Baran**
W1818 Nauman Road
Cecil, WI 54111

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.378 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Jacy Olszewski**
1360 Plank Rd
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.379 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jada Helms**
N4658 Hwy 55
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.379 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jada Olmeda**
**800 Royalton St**
**Waupaca, WI 54981**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.379 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.88 |
|---|---|---|---|

**Jade Jackson**
**8115 county road AG**
**Lena, WI 54139**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.379 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.50 |
|---|---|---|---|

**Jade Koenings**
**P.O.Box 3405**
**Oshkosh, WI 54903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.379 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Jade Meiselwitz**
**1742 n outagamie st**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.379 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Jade Perrone**
**W1684 state highway 54**
**Seymour, WI 54165**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.379 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,982.34 |
|---|---|---|---|

**Jade Smart**
**5100 44th ave s**
**211**
**Fargo, ND 58104**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.379 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jade Unger**
**249 N German St**
**Mayville, WI 53050**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.3798** | |

**Nonpriority creditor's name and mailing address**

**Jade Wartgow**
n51W16532 Fair Oak Parkway
Menomonee Falls, WI 53051

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$67.19

---

| | |
|---|---|
| **3.3799** | |

**Nonpriority creditor's name and mailing address**

**Jaden Buske**
103 Highland Ct
Columbus, WI 53925

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$251.96

---

| | |
|---|---|
| **3.3800** | |

**Nonpriority creditor's name and mailing address**

**Jaden Geffers**
117 N 6th Avenue
Winneconne, WI 54986

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$261.45

---

| | |
|---|---|
| **3.3801** | |

**Nonpriority creditor's name and mailing address**

**Jaden Rose**
W5415 Wisconsin Drive
Elkhorn, WI 53121

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$372.75

---

| | |
|---|---|
| **3.3802** | |

**Nonpriority creditor's name and mailing address**

**Jaden Schmidt**
N9430 cumberland dr.
Appleton, WI 54916

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$553.88

---

| | |
|---|---|
| **3.3803** | |

**Nonpriority creditor's name and mailing address**

**Jaden Spears**
410 white oaks ct.
Green Lake, WI 54941

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$57.75

---

| | |
|---|---|
| **3.3804** | |

**Nonpriority creditor's name and mailing address**

**Jaden West**
630 county rd
Negaunee, MI 49866

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

$77.69

---

| 3.380 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Jaden Wirtz**
**No Address - purchased tickets via PayPa**
Plymouth, WI 53073

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.380 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Jaden Young**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.380 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |

**Jadon Motquin**
**1366 orlando dr**
**Green Bay, WI 54313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.380 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |

**Jadyn Georgenson**
**6901 Wagon Wheel Road**
**Manitowoc, WI 54220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.380 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Jadyn Nienhaus**
**n462 mapleridge dr**
**Appleton, WI 54915**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.381 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**jaedyn mcinnis**
**3400 N Maryland Avenue**
**Milwaukee, WI 53211**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.381 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Jaeger Pavlik**
**1521 day street greenleaf**
**Wrightstown, WI 54180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.381 2 | Nonpriority creditor's name and mailing address | | $418.95 |
|---|---|---|---|

**Jaicee Smith**
6550 East River Road
113
Minneapolis, MN 55432

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 3 | Nonpriority creditor's name and mailing address | | $251.96 |
|---|---|---|---|

**Jaida Gerrits**
2731 Meadowview st
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 4 | Nonpriority creditor's name and mailing address | | $98.69 |
|---|---|---|---|

**Jaiden Wicinsky**
5776 Indian Shores Road
Winneconne, WI 54986

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 5 | Nonpriority creditor's name and mailing address | | $130.19 |
|---|---|---|---|

**Jaiden Williams**
3760 Copper Oak Circle
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 6 | Nonpriority creditor's name and mailing address | | $479.85 |
|---|---|---|---|

**Jaime Briquelet**
4551 Washburn Ave N
Minneapolis, MN 55412

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 7 | Nonpriority creditor's name and mailing address | | $722.38 |
|---|---|---|---|

**Jaime Ganas**
1802 Burr Oak Ct
Waukesha, WI 53189

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 8 | Nonpriority creditor's name and mailing address | | $807.45 |
|---|---|---|---|

**Jaime Grailer**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 9 | Nonpriority creditor's name and mailing address **Jaime Kleikamp** N 14586 County Rd 553 Wilson, MI 49896 | As of the petition filing date, the claim is: Check all that apply. | $814.76 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 0 | Nonpriority creditor's name and mailing address **Jaime Kusch** 1679 Badger St. Green Bay, WI 54303 | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 1 | Nonpriority creditor's name and mailing address **Jaime Newling** 214 E. Harris st. Appleton, WI 54911 | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 2 | Nonpriority creditor's name and mailing address **Jaime ostrander** 3021 Maple Drive Apt B Plover, WI 54467 | As of the petition filing date, the claim is: Check all that apply. | $427.31 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 3 | Nonpriority creditor's name and mailing address **Jaime ostrander** 3021 Maple Drive Apt B Plover, WI 54467 | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 4 | Nonpriority creditor's name and mailing address **Jaime Reese** 1275 pheasant creek dr Oshkosh, WI 54904 | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 5 | Nonpriority creditor's name and mailing address **Jaimie Kitchen** 1228 10th Ave Friendship, WI 53934 | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.382 6 | **Nonpriority creditor's name and mailing address**<br>**Jaired Blaine**<br>**1315 baillie lane sw**<br>**Altoona, IA 50009**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$876.75** |
| 3.382 7 | **Nonpriority creditor's name and mailing address**<br>**Jake Beyer**<br>**5046 Island View Drive**<br>**Oshkosh, WI 54901**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$708.75** |
| 3.382 8 | **Nonpriority creditor's name and mailing address**<br>**Jake Brust**<br>**435 W Aspen Drive**<br>**Unit 15**<br>**Oak Creek, WI 53154**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$512.34** |
| 3.382 9 | **Nonpriority creditor's name and mailing address**<br>**Jake Buchner**<br>**2312 Kellner Street**<br>**Manitowoc, WI 54220**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$67.19** |
| 3.383 0 | **Nonpriority creditor's name and mailing address**<br>**Jake Ellis**<br>**1736 Dakota Drive N**<br>**305**<br>**Fargo, ND 58102**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$172.19** |
| 3.383 1 | **Nonpriority creditor's name and mailing address**<br>**Jake Farris**<br>**910 Sunray Ct**<br>**Sartell, MN 56377**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$1,278.90** |
| 3.383 2 | **Nonpriority creditor's name and mailing address**<br>**Jake Guth**<br>**5584 Dequaine Lane**<br>**New Franken, WI 54229**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$67.19** |

| 3.383 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |

**Jake Herlache**
805 Longview ave
Green Bay, WI 54301

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |

**Jake Heynis**
5227 13th ave
Apt. 1304
Kenosha, WI 53140

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.50 |

**Jake Horder**
S66W12740 Somerset Dr
Muskego, WI 53150

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Jake Kaltenberg**
5579 easy street
Waunakee, WI 53597

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Jake Kessenich**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204.74 |

**Jake Leiterman**
3012 Holland Road
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Jake Lukas**
1012 Dickhoff dr
Milton, WI 53563

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $261.45 |
|---|---|---|---|

**Jake Oneil**
**1713 Arnold drive**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $151.19 |
|---|---|---|---|

**Jake Rodman**
**424 south 30th street**
**Escanaba, MI 49829**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $261.45 |
|---|---|---|---|

**Jake Rodriguez**
**715 E Reinel st**
**Apt #2**
**Jefferson, WI 53549**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.384 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67.19 |
|---|---|---|---|

**Jake Schramm**
**W1631 Rustic woods ct.**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.384 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $717.68 |
|---|---|---|---|

**Jake Shavlik**
**247 Linwood Terrace**
**West Bend, WI 53095**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $344.38 |
|---|---|---|---|

**Jake Tijan**
**112 Germania St**
**Hurley, WI 54534**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $134.38 |
|---|---|---|---|

**Jake Tollander**
**4648 Dale Street North**
**Shoreview**
**Saint Paul, MN 55126**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $894.53 |
|---|---|---|---|

**Jake Truttmann**
308 Rublein Street
4
Marquette, MI 49855

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.384 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.88 |
|---|---|---|---|

**Jake Umbreit**
2009 Howard Dr
NORTH MANKATO, MN 56003

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.384 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $716.10 |
|---|---|---|---|

**Jake Virtues**
2085 Herford Road
Little Suamico, WI 54141

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $296.07 |
|---|---|---|---|

**Jake Walgenbach**
476 Rockrose Dr
Fond Du Lac, WI 54935

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $508.15 |
|---|---|---|---|

**Jake Wall**
516 Eastwood Court
Saint Paul, MN 55123

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jake Zwerg**
1202 chelsea ct
Menasha, WI 54952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $590.07 |
|---|---|---|---|

**James Allen**
17 de breos court
17
Hay on wye  HE  HR35DL

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 4 | **Nonpriority creditor's name and mailing address**<br>**James and Jennifer Eck**<br>**1906 Sherry Lane**<br>**Kaukauna, WI 54130**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.73** |
|---|---|---|---|

| 3.385 5 | **Nonpriority creditor's name and mailing address**<br>**James Appel**<br>**951 County Road NP**<br>**Ellison Bay, WI 54210**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$207.88** |
|---|---|---|---|

| 3.385 6 | **Nonpriority creditor's name and mailing address**<br>**James Atkinson**<br>**P.o.box.211**<br>**Princeton, WI 54968**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$247.28** |
|---|---|---|---|

| 3.385 7 | **Nonpriority creditor's name and mailing address**<br>**James Back**<br>**4510 Whip or Will lane**<br>**Wisconsin Rapids, WI 54494**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$99.23** |
|---|---|---|---|

| 3.385 8 | **Nonpriority creditor's name and mailing address**<br>**James Beckley**<br>**1850 Fairfax Dr**<br>**Elm Grove, WI 53122**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$402.68** |
|---|---|---|---|

| 3.385 9 | **Nonpriority creditor's name and mailing address**<br>**James Blake**<br>**119 briarwood circle**<br>**La Porte, IN 46350**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$261.45** |
|---|---|---|---|

| 3.386 0 | **Nonpriority creditor's name and mailing address**<br>**James Blunt**<br>**190 south jefferson**<br>**Roseville, IL 61473**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,798.13** |
|---|---|---|---|

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 552 of 1376

| 3.386 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.01 |
|---|---|---|---|

**James Bowers**
12554 Greensview Drive
Roscoe, IL 61073

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**James Busha**
2385 BURNWOOD dr
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,015.88 |
|---|---|---|---|

**JAMES COLLINS**
4001 BAY SHORE DR
Sturgeon Bay, WI 54235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**james Crouse**
3705 13th Street
Menominee, MI 49858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $336.00 |
|---|---|---|---|

**James Cruikshank**
1124 s 57th st
Milwaukee, WI 53214

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**James Daanen**
1665 Talus circle
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**James Dennis**
212 n locust st.
Green Bay, WI 54303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $984.38 |

**James Douglas**
159 Pine St
Thunder Bay ON P7A 5X6

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |

**James Doyle**
2222 s 12th st
Milwaukee, WI 53215

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |

**James Feather**
413 18Th St
Lorain, OH 44052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.387 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**James Fletcher**
W7600 Prospect Rd
Beaver Dam, WI 53916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |

**James Geneske**
5924 N Magnolia Ave
2N
Chicago, IL 60660

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |

**James Gezzer**
1907 Ezekiel Ave
Zion, IL 60099

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.90 |

**James Gieryk**
5994 Oak 22.25 Ln
Gladstone, MI 49837

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$976.50** |
| **James Gluth** | ☐ Contingent | |
| **3913 N. Route 47** | ☑ Unliquidated | |
| **woodstock, IL 60098** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.387 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$677.25** |
| **James Grabe** | ☐ Contingent | |
| **8411 AMBER OAK DR** | ☑ Unliquidated | |
| **Orlando, FL 32817** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.387 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.85** |
| **James Gray** | ☐ Contingent | |
| **1856 hwy 13** | ☑ Unliquidated | |
| **Friendship, WI 53934** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.387 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151.73** |
| **James Heinzen** | ☐ Contingent | |
| **N2498 Plato Road** | ☑ Unliquidated | |
| **Reeseville, WI 53579** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.387 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$266.18** |
| **James Jacoby** | ☐ Contingent | |
| **1741 60th Ave SE** | ☑ Unliquidated | |
| **Rochester, MN 55904** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.388 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$544.95** |
| **James Juedes** | ☐ Contingent | |
| **923 SUNDIAL LN** | ☑ Unliquidated | |
| **Neenah, WI 54956** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.388 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414.71** |
| **James Keso** | ☐ Contingent | |
| **515 Gardner Street** | ☑ Unliquidated | |
| **Rhinelander, WI 54501** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.388 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.69 |
|---|---|---|---|

**James Konrad**
**1405 Spring Street**
**Sobieski, WI 54171**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.388 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**James Lawman**
**128 OAK ST**
**Buford, OH 45110**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.388 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**James Nachreiner**
**W7176 S Oak Ridge Ct**
**Poynette, WI 53955**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.388 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**James Neubauer**
**9166 River Road**
**Berlin, WI 54923**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.388 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**James Noblin**
**401 18 Ave S**
**Grand Forks, ND 58201**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.388 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**James Oddo**
**P.O. Box 945**
**Prospect Heights, IL 60070**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.388 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.63 |
|---|---|---|---|

**JAMES OLSON**
**410 3RD AVE**
**Wakefield, MI 49968**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.388 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $564.90 |
|---|---|---|---|

**James Paulsen**
4545 Fisk Ave
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**James Rost**
538 south 15th street
Sheboygan, WI 53081

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $820.58 |
|---|---|---|---|

**james severson**
1723 Minnehaha ave w
Saint Paul, MN 55104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.70 |
|---|---|---|---|

**James Shurpit**
30 Emerald Ln
Omro, WI 54963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**James Sommer**
1612 S. Pearl St.
New London, WI 54961

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $663.08 |
|---|---|---|---|

**James Strey**
2312 Lakeview Ct.
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $403.73 |
|---|---|---|---|

**James Turuba**
422 Bush
Sault Ste. Marie ON P6C 3H4

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.389 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $728.18 |
|---|---|---|---|

**James Vickey**
31549 Morgan Dr
Warren, MI 48088

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $636.83 |
|---|---|---|---|

**James Vozka**
700 N. Mason St
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $948.68 |
|---|---|---|---|

**James Whitmarsh**
2554 State Route 223
Van Etten, NY 14889

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**JamesDean Berven**
W 478 Cindy Ann Ln.
Kaukauna, WI 54130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |
|---|---|---|---|

**Jameson Frank**
1980 Rathert Rd
Cottage Grove, WI 53527

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Jami Kohl**
2714 Leila Mae Lane
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Jami Nelson**
312 Prospect Avenue
Beaver Dam, WI 53916

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $560.70 |
|---|---|---|---|

**Jami Riley**
**1451 Tullar Rd #4**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.88 |
|---|---|---|---|

**Jamie Adkins**
**234 Floral Drive**
**Green Bay, WI 54301**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.13 |
|---|---|---|---|

**Jamie Anderson**
**51 Fern Drive**
**Montello, WI 53949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.45 |
|---|---|---|---|

**Jamie Andre**
**PO BOX 173**
**W.6895 MAIN ST**
**Van Dyne, WI 54979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.38 |
|---|---|---|---|

**Jamie Bales**
**325scandinavian ct**
**Denmark, WI 54208**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Jamie Bartol**
**327 E. Waushara St.**
**Berlin, WI 54923**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Jamie Cowling**
**PO Box 10296**
**Green Bay, WI 54307**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,395.33 |
|---|---|---|---|

**Jamie Euclide-Schuppel**
337 N 3rd St
Medford, WI 54451

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Jamie Forler**
281 river dr
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.38 |
|---|---|---|---|

**Jamie Gardipee**
S87W22615 Edgewood Avenue
Big Bend, WI 53103

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Jamie Grubb**
258 E PARK AVE
Berlin, WI 54923

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Jamie Hasenstein**
329 Bluff Ave
Sheboygan, WI 53081

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.13 |
|---|---|---|---|

**Jamie Jandre**
516 Redwing Ct
Campbellsport, WI 53010

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jamie Kelly**
3780 Mounds View Rd
Barneveld, WI 53507

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.51 |
|---|---|---|---|

**Jamie Kueter**
620 Madison St
Apt. 6
Brillion, WI 54110

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.90 |
|---|---|---|---|

**JAMIE L NICHOLAS**
1810 Cindy Street
Ishpeming, MI 49849

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Jamie Lynn**
481 Grand Ave
Denmark, WI 54208

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Jamie Mikkelsen**
W6988 Riverview Ct
Fond Du Lac, WI 54937

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Jamie Price**
275 GRIFFITH ST
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jamie Pritzl**
1026 W Winnebago St
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Jamie Rauwerdink**
3021 South 10th Street
Sheboygan, WI 53081

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,068.38 |
|---|---|---|---|

**Jamie Smith**
**109 Hammer Street**
**Castalia, IA 52133**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Jamie Stoffel**
**217 NW Barstow Street**
**Unit A**
**Waukesha, WI 53188**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Jamie Tabaczka**
**4738 Caberfae Hwy**
**Manistee, MI 49660**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.43 |
|---|---|---|---|

**Jamie Tlachac**
**631 hickory st**
**Luxemburg, WI 54217**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Jamie Yambor**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.65 |
|---|---|---|---|

**Jamison Ashby**
**W292N8257 Parkview CT**
**Hartland, WI 53029**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|

**Jamison Wojciechowski**
**300 Oxford ave**
**Oshkosh, WI 54901**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |
|---|---|---|---|

**Jan Andersen**
**705 Phoebe Street**
**Green Bay, WI 54303**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $157.48 |
|---|---|---|---|

**Jan Schmirler**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Jana Niemi**
**PO Box 223**
**Kimberly, WI 54136**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $408.45 |
|---|---|---|---|

**Jana Ruppel**
**W9649 County S**
**New London, WI 54961**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jana Warden**
**1016 N. Georgetown Terrace**
**Beaver Dam, WI 53916**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Jane Goold-McNally**
**3560 Heatherstone Ridge**
**Sun Prairie, WI 53590**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $418.42 |
|---|---|---|---|

**Jane Hotelling**
**114 West Chippewa street**
**Dwight, IL 60420**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $940.76 |
|---|---|---|---|

**Jane Pamer**
407 South 5th Ave
Unit 1
Winneconne, WI 54986

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.76 |
|---|---|---|---|

**Jane Perttu**
1294 Morris Ave
Green Bay, WI 54304

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Jane Steger**
W4297 Scenic Rd
Campbellsport, WI 53010

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jane Vandenelzen**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Janelle Balthazor**
W6734 County Road F
Shiocton, WI 54170

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Janelle Johnson**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Janelle Lietzau**
225 glacial drive
Slinger, WI 53086

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| **Janelle Margetta** | ☐ Contingent | |
| **No Address - purchased tickets via PayPa** | ■ Unliquidated | |
| Date(s) debt was incurred  2019-2020 | ☐ Disputed | |
| Last 4 digits of account number _ | Basis for the claim:  Pre-Paid Tickets | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.394 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |
| **Janelle Miller** | ☐ Contingent | |
| **1650 Oregon St** | ■ Unliquidated | |
| **Oshkosh, WI 54902** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.394 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
| **Janelle Rhodes** | ☐ Contingent | |
| **1862 Roosevelt Avenue** | ☐ Unliquidated | |
| **1** | ☐ Disputed | |
| **Racine, WI 53406** | Basis for the claim:  Pre-Paid Tickets | |
| Date(s) debt was incurred  2019-2020 | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.394 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| **Janelle Steinich** | ☐ Contingent | |
| **102 N Sterk Rd** | ■ Unliquidated | |
| **Cambria, WI 53923** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.394 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| **Janessa Tearney** | ☐ Contingent | |
| **No Address - purchased tickets via PayPa** | ■ Unliquidated | |
| Date(s) debt was incurred  2019-2020 | ☐ Disputed | |
| Last 4 digits of account number _ | Basis for the claim:  Pre-Paid Tickets | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.395 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| **Janet Bruder** | ☐ Contingent | |
| **1415 Lisa lane** | ■ Unliquidated | |
| **New Holstein, WI 53061** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.395 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $233.07 |
| **Janet Mcwane** | ☐ Contingent | |
| **2086 Woodside Drive** | ■ Unliquidated | |
| **Round Lake, IL 60073** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.395 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.13 |
|---|---|---|---|

**JANET PARKER**
**1516 Kentucky St.**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,081.50 |
|---|---|---|---|

**JANET PAULIK**
**931 W SOUTHPARK AVE**
**Oshkosh, WI 54902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $403.73 |
|---|---|---|---|

**Janet Roe**
**5926 s. packard ave.**
**lot 115**
**Cudahy, WI 53110**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.08 |
|---|---|---|---|

**JANICE OPATIK**
**500 TEMPERANCE ST**
**Fond Du Lac, WI 54937**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Janice Zobott**
**N5802 Hwy PS**
**Hartford, WI 53027**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.50 |
|---|---|---|---|

**Janiece Fousek**
**842 Rosilee Ln**
**Rapid City, SD 57701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Janine Tracy**
**513 West Chestnut Street**
**Burlington, WI 53105**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,714.13 |
|---|---|---|---|

**Janis or Hope Phillips Galbraith**
432 Hamilton
Kingsford, MI 49802

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,588.65 |
|---|---|---|---|

**Jaosn Gessert**
500 Springroad Dr.
Neenah, WI 54956

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jared Batzler**
N1171 pleasant hill dr
Campbellsport, WI 53010

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Jared Baugnet**
625 DePere Rd
Denmark, WI 54208

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Jared Bowker**
329 Maple Street
Fort Atkinson, WI 53538

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
|---|---|---|---|

**Jared Chatterton**
8064 47th Court
Kenosha, WI 53142

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Jared Hudson**
E3156 County Rd S
Casco, WI 54205

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.65 |
|---|---|---|---|
| | **Jared LaBelle**<br>208 w haertel st<br>Portage, WI 53901 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|
| | **Jared Laravia**<br>1015 5the ave s<br>La Crosse, WI 54601 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|
| | **Jared Mireles**<br>836 Detroit st<br>B<br>Sheboygan Falls, WI 53085 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|
| | **Jared Potkay**<br>421 Oconto Avenue<br>Peshtigo, WI 54157 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|
| | **Jared Sazama**<br>9257 Atwater Ct<br>Brainerd, MN 56401 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|
| | **Jared Shefchik**<br>501 Sunset Ct<br>Denmark, WI 54208 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434.65 |
|---|---|---|---|
| | **Jared Skau**<br>4624 18th street<br>Kenosha, WI 53144 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.33 |
|---|---|---|---|

**Jared Sutliff**
1543 S 55th St
Milwaukee, WI 53214

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jared Swadley**
N2560 county road v
Lodi, WI 53555

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.25 |
|---|---|---|---|

**JARED WENNINGER**
W5742 BADGER RD
Elkhart Lake, WI 53020

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Jarek Jankowski**
1607 Swan Rd
12
De Pere, WI 54115

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Jaret Warriner**
530 County Route 46
Massena, NY 13662

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $603.70 |
|---|---|---|---|

**Jarred Robertson**
235 tyler st
Neenah, WI 54956

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jarrett Wunderlich**
W7476 Lakeview Ct.
Greenville, WI 54942

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.398 0** | |

**Nonpriority creditor's name and mailing address**

**Jarrette Czarapata**
**W4774 County Road BE**
**Bonduel, WI 54107**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$52.50

---

| | |
|---|---|
| **3.398 1** | |

**Nonpriority creditor's name and mailing address**

**Jarrod Avery**
**10 W Snell Rd**
**Apt. 2**
**Oshkosh, Wi 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$151.73

---

| | |
|---|---|
| **3.398 2** | |

**Nonpriority creditor's name and mailing address**

**Jarrod Kaczanowski**
**1140 W. Oakwood Rd.**
**Oak Creek, WI 53154**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$119.69

---

| | |
|---|---|
| **3.398 3** | |

**Nonpriority creditor's name and mailing address**

**Jarrod Marose**
**124 River Hills Drive**
**5204**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$288.23

---

| | |
|---|---|
| **3.398 4** | |

**Nonpriority creditor's name and mailing address**

**Jarrod Soli**
**508 Bowling Ave**
**Baraga, MI 49908**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$403.73

---

| | |
|---|---|
| **3.398 5** | |

**Nonpriority creditor's name and mailing address**

**Jaslyn Posewitz**
**415 Geele Ave**
**Sheboygan, WI 53083**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$67.19

---

| | |
|---|---|
| **3.398 6** | |

**Nonpriority creditor's name and mailing address**

**Jasmin Davis**
**1054 Laurel Court**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$1,110.90

---

| 3.398 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jasmine Downey**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jasmine Stenroos**
**1760 ROBIN AVE**
**N204**
**Oshkosh, WI 54902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |
|---|---|---|---|

**Jasmine Werman**
**623 Moreland Avenue**
**Schofield, WI 54476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Jason & Robin Koslucher**
**3158 Breezewood Ln**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.23 |
|---|---|---|---|

**Jason Aho**
**1001 E Glendale Ave**
**Appleton, WI 54911**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,923.52 |
|---|---|---|---|

**Jason Anderson**
**9602 Big Bear Lake Ct**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $842.07 |
|---|---|---|---|

**jason bailey**
**404 21st St**
**Jackson, MI 49203**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Jason Bednarski**
3203 W Apache Rd
Sheboygan, WI 53083

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.46 |
|---|---|---|---|

**Jason Bekx**
200 W Randolph St
Stoughton, WI 53589

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Jason Bierman**
4379 Van Winkle Way
Deforest, WI 53532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Jason Bilbrey**
442 Wadleigh St
Stevens Point, WI 54481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Jason Blaine**
401 E Stratford Ln
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Jason Bonnett**
1416 Logan Ave
Sheboygan, WI 53083

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.63 |
|---|---|---|---|

**Jason Bosetski**
1544 Langlade Ave
Green Bay, WI 54304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Jason Coble**
1350 class st
Green Bay, WI 54301

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Jason Dingeldein**
1814 11th Ave
Green Bay, WI 54304

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Jason Domogalla**
203 8th Ave SE
Isanti, MN 55040

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Jason Eberhardy**
840 Violet Lane
Oregon, WI 53575

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.83 |
|---|---|---|---|

**Jason Fenner**
N4874 Hwy 32
Sheboygan Falls, WI 53085

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Jason Fonder**
2320 Canter Ln.
#3
Green Bay, WI 54304

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Jason Ford**
2321 60th Ave
Columbia, IA 50057

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 573 of 1376

| | |
|---|---|
| 3.4008 | |

**Nonpriority creditor's name and mailing address**

**Jason Frelich**
**410 e ship street**
**106**
**Milwaukee, WI 53212**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$575.38**

---

| | |
|---|---|
| 3.4009 | |

**Nonpriority creditor's name and mailing address**

**Jason Gantz**
**203 Schley st**
**Brillion, WI 54110**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,089.38**

---

| | |
|---|---|
| 3.4010 | |

**Nonpriority creditor's name and mailing address**

**Jason Gieser**
**700 Minnesota st**
**A**
**Belgrade, MT 59714**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$2,499.00**

---

| | |
|---|---|
| 3.4011 | |

**Nonpriority creditor's name and mailing address**

**Jason Haensgen**
**2204 Pleasant Avenue**
**New Holstein, WI 53061**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$109.19**

---

| | |
|---|---|
| 3.4012 | |

**Nonpriority creditor's name and mailing address**

**Jason Halverson**
**4508 Grandview Rd**
**Larsen, WI 54947**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$613.19**

---

| | |
|---|---|
| 3.4013 | |

**Nonpriority creditor's name and mailing address**

**Jason Handel**
**1425 Crystal Lake Circle 5**
**Green Bay, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$371.69**

---

| | |
|---|---|
| 3.4014 | |

**Nonpriority creditor's name and mailing address**

**Jason harlan**
**223 Chapleau Street**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,120.35**

---

| 3.401 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Jason Haynes**
N2065 cty rd bb
Marinette, WI 54143

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Jason Helmer**
120 Harrison street
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $705.08 |
|---|---|---|---|

**Jason Kotek**
3025 Triumph Dr
109
Sun Prairie, WI 53590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,426.03 |
|---|---|---|---|

**Jason Kroll**
429 Clay St
Kiel, WI 53042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $439.95 |
|---|---|---|---|

**Jason Kuehn**
7524 hickory grove dr
Wonder Lake, IL 60097

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Jason La Chance**
1973 Andraya Lane
De Pere, WI 54115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $760.15 |
|---|---|---|---|

**Jason Lehman**
442 CEDAR ST.
Chilton, WI 53014

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $1,980.82 |

**jason lemens**
**1614 langlade ave**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $828.45 |

**Jason Mathew**
**830 Wisconsin st**
**Apt 2**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $319.73 |

**Jason Melby**
**N7624 county rd ee**
**Portage, WI 53901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $1,697.33 |

**Jason Mentzel**
**830 Wisconson St**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $910.88 |

**Jason Meulemans**
**W 6090 ST HWY 54**
**Black Creek, WI 54106**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $288.23 |

**Jason Mueller**
**133 Second Street**
**Stevens Point, WI 54481**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $879.34 |

**Jason Nelson**
**1618 South Riverdale Drive**
**Appleton, WI 54914**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 9 | Nonpriority creditor's name and mailing address<br>**Jason nielson**<br>409 Ransom st<br>Ripon, WI 54971<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21.00** |
|---|---|---|---|
| 3.403 0 | Nonpriority creditor's name and mailing address<br>**Jason Noworatzky**<br>N5408 Buena Vista Dr<br>Fond Du Lac, WI 54937<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$972.26** |
| 3.403 1 | Nonpriority creditor's name and mailing address<br>**Jason Oswald**<br>3940 Ingraham st<br>12-307<br>San Diego, CA 92109<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$2,370.38** |
| 3.403 2 | Nonpriority creditor's name and mailing address<br>**Jason Parsons**<br>8106 Sanders Rd.<br>Vestaburg, MI 48891<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$522.90** |
| 3.403 3 | Nonpriority creditor's name and mailing address<br>**Jason Pearson**<br>6704 Duquesne Drive<br>Austin, TX 78723<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,520.93** |
| 3.403 4 | Nonpriority creditor's name and mailing address<br>**Jason Peirick**<br>1111 Ruth St<br>Watertown, WI 53094<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$275.63** |
| 3.403 5 | Nonpriority creditor's name and mailing address<br>**Jason Pepin**<br>1103 Truax 24th Rd<br>Cornell, MI 49818<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$980.70** |

| 3.403 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Jason Peterson**
3611 EVERGREEN DR
Plover, WI 54467

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Jason Pieffle**
2411 n 7th street
Sheboygan, WI 53083

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Jason Pierce**
N4067 Mary Joan Ct.
Appleton, WI 54913

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Jason Planting**
608 2nd ave S
Estherville, IA 51334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.404 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Jason Rose**
645 Creekwood Dr
West Bend, WI 53095

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.404 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.23 |
|---|---|---|---|

**Jason Roselle**
W188N4975 Red Crown Trl
Menomonee Falls, WI 53051

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.404 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**jason ryf**
2295 Westwind road
Oshkosh, WI 54904

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.404 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|
| | **Jason Sarah**<br>W169 Nii432 Biscayne Dr.<br>Germantown, WI 53022 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.404 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $765.98 |
|---|---|---|---|
| | **Jason Schulz**<br>2015 Berlik st.<br>Schofield, WI 54476 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.404 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,133.95 |
|---|---|---|---|
| | **Jason Semling**<br>W4515 County Rd A<br>Elkhorn, WI 53121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.404 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.58 |
|---|---|---|---|
| | **Jason Sittig**<br>3431 Hoffman Dr #1<br>Plover, WI 54467 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.404 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|
| | **JASON STAATS**<br>5370 JARMEN RD<br>Sturgeon Bay, WI 54235 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.404 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.55 |
|---|---|---|---|
| | **Jason Tegge**<br>3435 rolling hill dr<br>Pulaski, WI 54162 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.404 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.63 |
|---|---|---|---|
| | **Jason Traber**<br>26335 Malchine Road<br>Waterford, WI 53185 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.405 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Tuma**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$639.45**

---

**Nonpriority creditor's name and mailing address**

**Jason VanAlstine**
**13688 Huntington Ave**
**Savage, MN 55378**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$921.38**

---

**Nonpriority creditor's name and mailing address**

**Jason Wacker**
**1300 East 8th street**
**Gillette, WY 82716**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$392.18**

---

**Nonpriority creditor's name and mailing address**

**Jason Ward**
**1279 Sheboygan Street**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,449.53**

---

**Nonpriority creditor's name and mailing address**

**Jason Wierek**
**3495 W Villa Dr**
**Franklin, WI 53132**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$261.45**

---

**Nonpriority creditor's name and mailing address**

**Jason Wildenberg**
**1100 Heritage Trail**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$261.45**

---

**Nonpriority creditor's name and mailing address**

**Jason Wutt**
**118 Oman Street**
**Waupaca, WI 54981**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,165.50**

| 3.405 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.00 |
|---|---|---|---|

**Jason Zelenik**
7015 Sierra Dr
Darien, IL 60561

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Javi Metalsome**
2102 Petersburg Dr
San Antonio, TX 78245

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Jay Batherson**
4060 Faudree Rd
Ste 104A #101
Odessa, TX 79765

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.76 |
|---|---|---|---|

**Jay Davies**
2240 North 27th Place
Sheboygan, WI 53083

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|

**Jay Hancock**
N6848 E River Rd
Brillion, WI 54110

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.20 |
|---|---|---|---|

**Jay Hanson**
1320 N 8th St
Sheboygan, WI 53081

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jay Horning**
W8380 county road S
Adell, WI 53001

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page  581 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 581 of 1376

| 3.406 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**jay leiterman**
506 N Clay St
De Pere, WI 54115

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Jay Loyster**
47 Case Ave auburn ny
Auburn, NY 13021

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $959.18 |
|---|---|---|---|

**Jay Moriva**
621 2nd st
Reedsburg, WI 53959

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Jay Oberrieder**
455 W. Wood St.
#210
Palatine, IL 60067

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Jay Parizek**
4030 Park Road
Greenleaf, WI 54126

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.00 |
|---|---|---|---|

**Jay Servis**
1125 Main Street
Junction City, WI 54443

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.00 |
|---|---|---|---|

**Jay Stadtmueller**
3667 Knapp St Rd
Oshkosh, WI 54902

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
|---|---|---|---|

**Jay T. Greenwald**
N6321 Oak Ct
Elkhorn, WI 53121

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.407 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Jay Vosters**
N4313 Serenity Ridge Court
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.407 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jaydn Eggert**
W10615 willow creek road
Shawano, WI 54166

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.407 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jaylynn Walsh**
709 State St
Ripon, WI 54971

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.407 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jayme Kiser**
2688 Vissers Ct
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.407 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |
|---|---|---|---|

**Jaymie Brown**
N9316 Bellflower CT
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.407 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $984.38 |
|---|---|---|---|

**Jayne Olson**
W7310 Winnegamie Dr.
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.407<br>8 | **Nonpriority creditor's name and mailing address**<br>**Jayson Wissmueller**<br>**No Address - purchased tickets via PayPa** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| | |
|---|---|
| 3.407<br>9 | **Nonpriority creditor's name and mailing address**<br>**Jazz Claudio**<br>**4711 N 127th St**<br>**Butler, WI 53007** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$288.23

---

| | |
|---|---|
| 3.408<br>0 | **Nonpriority creditor's name and mailing address**<br>**Jean Gasch**<br>**1110 Autumn Dr.**<br>**Brillion, WI 54110** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$176.38

---

| | |
|---|---|
| 3.408<br>1 | **Nonpriority creditor's name and mailing address**<br>**Jean Hoerning**<br>**1425 N Birchwood ave**<br>**Appleton, WI 54914** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$345.98

---

| | |
|---|---|
| 3.408<br>2 | **Nonpriority creditor's name and mailing address**<br>**JEAN HOFFMAN**<br>**N7012 STATE RD 22**<br>**Montello, WI 53949** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$677.26

---

| | |
|---|---|
| 3.408<br>3 | **Nonpriority creditor's name and mailing address**<br>**Jean Mewes**<br>**20220 W Coffee Rd**<br>**New Berlin, WI 53146** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$476.65

---

| | |
|---|---|
| 3.408<br>4 | **Nonpriority creditor's name and mailing address**<br>**Jean Neubauer**<br>**8533 Co. Rd. D**<br>**Winneconne, WI 54986** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,211.18

---

| 3.408 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,204.88 |

**Jean Platek**
813 S Keenan St
Rhinelander, WI 54501

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,015.88 |

**Jean Thurler**
N74W23283 S. Ridgeview Circle
Sussex, WI 53089

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.63 |

**JEANETTE BASOM**
6524 W HWY 2
Hurley, WI 54534

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Jeanette Gumieny**
466 Edward Dr
Green Bay, WI 54302

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |

**Jeanette Matias**
212 CROOKED HILL RD
Brentwood, NY 11717

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Jeanine Danke**
101 Bentwood Drive
Brillion, WI 54110

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |

**jeanne andrews**
2417 Heather Ct
Green Bay, WI 54311

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $686.65 |
|---|---|---|---|

**Jeanne Andrews**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.34 |
|---|---|---|---|

**Jeanne Frazier**
**405 E. 4th St.**
**Manawa, WI 54949**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,434.26 |
|---|---|---|---|

**Jeanne Gauthier**
**1051 Merlin Ln**
**Marquette, MI 49855**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $722.38 |
|---|---|---|---|

**Jeannette Kescenovitz**
**n51w26234 autumn trail**
**Pewaukee, WI 53072**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**Jeannine Marie Dupey**
**N169W19865 Chestnut Ct**
**APT #3**
**Jackson, WI 53037**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Jeb Meyer**
**402 Otter Ave**
**Oshkosh, WI 54901**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jed Ermer**
**8812 Townline road**
**Kewaskum, WI 53040**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4099 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Jed Holsen**
525 Meadow Street
Stevens Point, WI 54481

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jed Leisner**
2304 S Kernan Ave
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Jed Manske**
422 Carrington Street
Waupun, WI 53963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |
|---|---|---|---|

**jed paulsen**
2319 south idlewild court
Green Bay, WI 54303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431.03 |
|---|---|---|---|

**Jedidiah Hersey**
W7164 Clark Road
Elkhart Lake, WI 53020

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.50 |
|---|---|---|---|

**Jeff Alsip**
814 Rivercrest Drv.
Baraboo, WI 53913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Jeff Elliott**
1806 ZION LN
ABRAMS, WI 54101

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Jeff Ezdon**
**5811 N Promising Lane**
**Milton, WI 53563**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Jeff Hartman**
**401 Foerster Avenue**
**Kaukauna, WI 54130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jeff Huettl**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**JEFF INDERGAND**
**1820 MARQUETTE AVE**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.33 |
|---|---|---|---|

**Jeff Johnson**
**1215 Plateau Heights**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Jeff Jones**
**3084 Birdie Ct**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.00 |
|---|---|---|---|

**Jeff Kopp**
**W225S6775 Guthrie dr**
**Big Bend, WI 53103**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.411 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Jeff Ksobiech**
4523 N Sawyer Rd
Oconomowoc, WI 53066

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.411 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,422.35 |
|---|---|---|---|

**Jeff lookadoo**
n3903 CTY dd
Peshtigo, WI 54157

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.411 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492.46 |
|---|---|---|---|

**Jeff Meinke**
106 E. Longyear St.
Bessemer, MI 49911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.411 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.88 |
|---|---|---|---|

**jeff montsma**
w6939 county road ooo
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.411 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.76 |
|---|---|---|---|

**Jeff Nelson**
3366 Nelson Rd
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.411 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**Jeff Patnode**
1594 W. Marhill rd.
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.411 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Jeff Perry**
1421 Fairfax St
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.412 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Jeff Peura**
2045 Ryan Road
Mosinee, WI 54455

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.38 |
|---|---|---|---|

**Jeff Redlin**
320 Schwartz rd
Pulaski, WI 54162

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jeff Rowan**
37409 Indian mound rd
Oconomowoc, WI 53066

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.13 |
|---|---|---|---|

**Jeff Schaefer**
45 W 14th Ave
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,696.93 |
|---|---|---|---|

**Jeff Schlieckau**
8415 Airport Rd
Middleton, WI 53562

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $598.50 |
|---|---|---|---|

**JEFF SCHMIDT**
621 W 5TH AVE
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $663.57 |
|---|---|---|---|

**JEFF SELL**
2829 indiana st
racine, WI 53405

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.412 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Sims**
1453 W. Knudsen RD
Gwinn, MI 49841

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

**$182.69**

---

**Nonpriority creditor's name and mailing address**

**Jeff Taylor**
113 Everett St
Fond Du Lac, WI 54935

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

**$350.70**

---

**Nonpriority creditor's name and mailing address**

**Jeff Telson**
7403 mallard Way
Cary, IL 60013

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

**$705.08**

---

**Nonpriority creditor's name and mailing address**

**Jeff Van Dyn Hoven**
W1336 DEER PATH LANE
Keshena, WI 54135

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

**$3,110.63**

---

**Nonpriority creditor's name and mailing address**

**Jeff Van Straten**
6725 N. Kurey Drive
Appleton, WI 54913

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

**$1,444.76**

---

**Nonpriority creditor's name and mailing address**

**Jeff Wood**
1113 East Racine St
Janesville, WI 53545

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

**$130.73**

---

**Nonpriority creditor's name and mailing address**

**Jeff Woods**
5223 w century farm blvd
Appleton, WI 54913

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

| 3.413 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

**Jeff Zizzo**
1803 17th ave
Kenosha, WI 53140

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Jeffery Beese**
7324 Marshall St
Merrillville, IN 46410

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,429.53 |
|---|---|---|---|

**Jeffery Blazer**
5750 St. Patrick s rd
Lena, WI 54139

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**JEFFERY BRIGHUM**
1876 SANDY SPRINGS RD
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $558.57 |
|---|---|---|---|

**Jeffery Morrow**
127 13th Avenue
Baraboo, WI 53913

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.88 |
|---|---|---|---|

**JEFFERY SOLBERG**
1050 LETENDRE AVE
Port Edwards, WI 54469

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,162.88 |
|---|---|---|---|

**Jeffery Strong**
1303 E AMELIA ST
Appleton, WI 54911

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page **592** of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 592 of 1376

| 3.414 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $716.11 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffrey Berres**
**5423 Angle Rd**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$716.11**

---

| 3.414 2 |

**Nonpriority creditor's name and mailing address**

**Jeffrey Butler**
**727 22nd Ave North**
**South Saint Paul, MN 55075**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$717.68**

---

| 3.414 3 |

**Nonpriority creditor's name and mailing address**

**Jeffrey Coulthard**
**244 Muttart Rd**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,556.10**

---

| 3.414 4 |

**Nonpriority creditor's name and mailing address**

**Jeffrey Finch**
**314 DOTY ST**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,606.50**

---

| 3.414 5 |

**Nonpriority creditor's name and mailing address**

**Jeffrey Fletcher**
**5808 County Road W**
**Bancroft, WI 54921**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$130.73**

---

| 3.414 6 |

**Nonpriority creditor's name and mailing address**

**Jeffrey Giesler**
**4030 Hackberry Ct**
**Green Bay, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$585.38**

---

| 3.414 7 |

**Nonpriority creditor's name and mailing address**

**Jeffrey Hobbs**
**302 14th Avenue East**
**Ashland, WI 54806**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$204.23**

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page  **593** of **1376**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 593 of 1376

| 3.414 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.38 |

**Jeffrey Horacek**
**5180 COUNTY ROAD F**
**Abbotsford, WI 54405**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.414 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.90 |

**Jeffrey Keberlein**
**2163 Plank Rd**
**Menasha, WI 54952**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.415 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |

**Jeffrey Kowalski**
**1405 Isaac Lane**
**Mckinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.415 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |

**Jeffrey Micklo**
**121 hickorytown rd**
**Carlisle, PA 17015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.415 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,612.76 |

**Jeffrey Potters**
**26211 W Loomis Rd**
**Waterford, WI 53185**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.415 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.88 |

**Jeffrey Radig**
**206 S. Sawyer Street**
**Oshkosh, WI 54902**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.415 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |

**Jeffrey Schaller**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.415 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$621.08** |
|---|---|---|---|

**Jeffrey Skutt**
**207 Santa Fe**
**Princeton, MN 55371**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$384.83** |
|---|---|---|---|

**JEFFREY WEIR**
**3287 LINWOOD SPRINGS**
**Stevens Point, WI 54481**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$803.25** |
|---|---|---|---|

**Jeffrey Williams**
**7378 Bluebird Crossing**
**Omro, WI 54963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$576.45** |
|---|---|---|---|

**Jeffry Zizzo**
**1803 17th Ave**
**Kenosha, WI 53140**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.19** |
|---|---|---|---|

**Jen Beattie**
**W10578 Olden Rd**
**Pickett, WI 54964**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$410.55** |
|---|---|---|---|

**Jen Heyroth**
**816 Juline Way**
**Onalaska, WI 54650**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$155.38** |
|---|---|---|---|

**Jen Kopf**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.25 |
|---|---|---|---|

**Jen Lowry**
1756 Lombard Ave
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Jen Rosenberg**
4019 Sandhill Drive
Pulaski, WI 54162

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Jen Seggerman**
W8838 State Rd 23
Eldorado, WI 54932

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jena Hansen**
N6662 Buboltz RD
Marion, WI 54950

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Jena Kratz**
3505 N. Windward Lane
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Jenaca Cebery**
N6784 3rd drive
Westfield, WI 53964

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,089.90 |
|---|---|---|---|

**Jency Halligan**
5908 N Taber St
Peoria, IL 61615

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Jenel Karow**
7382 S. 39th Ct
Franklin, WI 53132

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.18 |
|---|---|---|---|

**Jenell Wood**
35744 N IL Route 97
London Mills, IL 61544

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jenelle Ferch**
21942 Bonnie Lane
Lannon, WI 53046

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jeni Ripley**
975 Union Lane
Little Suamico, WI 54141

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jeni Seidel**
807 N 27th Ave.
Wausau, WI 54401

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Jeniece Schroeter**
16 wynkoop lane
Rhinebeck, NY 12572

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Jenn Hagen**
181346 Cihaski Rd
Birnamwood, WI 54414

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.99 |
|---|---|---|---|

**Jenna Bronk**
8780 Lundeen dr
Hortonville, WI 54944

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jenna Carpenter**
864 Hubbard st
Green Bay, WI 54303

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Jenna Condon**
N56W27846 Lisbon road
Sussex, WI 53089

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Jenna Evans**
510 brule rd
De Pere, WI 54115

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jenna Evenson**
603 Berge Street
Valders, WI 54245

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Jenna Felix**
55 fairmount street
Sydney NS  B1R 1G3

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jenna Ferguson**
9565 Somonauk Road
Hinckley, IL 60520

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jenna Gutowski**
**2725 Glendale Avenue**
**Green Bay, WI 54313**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jenna Koshakow**
**6971 N. Seville Ave.**
**Milwaukee, WI 53209**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.28 |
|---|---|---|---|

**Jenna Newman**
**740 E Leffel Ln**
**Springfield, OH 45505**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,177.94 |
|---|---|---|---|

**Jenna Ott**
**4325 Evergreen Lane N**
**Minneapolis, MN 55442**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jenna Parker**
**N2123 Municipal Dr  PO Box 143**
**Greenville, WI 54942**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jenna Sackett**
**407 West 3rd street**
**Shawano, WI 54166**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jenna Schomburg**
**431 Valley View Drive**
**Brillion, WI 54110**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jenna Schueller**
**6245 County Road B**
**Belgium, WI 53004**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jenna Stokes**
**2308 Lake Woods Way**
**Stoughton, WI 53589**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jenna Waelti**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.23 |
|---|---|---|---|

**Jenna Wierschke**
**710 Watson St**
**ANTIGO, WI 54409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Jenna Woik**
**271 S. Mountin Dr**
**Apt d**
**Mayville, WI 53050**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Jenna Wullenwaber**
**208 S. Gragan Ave.**
**Mc Cool Junction, NE 68401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Jenna Yadro**
**2085 Grandview Dr.**
**Slinger, WI 53086**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |
|---|---|---|---|

**Jennah Bessette**
**N6691 Ranch Rd**
**Seymour, WI 54165**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jennah Cyr**
**2335 N 28th St.**
**Sheboygan, WI 53083**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**JennaMarie Pagel**
**312 Center Street**
**Waupaca, WI 54981**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.420 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jennelle Mcgilvra**
**813 W Jefferson Street**
**Waupun, WI 53963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $793.72 |
|---|---|---|---|

**Jenni Ashauer**
**1175 Western Ave**
**Kewaskum, WI 53040**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $302.38 |
|---|---|---|---|

**Jennie Monroe**
**1334N West Kendall Rd**
**Manistique, MI 49854**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,606.50 |
|---|---|---|---|

**Jennie Morgel**
**1654 Day St**
**Greenleaf, WI 54126**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 4 | Nonpriority creditor's name and mailing address **Jennie Olson** 4410 Ranger rd Eagle River, WI 54521 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☒ Unliquidated ☐ Disputed | $271.95 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.420 5 | Nonpriority creditor's name and mailing address **Jennie Schlichting** 317 Maple Street Denmark, WI 54208 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☒ Unliquidated ☐ Disputed | $1,152.90 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.420 6 | Nonpriority creditor's name and mailing address **Jennifer A Brown** 42 HILLTOP LN Augusta, MI 49012 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $984.38 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.420 7 | Nonpriority creditor's name and mailing address **Jennifer Baerwolf** W3798 State Road 16 Rio, WI 53960 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $275.63 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.420 8 | Nonpriority creditor's name and mailing address **Jennifer Belanger** 1297 Rockwell Rd Green Bay, WI 54313 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☒ Unliquidated ☐ Disputed | $350.70 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.420 9 | Nonpriority creditor's name and mailing address **Jennifer Beyer** N1625 Arnies Ln Greenville, WI 54942 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☒ Unliquidated ☐ Disputed | $134.38 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.421 0 | Nonpriority creditor's name and mailing address **JENNIFER BILLINGS** 1331 SOUTH 117TH ST Milwaukee, WI 53214 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $746.56 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 602 of 1376

| 3.421 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$677.25** |
| **Jennifer Birr** | ☐ Contingent | |
| **W6818 Blue Heron Blvd** | ■ Unliquidated | |
| **5** | ☐ Disputed | |
| **Fond Du Lac, WI 54937** | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.69** |
| **Jennifer Blohowiak** | ☐ Contingent | |
| **No Address - purchased tickets via PayPa** | ■ Unliquidated | |
| Date(s) debt was incurred **2019-2020** | ☐ Disputed | |
| Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.96** |
| **Jennifer Bockhop** | ☐ Contingent | |
| **1272 Stony Creek Way** | ■ Unliquidated | |
| **Rockford, IL 61108** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.25** |
| **Jennifer Bostedt** | ☐ Contingent | |
| **W1962 Country Road S** | ■ Unliquidated | |
| **Kaukauna, WI 54130** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$336.00** |
| **Jennifer Brindley** | ☐ Contingent | |
| **4555 Bentley Rd** | ■ Unliquidated | |
| **Rosholt, WI 54473** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$268.76** |
| **Jennifer Budish Pritchard** | ☐ Contingent | |
| **N254 HWY 45** | ■ Unliquidated | |
| **Kewaskum, WI 53040** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$873.57** |
| **Jennifer Burton** | ☐ Contingent | |
| **3833 Pine Meadow Drive** | ■ Unliquidated | |
| **Holland, MI 49424** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |
|---|---|---|---|

**Jennifer Cattanach**
N1791 Schroeder Farm Drive
Greenville, WI 54942

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Jennifer Clark**
747 Kellogg Ave.
1
Janesville, WI 53546

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jennifer Connelly**
533 Eastview Drive
Green Bay, WI 54302

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Jennifer Coombs**
320 Stoney Ridge Rd
Ripon, WI 54971

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Jennifer Cornwell**
611 Jackson Street
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jennifer Criley**
3401 BEACON HILL ST
Edmond, OK 73034

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.07 |
|---|---|---|---|

**Jennifer Decker**
520 E. River Dr.
Omro, WI 54963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.83 |
|---|---|---|---|

**JENNIFER DEHN**
N9693 Hass Rd.
Van Dyne, WI 54979

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.422 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,081.78 |
|---|---|---|---|

**Jennifer Deneff**
183 Hidden Valley
Minnesota City, MN 55959

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.422 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |
|---|---|---|---|

**Jennifer Dyke**
N3328 County Rd A East
Sheboygan Falls, WI 53085

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.422 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.18 |
|---|---|---|---|

**Jennifer Eastham**
P.O. Box 645
Mellen, WI 54546

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.422 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.25 |
|---|---|---|---|

**Jennifer Everson**
23555 N Desert Peak Parkway
318
Phoenix, AZ 85024

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.423 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Jennifer Evon**
2204 Buckhorn Ave
Schofield, WI 54476

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.423 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Jennifer Fer Smith**
624 Hunters Point Road
Neenah, WI 54956

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.423 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Jennifer Flitter**
N817 Moraine Dr.
Campbellsport, WI 53010

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.95 |
|---|---|---|---|

**Jennifer Foley**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Jennifer Fritsch**
11838 Badger Meadows Road
New Holstein, WI 53061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Jennifer Gilbert**
1720 charles st
Rockford, IL 61107

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $938.18 |
|---|---|---|---|

**Jennifer Gomm**
N7836 State Hwy 187
Shiocton, WI 54170

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.15 |
|---|---|---|---|

**Jennifer Hake**
46 Braeburn Way
Evansville, WI 53536

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Jennifer Harris**
N9617 Golden Way
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 9 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$67.19** |
|---|---|---|---|---|

**Jennifer Hass**
n6773 hillside ct
Shawano, WI 54166

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 0 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$194.25** |
|---|---|---|---|---|

**Jennifer Henricks**
403 lmu
Grundy Center, IA 50638

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 1 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$109.19** |
|---|---|---|---|---|

**Jennifer Hoffman**
3203 N COUNTRY RUN DR
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 2 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$201.57** |
|---|---|---|---|---|

**Jennifer Hooyman**
233 Hawthorne AVe
Little Chute, WI 54140

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 3 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$2,002.88** |
|---|---|---|---|---|

**Jennifer Horst**
408 Palladium Dr. W.
Joliet, IL 60435

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 4 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$727.65** |
|---|---|---|---|---|

**Jennifer Howard**
PO BOX 769
Watervliet, MI 49098

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 5 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$218.38** |
|---|---|---|---|---|

**Jennifer Huseboe**
N7922 Doty Dr
Ripon, WI 54971

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,079.30 |
|---|---|---|---|

**Jennifer James**
4921 North Beach Rd
Wisconsin Rapids, WI 54494

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.424 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Jennifer Janz**
722 Oneida St.
Beaver Dam, WI 53916

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.424 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.38 |
|---|---|---|---|

**Jennifer Kebble**
N8504 linden beach road
Fond Du Lac, WI 54937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.424 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,278.50 |
|---|---|---|---|

**Jennifer Keshemberg**
620 E Harrison St
Appleton, WI 54915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.425 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Jennifer Klahn**
345 E 10th St
Fond Du Lac, WI 54935

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.425 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Jennifer Konicek**
N6041 Valley Heights Dr
Fredonia, WI 53021

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.425 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.18 |
|---|---|---|---|

**Jennifer Kritz**
2214 W Rohr Ave
Milwaukee, WI 53209

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.425 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344.38 |
|---|---|---|---|

**Jennifer Krueger**
1304 Tammy Rd
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.33 |
|---|---|---|---|

**Jennifer Kruger**
1655 Western Street
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Jennifer Lane**
803 Bluff St
Beloit, WI 53511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Jennifer Langkau**
1029 Evans Street
Oshkosh, WI 54901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,397.01 |
|---|---|---|---|

**Jennifer Larson**
4428 Island View Dr
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

**Jennifer Lindsey**
920 6th street drive
Moline, IL 61265

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Jennifer Long**
100 BALDWIN CT
Appleton, WI 54915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Jennifer Lorbiecki**
P.O. Box 516
Allenton, WI 53002

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jennifer Majewski**
7009 Allen rd
Sobieski, WI 54171

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Jennifer Masch**
W3604 55th St
Mauston, WI 53948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jennifer Meulemans**
W2805 County Road S
Kaukauna, WI 54130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.34 |
|---|---|---|---|

**Jennifer Meyer**
332 Alice Lane
Manawa, WI 54949

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $716.10 |
|---|---|---|---|

**Jennifer Neveu**
N9526 Silver Ct.
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Jennifer Nies**
W1152 Cty Rd K
Brillion, WI 54110

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Jennifer Palama**
3362 Kimberly Circle
Manitowoc, WI 54220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $404.26 |
|---|---|---|---|

**Jennifer Pflum**
310 Oak Dr.
Rosendale, WI 54974

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jennifer Rasner**
1627 Carole Ln
Green Bay, WI 54313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Jennifer Reichardt**
2306 E. Sienna Way
Greenville, WI 54942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.38 |
|---|---|---|---|

**Jennifer Reiman**
219 S Main St
Rosendale, WI 54974

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $357.00 |
|---|---|---|---|

**Jennifer Rogers**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Jennifer Rose**
No Address - purchased tickets via PayPa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.19 |
|---|---|---|---|

**Jennifer Rudnick**
**1835 WHITEWATER COVE**
**Plover, WI 54467**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Jennifer Salo**
**n11175 county rd 577**
**Daggett, MI 49821**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.38 |
|---|---|---|---|

**Jennifer Schmidt**
**600 buwalda dr apt 3**
**Waupun, WI 53963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,018.63 |
|---|---|---|---|

**Jennifer Sleeman**
**44296 9th**
**Atlantic Mine, MI 49905**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.38 |
|---|---|---|---|

**Jennifer Starnes**
**1607 2nd Ave North**
**Gladstone, MI 49837**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Jennifer Stephens**
**W2123 N Co. Rd. A**
**Weyauwega, WI 54983**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Jennifer Togstad**
**209 Hanover Street**
**Weyauwega, WI 54983**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Jennifer Van De Hei**
**2459 Whispering Oak Dr**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Jennifer Van Handel**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Jennifer Van Rite**
**1955 Tyler Lane**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.428 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,209.57 |

**Jennifer Vander Zanden**
**1624 E. Moon Beam Tr**
**Appleton, WI 54915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Jennifer Wahl**
**407 West 9th Avenue**
**Oshkosh, WI 54902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**Jennifer Weidenfeller**
**1516 Stacy Lane**
**Fort Atkinson, WI 53538**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |

**Jennifer Wiza**
**N103W16642 Country Ct.**
**Germantown, WI 53022**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jennifer Wogernese**
**1302 w homestead dr**
**Appleton, WI 54914**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Jennifer Wogernese**
**1302 w homestead dr**
**Appleton, WI 54914**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,165.50 |
|---|---|---|---|

**Jennifer Wood**
**N4451 Hidden Valley Dr.**
**Sheboygan Falls, WI 53085**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Jennifer Woodruff**
**20972 E. Coyote Ln**
**Mayer, AZ 86333**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $593.25 |
|---|---|---|---|

**Jennifer Zipperer**
**249 E. State Hwy. 310**
**Manitowoc, WI 54220**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,845.90 |
|---|---|---|---|

**Jenny Bobb**
**359 Minz Park Cr #4**
**West Bend, WI 53095**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,918.35 |
|---|---|---|---|

**Jenny Dochnahl**
**530 Olson Ct**
**Mineral Point, WI 53565**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Jenny Dzurick**
241 N Lake St
Peshtigo, WI 54157

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527.07 |
|---|---|---|---|

**Jenny Frahm**
W5892 Cty Rd A
Black Creek, WI 54106

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Jenny Hoban**
239 Karin Drive
North Prairie, WI 53153

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Jenny Kaye**
1241 KENTUCKY ST
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Jenny Klopotic**
305 5th st
Algoma, WI 54201

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Jenny Langdon**
1117 N Illinois St
Racine, WI 53405

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Jenny Lettau**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 615 of 1376

| 3.430 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $572.25 |

**Jenny Peterson**
3611 evergreen dr
Plover, WI 54467

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449.38 |

**JENNY SONNLEITNER**
6570 BRADLEY AVE
Pickett, WI 54964

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $610.58 |

**Jerad Dejager**
293 Williams st
Randolph, WI 53956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246.75 |

**Jerald Gardiepy**
800 Skidmore Dr
Kingsford, MI 49802

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.68 |

**Jereme Tauer**
301 4 th ave s
Hurley, WI 54534

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $351.74 |

**Jeremiah Daun**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $353.82 |

**Jeremiah James**
124 Fairway St
Combined Locks, WI 54113

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282.46 |
|---|---|---|---|

**Jeremy Anderson**
**1782 Debra Ln**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |
|---|---|---|---|

**jeremy Banick**
**222 w 9th street**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.23 |
|---|---|---|---|

**Jeremy Borgardt**
**1222 w 4th ave**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |
|---|---|---|---|

**Jeremy Carney**
**N6396 Fairy Springs Rd**
**Hilbert, WI 54129**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $539.65 |
|---|---|---|---|

**Jeremy Christian**
**22901 120th St.**
**Trevor, WI 53179**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369.08 |
|---|---|---|---|

**Jeremy Clark**
**w1476 county road x**
**Berlin, WI 54923**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.68 |
|---|---|---|---|

**Jeremy Cuff**
**PO Box 39**
**Mc Gregor, IA 52157**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Jeremy Good**
915 south 10th
Burlington, IA 52601

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,836.70 |
|---|---|---|---|

**Jeremy Hargens**
606 Kasan Ave
Volga, SD 57071

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Jeremy Harr**
922 S Sawyer St
Shawano, WI 54166

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Jeremy Holstead**
1203 10th Ave
Green Bay, WI 54304

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507.68 |
|---|---|---|---|

**Jeremy Hrubesky**
2109 riverside de
Green Bay, WI 54313

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.53 |
|---|---|---|---|

**Jeremy James**
P.O. Box 143
Fond Du Lac, WI 54936

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.38 |
|---|---|---|---|

**Jeremy Koller**
E531 Hendricksen street
Stephenson, MI 49887

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.432 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.13 |
| --- | --- | --- | --- |
| | **Jeremy Kubicz**<br>**1058 Bismarck Ave.**<br>**Oshkosh, WI 54902** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
| --- | --- | --- | --- |
| | **Jeremy Kust**<br>**1119 s taylor street**<br>**Green Bay, WI 54304** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
| --- | --- | --- | --- |
| | **Jeremy Maloney**<br>**720 Main Ave.**<br>**De Pere, WI 54115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.08 |
| --- | --- | --- | --- |
| | **Jeremy McConnell**<br>**489 Hiawatha Drive**<br>**Brillion, WI 54110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
| --- | --- | --- | --- |
| | **Jeremy Mundt**<br>**124 W Rio St**<br>**Rio, WI 53960** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
| --- | --- | --- | --- |
| | **Jeremy Murray**<br>**436 TESSERVILLE RD**<br>**Nekoosa, WI 54457** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
| --- | --- | --- | --- |
| | **Jeremy Popp**<br>**1206 Lithostone dr**<br>**Lomira, WI 53048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.433 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $803.25 |
|---|---|---|---|

**Jeremy Redmann**
**1488 Wellington Ct.**
**Oshkosh, WI 54904**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $762.30 |
|---|---|---|---|

**Jeremy Roloff**
**3622 N. 81st Street**
**Milwaukee, WI 53222**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $130.73 |
|---|---|---|---|

**Jeremy Schneider**
**780 W Packer Ave.**
**F**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $151.73 |
|---|---|---|---|

**Jeremy Shawmeker**
**2207 marmion ave**
**Joliet, IL 60436**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $392.18 |
|---|---|---|---|

**Jeremy Straub**
**W2035 East River Road**
**Campbellsport, WI 53010**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $286.13 |
|---|---|---|---|

**Jeremy Stumpner**
**754 mount Vernon**
**Oshkosh, WI 54901**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,294.13 |
|---|---|---|---|

**Jeremy VanWeelden**
**2630 Moland ST**
**Madison, WI 53704**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,335.88 |

**Jeremy Weiger**
320 W. Wright Pl
Marquette, MI 49855

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Jeremy Wenzlick**
W195 Thompson Cir
Oconomowoc, WI 53066

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |

**Jeremy Whyte**
380 Preserve Way
Colgate, WI 53017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |

**Jeri Loewe**
N5914 Wild West Ln
Fond Du Lac, WI 54937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |

**Jeri Renier**
W8840 Renier Lane
Vulcan, MI 49892

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $731.33 |

**Jericho Learman**
1245 Wisconsin st.
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |

**Jerilyn Samz**
414 N Pinckney St
8
Madison, WI 53703

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.68 |

**Jerod Kulpinski**
6006 Rogan Lane
SchofieldW, WI 54476

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,066.03 |

**Jerod Lowney**
1815 Tower Ace
Superior, WI 54880

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,467.63 |

**JEROME EATON**
3011 RIDGEWAY RD
Neenah, WI 54956

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |

**Jerome Haser**
W8328 Lincoln Ave
Oakfield, WI 53065

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507.68 |

**Jerome Marquette Jr**
14541 Kolmar Avenue
Midlothian, IL 60445

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.50 |

**Jerome Smith**
615 Youngs lane
Freeport, IL 61032

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |

**Jerome vocke**
2096 Junior Terr.
Delavan, WI 53115

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$677.25** |
| **JEROME WELLER** | ☐ Contingent | |
| **990 HIGHLAND PARK** | ■ Unliquidated | |
| **Neenah, WI 54956** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.435 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.23** |
| **Jerrid Jepma** | ☐ Contingent | |
| **794 Belle Ave.** | ■ Unliquidated | |
| **Hancock, MN 56244** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.435 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.38** |
| **Jerrika McAlpine** | ☐ Contingent | |
| **6371 Poplar L. 6 Street** | ☐ Unliquidated | |
| **Escanaba, MI 49829** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.435 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$807.45** |
| **JERRILYNN VANDENBERG** | ☐ Contingent | |
| **4801 POTTERS XING** | ☐ Unliquidated | |
| **Pulaski, WI 54162** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.435 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$621.08** |
| **Jerrissa Konyn** | ☐ Contingent | |
| **1204 Jackson Street** | ■ Unliquidated | |
| **Merrill, WI 54452** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.435 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$278.25** |
| **Jerry Buhrow** | ☐ Contingent | |
| **N7091 Pollack Rd.** | ■ Unliquidated | |
| **Ripon, WI 54971** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.435 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649.95** |
| **Jerry Buhrow** | ☐ Contingent | |
| **N7091 Pollack Rd.** | ☐ Unliquidated | |
| **Ripon, WI 54971** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.435 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.50 |
|---|---|---|---|

**JERRY GRYGNY**
**E8620 HUNTLEY RD**
**New London, WI 54961**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.71 |
|---|---|---|---|

**Jerry Rentmeester**
**N3409 Highview Rd**
**CASCADE, WI 53011**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Jerry Wolff**
**N4691 County Road J**
**Tigerton, WI 54486**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Jess Fieweger**
**3580 Town Hall Rd**
**Kewaskum, WI 53040**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Jess Gallagher**
**6300 Birch Street**
**#278**
**Schofield, WI 54476**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Jess Shullman**
**1225 summit Ave**
**108**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Jesse Arnold**
**116 High St.**
**Wrightstown, WI 54180**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Jesse Bauman**
4103 Harris Rd.
Mineral Point, WI 53565

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,073.07 |

**Jesse Coates**
2540 14th Rd
Bark River, MI 49807

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $815.85 |

**Jesse Desrochres**
438 N. Lake Street
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $543.91 |

**Jesse Dolgner**
620 W. Main St.
Brandon, WI 53919

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Jesse Fenn**
121 S Lincoln St
Shawano, WI 54166

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,842.75 |

**JESSE FRITSCH**
N3357 MCHUGH RD
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $177.45 |

**Jesse Gneist**
1646 Oak Street
Almond, WI 54909

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Jesse Gutowski**
1178 Shetland Place
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.88 |
|---|---|---|---|

**Jesse James**
2703 cass st
Lake Station, IN 46405

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Jesse Lawatsch**
1856 minnesota st
Oshkosh, WI 54902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.55 |
|---|---|---|---|

**Jesse Liedke**
n3117 hwy b
Oakfield, WI 53065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jesse Martin**
W975 Hickory Road
Saint Cloud, WI 53079

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jesse Massonet**
2051 Fenway Ct
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Jesse Oltrogge**
1231 Geele Ave
Sheboygan, WI 53083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.437 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.23 |
|---|---|---|---|

**Jesse Parr**
**W7686 Marquis Rd**
**Amberg, WI 54102**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,014.95 |
|---|---|---|---|

**Jesse Rankin**
**3955 TIMBER LN**
**Sturgeon Bay, WI 54235**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Jesse Rodriguez**
**N2125 CHERRY RD**
**Rubicon, WI 53078**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Jesse Sauder**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Jesse Scheeler**
**N4681 Kettner Rd**
**Shiocton, WI 54170**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.50 |
|---|---|---|---|

**Jesse Steger**
**W5915 County Rd F**
**Brownsville, WI 53006**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Jesse VandeHey**
**400 N Richmond st**
**Unit 203**
**Appleton, WI 54911**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.38 |
|---|---|---|---|

**Jessi Zellner**
936 N Shunk Rd
Manistique, MI 49854

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,288.35 |
|---|---|---|---|

**jessica anderson**
325 N Clark Street
Mayville, WI 53050

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Jessica Arnold**
710 Lamar Dr
Milton, WI 53563

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Jessica Baerwolf**
W10102 county road x
Portage, WI 53901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.19 |
|---|---|---|---|

**Jessica Baker**
N3504 W Tomahawk Trail
Montello, WI 53949

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.48 |
|---|---|---|---|

**Jessica Beck**
840 Metomen St
5
Ripon, WI 54971

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.45 |
|---|---|---|---|

**jessica Blodgett**
N2346 Townline Road
Coleman, WI 54112

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 628 of 1376

| 3.439 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Jessica Bloom**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Jessica Brown**
**16414 S. Lakeview Dr.**
**Lockport, IL 60441**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $617.38 |
|---|---|---|---|

**Jessica Brozek**
**3711 Heritage Avenue**
**Las Vegas, NV 89121**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Jessica Butters**
**226 Pheasant Lane**
**West Bend, WI 53090**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |
|---|---|---|---|

**Jessica Cherrette-Dauphinais**
**205 Wanda Drive**
**Marquette, MI 49855**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $728.18 |
|---|---|---|---|

**Jessica Coulthurst**
**4322 W Pine St**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.68 |
|---|---|---|---|

**Jessica Dibble**
**8930W US Highway 2**
**Manistique, MI 49854**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 629 of 1376

| 3.440 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Jessica Dodds**
202 E New York Ave.
A
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.71 |
|---|---|---|---|

**Jessica Durnan**
711 E Spring St
New Hampton, IA 50659

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,010.35 |
|---|---|---|---|

**JESSICA EVANS**
W402 State Road 86
Ogema, WI 54459

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jessica Foth**
W10611 Konow Road
Rosendale, WI 54974

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Jessica Garcia**
2704 springland ave
Michigan City, IN 46360

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Jessica Gassner**
874 north street
Brownsville, WI 53006

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Jessica Gatewood**
6 W Montana Ave
Glendale Heights, IL 60139

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742.28 |
|---|---|---|---|

**Jessica Gering**
5262 Bay Meadow Trail
Luxemburg, WI 54217

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jessica Goebel**
N5323 Pine Road
Eden, WI 53019

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jessica Goetzke**
3221 Stanford Lane
#10
West Bend, WI 53090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.441 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Jessica Gollnick**
170 E 10th st
Fond Du Lac, WI 54935

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.441 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Jessica Green**
W4070 County Road Q
Fond Du Lac, WI 54937

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.441 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Jessica Grenier**
180 Marquette Street
Fond Du Lac, WI 54935

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.441 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Jessica Hagedorn**
103 s bell street
Fond Du Lac, WI 54935

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.441 4 | | $197.38 |

**Nonpriority creditor's name and mailing address**

**Jessica Hassett**
**2140 Lincoln Ave**
**Stevens Point, WI 54481**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.441 5 | | $239.38 |

**Nonpriority creditor's name and mailing address**

**Jessica Henning**
**N2072 Chihuahua Ln**
**Campbellsport, WI 53010**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.441 6 | | $828.45 |

**Nonpriority creditor's name and mailing address**

**Jessica Holmes**
**8605 button road**
**Cicero, NY 13039**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.441 7 | | $155.38 |

**Nonpriority creditor's name and mailing address**

**Jessica Hultman**
**289 E Huron St**
**3000**
**Berlin, WI 54923**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.441 8 | | $67.19 |

**Nonpriority creditor's name and mailing address**

**Jessica Hummel**
**227 N 1st St**
**Po Box 332**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.441 9 | | $177.45 |

**Nonpriority creditor's name and mailing address**

**Jessica Johnston**
**603 Spring Ave**
**Naperville, IL 60540**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.442 0 | | $319.73 |

**Nonpriority creditor's name and mailing address**

**Jessica Juelich**
**1353 Oregon st**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.442 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.57 |
|---|---|---|---|

**Jessica Kadow**
N9580 18Ave
Necedah, WI 54646

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jessica Koopman**
W3845 County Road A S
Oostburg, WI 53070

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.21 |
|---|---|---|---|

**Jessica Koprek**
416 n 17th st
Gladstone, MI 49837

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Jessica Krening**
905 S Gafke Ave
Jefferson, WI 53549

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Jessica Krueger**
525 S 56th Ave
Apt 1
Wausau, WI 54401

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Jessica Lawrence**
2656 N 62nd St
Milwaukee, WI 53213

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jessica Lawson**
818 W. College Ave.
Marquette, MI 49855

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Jessica Leeds**
5750 170th Ave
Storm Lake, IA 50588

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,656.90 |
|---|---|---|---|

**Jessica Linton**
315 N Orient St
Fairmont, MN 56031

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,032.68 |
|---|---|---|---|

**Jessica Longoria**
38 North Hiawatha Circle
Sheboygan, WI 53081

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.18 |
|---|---|---|---|

**Jessica Lypsinmaa**
2209 michelle ct.
8
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Jessica Marie**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.76 |
|---|---|---|---|

**Jessica Mella**
1023 Prairie Road
Plymouth, WI 53073

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jessica Mueller**
N87 W24189 North Lisbon Rd
Sussex, WI 53089

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $968.63 |
|---|---|---|---|

**Jessica Nowak**
36 River ln
Clintonville, WI 54929

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.38 |
|---|---|---|---|

**JESSICA OTTOW**
W181 S6345 LENTINI DR
Muskego, WI 53150

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Jessica Paulman**
2623 Broadway st
Dubuque, IA 52001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Jessica Paulsen**
1560 Clairville Rd
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.45 |
|---|---|---|---|

**Jessica Pendleton**
454 Flagg Street
Bridgewater, MA 02324

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444.0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jessica Peters**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
|---|---|---|---|

**Jessica Prasnicki**
175 Morning Glory drive
Apt 6
Clintonville, WI 54929

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$134.38** |
|---|---|---|---|

**Jessica Racette**
**W5953 Blue Bonnet Dr**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$303.46** |
|---|---|---|---|

**Jessica Rompasky**
**311 trailer court road**
**Plainfield, WI 54966**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$77.69** |
|---|---|---|---|

**Jessica Rose**
**115 Linden Lane**
**Cedar Grove, WI 53013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$639.45** |
|---|---|---|---|

**Jessica Rummery**
**3765 Lasalle Line**
**Petrolia  ON N0N 1R0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$553.88** |
|---|---|---|---|

**Jessica Rye**
**625 n prairie ave**
**Sioux Falls, SD 57104**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$177.45** |
|---|---|---|---|

**Jessica Schilling**
**606 Linden Ave**
**Hartford, WI 53027**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,278.90** |
|---|---|---|---|

**Jessica Schlei**
**1581 W Marhill Rd**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $419.96 |
|---|---|---|---|

**Jessica Schutt**
122 8th Street
Clintonville, WI 54929

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.50 |
|---|---|---|---|

**Jessica Spitzer**
234 S 77th St
Milwaukee, WI 53214

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $995.68 |
|---|---|---|---|

**Jessica Strean**
1310 Valview Ct
Watertown, WI 53098

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Jessica Streblow**
514 West Conant Street
Portage, WI 53901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $785.38 |
|---|---|---|---|

**Jessica Stuyvenberg**
330 Crescent Village Cir
Unit 1453
San Jose, CA 95134

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Jessica Twarogowski**
1704 8th Ave South
Escanaba, MI 49829

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.33 |
|---|---|---|---|

**Jessica Van Handel**
1675 West Main Street
Appleton, WI 54911

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page **637** of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 637 of 1376

| | |
|---|---|
| 3.4456 | |

**Nonpriority creditor's name and mailing address**

**Jessica VandenHeuvel**
**N3898 State Hwy 55**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$392.18

---

| |
|---|
| 3.4457 |

**Nonpriority creditor's name and mailing address**

**Jessica Veiht**
**125 Helen St**
**Ishpeming, MI 49849**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,304.63

---

| |
|---|
| 3.4458 |

**Nonpriority creditor's name and mailing address**

**Jessica Wells**
**8926 w offner**
**Peotone, IL 60468**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$214.19

---

| |
|---|
| 3.4459 |

**Nonpriority creditor's name and mailing address**

**Jessica Wells**
**8926 w offner**
**Peotone, IL 60468**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

| |
|---|
| 3.4460 |

**Nonpriority creditor's name and mailing address**

**Jessica Wiseman**
**2500 honey Lou court**
**103**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$303.45

---

| |
|---|
| 3.4461 |

**Nonpriority creditor's name and mailing address**

**Jessica Yanny**
**W147N8446 Manchester Drive**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$838.95

---

| |
|---|
| 3.4462 |

**Nonpriority creditor's name and mailing address**

**Jessica Zerger**
**205 N Bell St**
**Fond du Lac, WI 45935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$194.25

---

| 3.446 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |
|---|---|---|---|

**Jessie Seffens**
4601 6th st
Menominee, MI 49858

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.446 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.26 |
|---|---|---|---|

**Jessie Watermolen**
1469 Riverside Dr
Suamico, WI 54173

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.446 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jessie Zach**
34580 Meadow View Ct
Oconomowoc, WI 53066

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.446 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jessika Guzman**
1292 Mather Street
Green Bay, WI 54303

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.446 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.28 |
|---|---|---|---|

**Jessika Guzman**
1292 Mather Street
Green Bay, WI 54303

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.446 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $959.70 |
|---|---|---|---|

**Jessy Johnson**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.446 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.90 |
|---|---|---|---|

**Jesus Salgado**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.447 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,559.20 |
|---|---|---|---|

**Jill Bruno-Enright**
N 4009-2 Bluffview Drive
Iron Mountain, MI 49801

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Jill Cook**
8241 Lake Road
Wisconsin Rapids, WI 54494

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $419.96 |
|---|---|---|---|

**Jill Delfosse**
N3794 Meade st.
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Jill Franklin**
3219 Old Hickory Pl
West Bend, WI 53095

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.63 |
|---|---|---|---|

**Jill Heft**
307 SUNNYBROOK DR
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $986.95 |
|---|---|---|---|

**Jill Hetzel**
1356 Lamar Ave
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Jill Houterman**
N1834 Savannah Dr
Greenville, WI 54942

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Jill Kahler**
**3140 Bailey Court**
**Oshkosh, WI 54904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

**Jill Kehrmeyer**
**W8912 Homestake Acres**
**Beaver Dam, WI 53916**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Jill Krabbe**
**Po box 358**
**Bucoda, WA 98530**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Jill Lortscher**
**3347 DeKalb Lane**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,714.13 |
|---|---|---|---|

**Jill Noffsinger**
**1111 Wentworth Street**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.63 |
|---|---|---|---|

**JILL PENGLASE**
**1529 W SPRING ST**
**Appleton, WI 54914**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $747.57 |
|---|---|---|---|

**Jill Perock**
**1365 Orlando Dr**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 4 | Nonpriority creditor's name and mailing address | | $677.25 |

**JILL RAMEL**
**6717 PINE LN**
**Carpentersville, IL 60110**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 5 | Nonpriority creditor's name and mailing address | | $272.96 |

**Jill Ronk**
**7115 Sohrweide Road**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 6 | Nonpriority creditor's name and mailing address | | $77.69 |

**Jill Rubio**
**1808 Sherry Lane**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 7 | Nonpriority creditor's name and mailing address | | $155.38 |

**Jill Selesky**
**517 West Spring Street**
**Marquette, MI 49855**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 8 | Nonpriority creditor's name and mailing address | | $303.45 |

**Jill Severinsen**
**N10905 Buckbee Rd**
**Clintonville, WI 54929**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 9 | Nonpriority creditor's name and mailing address | | $177.45 |

**Jill Stoken**
**609 Debruin Rd**
**Combined Locks, WI 54113**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 0 | Nonpriority creditor's name and mailing address | | $98.69 |

**Jill Vandenberg**
**N4302 Panoramic Avenue**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449<br>1 | Nonpriority creditor's name and mailing address<br>**Jill Vosters**<br>**N4131 Oak Lane**<br>**Kaukauna, WI 54130**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $77.69 |
|---|---|---|

| 3.449<br>2 | Nonpriority creditor's name and mailing address<br>**Jill Zanzig**<br>**1130 Fieldview Drive**<br>**Menasha, WI 54952**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $77.69 |
|---|---|---|

| 3.449<br>3 | Nonpriority creditor's name and mailing address<br>**Jillian Cieslewitz**<br>**6387 Reid Lane**<br>**Oriskany, NY 13424**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $319.73 |
|---|---|---|

| 3.449<br>4 | Nonpriority creditor's name and mailing address<br>**Jillian Ricker**<br>**1731 Madison Road**<br>**Kenosha, WI 53140**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $130.73 |
|---|---|---|

| 3.449<br>5 | Nonpriority creditor's name and mailing address<br>**Jillian Veldey**<br>**623 Oliver court**<br>**Verona, WI 53593**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $155.38 |
|---|---|---|

| 3.449<br>6 | Nonpriority creditor's name and mailing address<br>**Jim Bucheger**<br>**1118 Fond du lac Ave**<br>**PO Box 615**<br>**Kewaskum, WI 53040**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $392.18 |
|---|---|---|

| 3.449<br>7 | Nonpriority creditor's name and mailing address<br>**Jim Hansen**<br>**W141 N10656 Wooded Hills Drive**<br>**Germantown, WI 53022**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $155.38 |
|---|---|---|

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 643 of 1376

| 3.4498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.92 |
|---|---|---|---|

**Jim Latta**
5128 Island View Dr
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,444.76 |
|---|---|---|---|

**Jim Thomes**
W6338 Ravine Ct
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Jim Wagner**
2076 Terry Lane
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Jim Walls Sr.**
1125 W GRANT STREET
Appleton, WI 54914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.38 |
|---|---|---|---|

**Jimi Lehner**
551 w. Menomonee st
Belvidere, IL 61008

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.90 |
|---|---|---|---|

**Jimmie Cretens**
1171 17th road
Bark River, MI 49807

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Jimmie Walker**
835 Madison St
Beaver Dam, WI 53916

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.45 |
|---|---|---|---|

**Jimmy Hill**
619 W Highland St
Shawnee, OK 74801

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Jini Bilyeu**
1415 Glades Drive
Altoona, WI 54720

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**JINNY BIESE**
C/O TIM AMUNDSON
4330 WINDSOR ROAD
Windsor, WI 53598

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**JJ Whaley**
325 Tweedy St
Hustisford, WI 53034

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.15 |
|---|---|---|---|

**Jo Michel Kiiskila**
5320 Fox Run Dr.
Wisconsin Rapids, WI 54494

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,763.71 |
|---|---|---|---|

**Joan Roberts**
650 Arnie Street
Combined Locks, WI 54113

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**JoAnn Bartolameolli**
1909 Horseshoe Lane
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 2 | **Nonpriority creditor's name and mailing address**<br>**JOANN CAMPBELL**<br>W7043 School Road<br>Greenville, WI 54942<br><br>**Date(s) debt was incurred** _2019-2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Pre-Paid Tickets_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,354.50 |
|---|---|---|---|
| 3.451 3 | **Nonpriority creditor's name and mailing address**<br>**Joann Fox**<br>W3426 golf course drive<br>Fond Du Lac, WI 54937<br><br>**Date(s) debt was incurred** _2019-2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Pre-Paid Tickets_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $218.38 |
| 3.451 4 | **Nonpriority creditor's name and mailing address**<br>**JOANN HEIER**<br>E1563 STRATTON LAKE RD<br>Waupaca, WI 54981<br><br>**Date(s) debt was incurred** _2019-2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Pre-Paid Tickets_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,829.88 |
| 3.451 5 | **Nonpriority creditor's name and mailing address**<br>**Joann Johnson**<br>1302 24th st west<br>Unit 248<br>Billings, MT 59102<br><br>**Date(s) debt was incurred** _2019-2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Pre-Paid Tickets_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $828.45 |
| 3.451 6 | **Nonpriority creditor's name and mailing address**<br>**JOANN SIPPLE**<br>775 S. Washburn St. Apt#1<br>Oshkosh, WI 54904<br><br>**Date(s) debt was incurred** _2019-2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Pre-Paid Tickets_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,210.13 |
| 3.451 7 | **Nonpriority creditor's name and mailing address**<br>**Joann Walton**<br>1121 Bluebird Trail<br>Waunakee, WI 53597<br><br>**Date(s) debt was incurred** _2019-2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Pre-Paid Tickets_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $401.63 |
| 3.451 8 | **Nonpriority creditor's name and mailing address**<br>**Joanna Beggs**<br>9897 Taft rd<br>Plainfield, WI 54966<br><br>**Date(s) debt was incurred** _2019-2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Pre-Paid Tickets_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,606.50 |

| 3.451 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Joanna Lacoursiere**
1728 Maple Street
South Milwaukee, WI 53172

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.452 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Joanna Vaughn**
606 Karen Ln
Green Bay, WI 54301

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.452 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |

**Joanne Kurth**
5926 W. Vliet St. #5
Milwaukee, WI 53208

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.452 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $391.13 |

**Joanne Smits**
3974 Hazelwood Dr
Pulaski, WI 54162

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.452 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $504.51 |

**Joanne Yuma**
9417 White Lake Rd
Suring, WI 54174

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.452 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Jocelyn Thull**
509 Knights Ave
Kewaskum, WI 53040

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.452 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,165.50 |

**Jock Holsworth**
3461 Shepherd Drive
Oshkosh, WI 54904

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.452 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,204.88 |
|---|---|---|---|

**Jodee Zurfluh**
W9181 Lower Rd
Shiocton, WI 54170

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Jodeen Exner**
616 Somerset Dr
Janesville, WI 53546

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jodi Cahak**
W1078 hwy tw
Theresa, WI 53091

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Jodi Driscoll**
122 Buell Road
Mermaid  PE  C1B 0V2

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.453 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $667.76 |
|---|---|---|---|

**Jodi Hewitt**
480 Thomas St
Fond Du Lac, WI 54935

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.70 |
|---|---|---|---|

**Jodi Ivey**
W2245 Pearl st
Seymour, WI 54165

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.85 |
|---|---|---|---|

**jodi Kautzer**
16300 Keller Rd
Kiel, WI 53042

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Jodi Michels**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Jodi Miesler Jauquet**
**N5540 Henry Court**
**Luxemburg, WI 54217**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Jodi Moioffer**
**400 Niagara St**
**Kiel, WI 53042**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Jodi Mulder**
**N5699 Dixon Rd**
**Brandon, WI 53919**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Jodi Olmsted**
**N9121 S. Kernan Avenue**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,706.20 |
|---|---|---|---|

**JODI Riemenschneider**
**735 E Scott st**
**APT H**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Jodi Schneider**
**538 Cecelia St**
**Combined Locks, WI 54113**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.38** |
| **Jodi Wagner** | ☐ Contingent | |
| **20 South Street** | ■ Unliquidated | |
| **Plymouth, WI 53073** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.454 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.88** |
| **Jodie Rasmussen** | ☐ Contingent | |
| **755 OLSON AVE** | ■ Unliquidated | |
| **Oshkosh, WI 54901** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.454 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392.65** |
| **Jody Kalkofen** | ☐ Contingent | |
| **2011 Park Avenue** | ☐ Unliquidated | |
| **New Holstein, WI 53061** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.454 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$261.45** |
| **Jody King** | ☐ Contingent | |
| **2926 hickory dr** | ■ Unliquidated | |
| **Plover, WI 54467** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.454 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392.18** |
| **Jody Link** | ☐ Contingent | |
| **2949 Scenic Rd** | ■ Unliquidated | |
| **Slinger, WI 53086** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.454 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.23** |
| **Jody Minor** | ☐ Contingent | |
| **1204 Langlade Ave** | ■ Unliquidated | |
| **Green Bay, WI 54304** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.454 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.38** |
| **Jody Pomplun** | ☐ Contingent | |
| **W3570 County Rd Q** | ■ Unliquidated | |
| **Redgranite, WI 54970** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.454 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.25 |
|---|---|---|---|

**Jody Rasmussen**
**W5470 Trailwood Ln**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.25 |
|---|---|---|---|

**Jody Reinhardt**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |
|---|---|---|---|

**Jody Thiel**
**1214 Carpenter St**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Jody VanBoxtel**
**W1123 County Road S**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,968.27 |
|---|---|---|---|

**Jody Williams**
**1620 arcadian ave**
**Waukesha, WI 53186**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.13 |
|---|---|---|---|

**Joe Brewer**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Joe Cochran**
**6 browning avenue**
**Nashua, NH 03062**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $617.38 |
|---|---|---|---|

**Joe Curl**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Joe DeMeyer**
**5121 Expo dr**
**103**
**Manitowoc, WI 54220**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Joe Faulhaber**
**1375 skylark ln.**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.50 |
|---|---|---|---|

**JOE FRANK**
**917 POWERS ST**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**JOE GEIGER**
**7637 Jacquis Rd**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Joe Goodwin**
**905 B Swift Ave**
**Sheboygan, WI 53081**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Joe Heuer**
**N1474 W Spencerlake Rd**
**Waupaca, WI 54981**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,525.13 |
|---|---|---|---|

**JOE MACHKOVICH**
**808 Ash St.**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Joe Morris**
**82 rock fence circle**
**4**
**Cartersville, GA 30121**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Joe Nemeth III**
**330 W 19TH AVE**
**Oshkosh, WI 54902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.456 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Joe Porrey**
**W6661 Greenridge Dr**
**Greenville, WI 54942**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.456 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Joe Remter**
**2533 palisades dr**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Joe Rosploch**
**3630 w acre ave**
**Franklin, WI 53132**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Joe Santiago**
**1412 s lrma st**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.456<br>8 | Nonpriority creditor's name and mailing address<br>**Joe Schuhart**<br>**8147 Quigley Rd**<br>**Winneconne, WI 54986**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $803.25 |
|---|---|---|---|

| 3.456<br>9 | Nonpriority creditor's name and mailing address<br>**Joe Steinhardt**<br>**N3183 Rock Road**<br>**Cascade, WI 53011**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $251.96 |
|---|---|---|---|

| 3.457<br>0 | Nonpriority creditor's name and mailing address<br>**Joe Trudell**<br>**1214th mosinee ave**<br>**apt 5**<br>**Mosinee, WI 54455**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $506.10 |
|---|---|---|---|

| 3.457<br>1 | Nonpriority creditor's name and mailing address<br>**Joe Valima**<br>**1267 green acres lane**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $109.19 |
|---|---|---|---|

| 3.457<br>2 | Nonpriority creditor's name and mailing address<br>**Joe Wallace**<br>**503 N 4th. Ave**<br>**Wausau, WI 54401**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $715.05 |
|---|---|---|---|

| 3.457<br>3 | Nonpriority creditor's name and mailing address<br>**Joe Walters**<br>**No Address - purchased tickets via PayPa**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $639.45 |
|---|---|---|---|

| 3.457<br>4 | Nonpriority creditor's name and mailing address<br>**Joe Warnke**<br>**402 Elliott st**<br>**Pardeeville, WI 53954**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $261.45 |
|---|---|---|---|

| 3.457 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.68 |
|---|---|---|---|

**Joe White**
1109 12th Ave.
Green Bay, WI 54304

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Joe Wiatr**
334 South State St.
Neshkoro, WI 54960

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,159.77 |
|---|---|---|---|

**Joe Zimmer**
108 E 5th St
Kaukauna, WI 54130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |
|---|---|---|---|

**JOEL BEER**
220 Austin Ct. #44
New London, WI 54961

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Joel Belonger**
1858 N Commerce st
312
Milwaukee, WI 53212

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Joel Ditter**
1672 Cedarview Drive
Saint Cloud, WI 53079

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,136.07 |
|---|---|---|---|

**Joel Hoffman**
520 E. Main St.
Omro, WI 54963

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.458 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |

**Nonpriority creditor's name and mailing address**

**Joel Jahnke**
**1839 s Schaefer st**
**Apt B**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$288.23

---

| 3.458 3 |

**Nonpriority creditor's name and mailing address**

**Joel Trede**
**9185 Edge O Woods Dr**
**Cedarburg, WI 53012**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$282.45

---

| 3.458 4 |

**Nonpriority creditor's name and mailing address**

**joellen hansen**
**PO Box 253, 495 A Hill Street**
**Green Lake, WI 54941**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,238.48

---

| 3.458 5 |

**Nonpriority creditor's name and mailing address**

**Joesph Miller**
**3463 s 95th st**
**Milwaukee, WI 53227**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$228.38

---

| 3.458 6 |

**Nonpriority creditor's name and mailing address**

**Joey Coppens**
**2310 Goudreau street**
**Niagara, WI 54151**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$88.73

---

| 3.458 7 |

**Nonpriority creditor's name and mailing address**

**Joey Pollard**
**37294 tikka rd**
**Ontonagon, MI 49953**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.458 8 |

**Nonpriority creditor's name and mailing address**

**Joey Recker**
**432 N JEFFERSON ST**
**Lancaster, WI 53813**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$275.07

---

| | | |
|---|---|---|
| 3.458 9 | **Nonpriority creditor's name and mailing address**<br>**Joey Reichwald**<br>**308 South St**<br>**Apt 310**<br>**Waukesha, WI 53186**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.73** |
| 3.459 0 | **Nonpriority creditor's name and mailing address**<br>**Joey Schmidt**<br>**2416 N 34th st**<br>**Sheboygan, WI 53083**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$67.19** |
| 3.459 1 | **Nonpriority creditor's name and mailing address**<br>**Johanna Wigman**<br>**51 fern drive**<br>**Montello, WI 53949**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$479.85** |
| 3.459 2 | **Nonpriority creditor's name and mailing address**<br>**Johannah Cordes**<br>**250 east 3rd Avenue**<br>**Clifton, IL 60927**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$177.45** |
| 3.459 3 | **Nonpriority creditor's name and mailing address**<br>**Johannah Kaminske**<br>**1113 Springfield Driv**<br>**Athens, TN 37303**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$518.65** |
| 3.459 4 | **Nonpriority creditor's name and mailing address**<br>**John Andersen**<br>**po box 82**<br>**Manawa, WI 54949**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$67.19** |
| 3.459 5 | **Nonpriority creditor's name and mailing address**<br>**John Arenz**<br>**331 state st.**<br>**Ripon, WI 54971**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$141.23** |

| 3.4596 | Nonpriority creditor's name and mailing address<br>**John Asmus**<br>**N3700 County Road B**<br>**Kewaunee, WI 54216** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $414.23 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4597 | Nonpriority creditor's name and mailing address<br>**JOHN BADO**<br>**32 Smith Street**<br>**Howell, NJ 07731** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $803.26 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4598 | Nonpriority creditor's name and mailing address<br>**John Bevan**<br>**472 Bragg st**<br>**Fond Du Lac, WI 54935** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $210.00 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4599 | Nonpriority creditor's name and mailing address<br>**John Boivin**<br>**1027 Harwood Ave**<br>**Green Bay, WI 54313** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $119.69 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4600 | Nonpriority creditor's name and mailing address<br>**John Breaux**<br>**813 Elm Street**<br>**Apt 1**<br>**Winneconne, WI 54986** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $189.00 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4601 | Nonpriority creditor's name and mailing address<br>**John Brooks**<br>**W2946 Jay Rd**<br>**BelgiumB, WI 53004** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $67.19 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4602 | Nonpriority creditor's name and mailing address<br>**John Cadwell**<br>**No Address - purchased tickets via PayPa** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $126.00 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.460 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $151.73 |
| **John Chavie** | ☐ Contingent | | |
| **934 3rd St. West** | ■ Unliquidated | | |
| **Hastings, MN 55033** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.460 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $572.76 |
| **John Cops** | ☐ Contingent | | |
| **24108 Blue Heron Dr** | ■ Unliquidated | | |
| **Brillion, WI 54110** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.460 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $479.85 |
| **John Dam** | ☐ Contingent | | |
| **305 W HUGHES ST** | ■ Unliquidated | | |
| **Tyler, MN 56178** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.460 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $807.45 |
| **John Dave** | ☐ Contingent | | |
| **No Address - purchased tickets via PayPa** | ■ Unliquidated | | |
| Date(s) debt was incurred **2019-2020** | ☐ Disputed | | |
| Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.460 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $1,606.50 |
| **John DeLuca** | ☐ Contingent | | |
| **PO Box 601** | ■ Unliquidated | | |
| **Frankfort, IL 60423** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.460 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $260.38 |
| **John Donahue** | ☐ Contingent | | |
| **1441 Mulberry Drive** | ■ Unliquidated | | |
| **Plover, WI 54467** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.460 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $700.88 |
| **John Dreymiller** | ☐ Contingent | | |
| **208 n madison** | ■ Unliquidated | | |
| **Waupun, WI 53963** | ☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.4610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,362.90 |
|---|---|---|---|

**John Duvernell**
404 Chadwick Ct
Watertown, WI 53094

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.38 |
|---|---|---|---|

**John Faucett**
w4318 Mackville rd
Appleton, WI 54913

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,832.38 |
|---|---|---|---|

**JOHN FIERS III**
N 3124 SECTION LINE RD
Kaukauna, WI 54130

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $663.57 |
|---|---|---|---|

**John Franklin Jr**
828 E Holum St
Deforest, WI 53532

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.45 |
|---|---|---|---|

**John Gettelman**
1617 Riverbend Terrace
Unit 2
Green Bay, WI 54311

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**John Gijsen**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,996.33 |
|---|---|---|---|

**John Gillmer**
1417 Bluff Ave.
Sheboygan, WI 53081

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.461 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**John Giovenco**
819 Blenheim dr
Schaumburg, IL 60195

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.68 |
|---|---|---|---|

**John Haas**
4144 Oak Tree Lane
Plainfield, IL 60586

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.23 |
|---|---|---|---|

**John Halligan**
249B Hubbard Street
Glastonbury, CT 06033

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.40 |
|---|---|---|---|

**JOHN HALVERSON**
6685 North Rd
Vesper, WI 54489

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $967.58 |
|---|---|---|---|

**JOHN HALVERSON**
6685 North Rd
Vesper, WI 54489

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,032.68 |
|---|---|---|---|

**John Harris**
138 Spadina Ave
Sault Ste. Marie ON P6C 5C7

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.50 |
|---|---|---|---|

**John Heggesta**
1132 Prospect Ave
Portage, WI 53901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**John Herrick**
W6013 Blazing Star Dr
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |

**John Hinz II**
137 BROCKWAY AVE
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |

**John Janikowski**
1904 E 1st St
Merrill, WI 54452

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.76 |

**John Jennings**
5718 n kerbs
Chicago, IL 60646

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,354.50 |

**JOHN KAUTZ**
1736 NORTH POINT
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |

**John Klena**
Po box 233
Aaronsburg, PA 16820

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |

**John Krzeminski**
33900 Bohner Dr
Burlington, WI 53105

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**3.463 1**

Nonpriority creditor's name and mailing address

JOHN KUNDE
4654 GRIMSON RD
Oshkosh, WI 54904

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

**3.463 2**

Nonpriority creditor's name and mailing address

John Lannoye
732 northern av
Green Bay, WI 54303

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

**$380.07**

---

**3.463 3**

Nonpriority creditor's name and mailing address

John Last
1411 Fairfax St.
Oshkosh, WI 54904

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

**3.463 4**

Nonpriority creditor's name and mailing address

John Laux
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

**$610.58**

---

**3.463 5**

Nonpriority creditor's name and mailing address

john leonoff
524 delta ave,
22
Gladstone, MI 49837

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

**$345.45**

---

**3.463 6**

Nonpriority creditor's name and mailing address

JOHN MASTERS
7950 BROADWAY RD
Omro, WI 54963

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

**$1,493.63**

---

**3.463 7**

Nonpriority creditor's name and mailing address

John Mccarthy
1389 E STATE RD 59
Milton, WI 53563

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

**$205.28**

---

| 3.463 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,441.13 |

**John Mckeag**
309 east 2nd st
po box 442
Atkinson, IL 61235

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.463 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507.68 |

**John Medley**
1912 Fairview Dr W
West Bend, WI 53090

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.464 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |

**John Miller**
635 Colwyn Bae
Wales, WI 53183

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.464 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.09 |

**John Murphy**
1508 Cedar St #33 1508
33
New London, WI 54961

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.464 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**John Nagel**
W5229 Harrison Rd
Hilbert, WI 54129

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.464 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |

**John Nickel**
518 Bronson Street
Waupun, WI 53963

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.464 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,430.75 |

**JOHN PODLASEK**
107 HOSMER ST
Marinette, WI 54143

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.464 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**John Reierson**
**N7223 White Clover Road**
**Manawa, WI 54949**

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.464 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $491.34 |
|---|---|---|---|

**John Rosenow**
**400 s. 8th**
**Watertown, WI 53094**

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.464 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.33 |
|---|---|---|---|

**John Schimanski**
**6212 County Rd V**
**Caledonia, WI 53108**

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.464 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**John Schmidt**
**180 SPRUCE DR**
**Saint Paul, MN 55124**

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.464 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,070.87 |
|---|---|---|---|

**JOHN SCHMIDT**
**617 BUCHANAN RD.**
**Combined Locks, WI 54113**

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.465 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $887.78 |
|---|---|---|---|

**John Schmitz**
**281 N Lake St**
**Peshtigo, WI 54157**

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.465 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $701.40 |
|---|---|---|---|

**John Schmitz**
**281 N Lake St**
**Peshtigo, WI 54157**

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.465 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Schroeder**
**W306N7010 Bette Ann drive**
**Hartland, WI 53029**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$155.38

---

| 3.465 3 |
|---|

**Nonpriority creditor's name and mailing address**

**JOHN SCHULTZ**
**412 Orchard Ln.**
**Little Chute, WI 54140**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$194.25

---

| 3.465 4 |
|---|

**Nonpriority creditor's name and mailing address**

**John Shoemaker**
**1008 W Bluff st**
**B**
**Marquette, MI 49855**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$288.23

---

| 3.465 5 |
|---|

**Nonpriority creditor's name and mailing address**

**John simpson**
**601 Lynn ave**
**Baraboo, WI 53913**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$803.25

---

| 3.465 6 |
|---|

**Nonpriority creditor's name and mailing address**

**John Sitzmann**
**295 n Booth st.**
**Dubuque, IA 52001**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$67.19

---

| 3.465 7 |
|---|

**Nonpriority creditor's name and mailing address**

**JOHN STACK**
**2950 SHOREWOOD DR**
**Oshkosh, WI 54901**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$677.25

---

| 3.465 8 |
|---|

**Nonpriority creditor's name and mailing address**

**John Stanley**
**3401 Green Pastures Lane**
**Carpentersville, IL 60110**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

$500.85

---

| 3.465 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|
| | **John Steinke**<br>**417 Rogers Street**<br>**Milton, WI 53563** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.466 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.38 |
|---|---|---|---|
| | **John Suchomel**<br>**122 prospect ave**<br>**Beaver Dam, WI 53916** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.466 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $679.36 |
|---|---|---|---|
| | **John THOMAS**<br>**501 E. Quietwinds Way**<br>**Appleton, WI 54913** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.466 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|
| | **John Torresani**<br>**13718 89th St.**<br>**Elk River, MN 55330** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.466 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|
| | **John Van Handel**<br>**5849 Woods Edge Road**<br>**Madison, WI 53711** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.466 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,107.75 |
|---|---|---|---|
| | **John Vinzant**<br>**770 jenks ave e**<br>**Saint Paul, MN 55106** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.466 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.63 |
|---|---|---|---|
| | **john woehrer**<br>**1214 carpenter st.**<br>**Menasha, WI 54952** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.466 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $711.90 |
|---|---|---|---|

**John Zajac**
**32037 Finch Circle**
**Dent, MN 56528**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.23 |
|---|---|---|---|

**Johnny Carr Jr**
**3031 Lawndale dr**
**Green Bay, WI 54311**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Johnson Apetagon**
**Box 181**
**Norway House, MB R0B 1B0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Joi-Lin Sanchez**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.33 |
|---|---|---|---|

**Jolene Foy**
**345 S Main St**
**Ishpeming, MI 49849**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Jolene Zeruth**
**862 Windwood Dr.**
**Mosinee, WI 54455**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Jolie Gartzke**
**N3890 Sharon Rose Ct**
**Appleton, WI 54913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 3 | | | **$413.18** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jolita Katlauskaite**
**7106 s Chase rd**
**Sobieski, WI 54171**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 4 | | | **$722.38** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jolyne Schneider**
**1552 WHITETAIL RUN**
**Mukwonago, WI 53149**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 5 | | | **$444.68** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jolynn Richter**
**N 1501 Spring Glen Rd.**
**Keshena, WI 54135**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 6 | | | **$847.33** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**jon bruder**
**1612 pleasant ave**
**New Holstein, WI 53061**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 7 | | | **$261.45** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Cook**
**815 Division St**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 8 | | | **$286.13** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Dowd**
**15259 pelkie rd**
**Pelkie, MI 49958**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 9 | | | **$134.38** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Draves**
**407 S fifth st**
**Fort Atkinson, WI 53538**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Jon Fogleson**
**843 Farmington Ave**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.468 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Jon Fox**
**1419 Sterling Heights Ct**
**Apt 10**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.468 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Jon Hitsman**
**14431 state rd 42**
**Newton, WI 53063**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.468 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $853.13 |
|---|---|---|---|

**Jon Jolin**
**707 N 13th St**
**Wausau, WI 54403**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.468 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.26 |
|---|---|---|---|

**Jon Klotz**
**2100A Woodbury CIR**
**Waukesha, WI 53189**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.468 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,905.75 |
|---|---|---|---|

**Jon Lang**
**15 CARPENTER ST**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.468 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Jon Lori Mortensen**
**750 Olson Avenue**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.468 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.90 |
|---|---|---|---|
| | **Jon Olk**<br>710 S Westfield St<br>Oshkosh, WI 54902 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.468 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|
| | **Jon Rentmeester**<br>474 Demi Lane<br>Green Bay, WI 54311 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.468 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|
| | **Jon Salzsieder**<br>2935 Wyldewood Rd<br>Oshkosh, WI 54904 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.469 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,656.90 |
|---|---|---|---|
| | **Jon Westover**<br>7129 13 Mile Rd<br>Paris, MI 49338 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.469 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.83 |
|---|---|---|---|
| | **Jonathan Andersen**<br>PO BOX 82<br>Manawa, WI 54949 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.469 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.45 |
|---|---|---|---|
| | **Jonathan Araoz**<br>452 Sweet Rd<br>Darien, WI 53114 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.469 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|
| | **Jonathan Balakrishnan**<br>2848B North Brookfield Road<br>Unit 221<br>Brookfield, WI 53045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.469 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $455.18 |
|---|---|---|---|

**Jonathan Buenzli**
**56436 Geitz hill road**
**Prairie Du Chien, WI 53821**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $807.45 |
|---|---|---|---|

**Jonathan Crye**
**N9537 Carla Dr.**
**Belleville, WI 53508**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,556.10 |
|---|---|---|---|

**Jonathan Dadd**
**428 Chicago Ave**
**Savanna, IL 61074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $354.90 |
|---|---|---|---|

**Jonathan Dewey**
**10240 W Plum Tree Cir**
**Apt 103**
**Hales Corners, WI 53130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $162.23 |
|---|---|---|---|

**Jonathan Fernandez**
**W2763 Breezewood dr.**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $402.68 |
|---|---|---|---|

**Jonathan Hanson**
**920 bader st**
**Green Bay, WI 54302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $93.44 |
|---|---|---|---|

**Jonathan Hasselberger**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.470<br>1 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Heil**<br>**S88W22755 Marianne Avenue**<br>**Big Bend, WI 53103**<br><br>Date(s) debt was incurred _2019-2020_<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$97.13** |
| 3.470<br>2 | **Nonpriority creditor's name and mailing address**<br>**jonathan hoffman**<br>**250 e park st**<br>**Montello, WI 53949**<br><br>Date(s) debt was incurred _2019-2020_<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$551.25** |
| 3.470<br>3 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Koepke**<br>**2024 Center Street**<br>**Stevens Point, WI 54481**<br><br>Date(s) debt was incurred _2019-2020_<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$261.45** |
| 3.470<br>4 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Kwasny**<br>**2381 Woodland Hills Dr.**<br>**Menasha, WI 54952**<br><br>Date(s) debt was incurred _2019-2020_<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$251.96** |
| 3.470<br>5 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Mcclure**<br>**511 Cook St**<br>**Iron Mountain, MI 49801**<br><br>Date(s) debt was incurred _2019-2020_<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$348.57** |
| 3.470<br>6 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Nelson**<br>**1803 Winger dr**<br>**Plainfield, IL 60586**<br><br>Date(s) debt was incurred _2019-2020_<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$319.73** |
| 3.470<br>7 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Samples**<br>**1265 Sprouse Lane**<br>**Newport, TN 37821**<br><br>Date(s) debt was incurred _2019-2020_<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$261.45** |

| 3.470 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.95 |
|---|---|---|---|

**Jonathan Schueller**
3220 Duval rd
1821
Austin, TX 78759

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.470 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Jonathan Schulz**
2229 Pembroke Avenue
New Hampton, IA 50659

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.63 |
|---|---|---|---|

**Jonathan Streich**
1731 Taft Ave
A2
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.95 |
|---|---|---|---|

**Jonathon Herrick**
714 n 5th st
Manitowoc, WI 54220

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Jonathon Jarvenpaa**
1351 Bismarck ave
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.09 |
|---|---|---|---|

**Jonathon Ripperdan**
223 West Clark Street
Negaunee, MI 49866

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,441.13 |
|---|---|---|---|

**Jones Funmaker Jr.**
E8891 Winneshiek Dr
Wisconsin Dells, WI 53965

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $176.38 |
| **Joni Cullen** | ☐ Contingent | |
| **1023 caribe court** | ■ Unliquidated | |
| **Janesville, WI 53545** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.471 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $545.95 |
| **Joni Grams** | ☐ Contingent | |
| **641 South Margaret Street** | ■ Unliquidated | |
| **Markesan, WI 53946** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.471 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $476.65 |
| **Jonna Goede** | ☐ Contingent | |
| **2005 Hyde ave** | ☐ Unliquidated | |
| **La Crosse, WI 54601** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.471 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
| **Jonna Rusk** | ☐ Contingent | |
| **100 rienow hall** | ☐ Unliquidated | |
| **Rm 1011** | ☐ Disputed | |
| **Iowa City, IA 52242** | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.471 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
| **Jordan Appel** | ☐ Contingent | |
| **1374 S MADISON ST** | ■ Unliquidated | |
| **Chilton, WI 53014** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.472 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
| **jordan Bloechl** | ☐ Contingent | |
| **404 Morris St** | ■ Unliquidated | |
| **Fond Du Lac, WI 54935** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.472 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $204.23 |
| **Jordan brethouwer** | ☐ Contingent | |
| **1204 N 5th St** | ■ Unliquidated | |
| **Apt 204** | ☐ Disputed | |
| **Sheboygan, WI 53081** | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.472 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Jordan Dietz**
1632 Club View Dr
Hampton, IA 50441

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Jordan Edwards**
522 McHenry Ave
Apt 309
Woodstock, IL 60098

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.10 |
|---|---|---|---|

**Jordan Endries**
N8931 Wildflower Ln
Brillion, WI 54110

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $523.95 |
|---|---|---|---|

**Jordan Herring**
5417 W Fair St
Evansville, WI 53536

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Jordan Jungwirth**
906 W 9TH AVE
Oshkosh, WI 54902

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Jordan Karam**
5540 N. Summerland Dr.
Appleton, WI 54913

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Jordan Klinker**
17818 62nd street
Becker, MN 55308

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.472 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$67.19** |
| **Jordan Krentz**<br>**465 W Griswold Street**<br>**Apt. 1**<br>**Ripon, WI 54971** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$750.23** |
| **Jordan Lass**<br>**2611 Jackson st**<br>**10**<br>**LA CROSSE, WI 54601** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$282.45** |
| **Jordan Lefebvre**<br>**1841 Oakview Dr**<br>**Neenah, WI 54956** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$476.65** |
| **Jordan Marquardt**<br>**2784 Fairview road**<br>**Neenah, WI 54956** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$361.15** |
| **Jordan Meyers**<br>**No Address - purchased tickets via PayPa** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$67.19** |
| **Jordan Muche**<br>**N4568 Fuzzy Ln**<br>**Campbellsport, WI 53010** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$88.73** |
| **Jordan Nass**<br>**3697 wildcat trail**<br>**7**<br>**New franken, Wi 54229** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Jordan Pemble**
14736 fireside circle
Cold Spring, MN 56320

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Jordan Peters**
527 Walnut Court
Waverly, IA 50677

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Jordan Reynolds**
800 portage street
Houghton, MI 49931

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.473 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Jordan Sauder**
25 fairview lane
Hancock, MN 56244

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.474 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Jordan Schuhart**
4274 River St
Wabeno, WI 54566

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |
|---|---|---|---|

**Jordan Sipla**
290 Fairview Dr
10
New London, WI 54961

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.74 |
|---|---|---|---|

**Jordan Smith**
5317 Snow Goose Bay
Sheboygan, WI 53083

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jordan Smith**
W164N5325 Creekwood Crossing
Menomonee Falls, WI 53051

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Jordan Thomas**
2530 W Glendale Ave
Appleton, WI 54914

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jordan Wallner**
4996 Gilkeson Rd
Waunakee, WI 53597

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Jordan Wright**
3931 Alberta dr ne
RochesterR, MN 55906

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.23 |
|---|---|---|---|

**Jordanne Stevens**
2080 pasadena dr.
1
Dubuque, IA 52001

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**Jorden Legreve**
N7906 Maple Rd
Casco, WI 54205

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Jordon Hueller**
N 5824 sandhill ct
Crivitz, WI 54114

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Jordyn Dedering**
3810 Apple Ln
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Jordyn Ellis**
5918 Harbour South Drive
Winneconne, WI 54986

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Jordyn Sartain**
440 3rd ave so
South Saint Paul, MN 55075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $386.34 |
|---|---|---|---|

**Jordyn Sievert**
W5842 Turnberry Dr
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Jordyn Snell**
140 WHITEBEAR
Negaunee, MI 49866

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Jordyn Stephens**
321 S Kools St
Apt 5
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Jordyn Stettbacher**
1012 Thurke Ct
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4757 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$197.38** |
| **Jordynn Giessel**<br>**622 E Bridlewood Ln**<br>**Oak Creek, WI 53154** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.4758 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$1,614.90** |
| **Jori Taylor**<br>**12390 W. York House Rd**<br>**Waukegan, IL 60087** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.4759 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$151.73** |
| **Jose Pulido**<br>**676 s hawley rd**<br>**Apt 208**<br>**Milwaukee, WI 53214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.4760 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$500.85** |
| **Jose Rivera-Tellez**<br>**700 N Salem Dr.**<br>**417**<br>**Hoffman Estates, IL 60169** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.4761 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$214.19** |
| **Jose' Rodriguez**<br>**27 camellia ct.**<br>**Clintonville, WI 54929** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.4762 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$553.88** |
| **Joseph Beagley**<br>**1 Aladdin Cir**<br>**10**<br>**Derry, NH 03038** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.4763 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$1,236.90** |
| **Joseph Beavin**<br>**515 Freedom RD**<br>**Edmond, OK 73025** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.476 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Joseph Bruley**
957 William st
Menasha, WI 54952

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Joseph cardinal**
4946 Lade Beach Road
Little Suamico, WI 54141

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Joseph Carlson**
1161 Canterbury Road
Green Bay, WI 54304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Joseph Casper**
N5304 Hample Road
Black Creek, WI 54106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Joseph Dench**
12616 Blue Iris Lane
Plainfield, IL 60585

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Joseph Desotelle**
7218 E Hilltop View Court
Maribel, WI 54227

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.477 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.96 |
|---|---|---|---|

**Joseph Disterhaft**
231 Edgewood Ln
West Bend, WI 53095

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.477 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,499.00** |
| **Joseph Draucek** | ☐ Contingent | |
| **1497 Belfaire Lake Trail** | ■ Unliquidated | |
| **Dacula, GA 30019** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$799.58** |
| **Joseph Gauthier** | ☐ Contingent | |
| **635 Elm st** | ■ Unliquidated | |
| **Tigerton, WI 54486** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$422.63** |
| **Joseph J Seiltz** | ☐ Contingent | |
| **1604 10th Ave.** | ☐ Unliquidated | |
| **Green Bay, WI 54304** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$803.25** |
| **Joseph Koeune** | ☐ Contingent | |
| **6761 clow Rd** | ■ Unliquidated | |
| **Winneconne, WI 54986** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$271.95** |
| **Joseph Kulakowski** | ☐ Contingent | |
| **42 Union St** | ■ Unliquidated | |
| **Hartford, WI 53027** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$576.46** |
| **Joseph Laurent** | ☐ Contingent | |
| **No Address - purchased tickets via PayPa** | ■ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.70** |
| **Joseph Lawson** | ☐ Contingent | |
| **460 larkdale row** | ■ Unliquidated | |
| **Wauconda, IL 60084** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,178.75 |
|---|---|---|---|

**JOSEPH LENTZ**
427 W 12TH AVE
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Joseph Lepine**
3103 Weat Street
2
Ames, IA 50014

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Joseph Manthey**
2804 25th St
Lubbock, TX 79410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Joseph Matuszak**
300 CHERRY LN
Little Chute, WI 54140

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Joseph Merkatoris**
941 White Pine Ave
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,165.50 |
|---|---|---|---|

**JOSEPH NAUBER**
1425 N Birchwood Ave
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.50 |
|---|---|---|---|

**Joseph Nykoluk**
1011 W. Peterson Ave
Unit C
Park Ridge, IL 60068

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.478 5** | **$940.74** |

**Nonpriority creditor's name and mailing address**

**Joseph Schallock**
**10220 West Parkedge Circle**
**Franklin, WI 53132**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.478 6** | **$130.73** |

**Nonpriority creditor's name and mailing address**

**Joseph Schwandt**
**57408 4TH ST**
**Calumet, MI 49913**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.478 7** | **$1,354.50** |

**Nonpriority creditor's name and mailing address**

**JOSEPH STILP**
**N5060 LAIRD RD**
**Shiocton, WI 54170**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.478 8** | **$405.83** |

**Nonpriority creditor's name and mailing address**

**Joseph Stockinger**
**1705 Kentucky St.**
**Oshkosh, WI 54901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.478 9** | **$553.88** |

**Nonpriority creditor's name and mailing address**

**Joseph Stutz**
**7766 red bank rd**
**Suring, WI 54174**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.479 0** | **$1,540.88** |

**Nonpriority creditor's name and mailing address**

**Joseph Terrien**
**5522 Damsel Ct**
**Denmark, WI 54208**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.479 1** | **$261.45** |

**Nonpriority creditor's name and mailing address**

**Joseph Van Horn**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $613.73 |
|---|---|---|---|

**Joseph Weber**
57380 240th
Wells, MN 56097

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.75 |
|---|---|---|---|

**Joseph Wilson**
W1114 CTY RD HH
Fremont, WI 54940

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Josephine O neal**
609 Menasha St
Reedsville, WI 54230

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.69 |
|---|---|---|---|

**Josey Peterson**
203 North Barnes Street
What Cheer, IA 50268

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Josh Agius**
6102 balmoral way
Commerce Township, MI 48382

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Josh Arnett**
205 S. Main St.
Hammond, IL 61929

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Josh Baumhardt**
4149 Scarborough Drive
Richfield, WI 53076

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |

**Josh Bertrand**
1709 Pine Tree Ln
Luxemburg, WI 54217

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |

**Josh Bestul**
2279 w Pershing st
18
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Josh Bohn**
6343 Scenic Drive East
West Bend, WI 53095

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |

**Josh Caudle**
8140 Galaxy Rd.
Minocqua, WI 54548

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |

**Josh Coonen**
2356 sunfield drive
Pulaski, WI 54162

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $648.88 |

**Josh Dapoz**
417 14th Ave
Norway, MI 49870

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.75 |

**Josh Dusel**
913 Irish Rd
Apt 10
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 687 of 1376

| 3.480 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $434.69 |
|---|---|---|---|

**Josh Eckert**
N8745 Co. Rd. 577
Stephenson, MI 49887

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.38 |
|---|---|---|---|

**Josh Ferguson**
2224 Hilldale Circle
Stoughton, WI 53589

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $468.83 |
|---|---|---|---|

**josh Fink**
1018 jackson st
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $829.50 |
|---|---|---|---|

**JOSH FISCHER**
364 MARK CT
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Josh Frank**
1213 Dove St
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Josh Freeman**
3290 N Martha St.
#83
Sioux City, IA 51105

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Josh Frydrych**
2719 W Hwy Dr
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|
| | **Josh Hames** <br> **1961 GREENTREE DR** <br> **PLOVER, WI 54467** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.38 |
|---|---|---|---|
| | **josh heinsius** <br> **315 Rose Ave** <br> **Olin, IA 52320** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|
| | **Josh Huston** <br> **311 England St** <br> **Apt 3** <br> **Cambridge, WI 53523** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|
| | **Josh Huston** <br> **311 England St** <br> **Apt 3** <br> **Cambridge, WI 53523** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,349.90 |
|---|---|---|---|
| | **Josh Kent** <br> **N1526 Winchester rd** <br> **Hortonville, WI 54944** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|
| | **Josh Kern** <br> **717 North Wilshire Lane** <br> **Arlington Heights, IL 60004** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
|---|---|---|---|
| | **Josh Killerlain** <br> **N5546 star branch rd** <br> **Pardeeville, WI 53954** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
| --- | --- | --- | --- |
| | **Josh Klemm**<br>**6076 Naples Lane**<br>**Winneconne, WI 54986**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
| --- | --- | --- | --- |
| | **Josh Laffin**<br>**923 Plumer Street**<br>**Wausau, WI 54403**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $853.13 |
| --- | --- | --- | --- |
| | **Josh Longtin**<br>**W494 hillside drive**<br>**De Pere, WI 54115**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.482 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $478.76 |
| --- | --- | --- | --- |
| | **Josh Lyons**<br>**1104 Breezewood Lane**<br>**Unit 5**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.75 |
| --- | --- | --- | --- |
| | **Josh Mason**<br>**54 Pearl St**<br>**Clintonville, WI 54929**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
| --- | --- | --- | --- |
| | **Josh Mickelson**<br>**3191 happy valley road**<br>**Sun Prairie, WI 53590**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
| --- | --- | --- | --- |
| | **Josh Noeska**<br>**2914 Avalon Court**<br>**Elgin, IL 60124**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josh Oakley**
**1325 Buchanan Rd.**
**Kaukauna, WI 54130**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$1,170.75

---

| 3.482 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josh Retzloff**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$403.73

---

| 3.482 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josh Rogge**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$351.23

---

| 3.483 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josh Sachse**
**5608 Chime Lane**
**Sheboygan, WI 53081**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$63.00

---

| 3.483 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**josh Schneider**
**209 Hubbard st**
**Oakfield, WI 53065**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$553.88

---

| 3.483 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josh Schoonover**
**440 Washington Street**
**Fort Atkinson, WI 53538**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.483 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josh Seefeldt**
**W5487 Seefeldt Ln**
**Peshtigo, WI 54157**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$302.38

---

| 3.483 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,701.00 |
|---|---|---|---|

**Josh Smith**
W168 N9307 Grand Ave
Menomonee Falls, WI 53051

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $500.85 |
|---|---|---|---|

**Josh Sorvala**
1105 western trail
Mukwonago, WI 53149

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $576.45 |
|---|---|---|---|

**Josh Thompson**
2133 Granger Road
Manitowoc, WI 54220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,031.75 |
|---|---|---|---|

**josh Thompson**
6830 Knox Ave s
Minneapolis, MN 55423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $261.45 |
|---|---|---|---|

**Josh Vandenwildenberg**
1203 Hewitt St
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $553.88 |
|---|---|---|---|

**Josh Wegner**
1439 1ST AVE N
Park Falls, WI 54552

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $261.45 |
|---|---|---|---|

**josh wendt**
351 sacramento st.
Berlin, WI 54923

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 692 of 1376

| 3.484 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Josh Willis**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Joshua Baker**
**401 w south st**
**Loyal, WI 54446**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Joshua Bauling**
**703 4th St**
**Brodhead, WI 53520**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.484 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Joshua Beeck**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.33 |
|---|---|---|---|

**Joshua Bornbach**
**1935 South Bouten Street**
**Appleton, WI 54915**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.484 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.23 |
|---|---|---|---|

**Joshua Burnett**
**W5919 Mariner Hills Trail**
**Elkhorn, WI 53121**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.95 |
|---|---|---|---|

**Joshua Chorey**
**602 W STATE ST**
**CHEBOYGAN, MI 49721**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.484 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.28 |
|---|---|---|---|

**Joshua Danielson**
1225 sims street
Ridgecrest, CA 93555

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Joshua Dart**
8175 S. Oakwood Ave
Neenah, WI 54956

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Joshua David**
1001 EAST FRANCES ST
APPLETON, WI 54911

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Joshua Desotelle**
3501 N Grandview Dr
Milton, WI 53563

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Joshua Dziaba**
12524 W Moorland Dr
Homer Glen, IL 60491

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Joshua Eldridge**
1710 Westminster Drive
Apt 9
Green Bay, WI 54302

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $501.91 |
|---|---|---|---|

**Joshua H. Tepolt Joshua H. Tepolt**
929 W. Bell ave
Appleton, WI 54914

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Joshua Hall**
3807 catewright rd
Seymour, TN 37865

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.485 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Joshua Harder**
7962 County Rd M
Browntown, WI 53522

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.485 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,285.73 |
|---|---|---|---|

**Joshua King-hage**
5470 Highway 210
Cromwell, MN 55726

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.485 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Joshua Miller**
112 Queensway Drive PO BOX 354
St Jacobs ON N0B2N0

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.485 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Joshua Miller**
50 Woodridge Lane
Inver Grove Heights, MN 55077

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.486 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Joshua Peterson**
N1509 State Highway M35
Menominee, MI 49858

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.486 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Joshua Pillath**
N3623 Iepinsky In
Peshtigo, WI 54157

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.486 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Joshua Rybacki**
1684 Huckleberry Ave
205
Omro, WI 54963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Joshua Schott**
2530 Sun Ter
Green Bay, WI 54311

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.70 |
|---|---|---|---|

**Joshua Schroetter**
1101 E Taft Ave
Appleton, WI 54915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Joshua Schuster**
2601 Appian Way
Green Bay, WI 54302

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $885.68 |
|---|---|---|---|

**joshua solis**
5231 county road 420 21st  rosd
Gladstone, MI 49837

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.38 |
|---|---|---|---|

**Joshua Strean**
92 E 13th St
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $293.96 |
|---|---|---|---|

**Joshua Styer**
17617 Nachtwey Rd
Maribel, WI 54227

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,032.68 |
|---|---|---|---|

**Joshua Tessmer**
2000 Lewis st
Marinette, WI 54143

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.487 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Joshua Vaile**
3095 River Forrest Hills Dr
Pulaski, WI 54162

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.487 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Joshua Van Straten**
p.o. box 144
Shiocton, WI 54170

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.487 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Joshua Verheyen**
2106 Canyonland dr
Green Bay, WI 54311

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.487 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Joshua Wine**
3568 driscoll rd
1
Rhinelander, WI 54501

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.487 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355.95 |
|---|---|---|---|

**Joshua Woodward**
722 EAST RD
Heuvelton, NY 13654

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.487 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,211.18 |
|---|---|---|---|

**Joshua Ybarra**
4015 Emerson Rd
Sterling, IL 61081

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 697 of 1376

| 3.487 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Josiah Manteufel**
1312 HAZEL ST
OSHKOSH, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |

**Josie Buege**
1 TRIANGLE CT TRLR 34
Osage, IA 50461

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Josie Stahmann**
N8976 Schultz Rd.
Van Dyne, WI 54979

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |

**Josie Stuettgen**
5717 Hickory Knoll Drive
West Bend, WI 53095

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $722.38 |

**Joslynn Gust**
1810 e becker rd
Marshfield, WI 54449

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Josue Valenzuela**
1723 Jordan Avenue
New Holstein, WI 53061

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Jovick Nemetz**
2289 Lasee Rd
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Joy Schaefer**
45 W. 14th. Ave.
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Joy Schleis**
17814 Cty Hwy B
Mishicot, WI 54228

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Joyce Laedtke**
752 S. Keller Park Drive
Appleton, WI 54914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Jscob Newhouse**
705 Joshua st
Kaukauna, WI 54130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |

**Juan barboza**
105 E Liberty St
Apt A
Berlin, WI 54923

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.88 |

**Judith Edge**
W2618 Story Creek Cir
Belleville, WI 53508

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.25 |

**Judy Casarez**
824 County Rd RR
Cedar Grove, WI 53013

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.19** |
|---|---|---|---|

**Judy Hughes**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,141.28** |
|---|---|---|---|

**Judy Patz**
**622 N Division St.**
**Appleton, WI 54911**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.63** |
|---|---|---|---|

**Julia Belyeu**
**505 Herman St**
**Iron Ridge, WI 53035**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.38** |
|---|---|---|---|

**Julia Gohde**
**3920 Highland Shore Lane**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.69** |
|---|---|---|---|

**Julia Johnson**
**100 Oak View Drive**
**Negaunee, MI 49866**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$319.73** |
|---|---|---|---|

**Julia Kaasa**
**908 NE 11th Ave**
**Unit 27**
**Grand Rapids, MN 55744**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.69** |
|---|---|---|---|

**Julia Perock**
**1365 Orlando dr.**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.489 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Julia Russ**
W7640 River Rd
Oakfield, WI 53065

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Julia Smith**
2252 w Seneca dr
Appleton, WI 54914

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Julia Zipoy**
14140 Badger Rd
Kimball, MN 55353

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**julian boardman**
626 south mason st
Appleton, WI 54914

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.45 |
|---|---|---|---|

**Julian Mendoza**
317 W Waupaca Street Apt. A
New London, WI 54961

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Julianne Lacanne**
N6437 county road 577
Wallace, MI 49893

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $661.45 |
|---|---|---|---|

**Julie Ahrens**
1521 Lucerne dr
Menasha, WI 54952

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page **701** of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 701 of 1376

| 3.490 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Julie Applegate**
14 haysland rd
Petersburg, TN 37144

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**julie benesh**
3148 Bellfield Drive
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Julie Besaw**
E8419 Ebert Road
New London, WI 54961

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Julie Bishop**
3216 Blueberry Lane
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,614.50 |
|---|---|---|---|

**julie cassiani**
N3909 COUNTY RD EE
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Julie Covelli**
4609 73rd St
Kenosha, WI 53142

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Julie Degrave**
N14141 CR 551
Wilson, MI 49896

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Julie Eggebrecht**
174821 Hoot Owl Dr
Ringle, WI 54471

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Julie Fischer**
1704 Yorkshire Ave
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $602.18 |
|---|---|---|---|

**Julie Guetzke**
1121 4th Street
Kiel, WI 53042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Julie Harris**
No Address - purchased tickets via PayPa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Julie Herbst**
595A VETERANS CIRCLE
Campbellsport, WI 53010

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.70 |
|---|---|---|---|

**Julie Higgins**
3586 Church Rd
Green Bay, WI 54311

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $765.98 |
|---|---|---|---|

**Julie Hintz**
W2396 County Rd EE
Seymour, WI 54165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 703 of 1376

| | |
|---|---|
| **3.491 8** | **$77.69** |

**Nonpriority creditor's name and mailing address**

**Julie James**
847 Carissa Ct
Omro, WI 54963

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.491 9** | **$1,274.70** |

**Nonpriority creditor's name and mailing address**

**Julie Johnson**
W2425 BLOCK RD
Appleton, WI 54915

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.492 0** | **$719.25** |

**Nonpriority creditor's name and mailing address**

**Julie Koski**
3990 Country Lane
Rock, MI 49880

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.492 1** | **$155.38** |

**Nonpriority creditor's name and mailing address**

**Julie Laubenstein**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.492 2** | **$98.69** |

**Nonpriority creditor's name and mailing address**

**Julie Meert**
1726 14th Avenue
Green Bay, WI 54304

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.492 3** | **$77.69** |

**Nonpriority creditor's name and mailing address**

**Julie Meinert**
W1481 MEINERT RD
Malone, WI 53049

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.492 4** | **$881.91** |

**Nonpriority creditor's name and mailing address**

**Julie Payer**
PO Box 646
Sheffield, IA 50475

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 5 | **Nonpriority creditor's name and mailing address**<br>**Julie Peterson**<br>**571 S 9th Street**<br>**De Pere, WI 54115**<br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | **$152.25** |

| 3.492 6 | **Nonpriority creditor's name and mailing address**<br>**Julie Pfaff Anderson**<br>**4104 county highway I**<br>**Sparta, WI 54656**<br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | **$893.03** |

| 3.492 7 | **Nonpriority creditor's name and mailing address**<br>**Julie Price**<br>**1202 n 18th st**<br>**Manitowoc, WI 54220**<br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | **$315.00** |

| 3.492 8 | **Nonpriority creditor's name and mailing address**<br>**Julie Przesmicki**<br>**125 N 121st Street**<br>**Wauwatosa, WI 53226**<br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,367.07** |

| 3.492 9 | **Nonpriority creditor's name and mailing address**<br>**Julie Ripp**<br>**W6029 Moonflower Drive**<br>**Appleton, WI 54915**<br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | **$98.69** |

| 3.493 0 | **Nonpriority creditor's name and mailing address**<br>**Julie Roseberry**<br>**PO Box 34**<br>**Friendship, WI 53934**<br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | **$261.45** |

| 3.493 1 | **Nonpriority creditor's name and mailing address**<br>**Julie Routhieaux**<br>**901 Carol Lynn Dr**<br>**Little Chute, WI 54140**<br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Pre-Paid Tickets**<br>Is the claim subject to offset? ■ No ☐ Yes | **$155.38** |

| 3.493 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$479.85** |

**Julie Ruther**
**11625 Laurie Dr**
**Wheatfield, IN 46392**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$134.38** |

**Julie Schmitt**
**1023 Traboh Ct**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$2,670.08** |

**Julie Sprangers**
**2600 Bellevue Sr**
**Green Bay, WI 54311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$377.96** |

**julie srenaski**
**3081 Alfa Romeo Road**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$109.19** |

**Julie Steger**
**6088 County Road D**
**West Bend, WI 53090**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$677.25** |

**JULIE STEIN**
**N8635 Firelane 10**
**Menasha, WI 54952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$585.38** |

**Julie Thomas**
**1369 Orchid Lane**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.51 |
|---|---|---|---|

**Julie Timm**
2225 Trailside Lane
De Pere, WI 54115

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Julie Trzebiatowski**
107 Hidden Ridges Way
Combined Locks, WI 54113

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Julie Warax**
425 E Pershing Street
Appleton, WI 54911

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,379.30 |
|---|---|---|---|

**JULIE WESENER**
402 W Evergreen Dr
Sheboygan, WI 53081

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.61 |
|---|---|---|---|

**Julie Wolf**
Po box 752
Burlington, WI 53105

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.00 |
|---|---|---|---|

**Julie Zietlow**
10329 W Calumet Rd
Milwaukee, WI 53224

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Julie Zwiers**
W9282 Hunters Road
Hortonville, WI 54944

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Juliet Brossman**
**623 E Randall St**
**Shawano, WI 54166**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**June Marx**
**8935 Highland Dr**
**Kewaskum, WI 53040**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.68 |
|---|---|---|---|

**June Schumacher**
**307 East Wolf River Avenue**
**New London, WI 54961**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.494 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Juregen Gieske**
**W128N6212 River Heights Drive**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.65 |
|---|---|---|---|

**Justice Bohl**
**129 S State St**
**Waupun, WI 53963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.96 |
|---|---|---|---|

**Justice Chavie**
**934 3rd St W**
**Hastings, MN 55033**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Justin Allen**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
| --- | --- | --- | --- |
| | **Justin Anderson**<br>500 3rd Ave N<br>B<br>Clear Lake, IA 50428 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.495 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,357.13 |
| --- | --- | --- | --- |
| | **Justin Beck**<br>534 Vanderbilt St<br>Fairfax, IA 52228 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.495 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $834.75 |
| --- | --- | --- | --- |
| | **Justin Bluemke**<br>W7310 Hillside Dr<br>Shawano, WI 54166 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.495 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
| --- | --- | --- | --- |
| | **Justin Boedecker**<br>14 Prescott st<br>Elkhorn, WI 53121 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.495 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.40 |
| --- | --- | --- | --- |
| | **Justin Brah**<br>107 E Mary st<br>Apt. 1<br>Bessemer, MI 49911 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.495 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
| --- | --- | --- | --- |
| | **Justin Brown**<br>13522 east rd<br>Montrose, MI 48457 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.495 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
| --- | --- | --- | --- |
| | **Justin Burt**<br>128 Chippewa drive<br>Sheboygan Falls, WI 53085 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.496 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.70 |
|---|---|---|---|

**Justin Cain**
P.O. Box 242
Big Bay, MI 49808

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Justin Capelle**
1697 Princeton Place
11
Green Bay, WI 54302

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Justin Damm**
15973 150th st
Wellsburg, IA 50680

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Justin Daniel**
527 N 3rd Ave E
#2
Duluth, MN 55805

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Justin Fassbender**
N6479 Town Hall Road
Mayville, WI 53050

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Justin Fisher**
306 Garfield Ct
Little Chute, WI 54140

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $631.58 |
|---|---|---|---|

**Justin Girard**
1222 E Crocker St
Wausau, WI 54403

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Justin Haig**
209 Knapp St.
Oshkosh, WI 54902

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.496 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Justin Hamm**
240 Vista Ct
Springtown, TX 76082

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.496 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Justin Hanson**
1407 5th ave nw
Watertown, SD 57201

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Justin Hauert**
750 23rd ave n
South Saint Paul, MN 55075

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,295.98 |
|---|---|---|---|

**Justin Heil**
12221 Winter Park Place
Eagle River, AK 99577

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.13 |
|---|---|---|---|

**Justin Hess**
3276 Howard Ave
Stevens Point, WI 54481

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Justin Jurek**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497<br>4 | Nonpriority creditor's name and mailing address<br>**Justin Kahler**<br>**1215 Glenayre Drive**<br>**Neenah, WI 54956** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $480.38 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.497<br>5 | Nonpriority creditor's name and mailing address<br>**Justin Kain**<br>**403 Sportsman rd**<br>**Pickett, WI 54964** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $130.73 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.497<br>6 | Nonpriority creditor's name and mailing address<br>**Justin Kaipio**<br>**25407 Portland Street**<br>**Calumet, MI 49913** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $130.73 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.497<br>7 | Nonpriority creditor's name and mailing address<br>**Justin Kalcich**<br>**1 Park Ave APT 205**<br>**Calumet, MI 49913** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $392.18 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.497<br>8 | Nonpriority creditor's name and mailing address<br>**Justin Kleiber**<br>**1500 Koch st**<br>**Pekin, IL 61554** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $1,693.13 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.497<br>9 | Nonpriority creditor's name and mailing address<br>**Justin Koepke**<br>**No Address - purchased tickets via PayPa** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $610.58 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.498<br>0 | Nonpriority creditor's name and mailing address<br>**JUSTIN KOPLIEN**<br>**617 N 3RD ST**<br>**Weyauwega, WI 54983** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $677.26 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.498 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,614.90 |
|---|---|---|---|

**Justin Lawrence**
24 ash St.
Momence, IL 60954

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Justin Leveillee**
2081 Jenny ct
Pulaski, WI 54162

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Justin Marchand**
1300 alpine dr
407
Green Bay, WI 54311

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.25 |
|---|---|---|---|

**Justin Mathias**
33 Myrna Jane Dr
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Justin Mazza**
1501 West Birdsong Drive
C11
Oak Creek, WI 53154

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Justin Menor**
3331 carney ave
marinette, WI 54143

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Justin Noe**
1367 W Hiawatha Dr
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4988 | Nonpriority creditor's name and mailing address | | $868.35 |
|---|---|---|---|

**Justin Oaks**
1223 Armory Pl.
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4989 | Nonpriority creditor's name and mailing address | | $261.45 |
|---|---|---|---|

**Justin OConnell**
613 London St
Menasha, WI 54952

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4990 | Nonpriority creditor's name and mailing address | | $261.45 |
|---|---|---|---|

**Justin Poublon**
3301 Mockingbird Way
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4991 | Nonpriority creditor's name and mailing address | | $288.23 |
|---|---|---|---|

**Justin Riek**
1550 S HURON RD
10
Green Bay, WI 54311

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4992 | Nonpriority creditor's name and mailing address | | $418.95 |
|---|---|---|---|

**Justin Robinson**
980 Glenbrook Ave N
Saint Paul, MN 55128

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4993 | Nonpriority creditor's name and mailing address | | $350.70 |
|---|---|---|---|

**Justin Ruff**
518 York Street
Beaver Dam, WI 53916

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4994 | Nonpriority creditor's name and mailing address | | $414.23 |
|---|---|---|---|

**Justin Schoen**
M234 sugar Bush lane
Marshfield, WI 54449

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$807.45** |
|---|---|---|---|

**Justin Seehawer**
**1519 E GUNN ST**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.73** |
|---|---|---|---|

**Justin Sinjakovic**
**N2291 County Road SS**
**Campbellsport, WI 53010**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$719.26** |
|---|---|---|---|

**Justin Smith**
**1200 PARK AVE**
**Oconto, WI 54153**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$260.38** |
|---|---|---|---|

**Justin Smith**
**224 Broadway Street**
**Fond Du Lac, WI 54937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$239.38** |
|---|---|---|---|

**Justin Smith**
**Po box 113**
**Van Dyne, WI 54979**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$553.88** |
|---|---|---|---|

**Justin Ukasick**
**915 Minnesota ave**
**8**
**South Milwaukee, WI 53172**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,107.75** |
|---|---|---|---|

**Justin Van Horn**
**315 1st St S**
**307**
**Newton, IA 50208**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Vavra**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$130.73

---

| 3.500 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Justin Wampole**
**15941 Durand ave lot 90c**
**Union Grove, WI 53182**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$233.07

---

| 3.500 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Justin Zilisch**
**205 Joseph court**
**9**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$288.23

---

| 3.500 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Justina Kabanuk**
**630 N Spring St**
**5**
**Port Washington, WI 53074**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$662.83

---

| 3.500 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Justine Debish**
**778 Security Dr.**
**Apt. C105**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$288.23

---

| 3.500 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Justine Moulton**
**4448 221st st n**
**Forest Lake, MN 55025**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$303.45

---

| 3.500 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Justine Oswald**
**N2212 Hwy 188**
**Lodi, WI 53555**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

$270.38

---

| 3.500 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Justyne Lucero**
PO BOX 28
Dulce, NM 87528

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**K Thomae**
1563 Oriole Dr
Hartford, WI 53027

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Kade Van Asten**
1902 Schumacher Lane
Little Chute, WI 54140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**Kade Walsh**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |

**Kaden Callaway**
820 Stark St
Wausau, WI 54403

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Kaila Keplin**
W14359 Hwy 44
Brandon, WI 53919

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Kailee Whitney**
103 Kimberry Court
Rolling Meadows, IL 60008

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5016 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | $68.24 |
| **Kailey Bath** | | ☐ Contingent | |
| **N1527 County Road GG** | | ■ Unliquidated | |
| **Kaukauna, WI 54130** | | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5017 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | $486.13 |
| **Kailey Nelson** | | ☐ Contingent | |
| **7833 South Lathers Road** | | ■ Unliquidated | |
| **Beloit, WI 53511** | | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5018 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | $545.92 |
| **Kailey Wornardt** | | ☐ Contingent | |
| **W2417 Haven Drive** | | ☐ Unliquidated | |
| **Campbellsport, WI 53010** | | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5019 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
| **Kailie Sweeney** | | ☐ Contingent | |
| **5949 hwy a** | | ☐ Unliquidated | |
| **Brooklyn, WI 53521** | | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5020 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
| **Kaily Knappenberger** | | ☐ Contingent | |
| **123 West Huron St** | | ■ Unliquidated | |
| **Apt C** | | ☐ Disputed | |
| **Berlin, WI 54923** | | | |
| Date(s) debt was incurred __2019-2020__ | | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5021 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
| **Kaily McAuliffe** | | ☐ Contingent | |
| **814 N. 113 St** | | ■ Unliquidated | |
| **Milwaukee, WI 53226** | | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5022 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | $339.13 |
| **Kaiti Gorman** | | ☐ Contingent | |
| **N92W25030 Blue Heron Dr** | | ■ Unliquidated | |
| **Sussex, WI 53089** | | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.502 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $680.38 |
|---|---|---|---|

**Kaitlin Armbruster**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.38 |
|---|---|---|---|

**Kaitlin Arvey**
**4968 lumberman lane**
**Muskegon, MI 49442**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Kaitlin Taddy**
**406 S 5th Street**
**Reedsville, WI 54230**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.502 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kaitlin Young**
**714 Meadow Crossing Trail**
**Roscoe, IL 61073**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.502 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Kaitlyn Brabbit**
**1331 Bellevue st**
**lot 236**
**Green Bay, WI 54302**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kaitlyn Brunken**
**55 Harrison Lane**
**Reedsburg, WI 53959**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $603.70 |
|---|---|---|---|

**Kaitlyn Guelig**
**222 Rose Avenue**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Kaitlyn Immel**
633 Milwaukee St
Lomira, WI 53048

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Kaitlyn Kingsbury**
325 woodford dr
West Bend, WI 53090

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Kaitlyn Leitheiser**
875 Odawa Circle
Kewaskum, WI 53040

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.88 |

**Kaitlyn Ludtke**
210 Copper St
#6
Hurley, WI 54534

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Kaitlyn Ludtke**
210 Copper St
#6
Hurley, WI 54534

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Kaitlyn Pope**
33 parkview dr
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Kaitlyn Regenfuss**
W5524 Hickory Dr
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 720 of 1376

| 3.503 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$199.50** |

**Kaitlyn Sherbo**
1787 Park Ave
Apt #7
Plover, WI 54467

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$109.19** |

**Kaitlyn Waller**
219 north dousman
Prairie Du Chien, WI 53821

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$77.69** |

**Kaitlyn Wiese**
N7661 County Road M
Rosendale, WI 54974

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$77.69** |

**Kaitlyn Wollner**
W3411 County Road D
Cedar Grove, WI 53013

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$438.88** |

**Kaitlynn Bentle**
W6501 Midway Rd
Hortonville, WI 54944

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$134.38** |

**Kaitlynn Lehman**
3124 Blaine Street
Apt 5
Stevens Point, WI 54481

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$67.19** |

**Kalee Henderson**
305 Washington Ave
Sauk City, WI 53583

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Kali Enstad**
528 8th Ave South
A
Saint Cloud, MN 56301

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|

**Kali Knoll**
408 floral drive nw
Cedar rapids, IA 52405

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kalista Smit**
715 Nakoma Ave
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Kalli Wiechman**
766 Hampton Ave
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.88 |
|---|---|---|---|

**Kallie Knueppel**
215 Westridge Pkwy
Verona, WI 53593

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.69 |
|---|---|---|---|

**Kallie Moderson**
350 S Green Bay Rd
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Kalynda Mcglothlin**
1147 w 7th ave
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $67.19 |
| **Kamara Zeise** | ☐ Contingent | | |
| **2670 SHERRY LANE** | ■ Unliquidated | | |
| **Green Bay, WI 54302** | ☐ Disputed | | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.505 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $88.73 |
| **Kameron Lord** | ☐ Contingent | | |
| **1002 N Morrison Street** | ■ Unliquidated | | |
| **Appleton, WI 54911** | ☐ Disputed | | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.505 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $119.69 |
| **Kami Counter** | ☐ Contingent | | |
| **823 3rd St N** | ■ Unliquidated | | |
| **Sartell, MN 56377** | ☐ Disputed | | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.505 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $500.85 |
| **Kammi Waters** | ☐ Contingent | | |
| **1729 CROOKED AVE** | ☐ Unliquidated | | |
| **Holmen, WI 54636** | ☐ Disputed | | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.505 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $455.65 |
| **Kamryn Griswold** | ☐ Contingent | | |
| **W310 S2851 Wild Rose Lane** | ■ Unliquidated | | |
| **Waukesha, WI 53188** | ☐ Disputed | | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.505 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $206.32 |
| **Kamryn Stich** | ☐ Contingent | | |
| **5715 Old Coach Road** | ■ Unliquidated | | |
| **Wausau, WI 54401** | ☐ Disputed | | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.505 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $67.19 |
| **Kara Block** | ☐ Contingent | | |
| **W4121 County Road E** | ■ Unliquidated | | |
| **Berlin, WI 54923** | ☐ Disputed | | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.5058 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |

**Kara Clark**
810 Greenfield Trail
Oshkosh, WI 54904

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5059 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.55 |

**Kara Nagorny**
4429 Sherman Road
Oshkosh, WI 54901

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5060 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.45 |

**Kara Papendorf**
1104 Lawndale Dr
Menasha, WI 54952

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5061 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $565.95 |

**Karen Bartels**
7850 Island Aire Rd
Ripon, WI 54971

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5062 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.93 |

**Karen Blakely**
3725 Tribeca Drive
117
Middleton, WI 53562

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5063 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.63 |

**KAREN BORST**
29 W MELVIN AVE
Oshkosh, WI 54901

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5064 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $418.95 |

**Karen Christian Honsinger**
945 freedom avenue
Oshkosh, WI 54901

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.506 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Karen Duel**
W9277 Rose Eld Road
Eldorado, WI 54932

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.13 |
|---|---|---|---|

**KAREN GEIGER**
N2849 SLEEPY CREEK DR
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**karen girard**
6520 glacier dr
West Bend, WI 53090

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308.69 |
|---|---|---|---|

**KAREN KARLS**
N4378 HWY 55
Chilton, WI 53014

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $468.78 |
|---|---|---|---|

**Karen Kaster**
1349 South 9th St
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Karen Koch**
545A South 30th Street
Manitowoc, WI 54220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Karen Koehler**
1187 ARROWHEAD TRL
Nekoosa, WI 54457

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page **725** of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 725 of 1376

| 3.507 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $574.36 |
|---|---|---|---|

**Karen Kubitz**
**224486 Sattler Ln**
**Ringle, WI 54471**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**KAREN LARSON**
**80 THACKERY DR**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Karen Letourneau**
**W5099 Valley Creek Road**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.38 |
|---|---|---|---|

**Karen Martin**
**67 Sibley St**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Karen Mavis**
**5865 W Edgerton Ave**
**Milwaukee, WI 53220**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**KAREN MICHELLE BONLANDER ROSKOM**
**1310 STARVIEW LN**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Karen Robaidek**
**N2789 S. Broadway Road**
**Bonduel, WI 54107**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Karen Rowen**
264 Jasmine Dr
Berlin, WI 54923

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.65 |
|---|---|---|---|

**Karen Zarling**
N10555 Klemp rd
Clintonville, WI 54929

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.46 |
|---|---|---|---|

**Karessa Lyle**
451 pirate cove
Hiawatha, IA 52233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Kari Bohlman**
415 CENTER ST
Randolph, WI 53956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.57 |
|---|---|---|---|

**Kari Check**
4008 Wagon Wheel Rd
Manitowoc, WI 54220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.38 |
|---|---|---|---|

**Kari Freis**
10410 Westview Road
Newton, WI 53063

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Kari Gatterman**
1753 Dixie Avenue,  PO Box 791
Friendship, WI 53934

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.76 |
|---|---|---|---|

**Kari Heikkinen**
Po box 221
Mohawk, MI 49950

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
|---|---|---|---|

**Kari Kessel**
2924 Waubesa Ave
Madison, WI 53711

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $990.43 |
|---|---|---|---|

**Kari Lang**
1549 Cardnial Lane
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.18 |
|---|---|---|---|

**Kari Moede**
1115 E FILLMORE ST
MARSHFIELD, WI 54449

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Kari Ness**
6630 Wintergreen Trail
Sobieski, WI 54171

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,556.10 |
|---|---|---|---|

**Kari Slager**
W8095 Prairie Rd
Oakfield, WI 53065

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Kari Vonderloh**
4409 Eureka Rd
Omro, WI 54963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Karianna Otter-giese**
**9134 County Road B**
**Amherst, WI 54406**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.509 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.48 |
|---|---|---|---|

**karie fletcher**
**713 10th st**
**Waupaca, WI 54981**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.509 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Karina Nivelo**
**50 Hilltop Ln**
**108**
**Mankato, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.509 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Karina Zacharias**
**74 E Summit st**
**Markesan, WI 53946**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.509 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $539.65 |
|---|---|---|---|

**Karissa Brunette**
**2909 N 88th St**
**Milwaukee, WI 53222**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.509 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Karissa Feder**
**W920 Spring Grove rd**
**Ripon, WI 54971**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.509 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Karissa Heilman**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Karissa Juckem**
N4897 Hwy 57
Chilton, WI 53014

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Karissa Verhasselt**
2051 Foxland Street
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Karl Priem**
609 S Lafayette st
Shawano, WI 54166

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282.44 |
|---|---|---|---|

**Karl Schmitz**
2334 QF Lane
Madrid, IA 50156

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.13 |
|---|---|---|---|

**Karla Goyke**
1231 Faust Ave
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Karla Jepson**
945 Gail Ave
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Karla Price**
1531 E. Frances St
Appleton, WI 54911

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page **730** of **1376**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 730 of 1376

| 3.510 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Karla Semenak**
**N10768 Prospect Dr**
**Bessemer, MI 49911**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Karla Sendelbach**
**w1202 county road KK**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Karlee Ellis**
**N6081 Robin Ln**
**Green Lake, WI 54941**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Karlee Kreuzer**
**s2240 wing hollow road**
**Chaseburg, WI 54621**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $843.08 |
|---|---|---|---|

**Karlee Kuntze**
**W5149 County Road 366**
**Daggett, MI 49821**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Karley Hall**
**316 Lorraine dr**
**Freeport, IL 61032**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
|---|---|---|---|

**Karli Radeka**
**2728 County L**
**Tomahawk, WI 54487**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$134.38** |
|---|---|---|---|

**Karlie5 Volk**
**435 Grede Rd**
**Three Lakes, WI 54562**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.19** |
|---|---|---|---|

**Karly Hartjes**
**409 Appletree Lane**
**Little Chute, WI 54140**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$636.83** |
|---|---|---|---|

**Karlyn Raddatz**
**510 S Chain Dr**
**Appleton, WI 54915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.511 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$239.38** |
|---|---|---|---|

**Karrie Christian**
**1509 Katie Ct**
**New London, WI 54961**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.19** |
|---|---|---|---|

**Karrie Kadolph**
**W8604 Hillview Rd**
**Hortonville, WI 54944**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$155.38** |
|---|---|---|---|

**Karrie Knapp**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.19** |
|---|---|---|---|

**Karsten Varecha**
**738 Michigan Ave.**
**Apt. 1**
**Ontonagon, MI 49953**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,149.75 |

**Kasandra Lehmann**
Po box 114
Saint Nazianz, WI 54232

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Kasee Flewellin**
2215 Derby Ln
Belvidere, IL 61008

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |

**Kasey Behring**
1169 Riverview Street
Rogers City, MI 49779

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Kasey Connor**
916 North Ave
Des Plaines, IL 60016

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Kasey Helmich**
W4981 Golf Course Rd.
Sherwood, WI 54169

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.45 |

**Kasey Obrien**
1022 s 23rd st
Apt b
South Bend, IN 46615

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.98 |

**Kassandra Wondra**
21 Manor Hill Dr
Eden, WI 53019

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $512.38 |
|---|---|---|---|

**Kassie Brugman**
6952 S St Rd 213
Beloit, WI 53511

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Kastyn Hebbe**
W5269 State Rd 106
Fort Atkinson, WI 53538

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Kat Bicknese**
P.o.box 161
Wykoff, MN 55990

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Kat Hardie**
707 monitor st
La Crosse, WI 54603

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Kat Williams**
W136n6609 Cobblestone Drive
Menomonee Falls, WI 53051

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Katarina Meyer**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Kate Bertog**
7849 46th ave
Kenosha, WI 53142

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $424.15 |
|---|---|---|---|

**Kate Cera**
2051 muirwood ct
Green Bay, WI 54313

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Kate Dietzen**
3412 Dekalb ln
Neenah, WI 54956

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.38 |
|---|---|---|---|

**Kate Dobberstein**
1151 Barbary Ln
Winneconne, WI 54986

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Kate Frank**
2307 Gringotts Way
De Pere, WI 54115

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Kate Grusczynski**
1080 E Sunnyview RD
Oshkosh, WI 54901

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.514 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |
|---|---|---|---|

**kate lamont**
2860 northwynde passage
Sun Prairie, WI 53590

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.514 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Kate Lindahl**
580 Spruce Street
Paynesville, MN 56362

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 735 of 1376

| 3.514 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.19 |
|---|---|---|---|

**Kate Nault**
**422 Hawk St**
**Oshkosh, WI 54902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Kate Withey**
**5627 county Line Road**
**Eau Claire, WI 54703**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Katelyn Bellaire**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Katelyn Berger**
**po box 1011**
**Woodruff, WI 54568**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Katelyn Butters**
**226 Pheasant Lane**
**West Bend, WI 53090**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Katelyn Hansmann**
**5810 Murray St**
**New Berlin, WI 53151**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $419.96 |
|---|---|---|---|

**Katelyn Jashinsky**
**703 West 2nd Street**
**Shawano, WI 54166**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5149**

Nonpriority creditor's name and mailing address

**Katelyn Krueger**
**PO Box 21**
**Wyocena, WI 53969**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$272.96

---

**3.5150**

Nonpriority creditor's name and mailing address

**Katelyn Losee**
**1332 n 10th ave**
**West Bend, WI 53090**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$392.65

---

**3.5151**

Nonpriority creditor's name and mailing address

**Katelyn Soltis**
**126 West Juneau Street**
**Apt A**
**Jackson, WI 53037**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$685.13

---

**3.5152**

Nonpriority creditor's name and mailing address

**Katelyn Tarwater**
**9090 Esther Rd**
**Carthage, MO 64836**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$439.95

---

**3.5153**

Nonpriority creditor's name and mailing address

**Katelyn Van Swol**
**13215 Old Hwy 11**
**Sturtevant, WI 53177**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

**3.5154**

Nonpriority creditor's name and mailing address

**Katelyn Yute**
**214 Karin Drive**
**North Prairie, WI 53153**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$371.65

---

**3.5155**

Nonpriority creditor's name and mailing address

**Katelynn Konczal**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.515 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katelynn Martorana**
**435 East Parkway Estates Dr**
**Oak Creek, WI 53154**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$77.69

---

| 3.515 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katey Burns**
**1225 Hill and Dale rd.**
**Apt #05**
**Plymouth, WI 53073**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$303.45

---

| 3.515 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katey Heimerl**
**2178 Crary St**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$684.60

---

| 3.515 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katharine Martin**
**2539 Woodale Ave**
**2**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$455.18

---

| 3.516 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherin Maddix**
**N4286 Deer Trail**
**White Lake, WI 54491**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$2,567.25

---

| 3.516 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherine Ewanochko**
**305 Mercy street**
**38**
**Selkirk  MB R1A 2E3**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$402.68

---

| 3.516 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherine Gerleman**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$151.73

---

| 3.516 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,018.63 |
|---|---|---|---|

**Katherine Horn**
779 Neumeyer Lane
Brillion, WI 54110

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Katherine Reilly**
4495 Soda Creek Rd. Apt. A
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Katherine Stokes**
4495 Ridge Road
Kewaskum, WI 53040

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.40 |
|---|---|---|---|

**Katherine Wildman**
230 Timberlane Dr
Palatine, IL 60067

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**Katherine Wolff**
2119 N Appleton St
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.50 |
|---|---|---|---|

**Kathie Zimmel**
N8712 Nitschke Rd
Van Dyne, WI 54979

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.38 |
|---|---|---|---|

**Kathleen Flannery**
1533 Highland Ave
Wilmette, IL 60091

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 739 of 1376

| 3.517 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Kathleen Foti**
**4716Saddle Street**
**Loves Park, IL 61111**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Kathleen Larson**
**218 W. 9th Street**
**Kaukauna, WI 54130**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Kathleen Larson**
**812 West Cecil St**
**Neenah, WI 54956**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Kathleen Morris**
**N3141 Seward Heights Rd**
**Peshtigo, WI 54157**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Kathleen Noonan**
**3324 WALNUT ST NE**
**Saint Petersburg, FL 33704**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Kathleen Treichel**
**1055 Woodcrest Dr**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Kathleen Vanleur**
**712 s Theodore st**
**Appleton, WI 54915**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$261.45** |
|---------|------------------------------------------------------|----------------------------------------------------------------------|-------------|
|         | **Kathrine Griswold** <br> **W323N8192 Northcrest Dr** <br> **Hartland, WI 53029** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
|         | Date(s) debt was incurred  **2019-2020** | **Basis for the claim:  Pre-Paid Tickets** | |
|         | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.517 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.69** |
|---------|------------------------------------------------------|----------------------------------------------------------------------|------------|
|         | **Kathryn Craig** <br> **No Address - purchased tickets via PayPa** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
|         | Date(s) debt was incurred  **2019-2020** | **Basis for the claim:  Pre-Paid Tickets** | |
|         | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.517 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$287.69** |
|---------|------------------------------------------------------|----------------------------------------------------------------------|-------------|
|         | **Kathryn Grodi** <br> **212 West Lyons** <br> **Rio, WI 53960** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
|         | Date(s) debt was incurred  **2019-2020** | **Basis for the claim:  Pre-Paid Tickets** | |
|         | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.13** |
|---------|------------------------------------------------------|----------------------------------------------------------------------|------------|
|         | **Kathryn Kinney** <br> **N582 Military Road** <br> **Sherwood, WI 54169** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
|         | Date(s) debt was incurred  **2019-2020** | **Basis for the claim:  Pre-Paid Tickets** | |
|         | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.38** |
|---------|------------------------------------------------------|----------------------------------------------------------------------|-------------|
|         | **Kathryn Kreuser** <br> **18835 Quail Hollow Dr** <br> **3** <br> **Brookfield, WI 53045** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
|         | Date(s) debt was incurred  **2019-2020** | **Basis for the claim:  Pre-Paid Tickets** | |
|         | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.45** |
|---------|------------------------------------------------------|----------------------------------------------------------------------|-------------|
|         | **Kathryn Miller** <br> **235 15th Street** <br> **Fond Du Lac, WI 54935** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
|         | Date(s) debt was incurred  **2019-2020** | **Basis for the claim:  Pre-Paid Tickets** | |
|         | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.96** |
|---------|------------------------------------------------------|----------------------------------------------------------------------|-------------|
|         | **Kathryne Kohlman** <br> **3360 Wiggins Way** <br> **Green Bay, WI 54311** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
|         | Date(s) debt was incurred  **2019-2020** | **Basis for the claim:  Pre-Paid Tickets** | |
|         | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
| --- | --- | --- | --- |
| 3.518 4 | Kathy Bartlett<br>W1240 County Road L<br>East Troy, WI 53120 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,307.25 |
| --- | --- | --- | --- |
| 3.518 5 | KATHY BEHN<br>E4632 MEADOW LN<br>Waupaca, WI 54981 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
| --- | --- | --- | --- |
| 3.518 6 | Kathy Bousley Hansen<br>30 Golden Wheat Lane<br>Wrightstown, WI 54180 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,785.25 |
| --- | --- | --- | --- |
| 3.518 7 | KATHY BROCKMAN<br>N3940 CONRAD ST<br>Kaukauna, WI 54130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
| --- | --- | --- | --- |
| 3.518 8 | Kathy Diedrich<br>W6838 WIndward Dr.<br>Greenville, WI 54942 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
| --- | --- | --- | --- |
| 3.518 9 | Kathy Galloy<br>202 Chandler Street<br>Tomahawk, WI 54487 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.88 |
| --- | --- | --- | --- |
| 3.519 0 | KATHY JENQUINE<br>W1169 CTY RD HH<br>Brownsville, WI 53006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.519 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Kathy Keup**
N7608 Freedom Rd
Theresa, WI 53091

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.519 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kathy Kostrova**
W9381 W8th Rd
Coleman, WI 54112

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.519 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Kathy LaMere**
N7139 US Hwy 45
Wittenberg, WI 54499

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.519 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kathy Lee**
2665 Oakwood Drive
Green Bay, WI 54304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.519 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**kathy markofski**
4115 meadow view lane
Oshkosh, WI 54904

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.519 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Kathy Neumeyer**
1321 Maple Street
Neenah, WI 54956

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.519 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.10 |
|---|---|---|---|

**Kathy Pierrard**
N3820 Sunset Ln
Shiocton, WI 54170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.519 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $952.88 |
|---|---|---|---|

**Kathy Reimer**
**N5553 RADEMANN Drive**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.07 |
|---|---|---|---|

**Kathy Reinders**
**4657 county road t**
**Oshkosh, WI 54904**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.63 |
|---|---|---|---|

**Kathy Schake**
**512 N Mary St**
**Appleton, WI 54911**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $665.61 |
|---|---|---|---|

**Kathy Slife**
**1523 S Oakwood Rd**
**Oshkosh, WI 54904**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Kathy Smith**
**1200 Park Ave**
**Oconto, WI 54153**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**KAthy VanOfferen**
**2031 Mayflower St**
**Kaukauna, WI 54130**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,328.78 |
|---|---|---|---|

**KATHY WOELFEL**
**139 FILMORE ST**
**Fredonia, WI 53021**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Kati Bennett**
153 Walton Ave
Waukesha, WI 53186

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Katie Baker**
N5303 DeNeveu Lane
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Katie Bleck**
P.O. Box 344
Weyauwega, WI 54983

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Katie Brateng**
316 Crocker Ave N
Thief River Falls, MN 56701

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.57 |
|---|---|---|---|

**Katie Bushong**
32306 E Stonypoint School Rd
Grain Valley, MO 64029

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Katie Carten**
1412 kennedy dr
Kirkland, IL 60146

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Katie Cartwright**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.521 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,845.90 |
|---|---|---|---|

**Katie Davis**
N715 Cty F
Montello, WI 53949

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Katie Dieckhoff**
115 west ridge circle
Cambridge, WI 53523

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Katie Evans**
434 River Bluff Cir
Oconomowoc, WI 53066

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $709.72 |
|---|---|---|---|

**Katie Gordon**
1318 W Grand Ave
Port Washington, WI 53074

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Katie Graves**
1115 s Irma st
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.13 |
|---|---|---|---|

**Katie Hauke**
N9003 Pagel Rd
Iola, WI 54945

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |
|---|---|---|---|

**Katie Heckel**
W2284 Sequin Road
Marinette, WI 54143

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |
|---|---|---|---|

**Katie Holterman**
3611 W Candlewick Ct
Mequon, WI 53092

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.522 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |
|---|---|---|---|

**Katie Kacerguis**
533 rocky ridge Blvd
Douglasville, GA 30134

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.522 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.19 |
|---|---|---|---|

**Katie Langford**
728 State st
Ripon, WI 54971

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.522 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Katie Long**
117 Parkway Dr
Combined Locks, WI 54113

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.522 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $865.15 |
|---|---|---|---|

**Katie mattson**
567 Main St.
Oconto, WI 54153

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.522 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Katie Mcinnis**
13257 Redmonds hill ct.
Chelsea, MI 48118

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.522 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Katie Miller**
315 south kools street
apt 2
Appleton, WI 54914

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.522 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.63 |
|---|---|---|---|

**Katie Miller**
635 Colwyn Bae
Wales, WI 53183

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.522 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Katie Mittelstaedt**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.522 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Katie Nackers**
1771 Westbreeze Dr.
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.522 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Katie Niemuth**
1036 W Winnebago St
Appleton, WI 54914

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.523 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Katie Ninmann**
209 Webster St
10
Beaver Dam, WI 53916

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.523 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.38 |
|---|---|---|---|

**Katie Ocasek**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.523 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Katie Oestreich**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.523 3 | Nonpriority creditor's name and mailing address | | $553.88 |
|---|---|---|---|

**Katie Oleson**
5613 W Valley Forge Dr
2
Milwaukee, WI 53213

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 4 | Nonpriority creditor's name and mailing address | | $296.07 |
|---|---|---|---|

**Katie Olson**
2300 Spring Meadow Dr
Neenah, WI 54956

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 5 | Nonpriority creditor's name and mailing address | | $77.69 |
|---|---|---|---|

**katie ringbauer**
404 S MILL ST
PO BOX 212
Hortonville, WI 54944

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 6 | Nonpriority creditor's name and mailing address | | $607.96 |
|---|---|---|---|

**Katie Ross**
282 lind road
Crystal Falls, MI 49920

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 7 | Nonpriority creditor's name and mailing address | | $611.38 |
|---|---|---|---|

**Katie Sanders**
27166 99th Street
Trevor, WI 53179

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 8 | Nonpriority creditor's name and mailing address | | $63.00 |
|---|---|---|---|

**Katie Sartori**
3128 North Whitney Drive
Appleton, WI 54914

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 9 | Nonpriority creditor's name and mailing address | | $109.19 |
|---|---|---|---|

**Katie Schwarzbauer**
1501 East Frances Street
Appleton, WI 54911

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katie Seidl**
**139 W Huron St**
**A**
**Berlin, WI 54923**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$413.18**

---

| 3.524 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katie Slama**
**6799 S City Rd W**
**Foxboro, WI 54836**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$356.96**

---

| 3.524 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katie Sotiros**
**12670 w north ct**
**New Berlin, WI 53151**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$77.69**

---

| 3.524 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katie Stark**
**420 Cross Road Ct**
**Grafton, WI 53024**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$109.19**

---

| 3.524 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katie Swenson**
**1858 McGann Road**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$811.63**

---

| 3.524 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katie Wachter**
**404 Elliot St**
**Pardeeville, WI 53954**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,216.39**

---

| 3.524 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katie Wachter**
**404 Elliot St**
**Pardeeville, WI 53954**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$490.33**

---

| 3.524 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**Katlin Kiekhaefer**
**410 Deerview drive**
**Reedsville, WI 54230**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.57 |

**Katlin Kromm**
**1750 Lombard Ave**
**Unit 14**
**Oshkosh, WI 54902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.38 |

**Katlyn Bohr**
**N606 hill road**
**Pulaski, WI 54162**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Katlyne Sprotte**
**1801 n green valley Pkwy**
**323**
**Henderson, NV 89074**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |

**Katrice Breselow**
**N1377 dalman rd**
**Waterloo, WI 53594**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |

**Katrin Humphrey**
**3409 Ridge Ave**
**Rockford, IL 61103**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |

**Katrina Colmenares**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.07 |
|---|---|---|---|

**Katrina Hochholzer**
129 Parkway Drive
Combined Locks, WI 54113

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Katrina Miller**
134 N Adams Street
Lower
Oconto Falls, WI 54154

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Katrina Schuler**
229 Gertrude Street
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.50 |
|---|---|---|---|

**Katrina Wember**
1010 MacArthur Ave
Ashland, WI 54806

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Katryna Winter-de Leon**
153 Grand Ave.
Hartford, WI 53027

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.68 |
|---|---|---|---|

**Katt James**
724 Fox Lane
Silver Lake, WI 53170

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Katy Norris**
3761 North Pointe Trail
8
Holland, MI 49424

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.526 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |

**Katy Verheyden**
3642 Old Military Road
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |

**Kay Allen**
1813 Pleasant Valley Road
Grafton, WI 53024

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |

**Kay Johnson**
102 Sheridan St W
Lanesboro, MN 55949

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Kay Schneider**
136 River Lane
Saint Cloud, WI 53079

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |

**Kayce Gielski**
3994 Cedarwood rd ne
Rochester, MN 55906

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Kayla Aguinaga**
5720 W 128th St
Apt 3NE
Crestwood, IL 60418

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |

**Kayla Ahrens**
W7065 Parkview Ct
Apt 1
Greenville, WI 54942

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.526 8 | **Nonpriority creditor's name and mailing address** **Kayla Boggemes** 1754 milldrum street #8 Union Grove, WI 53182 Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim: Pre-Paid Tickets** Is the claim subject to offset? ☑ No ☐ Yes | **$207.88** |
| 3.526 9 | **Nonpriority creditor's name and mailing address** **Kayla Braatz** 1732 Agnes Ave Neenah, WI 54956 Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim: Pre-Paid Tickets** Is the claim subject to offset? ☑ No ☐ Yes | **$807.45** |
| 3.527 0 | **Nonpriority creditor's name and mailing address** **Kayla Burns** N4618 Sheehan Lake Lane Campbellsport, WI 53010 Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim: Pre-Paid Tickets** Is the claim subject to offset? ☑ No ☐ Yes | **$144.88** |
| 3.527 1 | **Nonpriority creditor's name and mailing address** **Kayla Calkins** No Address - purchased tickets via PayPa Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim: Pre-Paid Tickets** Is the claim subject to offset? ☑ No ☐ Yes | **$441.00** |
| 3.527 2 | **Nonpriority creditor's name and mailing address** **Kayla Dollak** 2716 Bomkamp Circle Sun Prairie, WI 53590 Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim: Pre-Paid Tickets** Is the claim subject to offset? ☑ No ☐ Yes | **$67.19** |
| 3.527 3 | **Nonpriority creditor's name and mailing address** **Kayla Dredske** N8959 17th lane Neshkoro, WI 54960 Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim: Pre-Paid Tickets** Is the claim subject to offset? ☑ No ☐ Yes | **$194.25** |
| 3.527 4 | **Nonpriority creditor's name and mailing address** **Kayla Drutt** 1130 Jonathon lane Apt 8 Neenah, WI 54956 Date(s) debt was incurred **2019-2020** Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim: Pre-Paid Tickets** Is the claim subject to offset? ☑ No ☐ Yes | **$88.73** |

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page **754** of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 754 of 1376

| 3.527<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Kayla Dutton**
305 West 8th Street
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.38 |
|---|---|---|---|

**Kayla Dvis**
1013 10 1/2 St SE
Rochester, MN 55904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Kayla Epperson**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.68 |
|---|---|---|---|

**Kayla Fritz**
N3354 County Rd G
Marion, WI 54950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Kayla Goeglein**
W3852 Shady Lane
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kayla Grochow**
25773 750th Ave
Cokato, MN 55321

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kayla Guelig**
N8408 Puddlefort St
Mount Calvary, WI 53057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.13 |
|---|---|---|---|

**kayla hurning**
7623 splinter Creek ln
OCONTO FALLS, WI 54154

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.65 |
|---|---|---|---|

**kayla jensen**
740 Reed st
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.13 |
|---|---|---|---|

**Kayla Johnson**
1054 Meadow Lane
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Kayla Keepers**
331 14th street north
Wisconsin Rapids, WI 54494

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Kayla Kutz**
W850 Airport Road
Campbellsport, WI 53010

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Kayla Laridaen**
1981 N Oakwood Rd
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Kayla Leland**
935 N 10th St
Manitowoc, WI 54220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kayla Leurquin**
W5388 Mile Long Dr
Appleton, WI 54915

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.529 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $921.39 |
|---|---|---|---|

**Kayla Mertes**
832 N 10th St
205
Sheboygan, WI 53081

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.529 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.91 |
|---|---|---|---|

**Kayla Parvin**
883 third street
Menasha, WI 54952

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.529 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Kayla Peterson**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.529 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Kayla Pollom**
2540 Havenwood Drive
G
Oshkosh, WI 54904

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.529 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Kayla Russ**
W 7640 River Rd
Oakfield, WI 53065

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.529 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.65 |
|---|---|---|---|

**Kayla Rybicki**
219 W Allerton Ave
Milwaukee, WI 53207

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.529 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $162.23 |
|---|---|---|---|

**Kayla Schwartz**
**3037 Sandia Dr**
**Green Bay, WI 54313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.529 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $242.55 |
|---|---|---|---|

**Kayla Simon**
**8076 Vanabel st**
**Kaukauna, WI 54130**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.529 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $527.03 |
|---|---|---|---|

**Kayla Sliter**
**S10348 Old Bluff Trail**
**Sauk City, WI 53583**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.529 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Kayla Steeber**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Kayla Toivonen**
**W1272 Baron Cir**
**Campbellsport, WI 53010**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $507.68 |
|---|---|---|---|

**Kayla Tourville**
**2404 Sycamore Dr.**
**Apt 7**
**Green Bay, WI 54311**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $685.13 |
|---|---|---|---|

**Kayla Vickery**
**204 S Pine St**
**Ishpeming, MI 49849**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Kayla Weiss**
631 5th St
Menasha, WI 54952

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.96 |
|---|---|---|---|

**Kayla Wells**
3691 115L ave SW
Dickinson, ND 58601

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Kayla Zehner**
P.O. Box 103 N955 Whitney street
Dale, WI 54931

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kayle Kaltenbach**
5518 Brandon St.
Greendale, WI 53129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Kayle Pattat**
4650 Adamson lb
Apt 1
Machesney Park, IL 61115

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Kaylee Huberty**
5950 Sunny Brook Road
Lena, WI 54139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kaylee Legois**
1452 Glen Road
Green Bay, WI 54313

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 759 of 1376

| 3.531 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Kaylee Newby**
820 S. 10th Ave
Wausau, WI 54401

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Kaylee Petraski**
945 Shamrock Ct
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kaylee Rivers**
W7050 Aniwa Dr
Wild Rose, WI 54984

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.46 |
|---|---|---|---|

**Kaylee Rybarczyk**
1861 Highway 66 West
Stevens Point, WI 54481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Kaylee Schumacher**
1330 W WOODSTONE DR
APPLETON, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kaylee Tank**
E1624 County Road X
Luxemburg, WI 54217

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Kayleigh Bonlander**
1700 McKinley st
New Holstein, WI 53061

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Kaylie Clark**
**3241 Elm Avenue**
**Brookfield, IL 60513**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.531 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Kaylie Gould**
**615 n state highway M94**
**Manistique, MI 49854**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.531 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $426.26 |
|---|---|---|---|

**Kaysie Smith**
**W10920 Bell School Rd**
**Brandon, WI 53919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.532 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.50 |
|---|---|---|---|

**KDCZ Townsquare Media Rochester**
**122 4th Street**
**Rochester, MN 55901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __May 2020__

Basis for the claim:  __trade debt__

Last 4 digits of account number __1193__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.532 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Keara Halliday**
**165 Van Buren Avenue**
**Wausaukee, WI 54177**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.532 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Kearra Champeau**
**5187 McDermid drive**
**Oconto Falls, WI 54154**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.532 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $296.07 |
|---|---|---|---|

**Keegan Grade**
**405 N Prairie St**
**Brandon, WI 53919**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.532 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67.19** |
|---|---|---|---|

**Keegan Horan**
420 palomino trail
Aurora, OH 44202

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$576.45** |
|---|---|---|---|

**Keegan Knox**
203 E Lincoln Ave
Belvidere, IL 61008

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$303.45** |
|---|---|---|---|

**Keehan Schaetz**
827 Centennial Centre Blvd, Ho
73
Oneida, WI 54155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$148.05** |
|---|---|---|---|

**Keely Hyde**
804 Sherry St
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$288.23** |
|---|---|---|---|

**Keenan Koch**
402 Madison Street
La Valle, WI 53941

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$252.00** |
|---|---|---|---|

**Keenan Smith**
3120 lincoln rd
Fort Gratiot, MI 48059

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$479.85** |
|---|---|---|---|

**Keiana Fender**
506 W. 9th Street
Apt. 2
Oolitic, IN 47451

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$261.45** |
| **Keith Carlson**<br>**2677 Triple Creek 23 RD**<br>**Cornell, MI 49818** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.533 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,299.90** |
| **KEITH DANTES**<br>**711 Wells**<br>**Iron Mountain, MI 49801** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.533 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.38** |
| **Keith Evenson**<br>**3775 lark road**<br>**Greenleaf, WI 54126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.533 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,252.13** |
| **Keith Hammer**<br>**515 Forest Dr**<br>**Cedar Rapids, IA 52403** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.533 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$303.45** |
| **Keith Kazak**<br>**2434 byrum blvd**<br>**Joliet, IL 60431** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.533 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$272.96** |
| **Keith Nault**<br>**251 N. Lake St.**<br>**Peshtigo, WI 54157** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.533 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119.69** |
| **Keith Newhouse**<br>**N2770 Weyers rd**<br>**Kaukauna, WI 54130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.533 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Keith Sengenberger**
101 E. Water St
Apt 328
Appleton, WI 54911

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.90 |
|---|---|---|---|

**KEITH WICK**
1212 CIRCLE DR
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Keith Youngberg**
1305 KAMPO DR
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Kelley Hodyl**
509 High Ave
A
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Kelley Silcock**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $631.58 |
|---|---|---|---|

**Kelli Glodowski**
600 Clayton Avenue
Stevens Point, WI 54481

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Kelli Krebsbach**
W8217 Ash Road
Cascade, WI 53011

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Kelli Omitt**
407 S. 5thAve
Apt 11
Winneconne, WI 54986

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.70 |
|---|---|---|---|

**Kellie Aamodt**
31615 Crystal Sands Dr
Laguna Niguel, CA 92677

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Kellie Droessler**
3139 Brooks rd
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kellie Hare**
N7390 North Pioneer Rd.
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,113.00 |
|---|---|---|---|

**Kellie Kjesbo**
1210 Jensen Road
Eau Claire, WI 54701

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.88 |
|---|---|---|---|

**Kellie Morgan**
928 N. Alvey Street
Bruce, WI 54819

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Kellsai Kimball**
227 North Westhaven Drive
X106
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $729.24 |
|---|---|---|---|

**Kelly Allport**
4981 Millwood ct
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Kelly Bernard**
117 s Finch st
Horicon, WI 53032

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**kelly berres**
N514 County Rd V
Campbellsport, WI 53010

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Kelly Blood**
281 Fox River Court
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.07 |
|---|---|---|---|

**Kelly Borish**
802 w. carroll street
Portage, WI 53901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Kelly Caughlan**
630 Pinecrest Dr
Plover, WI 54467

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Kelly Christopherson**
2865 Ruschfield Drive
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $302.38 |

**Kelly De Caster**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.536 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |

**Kelly Doherty**
**305 W. Rawson Ave**
**Oak Creek, WI 53154**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.536 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.13 |

**Kelly E Maldonado**
**5444-2 Cutler St**
**Fort Hood, TX 76544**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.536 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |

**Kelly Flunker**
**7737 W PINEBERRY CT**
**FRANKLIN, WI 53132**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.536 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.23 |

**Kelly Forney**
**253 Sherwood**
**Cary, IL 60013**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.536 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.38 |

**Kelly Frederickson**
**N3789 State Hwy 55**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.536 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Kelly Hickman**
**323 Village Drive**
**BELLEVILLE, WI 53508**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page  767 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 767 of 1376

| 3.536 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Kelly Jahoda**
2730 Old Camden Square
Portage, WI 53901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|

**Kelly Javoroski**
N5069 Laird Road
Shiocton, WI 54170

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,107.75 |
|---|---|---|---|

**Kelly Johnston**
W5006 schmidt rd
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Kelly Kaczmarek**
424A GEORGIA ST
Stevens Point, WI 54481

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,531.43 |
|---|---|---|---|

**Kelly Kasten**
5135 Island View Dr
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Kelly Klauer**
4840 N Lynndale dr.
3
Appleton, WI 54913

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Kelly Knudsen**
1631 ontario street
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Kelly Lawrence**
104 S Wright St
Orfordville, WI 53576

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Kelly Lippert**
W1949 County Road H
Pine River, WI 54965

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Kelly Locy**
E8390 Prahl Road
New London, WI 54961

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Kelly Loecher**
6032 bear lake road
Boulder Junction, WI 54512

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,645.90 |
|---|---|---|---|

**Kelly Lowney**
W3999 Devine Ln
Appleton, WI 54913

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Kelly Ludwig**
4440 SHERMAN ROAD
Oshkosh, WI 54901

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Kelly Lueloff**
N7801 CTY Rd. N
Neshkoro, WI 54960

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page  769 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 769 of 1376

| 3.538 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Kelly Lynch**
**44 Parkway Ter Lot 10B**
**Ripon, WI 54971**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.538 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Kelly Madison-liebe**
**12359 W Holt AVe**
**Milwaukee, WI 53227**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.538 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $885.68 |
|---|---|---|---|

**Kelly Merryfield**
**E7198 County Road X**
**Weyauwega, WI 54983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.538 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.08 |
|---|---|---|---|

**Kelly Peters**
**412 E Lincoln ave**
**Little Chute, WI 54140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.538 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Kelly Robinson**
**6169 Westridge 21.25 Dr**
**Gladstone, MI 49837**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.538 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.88 |
|---|---|---|---|

**Kelly Schmidt**
**6691 Wolf hollow Rd**
**Windsor, WI 53598**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.538 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Kelly Schumacher**
**393 Windmill Drive**
**Kaukauna, WI 54130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.538 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**Kelly Smith**
920 PETER AVE
Rockford, IL 61108

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Kelly Spykerman**
W4946 Schmidt Rd.
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Kelly Stewart**
124 Madison St
Oconto, WI 54153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Kelly Stone**
120 s sherman st
Eagle, WI 53119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Kelly Van Handel**
N2668 Holland Rd
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Kelly Vannucci**
W144s7561 Indian Trl
Muskego, WI 53150

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**KELLY VORACHEK**
N1053 HWY 41
Menominee, MI 49858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213.13 |
| --- | --- | --- | --- |

**Kelsey Adams**
759 Pebble Beach Drive
Ontonagon, MI 49953

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| --- | --- | --- | --- |

**Kelsey Bollon**
339 Valleyview Dr.
Orangeville, IL 61060

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.68 |
| --- | --- | --- | --- |

**Kelsey Bubolz**
W9148 Lake Emily Rd
Waupun, WI 53963

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.19 |
| --- | --- | --- | --- |

**Kelsey Cary**
623 11th St SE
Rochester, MN 55904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.68 |
| --- | --- | --- | --- |

**Kelsey Dascher**
201 W Speer Rd
Hanover, IL 61041

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
| --- | --- | --- | --- |

**Kelsey Halbach**
W4707 County H
Chilton, WI 53014

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
| --- | --- | --- | --- |

**Kelsey Navis**
1015 3rd St
Unit 6
Santa Monica, CA 90403

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $597.39 |
|---|---|---|---|

**Kelsey Schick**
1308 26th ave
Menominee, MI 49858

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.24 |
|---|---|---|---|

**Kelsey Splittgaber**
N8560 Arcade Glen Rd
Ripon, WI 54971

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Kelsey Wigand**
S78 W17145 Ricco Ct
Muskego, WI 53150

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kelsi Cravillion**
N3989 30th Drive
Pine River, WI 54965

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Kelsi Newcomb**
1728 E Newport Ave
Apt 14
Milwaukee, WI 53211

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.57 |
|---|---|---|---|

**Kelsi Sales**
W1158 South St
Green Lake, WI 54941

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kelsy Capstran**
4409 Scenic View Road
Windsor, WI 53598

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.15 |
|---|---|---|---|

**Kelsyn Femrite**
W7071 Rimrock Lane
Greenville, WI 54942

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Ken Flatoff**
1204 Carpenter Street
Menasha, WI 54952

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,089.38 |
|---|---|---|---|

**Ken Flatoff**
1204 Carpenter Street
Menasha, WI 54952

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.63 |
|---|---|---|---|

**Ken Jochem**
n10201 county road y
Mayville, WI 53050

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Ken Klarich**
806 East I
Iron Mountain, MI 49801

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Ken Liebnitz**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Ken Maslonka**
10095 Bridgewater Bay
Saint Paul, MN 55129

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.541<br>5 | **$479.85** |

**Nonpriority creditor's name and mailing address**
**Ken Seal**
**1480 East CR 100 South**
**North Vernon, IN 47265**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.541<br>6 | **$251.96** |

**Nonpriority creditor's name and mailing address**
**Kendal Skrzeczkoski**
**801 W Gates Dr**
**Stevens Point, WI 54481**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.541<br>7 | **$806.38** |

**Nonpriority creditor's name and mailing address**
**Kendall Brauer**
**4973 County Rd P**
**Sturgeon Bay, WI 54235**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.541<br>8 | **$251.96** |

**Nonpriority creditor's name and mailing address**
**Kendall Haen**
**3988 Clark Lake Rd**
**Sturgeon Bay, WI 54235**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.541<br>9 | **$311.82** |

**Nonpriority creditor's name and mailing address**
**Kendra Agnew**
**320 1/2 Watson Street**
**Ripon, WI 54971**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.542<br>0 | **$312.38** |

**Nonpriority creditor's name and mailing address**
**Kendra Livingston**
**N169W20181 Georgetown Dr**
**Jackson, WI 53037**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.542<br>1 | **$260.38** |

**Nonpriority creditor's name and mailing address**
**Kendra Pauley**
**4011 SE Bedford Circle**
**Lawton, OK 73501**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.542 2 | | | $77.69 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kendra Strohwig**
**No Address - purchased tickets via PayPal**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 3 | | | $172.19 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kendra Swanson**
**W7810 Cody Court**
**Beaver Dam, WI 53916**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 4 | | | $406.32 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kendra Van Camp**
**W4725 Morning Star Ct**
**Sherwood, WI 54169**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 5 | | | $302.38 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenley Rashke**
**4255 Sterling Drive**
**Plover, WI 54467**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 6 | | | $155.38 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenna Kast**
**N3279 Hickory Dr**
**Waupun, WI 53963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 7 | | | $67.19 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kenna Seaman**
**N1470 Stone Bluff Lane**
**Greenville, WI 54942**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 8 | | | $77.69 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kennedy Benesh**
**3148 BELLFLOWER DRIVE**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kennedy Carlson**
**4525 State Hwy 80 S**
**Pittsville, WI 54466**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kennedy Chmela**
**W4470 Schonfeld Ln**
**Peshtigo, WI 54157**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.24 |
|---|---|---|---|

**Kennedy Ebert**
**423 Lake Street**
**Mukwonago, WI 53149**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Kennedy Klaus**
**1602 Rockwell Court**
**Green Bay, WI 54313**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.57 |
|---|---|---|---|

**Kennedy Theobald**
**N6437 Bridgewood Rd**
**Sheboygan Falls, WI 53085**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Kenneth Cook**
**206 east Sumner street**
**Weyauwega, WI 54983**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**kenneth custer**
**n3563 florence ave**
**Montello, WI 53949**

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $586.95 |
|---|---|---|---|

**Kenneth Dawson**
221 CLEVELAND AVE
Kingsford, MI 49802

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $922.95 |
|---|---|---|---|

**Kenneth Kiley**
4444 luxemburg road
New Franken, WI 54229

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.38 |
|---|---|---|---|

**Kenneth Koepke**
718 E. 10th St.
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.63 |
|---|---|---|---|

**Kenneth Marron**
102 E 5th St
Newberg, OR 97132

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Kenneth Mckenzie**
1901 N Morrison st
Appleton, WI 54911

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.13 |
|---|---|---|---|

**Kenneth Post**
330 center avenue
4
Sheboygan, WI 53081

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Kenneth Price**
1351 Snowmass Rd.
Columbus, OH 43235

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $921.38 |
|---|---|---|---|

**Kenneth Richards**
**1541 Iris Drive**
**Manitowoc, WI 54220**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Kenny Hurley**
**10632 S Artesian Ave**
**Unit 2**
**Chicago, IL 60655**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,183.35 |
|---|---|---|---|

**Kenny Kriescher**
**N6425 Deer Path DR**
**Oneida, WI 54155**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.544 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Kent Deichsel**
**429 East Scott Street**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.544 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,481.02 |
|---|---|---|---|

**Kent Starr**
**6994 FULTON RD**
**NEW BERLIN, IL 62670**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $443.63 |
|---|---|---|---|

**Kent Vandeleygraff**
**N2179 Buchanan Rd**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kenzi Danielson**
**206 East Zingler Ave**
**Shawano, WI 54166**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Kenzie Dingeldein**
**N2588 Parrot Ln**
**Shawano, WI 54166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $441.00 |
|---|---|---|---|

**Kenzie Hansen**
**9608 Harding rd**
**Plainfield, WI 54966**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Kenzie Hochrein**
**213 Reeds Drive**
**West Bend, WI 53095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.545 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Kenzie Selk**
**N3679 Oxbow Rd**
**Columbus, WI 53925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Keri Klemann**
**626 S. Summit Dr**
**Port Washington, WI 53074**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**Keri Miller**
**952 s. 41st street**
**Manitowoc, WI 54220**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |
|---|---|---|---|

**Keri Ploetz**
**93 SUNSET DR**
**Clintonville, WI 54929**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 7 | **Nonpriority creditor's name and mailing address**<br>**Keria Aalsma**<br>**132 Lincoln Blvd**<br>**Brandon, WI 53919**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$67.19** |
|---|---|---|---|
| 3.545 8 | **Nonpriority creditor's name and mailing address**<br>**Kerri Feavel**<br>**206 E Church St**<br>**Oakfield, WI 53065**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$77.69** |
| 3.545 9 | **Nonpriority creditor's name and mailing address**<br>**Kerri Fei**<br>**9840 W 145th Pl**<br>**Orland Park, IL 60462**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$319.73** |
| 3.546 0 | **Nonpriority creditor's name and mailing address**<br>**Kerri Vogel**<br>**14886 River Ridge Lane**<br>**Kiel, WI 53042**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$338.07** |
| 3.546 1 | **Nonpriority creditor's name and mailing address**<br>**Kerry Bassett**<br>**p.o 134**<br>**Rhinelander, WI 54501**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$503.96** |
| 3.546 2 | **Nonpriority creditor's name and mailing address**<br>**Kerry Draxler**<br>**316 Green Bay Rd**<br>**Denmark, WI 54208**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$286.13** |
| 3.546 3 | **Nonpriority creditor's name and mailing address**<br>**Kerry Fischer**<br>**26609 Julia St.**<br>**Waterford, WI 53185**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$77.69** |

| 3.546 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**KERRY MCKEOWN**
**65 S ELM ST**
**Oconomowoc, WI 53066**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.88 |
|---|---|---|---|

**Kerry Michalak**
**7128 County Y**
**Oconto, WI 54153**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.19 |
|---|---|---|---|

**Kerry Reis**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $512.38 |
|---|---|---|---|

**Kesha Woodson-Maddox**
**2032 Cherry St**
**Marquette, MI 49855**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.63 |
|---|---|---|---|

**Kevin Andrews**
**21 East 13st**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.88 |
|---|---|---|---|

**kevin arne**
**N5234 County Road Y**
**Oakfield, WI 53065**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,499.00 |
|---|---|---|---|

**Kevin Baltes**
**1248 Edenbrook Court**
**Wixom, MI 48393**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Beekman**
**W11002 Amity Rd.**
**Brandon, WI 53919**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$479.85**

---

| 3.547 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Benmark**
**14610 Green Birch Dr**
**Pineville, NC 28134**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$272.96**

---

| 3.547 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Bleck**
**119 E Calumet St**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$97.13**

---

| 3.547 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Bosetski**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$233.07**

---

| 3.547 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Brandt**
**934 1/2 5th Avenue**
**Wausau, WI 54401**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$999.57**

---

| 3.547 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kevin Coyne**
**347 W. Chestnut St.**
**1213**
**Chicago, IL 60610**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$371.65**

---

| 3.547 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**kevin Ebertz**
**1286 Martin Ave**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$130.73**

---

| | | |
|---|---|---|
| 3.5478 | Nonpriority creditor's name and mailing address | $500.85 |

**Kevin Fountain**
W264S7415 Mount Whitney Avenue
Waukesha, WI 53189

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.5479 | Nonpriority creditor's name and mailing address | $194.25 |

**Kevin Frank**
w1842 county road uu
Kaukauna, WI 54130

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.5480 | Nonpriority creditor's name and mailing address | $553.88 |

**Kevin Grace**
3512 Midvale Dr
4
Janesville, WI 53546

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.5481 | Nonpriority creditor's name and mailing address | $130.73 |

**Kevin Hunkel**
5767 Brown County Line Rd
Pulaski, WI 54162

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.5482 | Nonpriority creditor's name and mailing address | $346.50 |

**Kevin Iverson**
549 East Main St
Waupun, WI 53963

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.5483 | Nonpriority creditor's name and mailing address | $618.98 |

**Kevin Iverson**
549 East Main St
Waupun, WI 53963

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.5484 | Nonpriority creditor's name and mailing address | $414.23 |

**Kevin Jahn**
N81W7314 Hickory Street
Cedarburg, WI 53012

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.68 |
|---|---|---|---|

**Kevin Jepson**
3501 N. Mason St.
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Kevin Kaiser**
N6139 square Rd
Horicon, WI 53032

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Kevin Kohler**
N161W19584 FORESTVIEW DR
Jackson, WI 53037

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Kevin Kotecki**
P.O. Box 86
Peshtigo, WI 54157

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.50 |
|---|---|---|---|

**Kevin Kudej**
16254 Silvershore Dr.
Fenton, MI 48430

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Kevin Kuehl**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,323.00 |
|---|---|---|---|

**Kevin Lashock**
345 RIVER RD
Princeton, WI 54968

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.18 |

**Kevin Loebsack**
W299S10980 Valley Ridge Dr
Mukwonago, WI 53149

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,148.70 |

**KEVIN MALAK**
232862 Pebblestone Rd
Wausau, WI 54403

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |

**Kevin Marrick**
225 Patrick ln
Pulaski, WI 54162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |

**Kevin McGee**
N3523 TIMBERLANE DR
Campbellsport, WI 53010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.70 |

**Kevin Meyer**
2565 Haven Rd
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |

**Kevin Monahan**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.70 |

**Kevin Mortier**
3666 east county road 375 North
Logansport, IN 46947

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**kevin musolf**
**718 strawberry lane**
**Kimberly, WI 54136**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.58 |
|---|---|---|---|

**Kevin Musolf**
**718 strawberry lane**
**Kimberly, WI 54136**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Kevin Needham**
**630 Constitution Lane**
**Deforest, WI 53532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Kevin Nelson**
**9545 dunkelow road**
**Franksville, WI 53126**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,606.50 |
|---|---|---|---|

**Kevin Newman**
**2112 A N 12TH ST**
**Sheboygan, WI 53081**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Kevin Olson**
**1520 Heron Dr.**
**Chanhassen, MN 55317**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $447.83 |
|---|---|---|---|

**Kevin Ott**
**N5670 State Rd 76**
**Shiocton, WI 54170**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 20-27367-gmh     Doc 5     Filed 11/10/20     Page 787 of 1376

| 3.550 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Kevin Parizek**
2321 BRICE CT
Green Bay, WI 54311

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Kevin Patri**
780 w Packer ave
F
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.13 |
|---|---|---|---|

**Kevin Petermore**
Po box 55
Felch, MI 49831

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Kevin Reilly**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Kevin Rogers**
3038 Hidden forest ct
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $404.25 |
|---|---|---|---|

**kevin schmitz**
161 14th St
Fond Du Lac, WI 54935

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.88 |
|---|---|---|---|

**kevin schneider**
8288 strawberry lane
Suring, WI 54174

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $741.30 |
|---|---|---|---|

**Kevin Schueller**
**300 Graceland Dr**
**Oshkosh, WI 54904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $758.10 |
|---|---|---|---|

**Kevin Smetana**
**1380 Scheuring Road**
**36**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Kevin Steidinger**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**Kevin Taylor**
**W5949 Falling Leaf Trail**
**Appleton, WI 54913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Kevin Thorsen**
**10928 Cave of the Mounds Rd**
**Blue Mounds, WI 53517**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Kevin Trainor**
**229 N 10th Place**
**Sturgeon Bay, WI 54235**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.13 |
|---|---|---|---|

**Kevin Vodak**
**E8850 Diamond Hill Road**
**North Freedom, WI 53951**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.552 0 | **Nonpriority creditor's name and mailing address**<br><br>**Kevin Ward**<br>**N3415 State Road 73**<br>**Markesan, WI 53946**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$403.73** |
|---|---|---|---|

| 3.552 1 | **Nonpriority creditor's name and mailing address**<br><br>**Kevin webber**<br>**W7025 Everglade Rd**<br>**Greenville, WI 54942**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$773.33** |
|---|---|---|---|

| 3.552 2 | **Nonpriority creditor's name and mailing address**<br><br>**Kevin Wright**<br>**732 Blaine Ave**<br>**Racine, WI 53405**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.73** |
|---|---|---|---|

| 3.552 3 | **Nonpriority creditor's name and mailing address**<br><br>**Khiah Larson**<br>**N8781 Main St.**<br>**Forest Junction, WI 54123**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$198.45** |
|---|---|---|---|

| 3.552 4 | **Nonpriority creditor's name and mailing address**<br><br>**Khristal Arndt**<br>**3411 ivy lane**<br>**Racine, WI 53402**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$350.65** |
|---|---|---|---|

| 3.552 5 | **Nonpriority creditor's name and mailing address**<br><br>**Kiara Hughes**<br>**Kiarahughes1171@gmail.com**<br>**Endeavor, WI 53930**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$134.38** |
|---|---|---|---|

| 3.552 6 | **Nonpriority creditor's name and mailing address**<br><br>**Kiara LeBouton**<br>**N8551 TownHall Rd**<br>**Eldorado, WI 54932**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.19** |
|---|---|---|---|

| 3.552 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Kieran Scott**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.552 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |
|---|---|---|---|

**Kiley Bojarski**
**2329 Brantwood Drive**
**Neenah, WI 54956**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.552 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Kiley Mccown**
**437 Trail Side dr**
**Deforest, WI 53532**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.553 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.95 |
|---|---|---|---|

**Kiley Weidenburner**
**101 W Oak St**
**3**
**Westville, IL 61883**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.553 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Kim Allen**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.553 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,693.13 |
|---|---|---|---|

**Kim bluhm**
**1814 Michigan Street**
**Oshkosh, WI 54902**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.553 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.71 |
|---|---|---|---|

**Kim brabazon**
**2674Seneca Ct**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page **791** of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 791 of 1376

| 3.553<br>4 | Nonpriority creditor's name and mailing address<br>**Kim Braun**<br>301 harley st<br>Lena, WI 54139 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $149.63 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553<br>5 | Nonpriority creditor's name and mailing address<br>**Kim Broennimann**<br>485 E. 9th St.<br>Fond Du Lac, WI 54935 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $576.45 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553<br>6 | Nonpriority creditor's name and mailing address<br>**Kim Burns**<br>1539 S 75th<br>Milwaukee, WI 53214 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $261.45 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553<br>7 | Nonpriority creditor's name and mailing address<br>**Kim Chatterton**<br>W7153 rogersville road<br>Fond Du Lac, WI 54937 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $677.25 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553<br>8 | Nonpriority creditor's name and mailing address<br>**Kim Coffey**<br>po box 121<br>Mass City, MI 49948 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $403.73 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553<br>9 | Nonpriority creditor's name and mailing address<br>**Kim Dabel**<br>324 Robert St<br>Fort Atkinson, WI 53538 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $553.88 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554<br>0 | Nonpriority creditor's name and mailing address<br>**Kim Diaz**<br>447 Harrison St Apt 1<br>Fond Du Lac, WI 54937 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $764.38 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.554**
**1**

**Nonpriority creditor's name and mailing address**

**Kim Dosland**
**1626 N 14th St.**
**Fort Dodge, IA 50501**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

**3.554**
**2**

**Nonpriority creditor's name and mailing address**

**KIM DUNHAM**
**2253 W SENECA DR**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$677.25

---

**3.554**
**3**

**Nonpriority creditor's name and mailing address**

**Kim Giles**
**2760 W 20th Ave**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$152.25

---

**3.554**
**4**

**Nonpriority creditor's name and mailing address**

**Kim Giles**
**2760 W 20th Ave**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$303.45

---

**3.554**
**5**

**Nonpriority creditor's name and mailing address**

**Kim Guderski**
**326 Spaulding Ave**
**Ripon, WI 54971**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

**3.554**
**6**

**Nonpriority creditor's name and mailing address**

**KIM HOLLINGSWORTH**
**615 5th st**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$340.19

---

**3.554**
**7**

**Nonpriority creditor's name and mailing address**

**Kim Jazdzewski**
**1725 South Rebecca Lane**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$233.07

---

| 3.554 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.25 |
|---|---|---|---|

**Kim Lallaman**
3565 east river drive
Green Bay, WI 54301

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.554 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**KIM LARSEN**
1151 BOND ST
Green Bay, WI 54303

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Kim Maki**
1069 Ran Lie Street
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.88 |
|---|---|---|---|

**Kim Niehof**
W4150 Mackville Rd
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**Kim Quick**
107 N Farm Rd Apt 223
Oconto Falls, WI 54154

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Kim Quick**
107 N Farm Rd Apt 223
Oconto Falls, WI 54154

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Kim Reinhart**
8722 Arrow Road
Manitowoc, WI 54220

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Schroeder**
**W5234 King Road**
**Rio, WI 53960**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$288.23**

---

| 3.555 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Smith**
**PO Box 305**
**721 Union**
**Meredosia, IL 62665**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| 3.555 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Somenske**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$77.69**

---

| 3.555 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Sorenson**
**1800 Michigan Avenue**
**Stevens Point, WI 54481**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$194.25**

---

| 3.555 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Vandehey**
**1653 Mill Rd**
**Greenleaf, WI 54126**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$272.96**

---

| 3.556 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Vandenlangenberg**
**937 Riverview Drive**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$109.19**

---

| 3.556 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kim Zellner**
**392 Song Bird Circle**
**Sobieski, WI 54171**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$134.38**

---

| 3.556 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Kimber Vang**
**1214 Cardinal Lane**
**Green Bay, WI 54313**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Kimberle Smith**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Kimberlee Norman**
**81 Anne Street**
**Clintonville, WI 54929**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Kimberly Ainsworth Arndt**
**W6953 Forest avenue**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.75 |
|---|---|---|---|

**Kimberly Angel**
**163 Conrad Hills Rd**
**Havana, FL 32333**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Kimberly Arkens**
**4501 7th St**
**Menominee, MI 49858**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |
|---|---|---|---|

**Kimberly Brandt**
**232 East 13th Street**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.69 |
|---|---|---|---|

**Kimberly Church**
1591 Hill Road
Sister Bay, WI 54234

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.38 |
|---|---|---|---|

**KIMBERLY COOLEY**
1243 grant st
Green Bay, WI 54303

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.57 |
|---|---|---|---|

**Kimberly Hein**
15 E Slade St
Apt 2
Palatine, IL 60067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Kimberly Johnson**
2971 Ryf road
Oshkosh, WI 54904

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
|---|---|---|---|

**Kimberly Latender**
108 S. Warrington Ave
Cecil, WI 54111

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $645.70 |
|---|---|---|---|

**Kimberly Murphy**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $861.51 |
|---|---|---|---|

**Kimberly Rose**
616 Raleigh Lane
Marion, IA 52302

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.557 6 | **Nonpriority creditor's name and mailing address**<br>**Kimberly Sebero**<br>**N1881 bay de noc drive**<br>**Menominee, MI 49858**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $413.18 |

| | | | |
|---|---|---|---|
| 3.557 7 | **Nonpriority creditor's name and mailing address**<br>**Kimberly Steinert**<br>**1811 Scarlet Oak Trl**<br>**Oshkosh, WI 54904**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $77.69 |

| | | | |
|---|---|---|---|
| 3.557 8 | **Nonpriority creditor's name and mailing address**<br>**Kimberly Wilcox**<br>**322 S High St**<br>**Randolph, WI 53956**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | $134.38 |

| | | | |
|---|---|---|---|
| 3.557 9 | **Nonpriority creditor's name and mailing address**<br>**Kimmie Kimberly**<br>**No Address - purchased tickets via PayPa**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $403.73 |

| | | | |
|---|---|---|---|
| 3.558 0 | **Nonpriority creditor's name and mailing address**<br>**Kinsey Baber**<br>**9990 Apollo Bay Way**<br>**Littleton, CO 80130**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $109.19 |

| | | | |
|---|---|---|---|
| 3.558 1 | **Nonpriority creditor's name and mailing address**<br>**Kirby Wahl**<br>**3020 W Spencer St**<br>**H120**<br>**Appleton, WI 54914**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $807.45 |

| | | | |
|---|---|---|---|
| 3.558 2 | **Nonpriority creditor's name and mailing address**<br>**Kirsten Binder**<br>**3265 Hermans Rd**<br>**New Franken, WI 54229**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $77.69 |

| 3.558 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67.19 |
|---|---|---|---|

**Kirsten Debraal**
**1450 w Breckenridge court**
**Appleton, WI 54914**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.558 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $288.23 |
|---|---|---|---|

**Kirsten Flood**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.558 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $405.83 |
|---|---|---|---|

**Kirsten Foster**
**77 Arvey Lane**
**Fond Du Lac, WI 54935**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.558 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $807.45 |
|---|---|---|---|

**Kirsten Gobert**
**9412 US 41 South**
**Skandia, MI 49885**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.558 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $350.70 |
|---|---|---|---|

**Kirsten Pankau**
**1350 Timothy Trail**
**Oshkosh, WI 54904**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.558 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77.69 |
|---|---|---|---|

**Kirsten Trochta**
**275 E Fieldstone Circle**
**Apt 4**
**Oak Creek, WI 53154**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.558 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $151.19 |
|---|---|---|---|

**Kirstin Bumbar**
**4699 County Rd AB**
**Luxemburg, WI 54217**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

| 3.559 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
|---|---|---|---|

**Kirstin Hughes**
608 lincoln Ave
Albert Lea, MN 56007

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Kirstin Hurd**
2510 INDIAN HILL DR
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.05 |
|---|---|---|---|

**Kirstin Loosen**
32 Jefferson Ave
Hartford, WI 53027

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Kirstin Schernecker**
N6884 Gerhardt Ln
Manawa, WI 54949

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Kirt Schmidt**
N9438 ROSEBUD LANE
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461.96 |
|---|---|---|---|

**Kjersten Hillers**
3520 Richland Hills dr
Wisconsin Rapids, WI 54494

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Kodi Batchelder**
255 Middleton
Columbus, WI 53925

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page  800 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 800 of 1376

| 3.559 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343.88 |
|---|---|---|---|

**kody campshure**
**241 n louis ave**
**Coleman, WI 54112**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Kody Hill**
**222 East center street**
**Juneau, WI 53039**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.19 |
|---|---|---|---|

**Kody Keepers**
**W6280 Kinker Rd**
**Fond Du Lac, WI 54937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Kohel Drywall**
**W. 14801 US Hwy 45**
**Tigerton, WI 54486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number _

Basis for the claim:  **sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |
|---|---|---|---|

**Kolt Collier**
**W7396 St.Paul Rd**
**Crivitz, WI 54114**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |
|---|---|---|---|

**Kolton Jurss**
**204 Anna St**
**106**
**Waterloo, WI 53594**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Korri Kujawa**
**7737 Austin Ave**
**Burbank, IL 60459**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.560 4 | | | $1,612.76 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

Kou Chang
1151 WESTERN AVE N
SAINT PAUL, MN 55117

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.560 5 | | | $67.19 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

Kourtney Kirkpatrick
200 W Estey ST
Shullsburg, WI 53586

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.560 6 | | | $67.19 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

Kourtney Krohn
N10930 cty rd g
Marion, WI 54950

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.560 7 | | | $585.38 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

Kourtney Ross
432 2nd Street
Stevens Point, WI 54481

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.560 8 | | | $155.38 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

Kraig Breider
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.560 9 | | | $130.73 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

Kris Capek
3430 Norton Street
206
Wisconsin Rapids, WI 54494

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.561 0 | | | $157.48 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

Kris Drewry
557 w scott st
Fond Du Lac, WI 54937

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.561 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Kris Hernandez**
**681 rolling meadows drive**
**Oneida, WI 54155**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Kris Mabrito**
**2311 Greenleaf Court**
**Aurora, IL 60506**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
|---|---|---|---|

**Kris Pashek**
**9155 Lee Lake rd**
**Pound, WI 54161**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282.45 |
|---|---|---|---|

**Kris Reseburg**
**1113 west bell ave**
**Sheboygan, WI 53083**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.33 |
|---|---|---|---|

**Kris Stewart**
**432 N NASH ST**
**Hortonville, WI 54944**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.09 |
|---|---|---|---|

**Krissy Diederich**
**622 St Joseph St**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Krissy Tuma**
**116 1/2 W Division St**
**Shawano, WI 54166**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $419.96 |

**Krissy Turner**
9318 Anthony Lane
Spring Grove, IL 60081

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.561 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**Krissy Weidenfeller**
1516 Stacy Lane
Fort Atkinson, WI 53538

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Krista Alexander**
1140 S Wabash Ave
1203
Chicago, IL 60605

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,052.10 |

**Krista Auman**
823 Ridge Crest Lane
Verona, WI 53593

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |

**Krista Busse**
1918 Amy Jo Dr
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Krista Koch**
1311 Kennedy ave
Little Chute, WI 54140

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.13 |

**Krista Molitor**
1526 Elk Trail Ct
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 5 | Nonpriority creditor's name and mailing address<br>**Krista Thuer**<br>**1110 E Barberry Ln**<br>**Mount Prospect, IL 60056**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $77.69 |
|---|---|---|---|
| 3.562 6 | Nonpriority creditor's name and mailing address<br>**Krista Williams**<br>**337 W 11th Ave**<br>**Oshkosh, WI 54902**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $288.23 |
| 3.562 7 | Nonpriority creditor's name and mailing address<br>**Kristal Kuhr**<br>**125 Marcella St**<br>**Oconomowoc, WI 53066**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $197.38 |
| 3.562 8 | Nonpriority creditor's name and mailing address<br>**Kristen Anderson**<br>**1579 State Highway 32**<br>**Three Lakes, WI 54562**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $268.76 |
| 3.562 9 | Nonpriority creditor's name and mailing address<br>**Kristen Bergelin**<br>**1148 Shaggy Bark Dr**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $833.71 |
| 3.563 0 | Nonpriority creditor's name and mailing address<br>**Kristen Corbett**<br>**320 E Fernwood Lane**<br>**Appleton, WI 54913**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $155.38 |
| 3.563 1 | Nonpriority creditor's name and mailing address<br>**Kristen Eby**<br>**7910 Pine Lake Rd**<br>**Indianapolis, IN 46268**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $990.43 |

| 3.563 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Kristen Nicole**
4511 W Rocky Run Ln
Oconto, WI 54153

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Kristen Nicole**
4511 W Rocky Run Ln
Oconto, WI 54153

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.38 |
|---|---|---|---|

**Kristen Steinike**
1300 n green grove rd
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Kristen Wisser**
301  Catino Ct
Mount Prospect, IL 60056

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.23 |
|---|---|---|---|

**Kristi Busscher**
1000 George Dr
Marshfield, WI 54449

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Kristi Ebsch**
1013 Josephine St
Marinette, WI 54143

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $407.38 |
|---|---|---|---|

**Kristi Kaelin**
1030 greenfield tr.
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.563 9 | **Nonpriority creditor's name and mailing address**<br>**KRISTI LAU**<br>**N8045 BORNEMANN LN**<br>**Hilbert, WI 54129**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$710.28** |
| 3.564 0 | **Nonpriority creditor's name and mailing address**<br>**Kristi Lorenz**<br>**W289 N2240 Louis Ave**<br>**1B**<br>**Pewaukee, WI 53072**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$807.45** |
| 3.564 1 | **Nonpriority creditor's name and mailing address**<br>**Kristi Sook**<br>**225 Yacoub Lane**<br>**Fond Du Lac, WI 54935**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$634.20** |
| 3.564 2 | **Nonpriority creditor's name and mailing address**<br>**Kristi Thurman**<br>**5106 Luke St**<br>**Cedar Falls, IA 50613**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$194.25** |
| 3.564 3 | **Nonpriority creditor's name and mailing address**<br>**Kristia Skenandore**<br>**W390 Hillside Dr**<br>**De Pere, WI 54115**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$500.85** |
| 3.564 4 | **Nonpriority creditor's name and mailing address**<br>**Kristie Kargus**<br>**1645 Lincoln Avenue**<br>**Omro, WI 54963**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.73** |
| 3.564 5 | **Nonpriority creditor's name and mailing address**<br>**Kristie Mickelson**<br>**412 WALNUT ST**<br>**Manistique, MI 49854**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$577.50** |

| 3.564 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |

**Kristie Ponce**
**1220 Franklin Street**
**Wisconsin Rapids, WI 54494**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.564 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $487.15 |

**Kristin Cisewski**
**No Address - purchased tickets via PayPa**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.564 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $296.07 |

**Kristin Duquaine**
**2720 St. Ann Drive**
**Green Bay, WI 54311**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.564 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |

**Kristin Holsbo**
**465 Warbler Ln**
**Madison, WI 53704**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.565 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $423.68 |

**Kristin Jensen**
**972 Aldrin St**
**De Pere, WI 54115**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.565 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Kristin LaBarge**
**3300 Larry Drive**
**Plover, WI 54467**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.565 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |

**Kristin Laird**
**4350 west Chester drive ne**
**Cedar Rapids, IA 52402**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.565 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $436.76 |

**Kristin O connell**
**4559 COUNTY RD PP**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $338.63 |

**Kristin Popp**
**7838 w Beloit Newark rd**
**Beloit, WI 53511**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151.73 |

**Kristin Rohr**
**1723 N.29th street**
**Sheboygan, WI 53081**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,170.88 |

**KRISTIN SOSDIAN**
**2011 ASHLAND ST**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Kristin Stark**
**N190 Hopfensperger Road**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $98.69 |

**Kristin White**
**190 Harmsen Ave**
**Waupun, WI 53963**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Kristina Boudry**
**2830 Woodhaven Circle**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina Fox**
**2567 Fernwood Ave**
**Ann Arbor, MI 48104**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$479.85**

---

| 3.566 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina Johnson-Koch**
**1222 Clark St.**
**Waupaca, WI 54981**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$303.45**

---

| 3.566 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina Marie**
**265 N Gilbert Road**
**2177**
**Mesa, AZ 85203**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$204.23**

---

| 3.566 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina Meloy**
**202 A East New York ave**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$177.45**

---

| 3.566 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina Reyes**
**1737 Spence St**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$173.25**

---

| 3.566 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina Rickert**
**4506 N French Rd**
**Appleton**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| 3.566 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristina Rudolph**
**2204 S. Chatham**
**Janesville, WI 53546**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$674.03**

---

| 3.5667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Kristina Sanderfoot**
**312 east Richland street**
**P.o. box 302**
**Lone Rock, WI 53556**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Kristina Wentz**
**504 Clear View Dr**
**West Bend, WI 53090**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Kristina Wondra**
**910 Charlie Ln**
**Cecil, WI 54111**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kristine Boegh**
**121 N State St**
**Berlin, WI 54923**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Kristine Clark**
**1119 Grove St**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Kristine Dreher**
**7244 Mayflower Road**
**West Bend, WI 53090**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,147.63 |
|---|---|---|---|

**Kristine Hibbs**
**1116 Terry Ln**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.65 |
|---|---|---|---|

**KRISTINE JARONA**
N2600 N Kohn rd
Reeseville, WI 53579

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.567 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Kristine Kiesow**
5363 County Road II
Larsen, WI 54941

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.567 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.64 |
|---|---|---|---|

**Kristine Leverenz**
326 West Pine Street
Denmark, WI 54208

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.567 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Kristine Martinez**
657 Vista Del Sol
Lapeer, MI 48446

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.567 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.95 |
|---|---|---|---|

**KRISTINE NATH**
4095 CHERRY RD
Sturgeon Bay, WI 54235

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.567 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Kristoffer Brugman**
72 Feather Ridge Rd
Marquette, MI 49855

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.568 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Kristopher Kitowski**
609 Mustang Lane
Fond Du Lac, WI 54935

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.568 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.18 |
| --- | --- | --- | --- |

**Kristopher Merrick**
1445 S Spencer Ave
Indianapolis, IN 46203

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.74 |
| --- | --- | --- | --- |

**Kristy Ciha**
4904 church road
New Franken, WI 54229

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
| --- | --- | --- | --- |

**Kristy Hecke**
2801 34th Street
Kenosha, WI 53140

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.63 |
| --- | --- | --- | --- |

**Kristy Laramore**
18364 Aura Rd.
Lanse, MI 49946

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $527.03 |
| --- | --- | --- | --- |

**Kristy Mondloch**
W6043 Nolan Drive
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
| --- | --- | --- | --- |

**Kristy Schneider**
1244 Ava Court
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
| --- | --- | --- | --- |

**Kristy Schreiber**
1001 Railroad St
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.568 8 | Nonpriority creditor's name and mailing address | | $207.88 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kristy Suda**
**1825 N. Sunkist Cir**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$207.88

---

| 3.568 9 |
|---|

**Nonpriority creditor's name and mailing address**
**KRISTY WYCKOFF**
**3054 CONESTA DR**
**Green Bay, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,148.70

---

| 3.569 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Krysta Larson**
**153 morris st**
**5**
**Pewaukee, WI 53072**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.569 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Krystal Blauert**
**W276 us highway 10**
**Brillion, WI 54110**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$288.23

---

| 3.569 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Krystal Burkard**
**2671 Woodale Avenue**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.569 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Krystal Ehrman**
**23851 W Sussex Dr**
**Channahon, IL 60410**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$479.85

---

| 3.569 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Krystal Oldham**
**380 thomas ct**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$182.69

---

| 3.569 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |

**Krystel Vater**
**8447 1st Street**
**Atlantic Mine, MI 49905**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.569 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $513.45 |

**Krysti Farnam**
**4564 Sandpiper**
**Cottage Grove, WI 53527**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.569 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Krysti Vanoverbeke**
**12525 259th ave**
**Trevor, WI 53179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.569 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $167.98 |

**Krystle Kershaw**
**655 n monroe st**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.569 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,083.61 |

**Krystle Lynn**
**809 Dorr Ave**
**Rhinelander, WI 54501**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.570 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $266.70 |

**Kurt and Christine Lefeber**
**N8758 Townline Road**
**Van Dyne, WI 54979**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.570 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.70 |

**Kurt and Christine Lefeber**
**N8758 Townline Road**
**Van Dyne, WI 54979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.50 |
| 2 | **KURT BRELLENTHIN** | ☐ Contingent | |
| | **N6799 GILBERT ST** | ■ Unliquidated | |
| | **Elkhorn, WI 53121** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,184.41 |
| 3 | **Kurt Hewlett** | ☐ Contingent | |
| | **2540 Innes Rd.** | ■ Unliquidated | |
| | **202** | ☐ Disputed | |
| | **Gloucester ON K1B 4C5** | | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
| 4 | **Kurt Hohnl** | ☐ Contingent | |
| | **No Address - purchased tickets via PayPa** | ■ Unliquidated | |
| | Date(s) debt was incurred **2019-2020** | ☐ Disputed | |
| | Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
| 5 | **Kurt Johansen** | ☐ Contingent | |
| | **2660 Forest View Ct** | ■ Unliquidated | |
| | **Brookfield, WI 53005** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.45 |
| 6 | **Kurt Koenigs** | ☐ Contingent | |
| | **265 Boyd St.** | ■ Unliquidated | |
| | **Fond Du Lac, WI 54935** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $499.77 |
| 7 | **Kurt Schroeder** | ☐ Contingent | |
| | **N1940 County Road CC** | ■ Unliquidated | |
| | **Kaukauna, WI 54130** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
| 8 | **Kurt Schuster** | ☐ Contingent | |
| | **621 S. Concord Rd** | ■ Unliquidated | |
| | **Oconomowoc, WI 53066** | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.570 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Kurt Stangl**
109 Main Street
Horicon, WI 53032

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Kurt Theobald**
N6437 Bridgewood Rd
Sheboygan Falls, WI 53085

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,984.50 |
|---|---|---|---|

**KURT WENZEL**
1407 MARTINGALE LN
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Kurtis Delosh**
W360 County Line Road
Merrill, WI 54452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Kurtis Stephany**
1155 jemima ln
Chilton, WI 53014

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.46 |
|---|---|---|---|

**Kurtis Stoddard**
246 E. Madison St.
Spring Green, WI 53588

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $686.65 |
|---|---|---|---|

**Ky Schaefer**
N11669 state road 175
Brownsville, WI 53006

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Kyla Reamon**
**No Address - purchased tickets via PayPa**
Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.38 |
|---|---|---|---|

**Kyle Bal**
**W6044 co rd 388**
**Hermansville, MI 49847**
Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
|---|---|---|---|

**Kyle Barkovich**
**4214 Otterbein Ave**
**Indianapolis, IN 46227**
Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,209.57 |
|---|---|---|---|

**Kyle Bauldry**
**1412 county road U**
**Sturgeon Bay, WI 54235**
Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**Kyle Bell**
**1747 Arnold dr.**
**Green Bay, WI 54304**
Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Kyle Benz**
**1214 South Park St**
**Madison, WI 53715**
Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.07 |
|---|---|---|---|

**Kyle Bohmsach**
**10 N Livingston St.**
**702**
**Madison, WI 53703**
Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |

**Kyle Bucholz**
**401 n lake ave**
**Apt. 302**
**Sioux Falls, SD 57104**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.572 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Kyle Burrows**
**1473 Riverside Dr**
**Apt 207**
**River Falls, WI 54022**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.572 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.19 |

**Kyle Cary**
**623 11 ST SE**
**Rochester, MN 55904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.572 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.18 |

**Kyle Clauss**
**1426 thurston ave**
**Racine, WI 53405**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.572 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,583.93 |

**Kyle Crook**
**2733 Frontenac Ave**
**7**
**Stevens Point, WI 54481**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.572 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $705.08 |

**Kyle Egide**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.572 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.38 |

**Kyle Fink**
**327 w third street**
**Kaukauna, WI 54130**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.573 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Kyle Fischer**
**1904 s 14th st**
**Sheboygan, WI 53081**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.23 |
|---|---|---|---|

**Kyle Frederick**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Kyle Hansen**
**742A Jefferson Street**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Kyle Hatelak**
**1743 11th ave**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Kyle Heyrman**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Kyle Hilgendorf**
**N51 W14461 Lancaster Ave**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Kyle Hogen**
**W2118 Pond Rd.**
**Neosho, WI 53059**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.50 |
|---|---|---|---|

**KYLE KLUG**
**101 W SMITH AVE**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |
|---|---|---|---|

**Kyle Kositzke**
**N4204 Killarney Ln**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**Kyle Kube**
**N1405 CTY RD K**
**Watertown, WI 53098**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Kyle Lewis**
**716 Knowlton Rd.**
**Mosinee, WI 54455**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Kyle Madden**
**W5381 Schulz Spur Dr**
**Irma, WI 54442**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $926.07 |
|---|---|---|---|

**Kyle Massart**
**E683 Church Road**
**Luxemburg, WI 54217**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Kyle Mcmahon**
**Kmcmah1998@gmail.com**
**Marinette, WI 54143**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.65 |

**Kyle Meyer**
W4258 county Rd U
Plymouth, WI 53073

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |

**Kyle Meyers**
2561 Stone Meadows Trl
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |

**Kyle Mickelson**
7675 Kennedy dr
Wausaukee, WI 54177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Kyle Nabbefeld**
816 S Kensington Dr
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |

**Kyle Oskola**
662 Gary Street
Ripon, WI 54971

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $403.73 |

**Kyle Panske**
1227 broad st.
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**kyle paquin**
PO Box 396
Meeteetse, WY 82433

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.575 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Kyle Paternoster**
1136 S Broadway
Green Bay, WI 54304

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 2 | Nonpriority creditor's name and mailing address | | $262.48 |
|---|---|---|---|

**Kyle Paulson**
W2495 ARNOLD RD
Columbus, WI 53925

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 3 | Nonpriority creditor's name and mailing address | | $151.73 |
|---|---|---|---|

**Kyle Peterson**
949 E. Prospect Street
Lake Mills, WI 53551

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 4 | Nonpriority creditor's name and mailing address | | $402.68 |
|---|---|---|---|

**Kyle Phillips**
10975 Ridge Point Blvd
Chisago City, MN 55013

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 5 | Nonpriority creditor's name and mailing address | | $1,276.28 |
|---|---|---|---|

**Kyle Raddatz**
19326 beechnut dr.
Mokena, IL 60448

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 6 | Nonpriority creditor's name and mailing address | | $553.88 |
|---|---|---|---|

**Kyle Richard**
2348 Browning Road
Green Bay, WI 54302

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 7 | Nonpriority creditor's name and mailing address | | $177.45 |
|---|---|---|---|

**Kyle Roberts**
625 Ruys Woods Ct
Combined Locks, WI 54113

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.575 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.73** |
|---|---|---|---|

**Kyle Schmidt**
**W4049 Devine Lane**
**Appleton, WI 54913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$77.69** |
|---|---|---|---|

**Kyle Szydel**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$621.08** |
|---|---|---|---|

**Kyle Thorne**
**18112 heiser rd**
**Denmark, WI 54208**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$319.73** |
|---|---|---|---|

**Kyle Van Damme**
**2016 Daggett Drive**
**Omro, WI 54963**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$194.25** |
|---|---|---|---|

**Kyle Volbright**
**N8361 Beechview Dr**
**Fond Du Lac, WI 54937**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$350.70** |
|---|---|---|---|

**Kyle Vorpahl**
**206 E Kilbourn Ave**
**West Bend, WI 53095**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.73** |
|---|---|---|---|

**Kyle Wabanimkee**
**2027 greentree road**
**West Bend, WI 53090**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Kyle Wallendal**
**201 Hamilton st**
**Beaver Dam, WI 53916**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.576<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.23 |
|---|---|---|---|

**Kyle Wells**
**2862 Pickle Rd**
**#270**
**Oregon, OH 43616**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.576<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.95 |
|---|---|---|---|

**Kyle Williams**
**2135 Prentiss Dr.**
**M106**
**Downers Grove, IL 60516**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.576<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kylee Johsnon**
**400 S 8th St**
**Escanaba, MI 49829**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.576<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.50 |
|---|---|---|---|

**Kylee Schneider**
**101 Commerce Street**
**Oshkosh, WI 54902**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.577<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**Kylee Zeller**
**w 2254 block rd**
**Kaukauna, WI 54130**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.577<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.18 |
|---|---|---|---|

**Kyleer Vance**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.577 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Kyler Schadrie**
440 Washington Street
Wrightstown, WI 54180

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Kylie Allen**
9504 N Alice Lane
Muncie, IN 47303

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Kylie Beecher**
4712 N. Tanglewood Dr.
Appleton, WI 54913

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Kylie Mcmahon**
2003 Whistling Swan Circle
De Pere, WI 54115

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Kylie Moe**
N2346 Twin Grove Rd
Juda, WI 53550

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Kylie Ploederl**
5103 Elmer Lane
Manitowoc, WI 54220

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Kylie Schwefel**
541 S National Avenue
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 826 of 1376

| 3.5779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Kylie Yost**
2203 Maple Ave
Apt E2
Evanston, IL 60201

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $335.95 |
|---|---|---|---|

**Kyra Bula**
386 county road M
Grand Marsh, WI 53936

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**Kyra Googins**
1810 Axel Avenue
Madison, WI 53711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |
|---|---|---|---|

**Kyra Teal**
26445 Windy Point Rd
Cuba City, WI 53807

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Kyra Wiechman**
w213 sunny drive
Lomira, WI 53048

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $551.25 |
|---|---|---|---|

**Kyrianna Smith**
628 1/2 jackson st
Wausau, WI 54403

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Kyriko Standke**
102 prospect St
North apt
Bear Creek, WI 54922

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyrsten Bruce**
**778 Security Drive**
**Apt C208**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.578 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kyrsten George**
**830 miller drive**
**Oregon, WI 53575**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.578 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Labecca Jones**
**221 E Indianwood Drive**
**Oconto Falls, WI 54154**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| 3.578 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lacey Beduhn**
**1169 Meadow Ln**
**Menasha, WI 54952**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$197.38

---

| 3.579 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LACEY RODGERS**
**N3751 STARLIGHT DR**
**New London, WI 54961**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$955.50

---

| 3.579 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lacie Crumbley**
**6809 Linden Creek Lane**
**Dickinson, TX 77539**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.579 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lacy Fraser**
**916 S Madison St Lot 24**
**Waupun, WI 53963**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$309.23

| 3.579 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laiken Morgan**
**3675 Lusan Dr**
**Cedarburg, WI 53012**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.19

---

| 3.579 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lainey Lipschultz**
**W6546 Austin Drive**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$356.96

---

| 3.579 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lakota Brenner**
**2562 Airport RD**
**12**
**Portage, WI 53901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$489.26

---

| 3.579 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lana Bruss**
**W7626 Misty Spring Ct**
**Greenville, WI 54942**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$233.07

---

| 3.579 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lance Baker**
**808 3rd Ave SE**
**Spencer, IA 51301**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$288.23

---

| 3.579 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lance Ernsting**
**1428 Seymour Court**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$840.00

---

| 3.579 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lance Joeckel**
**1405 Kenneth ave**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$728.18

---

| 3.580 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.33 |
|---|---|---|---|

**Lance Laabs**
2287 Pauly CT
Green Bay, WI 54311

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.580 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Lance Parker**
817 1st ave nw
Byron, MN 55920

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.580 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Lance Rands**
460 E Sullivan st
Ripon, WI 54971

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.580 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Landen Williamson**
2662 Trojan Dr
918
Green Bay, WI 54304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.580 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.98 |
|---|---|---|---|

**Lanuhkwat Van Dyke**
2781 Chief Hill Lane
Green Bay, WI 54313

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.580 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Lara Bessey**
W5130 Shorewood Ct
Sherwood, WI 54169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.580 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Lara Ransom**
5207 Nimitz Dr
Wonder Lake, IL 60097

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.580 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Lara Totzke**
217 Steeple Pointe Ct
Delafield, WI 53018

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Larissa Legge**
3020 e jackson
Spokane, WA 99207

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Larissa Rowley**
W8616 Glendale Rd.
Wausaukee, WI 54177

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.88 |
|---|---|---|---|

**LARRY BAYER**
N5094 County Road P
Rubicon, WI 53078

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.63 |
|---|---|---|---|

**LARRY DRAKE**
114 ANNE ST
Clintonville, WI 54929

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Larry Fisher**
730 E Bronson St
South Bend, IN 46601

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.45 |
|---|---|---|---|

**Larry Muenster**
1818 south bouten street
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 831 of 1376

| 3.581 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Larry Olson**
2313 Averette Rd.
Wake Forest, NC 27587

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Larry Smit**
325 Grandview Ave
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.03 |
|---|---|---|---|

**Larry Wight**
995 RICHBOROUGH RD
Green Bay, WI 54313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,029.13 |
|---|---|---|---|

**Larry Wight**
995 RICHBOROUGH RD
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.96 |
|---|---|---|---|

**LaShawn Edwards**
W14561 Kovar Rd
Engadine, MI 49827

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.48 |
|---|---|---|---|

**Latasha Aldean Paul**
1814 Royce Ave.
Beloit, WI 53511

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Lathen Becker**
5476 Royal Avenue
Slinger, WI 53086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 832 of 1376

| 3.582 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,038.98 |

**Laura Braun**
220 Deschane Pl
Green Bay, WI 54302

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.23 |

**Laura Busse**
339 Mill Street
Reedsville, WI 54230

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |

**Laura Bussler**
N222 Willow St.
Stephenson, MI 49887

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Laura Clay**
310 S 66th St
Milwaukee, WI 53214

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.90 |

**Laura Corrigan**
W5449 Red Clover Trl
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.07 |

**Laura Delap**
834 central st
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |

**Laura Dowdy**
1327 Hazel Street
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $823.20 |
|---|---|---|---|

**Laura Falvey**
**705 HILLCREST COURT**
**Two Rivers, WI 54241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.582 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $436.76 |
|---|---|---|---|

**Laura Farley**
**330 N church St**
**Darien, WI 53114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.583 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Laura Ferrari**
**400 N Broadway**
**Unit 604**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.583 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.95 |
|---|---|---|---|

**Laura Gross**
**4017 Bentley Rd**
**Rosholt, WI 54473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.583 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,404.38 |
|---|---|---|---|

**Laura Gwiazdon**
**2108 n lynndale dr**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.583 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.63 |
|---|---|---|---|

**Laura Harvestine**
**N90W25205 Tomahawk Dr**
**Sussex, WI 53089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.583 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.34 |
|---|---|---|---|

**LAURA HIEB**
**3491 BAY HIGHLANDS DR**
**Green Bay, WI 54311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.583 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Laura Hofacker**
**N3581 Meade Street**
**Appleton, WI 54913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Laura Kohlwey DeGroot**
**1375 Bond St**
**Green Bay, WI 54303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Laura Laitsch**
**509 Slinger road**
**2**
**Slinger, WI 53086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Laura Langford**
**7409 31st Avenue**
**Kenosha, WI 53142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Laura Maki Dahn**
**5894 3rd Ave N**
**Wells, MI 49894**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Laura Mares**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Laura Pavloski**
**6983 Rocky Run Drive**
**Rudolph, WI 54475**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 835 of 1376

| 3.584 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$479.85** |
| **Laura Rechek** | ☐ Contingent | |
| **303 Forest St** | ■ Unliquidated | |
| **Fox Lake, WI 53933** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.69** |
| **Laura Schelter** | ☐ Contingent | |
| **161 Harmsen Ave.** | ■ Unliquidated | |
| **Waupun, WI 53963** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.69** |
| **Laura Starfeldt** | ☐ Contingent | |
| **N1459 stardust drive** | ☐ Unliquidated | |
| **Greenville, WI 54942** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.38** |
| **Laura Stehno** | ☐ Contingent | |
| **W289N2231 Louis Avenue** | ☐ Unliquidated | |
| **Apartment #3** | ☐ Disputed | |
| **Pewaukee, WI 53072** | | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286.13** |
| **Laura Thiel** | ☐ Contingent | |
| **N575 7TH CT** | ■ Unliquidated | |
| **COLOMA, WI 54930** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286.13** |
| **Laura Vizineau** | ☐ Contingent | |
| **4881 Delta 17.9 Dr** | ■ Unliquidated | |
| **Escanaba, MI 49829** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.38** |
| **Laura Wensink** | ☐ Contingent | |
| **N3164 Woodridge Ct.** | ■ Unliquidated | |
| **Sheboygan Falls, WI 53085** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

**Laura Wnuk**
511 N. Mill St
Weyauwega, WI 54983

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.585 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.91 |
|---|---|---|---|

**Laurel DeSmidt**
106 Wisconsin St
Sheboygan Falls, WI 53085

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.585 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Laurel Liska**
1286 Valley Street
Mayville, WI 53050

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.585 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Lauren 'Gamble' Thorstensen**
2215 Maccaux Dr
Green Bay, WI 54302

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.585 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**LAUREN APPENFELDT**
108 SIOUX DR
Beaver Dam, WI 53916

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.585 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Lauren Beisswenger**
705 Westwood Dr.
Ottawa, IL 61350

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.585 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Lauren Bonnell**
6710 Schroeder Rd
Apt 7
Madison, WI 53711

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.585 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.12 |
|---|---|---|---|

**Lauren Bonofiglio**
**3039 N Downer Ave**
**Milwaukee, WI 53211**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.585 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $953.30 |
|---|---|---|---|

**Lauren Byrnes**
**4060 S 65th St**
**Apt 102**
**Milwaukee, WI 53220**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.585 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Lauren Calaway**
**3093 Holland Rd**
**Green Bay, WI 54313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.585 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Lauren Casper**
**22327 W. Steinthal Road**
**Kiel, WI 53042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.586 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.92 |
|---|---|---|---|

**Lauren Cottick**
**132 Morningside Orchard dr**
**Oconomowoc, WI 53066**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.586 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Lauren Eichman**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.586 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Lauren Ellis**
**33 Montgomery Lane**
**Vernon Hills, IL 60061**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.586 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Lauren Fields**
20530 Ivywood St NW
Cedar, MN 55011

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Lauren Gabe**
23 W Fall St
Lanse, MI 49946

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Lauren Gromnicki**
216 n 7th Ave
Winneconne, WI 54986

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Lauren Hanoski**
4865 south providence dr
New Berlin, WI 53151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Lauren Hansen**
2008 East Higgins Hill
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Lauren Hendriks**
1449 Paynes Point rd
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.73 |
|---|---|---|---|

**Lauren Hooper**
950 Carriage Lane
Fond Du Lac, WI 54935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $61.95 |
|---|---|---|---|

**Lauren Jacobs**
**150 Hoff Lane**
**Coon Valley, WI 54623**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77.69 |
|---|---|---|---|

**Lauren Landowski**
**3831 Ben Franklin Dr**
**Wisconsin Rapids, WI 54494**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77.69 |
|---|---|---|---|

**Lauren Leick**
**6164 State HWY 57**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $155.38 |
|---|---|---|---|

**Lauren Lucius**
**388 W Washington Ave**
**Hartford, WI 53027**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $151.73 |
|---|---|---|---|

**Lauren Marino**
**1900 Melvin Ave**
**Orlando, FL 32806**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $134.38 |
|---|---|---|---|

**Lauren Miller**
**w5604 swan road**
**Burnett, WI 53922**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $134.38 |
|---|---|---|---|

**Lauren Pierson**
**W182 N8323 Georgetown Drive**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Lauren Retzlaff**
718 Lakeshore Drive
Fond Du Lac, WI 54937

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.587 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $491.34 |
|---|---|---|---|

**Lauren Roloff**
N6290 Hwy 47 55
Shawano, WI 54166

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.587 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Lauren Sipple**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.588 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Lauren VanderMause**
1552 Kingswood Dr
Neenah, WI 54956

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.588 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Lauren Wendt**
632 T-Bird Drive
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.588 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Lauren Wiesner**
591 Donald street
Mayville, WI 53050

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.588 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**LAURIE & MARK JUDAS**
N 6901 CTY Y
Princeton, WI 54968

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.588 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.90 |
|---|---|---|---|

**Laurie Bartelt Mattes**
**84 Northgate Estates**
**New London, WI 54961**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.38 |
|---|---|---|---|

**LAURIE BEHM**
**535 RIVERVIEW DR**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,134.00 |
|---|---|---|---|

**LAURIE CLUPPERT**
**N5935 RADIO RD**
**Brandon, WI 53919**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Laurie Kiffel**
**1237 Deerfield Ave**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Laurie King**
**110 Twin Lakes Dr**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,036.88 |
|---|---|---|---|

**LAURIE L CLUPPERT**
**488 S BRIDGE ST**
**Markesan, WI 53946**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.26 |
|---|---|---|---|

**Laurie Maeder**
**1114 W 11th Ave.**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.589<br>1 | **Nonpriority creditor's name and mailing address** |
| | **Laurie Rice**<br>**N9599 St. Kilian Hts.**<br>**Campbellsport, WI 53010** |

As of the petition filing date, the claim is: *Check all that apply.*     **$67.19**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.589<br>2 | **Nonpriority creditor's name and mailing address** |
| | **Laurie Van Beek**<br>**N288 Candlelite Way**<br>**Appleton, WI 54915** |

As of the petition filing date, the claim is: *Check all that apply.*     **$261.45**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.589<br>3 | **Nonpriority creditor's name and mailing address** |
| | **Laurie Wiench Grimm**<br>**4678 Ramirez St**<br>**Robstown, TX 78380** |

As of the petition filing date, the claim is: *Check all that apply.*     **$130.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.589<br>4 | **Nonpriority creditor's name and mailing address** |
| | **Lauryn Wagner**<br>**7833 N. Berwyn Ave.**<br>**Milwaukee, WI 53209** |

As of the petition filing date, the claim is: *Check all that apply.*     **$67.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.589<br>5 | **Nonpriority creditor's name and mailing address** |
| | **Lawrence Chick**<br>**1388 West Fischer Lake Pkwy**<br>**Niagara, WI 54151** |

As of the petition filing date, the claim is: *Check all that apply.*     **$1,110.38**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.589<br>6 | **Nonpriority creditor's name and mailing address** |
| | **Lawrence Martin**<br>**5635 Butternut Dr**<br>**Kewaskum, WI 53040** |

As of the petition filing date, the claim is: *Check all that apply.*     **$303.45**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.589<br>7 | **Nonpriority creditor's name and mailing address** |
| | **Lawrence Van Ark**<br>**306 W hickory st**<br>**Abbotsford, WI 54405** |

As of the petition filing date, the claim is: *Check all that apply.*     **$286.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Layne Neuenfeldt**
W12393 Cty Road KK
Ripon, WI 54971

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Layne Selin**
1690 E Memory Lane
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.44 |
|---|---|---|---|

**Lea Aasby**
103 S Royal Ave
Fond Du Lac, WI 54935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Lea Walters**
N2854 Winchester Rd
Hortonville, WI 54944

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Leah Ceranski**
N154 Kamkes St.
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Leah Edwards**
515 W Bent Ave
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Leah Gauthier**
No Address - purchased tickets via PayPa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 5 | Nonpriority creditor's name and mailing address | | $261.45 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leah Schindeldecker**
**619 B S Keenan St**
**Rhinelander, WI 54501**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| 3.590 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Leah Shape**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$162.23**

---

| 3.590 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Leah Walker**
**1109 Bertch ave**
**Waterloo, IA 50702**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$377.96**

---

| 3.590 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Leah Winarski**
**10 W. David Dr.**
**Hilbert, WI 54129**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$130.73**

---

| 3.590 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Leander Bonnett**
**705 S 26th St**
**Sheboygan, WI 53081**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,284.15**

---

| 3.591 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Leander Tom**
**2616 N Frederick Ave**
**Apt 227**
**Milwaukee, WI 53211**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$403.73**

---

| 3.591 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Leann Holland**
**416 West Main Street**
**Princeton, WI 54968**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$829.50**

---

| 3.591 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leann Kohl**
**2706 Overhill Dr**
**Pekin, IL 61554**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$186.88**

---

| 3.591 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LEANN Peterson**
**E1380 FRONTAGE RD**
**Waupaca, WI 54981**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,548.75**

---

| 3.591 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leann Priebe**
**814 3rd ave S**
**Escanaba, MI 49829**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$313.93**

---

| 3.591 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LeAnn Salmi**
**608 Wisconsin Ave**
**Gladstone, MI 49837**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$134.38**

---

| 3.591 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leann Smith**
**W7187 Briar Ct**
**Oakfield, WI 53065**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$314.96**

---

| 3.591 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leanne Kavanaugh**
**N9611 Military Rd**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$98.69**

---

| 3.591 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leanne Schaetzl**
**2491 16th Rd**
**Mosinee, WI 54455**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$236.22**

---

| | | |
|---|---|---|
| 3.591 9 | **Nonpriority creditor's name and mailing address** <br> **LEASA LEFEBER** <br> **N6306 Cty Rd UU** <br> **Fond Du Lac, WI 54937** <br><br> Date(s) debt was incurred _2019-2020_ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Pre-Paid Tickets_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $677.25 |
| 3.592 0 | **Nonpriority creditor's name and mailing address** <br> **Lee Ann Slayton** <br> **1012 Hall Hay Street** <br> **Crivitz, WI 54114** <br><br> Date(s) debt was incurred _2019-2020_ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Pre-Paid Tickets_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $77.69 |
| 3.592 1 | **Nonpriority creditor's name and mailing address** <br> **Lee Bergan** <br> **W3930 hwy 106** <br> **Fort Atkinson, WI 53538** <br><br> Date(s) debt was incurred _2019-2020_ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Pre-Paid Tickets_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $197.38 |
| 3.592 2 | **Nonpriority creditor's name and mailing address** <br> **Lee Brandriet** <br> **409 4th St NE** <br> **Apt 1** <br> **Watertown, SD 57201** <br><br> Date(s) debt was incurred _2019-2020_ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Pre-Paid Tickets_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $141.23 |
| 3.592 3 | **Nonpriority creditor's name and mailing address** <br> **Lee Gruenwald** <br> **11019 N Brighton Place** <br> **Mequon, WI 53097** <br><br> Date(s) debt was incurred _2019-2020_ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Pre-Paid Tickets_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $479.85 |
| 3.592 4 | **Nonpriority creditor's name and mailing address** <br> **LEE HARKE** <br> **4116 n. Windover ct.** <br> **Appleton, WI 54913** <br><br> Date(s) debt was incurred _2019-2020_ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Pre-Paid Tickets_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $806.34 |
| 3.592 5 | **Nonpriority creditor's name and mailing address** <br> **Lee Hertzfeldt** <br> **W16472 Baird Rd** <br> **Melrose, WI 54642** <br><br> Date(s) debt was incurred _2019-2020_ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Pre-Paid Tickets_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $98.69 |

| 3.592 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596.15 |
|---|---|---|---|

**Lee Mcelhaney**
821 Locust St.
Macon, MO 63552

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Lee Perry**
2010 Princess Ct
Apt 6
Lockport, IL 60441

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Lee Roth**
3076 cty hwy gg
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $863.07 |
|---|---|---|---|

**lee stroble**
n1880 julius dr
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.23 |
|---|---|---|---|

**Lee Swanson**
824 E Minor St
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Lee Wisneski**
518 E 2nd street
Kimberly, WI 54136

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.08 |
|---|---|---|---|

**Leeann Rock**
2909 clearview ct
Joliet, IL 60436

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Leeanne Gunther**
**11011 Sturgis lane**
**Tomahawk, WI 54487**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.593 4 |
|---|

**Leevon Chinnock**
**5303 colleen ave**
**Schofield, WI 54476**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$261.45

---

| 3.593 5 |
|---|

**Leigh Parker**
**333 E Water St**
**Watertown, WI 53094**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$1,410.15

---

| 3.593 6 |
|---|

**LEO MOORE**
**24201 Boot Lake Rd**
**Reedsville, WI 54230**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$976.50

---

| 3.593 7 |
|---|

**Leon Albers**
**1010 Moraine Way #2**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$215.25

---

| 3.593 8 |
|---|

**Leon Milnes**
**1092 Markworth Ct**
**Westerville, OH 43081**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$429.46

---

| 3.593 9 |
|---|

**Leon Rigor**
**1312 renrose Avenue**
**Loves Park, IL 61111**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$500.85

| 3.594 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $303.45 |
|---|---|---|---|

**Leona Suit**
**1040 Cleveland Street**
**Wisconsin Rapids, WI 54495**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $554.38 |
|---|---|---|---|

**Leonard Hepfer**
**111 N Houghton**
**Manistique, MI 49854**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $67.19 |
|---|---|---|---|

**Lesley Wilz**
**N5784 Shop St**
**Manawa, WI 54949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $76.13 |
|---|---|---|---|

**Lesli Hemauer**
**S16 W32183 High Meadow Circle**
**Delafield, WI 53018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77.69 |
|---|---|---|---|

**Leslie Baeten**
**2516 Sunny Brook Dr**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $448.88 |
|---|---|---|---|

**Leslie Bevers**
**N8922 Church St**
**Brillion, WI 54110**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $155.38 |
|---|---|---|---|

**Leslie Bossler**
**349 S8th Ave**
**West Bend, WI 53095**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 850 of 1376

| 3.594 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.50 |
|---|---|---|---|

**Leslie Busse**
**5554 174th Street**
**Tinley Park, IL 60477**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Leslie Damon**
**Damon4@tds.net**
**Waunakee, WI 53597**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.63 |
|---|---|---|---|

**Leslie Gerrits**
**11 Deer Run Ct.**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,797.52 |
|---|---|---|---|

**Leslie Kazmierkoski**
**1709 14th Ave**
**Menominee, MI 49858**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Leslie Kopf**
**183 W Church Street**
**Oakfield, WI 53065**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Leslie Leisgang**
**530 Baird Creek Rd Apt 5 5**
**Green Bay, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |
|---|---|---|---|

**Leticia Nowak**
**608 Naragansett Ave.**
**Baraboo, WI 53913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Levi Anttila**
56257 Union street
Calumet, MI 49913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Levi Groth**
745 Mystery ct
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $537.57 |
|---|---|---|---|

**Levi Kempka**
201 Main Street
Marinette, WI 54143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Levi Sterzibg**
N4459 W Townline Rd
Marinette, WI 54143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Lex RJ**
2551 E 4 Mile Rd
Sault Sainte Marie, MI 49783

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**Lexa Buechner**
4964 Meadow Side Lane
Waunakee, WI 53597

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Lexee Funk**
W2511 Fieldside Court
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Lexi Appleton**
3296 Pioneer Drive
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Lexi Bird**
W8386 Cty Rd S
Beaver Dam, WI 53916

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.45 |
|---|---|---|---|

**Lexi Brown**
924a Portage Street
Stevens Point, WI 54481

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Lexi Chaillier**
4883 Delta 17.8 Drive
Escanaba, MI 49829

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Lexi Dagenais**
4842 147th court
Savage, MN 55378

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Lexi Evans**
2976 Military Street
Port Huron, MI 48060

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Lexi Huth**
N4926 County Rd E
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Lexi LeClair**
**7029 W Hillcrest Rd**
**Manitowoc, WI 54220**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.96 |
|---|---|---|---|

**Lexi Reeves**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.65 |
|---|---|---|---|

**Lexi Steele**
**W5100 State Highway M69**
**Felch, MI 49831**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Lexi Wilson**
**1500 Linden Ave**
**Janesville, WI 53548**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.69 |
|---|---|---|---|

**Lexi Zarn**
**211 S. College Ave**
**Fox Lake, WI 53933**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Lexie Silver**
**N1656 W county road A**
**Adell, WI 53001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Lexington Halase**
**3529 N Chappell Dr**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Hypervibe, Inc. | Case number (if known) | 20-27367 |
|---|---|---|---|
| | Name | | |

---

**3.597 5**

**Nonpriority creditor's name and mailing address**

**Leya Schultz**
**2814 CLARK STREET**
**Manitowoc, WI 54220**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$948.68**

---

**3.597 6**

**Nonpriority creditor's name and mailing address**

**Leyla Ninmer**
**1121 winston dr**
**Edgerton, WI 53534**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$155.38**

---

**3.597 7**

**Nonpriority creditor's name and mailing address**

**Libby Dammen**
**8405 N Ridge Trl**
**Milton, WI 53563**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$31.50**

---

**3.597 8**

**Nonpriority creditor's name and mailing address**

**Libby DeClark**
**528 Beech Street**
**Kingsford, MI 49802**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$600.57**

---

**3.597 9**

**Nonpriority creditor's name and mailing address**

**Libby Greiber**
**6186 BARMAN RD**
**Waunakee, WI 53597**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$77.69**

---

**3.598 0**

**Nonpriority creditor's name and mailing address**

**Libby Pavelec**
**5960 Oak Hollow Dr**
**Mc Farland, WI 53558**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

**3.598 1**

**Nonpriority creditor's name and mailing address**

**Libby Pierret**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$109.19**

---

| 3.598 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.45 |
|---|---|---|---|

**Liberty Wirtz**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Lili Duvnjak**
**1444 woodview dr**
**Apt 6**
**Crown Point, IN 46307**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**Liliana Speck**
**105 Queensgate Blvd**
**Sault Ste. Marie ON  p6A 6Y4**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Lilly Haase**
**6040 Naples Lane**
**Winneconne, WI 54986**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Lily Balison**
**4532 Algonquin Trail**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Lily Barker**
**N7574 Lakeshore Drive**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |
|---|---|---|---|

**Lily Hansen**
**19 Skillman Lane**
**Saint Paul, MN 55127**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.38 |
|---|---|---|---|
| | **Lily Hansen**<br>**2533 Grand St NE**<br>**Minneapolis, MN 55418** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|
| | **Lily Sonnentag**<br>**W1103 Townline Rd**<br>**Ripon, WI 54971** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|
| | **Lily Whiting**<br>**1014 Eastman St**<br>**Oshkosh, WI 54901** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|
| | **Linda Bartlett**<br>**W288N8037 PARK DR**<br>**Hartland, WI 53029** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|
| | **Linda Bowers**<br>**W1792 Dragonfly Ct.**<br>**Kaukauna, WI 54130** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,947.75 |
|---|---|---|---|
| | **Linda Brauer**<br>**951 Forest Tree Ct**<br>**Appleton, WI 54914** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439.95 |
|---|---|---|---|
| | **Linda Brauer**<br>**951 Forest Tree Ct**<br>**Appleton, WI 54914** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| **Linda Brockman** | ☐ Contingent | |
| **1205 E. Main St.** | ■ Unliquidated | |
| **Little Chute, WI 54140** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $774.38 |
| **Linda Buck** | ☐ Contingent | |
| **1215 Fawn Drive** | ■ Unliquidated | |
| **Neenah, WI 54956** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| **Linda Djupstrom** | ☐ Contingent | |
| **N11096 Hoffman K 4 Ln** | ☐ Unliquidated | |
| **Daggett, MI 49821** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
| **Linda Gorges** | ☐ Contingent | |
| **N2815 Buckhorn Drive** | ■ Unliquidated | |
| **Appleton, WI 54913** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.600 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
| **Linda Gorzek** | ☐ Contingent | |
| **324 St Francis Drive** | ■ Unliquidated | |
| **Green Bay, WI 54301** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.600 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $314.96 |
| **Linda Hanson** | ☐ Contingent | |
| **N6539 County Road W** | ■ Unliquidated | |
| **Waupaca, WI 54981** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.600 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
| **Linda Iverson** | ☐ Contingent | |
| **7380 Carter Circle East** | ☐ Unliquidated | |
| **Franklin, WI 53132** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.600 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |

**Linda Kolbet**
3574 spring park rd
Osage, IA 50461

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.38 |

**Linda Krohn**
W9946 County Road C
Wautoma, WI 54982

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |

**Linda Mischnick**
6516 COUNTY ROAD
Amherst, WI 54406

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,031.75 |

**LINDA MUCHE**
N9108 LAKESHORE DR
Van Dyne, WI 54979

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Linda Selsmeyer**
1701 Royal Crown Ct
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |

**Linda Stange**
3732 S. 20TH PL
Milwaukee, WI 53221

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Linda Van Camp**
136 Shelley Lane
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77.69 |
|---|---|---|---|

**Linda Walling**
**W6319 Eastern Ave**
**Fort Atkinson, WI 53538**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $261.45 |
|---|---|---|---|

**Linda Will**
**370 S Marr St**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $134.38 |
|---|---|---|---|

**Linda Winkler**
**3019 ELIM AVE**
**Zion, IL 60099**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77.69 |
|---|---|---|---|

**Linda Wolfe Anderson**
**E893 Stratton Lake Road**
**Waupaca, WI 54981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $303.45 |
|---|---|---|---|

**Lindsay Holewinski**
**851 depere st**
**Menasha, WI 54952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $144.88 |
|---|---|---|---|

**Lindsay Lamay**
**4514 state hwy 22**
**Lena, WI 54139**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $261.45 |
|---|---|---|---|

**lindsay malchow**
**431 E Mission rd**
**Green Bay, WI 54301**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.601 7 | **$77.69** |

**Nonpriority creditor's name and mailing address**

**Lindsay Paul**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.601 8 | **$151.19** |

**Nonpriority creditor's name and mailing address**

**Lindsay Peterson**
**W5924 springview dr**
**Norway, MI 49870**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.601 9 | **$420.00** |

**Nonpriority creditor's name and mailing address**

**Lindsay Radichel**
**1934 N Alvin St**
**Appleton, WI 54911**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.602 0 | **$480.38** |

**Nonpriority creditor's name and mailing address**

**Lindsay Steinke**
**145 9th st**
**Clintonville, WI 54929**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.602 1 | **$130.73** |

**Nonpriority creditor's name and mailing address**

**Lindsey Baker**
**45 mockingbird lane**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.602 2 | **$177.45** |

**Nonpriority creditor's name and mailing address**

**Lindsey Bittner**
**261 Ridgeview Dr**
**Lake Mills, WI 53551**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.602 3 | **$392.18** |

**Nonpriority creditor's name and mailing address**

**Lindsey Burrows**
**5100 W Anita St.**
**Apt. 7**
**Appleton, WI 54913**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| | |
|---|---|
| 3.602 4 | **$130.19** |

**Nonpriority creditor's name and mailing address**

**Lindsey Czubin**
**5155 S Mars Dr**
**New Berlin, WI 53146**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.602 5 | **$177.45** |

**Nonpriority creditor's name and mailing address**

**Lindsey Fergus**
**365 Pleasant Hill Ave**
**Lomira, WI 53048**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.602 6 | **$324.45** |

**Nonpriority creditor's name and mailing address**

**Lindsey Fletcher**
**1670 Biemeret St**
**Green Bay, WI 54304**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.602 7 | **$266.18** |

**Nonpriority creditor's name and mailing address**

**Lindsey Genrich**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.602 8 | **$377.96** |

**Nonpriority creditor's name and mailing address**

**Lindsey Kerr**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.602 9 | **$134.38** |

**Nonpriority creditor's name and mailing address**

**Lindsey Klug**
**546 Karen Lane**
**Green Bay, WI 54301**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.603 0 | **$324.45** |

**Nonpriority creditor's name and mailing address**

**Lindsey Krake**
**N3951 Washington Ave 7**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.603<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |

**Lindsey Meyers**
**11809 Monroe St Ne**
**Minneapolis, MN 55434**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315.00 |

**Lindsey Mullen**
**3509 East Glory Lane**
**Apt 15**
**Appleton, WI 54913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Lindsey O'Brien**
**N6377 Nelson rd**
**Fond Du Lac, WI 54937**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.45 |

**Lindsey Olszewski**
**1688 SHAWANO AVE APT 6**
**GREEN BAY, WI 54303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Lindsey Park**
**420 Shagbark Ct**
**Algonquin, IL 60102**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |

**Lindsey Schuhart**
**4274 River Street**
**Wabeno, WI 54566**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.98 |

**Lindsey Sullivan**
**4811 Rachel Lane**
**Apt 20**
**Wausau, WI 54401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 863 of 1376

| 3.603 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Lindsey Tews**
N7914 Creekside Drive
Sherwood, WI 54169

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.603 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Lindsey Urban**
N4277 Country Ct
Shawano, WI 54166

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.604 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |
|---|---|---|---|

**Lindsey Whiting**
21987 Peepsock Rd
Houghton, MI 49931

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.604 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533.68 |
|---|---|---|---|

**Lindsey Zick**
634 Pauquette Pines Ln
Poynette, WI 53955

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.604 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $487.15 |
|---|---|---|---|

**Linn Heinzen**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.604 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Linsey Matthews**
119 Briarwood Cir
La Porte, IN 46350

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.604 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Linsey Piszczek**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.604 5 | **Nonpriority creditor's name and mailing address**<br>**Lisa Baehman**<br>**W7831 county rd mm**<br>**Hortonville, WI 54944**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$155.38** |
|---|---|---|

| 3.604 6 | **Nonpriority creditor's name and mailing address**<br>**Lisa Berger**<br>**3894 Carver Path**<br>**Chaska, MN 55318**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$155.38** |
|---|---|---|

| 3.604 7 | **Nonpriority creditor's name and mailing address**<br>**Lisa Bosetski**<br>**5907 Cty Road KB**<br>**Denmark, WI 54208**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,441.13** |
|---|---|---|

| 3.604 8 | **Nonpriority creditor's name and mailing address**<br>**Lisa Bosio**<br>**W4216 Gladstone Beach Road**<br>**Fond Du Lac, WI 54937**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$677.25** |
|---|---|---|

| 3.604 9 | **Nonpriority creditor's name and mailing address**<br>**LISA BRADLEY**<br>**1525 WITZEL UNIT E**<br>**Oshkosh, WI 54902**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$871.50** |
|---|---|---|

| 3.605 0 | **Nonpriority creditor's name and mailing address**<br>**Lisa Brown**<br>**W3945 Rock Rd**<br>**Appleton, WI 54913**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$394.76** |
|---|---|---|

| 3.605 1 | **Nonpriority creditor's name and mailing address**<br>**lisa buechner**<br>**800 Leeward Ln**<br>**Oregon, WI 53575**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$863.07** |
|---|---|---|

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 865 of 1376

| | | |
|---|---|---|
| 3.605 2 | | $390.57 |

**Nonpriority creditor's name and mailing address**

**Lisa Buelow**
**N7744 bestul Rd**
**Iola, WI 54945**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.605 3 | | $2,101.06 |

**Nonpriority creditor's name and mailing address**

**Lisa Cluppert**
**304 Church St**
**P.O.Box 92**
**Fairwater, WI 53931**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.605 4 | | $437.32 |

**Nonpriority creditor's name and mailing address**

**Lisa Dorn**
**1125 W Parkway Blvd**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.605 5 | | $260.38 |

**Nonpriority creditor's name and mailing address**

**Lisa Euclide**
**1103 W Winnebago St**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.605 6 | | $507.68 |

**Nonpriority creditor's name and mailing address**

**Lisa Ferrara-caron**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.605 7 | | $67.19 |

**Nonpriority creditor's name and mailing address**

**Lisa Gorges**
**W7386 Diane Dr.**
**Hortonville, WI 54944**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.605 8 | | $77.69 |

**Nonpriority creditor's name and mailing address**

**Lisa Grams**
**1610 PLUM TREE CT**
**KAUKAUNA, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.605 9 | **Nonpriority creditor's name and mailing address** | $67.19 |

**Lisa Hansen**
22 Corn Silk Ct
Wrightstown, WI 54180

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.606 0 | **Nonpriority creditor's name and mailing address** | $77.69 |

**Lisa Hartjes**
2050 Olde Country circle
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.606 1 | **Nonpriority creditor's name and mailing address** | $303.45 |

**Lisa Hessler**
608 s main st
Oregon, WI 53575

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.606 2 | **Nonpriority creditor's name and mailing address** | $272.96 |

**Lisa Hughes**
5374 Grandview Road
Larsen, WI 54947

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.606 3 | **Nonpriority creditor's name and mailing address** | $134.38 |

**Lisa Hunter**
Lisa Hunter
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.606 4 | **Nonpriority creditor's name and mailing address** | $548.08 |

**Lisa Kallas**
W142 Welsch Road
Winneconne, WI 54986

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.606 5 | **Nonpriority creditor's name and mailing address** | $319.15 |

**Lisa Kennedy**
202335 Dubay Dr
Mosinee, WI 54455

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.606 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| --- | --- | --- | --- |

**Lisa Klahn**
W1975 Town Hall Rd
Campbellsport, WI 53010

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.606 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| --- | --- | --- | --- |

**Lisa Lacombe**
1518 Eastman Ave
Green Bay, WI 54302

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.606 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.69 |
| --- | --- | --- | --- |

**Lisa Lardinois**
1690 Red Oak Street
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.606 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
| --- | --- | --- | --- |

**Lisa Maida**
219 Rhodes st
Pinconning, MI 48650

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $668.33 |
| --- | --- | --- | --- |

**Lisa Marie**
E7184 Guth Road
Weyauwega, WI 54983

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.73 |
| --- | --- | --- | --- |

**Lisa Matuszewski**
2440 Hampton Ave
Green Bay, WI 54311

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
| --- | --- | --- | --- |

**Lisa Mckay**
4175 W. Earthrock Rd.
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Lisa Nigl**
4372 Harbor Village Drive
Omro, WI 54963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 4 | Nonpriority creditor's name and mailing address | | $77.69 |
|---|---|---|---|

**Lisa Parks**
W11515 County Road TC
Brandon, WI 53919

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 5 | Nonpriority creditor's name and mailing address | | $155.38 |
|---|---|---|---|

**Lisa Pawlowski**
1023 Aster Ct
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 6 | Nonpriority creditor's name and mailing address | | $1,493.63 |
|---|---|---|---|

**LISA PIRK**
226 dorthy dr
Manawa, WI 54949

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 7 | Nonpriority creditor's name and mailing address | | $77.69 |
|---|---|---|---|

**Lisa Reed**
2709 E Glenhurst LN
Appleton, WI 54913

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 8 | Nonpriority creditor's name and mailing address | | $503.92 |
|---|---|---|---|

**Lisa Sattler**
W2136 Beechnut Lane
Poy Sippi, WI 54967

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 9 | Nonpriority creditor's name and mailing address | | $397.43 |
|---|---|---|---|

**Lisa Sattler**
W2136 Beechnut Lane
Poy Sippi, WI 54967

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.608 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $418.95 |
|---|---|---|---|

**Lisa Schaden**
585 Rothe St
3
Green Bay, WI 54302

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $394.76 |
|---|---|---|---|

**Lisa Schmeling**
N94 W15709  Ridgeview Drive
Menomonee Falls, WI 53051

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $626.82 |
|---|---|---|---|

**Lisa Schneider**
3002 Sand Pit Rd
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Lisa Seefeldt**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**Lisa Shrock**
N171 Springfield Court
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
|---|---|---|---|

**LISA SLOWINSKI**
4501 PLEASANT VIEW DR
Stevens Point, WI 54481

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Lisa Snow**
7960 BIG BUCK CIRCLE E
Woodruff, WI 54568

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.608 7 | **Nonpriority creditor's name and mailing address** <br> **Lisa Stumpf** <br> **N1278 Rawhide Rd** <br> **Keshena, WI 54135** <br><br> Date(s) debt was incurred **2019-2020** <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Pre-Paid Tickets** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

**$151.19**

| | | |
|---|---|---|
| 3.608 8 | **Nonpriority creditor's name and mailing address** <br> **Lisa Tesch** <br> **209 Wyeville Ave** <br> **Tomah, WI 54660** <br><br> Date(s) debt was incurred **2019-2020** <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Pre-Paid Tickets** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

**$350.70**

| | | |
|---|---|---|
| 3.608 9 | **Nonpriority creditor's name and mailing address** <br> **Lisa Webb** <br> **12706 Bell Rd** <br> **Caledonia, WI 53108** <br><br> Date(s) debt was incurred **2019-2020** <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Pre-Paid Tickets** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

**$350.70**

| | | |
|---|---|---|
| 3.609 0 | **Nonpriority creditor's name and mailing address** <br> **Lisa Werning** <br> **313 Dewey Ave.** <br> **Watertown, WI 53094** <br><br> Date(s) debt was incurred **2019-2020** <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Pre-Paid Tickets** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

**$77.69**

| | | |
|---|---|---|
| 3.609 1 | **Nonpriority creditor's name and mailing address** <br> **Lisa Woods** <br> **1806 12th ave** <br> **Green Bay, WI 54304** <br><br> Date(s) debt was incurred **2019-2020** <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Pre-Paid Tickets** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

**$177.45**

| | | |
|---|---|---|
| 3.609 2 | **Nonpriority creditor's name and mailing address** <br> **Lise Stern** <br> **419 W Foster St** <br> **Appleton, WI 54915** <br><br> Date(s) debt was incurred **2019-2020** <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Pre-Paid Tickets** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

**$67.19**

| | | |
|---|---|---|
| 3.609 3 | **Nonpriority creditor's name and mailing address** <br> **Liz Garcia** <br> **3814 May Lane** <br> **Spring Grove, IL 60081** <br><br> Date(s) debt was incurred **2019-2020** <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Pre-Paid Tickets** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

**$197.38**

| 3.609 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Liz Klees**
**3967 Creek View Ln SW**
**Rochester, MN 55902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.65 |

**Liz Lonigro**
**1800 Schumacher Lane**
**Little Chute, WI 54140**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |

**Liz Mugan**
**W7596 Parnell Rd.**
**Cascade, WI 53011**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Liz Penegor**
**128 hooper street**
**Kingsford, MI 49802**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Liza Klitzka**
**84 Northbreeze Dr**
**Appleton, WI 54911**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.19 |

**Liza Plourde**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.610 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Lizzie Guerin**
**58 Lincoln St.**
**Chilton, WI 53014**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.610 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.65 |
| --- | --- | --- | --- |

**Lizzie Tebo**
W4330 West Slab City Rd
Bonduel, WI 54107

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.610 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| --- | --- | --- | --- |

**Lizzie White**
718 N 6th st
Manitowoc, WI 54220

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.610 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| --- | --- | --- | --- |

**Lizzy Neubauer**
2510 Clover Field Dr.
Chaska, MN 55318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.610 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
| --- | --- | --- | --- |

**LlanaiLee Pfeiffer**
N84 W13920 Fond du Lac Ave
Menomonee Falls, WI 53051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.610 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.45 |
| --- | --- | --- | --- |

**Lloyd Hansen**
1019 south weed street
Shawano, WI 54166

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.610 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
| --- | --- | --- | --- |

**Logan Bork**
N128 W17988 Holy Hill Rd
Germantown, WI 53022

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.610 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
| --- | --- | --- | --- |

**Logan Brue**
4965 HUBERTUS RD
Hubertus, WI 53033

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Logan Cardoza**
**672 GROVE ST**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,707.83 |
|---|---|---|---|

**Logan Casady**
**2780 Lone Tree Road**
**Badger, IA 50516**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $432.57 |
|---|---|---|---|

**Logan Dettman**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.23 |
|---|---|---|---|

**logan ferk**
**3821 north valley drive**
**Wisconsin Rapids, WI 54494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.63 |
|---|---|---|---|

**Logan Finnegan**
**114 South Sheakely**
**3**
**New Hampton, IA 50659**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Logan Johnson**
**N2584 Brittany Lane**
**Waupaca, WI 54981**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Logan Kinsella**
**483 Jacob Drive**
**Denmark, WI 54208**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,643.91 |
|---|---|---|---|

**Logan Lau**
403 sandstone terr
Kiel, WI 53042

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Logan Lindemann**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Logan Naker**
No Address - purchased tickets via PayPa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Logan Nemecek**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.69 |
|---|---|---|---|

**Logan Nickel**
500 w hampton ave
201
Milwaukee, WI 53217

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Logan Ottman**
310 SMITHFEILD DR
Kimberly, WI 54136

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Logan Peetz**
7661 Busy Nook Rd
Oconto Falls, WI 54154

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.612 2 | **Nonpriority creditor's name and mailing address** | **$392.65** |

**Logan Rampson**
W175N12877 Lancelot dr
Germantown, WI 53022

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 3 | **Nonpriority creditor's name and mailing address** | **$261.45** |

**Logan Schuiteman**
1215 Geneva road
Menasha, WI 54952

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 4 | **Nonpriority creditor's name and mailing address** | **$98.69** |

**Logan Siebers**
W2131 lau road
Kaukauna, WI 54130

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 5 | **Nonpriority creditor's name and mailing address** | **$130.73** |

**Logan Simkowski**
1957 swan pointe terrace
De Pere, WI 54115

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 6 | **Nonpriority creditor's name and mailing address** | **$130.73** |

**Logan Stefl**
215 S. Smalley St.
Shawano, WI 54166

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 7 | **Nonpriority creditor's name and mailing address** | **$130.19** |

**Logan VanHandel**
631 7th street
Menasha, WI 54952

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 8 | **Nonpriority creditor's name and mailing address** | **$628.95** |

**Logan Wright**
402 North D Street
Hamilton, OH 45013

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612<br>9 | Nonpriority creditor's name and mailing address<br>**Lois Anderson**<br>**182 Robert Street**<br>**Clintonville, WI 54929**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$155.38** |
|---|---|---|---|
| 3.613<br>0 | Nonpriority creditor's name and mailing address<br>**Lois Beth**<br>**1834 SHELLEY Lane**<br>**De Pere, WI 54115**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$77.69** |
| 3.613<br>1 | Nonpriority creditor's name and mailing address<br>**Londyn Mayer**<br>**N82W22380 Sandras Dr**<br>**Sussex, WI 53089**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$67.19** |
| 3.613<br>2 | Nonpriority creditor's name and mailing address<br>**Loni Skubal**<br>**3150 Noah Road**<br>**De Pere, WI 54115**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$197.38** |
| 3.613<br>3 | Nonpriority creditor's name and mailing address<br>**Lonnie Roeder**<br>**N6796 Streblow Dr.**<br>**12**<br>**Fond Du Lac, WI 54937**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$866.20** |
| 3.613<br>4 | Nonpriority creditor's name and mailing address<br>**Loren Sauter**<br>**No Address - purchased tickets via PayPa**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$218.38** |
| 3.613<br>5 | Nonpriority creditor's name and mailing address<br>**Lorena Metoxen**<br>**2778Candle Court**<br>**Green Bay, WI 54304**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$155.38** |

| 3.613 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |

**Lori Abitz**
W6450 State Road 21
Wautoma, WI 54982

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.613 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |

**LORI ANTHONY**
1071 ROCKDALE ST
Green Bay, WI 54304

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.613 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Lori Arent**
W6880 Daniel Ct
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.613 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $814.76 |

**Lori Baker**
22803 230th St
Dallas Center, IA 50063

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.614 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Lori Bilkey**
1145 Honey Creek Rd.
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.614 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $652.58 |

**Lori Black Coulahan**
51572 Lakeland Rd.
Elkhart, IN 46514

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.614 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |

**Lori Blythe**
321 E Scott St
Omro, WI 54963

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.614 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori Brown**
**N21841 County Road O**
**Niagara, WI 54151**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$675.09

---

| 3.614 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori Casetta**
**3182 Prairie Hollow Drive**
**Richfield, WI 53076**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$314.96

---

| 3.614 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori Coubal**
**104 Ahola Avenue**
**Wakefield, MI 49968**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,152.90

---

| 3.614 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori Cramer**
**1009 Adams Pl**
**Kimberly, WI 54136**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$197.38

---

| 3.614 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori Feuerstein**
**W250N8569 Watersedge Ct**
**Sussex, WI 53089**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$218.38

---

| 3.614 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori Garrett**
**W3126 Sunshine Rd**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

| 3.614 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lori Heinrichs**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$377.96

---

| 3.615 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.57 |
|---|---|---|---|

**Lori Hess**
PO BOX 80
New Holstein, WI 53061

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Lori Hodge**
7766 Island Aire Rd
Ripon, WI 54971

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|

**Lori Holland**
641 Waugoo Avenue
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Lori Jensen**
2318 county road gg
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.38 |
|---|---|---|---|

**Lori Johnson**
921 Michigan Ln
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Lori Klotz**
223 Maple Drive
Plymouth, WI 53073

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Lori Levonowicz**
815 Farmington ave
Oshkosh, WI 54901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |

**Lori Loeffler**
N2082 Vast Domain Drive
Hortonville, WI 54944

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |

**Lori Lynn**
1151 rockwell road
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Lori Margelofsky**
W2202 County Rd TW
Mayville, WI 53050

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.63 |

**LORI MATTES**
86 BRIX ST
Clintonville, WI 54929

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.38 |

**Lori Melahn**
33426 Brush Dr
Burlington, WI 53105

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.70 |

**Lori Osero**
2686 Towerview Dr
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.08 |

**Lori Schroeder**
2130 S 9th
Sheboygan, WI 53081

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.616 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.13 |

**Lori Schroeder**
2130 S 9th
Sheboygan, WI 53081

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.15 |

**Lori Stankowicz**
2228 26th ave south
Escanaba, MI 49829

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Lori Voight**
N3695 Cty. Rd. E
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.38 |

**Lori Wallene**
1254 Honeysuckle Lane
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $607.96 |

**lorne Wallenfang**
5475 Norway woods lane
Abrams, WI 54101

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |

**Loucinda Conway**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |

**Louis Mack**
2029 viking drive
2029
Reedsburg, WI 53959

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Louis Olswang**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _____

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.617 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Louis Thompson**
**w164 Rolling acres ct**
**Kaukauna, WI 54130**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _____

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.617 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $705.57 |
|---|---|---|---|

**Louisa Latimer**
**217 Ridge View Trail**
**Verona, WI 53593**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.617 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,771.88 |
|---|---|---|---|

**LUANNE SCHMILL**
**W3689 WREN LANE**
**Plymouth, WI 53073**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.617 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $204.23 |
|---|---|---|---|

**Lucas Anderson**
**1225 Locust Street**
**West Des Moines, IA 50265**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _____

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.617 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $561.76 |
|---|---|---|---|

**Lucas Forgette**
**825 east river drive**
**34**
**De Pere, WI 54115**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _____

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.617 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,059.58 |
|---|---|---|---|

**Lucas Gallagher**
**3334 N 13th st**
**Wausau, WI 54403**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _____

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.617 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.19 |
|---|---|---|---|

**Lucas Gestwicki**
**814 South 14 Street**
**Escanaba, MI 49829**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.617 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.07 |
|---|---|---|---|

**Lucas Haltaufderheide**
**642 South Marr Street**
**Fond Du Lac, WI 54935**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.618 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Lucas Hoekstra**
**2279 County Road 30**
**Lynd, MN 56157**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.618 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Lucas Montag**
**1618 Biscayne Dr.**
**Little Chute, WI 54140**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.618 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Lucas Simon**
**10139 w forest home ave**
**204**
**Hales Corners, WI 53130**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.618 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Lucille Hansen**
**1210 Mckinley St**
**Wisconsin Rapids, WI 54495**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.618 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.25 |
|---|---|---|---|

**Lucinda Immel**
**N3277 Hickory Nut Circle**
**Eden, WI 53019**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.618 5 | |

**Nonpriority creditor's name and mailing address**

**Lucinda Immel**
N3277 Hickory Nut Circle
Eden, WI 53019

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$350.70**

---

| | |
|---|---|
| 3.618 6 | |

**Nonpriority creditor's name and mailing address**

**Luis Martinez R**
2615 brookridge ave
Minneapolis, MN 55422

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| | |
|---|---|
| 3.618 7 | |

**Nonpriority creditor's name and mailing address**

**Luis Zurita**
9405 Burt St
Apt 33
Omaha, NE 68114

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$288.23**

---

| | |
|---|---|
| 3.618 8 | |

**Nonpriority creditor's name and mailing address**

**Luke Brolin**
1007 Main St
Lower
Luxemburg, WI 54217

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| | |
|---|---|
| 3.618 9 | |

**Nonpriority creditor's name and mailing address**

**Luke Brown**
1255 County Road S
New London, WI 54961

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$288.23**

---

| | |
|---|---|
| 3.619 0 | |

**Nonpriority creditor's name and mailing address**

**Luke Davis**
115 South Locust Street
Green Bay, WI 54303

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$77.69**

---

| | |
|---|---|
| 3.619 1 | |

**Nonpriority creditor's name and mailing address**

**Luke Erdman**
727 Manitowoc St.
Menasha, WI 54952

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| 3.619 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,242.15 |
|---|---|---|---|

**Luke Farver**
266 s main st
Cedar Grove, WI 53013

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**luke freeman**
P.O. Box 34
Fairwater, WI 53931

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Luke Garrison**
W1721 PLAINVIEW RD
Seymour, WI 54165

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,217.52 |
|---|---|---|---|

**LUKE GARROW**
N1524 deer haven ct
Greenville, WI 54942

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Luke Gorzek**
1016 W. Macarthur Ave
Eau Claire, WI 54701

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Luke Gustafson**
1801 Woodland Road
HillSide Place 404C
Houghton, MI 49931

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
|---|---|---|---|

**Luke Hardinger**
8401 Fox Lane
Marshfield, WI 54449

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Luke Hernbrode**
1330 wood creek dr
Oconomowoc, WI 53066

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.50 |
|---|---|---|---|

**Luke Kelly**
8712 Troon Circle
Valders, WI 54245

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $770.65 |
|---|---|---|---|

**Luke Kreyer**
2772 S Voyage Drive
Beloit, WI 53511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Luke Lampe**
811 old marion Rd NE
Cedar Rapids, IA 52402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,740.50 |
|---|---|---|---|

**LUKE LAZAREWICZ**
1009 N 28TH ST
Sheboygan, WI 53081

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Luke Mangold**
5087 fox lane
Sherwood, WI 54169

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $539.65 |
|---|---|---|---|

**Luke Olson**
508 6th St Bldg 6223 Rm 203D
Biloxi, MS 39534

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Luke Pingel**
N3260 French Rd
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.94 |
|---|---|---|---|

**Luke Seefeldt**
2004 mayflower street
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Luke Seggelink**
784 James Road
Pickett, WI 54964

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Luke Vanhandel**
5 Bellevue Place
Appleton, WI 54913

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Luke Ziemer**
501 second street
Kewaunee, WI 54216

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Luthor Mataitis**
1730 badger
#5
Green Bay, WI 54303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Lydia Decker**
PO Box 43
Quinnesec, MI 49876

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$77.69** |
| **Lydia Jenatscheck** W3744 Karamarie Dr Pardeeville, WI 53954 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | **Basis for the claim:** __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.621 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$134.38** |
| **Lydia Kettner** N3926 kelly rd Shiocton, WI 54170 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | **Basis for the claim:** __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.621 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$845.25** |
| **LYDIA KHAN** W11801 WALL STREET RD Portage, WI 53901 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | **Basis for the claim:** __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.621 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.19** |
| **Lydia Lindemann** 9001 Flower Lane Valders, WI 54245 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | **Basis for the claim:** __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.621 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$233.07** |
| **Lydia Rosengren** 1306 E 6th street Merrill, WI 54452 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | **Basis for the claim:** __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.621 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$281.38** |
| **Lyla Frailing** 3224 Libby Lane Green Bay, WI 54313 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | **Basis for the claim:** __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.621 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$134.38** |
| **Lynda Peroutka Swenson** N1880 Emery Lane Kaukauna, WI 54130 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | **Basis for the claim:** __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.622 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**lynda pigeon**
2236 ives ln
Suamico, WI 54173

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Lyndsey Rost**
W7574 Velma Ln
Greenville, WI 54942

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $468.83 |
|---|---|---|---|

**Lyneea Ramey**
1464 County Rd C
Brussels, WI 54204

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Lynette Sloan**
2708 Hillwood Court
Appleton, WI 54911

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.63 |
|---|---|---|---|

**Lynn Burrow**
W4981 N. Oakhaven Circle
Wautoma, WI 54982

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.69 |
|---|---|---|---|

**Lynn Engstrom**
3730 Western Ct
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Lynn Ewerdt**
1755 Park Ridge Lane
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.622 7** | |

**Nonpriority creditor's name and mailing address**

**Lynn Halley**
**2308 Cloverdale rd**
**Naperville, IL 60564**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$405.83**

---

| | |
|---|---|
| **3.622 8** | |

**Nonpriority creditor's name and mailing address**

**Lynn Heisler**
**395 Police Memorial Dr**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$864.68**

---

| | |
|---|---|
| **3.622 9** | |

**Nonpriority creditor's name and mailing address**

**Lynn Hofacker**
**W4637 Pleasant Rd**
**Appleton, WI 54913**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$67.19**

---

| | |
|---|---|
| **3.623 0** | |

**Nonpriority creditor's name and mailing address**

**Lynn Kussow**
**2797 Golden Glow rd**
**De Pere, WI 54115**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$272.96**

---

| | |
|---|---|
| **3.623 1** | |

**Nonpriority creditor's name and mailing address**

**Lynn Miszewski**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$466.14**

---

| | |
|---|---|
| **3.623 2** | |

**Nonpriority creditor's name and mailing address**

**Lynn Nuber**
**850 S Janesville St Apt 1**
**Whitewater, WI 53190**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$261.45**

---

| | |
|---|---|
| **3.623 3** | |

**Nonpriority creditor's name and mailing address**

**Lynn Thibault**
**N3992 HICKORY RD**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$803.25**

---

| 3.623 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Lynna Wangelin**
N4755 Otto Rd
New London, WI 54961

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Lynnette Medrano**
914 Cleveland Ave
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,069.96 |

**Mac Malchow**
2803 Spaulding Avenue
Janesville, WI 53546

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Macey Herrmann**
N7782 Spurline Ct.
Sherwood, WI 54169

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.74 |

**Macey Mcintyre**
214 Bridge Street
Mazomanie, WI 53560

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $844.15 |

**Maci Formiller**
1040 gregory st
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Maci Trzcinski**
655 Grove Street
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Mackenna Schueller**
**1983 County Road D**
**Belgium, WI 53004**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.12 |
|---|---|---|---|

**Mackensey Reeves**
**187 Vincent Circle**
**Beaver Dam, WI 53916**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.69 |
|---|---|---|---|

**Mackenzee Stoltz**
**W7059 Maple Terrace Rd**
**Greenville, WI 54942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Mackenzie Boyles**
**W8966 Beech Rd.**
**Shawano, WI 54166**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Mackenzie Clymer**
**515 Canton street**
**Prescott, WI 54021**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
|---|---|---|---|

**Mackenzie Frederick**
**6008 FalconDr**
**Wausau, WI 54401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Mackenzie Hanson**
**4405 Riverwood Dr N**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.24 |
|---|---|---|---|

**Mackenzie Hanson Albrecht**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Mackenzie Hollatz**
**W12954**
**Ripon, WI 54971**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Mackenzie Kerin**
**1530 smith street**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.94 |
|---|---|---|---|

**Mackenzie Koellermeier**
**1471 Cowling Bay Rd**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Mackenzie Lenz**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $497.65 |
|---|---|---|---|

**Mackenzie Mattheis**
**6388 Swedish rd**
**Wisconsin Rapids, WI 54495**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Mackenzie Mccarthy**
**476 Kaye street**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.625 5 | **Nonpriority creditor's name and mailing address**<br>**Mackenzie mcMahon**<br>**6102 Chucks Court**<br>**Peosta, IA 52068**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$134.38** |

| | | |
|---|---|---|
| 3.625 6 | **Nonpriority creditor's name and mailing address**<br>**MacKenzie Miller**<br>**1193 Roland Lane**<br>**6**<br>**Green Bay, WI 54303**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,257.83** |

| | | |
|---|---|---|
| 3.625 7 | **Nonpriority creditor's name and mailing address**<br>**MacKenzie Rae**<br>**848 Linden Drive**<br>**10**<br>**Green Bay, WI 54311**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$413.18** |

| | | |
|---|---|---|
| 3.625 8 | **Nonpriority creditor's name and mailing address**<br>**Mackenzie Starks**<br>**429 Wilson Avenue**<br>**Fond Du Lac, WI 54935**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.73** |

| | | |
|---|---|---|
| 3.625 9 | **Nonpriority creditor's name and mailing address**<br>**Mackenzie Strube**<br>**W2377 us hwy 10**<br>**Lot 135**<br>**Forest Junction, WI 54123**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$77.69** |

| | | |
|---|---|---|
| 3.626 0 | **Nonpriority creditor's name and mailing address**<br>**Mackenzie Wichman**<br>**902 E Florida Ave**<br>**Little Chute, WI 54140**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.19** |

| | | |
|---|---|---|
| 3.626 1 | **Nonpriority creditor's name and mailing address**<br>**Mackenzie Williamsen**<br>**No Address - purchased tickets via PayPa**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$218.38** |

| 3.626 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $623.61 |
|---|---|---|---|

**Mackenzie Windl**
N8455 River Bend Rd
Watertown, WI 53094

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Macy Schendel**
425 Kellogg street
Ripon, WI 54971

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.38 |
|---|---|---|---|

**Macy Schlosser**
6959 Mount Pleasant drive
West Bend, WI 53090

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Macy Wojcik**
W6785 State Highway 180
Wausaukee, WI 54177

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94.50 |
|---|---|---|---|

**Macy Wydeven**
1435 pearl st
Menasha, WI 54952

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,100.00 |
|---|---|---|---|

**Mad City Windows**
2340 Holly Rd.
Neenah, WI 54956

Date(s) debt was incurred  2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  sponsorship 2020

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.57 |
|---|---|---|---|

**Maddi Lambie**
515 Schoenhaar Drive
West Bend, WI 53090

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 896 of 1376

| | |
|---|---|
| 3.626<br>9 | **$67.19** |

**Nonpriority creditor's name and mailing address**

**Maddie Belo**
**1 Sheffield Ct.**
**Algonquin, IL 60102**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.627<br>0 | **$67.19** |

**Nonpriority creditor's name and mailing address**

**Maddie Bingham**
**W2725 St Charles rd**
**Chilton, WI 53014**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.627<br>1 | **$377.96** |

**Nonpriority creditor's name and mailing address**

**Maddie Brown**
**N5331 Hwy M**
**Delavan, WI 53115**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.627<br>2 | **$118.13** |

**Nonpriority creditor's name and mailing address**

**Maddie Cummings**
**W350N5373 Road B**
**Okauchee, WI 53069**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.627<br>3 | **$98.69** |

**Nonpriority creditor's name and mailing address**

**Maddie DeGoey**
**2060 Olde Country Circle**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.627<br>4 | **$272.96** |

**Nonpriority creditor's name and mailing address**

**Maddie Garbalagtys**
**N5437 Blackbird Rd**
**Beaver Dam, WI 53916**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.627<br>5 | **$98.69** |

**Nonpriority creditor's name and mailing address**

**Maddie Goehler**
**2319 N Eugene St**
**Appleton, WI 54914**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Maddie Gryzik**
**6765 Revere Court**
**Gurnee, IL 60031**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Maddie Hanzel**
**2900 E Rock A Way rd**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Maddie Larson**
**1150 sawtell ct**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Maddie Morris**
**936 bainbridge drive**
**Naperville, IL 60563**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.628 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Maddie Mutz**
**4400 Sequoia Dr**
**Stevens Point, WI 54481**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.628 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Maddie Tesch**
**4333 N Windingbrook Dr**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.628 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Maddy Butke**
**3051 Buttercup Rd**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.628 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Maddy Dejardin**
1308 Lawe
Green Bay, WI 54301

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.50 |
|---|---|---|---|

**Maddy Hanagan**
2226 Deer Prairie Dr.
Neenah, WI 54956

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Maddy Kruckeberg**
W2214 Out of Town Ln
Kaukauna, WI 54130

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |
|---|---|---|---|

**Maddy Lisse**
1763 aspen lane
Green Bay, WI 54303

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Maddy Przybylski**
25 Mulberry Ct
Fond Du Lac, WI 54935

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Maddy Weix**
813 W Ridgeview drive
Appleton, WI 54911

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Madelin Corrao**
4642 Royal Vista Trail
De Pere, WI 54115

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Madeline Cooney**
**925 Driftwood Drive**
**Brillion, WI 54110**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.88 |
|---|---|---|---|

**Madeline Heinrich**
**1015 Thornewood Lane**
**Algonquin, IL 60102**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,078.28 |
|---|---|---|---|

**Madeline Mielke**
**433 Clarence Street**
**Fort Atkinson, WI 53538**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.629 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Madeline Wachowski**
**629 W 5th Ave**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Madeline Wendricks**
**1057 Fair Rd**
**Greenleaf, WI 54126**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Madelyn Hermus**
**1200 Dotty Drive**
**Little Chute, WI 54140**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Madelyn Lein**
**30 Monastery Hill Dr**
**Oconomowoc, WI 53066**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Madelynn Otto**
**2857 Prairie Wood Drive**
**Oshkosh, WI 54904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Madi Koth**
**7466 STATE ROAD 91**
**Omro, WI 54963**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Madi Martin**
**W1715 Maple Hill Lane**
**Marinette, WI 54143**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |

**Madi Michels**
**1000 Holly Tree Lane**
**Fond Du Lac, WI 54935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Madilyn Danza**
**W3342 Sunset Dr**
**Campbellsport, WI 53010**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |

**Madilyn Rudoll**
**4155 143rd St W**
**Rosemount, MN 55068**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Madison Akstulewicz**
**524 Broad Street**
**Menasha, WI 54952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.50 |
|---|---|---|---|
| 3.630 4 | **Madison Brown**<br>1016 N Georgetown Terrace<br>Beaver Dam, WI 53916<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $590.07 |
|---|---|---|---|
| 3.630 5 | **Madison Degrand**<br>5317 Steves Cheese Rd<br>Denmark, WI 54208<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,725.15 |
|---|---|---|---|
| 3.630 6 | **Madison Dunavant**<br>301 Chestnut<br>Jet, OK 73749<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|
| 3.630 7 | **Madison Hardy**<br>3645 Cherryvale Pl<br>Unit 1<br>Appleton, WI 54913<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|
| 3.630 8 | **Madison Karch**<br>484 Barbie Ct<br>Appleton, WI 54915<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,372.33 |
|---|---|---|---|
| 3.630 9 | **Madison Martin**<br>432 Southdown West Blvd<br>Houma, LA 70360<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527.10 |
|---|---|---|---|
| 3.631 0 | **Madison Newton**<br>5613 Derby Ct.<br>Apt. 220<br>Alexandria, VA 22311<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.631 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Madison Rystrom**
**2049 Oak Road**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Madison Sarah**
**w84w15979 menomonee ave**
**apt 108**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Madison Wagner**
**N8626 Winding Trail Drive**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |
|---|---|---|---|

**Madison Whaley**
**174 Roland St**
**Sun Prairie, WI 53590**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.74 |
|---|---|---|---|

**Madisyn Coldren**
**2827 forest ave**
**Two Rivers, WI 54241**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Madlin Goffard**
**N5265 County Road E**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $705.08 |
|---|---|---|---|

**Mae Cornelius**
**2420 Oakwood Drive**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Mae Micolichek**
997 Schwartz Road
Pulaski, WI 54162

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Magen Schneider**
W7975 Thomaswood Trail
Fond Du Lac, WI 54937

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Maggie Augustin**
611 Bartels St
Unit A
Madison, WI 53716

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Maggie Burhans**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Maggie Clifford**
15 Rolling Green Circle
Oshkosh, WI 54904

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Maggie Krepline**
1092 golf view drive
Brillion, WI 54110

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Maggie Meyer**
8733 English Lake Rd
Manitowoc, WI 54220

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $627.84 |
|---|---|---|---|

**Maggie Mielke**
**131 North Main**
**Fort Atkinson, WI 53538**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Maggie Ostrenga**
**5390 lade beach rd**
**Little Suamico, WI 54141**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $103.94 |
|---|---|---|---|

**Maggie Scharf**
**1750 Luke Lane**
**Oshkosh, WI 54902**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Maggie Swagel**
**E2345 HWY 29**
**Kewaunee, WI 54216**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.24 |
|---|---|---|---|

**Maggie VerBust**
**1420 Coolidge Ave**
**Little Chute, WI 54140**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Maguire Heim**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Makayla Barth**
**1106 W 17th St**
**Marshfield, WI 54449**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,311.96 |

**Makayla Brickl**
1226 Fox Street
Chilton, WI 53014

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $866.20 |

**Makayla Dunlap**
6650 n rd
Escanaba, MI 49829

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Makayla Heise**
W53N114 McKinley Ct
Cedarburg, WI 53012

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Makayla Holdt**
W3284 Hofa Park Road
Pulaski, WI 54162

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $346.50 |

**Makayla Olson**
2334 Bonneydune Dr
Mosinee, WI 54455

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |

**Makayla Tomlinson**
123 River Oaks Dr
Sheboygan Falls, WI 53085

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.38 |

**Makayla Vollmer**
58 N 12th St
Clintonville, WI 54929

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Makena Felten**
932 N 68th St
Milwaukee, WI 53213

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.634 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Makenna Harmsen**
W9926 Church Road
Waupun, WI 53963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.634 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Makenna Huenerbein**
153 N 15th street
West Bend, WI 53095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.634 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Makenna Treadway**
3183 Bay Settlement rd
Green Bay, WI 54311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.634 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.24 |
|---|---|---|---|

**Makennah Vandehey**
W1563 County Road S
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.634 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**makesha walton**
2857 circle shore drive
Green Bay, WI 54302

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.634 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Makiesha Roberts**
118 harmony hills ct
Rhinelander, WI 54501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.634 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.65 |

**Makya Schroeder**
**N8627 Mill Creek Road**
**Clintonville, WI 54929**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.634 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |

**Malachi Cata o**
**201 N Bisbee**
**10**
**Willcox, AZ 85643**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.634 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $948.68 |

**Malachiah Fleming**
**2140 Daytona pl.**
**Hot Springs, SD 57747**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.634 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.07 |

**Mallory Tomczak**
**1121 South Lincoln St**
**Shawano, WI 54166**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.635 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |

**Mandah Pr ?t**
**615 Tamarack street**
**Eagle River, WI 54521**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.635 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.38 |

**Mandy Groskreutz**
**N1458 greenwood rd**
**Greenville, WI 54942**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.635 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |

**Mandy Joncas**
**No Address - purchased tickets via PayPa**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.635 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,106.71 |
|---|---|---|---|

**Mandy Konkol**
725 Grove Street
Menasha, WI 54952

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |
|---|---|---|---|

**Mandy Kruzicki**
1737 Evergreen Court
Custer, WI 54423

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.69 |
|---|---|---|---|

**Mandy Mills**
7829 Elm Grove LN
Minneapolis, MN 55428

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.38 |
|---|---|---|---|

**Mandy Rozmiarek**
9476 Crow Road
Forestville, WI 54213

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.635 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Manuel Zapata**
2128 Burton Dr
Zeeland, MI 49464

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.635 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|

**Mar a Varela**
2717 Arches Drive
Plainfield, IL 60586

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $783.31 |
|---|---|---|---|

**Marah Van**
1319 8th Street
Marinette, WI 54143

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Maranda Kurth**
**808 S Lincoln Ave**
**101**
**Beaver Dam, WI 53916**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $697.20 |
|---|---|---|---|

**Marc Meyer**
**N4233 State Rd 32**
**Sheboygan Falls, WI 53085**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.45 |
|---|---|---|---|

**Marc Rowe**
**11459 Dexter St.**
**Clio, MI 48420**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**marc sawyer**
**105 n 3rd st**
**Fort Atkinson, WI 53538**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,556.10 |
|---|---|---|---|

**Marce Marce**
**2447 Mayo Street**
**Hollywood, FL 33020**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**marci balson**
**w7967 church rd**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.68 |
|---|---|---|---|

**Marcia Payne**
**P. O. Box 142**
**Clintonville, WI 54929**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.636 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.51 |
|---------|---|---|---|

**Marcia Schodrow**
124 e 11th st
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---------|---|---|---|

**MARCIE CONKLIN**
910 CLAIRVILLE RD
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---------|---|---|---|

**Marcus Bermea**
1674 east Maddison circle
San Tan Valley, AZ 85140

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.637 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---------|---|---|---|

**Marcus Frelich**
w767 Mullen Dr.
Oneida, WI 54155

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---------|---|---|---|

**Marcus Williams**
527 Glenburnie
Houston, TX 77022

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---------|---|---|---|

**Maren Jensen**
3644 Saddle Ridge Rd
Deerfield, WI 53531

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---------|---|---|---|

**Maren McGuire**
2969 Waldwic Lane
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $803.25 |
| **MARGARET BOTT** | ☐ Contingent | | |
| **315 KNAPP ST** | ■ Unliquidated | | |
| **Oshkosh, WI 54902** | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.637 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $214.19 |
| **Margaret Jeanquart** | ☐ Contingent | | |
| **702 Marcks ct** | ■ Unliquidated | | |
| **Luxemburg, WI 54217** | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.637 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $77.69 |
| **Margaret Stelzner** | ☐ Contingent | | |
| **1210Shadowood cir** | ☐ Unliquidated | | |
| **3** | ☐ Disputed | | |
| **West Bend, WI 53095** | | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.637 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $1,010.63 |
| **Margaret Willis** | ☐ Contingent | | |
| **W6041 JESSICA LANE** | ■ Unliquidated | | |
| **Appleton, WI 54915** | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.637 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $197.38 |
| **Margie Canfield** | ☐ Contingent | | |
| **N170W20176 Willow Ridge Dr.** | ■ Unliquidated | | |
| **Jackson, WI 53037** | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.637 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $392.18 |
| **Margo Drew** | ☐ Contingent | | |
| **28542 147th St NW** | ■ Unliquidated | | |
| **Zimmerman, MN 55398** | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.638 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $67.19 |
| **Maria Bauer** | ☐ Contingent | | |
| **722 Greenway Terrace** | ■ Unliquidated | | |
| **Hartland, WI 53029** | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.638 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $470.34 |
| **Maria Byrge** | ☐ Contingent | |
| **N3467 Salm Road** | ■ Unliquidated | |
| **Chilton, WI 53014** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $507.68 |
| **Maria Escobedo** | ☐ Contingent | |
| **1480 Elm st** | ■ Unliquidated | |
| **Green Bay, WI 54302** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| **Maria Francisco** | ☐ Contingent | |
| **8090 Constitution Blvd.** | ☐ Unliquidated | |
| **Cadillac, MI 49601** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
| **Maria Homier-McNamee** | ☐ Contingent | |
| **E8280 County Road H** | ☐ Unliquidated | |
| **Fremont, WI 54940** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
| **Maria Lamers** | ☐ Contingent | |
| **230 New Rd** | ■ Unliquidated | |
| **Kaukauna, WI 54130** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| **Maria Madden** | ☐ Contingent | |
| **N8682 German Street** | ■ Unliquidated | |
| **Mayville, WI 53050** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
| **Maria Mark** | ☐ Contingent | |
| **No Address - purchased tickets via PayPa** | ☐ Unliquidated | |
| Date(s) debt was incurred  **2019-2020** | ☐ Disputed | |
| | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.638 8 | |

**Nonpriority creditor's name and mailing address**
**Maria Nelson**
**N5324 Cobb Road**
**Elkhorn, WI 53121**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$354.91**

---

| | |
|---|---|
| 3.638 9 | |

**Nonpriority creditor's name and mailing address**
**Maria Novy**
**1821 Andrea Michelle ct**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$77.69**

---

| | |
|---|---|
| 3.639 0 | |

**Nonpriority creditor's name and mailing address**
**Maria Ortiz**
**1015 grignon st**
**B**
**Green Bay, WI 54301**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$585.38**

---

| | |
|---|---|
| 3.639 1 | |

**Nonpriority creditor's name and mailing address**
**Maria Parolini**
**617 Karen Lane**
**Green Bay, WI 54301**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$67.19**

---

| | |
|---|---|
| 3.639 2 | |

**Nonpriority creditor's name and mailing address**
**Maria Stucke**
**212 university dr**
**3**
**West Bend, WI 53095**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$356.96**

---

| | |
|---|---|
| 3.639 3 | |

**Nonpriority creditor's name and mailing address**
**Maria Van Asten**
**W2528 Skyview Ct.**
**Appleton, WI 54915**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$361.15**

---

| | |
|---|---|
| 3.639 4 | |

**Nonpriority creditor's name and mailing address**
**Mariah Braddock**
**9303 Glencoe Dr**
**Apt 206**
**Verona, WI 53593**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$134.38**

---

| 3.639 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42.00** |
|---|---|---|---|

**Mariah Chenier**
**w833 edwards ave**
**Marinette, WI 54143**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$806.38** |
|---|---|---|---|

**Mariah Fischer**
**833 5th street**
**Menasha, WI 54952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.19** |
|---|---|---|---|

**Mariah Herrmann**
**1341 Gridley Ct**
**Oconomowoc, WI 53066**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$77.69** |
|---|---|---|---|

**Mariah Moehn**
**674 Canary Avenue**
**Chilton, WI 53014**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$315.00** |
|---|---|---|---|

**Mariah Oskey**
**2727 WELHOUSE DR**
**Little Chute, WI 54140**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$261.45** |
|---|---|---|---|

**Mariah Peterson**
**217 S State St**
**Berlin, WI 54923**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$303.45** |
|---|---|---|---|

**Mariah Ryan**
**1760 Field Cliffe Drive**
**Richfield, WI 53076**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Mariah Smitala**
**1507 Refset Dr**
**Janesville, WI 53545**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26.25 |
|---|---|---|---|

**Mariah Tebon**
**1342 Colle Street**
**Luxemburg, WI 54217**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Mariah Vielbaum**
**827 Grace St.**
**Waupun, WI 53963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Mariah Wallace**
**17181 Nixon Street Nw**
**Elk River, MN 55330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Mariah Walton**
**1805 University Ave**
**Apt 5**
**Madison, WI 53726**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**marie blawat**
**1121 Iris Lane**
**Grafton, WI 53024**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Marie Watson**
**3432 Edinburgh**
**Green Bay, WI 54311**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 9 | Nonpriority creditor's name and mailing address **Marielle Foersterling** 235 Indian Trail Road Barrington, IL 60010 | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 0 | Nonpriority creditor's name and mailing address **Mariha Pratt** 4311 Schofield Ave Lot 36 Schofield, WI 54476 | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 1 | Nonpriority creditor's name and mailing address **Marik Reilly** W5136 Pine Bluff Road Neshkoro, WI 54960 | As of the petition filing date, the claim is: *Check all that apply.* | $186.88 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 2 | Nonpriority creditor's name and mailing address **Marilyn Bodway** N763 Spring Lake Estates Dr Neshkoro, WI 54960 | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 3 | Nonpriority creditor's name and mailing address **Marina Gamboeck** 10612 w oklahoma ave apt 28 Milwaukee, WI 53227 | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 4 | Nonpriority creditor's name and mailing address **Marina Orlowski** No Address - purchased tickets via PayPa | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 5 | Nonpriority creditor's name and mailing address **Marina Pappamichiel** No Address - purchased tickets via PayPa | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Mario Delgado**
3733 S 96th St
Milwaukee, WI 53228

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Marisa Cordova**
808 BREWSTER DR
Apt 3
Lake Mills, WI 53551

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $890.30 |
|---|---|---|---|

**Marisa Dolata**
2543 hwy 13
Adams, WI 53910

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Marisa Maas**
550 W Riverwood Dr.
108
Oak Creek, WI 53154

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Marisa Plumb**
4025 Lamphere Ct
Davenport, IA 52806

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |
|---|---|---|---|

**Marisa Polster**
87 Raider Heights
Kiel, WI 53042

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.57 |
|---|---|---|---|

**Marisa Tasson**
626 D st
Ishpeming, MI 49849

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 918 of 1376

| 3.642 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marissa Deibert**
**3122 Springfield Rd**
**Cross Plains, WI 53528**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$717.68**

---

| 3.642 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marissa Frausto**
**N2894 Cty Rd H**
**Markesan, WI 53946**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| 3.642 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marissa Gall**
**1527 Galaxy Court**
**Cedarburg, WI 53012**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$119.69**

---

| 3.642 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marissa Kleckler**
**135 Saratoga Circle**
**Oregon, WI 53575**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| 3.642 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marissa Lovejoy**
**75739 220th st.**
**Grand Meadow, MN 55936**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$239.38**

---

| 3.642 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marissa Maleck**
**315 west stroud street**
**Randolph, WI 53956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$272.96**

---

| 3.642 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marissa Mcculley**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$807.45**

---

| 3.643 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.63 |
|---|---|---|---|

**Marissa Tratz**
1470 PHEASANT CREEK DR
Oshkosh, WI 54904

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.25 |
|---|---|---|---|

**MARJORIE HUJET**
9298 CLAY RD
Suring, WI 54174

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,165.50 |
|---|---|---|---|

**Marjorie Peterson**
1134 West Cecil St.
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Mark Adamski**
2740 Minerva Street
#3
Oshkosh, WI 54901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Mark Atkins**
No Address - purchased tickets via PayPa

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Mark Barnhart**
613 Monroe St
Anoka, MN 55303

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638.15 |
|---|---|---|---|

**Mark Beggs**
4362 N Bull Rush Drive
Appleton, WI 54913

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |

**Mark Castell**
**51 Glen Forest Dr**
**Hamilton  ON  L8K 5Y7**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $386.34 |

**Mark Connelly**
**2409 11th Ave**
**Adams, WI 53910**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |

**Mark Crawford**
**3801 S Miner ST**
**Apt 6**
**Milwaukee, WI 53221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Mark Davis**
**5667 Hilldale dr.**
**Slinger, WI 53086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,147.13 |

**mark deruyter**
**W3241 Garton Rd**
**Sheboygan Falls, WI 53085**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $401.63 |

**MARK DLUGOLENSKI**
**243 W 12TH AVE**
**Oshkosh, WI 54902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,040.01 |

**Mark Gamerdinger**
**2229 Wisconsin Ave**
**New Holstein, WI 53061**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,538.25 |
|---|---|---|---|

**Mark Geier**
PO BOX 07022
Fort Myers, FL 33919

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Mark Gezella**
453 N Good Hope Rd
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**MARK GOFFARD**
N1944 CTY RD XX
Berlin, WI 54923

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $627.84 |
|---|---|---|---|

**Mark Hagemann**
S994 Hagemann rd
Wonewoc, WI 53968

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,270.50 |
|---|---|---|---|

**Mark Johnson**
E4986 Slade Road
Ironwood, MI 49938

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $456.74 |
|---|---|---|---|

**Mark Jolin**
1214 East Fremont Street
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.68 |
|---|---|---|---|

**Mark Jones**
2909 E Bremer Av lot 67
Waverly, IA 50677

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Mark Keith**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Mark Kendall**
**203 Kendall Rd.**
**Mineral Point, WI 53565**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Mark Kramer**
**N19561 Schmickle Valley Rd.**
**Trempealeau, WI 54661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $402.68 |
|---|---|---|---|

**Mark Kuehl**
**67 Applewood St.**
**Plattsville  ON  N0J 1S0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Mark LaTour**
**1324 Angels Path**
**46**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $351.23 |
|---|---|---|---|

**Mark Lefebre**
**7486 Old 141 Rd**
**Lena, WI 54139**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Mark Lektzian**
**41 Sandy Lane**
**Gladstone, MI 49837**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

**Basis for the claim:** __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**mark lillge**
600 JOHNSON AVE
Little Chute, WI 54140

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.645 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.65 |
|---|---|---|---|

**Mark Maloney**
W923 Apache Ave.
Fremont, WI 54940

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.646 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $586.95 |
|---|---|---|---|

**Mark Maloney**
W923 Apache Ave.
Fremont, WI 54940

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.646 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.68 |
|---|---|---|---|

**Mark Mattson**
1221 bingham ave
Sault Sainte Marie, MI 49783

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.646 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Mark Mccook**
W1756 Christine Ct
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.646 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Mark Miller**
W4834 Questa Ct
Sherwood, WI 54169

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.646 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.32 |
|---|---|---|---|

**Mark Nordwig**
609 Labaree Street
Watertown, WI 53098

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.646 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Mark Pusch**
W316N8545 Sunset Way
Hartland, WI 53029

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,417.50 |
|---|---|---|---|

**Mark Scimeca**
W11777 County Road GG
Hancock, WI 54943

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.13 |
|---|---|---|---|

**Mark Shinek**
PO box 11
Reedsville, WI 54230

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Mark Sotrby**
3034 Whirthington Ct
Suamico, WI 54173

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Mark Thurow**
1015 School Ave
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.46 |
|---|---|---|---|

**Mark Unger**
636 Kirkwood Avenue
Winthrop Harbor, IL 60096

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.23 |
|---|---|---|---|

**Mark Virgo**
1801 8th ave
317
Menom, MI 49858

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Mark Vohl**
1853 Smith Street
Green Bay, WI 54302

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.647 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,439.03 |
|---|---|---|---|

**Mark Wilson**
2 Windsor Place
Lincoln, IL 62656

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.647 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Marlee Devroy**
714 Brule Rd
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.647 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Marlene Bary**
30 emerald ln
Omro, WI 54963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.647 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Marley Johnson**
1604 E Main Street
Little Chute, WI 54140

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.647 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Marlowe Friedel**
599 Ruggles Street
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.647 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Marni Sanderfoot**
201 De Forest Dr
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page **926** of **1376**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 926 of 1376

| 3.647 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.50 |
|---|---|---|---|

**Marni Wickert**
1307 Prospect Street
Watertown, WI 53098

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.38 |
|---|---|---|---|

**Marshall Brown**
121 MALIN ST
Genoa, WI 54632

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Marshall Herget**
3871 Cobblestone Ct.
Oshkosh, WI 54901

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.90 |
|---|---|---|---|

**Marshall Kent**
455 Adam's Ave
Niagara, WI 54151

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Marta Kwasny**
114 School Court
Shawano, WI 54166

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.88 |
|---|---|---|---|

**Martha Beaver**
8890 N.75 Lane
Gladstone, MI 49837

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Martha Kiedrowski**
E3268 Cross Rd
Waupaca, WI 54981

Date(s) debt was incurred _2019-2020_
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

| 3.648 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |
|---|---|---|---|

**Martha Monroe**
W3060 Sage Way
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Martin Anaya**
1n572 ethel st
West Chicago, IL 60185

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.55 |
|---|---|---|---|

**Martin Jarozewski**
327 mound st.
Berlin, WI 54923

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Martin Radke**
1124 Tullar rd
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.00 |
|---|---|---|---|

**Martin Sands**
35 Monica Dr
Elkhorn, WI 53121

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.74 |
|---|---|---|---|

**Martin Smith**
2557 W Waukau Ave
Apt 8
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $974.34 |
|---|---|---|---|

**Martina Jacobson**
1114 south 20th street
Escanaba, MI 49829

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.18 |
|---|---|---|---|

**Marty Brost**
1257 Chestnut St.
West Bend, WI 53095

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.649 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Marty Helms**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.649 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Marty Holz**
No Address - purchased tickets via PayPa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.649 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.63 |
|---|---|---|---|

**Marty Martin**
N8571 Townline Rd
Van Dyne, WI 54979

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.649 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $826.88 |
|---|---|---|---|

**Marty Schneidewind**
417 n warren st
Watertown, WI 53098

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.649 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Marvin Knoblock**
1786 Leonard Point Rd.
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.649 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Marvin Nickel**
400 Kitty Court
Kimberly, WI 54136

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.650 0 | Nonpriority creditor's name and mailing address<br>**Mary Ann Goebel**<br>**W3854 ARTESIAN RD**<br>**Fond Du Lac, WI 54937**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,294.13 |
|---|---|---|

| 3.650 1 | Nonpriority creditor's name and mailing address<br>**Mary Beyer**<br>**428 W 8th Ave**<br>**Oshkosh, WI 54902**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $77.69 |
|---|---|---|

| 3.650 2 | Nonpriority creditor's name and mailing address<br>**Mary Curtin**<br>**2204 W. Seneca Drive**<br>**Appleton, WI 54914**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $434.65 |
|---|---|---|

| 3.650 3 | Nonpriority creditor's name and mailing address<br>**Mary Fischbach**<br>**3003 Middle Road**<br>**Rock Falls, IL 61071**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $261.45 |
|---|---|---|

| 3.650 4 | Nonpriority creditor's name and mailing address<br>**MARY GLOMSKI**<br>**19932 VOGEL LN**<br>**Kiel, WI 53042**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,451.63 |
|---|---|---|

| 3.650 5 | Nonpriority creditor's name and mailing address<br>**Mary Hammen**<br>**524 sue st**<br>**Little Chute, WI 54140**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $218.38 |
|---|---|---|

| 3.650 6 | Nonpriority creditor's name and mailing address<br>**MARY KEMPF**<br>**2088 ELM TREE DR**<br>**Kewaskum, WI 53040**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $803.25 |
|---|---|---|

| | |
|---|---|
| 3.650 7 | **$155.38** |

**Nonpriority creditor's name and mailing address**

**Mary Lawler**
**4462 Beechnut Ct**
**New Franken, WI 54229**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.650 8 | **$561.75** |

**Nonpriority creditor's name and mailing address**

**Mary Lloyd**
**N8864 River Rd**
**Watertown, WI 53094**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.650 9 | **$785.38** |

**Nonpriority creditor's name and mailing address**

**Mary Loomis**
**3903 E High St**
**Oak Creek, WI 53154**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.651 0 | **$470.38** |

**Nonpriority creditor's name and mailing address**

**Mary Lou Trauba**
**W680 County Road DD**
**Theresa, WI 53091**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.651 1 | **$68.24** |

**Nonpriority creditor's name and mailing address**

**Mary Maher**
**507 block rd**
**Combined Locks, WI 54113**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.651 2 | **$585.38** |

**Nonpriority creditor's name and mailing address**

**Mary Ott**
**2584 Westmoor Road**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.651 3 | **$384.83** |

**Nonpriority creditor's name and mailing address**

**Mary Plummer**
**4871 Pierce Ave**
**Plover, WI 54467**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.70 |
|---|---|---|---|

**MARY REMTER**
**3579 N MASON ST**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.38 |
|---|---|---|---|

**Mary Rieder**
**1681 Elk Trail Dr**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Mary Rosencrans**
**W222N2113 Glenwood Lane**
**Waukesha, WI 53186**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Mary Ruplinger**
**N5853 Cty W**
**Mount Calvary, WI 53057**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Mary Sanford**
**531 Concord Drive**
**Oregon, WI 53575**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Mary Schmidt**
**2416 North 34th Street**
**Sheboygan, WI 53083**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Mary Soda**
**N6455 Soda Rd**
**Princeton, WI 54968**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 932 of 1376

| 3.652<br>1 | Nonpriority creditor's name and mailing address<br>**Mary Stueber**<br>**1204 Lourdes Ave**<br>**De Pere, WI 54115**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$391.09** |
|---|---|---|---|

| 3.652<br>2 | Nonpriority creditor's name and mailing address<br>**Mary Thome**<br>**2145 E Prairie Creek Dr**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$314.96** |
|---|---|---|---|

| 3.652<br>3 | Nonpriority creditor's name and mailing address<br>**MARY TOLL**<br>**1120 MISTLETOE LN**<br>**Winneconne, WI 54986**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$871.50** |
|---|---|---|---|

| 3.652<br>4 | Nonpriority creditor's name and mailing address<br>**Mary Unterbrunner**<br>**418 Jackson St.**<br>**Yorkville, IL 60560**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$677.25** |
|---|---|---|---|

| 3.652<br>5 | Nonpriority creditor's name and mailing address<br>**Mary Vandeyacht**<br>**1536 Lakeshore Drive**<br>**Menasha, WI 54952**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$251.96** |
|---|---|---|---|

| 3.652<br>6 | Nonpriority creditor's name and mailing address<br>**MaryAnn Johnson**<br>**8710 Hickory Lane**<br>**Wonder Lake, IL 60097**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$485.10** |
|---|---|---|---|

| 3.652<br>7 | Nonpriority creditor's name and mailing address<br>**Mason Aird**<br>**N5942 terrace rd**<br>**Fond Du Lac, WI 54937**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$119.69** |
|---|---|---|---|

| 3.652 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Mason Brackob**
910 old tower road
Oconomowoc, WI 53066

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.652 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.23 |
|---|---|---|---|

**Mason Cliver**
220 w 1st ave
Dorchester, WI 54425

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.653 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Mason Diedrick**
W387weiler rd
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.653 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Mason Duchatschek**
405 E 5th Street
Washington, MO 63090

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.653 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.95 |
|---|---|---|---|

**Mason Grun**
2574 st pats rd
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.653 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Mason Kaas**
714 Tudor Dr
Janesville, WI 53546

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.653 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Mason Kocken**
N7885 County Road Y
Seymour, WI 54165

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.653 5 | Nonpriority creditor's name and mailing address | | | $67.19 |

**Nonpriority creditor's name and mailing address**

**Mason Lettau**
**N1422 Greenbush Ct**
**Greenville, WI 54942**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.653 6 |

**Nonpriority creditor's name and mailing address**

**Mason Mayer**
**N3034 Woodland DR**
**Campbellsport, WI 53010**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| 3.653 7 |

**Nonpriority creditor's name and mailing address**

**Mason Mcginley**
**11920 Monroe st**
**Denver, CO 80233**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$218.38

---

| 3.653 8 |

**Nonpriority creditor's name and mailing address**

**Mason Modschiedler**
**6216 Hwy k north**
**Hartford, WI 53027**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$377.96

---

| 3.653 9 |

**Nonpriority creditor's name and mailing address**

**Mason Ritz**
**444 North Hickory Street**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$350.70

---

| 3.654 0 |

**Nonpriority creditor's name and mailing address**

**Mason VanDenBerg**
**316 Elizabeth Street**
**Wausaukee, WI 54177**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$303.45

---

| 3.654 1 |

**Nonpriority creditor's name and mailing address**

**Mason Vanderlinden**
**337 south Washington st**
**Shawano, WI 54166**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$239.38

---

| 3.654 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
| --- | --- | --- | --- |
| | Mason Wertel<br>2754 Blue Spruce Drive<br>Green Bay, WI 54311 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.654 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
| --- | --- | --- | --- |
| | Mathilda Bartelt<br>No Address - purchased tickets via PayPa | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.654 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
| --- | --- | --- | --- |
| | Matisen Meyers<br>1024 S Evergreen St<br>Shawano, WI 54166 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.654 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
| --- | --- | --- | --- |
| | Matt Amerson<br>1309 Hillcrest drive<br>Kaukauna, WI 54130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.654 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
| --- | --- | --- | --- |
| | Matt Baker<br>2544 Maple Grove Dr<br>Neenah, WI 54956 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.654 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.01 |
| --- | --- | --- | --- |
| | Matt Bowers<br>12554 Greensview Dr<br>Roscoe, IL 61073 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.654 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
| --- | --- | --- | --- |
| | Matt Braatz<br>4951 S 35th Street<br>Milwaukee, WI 53221 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.654 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.13 |
|---|---|---|---|

**Matt Christian**
802 Phlox Ln
Wausau, WI 54401

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.655 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Matt Deschler**
322 Jefferson st
Waupaca, WI 54981

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.655 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.95 |
|---|---|---|---|

**Matt Dimmer**
722 Laverne Dr
Green Bay, WI 54311

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.655 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Matt Gilson**
10704 Tamarack St nw
Minneapolis, MN 55433

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.655 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $783.30 |
|---|---|---|---|

**Matt Herman**
121 n. hyland st
Juneau, WI 53039

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.655 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Matt Jankowski**
w8709 Pheasant Run
Hortonville, WI 54944

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.655 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Matt Johnson**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.655 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Matt Josephs**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |

**Matt Khania**
**153 e 2nd st**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,378.13 |

**Matt Kluck**
**910 Fairway Dr**
**Brillion, WI 54110**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.13 |

**Matt Laack**
**2942 stonebridge dr**
**Racine, WI 53404**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,108.28 |

**Matt LaCrosse**
**1654 Ontario st.**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Matt Larsen**
**N3203 Right of Way Road**
**Peshtigo, WI 54157**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Matt LeBotte**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.656 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,743.00 |
| **MATT MASTEY** | ☐ Contingent | |
| **225 s parkway dr** | ■ Unliquidated | |
| **Brillion, WI 54110** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim:  __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.656 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
| **Matt McCabe** | ☐ Contingent | |
| **W4841 Guernsey Dr** | ■ Unliquidated | |
| **Sherwood, WI 54169** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim:  __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.656 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
| **Matt McGrath** | ☐ Contingent | |
| **227 Meadowlark Drive** | ☐ Unliquidated | |
| **Westfield, WI 53964** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim:  __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.656 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $169.05 |
| **Matt Nelson** | ☐ Contingent | |
| **1020 Tyler Ave** | ☐ Unliquidated | |
| **Oshkosh, WI 54902** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim:  __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.656 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
| **Matt Olson** | ☐ Contingent | |
| **206 8th St S** | ■ Unliquidated | |
| **La Crosse, WI 54601** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim:  __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.656 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $455.18 |
| **Matt Person** | ☐ Contingent | |
| **2416 Hwy 20 S** | ■ Unliquidated | |
| **Devils Lake, ND 58301** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim:  __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.656 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
| **Matt Prahl** | ☐ Contingent | |
| **E9650 State Rd 96** | ■ Unliquidated | |
| **Fremont, WI 54940** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim:  __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.657 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.88 |
|---|---|---|---|

**Matt Romps**
4655 17th Rd
Escanaba, MI 49829

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.657 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $716.10 |
|---|---|---|---|

**Matt Scheelk**
14 Oneida Ct
Appleton, WI 54911

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.657 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.45 |
|---|---|---|---|

**Matt Severson**
426 Harrison Street
#5
Fond Du Lac, WI 54937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.657 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**MATT Shearrow**
3521 Chippewa River DR
Eau Claire, WI 54703

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.657 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Matt Shields**
4011 Crestwood Dr
Wausau, WI 54403

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.657 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Matt Simon**
2370 Crystal Springs Ct.
Green Bay, WI 54311

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.657 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Matt Smuda**
1500 N McCarthy Rd
7
Appleton, WI 54913

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.657 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $816.90 |
|---|---|---|---|

**Matt Stiltjes**
**2323 Meadow Green Drive**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Matt Treder**
**1746 Lunde Cirlce**
**Stoughton, WI 53589**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $862.05 |
|---|---|---|---|

**Matt Van Camp**
**1781 Applewood Dr**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Matt Vanderheyden**
**300 Arrowhead Drive**
**Green Bay, WI 54301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Matt Wagner**
**13 fountain circle**
**13**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Matt Willison**
**2953 kiltie dr**
**Sun Prairie, WI 53590**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $740.78 |
|---|---|---|---|

**Matt Zahn**
**3333 N. 12th St**
**Sheboygan, WI 53083**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 4 | **Nonpriority creditor's name and mailing address** | | $197.38 |
|---|---|---|---|

**Matthew Anderson**
904 Oxford Dr
Hartland, WI 53029

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 5 | **Nonpriority creditor's name and mailing address** | | $576.45 |
|---|---|---|---|

**Matthew Baumann**
W1064 Marietta Ave
#216
Ixonia, WI 53036

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 6 | **Nonpriority creditor's name and mailing address** | | $582.75 |
|---|---|---|---|

**Matthew Bock**
1524 N. kenilworth Ave
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 7 | **Nonpriority creditor's name and mailing address** | | $261.45 |
|---|---|---|---|

**Matthew Bracken**
600 N. McClurg Court
2512a
Chicago, IL 60611

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 8 | **Nonpriority creditor's name and mailing address** | | $98.69 |
|---|---|---|---|

**Matthew Braunschweig**
N65W24187 Elm Ave
Sussex, WI 53089

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 9 | **Nonpriority creditor's name and mailing address** | | $162.23 |
|---|---|---|---|

**Matthew Brice**
1716 Hosmer Ln.
Crest Hill, IL 60403

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 0 | **Nonpriority creditor's name and mailing address** | | $413.65 |
|---|---|---|---|

**Matthew Buss**
2801 Lindbergh Ave
Stevens Point, WI 54481

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh     Doc 5     Filed 11/10/20     Page 942 of 1376

| 3.659 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,434.83 |
|---|---|---|---|

**Matthew Dejnowski**
3841 Jewett Ave.
Highland, IN 46322

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Matthew Delorenzo**
2227 N Rockton Ave.
Rockford, IL 61103

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Matthew Deyarmomd**
509 East A Street
Iron Mountain, MI 49801

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Matthew Ehlenfeldt**
S3542 Chicken Valley Rd
Fountain City, WI 54629

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.23 |
|---|---|---|---|

**Matthew Epple**
327 wyldeberry ln
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.30 |
|---|---|---|---|

**Matthew Hildebrandt**
6716 s 17th st
Milwaukee, WI 53221

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Matthew Huebschman**
9091 River Rd
Amherst, WI 54406

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Matthew Jones**
**N8243 Forest Ridge Rd**
**Berlin, WI 54923**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.659 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |

**Matthew Kramer**
**4814 N. Apple Rd**
**12**
**Appleton, WI 54913**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.660 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Matthew Lenz**
**W5565 Ryan St.**
**Appleton, WI 54915**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.660 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.18 |

**Matthew Londergan**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.660 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |

**Matthew Lynch**
**702 Wood Ave**
**Machesney Park, IL 61115**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.660 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.45 |

**Matthew Manduke**
**4 plum street**
**Millville, NJ 08332**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.660 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |

**Matthew Pophal**
**1144 Cosmos Way**
**De Pere, WI 54115**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.660 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$403.19** |
| **Matthew Risch** | ☐ Contingent | | |
| **531 Grand ave.** | ■ Unliquidated | | |
| **Random Lake, WI 53075** | ☐ Disputed | | |
| Date(s) debt was incurred  **2019-2020** | **Basis for the claim:**  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.660 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$130.73** |
| **Matthew Rose** | ☐ Contingent | | |
| **2209 Michelle Ct** | ■ Unliquidated | | |
| **7** | ☐ Disputed | | |
| **Appleton, WI 54914** | | | |
| Date(s) debt was incurred  **2019-2020** | **Basis for the claim:**  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.660 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$807.45** |
| **Matthew Seipke** | ☐ Contingent | | |
| **3123 Vinsetta Blvd** | ■ Unliquidated | | |
| **Royal Oak, MI 48073** | ☐ Disputed | | |
| Date(s) debt was incurred  **2019-2020** | **Basis for the claim:**  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.660 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$233.07** |
| **Matthew Selenske** | ☐ Contingent | | |
| **PO box 82** | ■ Unliquidated | | |
| **Almond, WI 54909** | ☐ Disputed | | |
| Date(s) debt was incurred  **2019-2020** | **Basis for the claim:**  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.660 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$261.45** |
| **Matthew Semrau** | ☐ Contingent | | |
| **1669 Lenwood Ave** | ■ Unliquidated | | |
| **8** | ☐ Disputed | | |
| **Green Bay, WI 54303** | | | |
| Date(s) debt was incurred  **2019-2020** | **Basis for the claim:**  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.661 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$359.10** |
| **Matthew Szmagalski** | ☐ Contingent | | |
| **6500 W Howard Ave** | ■ Unliquidated | | |
| **209** | ☐ Disputed | | |
| **Milwaukee, WI 53220** | | | |
| Date(s) debt was incurred  **2019-2020** | **Basis for the claim:**  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.661 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$470.38** |
| **Matthew Tanielian** | ☐ Contingent | | |
| **9887 boulder court** | ■ Unliquidated | | |
| **Davisburg, MI 48350** | ☐ Disputed | | |
| Date(s) debt was incurred  **2019-2020** | **Basis for the claim:**  **Pre-Paid Tickets** | | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.661 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,165.50** |
| **Matthew Thode** | ☐ Contingent | |
| **N89W17773 Martin Dr.** | ■ Unliquidated | |
| **Menomonee Falls, WI 53051** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | **Basis for the claim:** _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$319.73** |
| **Matthew Vettoretti** | ☐ Contingent | |
| **505 moonrock avenue** | ■ Unliquidated | |
| **Sudbury  ON  P3E 5Y8** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | **Basis for the claim:** _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$97.13** |
| **Matthew Whitaker** | ☐ Contingent | |
| **485 e ellefson** | ☐ Unliquidated | |
| **Iola, WI 54945** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | **Basis for the claim:** _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,252.13** |
| **Matthew Wied** | ☐ Contingent | |
| **814 West Lindbergh Street** | ☐ Unliquidated | |
| **Appleton, WI 54914** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | **Basis for the claim:** _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$93.44** |
| **Mattie Roemer** | ☐ Contingent | |
| **W2697 south county road a** | ■ Unliquidated | |
| **Pine River, WI 54965** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | **Basis for the claim:** _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$288.23** |
| **Maverick Wolf** | ☐ Contingent | |
| **671 Norman Ave N** | ■ Unliquidated | |
| **Foley, MN 56329** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | **Basis for the claim:** _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.19** |
| **Max Grovogel** | ☐ Contingent | |
| **1009 Cleveland Ave** | ☐ Unliquidated | |
| **Algoma, WI 54201** | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | **Basis for the claim:** _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Max Neumueller**
**232 W 8TH AVE**
**A**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.23 |
|---|---|---|---|

**Max Pace**
**535 W Schindler place**
**5**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Max Post**
**100 Century Dr**
**7306**
**Alexandria, VA 22304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Max Richter**
**W4266 winding lane**
**Cambria, WI 53923**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $818.87 |
|---|---|---|---|

**Max Schilling**
**1845 Ryan Riad**
**Racine, WI 53406**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Max Schmitz**
**4100 water division rd**
**Denmark, WI 54208**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**Maxine Becker**
**210 Paine Street**
**Kiel, WI 53042**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Maya Mathews**
**271 E Lincoln St**
**Oregon, WI 53575**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Maya Zorn**
**2759 S Le Capitaine cir**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63.00 |
|---|---|---|---|

**Mayson Muche**
**N8795 lakeshore drive**
**Van Dyne, WI 54979**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**McKayla Knoebel**
**3433 Thornberry Dr**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**mckayla trever**
**14024 Emily RD**
**mountain, WI 54149**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**McKayla Zastrow**
**615 Mallard Court**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Mckenna Berth**
**615 Emerson**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.663 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |
|---|---|---|---|

**Mckenna Braspennickx**
3550 Sandgate Castle Dr
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.12 |
|---|---|---|---|

**Mckenna Butts**
S12798 East Laudon Road
Lone Rock, WI 53556

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Mckenna Duquaine**
2037 Candle Way
Green Bay, WI 54304

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Mckenna Gniot**
1321 Canterbury Rd
Green Bay, WI 54304

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Mckenna Matsen**
324 Steno Trail
Pulaski, WI 54162

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.88 |
|---|---|---|---|

**McKenna Mauer**
195 Amherst Avenue
Sheboygan Falls, WI 53085

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Mckenna Reichling**
4998 County Road S
Mineral Point, WI 53565

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**McKenna Russell**
**4625 Cook Rd**
**Oconto, WI 54153**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Mckenna Seefeldt**
**2004 Mayflower street**
**Kaukauna, WI 54130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**McKenna Sippel**
**N3047 B and B Court**
**Campbellsport, WI 53010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**McKenzie Johnson**
**2904 Bristol Mountain Trail**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Mckenzie Kalscheuer**
**302 Grant St**
**Waunakee, WI 53597**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Mckenzie Killian**
**1107 Pats dr**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Mckenzie Soderbeck**
**308 golfview road**
**4**
**Cecil, WI 54111**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**McKenzy Peetz**
735 8th street
Prairie Du Sac, WI 53578

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Meg Lamers**
1532 Peters Road
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Megan Anderson**
426 Richmond Avenue
Sheboygan Falls, WI 53085

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Megan Bell**
10 Banner Cir
Madison, WI 53718

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Megan Birenbaum**
W6397 Oak View Lane
Plymouth, WI 53073

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Megan Bowers**
887 Sussex dr
Janesville, WI 53546

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Megan Bugni**
2107 Country Ln
Houghton, MI 49931

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Megan Carpenter**
2691 friendly hill rd
Friendly, WV 26146

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Megan Cook**
N172 W20645 Hazelwood Lane
Jackson, WI 53037

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Megan Cyr**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Megan Delabarre**
3819 Pioneer Road
Verona, WI 53593

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Megan Eisch**
203 Sycamore Dr.
Black Creek, WI 54106

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Megan Funk**
26317 Dukleth Dr
Waterford, WI 53185

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.19 |
|---|---|---|---|

**Megan Goyer**
621 Reena Ave
6
Fort Atkinson, WI 53538

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.666 1 | **Nonpriority creditor's name and mailing address** | $77.69 |

**Megan Halverson**
4702 creekwood lane
221
Madison, WI 53704

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.666 2 | **Nonpriority creditor's name and mailing address** | $688.76 |

**Megan Hill**
2110 Lost Dauphin rd
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.666 3 | **Nonpriority creditor's name and mailing address** | $677.25 |

**Megan Iwanski**
604 Brule Road
Marquette, MI 49855

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.666 4 | **Nonpriority creditor's name and mailing address** | $67.19 |

**Megan Jansen**
6015 Country Walk
Mc Farland, WI 53558

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.666 5 | **Nonpriority creditor's name and mailing address** | $119.69 |

**Megan Johnson**
8458 COUNTY ROAD HH
KEWASKUM, WI 53040

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.666 6 | **Nonpriority creditor's name and mailing address** | $155.38 |

**Megan Johnson**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.666 7 | **Nonpriority creditor's name and mailing address** | $684.57 |

**Megan Kallaher**
3579 Keystone Drive
Dubuque, IA 52002

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 953 of 1376

| 3.666 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.96 |
|---|---|---|---|

**Megan Klink**
**341 Ponderosa Drive**
**Hartford, WI 53027**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.666 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Megan koepke**
**230 ledgewood drive**
**Fond Du Lac, WI 54937**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.667 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |
|---|---|---|---|

**Megan Landers**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.667 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Megan Langer**
**3725 Beachmont Rd**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.667 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Megan Livingston**
**10 Continental Ct**
**Appleton, WI 54911**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.667 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Megan Loose**
**909 1st street**
**Kiel, WI 53042**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.667 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Megan Malone**
**6s054 Country Glen Dr**
**Naperville, IL 60563**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.667 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|
| | **Megan Matuszewski** **1400 Lacount Rd** **Green Bay, WI 54313** | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.667 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|
| | **Megan Novak** **523 Birch street** **Antigo, WI 54409** | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.667 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|
| | **Megan Pollard** **N9402 Winnebago Park Rd** **Fond Du Lac, WI 54937** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.667 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|
| | **Megan Prellwitz** **237 McKinley St.** **Fond Du Lac, WI 54935** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.667 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $320.78 |
|---|---|---|---|
| | **Megan Sabel** **2205 Sherri Lin ct** **C** **Appleton, WI 54914** | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.668 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|
| | **MEGAN SANCHEZ** **625 N BLACK RIVER ST** **Sparta, WI 54656** | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.668 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $627.88 |
|---|---|---|---|
| | **Megan Santas** **3311 Cleveland Ave** **Plover, WI 54467** | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.668 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$152.25** |
| **Megan Smith** | | ☐ Contingent | |
| **3702 Brigham Ave** | | ■ Unliquidated | |
| **Madison, WI 53714** | | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.668 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$76.13** |
| **Megan Stamand** | | ☐ Contingent | |
| **1425 North 3rd Avenue** | | ■ Unliquidated | |
| **Wausau, WI 54401** | | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.668 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$151.73** |
| **Megan Stermer** | | ☐ Contingent | |
| **415 Mill Road** | | ■ Unliquidated | |
| **A** | | ☐ Disputed | |
| **Kiel, WI 53042** | | | |
| Date(s) debt was incurred _2019-2020_ | | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.668 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$134.38** |
| **Megan Sternagel** | | ☐ Contingent | |
| **W2395 Greenspire Way** | | ■ Unliquidated | |
| **Appleton, WI 54915** | | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.668 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$155.38** |
| **Megan Thayse** | | ☐ Contingent | |
| **E2260 County Road K** | | ■ Unliquidated | |
| **Casco, WI 54205** | | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.668 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$67.19** |
| **Megan White** | | ☐ Contingent | |
| **W9577 Olden rd** | | ■ Unliquidated | |
| **Eldorado, WI 54932** | | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.668 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$407.38** |
| **Megan Wiegel** | | ☐ Contingent | |
| **9989 County Road U** | | ■ Unliquidated | |
| **Shullsburg, WI 53586** | | ☐ Disputed | |
| Date(s) debt was incurred _2019-2020_ | | Basis for the claim: _Pre-Paid Tickets_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $418.90 |
|---|---|---|---|

**Megan Wilde**
**3602 Eau Claire Ave**
**Schofield, WI 54476**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Megan Williams**
**2061 Klondike Rd**
**West Lafayette, IN 47906**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Megan Wunrow**
**811 S 22nd Ave**
**Wausau, WI 54401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Meghan Bannow**
**2858 Blue Spruce Dr.**
**Green Bay, WI 54311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Meghan Flier**
**N2971East Rock River Road**
**Waupun, WI 53963**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Meghan Griswold**
**624 E Franklin Street**
**Waupun, WI 53963**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Meghan Lewis**
**4005 Towne Lakes Circle**
**10205**
**Appleton, WI 54913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.6696 | **$134.38** |

**Nonpriority creditor's name and mailing address**

**Meghan Lindsey**
**659 Mose Way**
**South Beloit, IL 61080**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.6697 | **$98.69** |

**Nonpriority creditor's name and mailing address**

**Meghan Morris**
**8545 N 51 street**
**Milwaukee, WI 53223**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.6698 | **$491.34** |

**Nonpriority creditor's name and mailing address**

**Meghan Wenninger**
**N4434 CTY Rd EE**
**Appleton, WI 54913**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.6699 | **$553.88** |

**Nonpriority creditor's name and mailing address**

**Megyn Schears**
**W243 Golden Lake Park Circle**
**Oconomowoc, WI 53066**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.6700 | **$149.63** |

**Nonpriority creditor's name and mailing address**

**Melanie Brock**
**1015S St Hwy M149**
**Manistique, MI 49854**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.6701 | **$151.73** |

**Nonpriority creditor's name and mailing address**

**Melanie Grant**
**1809 14th**
**Lower**
**Menominee, MI 49858**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.6702 | **$803.25** |

**Nonpriority creditor's name and mailing address**

**Melanie Higgins**
**1530 Ames St**
**Neenah, WI 54956**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.670 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.57 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melanie Lawson**
**8670 Jacquis Rd**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$327.57**

---

| 3.670 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Melanie Repinski**
**N11134 Buckbee Rd.**
**Clintonville, WI 54929**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$576.45**

---

| 3.670 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Melanie Servia**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$130.73**

---

| 3.670 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Melanie Stollfuss**
**420 Prospect St**
**Ripon, WI 54971**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$392.65**

---

| 3.670 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Melannie Steffes**
**2721 S Wheatfield Dr**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$539.65**

---

| 3.670 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Melinda Ebel**
**1051 Doe Trail Ct**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$155.38**

---

| 3.670 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Melinda Johnson**
**65 2300th St**
**San Jose, IL 62682**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$486.43**

---

| 3.671 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.86 |
|---|---|---|---|

**Melinda Lamore**
1779 Maricopa Dr Apt B
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.33 |
|---|---|---|---|

**Melinna Davis**
153287 ambrosia lane
Wausau, WI 54401

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.57 |
|---|---|---|---|

**Melisa McCormick**
6690 Chestnut Circle
Windsor, WI 53598

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Melissa Ann**
806 10th ave se
Austin, MN 55912

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Melissa Arcand**
1557 Morrow Street
Green Bay, WI 54302

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Melissa Artus**
3366 Jones Ct
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Melissa Bruss**
2235 Meadow Ridge Dr
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 960 of 1376

| 3.671 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.75 |
|---|---|---|---|

**Melissa Chandler**
551 Tower Dr
Sun Prairie, WI 53590

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.75 |
|---|---|---|---|

**Melissa Chiarello**
W64 N430 Madison Ave
Cedarburg, WI 53012

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.25 |
|---|---|---|---|

**Melissa Cornelius**
219 1/2 W North Water St
New London, WI 54961

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.07 |
|---|---|---|---|

**Melissa Gaylord**
2900 Bush St
Stevens Point, WI 54481

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.07 |
|---|---|---|---|

**Melissa Giannone**
609 Spencer Rd
1
Ithaca, NY 14850

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Melissa Gilliam**
2910 s. Lance ave
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Melissa Grzybowski**
4283 White Pine Drive
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,554.00 |
|---|---|---|---|

**Melissa Guzowski**
**478 Dewey Decker Dr.**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Melissa Haase**
**117 Knaup Dr.**
**Apt. 1**
**Beaver Dam, WI 53916**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.96 |
|---|---|---|---|

**Melissa Heilgeist**
**8931 268th Ave**
**Salem, WI 53168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Melissa Hierl**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,892.63 |
|---|---|---|---|

**Melissa Higgins**
**808 10th Ave NW**
**Waverly, IA 50677**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Melissa Holly**
**1222 Willow Springs Road**
**Oshkosh, WI 54904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Melissa Jawson**
**285 CADBURY CT**
**Nekoosa, WI 54457**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |

**Melissa Jenkins**
**46 N Lake Ave**
**#1W**
**Fox Lake, IL 60020**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |

**Melissa Jennerjohn**
**1300 Spahn Dr**
**Waunakee, WI 53597**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.25 |

**Melissa Kuchenbecker**
**1373 Navigator Way**
**De Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |

**Melissa Kulibert**
**730 WASHINGTON AVE**
**Fond Du Lac, WI 54937**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.96 |

**Melissa Madlena**
**2416 Falcons Cove**
**Stevens Point, WI 54482**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781.20 |

**Melissa Mallon**
**55 N Pioneer PKWY**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Melissa Marini**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 8 | Nonpriority creditor's name and mailing address<br>**Melissa Mech**<br>**241 Maple St.**<br>**Peshtigo, WI 54157**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$350.70** |
|---|---|---|---|
| 3.673 9 | Nonpriority creditor's name and mailing address<br>**melissa Nurkala**<br>**6560 Ohio Rd.**<br>**Allenton, WI 53002**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$233.07** |
| 3.674 0 | Nonpriority creditor's name and mailing address<br>**Melissa O'Brien**<br>**3633 pheasant lane**<br>**Apt 5**<br>**Waterloo, IA 50701**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$576.45** |
| 3.674 1 | Nonpriority creditor's name and mailing address<br>**Melissa Oestreich**<br>**270 mayfair dr**<br>**Juneau, WI 53039**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$239.38** |
| 3.674 2 | Nonpriority creditor's name and mailing address<br>**Melissa Peterson**<br>**426 harmony ln**<br>**Elkhorn, WI 53121**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$356.96** |
| 3.674 3 | Nonpriority creditor's name and mailing address<br>**Melissa Radies**<br>**1151 W Cecil Street**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$77.69** |
| 3.674 4 | Nonpriority creditor's name and mailing address<br>**Melissa Reali**<br>**2012 Meadowview St**<br>**Kaukauna, WI 54130**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$419.96** |

| 3.674 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Sage**
3125 s. Sunset ln
5
Rhinelander, WI 54501

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.674 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Sawatzky**
3845 37th Ave SW
Unit B
Cedar Rapids, IA 52404

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$807.45

---

| 3.674 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Schnyder**
1750 Crestview Drive
Oshkosh, WI 54904

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$218.38

---

| 3.674 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Shaltis**
252 Maple st
Rhinelander, WI 54501

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$151.73

---

| 3.674 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Siegel**
285 south Brooklyn street
4
Berlin, WI 54923

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$828.45

---

| 3.675 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Smith**
1430 View Lane
Green Bay, WI 54313

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$134.38

---

| 3.675 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Smith**
2464 N 114th Street
Milwaukee, WI 53226

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$272.96

---

| 3.675 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.15 |
|---|---|---|---|

**Melissa Sue**
**N3248 BUTTS DRIVE**
**Waupaca, WI 54981**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**Melissa Thompson**
**N4518 county rd E**
**Peshtigo, WI 54157**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Melissa Thornburg**
**397 North Main Street**
**Dousman, WI 53118**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.90 |
|---|---|---|---|

**Melissa Torres-maxwell**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $957.57 |
|---|---|---|---|

**Melissa Tressel**
**111 Smoke Signal Lane**
**East Dubuque, IL 61025**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Melissa Urmanski**
**950 Blue Stone Lane**
**10**
**Marathon, WI 54448**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Melissa Vitense**
**118 W. Water Street**
**Beaver Dam, WI 53916**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Melissa Wold**
**4309 Ashcott Lane**
**Plainfield, IL 60586**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.50 |
|---|---|---|---|

**Melissa Worrel**
**3214 45th Street**
**Des Moines, IA 50310**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,107.75 |
|---|---|---|---|

**Melissa Zarnoth**
**N7002 THOMA RD**
**New London, WI 54961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.676 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.68 |
|---|---|---|---|

**Melody Billington**
**225 s elm ave**
**Gillett, WI 54124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.676 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241.50 |
|---|---|---|---|

**Melody Dewitt**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Melonie Seifert**
**3109 15th St**
**Apt 2c**
**Kenosha, WI 53144**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.50 |
|---|---|---|---|

**Melvin Lacombe**
**115 Yorke St**
**Apt. B**
**Belle Chasse, LA 70037**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.676** **6** | $638.34 |

**Nonpriority creditor's name and mailing address**
**Mercedes Nelson**
**126 devonshire ct**
**3**
**Plover, WI 54467**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.676** **7** | $76.13 |

**Nonpriority creditor's name and mailing address**
**Merry McBroom**
**s45W34344 Rue Parc**
**Dousman, WI 53118**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.676** **8** | $155.38 |

**Nonpriority creditor's name and mailing address**
**Mia Cicha**
**14330 west wilbur drive**
**New Berlin, WI 53151**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.676** **9** | $67.19 |

**Nonpriority creditor's name and mailing address**
**Mia Kham**
**4312 lombardy ct**
**Hoffman Estates, IL 60192**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.677** **0** | $360.13 |

**Nonpriority creditor's name and mailing address**
**Mia Voland**
**3715 Harvest Drive**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.677** **1** | $134.38 |

**Nonpriority creditor's name and mailing address**
**Micaela Jobke**
**N1770 William Dr**
**Waupaca, WI 54981**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.677** **2** | $155.38 |

**Nonpriority creditor's name and mailing address**
**Micayla Fero-Stauff**
**323 Garfield St**
**Palmyra, WI 53156**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,225.88 |

**MICHAEL & LORI RYMKOS**
**905 S 19TH ST**
**Escanaba, MI 49829**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |

**Michael Asbury**
**624 sunset circle**
**Ripon, WI 54971**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |

**Michael Babby**
**3730 Lapeer Rd**
**Lot 42**
**Port HuronP, MI 48060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.68 |

**Michael Bailey**
**1932 north stone maple lane**
**Elkhart, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $748.93 |

**Michael Baker**
**901 Aubin st**
**89**
**Peshtigo, WI 54157**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.70 |

**Michael Bangart**
**1017 Rolling Meadows Drive**
**Little Chute, WI 54140**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,606.50 |

**Michael Barker**
**N5844 1st Ave**
**Plainfield, WI 54966**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Michael Barnes**
**5110 Highway 2 East Lot B11**
**Minot, ND 58701**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.678 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.45 |
|---|---|---|---|

**Michael Barr**
**691 South Green Bay Road**
**# 110**
**Neenah, WI 54956**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.678 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Michael Bartelt**
**N777hwy hh**
**Random Lake, WI 53075**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.678 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Michael Becker**
**3408 E Canary St**
**9**
**Appleton, WI 54915**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.678 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $705.08 |
|---|---|---|---|

**Michael Begovac**
**807 Champagne Ct**
**Pine Island, MN 55963**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.678 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Michael Bellmore**
**N3030 Fumee Lake Drive**
**Iron Mountain, MI 49801**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.678 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |
|---|---|---|---|

**Michael Biedscheid**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 970 of 1376

| 3.678 7 | Nonpriority creditor's name and mailing address **Michael Boettcher** **107 Hidden Ridges Circle** **Combined Locks, WI 54113** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed Basis for the claim:  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$677.25** |
|---|---|---|---|

| 3.678 8 | Nonpriority creditor's name and mailing address **Michael Boticki** **7127 Old Spring Street** **Racine, WI 53406** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed Basis for the claim:  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$261.45** |
|---|---|---|---|

| 3.678 9 | Nonpriority creditor's name and mailing address **Michael Brehmer** **1624 Old Hwy 51** **Apt 5** **Mosinee, WI 54455** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$128.63** |
|---|---|---|---|

| 3.679 0 | Nonpriority creditor's name and mailing address **Michael Bresler** **1630 S Driscoll St.** **Appleton, WI 54914** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed Basis for the claim:  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$479.85** |
|---|---|---|---|

| 3.679 1 | Nonpriority creditor's name and mailing address **Michael Bresler** **3021 n ballard rd** **Appleton, WI 54911** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed Basis for the claim:  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$151.19** |
|---|---|---|---|

| 3.679 2 | Nonpriority creditor's name and mailing address **michael bresler** **3021 N Ballard Rd.** **Appleton, WI 54911** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$1,102.50** |
|---|---|---|---|

| 3.679 3 | Nonpriority creditor's name and mailing address **Michael Bullock** **8780 saint johns rd** **Suring, WI 54174** Date(s) debt was incurred  **2019-2020** Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed Basis for the claim:  **Pre-Paid Tickets** Is the claim subject to offset? ■ No ☐ Yes | **$1,341.80** |
|---|---|---|---|

| 3.679 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.23 |
|---|---|---|---|

**Michael Carney**
E7986 STAGE RD
NEW LONDON, WI 54961

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $636.83 |
|---|---|---|---|

**Michael Champa**
218 N Main St
# 23
Fort Atkinson, WI 53538

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.25 |
|---|---|---|---|

**Michael Conard**
416 George St
Ste 105
De Pere, WI 54115

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Michael Driessen**
514 Rusch drive
Combined Locks, WI 54113

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,078.35 |
|---|---|---|---|

**Michael Dunn**
1415 Franklin St
Little Chute, WI 54140

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $413.18 |
|---|---|---|---|

**Michael Eis**
8725 W HILLCREST DR
Manitowoc, WI 54220

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.680 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,278.90 |
|---|---|---|---|

**Michael Fulton**
29317 Classic Drive
New Baltimore, MI 48051

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.680 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
| --- | --- | --- | --- |
|  | **Michael Gao**<br>2568 Moose Creek Trail<br>Green Bay, WI 54313 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _2019-2020_ |  |  |
|  | Last 4 digits of account number _ | Basis for the claim: _Pre-Paid Tickets_ |  |
|  |  | Is the claim subject to offset? ☑ No ☐ Yes |  |

| 3.680 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $816.38 |
| --- | --- | --- | --- |
|  | **Michael Gerhartz**<br>1415 Melissa Ln<br>New Holstein, WI 53061 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _2019-2020_ |  |  |
|  | Last 4 digits of account number _ | Basis for the claim: _Pre-Paid Tickets_ |  |
|  |  | Is the claim subject to offset? ☑ No ☐ Yes |  |

| 3.680 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $952.88 |
| --- | --- | --- | --- |
|  | **Michael Gerhartz**<br>1415 Melissa Ln<br>New Holstein, WI 53061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _2019-2020_ |  |  |
|  | Last 4 digits of account number _ | Basis for the claim: _Pre-Paid Tickets_ |  |
|  |  | Is the claim subject to offset? ☑ No ☐ Yes |  |

| 3.680 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
| --- | --- | --- | --- |
|  | **Michael Glaeser**<br>460 E Bank St<br>Fond Du Lac, WI 54935 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _2019-2020_ |  |  |
|  | Last 4 digits of account number _ | Basis for the claim: _Pre-Paid Tickets_ |  |
|  |  | Is the claim subject to offset? ☑ No ☐ Yes |  |

| 3.680 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
| --- | --- | --- | --- |
|  | **Michael Gonzalez**<br>Encantada Valle San Juan<br>SJ49, Via Paris<br>Trujillo Alto, PR 00976 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _2019-2020_ |  |  |
|  | Last 4 digits of account number _ | Basis for the claim: _Pre-Paid Tickets_ |  |
|  |  | Is the claim subject to offset? ☑ No ☐ Yes |  |

| 3.680 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
| --- | --- | --- | --- |
|  | **michael grimmer**<br>1216 S Lee St<br>Appleton, WI 54915 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _2019-2020_ |  |  |
|  | Last 4 digits of account number _ | Basis for the claim: _Pre-Paid Tickets_ |  |
|  |  | Is the claim subject to offset? ☑ No ☐ Yes |  |

| 3.680 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
| --- | --- | --- | --- |
|  | **Michael Gugg**<br>611 E KILBOURN AVE<br>West Bend, WI 53095 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _2019-2020_ |  |  |
|  | Last 4 digits of account number _ | Basis for the claim: _Pre-Paid Tickets_ |  |
|  |  | Is the claim subject to offset? ☑ No ☐ Yes |  |

| 3.680 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**Michael Guilmette**
1177N Zhigag Dr
Manistique, MI 49854

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.15 |
|---|---|---|---|

**Michael Halbrader**
919 Ridge Dr.
Dekalb, IL 60111

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Michael Hannes**
4714 Lindermann
Racine, WI 53406

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Michael Harrell**
7111 Mallgate Place
B4
Louisville, KY 40207

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.20 |
|---|---|---|---|

**Michael Harris**
1012 9th Ave S
Escanaba, MI 49829

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.96 |
|---|---|---|---|

**Michael Hintz**
526 E Harding Dr
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $493.45 |
|---|---|---|---|

**Michael Jaeger**
4350 s Deerwood dr
New Berlin, WI 53151

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Michael James**
**1909 Greenbriar Trail**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Michael Jowett**
**N6372 Hillcrest Rd**
**Pardeeville, WI 53954**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,116.13 |
|---|---|---|---|

**Michael Knuth**
**4399 Mohawk St**
**Wisconsin Rapids, WI 54495**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.33 |
|---|---|---|---|

**Michael Kohler**
**135 Veda Street**
**Marquette, MI 49855**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.38 |
|---|---|---|---|

**Michael Larson**
**E1990 HWY 54**
**Waupaca, WI 54981**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Michael Leveille**
**4735 Deer Place Drive**
**Abrams, WI 54101**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Michael Lovelace**
**1538 Avondale Dr**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 975 of 1376

| 3.682 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |

**Michael Luedke**
1323 Edward Court
West Bend, WI 53095

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.70 |

**Michael Malson**
990 Greenfield Trail
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $959.18 |

**Michael Manahan**
1569 Creve Coeur
La Salle, IL 61301

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241.50 |

**Michael Marse**
322 n wright st
Delavan, WI 53115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |

**Michael Mcnulty**
10985 LINCOLN AVE
Clive, IA 50325

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Michael Metzler**
5283 Warehouse Drive
New Franken, WI 54229

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**MICHAEL MEYERS**
N5430 STATE HWY. 76
Shiocton, WI 54170

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Michael Monroe**
212 riva ridge lane
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.683 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Michael Murphy**
355 woodlake Ct
Kohler, WI 53044

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.683 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,078.88 |
|---|---|---|---|

**MICHAEL NELSON**
1614 PILGRIM ST
Green Bay, WI 54304

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.683 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,781.20 |
|---|---|---|---|

**Michael Nicola**
9072 County Road Z
Suring, WI 54174

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.683 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,729.35 |
|---|---|---|---|

**Michael Pahnke**
13326 San road
Reedsville, WI 54230

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.683 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.30 |
|---|---|---|---|

**Michael Peavey**
2619 Country Place Dr
Richmond, TX 77406

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.683 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Michael Pelegrin**
290 S Kools St Apt 5
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.683 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $733.95 |
|---|---|---|---|

**Michael Peschke**
**1109 3rd avenue**
**Antigo, WI 54409**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,315.13 |
|---|---|---|---|

**Michael Phenix**
**501 comanche ln**
**Jackson, MO 63755**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Michael Plante**
**1113 GENEVA RD**
**#2**
**Menasha, WI 54952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Michael Ray**
**1020 Adams Pl**
**Kimberly, WI 54136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Michael Resch**
**24 woodhaven ln**
**Kaukauna, WI 54130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Michael Rideout**
**1408 N. Baker st.**
**Streator, IL 61364**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Michael Rinas**
**W201N16669 Hemlock street**
**Apt# 4**
**Jackson, WI 53037**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $609.00 |

**Michael Rodrian**
**N1858 Wochos road**
**Kewaunee, WI 54216**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _ _

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $288.23 |

**MICHAEL RYAN**
**N872 CTY RD M**
**Hortonville, WI 54944**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _ _

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $157.48 |

**Michael Salerno**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _ _

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $88.73 |

**Michael Salviati**
**2300 Mayfair Ave.**
**Westchester, IL 60154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _ _

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $119.69 |

**Michael Schuster**
**5325 kettle view ct.**
**Slinger, WI 53086**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _ _

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $261.45 |

**Michael Shaub**
**218 s cedar ave**
**Wood Dale, IL 60191**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _ _

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,928.08 |

**Michael Sinks**
**3423 Quail Ridge Ct**
**Granbury, TX 76049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _ _

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $959.18 |
|---|---|---|---|

**Michael STANKE**
172251 kristof rd
Hatley, WI 54440

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.685 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.63 |
|---|---|---|---|

**MICHAEL STAUDT**
1923 14TH ST
Two Rivers, WI 54241

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.685 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Michael Stephens**
1790 Elo Road
Pickett, WI 54964

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.685 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Michael Tamba**
8124 W. Smith Rd.
Medina, OH 44256

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.685 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Michael Teletzke**
265 E 10th Street
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.685 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Michael Thayer**
2650 merchant street
4
Marinette, WI 54143

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.685 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Michael Thayer**
2650 merchant street
4
Marinette, WI 54143

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.685 7 | | | | $134.38 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Thompson**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 8 | | | | $747.08 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Tousey**
**6520 N. Kurey Rd**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 9 | | | | $401.63 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Van Dyke**
**1420 E Calumet Road**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 0 | | | | $356.96 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Van Eyck**
**W6157 Spencer Road**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 1 | | | | $639.45 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Vander Loop**
**478 Dewey Decker Drive**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 2 | | | | $392.65 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Westberg**
**N1071 County Road A**
**Columbus, WI 53925**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 3 | | | | $345.45 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Westphal**
**6835 Hickory Rd**
**West Bend, WI 53090**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**michael wooley**
**2409 Memorial Drive**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.38 |
|---|---|---|---|

**Michael Zimmerlee**
**436 Illinois Ave**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.94 |
|---|---|---|---|

**michaela mitchell**
**9455 Town line Rd**
**Kewaskum, WI 53040**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Michaela Prust**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Michaela Rowland**
**1357 Castle Rock Ct.**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.48 |
|---|---|---|---|

**Michaela Schaubroeck**
**2170 Walton Ct**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308.69 |
|---|---|---|---|

**Michaela Schiller**
**1721 Dublin trails**
**61**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$470.38** |
| **Michaela Sterzing** | ☐ Contingent | |
| **N4459 West Townline Road** | ■ Unliquidated | |
| **Marinette, WI 54143** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.687 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$728.18** |
| **Michal Karp** | ☐ Contingent | |
| **324 S Maple St.** | ■ Unliquidated | |
| **Mount Prospect, IL 60056** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.687 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.19** |
| **Michela Breunig** | ☐ Contingent | |
| **N600 Pulvermacher Rd** | ☐ Unliquidated | |
| **Prairie Du Sac, WI 53578** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.687 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$378.00** |
| **Michela Warner** | ☐ Contingent | |
| **No Address - purchased tickets via PayPa** | ■ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.687 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233.07** |
| **Michele Denruiter** | ☐ Contingent | |
| **N6687 S Center Rd** | ■ Unliquidated | |
| **Beaver Dam, WI 53916** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.687 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.96** |
| **Michele Johnson** | ☐ Contingent | |
| **11057 Red Pine Way** | ■ Unliquidated | |
| **Waupaca, WI 54981** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.687 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,440.04** |
| **MICHELE OSKOLA** | ☐ Contingent | |
| **101 Rich Rd** | ☐ Unliquidated | |
| **Ripon, WI 54971** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.687 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Michele Vasquez**
698 S Oak Park Ct
Milwaukee, WI 53214

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.18 |
|---|---|---|---|

**Michele Walton**
3740 S Arizona Trail
Janesville, WI 53546

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.63 |
|---|---|---|---|

**Michele Wickham**
21 Mountain Ave
Middletown, NY 10940

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Michele Wright**
2892 Amanda Ct
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Michele Young**
9295 RACHEL DR
WONDER LAKE, IL 60097

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Michelle Bartoletti**
3020 Bridge Rd
Suamico, WI 54313

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.23 |
|---|---|---|---|

**Michelle Baumgart**
465 Dutton Ave
Green Bay, WI 54304

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.50 |
|---|---|---|---|

**MICHELLE Benson**
1516 6TH ST
Marinette, WI 54143

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Michelle Bolf**
1054 Lafayette St
Aurora, IL 60505

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.84 |
|---|---|---|---|

**Michelle Braithwaite**
1702 Manley street
Madison, WI 53704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Michelle Burns**
32 Redwood Trl
Wheeling, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Michelle Bursek**
16 Ottawa trail
Sheboygan, WI 53081

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

**Michelle Cash**
15270 Oakdale Pl
Cedar Lake, IN 46303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**MICHELLE CONVERY**
1903 FARLIN AVE
Green Bay, WI 54302

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$1,387.03** |
| **Michelle DeGrave** | | ☐ Contingent | |
| **N. 1862 County RD AB** | | ☑ Unliquidated | |
| **Denmark, WI 54208** | | ☐ Disputed | |
| Date(s) debt was incurred  _2019-2020_ | | Basis for the claim:  _Pre-Paid Tickets_ | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.689 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$500.85** |
| **Michelle DeJesus** | | ☐ Contingent | |
| **1102 Chicago St** | | ☑ Unliquidated | |
| **Green Bay, WI 54301** | | ☐ Disputed | |
| Date(s) debt was incurred  _2019-2020_ | | Basis for the claim:  _Pre-Paid Tickets_ | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.689 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$77.69** |
| **Michelle Dickinson** | | ☐ Contingent | |
| **PO Box 2012** | | ☐ Unliquidated | |
| **Edmond, OK 73083** | | ☐ Disputed | |
| Date(s) debt was incurred  _2019-2020_ | | Basis for the claim:  _Pre-Paid Tickets_ | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.689 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$281.38** |
| **Michelle Dodd** | | ☐ Contingent | |
| **710 Grandview Road** | | ☐ Unliquidated | |
| **Hortonville, WI 54944** | | ☐ Disputed | |
| Date(s) debt was incurred  _2019-2020_ | | Basis for the claim:  _Pre-Paid Tickets_ | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.689 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$134.38** |
| **Michelle Eby** | | ☐ Contingent | |
| **60 Kessel Ct** | | ☑ Unliquidated | |
| **Apt 25** | | ☐ Disputed | |
| **Madison, WI 53711** | | | |
| Date(s) debt was incurred  _2019-2020_ | | Basis for the claim:  _Pre-Paid Tickets_ | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.689 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$803.26** |
| **Michelle Emmons** | | ☐ Contingent | |
| **2540 Hidden Circle** | | ☑ Unliquidated | |
| **Unit 6** | | ☐ Disputed | |
| **Waterford, WI 53185** | | | |
| Date(s) debt was incurred  _2019-2020_ | | Basis for the claim:  _Pre-Paid Tickets_ | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.689 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$155.38** |
| **Michelle Femal** | | ☐ Contingent | |
| **N9475 Dusty Dr** | | ☑ Unliquidated | |
| **Appleton, WI 54915** | | ☐ Disputed | |
| Date(s) debt was incurred  _2019-2020_ | | Basis for the claim:  _Pre-Paid Tickets_ | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.6899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $693.51 |
|---|---|---|---|

**Michelle French**
8450 Cty Road R
Suring, WI 54174

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.88 |
|---|---|---|---|

**Michelle Frisbie**
W6843 MARRIHILL CT
Greenville, WI 54942

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Michelle Gmeiner**
7298 County Road MM
Larsen, WI 54947

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Michelle Goeman**
N2052 State Road 67
Campbellsport, WI 53010

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,108.76 |
|---|---|---|---|

**Michelle Gosz**
W7388 RED HAWK DR
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Michelle Guehrer**
1423 Oak st
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Michelle Gunderson**
609 11th street
Menasha, WI 54952

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Michelle Hanseder**
5110 Southwind Dr.
Winneconne, WI 54986

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Michelle Hardwick**
10448 Whitefish Hill Rd
Rapid River, MI 49878

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Michelle Hemp**
2517 Chase Street
La Crosse, WI 54601

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.55 |
|---|---|---|---|

**Michelle Holt**
311 S. Wells St.
14
Lake Geneva, WI 53147

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Michelle Horan**
1825 17th St S
Fargo, ND 58103

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Michelle Jankowski**
5240 Primrose Lane
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Michelle Jensen**
2870 Woodhaven Cir
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,471.58 |
|---|---|---|---|

**Michelle Jensen**
**2870 Woodhaven Circle**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.691 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Michelle Kaiser**
**312 main street**
**Horicon, WI 53032**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.691 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**Michelle Knoch**
**7548 M-65 S**
**Lachine, MI 49753**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.691 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.07 |
|---|---|---|---|

**Michelle Kratz**
**302 East Conant Street**
**Portage, WI 53901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.691 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.00 |
|---|---|---|---|

**michelle law**
**143 n Moreland Blvd apt 108**
**108**
**waukesha, wi 53188**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.691 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.65 |
|---|---|---|---|

**Michelle Liljegren**
**500 W Centralia Street**
**Elkhorn, WI 53121**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.691 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Michelle Maldonado**
**2030 Baltic Ter**
**Green Bay, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.692 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.70 |
|---|---|---|---|

**3.692 0**

Nonpriority creditor's name and mailing address

**MICHELLE Moerchen**
**454 3rd St.**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$266.70

---

**3.692 1**

Nonpriority creditor's name and mailing address

**Michelle Murphy**
**14444 s. birchdale drive**
**Homer Glen, IL 60491**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$346.50

---

**3.692 2**

Nonpriority creditor's name and mailing address

**Michelle Nanstad Gerlach**
**3011 9th St S.**
**Wisconsin Rapids, WI 54494**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$197.38

---

**3.692 3**

Nonpriority creditor's name and mailing address

**Michelle Neill**
**W2226 State Rd 49**
**Brownsville, WI 53006**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$109.19

---

**3.692 4**

Nonpriority creditor's name and mailing address

**Michelle Paulson**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

**3.692 5**

Nonpriority creditor's name and mailing address

**Michelle Potter**
**314 Oak Drive**
**Rosendale, WI 54974**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$463.58

---

**3.692 6**

Nonpriority creditor's name and mailing address

**Michelle Reiche**
**242497 County Rd W**
**Wausau, WI 54403**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$642.88

---

| 3.692 7 | Nonpriority creditor's name and mailing address<br>**Michelle Reilly**<br>**212 Western Avenue**<br>**Sheboygan Falls, WI 53085**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$134.38** |
|---|---|---|---|

| 3.692 8 | Nonpriority creditor's name and mailing address<br>**Michelle Ries**<br>**430 E. Division St.**<br>**Fond Du Lac, WI 54935**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$218.38** |
|---|---|---|---|

| 3.692 9 | Nonpriority creditor's name and mailing address<br>**Michelle Saunders**<br>**668 Franklin Street**<br>**Oshkosh, WI 54901**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$197.38** |
|---|---|---|---|

| 3.693 0 | Nonpriority creditor's name and mailing address<br>**Michelle Schilling Wagner**<br>**2224 Magnolia Ln**<br>**Green Bay, WI 54304**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$260.38** |
|---|---|---|---|

| 3.693 1 | Nonpriority creditor's name and mailing address<br>**Michelle Schuler**<br>**N1128 Breyer Court**<br>**Hortonville, WI 54944**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$260.38** |
|---|---|---|---|

| 3.693 2 | Nonpriority creditor's name and mailing address<br>**Michelle Shadof**<br>**119 E Green St**<br>**Watertown, WI 53098**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$327.57** |
|---|---|---|---|

| 3.693 3 | Nonpriority creditor's name and mailing address<br>**Michelle shafer**<br>**29294 Quinn rd**<br>**North Liberty, IN 46554**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$575.38** |
|---|---|---|---|

| 3.693 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
| --- | --- | --- | --- |

**Michelle Stanzel**
314 West Wilson St
Valders, WI 54245

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
| --- | --- | --- | --- |

**Michelle Stauffacher**
N5919 Marie Ct
Albany, WI 53502

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
| --- | --- | --- | --- |

**Michelle Steinhausen**
1014 2nd Ave S
Escanaba, MI 49829

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
| --- | --- | --- | --- |

**Michelle Stephenson**
1110 Adams Street
Algoma, WI 54201

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $350.65 |
| --- | --- | --- | --- |

**Michelle Thede**
311 Evergreen Ln
Chilton, WI 53014

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
| --- | --- | --- | --- |

**Michelle Thomas**
909 n 14th st
Manitowoc, WI 54220

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
| --- | --- | --- | --- |

**Michelle Wagner**
1956 S. Pine Tree Road
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Michelle Weber**
N10565 Cottonwood Rd
Waupun, WI 53963

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.694 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Michelle Weiland**
728 Ida St
Menasha, WI 54952

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.694 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**MICHELLE Werch**
510 Sacramento Street
Berlin, WI 54923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.694 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.07 |
|---|---|---|---|

**Michelle Weyenberg**
950 Marquette Street
Menasha, WI 54952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.694 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $759.43 |
|---|---|---|---|

**MICHELLE ZOELLNER**
616 LINCOLN ST
Neenah, WI 54956

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.694 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Mickayla Davis**
250 Carlson Pkwy
apt 320
Hopkins, MN 55305

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.694 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Micky Barrette**
W336S9275 Valley View Dr
Mukwonago, WI 53149

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Mikae Kolosso**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Mikaela Rosenow**
**N3903 Spruce road**
**Shawano, WI 54166**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.25 |
|---|---|---|---|

**Mikaela Selle**
**812 e Lieg ave**
**Shawano, WI 54166**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.57 |
|---|---|---|---|

**Mikaela Willhite**
**305 Riverside Avenue S**
**Sartell, MN 56377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Mikayla Farrell**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Mikayla Haag**
**110 West Street**
**Beaver Dam, WI 53916**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.74 |
|---|---|---|---|

**Mikayla Mays**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.695 5**

Nonpriority creditor's name and mailing address

**Mikayla Newman**
**w8319 Town Hall Road**
**Sharon, WI 53585**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$500.85**

---

**3.695 6**

Nonpriority creditor's name and mailing address

**Mikayla Pavlekovich**
**1393 Harris Dr**
**Waukesha, WI 53186**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$449.38**

---

**3.695 7**

Nonpriority creditor's name and mailing address

**Mikayla Roddan**
**4943 west 142 1/2 street**
**Savage, MN 55378**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

**3.695 8**

Nonpriority creditor's name and mailing address

**Mikayla Schowalter**
**206 West Walters st.**
**Port Washington, WI 53074**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$386.38**

---

**3.695 9**

Nonpriority creditor's name and mailing address

**Mikayla Severson**
**2680 W Parkmoor Ct**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$134.38**

---

**3.696 0**

Nonpriority creditor's name and mailing address

**Mikayla Wing**
**1736 Minnesota st**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$288.23**

---

**3.696 1**

Nonpriority creditor's name and mailing address

**MIKE ALLARD**
**W1346 ST HWY 28**
**Theresa, WI 53091**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,291.50**

---

| 3.696 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$1,656.91** |
| **Mike Anderson** | ☐ Contingent | | |
| **No Address - purchased tickets via PayPa** | ☑ Unliquidated | | |
| Date(s) debt was incurred  2019-2020 | ☐ Disputed | | |
| Last 4 digits of account number __ | **Basis for the claim:  Pre-Paid Tickets** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.696 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$1,479.98** |
| **Mike Beard** | ☐ Contingent | | |
| **3925 DOOLITTLE DRIVE** | ☑ Unliquidated | | |
| **Apt# 12** | ☐ Disputed | | |
| **Stevens Point, WI 54481** | | | |
| Date(s) debt was incurred  2019-2020 | **Basis for the claim:  Pre-Paid Tickets** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.696 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$77.69** |
| **Mike Bednar** | ☐ Contingent | | |
| **717 Maine Ave** | ☑ Unliquidated | | |
| **Fond Du Lac, WI 54937** | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | **Basis for the claim:  Pre-Paid Tickets** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.696 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$109.73** |
| **Mike Behm** | ☐ Contingent | | |
| **1830 S VAN DYKE RD** | ☑ Unliquidated | | |
| **Appleton, WI 54914** | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | **Basis for the claim:  Pre-Paid Tickets** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.696 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$356.96** |
| **Mike Bettcher** | ☐ Contingent | | |
| **1902 Greenbriar Trail** | ☑ Unliquidated | | |
| **Oshkosh, WI 54904** | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | **Basis for the claim:  Pre-Paid Tickets** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.696 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$984.38** |
| **Mike Boelter** | ☐ Contingent | | |
| **1629 CEDAR ST** | ☑ Unliquidated | | |
| **Oshkosh, WI 54901** | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | **Basis for the claim:  Pre-Paid Tickets** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.696 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$288.23** |
| **mike bray** | ☐ Contingent | | |
| **1021 MAYER ST** | ☑ Unliquidated | | |
| **Menasha, WI 54952** | ☐ Disputed | | |
| Date(s) debt was incurred  2019-2020 | **Basis for the claim:  Pre-Paid Tickets** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.696 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Mike Burgy**
W394S3495 county road Z
Waukesha, WI 53186

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.69 |
|---|---|---|---|

**Mike Dolan**
1425 Rainbow Dr
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Mike Elmer**
4956 county road ii
Larsen, WI 54947

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Mike Garcia**
410 State Street
Oconomowoc, WI 53066

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $641.01 |
|---|---|---|---|

**Mike Glass**
1084 Oregon St
Green Bay, WI 54303

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $766.50 |
|---|---|---|---|

**Mike Goede**
E2834 newton rd
Genoa, WI 54632

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,598.10 |
|---|---|---|---|

**Mike Guerin**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**mike gundrum**
5111 Pinecrest Ct
West Bend, WI 53095

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Mike Jacobson**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Mike Jimenez**
150 31st St
Marion, IA 52302

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.13 |
|---|---|---|---|

**Mike Jones**
6613 CARL CT
Woodridge, IL 60517

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.45 |
|---|---|---|---|

**MIKE JUREY**
2579 Heather Road
Green Bay, WI 54311

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |
|---|---|---|---|

**mike lehman**
e2548 cty hwy BB
Denmark, WI 54208

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215.25 |
|---|---|---|---|

**Mike Lenz**
265 Grand Ct
APT A205
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page **998** of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 998 of 1376

| 3.698 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,422.35 |
|---------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Mike Lewis**
**949 e frances**
**Appleton, WI 54911**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.45 |
|---------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Mike Mann**
**4121 W Rivers Edge Cir**
**Apt 214**
**Milwaukee, WI 53209**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Mike Marino**
**1121 Lowell Ln**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $755.92 |
|---------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Mike Middleton**
**3740 NE 48th Terr**
**Kansas City, MO 64119**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Mike Mulkey**
**7545 Tree Lane**
**Apt 105**
**Madison, WI 53717**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Mike Munch**
**1112 Somonauk St**
**Sycamore, IL 60178**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.90 |
|---------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**mike nason**
**373 e greenbay ave**
**102**
**Saukville, WI 53080**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.699 0 | **$737.11** |

**Nonpriority creditor's name and mailing address**

**Mike Palechek**
**1715 S 1st St**
**Milwaukee, WI 53204**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.699 1 | **$1,436.89** |

**Nonpriority creditor's name and mailing address**

**Mike Riska**
**W4016 Leah Lane**
**Appleton, WI 54913**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.699 2 | **$218.38** |

**Nonpriority creditor's name and mailing address**

**Mike Rizzo**
**1897 Mayfair Dr**
**White Lake, MI 48383**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.699 3 | **$303.45** |

**Nonpriority creditor's name and mailing address**

**Mike Roller**
**2476 bewick**
**Saginaw, MI 48601**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.699 4 | **$134.38** |

**Nonpriority creditor's name and mailing address**

**Mike Sauter**
**5784 fairway dr**
**South Beloit, IL 61080**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.699 5 | **$67.19** |

**Nonpriority creditor's name and mailing address**

**Mike Siegrist**
**3127 scenic dr**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.699 6 | **$419.96** |

**Nonpriority creditor's name and mailing address**

**Mike Simoens**
**3091 SUNRAY LANE**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.699 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.95 |
|---|---|---|---|

**Mike Smiley**
E2597 Rockledge Road
Casco, WI 54205

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Mike Spice**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Mike Svec**
3954 S. 55th
Milwaukee, WI 53220

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.65 |
|---|---|---|---|

**Mike Tyriver**
3131 Sawyer Creek Dr.
Oshkosh, WI 54904

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Mike Villeneuve**
3292 Meadowbrook Rd
Oshkosh, WI 54904

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.69 |
|---|---|---|---|

**Mike West**
336 Fairbanks rd
Crystal Falls, MI 49920

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Mike Westeen**
2659 Trojan Dr. Apt #415
415
Green Bay, WI 54304

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Mike Wheeler**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.700 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $843.68 |

**Mike Williams**
**4784 NATCHEZ CT**
**Savage, MN 55378**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.700 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |

**Mike Wollner**
**12220 W Highland Rd**
**Mequon, WI 53097**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.700 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Mikennah Reek**
**421 Rainbow Circle**
**Peshtigo, WI 54157**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.700 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Mikhayla Pumper**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.700 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Miles Helmich**
**W4981 golf course rd**
**Sherwood, WI 54169**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.701 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.63 |

**Milissa Stipe**
**4770 South County T Road**
**Denmark, WI 54208**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.701 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Mimi Bushala**
1434 Somerset Ave
Deerfield, IL 60015

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,584.45 |
|---|---|---|---|

**Mindy Brown**
117 north Austin st
Paris, IL 61944

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $653.63 |
|---|---|---|---|

**Mindy Essex**
4019 telegraph rd
Davenport, IA 52804

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.68 |
|---|---|---|---|

**Mindy Hagstrom**
1719 East  Tyler Road
Hart, MI 49420

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.38 |
|---|---|---|---|

**Mindy Kletzien**
N9742 county road AY
Mayville, WI 53050

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.68 |
|---|---|---|---|

**Mindy Metoxen**
915 Grant St
De Pere, WI 54115

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Mindy Urmanski**
229188 County Road H
Edgar, WI 54426

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $843.68 |
|---|---|---|---|

**Mindy Wender**
**N3810 S Grand Oak Drive**
**Iron Mountain, MI 49801**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Miranda Anda**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Miranda Blake**
**N6811 North Island view rd**
**Watertown, WI 53094**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.90 |
|---|---|---|---|

**Miranda Frazier**
**200 Fillmore Street**
**PO Box 168**
**Hanover, IL 61041**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Miranda Galligan**
**W3001 Saint Kilian Drive**
**Campbellsport, WI 53010**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.88 |
|---|---|---|---|

**Miranda Hausauer**
**215 Vernon st**
**Algoma, WI 54201**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.88 |
|---|---|---|---|

**Miranda Keuntjes**
**5031 COUNTRY BREEZE LN W**
**Larsen, WI 54947**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Miranda Lemke**
**W745 Riverview Road**
**Hilbert, WI 54129**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Miranda Neuy**
**497 Meadow Lane**
**Lomira, WI 53048**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Miranda Portman**
**1428 Glenview Lane**
**Little Chute, WI 54140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Miranda Smith**
**203 Winston Way**
**Waunakee, WI 53597**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Miranda Staude**
**404 Franklin St.**
**4**
**Watertown, WI 53094**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,165.50 |
|---|---|---|---|

**Miranda Steiner**
**305 E. Gruber St.**
**Antigo, WI 54409**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.90 |
|---|---|---|---|

**Miranda Vielbaum**
**210 North Freeman Dr**
**Apt #3**
**Port Washington, WI 53074**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1005 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1005 of 1376

| 3.703 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $394.76 |
|---|---|---|---|

**Missy Brempell**
6331 Military road
Lena, WI 54139

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Missy Dehn-Baldry**
2791 Village Lane
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Missy Spoerl**
1119 e kilbourn Ave
West Bend, WI 53095

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.68 |
|---|---|---|---|

**Misti Yeskis**
734 jefferson st
14
Wausau, WI 54403

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.88 |
|---|---|---|---|

**Mistie Poetzl**
1104 16th ave
Menominee, MI 49858

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Misty Marshall**
130 S Grove St
Livingston, WI 53554

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Misty Michaud**
7184 WEST CENTER RD
Forestville, WI 54213

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**3.703 9**

Nonpriority creditor's name and mailing address
**Misty Mrotek**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$119.69

---

**3.704 0**

Nonpriority creditor's name and mailing address
**Misty Pagel**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$455.18

---

**3.704 1**

Nonpriority creditor's name and mailing address
**Misty Verhagen**
**534 Cecelia Street**
**Combined Locks, WI 54113**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$272.96

---

**3.704 2**

Nonpriority creditor's name and mailing address
**Mitch DeBehnke**
**N2377 Holy Hill Dr**
**Greenville, WI 54942**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$803.25

---

**3.704 3**

Nonpriority creditor's name and mailing address
**Mitch Herbel**
**703 e 5th st**
**Shawano, WI 54166**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$155.38

---

**3.704 4**

Nonpriority creditor's name and mailing address
**Mitch Marohl**
**W183N8597 Lawrence court**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$373.76

---

**3.704 5**

Nonpriority creditor's name and mailing address
**Mitch Musser**
**913 Oak St**
**P.o. box 134**
**Winneconne, WI 54986**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$109.19

---

| 3.704 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Mitch Staszak**
**524 Alpine Dr**
**Oconto Falls, WI 54154**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.704 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Mitch VerVelde**
**N2929 Sunset Drive**
**Oostburg, WI 53070**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.704 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Mitchel Burns**
**Mitchel Burns**
**Saint Cloud, WI 53079**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.704 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Mitchell Bartelt**
**1736 Dakota Drive N**
**305**
**Fargo, ND 58102**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.705 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**MITCHELL GEER**
**3806 WESTERN DR**
**Oshkosh, WI 54901**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.705 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Mitchell Grzybowski**
**4283 White Pine Drive**
**Green Bay, WI 54313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.705 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.38 |
|---|---|---|---|

**Mitchell Guise**
**3121 52nd. Ave. Ct.**
**Bettendorf, IA 52722**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.705 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |

**Mitchell Hartmann**
5883 sand dr
West Bend, WI 53095

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**MITCHELL KRUG**
W7046 BUTTERCUP CT
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Mitchell Kuehnl**
1945 Wasilla ln
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**Mitchell Marshman**
W177N8600 Lynwood Dr.
Menomonee Falls, WI 53051

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.48 |

**Mitchell Meyer**
w7067 Apollo Ave
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |

**Mitchell Pong**
608 W 20TH ST S
Claremore, OK 74017

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |

**Mitchell Thyssen**
2825 Timber Lane
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.706 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Mitchell Waechter**
**N1977 County Rd V**
**Campbellsport, WI 53010**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**MITZI DECKER**
**376 MOON VALLEY DR**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Moira Puls**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Molly Cornell**
**7116 Sixel Road**
**Sturgeon Bay, WI 54235**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Molly Dahlke**
**717 Brule Rd**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**molly krupp**
**5601 river road**
**Waunakee, WI 53597**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.63 |
|---|---|---|---|

**MOLLY MOORE**
**1122 WASHINGTON AVE**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Molly Moylan**
5537 1st Avenue SW
Cedar Rapids, IA 52405

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Molly Romenesko**
1201 E Wisconsin Ave
Little Chute, WI 54140

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Molly Stram**
668 S. 14th Ave.
West Bend, WI 53095

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,288.20 |
|---|---|---|---|

**Monica Bain**
1003 Pearl St
Waukesha, WI 53186

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Monica Ruda**
106 1/2 Main street
Merrimac, WI 53561

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $808.50 |
|---|---|---|---|

**Monica Walsh**
7780 Hwy 51
Deforest, WI 53532

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,351.35 |
|---|---|---|---|

**Monika Iverson**
1026 1st. Ave
Grafton, WI 53024

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Montana Steier**
1232 Snowdon dr
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**Morgan Ackermann**
2112 shamrock lane
Green Bay, WI 54304

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Morgan Bauch**
12892 71st Street
1407
Kenosha, WI 53142

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Morgan Behnke**
N8881 Randolph St.
Brillion, WI 54110

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Morgan Borchardt**
6692 W Thornapple Dr.
Janesville, WI 53548

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.01 |
|---|---|---|---|

**Morgan Budde**
223 pendleton
Winchester, KY 40391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,020.61 |
|---|---|---|---|

**Morgan Cawley**
3413 13th street
Menominee, MI 49858

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Morgan Christensen**
S75w22695 Badger trl
Big Bend, WI 53103

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Morgan Clark**
Bay view Rd
Mayville, WI 53050

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Morgan Collins**
1890 Erdahl Drive
Stoughton, WI 53589

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.708 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.07 |
|---|---|---|---|

**Morgan Gerow**
916 Michigan Avenue
Gladstone, MI 49837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Morgan Habhegger**
716 w broadway
1
Winona, MN 55987

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Morgan Hanson**
439 Bergamont Blvd
Oregon, WI 53575

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482.95 |
|---|---|---|---|

**Morgan Hilgart**
W6851 Mohrbach Rd
Park Falls, WI 54552

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.63 |
|---|---|---|---|

**Morgan Iverson**
**1002 Mill St**
**New London, WI 54961**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.708 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**Morgan Jari**
**202 James Ave**
**Rothschild, WI 54474**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.709 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.94 |
|---|---|---|---|

**Morgan Kraimer**
**N2454 Chapel Hill Dr**
**Greenville, WI 54942**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.709 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Morgan Krause**
**3111 Rolaine Parkway**
**Hartford, WI 53027**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.709 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.69 |
|---|---|---|---|

**Morgan Laux**
**903 S. Schaefer St.**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.709 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Morgan McConnell**
**2323 Harrison st.**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.709 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Morgan Michalkiewicz**
**N968 West Lake Court**
**Hortonville, WI 54944**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.709 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Morgan Plantz**
232 Doty st
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Morgan Plitt**
2915 crystal spring lane
Hermitage, TN 37076

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Morgan Schueler**
124 South Third Street
Princeton, WI 54968

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Morgan Swanson**
W5154 Shorewood Ct
Sherwood, WI 54169

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Morgan Tyler**
677 Meadowview Ln
Nevada, TX 75173

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Morgan Vandenhouten**
820 Marys Court
Luxemburg, WI 54217

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Morgan Verkuilen**
827 Lawe Street
Kaukauna, WI 54130

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Morgan Wiedenhoeft**
**542 s franklin st**
**Whitewater, WI 53190**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$377.96**

---

**Nonpriority creditor's name and mailing address**
**Morgan Wittig**
**5027 Sunset Drive**
**Kewaskum, WI 53040**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$822.08**

---

**Nonpriority creditor's name and mailing address**
**Moriah Boggs**
**608 Fredrick street**
**Stevens Point, WI 54481**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$119.69**

---

**Nonpriority creditor's name and mailing address**
**Moriah Ware**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$203.69**

---

**Nonpriority creditor's name and mailing address**
**Musica Perez**
**PO Box 482**
**New Glarus, WI 53574**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$119.69**

---

**Nonpriority creditor's name and mailing address**
**Mya Edwards**
**3259 prairie hollow dr**
**Richfield, WI 53076**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$73.50**

---

**Nonpriority creditor's name and mailing address**
**Mya Snyder**
**E1644 River Wood Dr**
**Waupaca, WI 54981**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| 3.710 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Myah Petri**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.711 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Mylea Juidici**
**N2476 Benjamin Dr**
**Greenville, WI 54942**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.711 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Myleah Keller**
**309 Riverview Drive**
**Manitowoc, WI 54220**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.711 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Myles Parker**
**e9251 Guhl Rd**
**Fremont, WI 54940**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.711 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Mystique Thompson**
**N168W21700 main st lot 203**
**Jackson, WI 53037**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.711 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Nadia Jashinsky**
**W5106 Red School Rd.**
**Peshtigo, WI 54157**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.711 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Nahdia Alba**
**1906 Bennett St**
**Dubuque, IA 52001**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.711 6 | Nonpriority creditor's name and mailing address | | $155.38 |
|---|---|---|---|

**Nan Gabrielse**
**N1786 Nuestro Drive**
**Oostburg, WI 53070**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 7 | Nonpriority creditor's name and mailing address | | $98.69 |
|---|---|---|---|

**Nancy Chevalier**
**N378 Red Tail Lane**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 8 | Nonpriority creditor's name and mailing address | | $98.69 |
|---|---|---|---|

**Nancy Cottrell**
**60 Sunny Hill Ave.**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 9 | Nonpriority creditor's name and mailing address | | $239.38 |
|---|---|---|---|

**Nancy Curtis**
**3410 N Thornberry Dr**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 0 | Nonpriority creditor's name and mailing address | | $77.69 |
|---|---|---|---|

**Nancy Davis**
**2009 Peters Road**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 1 | Nonpriority creditor's name and mailing address | | $77.69 |
|---|---|---|---|

**Nancy Penney**
**484 Kirkwood Dr**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 2 | Nonpriority creditor's name and mailing address | | $626.33 |
|---|---|---|---|

**NANCY STERLETSKE**
**545 Manitowoc street**
**Reedsville, WI 54230**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Nancy Weller**
**130 walnut street**
**Omro, WI 54963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.38 |
|---|---|---|---|

**Nancy Wolle**
**1627 Brilowski Rd N**
**Stevens Point, WI 54482**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Nariah Ketchum**
**PO Box 692**
**Caspian, MI 49915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Nash Haney**
**204 east Indianwood drive**
**Apt 8**
**Oconto Falls, WI 54154**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Natalie Anderson**
**N71 W29770 Tamron Lane**
**Hartland, WI 53029**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $562.76 |
|---|---|---|---|

**Natalie Apple**
**2485 Orchard Circle Dr**
**Apt 11**
**Traverse City, MI 49686**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.94 |
|---|---|---|---|

**Natalie Bodette**
**340 9th Avenue N**
**Wisconsin Rapids, WI 54495**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,328.21 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Natalie Geiger**
**300 South Water Street**
**Lomira, WI 53048**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.713 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Natalie Gross**
**2404 Springdale Rd**
**Apt 106**
**Waukesha, WI 53186**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$677.25

---

| 3.713 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Natalie Haas**
**713 fairway lane**
**Jefferson, WI 53549**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$130.73

---

| 3.713 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Natalie Kuhaupt**
**W186 N8837 Duke Street**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$77.69

---

| 3.713 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Natalie Leclair**
**3031 Fond Du Lac Rd.**
**Apt 10**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$419.96

---

| 3.713 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Natalie Moran**
**1301 UNIVERSITY AVE SE**
**APT #522**
**Minneapolis, MN 55414**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$67.19

---

| 3.713 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Natalie Mullendore**
**1085 Fjord Pass**
**Mount Horeb, WI 53572**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

$281.38

---

| 3.713 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Natalie Nigbor**
W6787 S. Silver Lake Rd.
Wautoma, WI 54982

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Natalie Nowak**
W8226 Moonshine Hill Road
Crivitz, WI 54114

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**natalie perez**
n2406 18th ave
Wautoma, WI 54982

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Natalie Perrault**
320 Lac La Belle Dr.
Oconomowoc, WI 53066

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Natalie Reeb**
1236 Rita ln
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.00 |
|---|---|---|---|

**Natalie Schnell**
623a West Lincoln Ave
a
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Natalie Schroeder**
N12304 Lubka Rd
Wausaukee, WI 54177

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1021 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1021 of 1376

| 3.714 4 | Nonpriority creditor's name and mailing address | | $201.57 |
|---|---|---|---|

**Natalie Sorenson**
**1035 Oxford Rd**
**Waukesha, WI 53186**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.714 5 | Nonpriority creditor's name and mailing address | | $340.15 |
|---|---|---|---|

**Natalie Walker**
**N8219 River road**
**Bear Creek, WI 54922**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.714 6 | Nonpriority creditor's name and mailing address | | $251.96 |
|---|---|---|---|

**Natasha Bebo**
**2014 MAHON CT**
**GREEN BAY, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.714 7 | Nonpriority creditor's name and mailing address | | $119.69 |
|---|---|---|---|

**Natasha Hedke**
**100 college drive**
**Apartment 7**
**Evansville, WI 53536**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.714 8 | Nonpriority creditor's name and mailing address | | $288.23 |
|---|---|---|---|

**Natasha Nowak**
**2030 woodlawn ave**
**West Bend, WI 53090**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.714 9 | Nonpriority creditor's name and mailing address | | $97.13 |
|---|---|---|---|

**Natasha Sprunk**
**104 south Main Street**
**700**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.715 0 | Nonpriority creditor's name and mailing address | | $130.19 |
|---|---|---|---|

**Nate Abitz**
**644 Milwaukee St**
**Lomira, WI 53048**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.715 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251.96** |
| **Nate Bonesho** | ☐ Contingent | |
| **n80w15677rainbow drive** | ■ Unliquidated | |
| **Menomonee Falls, WI 53051** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.715 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.74** |
| **Nate Brownie** | ☐ Contingent | |
| **2105 Hendricks Avenue** | ■ Unliquidated | |
| **Kaukauna, WI 54130** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.715 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |
| **Nate Crayton** | ☐ Contingent | |
| **W2585 Longmeadow Dr** | ■ Unliquidated | |
| **Elkhorn, WI 53121** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.715 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$153.30** |
| **Nate Griepentrog** | ☐ Contingent | |
| **707 Oconto Pl** | ■ Unliquidated | |
| **De Pere, WI 54115** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.715 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151.73** |
| **Nate Hickson** | ☐ Contingent | |
| **600 Hogan Trail** | ■ Unliquidated | |
| **Sobieski, WI 54171** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.715 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392.65** |
| **Nate Paulos** | ☐ Contingent | |
| **739 Jefferson st** | ■ Unliquidated | |
| **Oshkosh, WI 54901** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.715 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.23** |
| **Nate Waters** | ☐ Contingent | |
| **409 second street** | ☐ Unliquidated | |
| **Menasha, WI 54952** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.715 8 | Nonpriority creditor's name and mailing address **Nate Zastrow** 1214 11th Ave S Saint Cloud, MN 56301 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $218.38 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 9 | Nonpriority creditor's name and mailing address **Nathan Almy** E9076 School Rd Fremont, WI 54940 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $1,028.23 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 0 | Nonpriority creditor's name and mailing address **Nathan Baron** 10 S Patton Ave Arlington Hts, IL 60005 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $67.19 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.716 1 | Nonpriority creditor's name and mailing address **Nathan Bittorf** 7720 CTY RD H Sturgeon Bay, WI 54235 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,078.88 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 2 | Nonpriority creditor's name and mailing address **Nathan Boileau** W225N8381 Longview Dr Sussex, WI 53089 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $130.73 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 3 | Nonpriority creditor's name and mailing address **Nathan Bonenfant** 1402 Walsh Acres Dr. West Bend, WI 53095 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $272.96 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 4 | Nonpriority creditor's name and mailing address **Nathan Breneman** 117 Wisconsin St Pardeeville, WI 53954 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $807.45 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.96 |
|---|---|---|---|

**Nathan Davis**
E7986 stage road
New London, WI 54961

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Nathan Eedy**
W3016 county Rd Y
Lomira, WI 53048

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.88 |
|---|---|---|---|

**Nathan Fleming**
W6082 Hearthstone Drive
Appleton, WI 54915

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Nathan Fleming**
W6082 Hearthstone Drive
Appleton, WI 54915

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Nathan Graf**
901 Main Street
305
GREEN BAY, WI 54301

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Nathan Griepentrog**
707 Oconto Pl
De Pere, WI 54115

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Nathan Hoks**
1991 Susan Avenue
Neenah, WI 54956

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Nathan Hutton**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |
|---|---|---|---|

**Nathan Kilps**
**3504 Pierce Ct**
**Two Rivers, WI 54241**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.45 |
|---|---|---|---|

**Nathan Mikolajczak**
**3321 Windsor Place**
**West Bend, WI 53090**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,778.77 |
|---|---|---|---|

**Nathan Morris**
**55519 169th ave**
**Gonvick, MN 56644**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Nathan Novak**
**1191 High Avenue Apt A301**
**Apt A301**
**Oshkosh, WI 54901**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Nathan Rantanen**
**200 Amory St**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Nathan Scheibel**
**2407 clark street**
**Manitowoc, WI 54220**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.717 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,016.41 |

**Nathan Schultz**
**90 N Bell Street**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |

**Nathan Sell**
**1714 Jefferson Street**
**New Holstein, WI 53061**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |

**Nathan Smith**
**222 n dewey Avenue**
**Jefferson, WI 53549**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.23 |

**Nathan Soliz**
**620 N 16th**
**Frederick, OK 73542**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |

**Nathan Stuhr**
**810 23rd St S**
**La Crosse, WI 54601**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |

**Nathan Tadych**
**933 Taft Ave**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.83 |

**Nathan Vandenheuvel**
**6568 Deuster**
**Greenleaf, WI 54126**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Nathan Wallace**
1770 Taft Ave
5A
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.13 |
|---|---|---|---|

**Nathan White**
2402 Park Ave
Apt 1
West Bend, WI 53090

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Nathan Witman**
3610 Cherryvale Circle
Apt 6
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.68 |
|---|---|---|---|

**Nathaniel Framnes**
1430 Walnut Street
12
Baraboo, WI 53913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.88 |
|---|---|---|---|

**Nathaniel Keuntjes**
5031 Country Breeze Ln W
Larsen, WI 54947

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Nathaniel Nehrbass**
380 Lilac St.
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Nathaniel Pippin**
10524 Northfield Drive
Zeeland, MI 49464

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $616.63 |
|---|---|---|---|

**Nathen Earle**
**290 6th Ave. nw**
**Wells, MN 56097**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.44 |
|---|---|---|---|

**Nathon Johannes**
**1718 parkwood drive**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |
|---|---|---|---|

**Nattasha Tobias**
**122 North Berger Parkway**
**E16**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.719 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Nayeli Vega**
**P.O. Box 1041**
**Postville, IA 52162**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.719 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Neal Harding**
**1201 Janett ave NE**
**Saint Michael, MN 55376**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,165.50 |
|---|---|---|---|

**Neal Wermuth**
**308 Westridge Prkwy**
**Verona, WI 53593**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.45 |
|---|---|---|---|

**Nehemiah Reiss**
**243 S Main St**
**Juneau, WI 53039**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |

**Neiko Levenhagen**
505 NE Tudor Rd
apt 12
Lees Summit, MO 64086

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.720 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |

**Neil Busse**
1910 Easlan Drive
Plover, WI 54467

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.720 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |

**Neil Henriksen**
307 W Clark St
Plainfield, WI 54966

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.720 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $441.00 |

**Neil Petersen**
E3708 Valley Rd
Iola, WI 54945

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.720 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,705.20 |

**NEIL SCHUMANN**
N61 W16066 HAWTHORNE DR
Menomonee Falls, WI 53051

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.720 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |

**Neil Wolfe**
1 N. Oplaine Rd. Unit#8903
Gurnee, IL 60031

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.720 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |

**Nic Campbell**
711 E. Woodcrest Dr.
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.720 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.57 |
|---|---|---|---|

**Nic Cravillion**
**824 Laverne Drive**
**Green Bay, WI 54311**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.720 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Nichol Hebel**
**PO Box 45**
**Manly, IA 50456**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.720 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Nicholas Beine**
**W6426 MoHawk Rd**
**Campbellsport, WI 53010**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.721 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Nicholas Biester**
**712 Cambridge Drive**
**Schaumburg, IL 60193**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.721 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Nicholas Bitz**
**3315 126th ave se**
**Oriska, ND 58063**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.721 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.19 |
|---|---|---|---|

**Nicholas Breaman**
**10476 N 6th Ave**
**Merrill, WI 54452**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.721 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.58 |
|---|---|---|---|

**Nicholas Brunette**
**617 night court**
**Green Bay, WI 54313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.721 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $779.03 |
|---|---|---|---|

**Nicholas Doherty**
10262 W. Fountain Ave.
Apt 1407
Milwaukee, WI 53224

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.721 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Nicholas Freetly**
9066 Wolf Rd
Iron, MN 55751

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.721 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Nicholas Garro**
712 Madison Avenue
West Bend, WI 53095

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.721 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.88 |
|---|---|---|---|

**Nicholas Goeman**
N4701 County Road P
Rubicon, WI 53078

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.721 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.23 |
|---|---|---|---|

**Nicholas Hafenstein**
314 Haskell st
Beaver Dam, WI 53916

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.721 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Nicholas Hartl**
107 S. Woodward
Brandon, WI 53919

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.722 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Nicholas Hutchison**
111806 Winterberry Circle
Marshfield, WI 54449

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.722 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Nicholas Hyde**
3671 Bell Line road
Berlin, WI 54923

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.94 |
|---|---|---|---|

**Nicholas Immel**
399 south marr street
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,255.76 |
|---|---|---|---|

**Nicholas Johnson**
1737 Ivy Lane
Montgomery, IL 60538

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Nicholas Jurss**
1643 s 20th st
Sheboygan, WI 53081

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Nicholas Klinger**
4335 spoon loop road
Liberty, NC 27298

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Nicholas Lyons**
1104 Breezewood Ln
5
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Nicholas Mcdonald**
6888 ANGELL ROAD
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.98 |
|---|---|---|---|

**Nicholas Nielsen**
**7701 county road 40 ne**
**New London, MN 56273**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Nicholas Pozolinski**
**544 N. 52nd St.**
**Milwaukee, WI 53208**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Nicholas Rugg**
**408 Beech St.**
**Iron Mountain, MI 49801**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.723 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.51 |
|---|---|---|---|

**Nicholas Schmitt**
**5016 53rd Avenue North**
**Minneapolis, MN 55429**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.723 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Nicholas Starr**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.723 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Nicholas Storniolo**
**618 Ellwood Ave**
**Dekalb, IL 60115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Nicholas Themar**
**425 E Summer St**
**Appleton, WI 54911**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.723 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |

**Nicholas Thorson**
**5117 Dupont Ave N**
**Minneapolis, MN 55430**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Nicholas Van Valin**
**W290S4769 Parke Lane West**
**Waukesha, WI 53189**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Nicholas Whittaker**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Nicholas Wilichowski**
**N2511 Cherry Road**
**Rubicon, WI 53078**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.88 |

**Nicholas Wrasse**
**2936 Foxford Dr.**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.724 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,860.50 |

**Nicholas Zach**
**623 W main St**
**Hortonville, WI 54944**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.724 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |

**Nichole Falter**
**N114 W16050 Sylvan Circle**
**101**
**Germantown, WI 53022**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| | |
|---|---|
| 3.724<br>2 | |

**Nonpriority creditor's name and mailing address**

**Nichole Harris**
**4717 Hoover St**
**Oregon, WI 53575**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| | |
|---|---|
| 3.724<br>3 | |

**Nonpriority creditor's name and mailing address**

**Nichole Hibbard**
**748 Poplar Street**
**Ishpeming, MI 49849**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$1,023.66

---

| | |
|---|---|
| 3.724<br>4 | |

**Nonpriority creditor's name and mailing address**

**Nichole Kodlowski**
**29812 Adams Dr**
**Unit 1**
**Rockwood, MI 48173**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$576.45

---

| | |
|---|---|
| 3.724<br>5 | |

**Nonpriority creditor's name and mailing address**

**Nichole Koepp**
**W10684 Wildwood Way**
**Poynette, WI 53955**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$324.45

---

| | |
|---|---|
| 3.724<br>6 | |

**Nonpriority creditor's name and mailing address**

**Nichole Pearsall**
**1466 Oak Grove Dr**
**Walled Lake, MI 48390**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$759.43

---

| | |
|---|---|
| 3.724<br>7 | |

**Nonpriority creditor's name and mailing address**

**Nichole Polster**
**1401 S Nicolet Rd Apt 52**
**Appleton, WI 54914**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$807.45

---

| | |
|---|---|
| 3.724<br>8 | |

**Nonpriority creditor's name and mailing address**

**Nici Breitrick**
**419 North crest**
**Hortonville, WI 54944**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

$197.38

---

| 3.724 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |

**Nick Asmondy**
w9127 hwy86
Tomahawk, WI 54487

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Nick Blasczyk**
N9582 Darboy Drive
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Nick Bloechl**
1250 St. Augustine Rd
Hubertus, WI 53033

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $782.25 |

**Nick Blythe**
287 Wintergreen Drive
Omro, WI 54963

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Nick Dassow**
151 Jefferson Ave
Port Edwards, WI 54469

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Nick Dawson**
24 Mapleview Dr
Gladstone, MI 49837

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Nick Fry**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $957.08 |
|---|---|---|---|

**Nick Giese**
800 Carney Blvd
3
Marinette, WI 54143

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $228.88 |
|---|---|---|---|

**Nick Groeschel**
W4959 County Rd S
Black Creek, WI 54106

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $401.63 |
|---|---|---|---|

**Nick Hearns**
590 Suwannee Rd
Bldg 1036 Rm 115
Panama City, FL 32403

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $303.45 |
|---|---|---|---|

**nick herzfeldt**
6502 center road
Manitowoc, WI 54220

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77.69 |
|---|---|---|---|

**Nick Hetebrueg**
1555 Scenic Drive
Kewaskum, WI 53040

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77.69 |
|---|---|---|---|

**Nick Hoppman**
N1879 Municipal Drive
Greenville, WI 54942

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $303.45 |
|---|---|---|---|

**Nick Kalkopf**
1423 N 7th
Manitowoc, WI 54220

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Nick Keiser**
**No Address - purchased tickets via PayPal**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Nick Lyssy**
**46 Caroline st**
**Albion, NY 14411**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Nick Miller**
**W5929 Autumn Hills Parkway**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.45 |
|---|---|---|---|

**Nick Ogrin**
**7416 fern drive**
**Mentor, OH 44060**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Nick Paul**
**N6671 Graham rd**
**Randolph, WI 53956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**Nick Petska**
**738 South 23rd Street**
**Manitowoc, WI 54220**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Nick Pitzer**
**231 Bond St.**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.727 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $826.28 |
|---|---|---|---|

**Nick Plahn**
44121 32nd Street West
Lancaster, CA 93536

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.727 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Nick Price**
1001 N Evergreen St
Chandler, AZ 85225

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.727 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $631.58 |
|---|---|---|---|

**Nick Relich**
1609 Kentucky ave
Sheboygan, WI 53081

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.727 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Nick Rockow**
714 26 1/4 St.
Chetek, WI 54728

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.727 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Nick Roemer**
5076 colony ct
Thomson, IL 61285

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.727 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.51 |
|---|---|---|---|

**Nick Rohloff**
1179 Reed Street
Green Bay, WI 54303

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.727 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Nick Rosenfeldt**
W6704 Midway Rd
Hortonville, WI 54944

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.727.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**3.727.7**

Nonpriority creditor's name and mailing address

**Nick Schommer**
**1132 Aldrin St.**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

**3.727.8**

Nonpriority creditor's name and mailing address

**Nick Smith**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

**3.727.9**

Nonpriority creditor's name and mailing address

**Nick Soltis**
**1401 Hiawatha St**
**Minot, ND 58701**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

**3.728.0**

Nonpriority creditor's name and mailing address

**Nick Stepniak**
**w5916 st hwy 64**
**Peshtigo, WI 54157**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$344.38

---

**3.728.1**

Nonpriority creditor's name and mailing address

**Nick Stepniak**
**w5916 st hwy 64**
**Peshtigo, WI 54157**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$479.85

---

**3.728.2**

Nonpriority creditor's name and mailing address

**Nick Techel**
**222623 Laurel Rd**
**Wausau, WI 54401**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$640.44

---

**3.728.3**

Nonpriority creditor's name and mailing address

**Nick Titel**
**1105 6th st**
**Kewaunee, WI 54216**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$288.23

| 3.728 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,089.38 |
|---|---|---|---|

**Nick Tullberg**
1326 S 24TH ST
Sheboygan, WI 53081

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Nick Van De Yacht**
5240 County Road S
Little Suamico, WI 54141

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Nick vondran**
7950 Veta Grande Rd
Scales Mound, IL 61075

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Nick Wahlgren**
12705 W Brentwood dr.
New Berlin, WI 53151

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Nick Wanker**
3640 West forest hill ave
Franklin, WI 53132

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Nicki Becker**
W944 Town Center Road
Brodhead, WI 53520

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Nicki Dupre**
313 green meadow drive
Wautoma, WI 54982

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Nicki H**
615 Cedar Bluffs Way
#15
Slinger, WI 53086

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.729 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
|---|---|---|---|

**Nickolas Boylan**
605 Kramer Lane
Kimberly, WI 54136

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.729 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,029.13 |
|---|---|---|---|

**NICKY MILLER**
950 W Ryan St
Brillion, WI 54110

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.729 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Nicolas Muelder**
1476 Hilltop View Ct.
Hubertus, WI 53033

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.729 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Nicole Bartusch**
132 S. Mill st
Vicksburg, MI 49097

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.729 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.58 |
|---|---|---|---|

**nicole booth**
550 lochwood drive
Crystal Lake, IL 60012

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.729 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.96 |
|---|---|---|---|

**Nicole Breziski**
2150 Red Oak Drive
Plover, WI 54467

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Nicole Campbell**
2276 Gateway Meadows Ln
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,550.83 |
|---|---|---|---|

**Nicole Clark**
N4225 25th Ave.
Mauston, WI 53948

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Nicole Cornils**
12502 Lakeshore Rd
Two Rivers, WI 54242

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Nicole Craven**
4908 Grand Ave
La Grange, IL 60525

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,116.68 |
|---|---|---|---|

**nicole dixon**
522 westplain drive
Green Bay, WI 54303

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.41 |
|---|---|---|---|

**Nicole Eberhardt**
1802 S Maple ave
Marshfield, WI 54449

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.30 |
|---|---|---|---|

**Nicole Eddie**
2535 West Ripple Ave
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Nicole Fink**
520 s 4th st
Apt 27
Ames, IA 50010

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.45 |
|---|---|---|---|

**nicole george**
422 Wisconsin ave
Fond Du Lac, WI 54937

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.96 |
|---|---|---|---|

**Nicole Golden**
3127 Sheldon Dr
Oshkosh
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.46 |
|---|---|---|---|

**Nicole Grahn**
2106 Verlin Road
Apt 15
Green Bay, WI 54311

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Nicole Hall**
N5170 Towne Rd
Waupun, WI 53963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Nicole Jensen**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Nicole Kammerzelt**
900 E Wabash Ave
Waukesha, WI 53186

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.69 |
|---|---|---|---|

**Nicole Krause**
409 Ransom St
Ripon, WI 54971

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.731 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386.34 |
|---|---|---|---|

**Nicole Laber**
101667 Casey Ave
Spencer, WI 54479

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.731 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,104.07 |
|---|---|---|---|

**Nicole Lampela**
735 Elm St.
Apt 1
Hancock, MI 49930

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.731 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Nicole Larsen**
2762 State Rd. 116
Omro, WI 54963

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.731 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Nicole Lawrenz**
414 N LAFAYETTE St
Shawano, WI 54166

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.731 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $816.90 |
|---|---|---|---|

**Nicole Leanna**
820 Spence St
Green Bay, WI 54304

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.731 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Nicole Lettow**
7379 Moll ct
West Bend, WI 53090

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.731 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Nicole Lijewski**
2009 Hudson Way
Waukesha, WI 53186

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,212.76 |
|---|---|---|---|

**Nicole Lueck**
232159 county road Y
Birnamwood, WI 54414

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Nicole Martin**
S70W16965 Hedgewood Dr
Muskego, WI 53150

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.28 |
|---|---|---|---|

**Nicole Maslakow**
2110 River Bend Road
Plover, WI 54467

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.63 |
|---|---|---|---|

**Nicole McCurdy**
1002 Fresnir Ct
Waunakee, WI 53597

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Nicole Minett**
3731 Navaho ave
Rockford, IL 61102

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Nicole Mingo**
1305 Grande Ave
Center Point, IA 52213

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.732
6**

**Nonpriority creditor's name and mailing address**

**Nicole Moore**
**27078 230TH ST**
**Detroit Lakes, MN 56501**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$585.38**

---

**3.732
7**

**Nonpriority creditor's name and mailing address**

**Nicole Mortensen**
**750 Olson Ave.**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$639.45**

---

**3.732
8**

**Nonpriority creditor's name and mailing address**

**Nicole Mroczynski**
**628 FAIRVIEW AVENUE**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$303.45**

---

**3.732
9**

**Nonpriority creditor's name and mailing address**

**Nicole Olds**
**5730 Oakland Dr.**
**Stevens Point, WI 54482**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$155.38**

---

**3.733
0**

**Nonpriority creditor's name and mailing address**

**Nicole Ostrowski**
**211 N 62nd St**
**Milwaukee, WI 53213**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$846.58**

---

**3.733
1**

**Nonpriority creditor's name and mailing address**

**Nicole Paris**
**2630 Templeton Pl**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

**3.733
2**

**Nonpriority creditor's name and mailing address**

**Nicole Parish**
**3033 Hillside Trail**
**Cross Plains, WI 53528**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| 3.733<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Nicole Radl**
**1538 south 36th street**
**Manitowoc, WI 54220**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,329.30 |
|---|---|---|---|

**Nicole Saxon-frye**
**1309 L st NE**
**Brainerd, MN 56401**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Nicole Schendel**
**N7894 Lakeshore Dr**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $388.45 |
|---|---|---|---|

**Nicole Schill**
**119 Baumann St**
**Campbellsport, WI 53010**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $407.38 |
|---|---|---|---|

**Nicole Schomaker**
**425 Prairie Way**
**Wrightstown, WI 54180**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.69 |
|---|---|---|---|

**Nicole Sewell**
**301 N Wentz St**
**Macon, MO 63552**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $351.23 |
|---|---|---|---|

**Nicole Solis**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.97 |
|---|---|---|---|

**Nicole Thayer**
**1217 S Madison St**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Nicole Thonn**
**367 Birch Ct**
**Roselle, IL 60172**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.58 |
|---|---|---|---|

**Nicole Toay**
**N1431 Dallman Rd**
**Waterloo, WI 53594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.63 |
|---|---|---|---|

**Nicole Treder**
**20 N. 6th Ave.**
**Winneconne, WI 54986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Nicole Vande Voort**
**301 Whitney St**
**Kaukauna, WI 54130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Nicole Voit**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Nicole Wachowiak**
**W204S8226 Pasadena Dr.**
**Muskego, WI 53150**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Nicole Weise**
703 forest home drive
Francis Creek, WI 54214

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.57 |
|---|---|---|---|

**Nicole Williams**
512 Danbury Drive
Oswego, IL 60543

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Nicole Zajakowski**
4730 Aspen Ct
New Berlin, WI 53151

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.735 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $843.68 |
|---|---|---|---|

**Nicole Zitello**
2222 Woodward Ave
Lakewood, OH 44107

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Nicole Zygarlicke**
5603 WINDING CREEK DR
Schofield, WI 54476

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.32 |
|---|---|---|---|

**Nicolette Hommen**
96 Exchange St
Cambridge, WI 53523

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.38 |
|---|---|---|---|

**Nicolette Pierce**
541 Shady Wood Way
Madison, WI 53714

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
| --- | --- | --- | --- |
| | **Nicolette Wunder**<br>**871 s 75th street**<br>**Milwaukee, WI 53214** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.735 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
| --- | --- | --- | --- |
| | **Nicolle Palmer**<br>**319 Main St**<br>**Rosendale, WI 54974** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.735 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
| --- | --- | --- | --- |
| | **Nik Anderson**<br>**N87 Wi5625 Belleview blvd.**<br>**Menomonee Falls, WI 53051** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.735 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |
| --- | --- | --- | --- |
| | **Nikki Blank**<br>**No Address - purchased tickets via PayPa** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.735 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $786.98 |
| --- | --- | --- | --- |
| | **Nikki Bregger**<br>**1614 McRae Place**<br>**Green Bay, WI 54311** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.735 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
| --- | --- | --- | --- |
| | **Nikki Buechel**<br>**N1765 Schoenborn Rd.**<br>**Chilton, WI 53014** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.736 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.88 |
| --- | --- | --- | --- |
| | **Nikki Cascioli**<br>**816 Cass Ave**<br>**Kingsford, MI 49802** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.736 1 | | |

**Nonpriority creditor's name and mailing address**

**Nikki Guenette**
**809 W Grant St**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$864.68

---

| | |
|---|---|
| 3.736 2 | |

**Nonpriority creditor's name and mailing address**

**Nikki Hanner**
**218 e. Clark st.**
**Negaunee, MI 49866**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$377.96

---

| | |
|---|---|
| 3.736 3 | |

**Nonpriority creditor's name and mailing address**

**Nikki Robinson**
**922 Rose Street**
**Kewaunee, WI 54216**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$251.96

---

| | |
|---|---|
| 3.736 4 | |

**Nonpriority creditor's name and mailing address**

**Nikki Roskom**
**1306 Sunray LAN**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$527.10

---

| | |
|---|---|
| 3.736 5 | |

**Nonpriority creditor's name and mailing address**

**Nikki StarrWalker**
**1128 Riverview St N**
**Lewiston, ID 83501**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$731.33

---

| | |
|---|---|
| 3.736 6 | |

**Nonpriority creditor's name and mailing address**

**Nikki Weigman**
**1008 Manor Pl**
**Little Chute, WI 54140**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| | |
|---|---|
| 3.736 7 | |

**Nonpriority creditor's name and mailing address**

**NILES SHILTS**
**338 Gifford**
**Nekoosa, WI 54457**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$391.13

---

| 3.736 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,852.14 |
|---|---|---|---|

**Niles Shilts**
338 gifford ct
Nekoosa, WI 54457

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.736 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $532.35 |
|---|---|---|---|

**Nina Rodriguez**
1007 W. Main St.
205
Watertown, WI 53094

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.737 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**NJ Schwinny**
N4956 county rd G
Saint Cloud, WI 53079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.737 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.45 |
|---|---|---|---|

**Noah Ahlswede**
530 E 2nd St
Fond Du Lac, WI 54935

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.737 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Noah Barber**
53 Morningside Dr
Cortland, NY 13045

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.737 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.23 |
|---|---|---|---|

**Noah Clark**
221 oak ct.
Orfordville, WI 53576

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.737 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Noah Danner**
281 Sheboygan Street
Fond Du Lac, WI 54935

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.737 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Noah Everard**
**1601 17th ave**
**Menominee, MI 49858**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$214.19**

---

| 3.737 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Noah Gauthier**
**1760 meneau dr**
**De Pere, WI 54115**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$412.09**

---

| 3.737 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Noah Haring**
**1218 Clifton terrace**
**Rochelle, ill 61068-0000**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

**$392.18**

---

| 3.737 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Noah Krumbein**
**N9247 Meyer Ct.**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,263.15**

---

| 3.737 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Noah Lakeman**
**311 Rita Ave**
**Dickeyville, WI 53808**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$314.96**

---

| 3.738 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Noah Mezera**
**1600 vogt dr**
**201**
**West Bend, WI 53095**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$162.23**

---

| 3.738 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Noah Moderow**
**N1286 17th Road**
**Dalton, WI 53926**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$479.85**

---

| 3.738 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Noah Mueller**
**1907 Taylor street**
**Little Chute, WI 54140**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.738 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.65 |
|---|---|---|---|

**Noah Pomplun**
**3175 County Road E**
**Omro, WI 54963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.738 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Noah Radatz**
**1380 8th Ave**
**Newport, MN 55055**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.738 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $519.76 |
|---|---|---|---|

**Noah Schwartz**
**W142N7004 Oakwood Drive**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.738 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Noah Verbockel**
**545 Biese st.**
**Combined Locks, WI 54113**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.738 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $539.65 |
|---|---|---|---|

**Noah Zigelbauer**
**929 3rd street**
**Kiel, WI 53042**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.738 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.34 |
|---|---|---|---|

**Noel Wenthur**
**W2716 Moon Dance Dr**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.738 9 | Nonpriority creditor's name and mailing address | | $533.41 |
|---|---|---|---|

**Noelle Kellner**
**1146 DIVISION ST**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 0 | Nonpriority creditor's name and mailing address | | $177.45 |
|---|---|---|---|

**Noelle Stoflet**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 1 | Nonpriority creditor's name and mailing address | | $67.19 |
|---|---|---|---|

**Nolan Spanbauer**
**724 oak at**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 2 | Nonpriority creditor's name and mailing address | | $134.38 |
|---|---|---|---|

**Nolen Hansen**
**3230 Western Avenue**
**Jackson, WI 53037**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 3 | Nonpriority creditor's name and mailing address | | $391.13 |
|---|---|---|---|

**Nora Scray**
**po box 236**
**Pulaski, WI 54162**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 4 | Nonpriority creditor's name and mailing address | | $98.69 |
|---|---|---|---|

**Noreane Ziegel**
**204 Jackson Street**
**Reeseville, WI 53579**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 5 | Nonpriority creditor's name and mailing address | | $479.85 |
|---|---|---|---|

**Norma Garcia**
**905 Elizabeth St**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|
| | **Norman Peters**<br>**229 Church road**<br>**Luxemburg, WI 54217** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.739 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|
| | **Norman Roller**<br>**703 Carver Lane**<br>**Menasha, WI 54952** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.739 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,955.75 |
|---|---|---|---|
| | **NORMAN SCHWEBS**<br>**N6235 CTY HWY I**<br>**Fremont, WI 54940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.739 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|
| | **Nycole Garman**<br>**618 Birch Street**<br>**Lake Mills, WI 53551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.740 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|
| | **NYLEE OSBORN**<br>**126 GREEN WAY DRIVE**<br>**Combined Locks, WI 54113** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.740 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|
| | **Olga Kline**<br>**414-51st Street**<br>**West Des Moines, IA 50265** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.740 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|
| | **Oliver Arena**<br>**2825 s 75th street**<br>**Milwaukee, WI 53219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.740 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Oliver Hoefler**
412 ElizabethSt
Baraboo, WI 53913

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Olivia Beyer**
N1625 Arnies Lane
Greenville, WI 54942

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Olivia Bowe**
1369 Mourning Dove Ct
De Pere, WI 54115

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Olivia Bush**
P.O. Box 206
Fairwater, WI 53931

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Olivia Clemens**
4577 Hawk Haven Rd
Stevens Point, WI 54482

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Olivia Delagardelle**
1256 black hawk rd
Waterloo, IA 50701

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Olivia Duffeck**
7799 hart road
Greenleaf, WI 54126

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Olivia Flom**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Olivia Gerritson**
**205 W Main St**
**Waupun, WI 53963**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Olivia Gunyon**
**213 S. Sidney St.**
**Kimberly, WI 54136**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Olivia Hebbe**
**W3798 Old Green Lake Rd**
**Princeton, WI 54968**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.94 |
|---|---|---|---|

**Olivia Hietpas**
**W6342 Elpaso Dr**
**Greenville, WI 54942**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Olivia Marie**
**218 10th Ave**
**Apt 113**
**Eau Claire, WI 54703**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Olivia Meissner**
**1230 E. Calumet St.**
**Appleton, WI 54915**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number   _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Olivia Millay**
1266 Lori drive
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Olivia Molle**
3341 Mirage Circle
Plover, WI 54467

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Olivia O Connell**
611 Desnoyer Street
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.742 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Olivia Reichardt**
29 Diane Lane
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Olivia Saggio**
W173S8122 Adam Ct.
Muskego, WI 53150

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Olivia Scheeler**
1801 Maria dr.
424
Stevens Point, WI 54481

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Olivia Schumacher**
1805 Michael dr.
Waukesha, WI 53189

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $403.73 |

**Olivia Schuppel**
**338 S. Main St.**
**A**
**Medford, WI 54451**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $476.65 |

**Olivia Vogel**
**4615 county road G**
**Reedsville, WI 54230**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Olivia Walton**
**2712 S Walden Ave**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Ona Koentopp**
**117 E Waushara st.**
**Apt 18**
**Berlin, WI 54923**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Ori Lincoln**
**3169 n 5th st**
**Milwaukee, WI 53212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Owen Apland**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |

**Owen Birenbaum**
**8223 carstens lake road**
**Manitowoc, WI 54220**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Owen Phillips**
2229 willowbend ct
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,385.53 |
|---|---|---|---|

**oxsanna stoken**
319 Kawbawgam
Marquette, MI 49855

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Paige Chaillier**
4883 Delta 17.8 Drive
Escanaba, MI 49829

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
|---|---|---|---|

**Paige Dickins**
6615 S. Isabella Rd.
Shepherd, MI 48883

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Paige Hintz**
9014 Asbury Dr
Almond, WI 54909

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Paige Kraus**
825 Driftwood Dr
Brillion, WI 54110

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.25 |
|---|---|---|---|

**Paige Mayer**
6915 S Timber Ridge Lane
Apt 3205
Oak Creek, WI 53154

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77.69 |

**Paige Meshnick**
**W7488 Cross Country Ln**
**Hortonville, WI 54944**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $204.72 |

**Paige Ness**
**233 PINECREST CT**
**Black Creek, WI 54106**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $252.00 |

**Paige Pfeifer**
**2037 Ravine Street**
**Janesville, WI 53548**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $134.38 |

**Paige Roesler**
**Wendy Roesler**
**Omro, WI 54963**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $252.53 |

**Paige Steele**
**1214 W Bent Avenue**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,294.93 |

**Paige Thompson**
**N15326 V4 State rd**
**Vulcan, MI 49892**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $134.38 |

**Paige Welch**
**W741 St Hwy M69**
**Perronville, MI 49873**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744<br>5 | Nonpriority creditor's name and mailing address<br>**Paige Wilcox**<br>**511 4th st**<br>**Port Edwards, WI 54469** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $109.19 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744<br>6 | Nonpriority creditor's name and mailing address<br>**Paige Wilson**<br>**No Address - purchased tickets via PayPa** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $576.45 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744<br>7 | Nonpriority creditor's name and mailing address<br>**Paiton Proud**<br>**1405 Kensington Ave**<br>**Oshkosh, WI 54902** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $407.38 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744<br>8 | Nonpriority creditor's name and mailing address<br>**PAM BILLMAN**<br>**6448 WOODENSHOE RD**<br>**Neenah, WI 54956** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $1,947.76 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744<br>9 | Nonpriority creditor's name and mailing address<br>**Pam Drake**<br>**611 kennedy ave**<br>**Omro, WI 54963** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $134.38 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.745<br>0 | Nonpriority creditor's name and mailing address<br>**Pam Drake**<br>**611 kennedy ave**<br>**Omro, WI 54963** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $2,013.38 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.745<br>1 | Nonpriority creditor's name and mailing address<br>**Pam Hynnek**<br>**W3949 Krueger Rd**<br>**Appleton, WI 54913** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $251.96 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.745 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Pam Pfister**
821 Annrich Ave
Omro, WI 54963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Pam Schneider**
2851 Nostalgic Court
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.46 |
|---|---|---|---|

**Pam Welch**
2658 Kathy drive
Green Bay, WI 54311

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Pamela Amundson**
190 Twin Lakes Dr
Fond Du Lac, WI 54937

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Pamela Arnold**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,089.90 |
|---|---|---|---|

**pamela demoske pfeiffer**
w8048 randallwood lane
Fond Du Lac, WI 54937

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,165.50 |
|---|---|---|---|

**PAMELA ELSING**
4647 County Hwy DM
Morrisonville, WI 53571

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.745 9 | Nonpriority creditor's name and mailing address<br>**Pamela Stobb**<br>**N5214 STATE RD 175**<br>**Fond Du Lac, WI 54937** | $803.25 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.746 0 | Nonpriority creditor's name and mailing address<br>**Pamela Vanderhoof**<br>**W5132 Maple Ridge Drive**<br>**Fond Du Lac, WI 54937** | $1,204.88 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.746 1 | Nonpriority creditor's name and mailing address<br>**Pamela West**<br>**2500 Inglewood Place**<br>**Appleton, WI 54911** | $272.96 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.746 2 | Nonpriority creditor's name and mailing address<br>**Pari Fruendt**<br>**314 Alcott Drive**<br>**Neenah, WI 54956** | $98.69 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.746 3 | Nonpriority creditor's name and mailing address<br>**Parker Buth**<br>**W289 S6630 Holiday Road**<br>**Waukesha, WI 53189** | $130.19 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.746 4 | Nonpriority creditor's name and mailing address<br>**Parker Cocco**<br>**3017 Woodridge Dr**<br>**Oshkosh, WI 54904** | $134.38 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.746 5 | Nonpriority creditor's name and mailing address<br>**Parker Schmitz**<br>**No Address - purchased tickets via PayPa** | $109.19 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.38 |
|---|---|---|---|

**Pat Barnes**
1724 South Sanders Street
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.68 |
|---|---|---|---|

**Pat Burns**
4344 W. Carmel Dr.
Franklin, WI 53132

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.88 |
|---|---|---|---|

**Pat Gering**
1741 Westfield Ave
Green Bay, WI 54303

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Pat King**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.38 |
|---|---|---|---|

**Pat McNamar**
920 ANN ST
Madison, WI 53713

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Pat Mullowney**
929 Woodside Ave
Ripon, WI 54971

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.46 |
|---|---|---|---|

**Patrice Bauman**
792 Ivy Oaks dr
Caledonia, IL 61011

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Patrice Flanagan-morris**
W251 S3901 RICKERT DR
Waukesha, WI 53189

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**PATRICE HIRN**
3065 ROSE MOON WAY
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
|---|---|---|---|

**Patricia Albright**
W876 County K
Ripon, WI 54971

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.58 |
|---|---|---|---|

**Patricia Doucet**
2206 West ave South
La Crosse, WI 54601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,321.39 |
|---|---|---|---|

**Patricia Eberly**
183 A Dew Drop Road
York, PA 17402

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

**Patricia Ferrin**
611 N Pinecrest Road
Bolingbrook, IL 60440

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $843.68 |
|---|---|---|---|

**Patricia Kiefer**
1105 Ferris mill rd
Decorah, IA 52101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |

**Patricia Kilgore**
3303 Memphis Ln
Bowie, MD 20715

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.748 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |

**patricia Krause**
W7023 Voyger Rd
Fond Du Lac, WI 54937

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.748 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |

**PATRICIA MARTIN**
9116 W Conrad Lane
Milwaukee, WI 53214

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.748 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |

**PATRICIA NELSON**
N7361 SPRING ST APT A3
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.748 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.88 |

**Patricia Oelke**
226 4th St
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.748 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.19 |

**Patricia Pendleton**
W5500 Gema Dr
Pardeeville, WI 53954

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.748 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.45 |

**Patricia Post**
N1382 Rainbow Trail Road
Keshena, WI 54135

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.748 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,777.13 |
|---|---|---|---|

**PATRICK BATEY**
**1337 POND VIEW CIR**
**De Pere, WI 54115**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.88 |
|---|---|---|---|

**Patrick Berry**
**816 SCHOOL AVE**
**OSHKOSH, WI 54901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,039.50 |
|---|---|---|---|

**Patrick Hughes**
**N2115 16th Court**
**Montello, WI 53949**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Patrick Jason**
**180 3rd st**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Patrick McGinnis II**
**213 crystal ct**
**Winter Haven, FL 33880**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Patrick McNerney**
**4251 Powers Lane**
**Oconto Falls, WI 54154**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
|---|---|---|---|

**Patrick Nagle**
**7725 W Lakeview Ter**
**Frankfort, IL 60423**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.749 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Patrick Raasch**
**1902 W Marquette St**
**Appleton, WI 54914**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Patrick Stuart**
**852 Central st**
**Oshkosh, WI 54901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Patrick Tulloch**
**2727 Brentwood Dr.**
**Racine, WI 53403**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.749 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Patti Adeli**
**1403 Park Ave**
**River Forest, IL 60305**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.90 |
|---|---|---|---|

**Patti Amann**
**1218 south main st.**
**Mishicot, WI 54228**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,363.43 |
|---|---|---|---|

**Patti Heil**
**1623 DOEMEL ST**
**Oshkosh, WI 54901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.750 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Patti Lebeck**
**W7742 County Road F**
**Phillips, WI 54555**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.750 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,070.95 |
|---|---|---|---|

**Pattie Knoll**
509 E Franklin Ave
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Pattie Knoll**
509 E Franklin Ave
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Patty Edelburg**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.92 |
|---|---|---|---|

**Patty Shea**
242 Wyldeberry Lane
Oshkosh, WI 54904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.18 |
|---|---|---|---|

**Patty Wianecki**
w9726 st rd 16 and 60
Reeseville, WI 53579

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Paul Bartelme**
1409 11th Ave
Green Bay, WI 54304

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**PAUL BAUER**
3011 PINE RIDGE RD
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 8 | Nonpriority creditor's name and mailing address<br>**Paul Beardsley**<br>**N4341 Country Gate Court**<br>**Black Creek, WI 54106**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$479.85** |

| 3.750 9 | Nonpriority creditor's name and mailing address<br>**Paul Berres**<br>**N6823W Hwy.a**<br>**Glenbeulah, WI 53023**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$312.38** |

| 3.751 0 | Nonpriority creditor's name and mailing address<br>**Paul Bloch**<br>**618 coonen dr**<br>**Combined Locks, WI 54113**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$67.19** |

| 3.751 1 | Nonpriority creditor's name and mailing address<br>**Paul Christensen**<br>**835 Shea Ave**<br>**Green Bay, WI 54303**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$733.95** |

| 3.751 2 | Nonpriority creditor's name and mailing address<br>**Paul Coppola**<br>**1361 Prairie Ct**<br>**West Chicago, IL 60185**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$807.46** |

| 3.751 3 | Nonpriority creditor's name and mailing address<br>**Paul Danielson**<br>**N1432 Wildwood drive**<br>**Greenville, WI 54942**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$98.69** |

| 3.751 4 | Nonpriority creditor's name and mailing address<br>**Paul Dekranes**<br>**74 Salt Creek Road**<br>**Roselle, IL 60172**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$177.45** |

| 3.751 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,606.50 |
|---|---|---|---|

**Paul Delcore**
**W2333 CTY RD UU**
**Appleton, WI 54913**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.751 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Paul Dombrowicki**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.751 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.13 |
|---|---|---|---|

**PAUL EKIS**
**N1207 37TH AVE**
**Berlin, WI 54923**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.751 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.63 |
|---|---|---|---|

**Paul Endter**
**1953 West Barley Way**
**Appleton, WI 54913**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.751 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Paul Fait**
**N162W19945  RIVERVIEW DR**
**Jackson, WI 53037**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.752 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Paul Fait**
**N162W19945 Riverview Dr**
**Jackson, WI 53037**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.752 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.83 |
|---|---|---|---|

**Paul Hughes**
**4818 Village Ct**
**APT 4**
**Nashotah, WI 53058**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.752 2 | Nonpriority creditor's name and mailing address | | $479.85 |
|---|---|---|---|

**Paul Hutto**
2203 Randolph rd
Janesville, WI 53545

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 3 | Nonpriority creditor's name and mailing address | | $315.00 |
|---|---|---|---|

**Paul Imig**
W71N444 Mulberry Ave.
Cedarburg, WI 53012

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 4 | Nonpriority creditor's name and mailing address | | $921.38 |
|---|---|---|---|

**Paul Kehl**
1347 W Isabella Rd
Midland, MI 48640

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 5 | Nonpriority creditor's name and mailing address | | $3,199.88 |
|---|---|---|---|

**Paul Kinsella**
483 Jacob Drive
Denmark, WI 54208

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 6 | Nonpriority creditor's name and mailing address | | $270.38 |
|---|---|---|---|

**Paul Kluz**
8 Easthaven CT
APT 10
Appleton, WI 54915

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 7 | Nonpriority creditor's name and mailing address | | $134.38 |
|---|---|---|---|

**Paul Konopa**
N1681 Ridgeway Dr
Greenville, WI 54942

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 8 | Nonpriority creditor's name and mailing address | | $272.96 |
|---|---|---|---|

**Paul Luepke**
7900 Kiely Way
Neenah, WI 54956

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1076 of 1376

| Debtor | Hypervibe, Inc. | Case number (if known) | 20-27367 |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.752 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | | $2,029.13 |
| | **Paul Munagian** | ☐ Contingent | | | |
| | **4651 TEONIA WOODS** | ■ Unliquidated | | | |
| | **Rolling Meadows, IL 60008** | ☐ Disputed | | | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.753 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | | $109.19 |
| | **Paul Nelson** | ☐ Contingent | | | |
| | **882 Wylde Oak Drive** | ■ Unliquidated | | | |
| | **Oshkosh, WI 54904** | ☐ Disputed | | | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.753 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | | $642.88 |
| | **Paul Perzinski** | ☐ Contingent | | | |
| | **4808 Adams lake rd** | ■ Unliquidated | | | |
| | **Stevens Point, WI 54482** | ☐ Disputed | | | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.753 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | | $799.58 |
| | **Paul Phillip** | ☐ Contingent | | | |
| | **1019 n 14th st** | ■ Unliquidated | | | |
| | **Manitowoc, WI 54220** | ☐ Disputed | | | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.753 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | | $1,199.38 |
| | **Paul Rotter** | ☐ Contingent | | | |
| | **W9067 Turner Rd.** | ■ Unliquidated | | | |
| | **Channing, MI 49815** | ☐ Disputed | | | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.753 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | | $522.90 |
| | **Paul Schreiber** | ☐ Contingent | | | |
| | **1001 Railroad St.** | ■ Unliquidated | | | |
| | **Appleton, WI 54915** | ☐ Disputed | | | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.753 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | | $807.45 |
| | **Paul Schroeder** | ☐ Contingent | | | |
| | **430 4th Street South** | ☐ Unliquidated | | | |
| | **Wisconsin Rapids, WI 54494** | ☐ Disputed | | | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| 3.753 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Paul Seibel**
368 doty
Fond Du Lac, WI 54935

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.753 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Paul Simmons**
7310 Lake Ridge Drive
Savage, MN 55378

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.753 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.63 |
|---|---|---|---|

**paul stenroos**
1716 taft ave
B2
Oshkosh, WI 54902

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.753 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Paul Szwedo**
768. Yorkshire Rd
Neenah, WI 54956

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.754 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,548.75 |
|---|---|---|---|

**PAUL TRIEZENBERG**
3000 W HERITAGE AVE
Appleton, WI 54914

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.754 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Paul Weber**
673n Willy mac rd
Manistique, MI 49854

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.754 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.00 |
|---|---|---|---|

**Paul Zangl**
3380 Omro Rd
Oshkosh, WI 54904

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.754 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.15 |
|---|---|---|---|

**Paula Menting**
N9669 Tom Court
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,204.48 |
|---|---|---|---|

**Paula Petri**
2220 Jefferson St
Two Rivers, WI 54241

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Paula Thuerman**
1226 E. Clarke St.
Waupaca, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.46 |
|---|---|---|---|

**Paula VandenEng**
W187 State Hwy 156
Pulaski, WI 54162

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $809.50 |
|---|---|---|---|

**Paula Vanstraten**
N5821 E Cherry Ct
Shiocton, WI 54170

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Paula Werner**
70 Center St
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.65 |
|---|---|---|---|

**Paula Worzella**
1921 CLAR RE DR
Plover, WI 54467

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F
Schedule E/F: Creditors Who Have Unsecured Claims
Page 1079 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1079 of 1376

| 3.755 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.50 |
|---|---|---|---|

**Paulie Maurer**
**17751 Abigail Ln**
**Orland Park, IL 60467**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,231.13 |
|---|---|---|---|

**PAULINE POUPORE**
**W5979 #34 RD**
**Carney, MI 49812**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Payton Krueger**
**5675 West Nature s Lane**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Payton Mueller**
**232 E Railroad Ave**
**Saint Cloud, WI 53079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Payton Nault**
**8542 O Lane**
**Gladstone, MI 49837**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.24 |
|---|---|---|---|

**Payton Omet**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434.69 |
|---|---|---|---|

**Payton Stehno**
**2721 N university dr**
**101**
**Waukesha, WI 53188**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | $1,354.50 |
| **PEGGY BESAW** | | ☐ Contingent | |
| **1323 LAWRENCE ST** | | ■ Unliquidated | |
| **New London, WI 54961** | | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.755 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
| **Peggy Lockwood** | | ☐ Contingent | |
| **32863 South St** | | ■ Unliquidated | |
| **Lawton, MI 49065** | | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.755 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
| **PEGGY LOOSE** | | ☐ Contingent | |
| **503 FULTON ST** | | ■ Unliquidated | |
| **Chilton, WI 53014** | | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | $533.34 |
| **Peggy McCormick** | | ☐ Contingent | |
| **W7146 kirschner rd** | | ■ Unliquidated | |
| **Shiocton, WI 54170** | | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | $487.15 |
| **Peggy Rider** | | ☐ Contingent | |
| **147 s. 8th Ave** | | ■ Unliquidated | |
| **Apt #3** | | ☐ Disputed | |
| **West Bend, WI 53095** | | | |
| Date(s) debt was incurred  2019-2020 | | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
| **Peggy Spencer** | | ☐ Contingent | |
| **N7737 Cooper Rd** | | ■ Unliquidated | |
| **Oneida, WI 54155** | | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | $970.15 |
| **Penny Danks** | | ☐ Contingent | |
| **561 Prestige Court** | | ■ Unliquidated | |
| **Edgerton, WI 53534** | | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hypervibe, Inc. | Case number (if known) | 20-27367 |
|--------|-----------------|------------------------|----------|
|        | Name            |                        |          |

**3.756 4**

Nonpriority creditor's name and mailing address
**Penny Grissman**
**817 Sanitorium Rd.**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

**3.756 5**

Nonpriority creditor's name and mailing address
**Penny Harlan**
**759 S Washburn St**
**5**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$139.13

---

**3.756 6**

Nonpriority creditor's name and mailing address
**Penny Kukulski**
**1003 Country Creek Ln**
**Chesterton, IN 46304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

$871.50

---

**3.756 7**

Nonpriority creditor's name and mailing address
**Penny Tesch**
**6608 Peninsula Ln**
**Ringle, WI 54471**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

**3.756 8**

Nonpriority creditor's name and mailing address
**Penny Wilson**
**W8151county road 356**
**Stephenson, MI 49887**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$596.34

---

**3.756 9**

Nonpriority creditor's name and mailing address
**Pepsi Bottlers**
**2541 W. 20th Ave.**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **sponsorship 2020**

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.757 0**

Nonpriority creditor's name and mailing address
**Perry Balazs**
**2101 hickory lane**
**New HolsteinN, WI 53061**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$134.38

---

| 3.757 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Pete Spatchek**
146 Wisconsin Ave
Brillion, WI 54110

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.757 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

**Pete Stephan IV**
240 Maple St
Peshtigo, WI 54157

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.757 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Pete Unser**
409 Mill St.
Fox Lake, WI 53933

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.757 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Peter Broehm**
1813 pleasant ave.
New Holstein, WI 53061

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.757 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,474.14 |
|---|---|---|---|

**peter hehli**
5760 w. grande market dr.
Appleton, WI 54913

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.757 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.89 |
|---|---|---|---|

**PETER HERRICK**
612 GRAVES ST
Chilton, WI 53014

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.757 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $539.65 |
|---|---|---|---|

**Peter Lawlor**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.757 8 | Nonpriority creditor's name and mailing address<br>**PETER LECAPITAINE**<br>**1028 E NORTH ST**<br>**Appleton, WI 54911**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$152.25** |
| :-- | :-- | :-- | --: |
| 3.757 9 | Nonpriority creditor's name and mailing address<br>**Peter Lindemann**<br>**2722 S 23rd St**<br>**Apt. 8**<br>**Manitowoc, WI 54220**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$239.38** |
| 3.758 0 | Nonpriority creditor's name and mailing address<br>**Peter Lindemann**<br>**2722 S 23rd St**<br>**Apt. 8**<br>**Manitowoc, WI 54220**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,130.85** |
| 3.758 1 | Nonpriority creditor's name and mailing address<br>**Peter Marohl**<br>**No Address - purchased tickets via PayPa**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$553.88** |
| 3.758 2 | Nonpriority creditor's name and mailing address<br>**Peter Mcculloch**<br>**129 Woodhaven Lane**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$585.38** |
| 3.758 3 | Nonpriority creditor's name and mailing address<br>**Peter Mueller**<br>**5322 Athens Avenue**<br>**Racine, WI 53406**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,278.90** |
| 3.758 4 | Nonpriority creditor's name and mailing address<br>**Peter O Krupa**<br>**1 N. Main St.**<br>**2SW**<br>**MOUNT PROSPECT, IL 60056**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$218.38** |

| 3.758 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Peter Rausch**
**1835 Rush Lake Drive**
**Ripon, WI 54971**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Peter Schnoor**
**560 S 9th St**
**#14**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Peter Soulier**
**Po box. 434**
**Lac Du Flambeau, WI 54538**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.758 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Peter Stensaas**
**1609 Johnson Street**
**Stoughton, WI 53589**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.758 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**peter thomas**
**2070 charles st.**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,246.88 |
|---|---|---|---|

**peter thomas**
**2070 charles st.**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Peter Vollbrecht**
**1984 Creek Side Drive**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Peyton Beckman**
8118 Oakwood ave
Neenah, WI 54956

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.759 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |
|---|---|---|---|

**Peyton Brown**
201 chestnut st
Lena, IL 61048

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.759 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.25 |
|---|---|---|---|

**Peyton Diem**
3013 Shady Circle
Cross Plains, WI 53528

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.759 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Peyton Hofer**
3815 e clovis ave
Mesa, AZ 85206

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.759 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Peyton Janes**
430 union street
Green Lake, WI 54941

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.759 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Peyton Stankiewcz**
1117 Greenbriar drive
Hanford, CA 93230

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.759 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |
|---|---|---|---|

**Phil Junior**
1540 Schaller St
Janesville, WI 53546

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $832.13 |
|---|---|---|---|

**Phil Levenhagen**
2690 black wolf ave
oshkosh, WI 54902

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Phil Nikolas**
543 W. 14th Ave
Oshkosh, WI 54902

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Phil Okkerse**
431 South 4th Ave
Sturgeon Bay, WI 54235

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Philip Foran**
14 Sandcreek Pl
Decatur, IL 62521

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |
|---|---|---|---|

**PHILIP NATONSKI**
W5008 GOLF COURSE RD APT 602
Sherwood, WI 54169

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $837.38 |
|---|---|---|---|

**Philip Schultz**
11215 Spring Lake Rd
Kiel, WI 53042

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Phill Habel**
1428 Navigator Way
De Pere, WI 54115

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |

**Phillip Hahn**
212 n River rd
Waterville, OH 43566

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.75 |

**PHILLIP HEIMBRUCH**
E7727 STAGE RD
New London, WI 54961

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.25 |

**Phillip Ritger**
N2867 S Resthaven Rd
Rubicon, WI 53078

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |

**Phoebe Jensen**
2477 curtis ct
Green Bay, WI 54311

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Phoenix Funk**
1942 Debruin rd
Kaukauna, WI 54130

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Phoenix Hyde**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.48 |

**Phoenix Wenzel**
320 N 7th Street
Winneconne, WI 54986

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.761 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $759.12 |
|---|---|---|---|

**Pinkie Moore**
1032 e walnut
Upper
Green Bay, WI 54301

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $351.23 |
|---|---|---|---|

**Pinkie Moore**
1032 e walnut
Upper
Green Bay, WI 54301

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Precious Briggs**
W8470 Germantown Road
Crivitz, WI 54114

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,144.51 |
|---|---|---|---|

**Precision Dynamics Corp**
PO Box 71549
Chicago, IL 60694-1995

Date(s) debt was incurred __May 2020__

Last 4 digits of account number __5407__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Preston Kummerer**
1530 Avondale Drive
Green Bay, WI 54313

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Preston Smith**
13305 freedom rd
Baraga, MI 49908

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278.25 |
|---|---|---|---|

**QUENTIN GRZESIK**
2627LANCELOT LANE
Dyer, IN 46311

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Questan Barker**
4928 Michigan Dr.
Superior, WI 54880

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $586.93 |
|---|---|---|---|

**Quinlan Hillesheim**
1118 Nicolet Ave
Green Bay, WI 54304

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Quinn Krause**
312 N Main St Deerfield
Deerfield, WI 53531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.88 |
|---|---|---|---|

**Quinn Moore**
5150 S Monitor
Chicago, IL 60638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,781.60 |
|---|---|---|---|

**Quinn Truscott**
133 24th Ave NE
A
Calgary  AB  T2E 1W7

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Quintin Bucheit**
100 Oak Street
Apt 13
Hiawatha, IA 52233

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Quintin Wolter**
617 portage st
Stevens Point, WI 54481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**Rachael Bissett**
5199 High Pointe Dr
Winneconne, WI 54986

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Rachael Brabec**
W195N16247 Eastwood Cir
Jackson, WI 53037

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $418.96 |

**Rachael Lawless**
701 Hobart dr
Unit c
South Elgin, IL 60177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Rachael Liermann**
W3478 Meadowlark Rd
Fredonia, WI 53021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Rachael Nerby**
N8956 Ellen St, po box 44
Nichols, WI 54152

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |

**Rachael Platt**
106 Harrison St
East Galesburg, IL 61430

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Rachael Singer**
5715 Cty Road K
Amherst, WI 54406

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019-2020_

Basis for the claim: _Pre-Paid Tickets_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.763 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.01 |
|---|---|---|---|

**Rachael Strange**
**No Address - purchased tickets via PayPal**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995.30 |
|---|---|---|---|

**Rachael Strnad**
**E3338 County Road K**
**Casco, WI 54205**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.86 |
|---|---|---|---|

**Rachael Wetmiller**
**961 Roscoe st**
**Green Bay, WI 54304**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Racheal Kaske**
**913 n chestnut ave**
**Green Bay, WI 54303**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Rachek Wolf**
**W6564 Talon Dr**
**Greenville, WI 54942**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Rachel Blohowiak**
**1911 Swan Pointe Terrace**
**De Pere, WI 54115**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Rachel Bonacorsi**
**8066 Cornell Rd**
**Apt 104**
**Germfask, MI 49836**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.88 |
|---|---|---|---|

**Rachel Boo**
321 1/2 W. Main st.
Waupun, WI 53963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Rachel Chaney**
N3098 River Bend Dr
Peshtigo, WI 54157

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**rachel dann**
1324 swamp rd
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**rachel derouin**
1700 21st Ave s
Escanaba, MI 49829

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Rachel Disterhaft**
509 Webster street
Berlin, WI 54923

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Rachel Elisabeth**
1475 Eliza st
Green Bay, WI 54301

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Rachel Elliott**
14220 Burbank Blvd.
Apt 208
Van Nuys, CA 91401

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hypervibe, Inc. | Case number (if known) | 20-27367 |
| --- | --- | --- | --- |
| | Name | | |

| 3.764 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.92 |
| --- | --- | --- | --- |

**Rachel Espitia**
439 Jefferson Dr.
Kewaskum, WI 53040

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.94 |
| --- | --- | --- | --- |

**Rachel Goedderz**
7878 S US HIGHWAY 45
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
| --- | --- | --- | --- |

**Rachel Greene**
2456 Antares Terrace
Green Bay, WI 54311

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
| --- | --- | --- | --- |

**Rachel Haisler**
1236 larkspur dr
Kansasville, WI 53139

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
| --- | --- | --- | --- |

**Rachel Hanson**
5903 Wildlife Dr
Allenton, WI 53002

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
| --- | --- | --- | --- |

**Rachel Hobbs**
5575 Cathedral Peak dr
Sparks, NV 89436

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
| --- | --- | --- | --- |

**Rachel Honish**
N103W16730
Germantown, WI 53022

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.22 |
|---|---|---|---|

**Rachel Hunter**
2704 Prairie Ct
East Troy, WI 53120

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Rachel Kelley**
W196N11278 SHADOW WOOD LANE
Germantown, WI 53022

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.26 |
|---|---|---|---|

**Rachel Krutz**
326 Center St
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Rachel Lemke**
242 County Road 149
Pierz, MN 56364

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Rachel Linzmeyer**
217 E 17th St
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Rachel Marquette**
916 E Randall St.
Shawano, WI 54166

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.19 |
|---|---|---|---|

**Rachel Mccarthy**
275 1/2 KNOWLTON ST
Waterloo, WI 53594

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachel Morris**
**6003 Old Oak Circle**
**Sugar Land, TX 77479**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.766 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachel Pagel**
**1608 roosevelt ave**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.766 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachel Pavlik**
**1329 E Road 4**
**Edgerton, WI 53534**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$186.88

---

| 3.766 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachel Rongstad**
**4820 Cty Rd E**
**Slinger, WI 53086**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| 3.766 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachel Schroeder**
**722 western Ave**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$288.23

---

| 3.766 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachel Shedal**
**11125 RIDGE RD**
**MISHICOT, WI 54228**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$134.38

---

| 3.766 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachel Slavik**
**2535 West Ripple Ave**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$218.38

---

| 3.766 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $722.30 |
|---|---|---|---|

**Rachel Tollakson**
N5760 Valley Rd
Cecil, WI 54111

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.63 |
|---|---|---|---|

**Rachel Truesdill**
81 County Road F
River Falls, WI 54022

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Rachel Walter**
14958 Austin dr
Lockport, IL 60441

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Rachel White**
2235 Foxglove Ct
New Berlin, WI 53151

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Rachel Zindars**
737 north 5th ave
Redgranite, WI 54970

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
|---|---|---|---|

**Rachele Depagter**
W2561 miley road
Sheboygan Falls, WI 53085

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Rachelle Racette**
604 Riverview dr
Winneconne, WI 54986

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,349.84 |
|---|---|---|---|

**Rachelle Rodriguez**
16169 6th st
Atlantic Mine, MI 49905

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Rachelle Turzinski**
7004 5th Ave
Almond, WI 54909

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Raeanne Klatt**
3309 17th St.
Menominee, MI 49858

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Raechel Russo**
4614 County Rd T
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Raegan Babcock**
3435 Country Club Lane
Morris, IL 60450

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Raiden Windham**
418 N Maple Ave
Green Bay, WI 54303

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Ramiro Hernandez**
1124 n danz ave
Green Bay, WI 54302

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,912.90 |
|---|---|---|---|

**Ramona mathews**
**6111 wintergreen dr**
**Wisconsin Rapids, WI 54494**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $631.58 |
|---|---|---|---|

**Randa Wilberg**
**804 Pleasant Oak Dr.**
**Oregon, WI 53575**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.75 |
|---|---|---|---|

**Randal Lee**
**1106 Mallard ave.**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.768 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,017.45 |
|---|---|---|---|

**RANDALL HALSTEAD**
**300 E Alfred St**
**Weyauwega, WI 54983**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.57 |
|---|---|---|---|

**randall lavarda**
**11338 Nasgovitz Rd**
**Pound, WI 54161**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.38 |
|---|---|---|---|

**Randall Philipps**
**104 6th Ave**
**Menominee, MI 49858**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**RANDALL SCHMITT**
**N2870 STATE ROAD 73**
**Wautoma, WI 54982**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Randall Simmons**
**1101 Division St**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $493.50 |
|---|---|---|---|

**RANDALL SOLBERG**
**2911 AIRPORT AVE**
**Wisconsin Rapids, WI 54494**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.88 |
|---|---|---|---|

**Randel Evans**
**W17 Dakota Ave**
**Neshkoro, WI 54960**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Randy Berres**
**W7154 Englewood Drive**
**Greenville, WI 54942**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Randy Doerr**
**1000 Jones St.**
**Watertown, WI 53094**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.78 |
|---|---|---|---|

**Randy Koester**
**N2639 Hwy Z Lot E96**
**Dousman, WI 53118**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Randy Lewins**
**202 EAST MCKINLEY ST**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Randy Liegl**
371 Pinecrest Ct.
Mayville, WI 53050

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Randy Lindner**
H18875 School Rd.
Wausau, WI 54403

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.91 |
|---|---|---|---|

**Randy O'Connell**
N1996 Virginia Dr
Waupaca, WI 54981

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $768.35 |
|---|---|---|---|

**Randy Post**
2052-1 Myrtle st
Dover, DE 19901

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |
|---|---|---|---|

**Randy Reimer**
2330 39th Street
Two Rivers, WI 54241

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.83 |
|---|---|---|---|

**randy sanford**
1938 Neuens rd
Niagara, WI 54151

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Randy Smith**
1716 Wisconsin Avenue
New Holstein, WI 53061

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,072.01 |
|---|---|---|---|

**Randy Streblow**
W8057 Jones Ct
Beaver Dam, WI 53916

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.38 |
|---|---|---|---|

**RANDY WEIR**
S810 JOHNSON DR
Iola, WI 54945

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.50 |
|---|---|---|---|

**RANDY WINKLER**
N6475 HWY J
Montello, WI 53949

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.770 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Raquel Artolacalero**
618 E Oak St
Kimberly, WI 54136

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.770 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.69 |
|---|---|---|---|

**Raquel Craig**
1805 2nd ave sw
203
Minot, ND 58701

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Raquel Riemer**
11928 Zastrow Rd.
Cecil, WI 54111

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Raven Schuette**
2416 South 9th Street
Manitowoc, WI 54220

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 1 | **Nonpriority creditor's name and mailing address** **Ray Delrow** 5502 Gordon St Schofield, WI 54476 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $286.13 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 2 | **Nonpriority creditor's name and mailing address** **Ray Donajkowski** 650 Beatrice Circle Hudson, WI 54016 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $1,178.07 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 3 | **Nonpriority creditor's name and mailing address** **Ray Green** 627 Nicolet ave Oshkosh, WI 54901 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $381.68 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 4 | **Nonpriority creditor's name and mailing address** **Ray Kramer** 1707 n. Ballard Road Appleton, WI 54911 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $500.33 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 5 | **Nonpriority creditor's name and mailing address** **Ray Vincent** 9248 Kornbrust Dr. Lone Tree, CO 80124 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $319.73 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 6 | **Nonpriority creditor's name and mailing address** **Rayanna Peterson** 10454 Highway 92 Hibbing, MN 55746 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $759.12 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 7 | **Nonpriority creditor's name and mailing address** **Raymond Davis** 1503 37th st. Fort Madison, IA 52627 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,278.90 |
|---|---|---|---|

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |

**Raymond Deblasio**
**1414 WESTHAMPTON DR**
**Plainfield, IL 60586**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.771 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.24 |

**Raymond Tolonen**
**202 Goldsmith Street**
**Lower Apt**
**Baraga, MI 49908**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.772 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449.38 |

**Raynee Schuster**
**551 10th St S**
**Wisconsin Rapids, WI 54494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.772 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Reagan Kiehnau**
**No Address - purchased tickets via PayPa**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.772 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.69 |

**Rebecca Anderson**
**13718 N. Paynesville Rd**
**Bruce Crossing, MI 49912**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.772 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |

**Rebecca Benavides**
**423 13th Avenue South**
**Onalaska, WI 54650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.772 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.96 |

**Rebecca Brault**
**307 Cleveland Street**
**Brillion, WI 54110**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.772 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rebecca Christensen**
**6928 n 52 st**
**Omaha, NE 68152**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$500.85**

---

**Nonpriority creditor's name and mailing address**   3.772 6
**Rebecca DeJardin**
**137 S Washington St**
**Kimberly, WI 54136**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$266.70**

---

**Nonpriority creditor's name and mailing address**   3.772 7
**rebecca flock**
**526 s silverlake st**
**Oconomowoc, WI 53066**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$77.69**

---

**Nonpriority creditor's name and mailing address**   3.772 8
**Rebecca Geiyer**
**33095 Battershall rd**
**Grayslake, IL 60030**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$119.69**

---

**Nonpriority creditor's name and mailing address**   3.772 9
**Rebecca Glickman**
**13253 Court Place**
**Burnsville, MN 55337**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,152.90**

---

**Nonpriority creditor's name and mailing address**   3.773 0
**Rebecca Groelle**
**909 Hewitt St**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$518.65**

---

**Nonpriority creditor's name and mailing address**   3.773 1
**Rebecca Groelle**
**909 Hewitt St**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$703.51**

| 3.773 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
|---|---|---|---|

**Rebecca Holmquest**
5318 Russett Road
Madison, WI 53711

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Rebecca Kempen**
7224 County Rd W
Greenleaf, WI 54126

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Rebecca Matowitz**
3017 E Canary St
Appleton, WI 54915

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
|---|---|---|---|

**Rebecca Meltz**
459 Gavin parkway
Kewaskum, WI 53040

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.88 |
|---|---|---|---|

**REBECCA MILLER**
**JESSICA STINSKI**
W6361 QUARRY RD
Appleton, WI 54913

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621.08 |
|---|---|---|---|

**Rebecca Mohl**
n2106 north rd
Hortonville, WI 54944

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $885.95 |
|---|---|---|---|

**Rebecca Muehrcke**
1593 W. Marhill Rd
Green Bay, WI 54313

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

| 3.773 9 | Nonpriority creditor's name and mailing address **Rebecca Omick** 3907 E Klieforth Av Cudahy, WI 53110 | As of the petition filing date, the claim is: Check all that apply. | $349.11 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 0 | Nonpriority creditor's name and mailing address **Rebecca Prohaska** 1927 Bonnie Ln Waukesha, WI 53188 | As of the petition filing date, the claim is: Check all that apply. | $157.48 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 1 | Nonpriority creditor's name and mailing address **Rebecca Pupp** 1222 N. 10th St. Sheboygan, WI 53081 | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 2 | Nonpriority creditor's name and mailing address **Rebecca Quast** 1510 Witzel Ave APT 5 Oshkosh, WI 54902 | As of the petition filing date, the claim is: Check all that apply. | $466.19 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 3 | Nonpriority creditor's name and mailing address **Rebecca Rennert** No Address - purchased tickets via PayPa | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 4 | Nonpriority creditor's name and mailing address **Rebecca Sauer** 711 Columbia St Horicon, WI 53032 | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 5 | Nonpriority creditor's name and mailing address **Rebecca Seib** 916 Crooked Tree Place Larkspur, CO 80118 | As of the petition filing date, the claim is: Check all that apply. | $1,180.73 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.774 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |

**Rebecca Steeno**
3074 Westline
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Rebecca Tuma**
708 Sue St
Little Chute, WI 54140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,590.76 |

**REBECCA WAGNER**
W4410 OLD GREEN LAKE RD
Princeton, WI 54968

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |

**Rebecca York**
W8549 Akron drive
Wild Rose, WI 54984

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.13 |

**Rebecca Zelhofer**
3717 Buckingham Dr
Janesville, WI 53546

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |

**Rebecka Ewelt**
3188 Vilas rd
Cottage Grove, WI 53527

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |

**Rebekah Hischke**
361 Lake Plumleigh Way
Algonquin, IL 60102

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Reece Washuleski**
319 maple lane
Coleman, WI 54112

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Reed Albinger**
2250 s lombardy lane
New Berlin, WI 53151

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Reed Hafeman**
N1400 Westgreen Dr.
Greenville, WI 54942

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.20 |
|---|---|---|---|

**Reed Larson**
n3035 Fumee Lake drive
Iron Mountain, MI 49801

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Reed Schmechel**
850 Centennial Centre blvd
77
Oneida, WI 54155

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Reegan Steiner**
N5087 Twain Road
Chilton, WI 53014

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Reggie Johnson**
W5911 M69
Felch, MI 49831

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.26 |
|---|---|---|---|

**Regina Brooks**
544 Pleasant Court
Berlin, WI 54923

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Regina Peterson**
6893 Military Road
Lena, WI 54139

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Reid Romenesko**
47 Golden Wheat Lane
Wrightstown, WI 54180

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Reilly Freund**
W3842 Shady Lane
Fond Du Lac, WI 54937

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Remi Lade**
1524 W Marhill Rd
Green Bay, WI 54313

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.38 |
|---|---|---|---|

**Renae Kiser**
N451 River Rd
Vulcan, MI 49892

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.65 |
|---|---|---|---|

**Rene Kussmann**
227 Brenland Rd
Oshkosh, WI 54902

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Renee Bouche**
222 E. Park St.
Forestville, WI 54213

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.76 |
|---|---|---|---|

**Renee Brown**
4802 west wildflower lane
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,135.58 |
|---|---|---|---|

**Renee Heinz**
1001 FOREST ST
Marinette, WI 54143

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|

**Renee Hering**
556 Foxford Road
Bartlett, IL 60103

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Renee Oppermann**
730 Pine St
#1
Omro, WI 54963

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.88 |
|---|---|---|---|

**Renee Reissmann**
N358 Red Tail Lane
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Renee Reszel**
1215 Nimrod Court
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**Renee Sina**
N7077 Brandon Road
Ripon, WI 54971

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.777 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.34 |

**Renee Sponem**
S10381 County Road C
Sauk City, WI 53583

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.777 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Renee Vanden Boom**
8393 Moeser Lane
Larsen, WI 54947

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.777 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.75 |

**RENEE WHITEHEAD**
3144 CEDARVILLE RD.
Millville, NJ 08332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.777 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.15 |

**Rhea Hoffman**
2977 N. 77th St.
Milwaukee, WI 53222

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.777 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.19 |

**Rheanna Lacount**
6890 County Road E
Abrams, WI 54101

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.778 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.69 |

**Rhoda Fleming**
W7460 Westbrook Lane
Fond Du Lac, WI 54937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.778 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
| --- | --- | --- | --- |

**Rhonda Acitelli**
821 South Villa Avenue
Villa Park, IL 60181

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
| --- | --- | --- | --- |

**Rhonda Biwer**
350 Beaumier Lane
Sobieski, WI 54171

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.96 |
| --- | --- | --- | --- |

**Rhonda Niemi-Judge**
W6831 Appletree CT
Greenville, WI 54942

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
| --- | --- | --- | --- |

**Rian Lindholm**
N5386 County Road D
New London, WI 54961

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,242.68 |
| --- | --- | --- | --- |

**Ric Mcmains**
108 5th st n
Grove City, MN 56243

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
| --- | --- | --- | --- |

**Ricardo Gonzalez**
2236 Marathon Ave
Neenah, WI 54956

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
| --- | --- | --- | --- |

**Rich Dobrzynski**
9415 w 106 ave
Saint John, IN 46373

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7788**

Nonpriority creditor's name and mailing address

**Rich Grahl**
PO Box 346
Eden, WI 53019

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$785.38**

---

**3.7789**

Nonpriority creditor's name and mailing address

**Rich Riffe**
W6033 Greystone Ct
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$77.69**

---

**3.7790**

Nonpriority creditor's name and mailing address

**RICHARD & BONNIE FASSBENDER**
479 VAN ST
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,031.75**

---

**3.7791**

Nonpriority creditor's name and mailing address

**Richard Bilotto**
3967 Nicolet Drive
Green Bay, WI 54311

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$722.38**

---

**3.7792**

Nonpriority creditor's name and mailing address

**Richard Brehmer**
315 West Fulton Street
Edgerton, WI 53534

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

**$350.70**

---

**3.7793**

Nonpriority creditor's name and mailing address

**Richard Gratton**
N6421 Cty Rd AI
Juneau, WI 53039

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

**3.7794**

Nonpriority creditor's name and mailing address

**Richard Henrikson**
14741 Arcola
Livonia, MI 48154

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$805.84**

---

| 3.779 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,096.70 |

**Richard LaCrosse**
207 E Ormsby St
Oxford, WI 53952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Richard Lukas**
3212 E SABLERIDGE DR
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $626.33 |

**richard newcomb**
3261 andover dr
Rockford, IL 61114

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.65 |

**Richard Nummerdor**
102Washington St
Reeseville, WI 53579

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |

**Richard Olson**
6011 Stevens st
Byron, IL 61010

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Richard Peters**
806 w picnic st
3
Shawano, WI 54166

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**RICHARD POCHERT**
24394 Oak Forest Dr
Rapidan, VA 22733

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.23 |
|---|---|---|---|

**Richard Santkuyl**
108 Hidden ridges Circle
Combined Locks, WI 54113

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Richard Togstad**
N3221 paap Rd
Weyauwega, WI 54983

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Richard Whybark**
2018 Cleveland Ave
Racine, WI 53405

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

**Richard Wussow**
226 6th street
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Richard Zillmer**
W1921 flame road
Marinette, WI 54143

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**richelle Vincent**
722 south melcorn circle
De Pere, WI 54115

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.00 |
|---|---|---|---|

**Rick Braun**
437 Prospect Ave
Fond Du Lac, WI 54937

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.780 9 | | |

**Nonpriority creditor's name and mailing address**

**Rick Brockman**
**1242 wildrose ln.**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.781 0 |

**Nonpriority creditor's name and mailing address**

**Rick Cox**
**2821 County Hwy E**
**Warrens, WI 54666**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$639.45

---

| 3.781 1 |

**Nonpriority creditor's name and mailing address**

**Rick Hallet**
**3669 SOLITUDE ROAD**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,211.18

---

| 3.781 2 |

**Nonpriority creditor's name and mailing address**

**Rick Harner**
**565 Shreve Lane**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$747.88

---

| 3.781 3 |

**Nonpriority creditor's name and mailing address**

**Rick Kellner**
**1238 s taylor**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$756.51

---

| 3.781 4 |

**Nonpriority creditor's name and mailing address**

**Rick Lehecka**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$63.00

---

| 3.781 5 |

**Nonpriority creditor's name and mailing address**

**Rick Otradovic**
**327 north pine street**
**Kimberly, WI 54136**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,211.18

---

| 3.781 6 | Nonpriority creditor's name and mailing address | | $803.25 |
|---|---|---|---|

**Rick Payette**
**6731 Richview Court**
**Abrams, WI 54101**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 7 | Nonpriority creditor's name and mailing address | | $272.96 |
|---|---|---|---|

**Rick Stoegbauer**
**N8738 Sylvan Bay Road**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 8 | Nonpriority creditor's name and mailing address | | $130.73 |
|---|---|---|---|

**Rick Swanningson**
**130 Homewood Ct**
**Little Chute, WI 54140**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 9 | Nonpriority creditor's name and mailing address | | $391.13 |
|---|---|---|---|

**Rick Thomas**
**917 Northwood Dr**
**Seymour, WI 54165**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 0 | Nonpriority creditor's name and mailing address | | $314.96 |
|---|---|---|---|

**Rick Wechlo**
**3447 Lakeview rd**
**Colgate, WI 53017**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 1 | Nonpriority creditor's name and mailing address | | $826.88 |
|---|---|---|---|

**Ricky Stroup**
**511 East 3rd St.**
**Kinmundy, IL 62854**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 2 | Nonpriority creditor's name and mailing address | | $151.73 |
|---|---|---|---|

**Rikki Beese**
**416 Bowen at**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Rikki Boldt**
1125 N 12th ave
West Bend, WI 53090

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Rileigh Allgeier**
13070 Huntingto Chase
Rockton, IL 61072

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Riley Kinjerski**
314 dorelle street
Kewaunee, WI 54216

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.23 |
|---|---|---|---|

**Riley LaFave**
408 Harley street
Lena, WI 54139

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Riley Lafave**
408harley street
Lena, WI 54139

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Riley Menzer**
W5633 County Road Y
Fond Du Lac, WI 54937

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Riley Neal**
1701 westwood ave
Fond Du Lac, WI 54937

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 0 | Nonpriority creditor's name and mailing address **Riley Tucker** **6032 33rd Avenue** **Kenosha, WI 53142** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $261.45 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 1 | Nonpriority creditor's name and mailing address **Rina Finnell** **146 W 6th St** **Reserve, LA 70084** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $218.38 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 2 | Nonpriority creditor's name and mailing address **Rita Frey** **428 Sweetflag Ave** **Fond Du Lac, WI 54935** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $377.96 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 3 | Nonpriority creditor's name and mailing address **Rita Heyroth** **8570 Saddleback Ln** **Larsen, WI 54947** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $356.96 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 4 | Nonpriority creditor's name and mailing address **Rita Melchor** **521 SW CERESCO ST** **Berlin, WI 54923** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $1,165.50 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 5 | Nonpriority creditor's name and mailing address **ROB DREXLER** **1317 CONGRESS AVE** **Oshkosh, WI 54901** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $228.38 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 6 | Nonpriority creditor's name and mailing address **rob harlan** **1661 iowa st** **Oshkosh, WI 54902** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $1,354.50 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 7 | Nonpriority creditor's name and mailing address | | $2,248.35 |
|---|---|---|---|

**Rob Larson**
2401 N Oakland Ave
Milwaukee, WI 53211

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.783 8 | Nonpriority creditor's name and mailing address | | $77.69 |
|---|---|---|---|

**Rob Prill**
2872 NEWPORT AVE
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.783 9 | Nonpriority creditor's name and mailing address | | $286.13 |
|---|---|---|---|

**ROB SUNDERLAND**
1203 Bruss St
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.784 0 | Nonpriority creditor's name and mailing address | | $261.45 |
|---|---|---|---|

**Robb Riekki**
W6677 Green Willow Ct
Greenville, WI 54942

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.784 1 | Nonpriority creditor's name and mailing address | | $350.70 |
|---|---|---|---|

**Robby Schmitt**
425 College Ave
Sheboygan, WI 53083

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.784 2 | Nonpriority creditor's name and mailing address | | $803.25 |
|---|---|---|---|

**Robert & Christine Worth**
3101 E CANVASBACK LN
Appleton, WI 54913

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.784 3 | Nonpriority creditor's name and mailing address | | $149.63 |
|---|---|---|---|

**Robert Bender**
1834 W Pershing St Apt 4
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.784 4 | Nonpriority creditor's name and mailing address<br>**Robert Benotch**<br>**1621 Hillcrest**<br>**Kaukauna, WI 54130**<br><br>Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $134.38 |

| 3.784 5 | Nonpriority creditor's name and mailing address<br>**Robert Binder**<br>**1610 Primrose Ln.**<br>**Fond Du Lac, WI 54935**<br><br>Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $42.00 |

| 3.784 6 | Nonpriority creditor's name and mailing address<br>**Robert Boston**<br>**708 Brule Rd**<br>**Sault Ste. Marie  ON P6A 0B5**<br><br>Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $551.25 |

| 3.784 7 | Nonpriority creditor's name and mailing address<br>**Robert Coffey**<br>**121 PO Box**<br>**Mass City, MI 49948**<br><br>Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $803.25 |

| 3.784 8 | Nonpriority creditor's name and mailing address<br>**ROBERT CONSTANTINE**<br>**1141 W 6TH AVE**<br>**Oshkosh, WI 54902**<br><br>Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $803.25 |

| 3.784 9 | Nonpriority creditor's name and mailing address<br>**Robert Cook**<br>**7405 Frieda st ne**<br>**Albuquerque, NM 87109**<br><br>Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $659.40 |

| 3.785 0 | Nonpriority creditor's name and mailing address<br>**Robert Devroy**<br>**1708 Amy street**<br>**Green Bay, WI 54302**<br><br>Date(s) debt was incurred __2019-2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Pre-Paid Tickets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $864.68 |

| 3.785<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,614.90 |
|---|---|---|---|

**Robert Ditmars**
1365 Harvest Moon Dr
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.785<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Robert Feulner**
18 Washington rd
Schenectady, NY 12302

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.785<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |
|---|---|---|---|

**Robert flores**
1709 dewey st
Manitowoc, WI 54220

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.785<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Robert Francart**
12 Easthaven Court
2
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.785<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355.95 |
|---|---|---|---|

**Robert glover**
16 specker circle
Marquette, MI 49855

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.785<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.45 |
|---|---|---|---|

**Robert Hanna**
2000 Taft Avenue
124
New Holstein, WI 53061

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.785<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**ROBERT HEIN**
N8425 GRIFFITH RD
Eldorado, WI 54932

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.785 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $649.95 |
|---|---|---|---|

**ROBERT KRIZ**
1209 W Bent Ave
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.785 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,036.35 |
|---|---|---|---|

**ROBERT LAURENCE**
4586 elm st
Laona, WI 54541

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,935.14 |
|---|---|---|---|

**ROBERT LIVINGSTON**
4620 WAZEECHA AVE
Wisconsin Rapids, WI 54494

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.51 |
|---|---|---|---|

**Robert Mccallum**
3233 Thomas Hickey Drive
Joliet, IL 60431

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Robert McKnight**
388 w Washington ave
Hartford, WI 53027

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Robert Messina**
7169 Bradley Dr
Plainfield, IL 60586

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,015.88 |
|---|---|---|---|

**ROBERT MEYER**
408 MANITOWOC ST
Menasha, WI 54952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Robert Mindt**
2207 Creekside Ct
Sheboygan, WI 53081

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Robert Moore**
N6056 Southport blvd
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,307.25 |
|---|---|---|---|

**ROBERT OPPERMAN**
W741 BLACKHAWK LN
Berlin, WI 54923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Robert Osheim**
W172N9175 Shady Ln Apt 419
Menomonee Falls, WI 53051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,343.20 |
|---|---|---|---|

**Robert Osheim**
W172N9175 Shady Ln Apt 419
Menomonee Falls, WI 53051

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.44 |
|---|---|---|---|

**Robert Petzke**
2002 Ruben Dr
Waukesha, WI 53186

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.11 |
|---|---|---|---|

**Robert Plunger**
W8052 Haystack View Drive
Iron Mountain, MI 49801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.48 |
|---|---|---|---|

**robert reed**
620 Catherine St
Metropolis, IL 62960

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.78 |
|---|---|---|---|

**ROBERT SCHIPPER**
**SUE SCHALKOWSKI**
E6642 GUTH RD
Weyauwega, WI 54983

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.10 |
|---|---|---|---|

**ROBERT SCHODEBERG**
777 Default Street
Campbellsport, WI 53010

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.787 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Robert Schulte**
324 main street
Camp Douglas, WI 54618

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.787 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Robert Schutt**
34740 Delafield Rd
Oconomowoc, WI 53066

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Robert Snider**
808 Chalet Dr NW
Rochester, MN 55901

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $906.68 |
|---|---|---|---|

**Robert Sprenkle**
4998 S. 3975 W.
Roy, UT 84067

Date(s) debt was incurred  2019-2020
Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,106.70 |
| --- | --- | --- | --- |

**robert stocks**
340 S. Anne St
Kimberly, WI 54136

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.788 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.83 |
| --- | --- | --- | --- |

**Robert Swenor**
812 Champion St
Apt 1
Marquette, MI 49855

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.788 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
| --- | --- | --- | --- |

**Robert Taylor**
N9529 Noe Rd
Appleton, WI 54915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.788 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
| --- | --- | --- | --- |

**Robert Trealoff**
414 Lee street
Durand, WI 54736

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.788 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
| --- | --- | --- | --- |

**Robert Tuzik**
1655 n artesian
1
Chicago, IL 60647

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.788 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.55 |
| --- | --- | --- | --- |

**Robert Van Westenberg**
320 W Swan St
Shawano, WI 54166

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.788 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
| --- | --- | --- | --- |

**Robert Vandyke**
1420 E Calumet
Appleton, WI 54915

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.788 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**ROBERT W KACZMARCZYK**
14983 W. 95th Ave.
Dyer, IN 46311

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Robert Wagner**
275 Crestview Rd
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Robert Wiza**
1285 River Park Circle East
Mukwonago, WI 53149

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Robert Wojtalewicz**
14 Brentwood Ln
Omro, WI 54963

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Robert Workentine**
228 N Mill St
Hortonville, WI 54944

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.90 |
|---|---|---|---|

**Robert Zdanovec**
929 south 5th ave
Wausau, WI 54401

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.57 |
|---|---|---|---|

**Robin Barber**
457 Forest View Rd
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.07 |
|---|---|---|---|

**Robin Biernbaum**
1717 1/2 5th ave
South Sioux City, NE 68776

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**robin hearley**
2410 ruffed court
Green Bay, WI 54311

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Robin Inman**
1795 Spring Hill Court
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**Robin Jungers**
w 2016 E River Rd
Campbellsport, WI 53010

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Robin Pampuch**
731 Carey Ave
Wild Rose, WI 54984

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.88 |
|---|---|---|---|

**Robin Visger**
3216 Soo Marie Ave
Stevens Point, WI 54481

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Robin Wade**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hypervibe, Inc. | Case number (if known) | 20-27367 |
|---|---|---|---|

| 3.790 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Robyn Bitter**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.790 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.07 |
|---|---|---|---|

**Robyn Blakeley**
**5900 Stoney Brook Rd**
**Apt.15301**
**Rogers, AR 72758**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.790 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.44 |
|---|---|---|---|

**Robyn Dickson**
**206 Redwood Court**
**Francis Creek, WI 54214**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.790 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

**Robyn Locke**
**4235 Dutchess Park Road**
**Fort Myers, FL 33916**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.790 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Robyn Morris**
**N7160 State Road 49**
**Green Lake, WI 54941**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.790 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|

**Robyn Neilsen**
**6720 W Monona Place**
**Milwaukee, WI 53219**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.790 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,661.63 |
|---|---|---|---|

**Robyn Wussow**
**N7175 State Road**
**Black Creek, WI 54106**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.790 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.71 |
|---|---|---|---|

**Roch Cournoyer**
150 rang saint-louis
Yamaska QC  J0G 1W0

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.790 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.24 |
|---|---|---|---|

**Rochelle Henn**
W4697 Deer Run Drive
Black Creek, WI 54106

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.790 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $837.38 |
|---|---|---|---|

**Rocky Endries**
912 S. 21st St.
Manitowoc, WI 54220

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.791 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.88 |
|---|---|---|---|

**Rocky Gerlach**
537 Tori St
Omro, WI 54963

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.791 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.50 |
|---|---|---|---|

**Rod Neverman**
4683 Lakeview Circle
Slinger, WI 53086

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.791 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $967.58 |
|---|---|---|---|

**ROD SCHWARTZ**
365 E ARNDT ST
Fond Du Lac, WI 54935

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.791 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Rodencia De Santos**
E1451 Grandview Rd
Waupaca, WI 54981

Date(s) debt was incurred  _2019-2020_

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Pre-Paid Tickets_

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.791 4**

Nonpriority creditor's name and mailing address
**Rodney Boldt**
**7259 Clark Point Rd.**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$272.96**

---

**3.791 5**

Nonpriority creditor's name and mailing address
**Rodney Cromwell**
**3435 Amber Ln**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$288.23**

---

**3.791 6**

Nonpriority creditor's name and mailing address
**Rodney Sherman**
**PO Box 266**
**Alda, NE 68810**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$303.45**

---

**3.791 7**

Nonpriority creditor's name and mailing address
**Roger Charbonneau**
**1100 Ludington Street, Suite # 203**
**Escanaba, MI 49829**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,484.64**

---

**3.791 8**

Nonpriority creditor's name and mailing address
**ROGER CIESLINSKI**
**211 N 9TH AVE**
**Iron River, MI 49935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,455.83**

---

**3.791 9**

Nonpriority creditor's name and mailing address
**Roger Clark**
**W4654 Super Drive**
**Campbellsport, WI 53010**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$324.98**

---

**3.792 0**

Nonpriority creditor's name and mailing address
**Roger Ellingsrud**
**701 S . Fremont St.**
**Janesville, WI 53545**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$392.18**

---

| 3.792 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.96 |

**Roger Hager**
**200 E Northland Ave**
**Appleton, WI 54911**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.13 |

**Roger McAbee**
**504 Hilltop Drive**
**Green Bay, WI 54301**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.13 |

**Roger Orlando**
**468 E. McWilliams St.**
**Fond Du Lac, WI 54935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278.25 |

**roger zygarlicke**
**9649 US hwy 10**
**Marshfield, WI 54449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.73 |

**roger zygarlicke**
**9649 US hwy 10**
**Marshfield, WI 54449**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.90 |

**Roman Ramthun**
**504 Pebblestone Circle**
**73**
**Oneida, WI 54155**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Ron Bakes**
**4205 KLATT ST**
**Plano, IL 60545**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
| **Ron Bernat** | ☐ Contingent | |
| **514 N Harvard Ave** | ■ Unliquidated | |
| **Endeavor, WI 53930** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.792 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $690.34 |
| **Ron Griepentrog** | ☐ Contingent | |
| **105 vince st** | ■ Unliquidated | |
| **Pardeeville, WI 53954** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.793 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
| **Ron Hawes** | ☐ Contingent | |
| **1425 Ferry Ave** | ■ Unliquidated | |
| **2** | ☐ Disputed | |
| **Niagara Falls, NY 14301** | | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.793 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
| **Ron Meyer** | ☐ Contingent | |
| **1390 BIRCH BARK LN** | ■ Unliquidated | |
| **Neenah, WI 54956** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.793 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
| **Ron Radloff** | ☐ Contingent | |
| **22 Marahner St** | ■ Unliquidated | |
| **Plymouth, WI 53073** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.793 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
| **Ron Skelton** | ☐ Contingent | |
| **N7742 lakeshore drive** | ■ Unliquidated | |
| **Fond Du Lac, WI 54937** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.793 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $97.13 |
| **Ron Strassburger** | ☐ Contingent | |
| **1708 Royal Crown Ct** | ■ Unliquidated | |
| **Green Bay, WI 54313** | ☐ Disputed | |
| Date(s) debt was incurred  2019-2020 | Basis for the claim:  Pre-Paid Tickets | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.793 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Ronald Ackerman**
P.O. Box 52
Felch, MI 49831

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.793 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.45 |
|---|---|---|---|

**Ronald Dubois**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.793 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Ronald Franklin Jr**
W8645 Buckhorn Circle
Wautoma, WI 54982

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.793 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
|---|---|---|---|

**Ronald Jacobson**
122 Riverview Drive
Manitowoc, WI 54220

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.793 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408.45 |
|---|---|---|---|

**RONALD KESSLER**
N4158 State HWY 52
Antigo, WI 54409

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.794 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.76 |
|---|---|---|---|

**Ronald Klimeck**
N2221 hickory rd
Watertown, WI 53098

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.794 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Ronald Markofski**
1558 Sheboygan Streeet
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.794 2 | Nonpriority creditor's name and mailing address **RONALD MILLER** 2322 N 26TH Sheboygan, WI 53083 | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 3 | Nonpriority creditor's name and mailing address **Ronald Platek** 527 Vaughn St Rhinelander, WI 54501 | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 4 | Nonpriority creditor's name and mailing address **Ronald Schmidt** 4581 Maple Ridge Dr West Bend, WI 53095 | As of the petition filing date, the claim is: Check all that apply. | $233.07 |
|---|---|---|---|

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 5 | Nonpriority creditor's name and mailing address **Ronald Stolzman** No Address - purchased tickets via PayPa | As of the petition filing date, the claim is: Check all that apply. | $434.18 |
|---|---|---|---|

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 6 | Nonpriority creditor's name and mailing address **RONALD WENDLING** PO BOX 123 Theresa, WI 53091 | As of the petition filing date, the claim is: Check all that apply. | $2,194.50 |
|---|---|---|---|

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 7 | Nonpriority creditor's name and mailing address **Ronald York** 827 Thomas St Ripon, WI 54971 | As of the petition filing date, the claim is: Check all that apply. | $545.92 |
|---|---|---|---|

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 8 | Nonpriority creditor's name and mailing address **Ronnie Otto** N3975 French rd Appleton, WI 54913 | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.794 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Rory Kaddatz**
**N1785 Municipal Dr**
**Greenville, WI 54942**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507.68 |
|---|---|---|---|

**Rory Radtke**
**110 w rice ave**
**Tomahawk, WI 54487**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.94 |
|---|---|---|---|

**Rose Becker**
**1203 Emerald Terrace**
**Apt 4**
**Sun Prairie, WI 53590**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Rose Metke**
**W1656 Hwy 49**
**Brownsville, WI 53006**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,234.76 |
|---|---|---|---|

**Roseann Bjork**
**186 twin lakes dr**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,045.76 |
|---|---|---|---|

**Roseann Everard**
**28 Elder Dr**
**Marquette, MI 49855**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $882.53 |
|---|---|---|---|

**Roseanne Mertens**
**W5981 Holmes Road**
**Princeton, WI 54968**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.795 6 | **Nonpriority creditor's name and mailing address** |

**Rosemary Morris**
302 Jake ln
Hampshire, IL 60140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$165.88

---

| | |
|---|---|
| 3.795 7 | **Nonpriority creditor's name and mailing address** |

**rosemary pike**
w594 maug rd
Ripon, WI 54971

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| | |
|---|---|
| 3.795 8 | **Nonpriority creditor's name and mailing address** |

**Rosemary Sabel**
w 1560 County rd t
Mount Calvary, WI 53057

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$152.25

---

| | |
|---|---|
| 3.795 9 | **Nonpriority creditor's name and mailing address** |

**ROSEMARY VANEPEREN**
422 FAWNWOOD CT
Wrightstown, WI 54180

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$677.25

---

| | |
|---|---|
| 3.796 0 | **Nonpriority creditor's name and mailing address** |

**Ross Bielema**
E7766 Cut Off Road
New London, WI 54961

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$403.73

---

| | |
|---|---|
| 3.796 1 | **Nonpriority creditor's name and mailing address** |

**Ross Francis**
W447 hwy 96
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$134.38

---

| | |
|---|---|
| 3.796 2 | **Nonpriority creditor's name and mailing address** |

**Ross Hoffman**
7208 county rd m
Winneconne, WI 54986

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$254.07

---

| 3.796 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**Ross Hoffman**
7208 county road M
Winneconne, WI 54986

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Ross Mcdonald**
914 18th st sw
Cedar Rapids, IA 52404

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.30 |
|---|---|---|---|

**Ross McVey**
3412 s blue spruce ln
Appleton, WI 54915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845.76 |
|---|---|---|---|

**Ross Peterson**
N2222 19th Road
Wautoma, WI 54982

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Ross Vande Wettering**
1832 Travis Lane
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Ross Wegner**
W5917 Hearthstone Drive
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Roxann Jauregui**
6842 SO. KOLIN AVENUE
Chicago, IL 60629

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.05 |
|---|---|---|---|

**Roxanne Billing**
PO BOX 107
Mohawk, MI 49950

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.63 |
|---|---|---|---|

**ROXANNE MERKES**
W1650 HOCHHEIM RD
Mayville, WI 53050

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Roxy Braun**
4800 W Amberwood Lane
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Roy Williams**
324 Konemac Street
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.83 |
|---|---|---|---|

**Roya Momtaz-Romaine**
6692 Traveler Trail
Windsor, WI 53598

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.96 |
|---|---|---|---|

**Ruben Espinoza**
325 e Washington
Hoopeston, IL 60942

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Rudolph Morgando**
455 High St
Apt#9
Hutchinson, MN 55350

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,258.96 |
|---|---|---|---|

**Rudy Dellemann**
225 W. Pulaski St.
Pulaski, WI 54162

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**Russ and Stacey Shurpit**
W650 Dover Road
Neshkoro, WI 54960

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Russ Hanseter**
1036 S Crocus Ln
Appleton, WI 54914

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Russ Pulver**
W3524 Raddatz Rd
Cambria, WI 53923

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,078.88 |
|---|---|---|---|

**Russ Wohlrabe**
N5696 State Road 22/110
Manawa, WI 54949

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Russell Cluchey**
1033 Ridge Rd
Mishicot, WI 54228

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Russell Dethloff**
215 East 3rd
PO box 152
Valparaiso, NE 68065

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |
|---|---|---|---|

**Russell Fenstermaker**
404 decorah rd
West Bend, WI 53095

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |
|---|---|---|---|

**Russell Miller**
900 Hartzheim Dr
Appleton, WI 54913

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Russell Sternal**
1329 Dalton dr
Round Lake, IL 60073

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Ruth Dudarenke**
N7823 Lakeshore Dr
Fond Du Lac, WI 54937

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Ruth Sefton**
W311 river lane
Saint Cloud, WI 53079

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Ruthanne Peterson**
2034 Lawrence Dr
De Pere, WI 54115

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.799<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Ryan Bal**
3140 Sheldon Drive
Oshkosh, WI 54904

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.799 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408.45 |
|---|---|---|---|

**Ryan Beaber**
PO BOX 65
Lakewood, WI 54138

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.799 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,242.68 |
|---|---|---|---|

**Ryan Benoit**
3500 E Park blvd
405
Plano, TX 75074

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.799 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,066.03 |
|---|---|---|---|

**Ryan Bolen**
249 oak st
Berlin, WI 54923

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.799 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Ryan Bollinger**
N4732 Pinecrest Dr
Montello, WI 53949

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.799 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Ryan Brauns**
2010 Jeffy Trail
206
Madison, WI 53719

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.799 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.30 |
|---|---|---|---|

**Ryan Ceithamer**
615 CLEAR SPRING CT
MONONA, WI 53716

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.799 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.00 |
|---|---|---|---|

**Ryan Charles**
509 Oak St
Neenah, WI 54956

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |

**Ryan Cooper**
**11517 Edgemere Terr**
**Roscoe, IL 61073**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**ryan dabel**
**1530 E Harriet St**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8000 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |

**Ryan Delrow**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8001 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |

**Ryan Drilling**
**6315 70th street**
**Riceville, IA 50466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8002 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,453.20 |

**Ryan DuBois**
**1059 lee ave**
**de Pere, WI 54115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8003 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |

**Ryan Ducaine**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8004 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |

**Ryan Dunn**
**N232 Camilia Ln**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  __Pre-Paid Tickets__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517.63 |
|---|---|---|---|

**Ryan Ebert**
**1245 South 900 East**
**Marion, IN 46953**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.98 |
|---|---|---|---|

**Ryan Eilo**
**128 Wisconsin Ave**
**Montreal, WI 54550**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Ryan Ellis**
**424 hill st**
**Dubuque, IA 52001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,532.96 |
|---|---|---|---|

**Ryan Feeney**
**1365 Regal Ave**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Ryan Fritz**
**1572 Boulder Way**
**Sun Prairie, WI 53590**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Ryan Garrett**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.41 |
|---|---|---|---|

**Ryan Garrett**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.801 2**

**Nonpriority creditor's name and mailing address**

**Ryan Geenen**
**w2563 Buchanan rd**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$871.50**

---

**3.801 3**

**Nonpriority creditor's name and mailing address**

**Ryan Goad**
**320 Division Street**
**Iron Mountain, MI 49801**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$553.88**

---

**3.801 4**

**Nonpriority creditor's name and mailing address**

**Ryan Gorsuch**
**709 12TH ST**
**Baraboo, WI 53913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$826.88**

---

**3.801 5**

**Nonpriority creditor's name and mailing address**

**Ryan Graczkowski**
**3340 Springwood ct**
**Wisconsin Rapids, WI 54494**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$218.38**

---

**3.801 6**

**Nonpriority creditor's name and mailing address**

**Ryan Hanson**
**318 N. Eastern Ave.**
**Rhinelander, WI 54501**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$2,431.72**

---

**3.801 7**

**Nonpriority creditor's name and mailing address**

**Ryan Hintz**
**2110 meadow ct,**
**4**
**West Bend, WI 53095**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$130.73**

---

**3.801 8**

**Nonpriority creditor's name and mailing address**

**Ryan Hoffman**
**N3187 Weidemeier Lane**
**Pound, WI 54161**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,068.90**

---

| 3.801 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Ryan Hubbard**
**No Address - purchased tickets via PayPal**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.802 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $336.00 |
|---|---|---|---|

**Ryan Humphrey**
**37318 Euclid Avenue**
**Willoughby, OH 44094**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.802 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Ryan Hupe**
**3728 Peregrine Way**
**Elgin, IL 60124**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.802 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507.68 |
|---|---|---|---|

**Ryan Jacobs**
**6114 Charles St.**
**Rockford, IL 61108**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.802 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.38 |
|---|---|---|---|

**Ryan Jones**
**8390 LAKE ROAD**
**Ripon, WI 54971**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.802 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,487.60 |
|---|---|---|---|

**Ryan Jordan**
**23 knotty pine ct**
**Fountain Inn, SC 29644**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.802 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $607.96 |
|---|---|---|---|

**Ryan Kirschbaum**
**8158 Texas Rd**
**Glen Haven, WI 53810**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.68 |
|---|---|---|---|
| 3.8026 | **Ryan Kitterman**<br>**2411 antler dr**<br>**Janesville, WI 53548** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|
| 3.8027 | **Ryan Klingbeil**<br>**13536 210th CIR NW**<br>**Elk River, MN 55330** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|
| 3.8028 | **Ryan Mader**<br>**N9524 Noe rd**<br>**Appleton, WI 54915** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.38 |
|---|---|---|---|
| 3.8029 | **Ryan McCardle**<br>**No Address - purchased tickets via PayPa** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $287.69 |
|---|---|---|---|
| 3.8030 | **Ryan Mcgeshick**<br>**16322 Dakota Rd**<br>**Lanse, MI 49946** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|
| 3.8031 | **Ryan Mckee**<br>**5700 Lovick Road**<br>**Waunakee, WI 53597** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |
|---|---|---|---|
| 3.8032 | **Ryan Miller**<br>**301 13th St. S.**<br>**Wisconsin Rapids, WI 54494** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.803 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Ryan Molle**
**3341 mirage cr**
**Plover, WI 54467**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**Ryan Mueller**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.38 |
|---|---|---|---|

**Ryan Olivarez**
**N66 W24382 Champeny Drive**
**Sussex, WI 53089**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Ryan Peters**
**5722 S. 114th Street**
**Hales Corners, WI 53130**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

**Ryan Peters**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $809.01 |
|---|---|---|---|

**Ryan Plunger**
**W5493 5th street**
**Hermansville, MI 49847**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**RYAN PYATT**
**249 IRENE ST**
**Green Bay, WI 54302**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.804 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Ryan Reick**
N1641 Erdine Ln
Hortonville, WI 54944

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.804 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.00 |
|---|---|---|---|

**Ryan Rindt**
40 9th St.
Clintonville, WI 54929

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.804 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.45 |
|---|---|---|---|

**Ryan Schaefer**
137 Gruenwald Ave
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.804 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Ryan Schaumburg**
37145 160th Ave se
Erskine, Mn 56535

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.804 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Ryan Schleihs**
719 N State St
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.804 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,953.01 |
|---|---|---|---|

**Ryan Schmidt**
420 e cook st
Portage, WI 53901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.804 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Ryan Schneider**
51 Mystic Ave
Tewksbury, MA 01876

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1150 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1150 of 1376

| 3.804 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Ryan Schofield**
210 Congressional Ct
Vernon Hills, IL 60061

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,089.38 |
|---|---|---|---|

**Ryan Schulz**
E8981 County Road X
New London, WI 54961

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Ryan Sinjakovic**
N2291 County Road SS
Campbellsport, WI 53010

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.50 |
|---|---|---|---|

**Ryan Soper**
420 STONE ST
Wausau, WI 54401

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Ryan Steenhagen**
1318 Dekoven St
Delafield, WI 53018

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Ryan Storlie**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.28 |
|---|---|---|---|

**Ryan Stude**
921 W McKinley Ave
A
Little Chute, WI 54140

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.63 |
|---|---|---|---|

**Ryan Tanner**
915 S Webster Ave
Omro, WI 54963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.805 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Ryan Thiede**
W6028 Timberline Dr
Saint Paul, MN 55169

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.805 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $522.90 |
|---|---|---|---|

**Ryan Van Gundy**
7532 Newland st
Arvada, CO 80003

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.805 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Ryan Vanness**
508 riverview blvd
Great Falls, MT 59404

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.805 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.13 |
|---|---|---|---|

**Ryan Volgmann**
w7393 woods ln
Plymouth, WI 53073

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.805 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Ryan Walejko**
W5398 County Road F
Neshkoro, WI 54960

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.806 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315.00 |
|---|---|---|---|

**Ryan Wiessing**
3601 W Broadway
12202
Columbia, MO 65203

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.806 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.58 |
|---|---|---|---|

**Ryan Williams**
**1523 west 1st st**
**Dixon, IL 61021**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,598.63 |
|---|---|---|---|

**Ryann Brown**
**1511 western avenue**
**Eau Claire, WI 54703**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.46 |
|---|---|---|---|

**Ryder Stefl**
**1011 S Washington St**
**Shawano, WI 54166**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Ryker Jeffery**
**322 Mill St**
**PO Box 101**
**Campbellsport, WI 53010**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.96 |
|---|---|---|---|

**Rylee Bartel**
**348B Angell Hall**
**422 N 14th Street**
**La Crosse, WI 54601**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Rylee Sammons**
**W 6417 Sonny Dr**
**#2**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.38 |
|---|---|---|---|

**Ryleigh Voorhees**
**2688 Oakwood Circle**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Ryon Runke**
1229 Lloyd ct
Custer, WI 54423

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.806 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Sabrina Hansen**
N8390 Carper Rd
Iola, WI 54945

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.807 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.00 |
|---|---|---|---|

**sabrina Lubin**
186 twin lakes dr
Fond Du Lac, WI 54937

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.807 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.88 |
|---|---|---|---|

**Sabrina Schwietzer**
N830 State Hwy. 187
Shiocton, WI 54170

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.807 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Sacha Herdt**
546 Sumner St
Genoa City, WI 53128

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.807 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Sadie Hicks**
No Address - purchased tickets via PayPa

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.807 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Sadie Senter**
1131 North RiverSide Dr
Gurnee, IL 60031

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.807 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
|---|---|---|---|

**Sage Heitz**
**205 Newton Ave NE**
**203**
**WatertownW, MN 55388**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.13 |
|---|---|---|---|

**Sal Munoz**
**3080 cty rd so**
**Felch, MI 49831**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $913.48 |
|---|---|---|---|

**Sally Cook**
**1350 Legends Lane**
**Custer, WI 54423**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Sally Kay**
**619 East D Street**
**Iron Mountain, MI 49801**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Sally Rathsack**
**188 Brookwood Dr**
**Hortonville, WI 54944**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,099.88 |
|---|---|---|---|

**Sally Shoener**
**47774 Ben Franklin Drive**
**Utica, MI 48315**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Sally Vancamp**
**W1757 Center Valley Rd.**
**Kaukauna, WI 54130**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808<br>2 | Nonpriority creditor's name and mailing address<br>**Sam Bevers**<br>**122 W Liberty St**<br>**Berlin, WI 54923**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$533.40** |
|---|---|---|---|

| 3.808<br>3 | Nonpriority creditor's name and mailing address<br>**Sam Birkett**<br>**1667 Riverbend Terrace**<br>**5**<br>**Green Bay, WI 54311**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$288.23** |
|---|---|---|---|

| 3.808<br>4 | Nonpriority creditor's name and mailing address<br>**Sam Brookins**<br>**N5310 Cty Rd T**<br>**Princeton, WI 54968**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$423.68** |
|---|---|---|---|

| 3.808<br>5 | Nonpriority creditor's name and mailing address<br>**Sam Calanni**<br>**6774 Kline St**<br>**Arvada, CO 80004**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$439.95** |
|---|---|---|---|

| 3.808<br>6 | Nonpriority creditor's name and mailing address<br>**Sam Croysdale**<br>**5555 N Bethmaur Ln**<br>**Milwaukee, WI 53209**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$67.19** |
|---|---|---|---|

| 3.808<br>7 | Nonpriority creditor's name and mailing address<br>**Sam Deruz**<br>**108 10th Avenue**<br>**Bartlett, IL 60103**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$241.50** |
|---|---|---|---|

| 3.808<br>8 | Nonpriority creditor's name and mailing address<br>**Sam Erickson**<br>**6050 Old Dixie Rd**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$197.38** |
|---|---|---|---|

| 3.8089 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**Sam Fischer**
**4895 State Road 28**
**Kewaskum, WI 53040**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| 3.8090 |

**Sam Jansen**
**W1224 Harvestore Rd**
**Brillion, WI 54110**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$98.69

---

| 3.8091 |

**Sam Keith**
**2348 hickory forest drive**
**Memphis, TN 38119**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$288.23

---

| 3.8092 |

**Sam Lorenz**
**5686 Lovick Road**
**Waunakee, WI 53597**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

| 3.8093 |

**Sam Marsh**
**3749 S Packard Ave**
**11**
**Saint Francis, WI 53235**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

| 3.8094 |

**Sam Moore**
**8347 valley view circle**
**Larsen, WI 54947**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$151.73

---

| 3.8095 |

**Sam Olson**
**5011 Fairy Chasm rd**
**West Bend, WI 53095**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| | |
|---|---|
| 3.809 6 | **$67.19** |

**Nonpriority creditor's name and mailing address**
**Sam Smith**
**6822 Harvard Dr**
**Franklin, WI 53132**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.809 7 | **$403.73** |

**Nonpriority creditor's name and mailing address**
**Sam Swanson**
**146 E. Gorham st.**
**#1b**
**Madison, WI 53703**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.809 8 | **$130.73** |

**Nonpriority creditor's name and mailing address**
**Sam Vinella**
**416 Harrison St**
**Apt 1**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.809 9 | **$429.45** |

**Nonpriority creditor's name and mailing address**
**Samantha Adelia**
**305 Lakeshore Dr**
**Jackson, MI 49203**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.810 0 | **$130.73** |

**Nonpriority creditor's name and mailing address**
**Samantha Anne**
**1135 Windsor street**
**Oshkosh, WI 54902**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.810 1 | **$569.38** |

**Nonpriority creditor's name and mailing address**
**Samantha Arbogast**
**211 N Etnyre Ave**
**Oregon, IL 61061**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.810 2 | **$553.88** |

**Nonpriority creditor's name and mailing address**
**Samantha Baumgartner**
**1971 260th st**
**Denver, IA 50622**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Samantha Birling**
1718 S Mayfair Dr
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Samantha Carroll**
4708 N Holiday Dr
Appleton, WI 54913

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Samantha Ciszek**
2353 Memorial Drive
Green Bay, WI 54303

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Samantha Dopson**
W201 N16962 Chateau Dr
Jackson, WI 53037

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.40 |
|---|---|---|---|

**Samantha Eickhoff**
W7800 Summit Dr
Pardeeville, WI 53954

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Samantha Eyers**
143 Walnut St
GMU #417
Oregon, WI 53575

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Samantha France**
6111 Arrowpoint way
Mc Farland, WI 53558

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.811 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.07 |
|---|---|---|---|

**Samantha Gaif**
**1421 29th Ave S**
**Apt A**
**Wisconsin Rapids, WI 54495**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Samantha Goldade**
**721A Franklin st**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,163.40 |
|---|---|---|---|

**Samantha Hayes**
**351 East 5th street**
**Browerville, MN 56438**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Samantha Haynes**
**139 North German Street**
**Mayville, WI 53050**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $642.88 |
|---|---|---|---|

**Samantha Heller**
**909 Ceape Ave**
**Oshkosh, WI 54901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Samantha Henes**
**5600 Lexington Street**
**108**
**Mc Farland, WI 53558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.23 |
|---|---|---|---|

**Samantha Herman**
**1860 Huntington Lane**
**West Fargo, ND 58078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $902.48 |
|---|---|---|---|

**Samantha Hesse**
705 Oak St
Winneconne, WI 54986

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.94 |
|---|---|---|---|

**Samantha Jahfetson**
16165 Hamar Rd
Baraga, MI 49908

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Samantha Krebs**
809 w 6th ave
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Samantha Kuk**
801 Georgetown Dr
Oswego, IL 60543

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Samantha Leisgang**
W2557 County Road G
Seymour, WI 54165

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Samantha Loontjens**
1027 E. Howard Ave
Milwaukee, WI 53207

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Samantha Mack**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Samantha Mailhiot**
601 Ridgeview Ct.
Green Bay, WI 54301

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.65 |
|---|---|---|---|

**Samantha Moon**
2619 n. university dr
3
Waukesha, WI 53188

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Samantha Mueller**
W4920 Emery Lane
Fond Du Lac, WI 54937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.812 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.07 |
|---|---|---|---|

**Samantha Mundy**
977 Thomas Trail
Waupaca, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.45 |
|---|---|---|---|

**Samantha Pedersen**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.76 |
|---|---|---|---|

**Samantha Pulsfus**
408 parr street
Lodi, WI 53555

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Samantha Rezachek**
1114 South 22nd Street
Manitowoc, WI 54220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $463.57 |
|---|---|---|---|

**Samantha Rogers**
**547 Ceape Ave**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.813 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.45 |
|---|---|---|---|

**Samantha Ruechel**
**3551 PAGE DR**
**APT 6**
**Plover, WI 54467**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.813 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.71 |
|---|---|---|---|

**Samantha Schneckloth**
**1420 hayes rd**
**Tipton, IA 52772**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.813 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $456.74 |
|---|---|---|---|

**Samantha Seidl**
**W1687 Shady Rd**
**Seymour, WI 54165**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.813 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Samantha Smalley**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.813 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.38 |
|---|---|---|---|

**Samantha Stauber**
**E4220 Nuclear Road**
**Kewaunee, WI 54216**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.813 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.68 |
|---|---|---|---|

**Samantha Thrune**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.813 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.94 |

**Samantha Wallenta**
6018 Braun Rd
Racine, WI 53403

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.813 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Samantha Wegger**
8301 Flagstone Dr
203
Madison, WI 53719

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.814 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |

**Sami Barlament**
6693 Anthony dr.
Sobieski, WI 54171

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.814 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |

**Sami Beauleau**
1301 Canterbury Rd
Green Bay, WI 54304

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.814 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Sami DeMoulin**
217 Margaret Street
Kaukauna, WI 54130

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.814 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.69 |

**Sami Faucett**
507 Highland Meadow Trl
Pulaski, WI 54162

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.814 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |

**Sami Sargent**
945 e shady ln
Neenah, WI 54956

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.814 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Sami Schuchart**
**1432 Mary Street**
**Marinette, WI 54143**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Sammi Jahfetson**
**16165 Hamar Rd**
**Baraga, MI 49908**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.65 |
|---|---|---|---|

**Sammie Brown**
**1440 wallace lake rd**
**West Bend, WI 53090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.13 |
|---|---|---|---|

**Sammie Strook**
**7154 5th Street**
**Stevens Point, WI 54482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Samual Gauthier**
**340 N Newcomb St Apt D1**
**Whitewater, WI 53190**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Samuel Chithari**
**14600 34th ave N**
**202**
**Minneapolis, MN 55447**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.05 |
|---|---|---|---|

**Samuel Kaminski**
**2309 Erie Ave**
**Sheboygan, WI 53081**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.815 2 | **Nonpriority creditor's name and mailing address** **Samuel Marsden** N981 Joey's Place Greenville, WI 54942 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **$261.45** |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 3 | **Nonpriority creditor's name and mailing address** **Samuel Rusch** W3498 Krueger Road Seymour, WI 54165 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **$286.13** |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 4 | **Nonpriority creditor's name and mailing address** **Samuel Strom** 1211 colonial ave Green Bay, WI 54304 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **$342.83** |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 5 | **Nonpriority creditor's name and mailing address** **Samuel Techel** 222623 Laurel rd Wausau, WI 54401 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **$377.96** |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 6 | **Nonpriority creditor's name and mailing address** **Samuel Vassar** W6024 Cameo Ct Appleton, WI 54915 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **$67.19** |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 7 | **Nonpriority creditor's name and mailing address** **sandi neumaier** 603 Waterloo St Columbus, WI 53925 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **$761.76** |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 8 | **Nonpriority creditor's name and mailing address** **Sandie Shearer** 629 BOWERS LN Kaukauna, WI 54130 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **$155.38** |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.815 9** | **Nonpriority creditor's name and mailing address**<br>**Sandie Shearer**<br>**629 BOWERS LN**<br>**Kaukauna, WI 54130**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$803.25** |

| | | | |
|---|---|---|---|
| **3.816 0** | **Nonpriority creditor's name and mailing address**<br>**Sandra Burrows**<br>**W6808 School Rd**<br>**Greenville, WI 54942**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$871.50** |

| | | | |
|---|---|---|---|
| **3.816 1** | **Nonpriority creditor's name and mailing address**<br>**Sandra Casey**<br>**1536 Milton cir**<br>**Oshkosh, WI 54904**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,738.26** |

| | | | |
|---|---|---|---|
| **3.816 2** | **Nonpriority creditor's name and mailing address**<br>**Sandra DePlonty**<br>**2450 E 4 Mile Rd**<br>**Sault Sainte Marie, MI 49783**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$518.65** |

| | | | |
|---|---|---|---|
| **3.816 3** | **Nonpriority creditor's name and mailing address**<br>**sandra dunning**<br>**1807 Bloedel Ave**<br>**Schofield, WI 54476**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$507.68** |

| | | | |
|---|---|---|---|
| **3.816 4** | **Nonpriority creditor's name and mailing address**<br>**Sandra Forster**<br>**2630 W Palisades Dr**<br>**Menasha, WI 54952**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$272.96** |

| | | | |
|---|---|---|---|
| **3.816 5** | **Nonpriority creditor's name and mailing address**<br>**Sandra Harwood**<br>**2250 CRANE ST**<br>**Oshkosh, WI 54901**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,709.00** |

| | |
|---|---|
| 3.816 6 | |

**Nonpriority creditor's name and mailing address**
**Sandra Holmes**
**15098 co rd sa**
**Cornell, MI 49818**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$303.45**

---

| | |
|---|---|
| 3.816 7 | |

**Nonpriority creditor's name and mailing address**
**Sandra Katalinick**
**10585 West Eastwood Rd**
**Waukegan, IL 60087**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$677.25**

---

| | |
|---|---|
| 3.816 8 | |

**Nonpriority creditor's name and mailing address**
**Sandra Kivela**
**411 Summit Street**
**Marquette, MI 49855**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| | |
|---|---|
| 3.816 9 | |

**Nonpriority creditor's name and mailing address**
**Sandy Bell**
**3525 WSunset Ct**
**Appleton, WI 54914**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$272.96**

---

| | |
|---|---|
| 3.817 0 | |

**Nonpriority creditor's name and mailing address**
**Sandy Luther**
**210 W PARKRIDGE AVE**
**Appleton, WI 54911**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$677.25**

---

| | |
|---|---|
| 3.817 1 | |

**Nonpriority creditor's name and mailing address**
**sandy malke**
**1002 17th Ave**
**Menominee, MI 49858**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$288.23**

---

| | |
|---|---|
| 3.817 2 | |

**Nonpriority creditor's name and mailing address**
**Sandy Miller**
**524 S 26TH ST**
**Manitowoc, WI 54220**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$354.90**

---

| 3.817 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Sandy Prange**
2010 ILLINOIS AVE
New Holstein, WI 53061

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**SANDY VANG**
126 VILLAGE STREET
Green Bay, WI 54302

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.91 |
|---|---|---|---|

**Santino Zizzo**
120 s Sherman St
Eagle, WI 53119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Sara Anderson**
N9643 Clover Ridge Trail
Appleton, WI 54915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.25 |
|---|---|---|---|

**Sara Ann**
1726 11th Ave
Green Bay, WI 54304

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.83 |
|---|---|---|---|

**Sara brooks**
225 N Sixth St
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.19 |
|---|---|---|---|

**Sara Buechel**
2103 calumet Dr
A
New Holstein, WI 53061

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Sara Bush**
3632 10th Rd
Bark River, MI 49807

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Sara Clark**
4033 N Shore Dr
Menominee, MI 49858

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $869.93 |
|---|---|---|---|

**Sara Cote**
1615 Jackson St
New Holstein, WI 53061

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,178.75 |
|---|---|---|---|

**Sara Genske**
N3388 Hample Road
Black Creek, WI 54106

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Sara Gerrits**
W5380 Amy Avenue
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,993.95 |
|---|---|---|---|

**Sara Grell**
2070 Town Road L
Florence, WI 54121

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Sara Herman**
1759 Burgoyne Ct
De Pere, WI 54115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.13 |
| --- | --- | --- | --- |

**Sara Jensen**
W8869 School rd
Hortonville, WI 54944

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
| --- | --- | --- | --- |

**Sara Johnson**
N8595 Winding Trail Dr
Menasha, WI 54952

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
| --- | --- | --- | --- |

**Sara Koshak**
2001 Rosecrans street
Wausau, WI 54401

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $896.18 |
| --- | --- | --- | --- |

**Sara Maduscha**
112 Antique lane apt 104
Deforest, WI 53532

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
| --- | --- | --- | --- |

**Sara Marineau**
1453 Bruce Lane
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
| --- | --- | --- | --- |

**Sara Milheiser**
W2584 Candlelite Way
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.38 |
| --- | --- | --- | --- |

**Sara Mitchell**
W6471 State Highway 64
Medford, WI 54451

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1171 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1171 of 1376

| 3.819 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Sara Monahan Enke**
**15155 State Hwy 131**
**Gays Mills, WI 54631**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $680.38 |
|---|---|---|---|

**Sara Munoz**
**8235 zander rd**
**Maribel, WI 54227**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Sara Pennings**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.819 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.88 |
|---|---|---|---|

**Sara Peterson**
**1511 MAIN AVE**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.92 |
|---|---|---|---|

**Sara Smits**
**903 South Shore Dr**
**Wisconsin Rapids, WI 54494**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Sara Stein Arndt**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.820 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.83 |
|---|---|---|---|

**sara waters**
**709 East Scott St**
**Omro, WI 54963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.820 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204.23 |
|---|---|---|---|

**Sarah Akber**
640 flat rf
Bainbridge, OH 45612

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Sarah Allen**
200 State Rd 164
Colgate, WI 53017

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Sarah Anderson**
S82W17510 Clearbrook Dr.
Muskego, WI 53150

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.84 |
|---|---|---|---|

**Sarah Baumgartner**
401 Baumgartner R.d
Iron River, MI 49935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $558.57 |
|---|---|---|---|

**Sarah Boutwell**
9189 Clayton ave
Neenah, WI 54956

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Sarah Braunschweig**
N65W24187 Elm Ave
Sussex, WI 53089

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Sarah Carroll**
204 Olson Ave
Wakefield, MI 49968

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |

**Sarah Chase**
6442 sunshine Harbour dr
Winneconne, WI 54986

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Sarah Christian**
152828 Phlox Lane
Wausau, WI 54401

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,021.63 |

**Sarah Dobson**
231 New York St
Ishpeming, MI 49849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Sarah Drella**
2627 Kenhill Dr.
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |

**Sarah Dulan**
5589 eureka road
1
Rome, NY 13440

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |

**Sarah Forler**
916 e Lincoln ave
Little Chute, WI 54140

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Sarah Geisthardt**
W3653 Beyers Cove Road
Princeton, WI 54968

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1174 of 1376

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|
| 3.821 5 | **Sarah Hamilton**<br>**1725 S. 167th St.**<br>**New Berlin, WI 53151** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|
| 3.821 6 | **Sarah Jo**<br>**1530 Galway Ct**<br>**Oshkosh, WI 54904** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.69 |
|---|---|---|---|
| 3.821 7 | **Sarah Kabat**<br>**1421 Worden Way**<br>**Elk Grove Village, IL 60007** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|
| 3.821 8 | **Sarah Karwowski**<br>**2208 West Halsey Avenue**<br>**Milwaukee, Wi 53221** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|
| 3.821 9 | **Sarah Kaul**<br>**N2867 S. Resthaven Rd**<br>**Rubicon, WI 53078** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|
| 3.822 0 | **Sarah Kennedy**<br>**485A Park Hill Dr**<br>**Pewaukee, WI 53072** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
|---|---|---|---|
| 3.822 1 | **sarah kolb**<br>**316 oak manor drive**<br>**Oshkosh, WI 54904** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Kolpin**
**215 Randolph St**
**Randolph, WI 53956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$345.98

---

| 3.822 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Kopp**
**981 Palace Ave**
**Saint Paul, MN 55102**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$272.96

---

| 3.822 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**sarah lantz**
**W3597 state highway 156**
**Pulaski, WI 54162**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$176.38

---

| 3.822 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**sarah lantz**
**W3597 state highway 156**
**Pulaski, WI 54162**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,205.41

---

| 3.822 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Ledden**
**2737 Allen Rd**
**Green Bay, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$350.65

---

| 3.822 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Lewis**
**W6741 Rickey Lane**
**Greenville, WI 54942**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,408.58

---

| 3.822 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Luedtke**
**400 Water St**
**Lomira, WI 53048**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

| 3.822 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289.76 |
|---|---|---|---|

**Sarah Magee**
N6851 Kathryn Rd
Shawano, WI 54166

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Sarah Melcher**
W7085 Apollo Ave
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Sarah Meyer**
1310 Hamilton
Manitowoc, WI 54220

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.51 |
|---|---|---|---|

**Sarah Miller**
N3133 Paap Rd
Weyauwega, WI 54983

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.00 |
|---|---|---|---|

**Sarah Mueller**
N6993 North Rd
Theresa, WI 53091

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Sarah Mull**
1089 Highway 67
Sabula, IA 52070

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Sarah Nicewander**
614 Royalton St.
Waupaca, WI 54981

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
| --- | --- | --- | --- |

**Sarah O connor**
N11843 Lettau Dr
Brownsville, WI 53006

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.38 |
| --- | --- | --- | --- |

**Sarah Painton**
3530 Hickory Hill Road
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
| --- | --- | --- | --- |

**Sarah Pennings**
2807 S 7th Street
Sheboygan, WI 53081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.823 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
| --- | --- | --- | --- |

**Sarah Peter**
841 stonecrop dr
Hartford, WI 53027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.824 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.13 |
| --- | --- | --- | --- |

**Sarah Price**
1114 SUE LN
Milton, WI 53563

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
| --- | --- | --- | --- |

**Sarah Rich**
629 s main str
A
Westfield, WI 53964

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
| --- | --- | --- | --- |

**Sarah Rodriguez**
361 n wisconsin st
Berlin, WI 54923

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.824 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |

**Sarah Schmidt**
681 Washington St.
Mishicot, WI 54228

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $521.82 |

**Sarah Schraufnagel**
659 Elm Street
Neenah, WI 54956

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.38 |

**Sarah Schulz**
341 Waverly Dr
Cambridge, WI 53923

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Sarah Sprague**
No Address - purchased tickets via PayPa

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |

**Sarah Szalai**
243 berkshire ln
Sugar Grove, IL 60554

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,278.90 |

**Sarah Sztuk**
56 Burnham Road
Morris Plains, NJ 07950

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |

**Sarah Thiel**
1117 W Grant St
Appleton, WI 54914

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.825 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SARAH VIENOLA
1658 MINNESOTA ST
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$719.25**

---

| 3.825 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Sarah Voort
2116 Peters Road
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| 3.825 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Sarah Wiggins
2770 sunderland Blvd
Waterford, MI 48329

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$291.88**

---

| 3.825 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Sarah Wilz
W6184 Wilz Ct
Menasha, WI 54952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| 3.825 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Sarah Wix
529 Crestview Dr
Seymour, WI 54165

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$411.08**

---

| 3.825 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Sarah Wright
1589 Cloe Jude Drive
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,593.83**

---

| 3.825 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Sarenna Sueoka
W9337 Czech Court
Wautoma, WI 54982

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$177.45**

---

| 3.825 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Sariya Williams**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.825 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Sarunrus Landwehr**
**8110 N 55th Street**
**Milwaukee, WI 53223**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.825 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Sasha Berube**
**7206 k. 5 lane**
**Escanaba, MI 49829**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.826 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Sasha Gajewski**
**7160 N Longview Ave**
**Milwaukee, WI 53209**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.826 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.00 |
|---|---|---|---|

**Savanna Hennig**
**813 Elm St**
**Apt 1**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.826 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.07 |
|---|---|---|---|

**savanna jacobs**
**694 marquette dr**
**15**
**Kewaunee, WI 54216**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.826 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Savanna LaCount**
**418 7th street**
**Oconto, WI 54153**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.826 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |

**Savanna Youngquist**
709 desplaine road
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |

**Savannah Behling**
1707 S Nicolet Rd
Apt 2
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Savannah Denruyter**
2756 Durham Rd
Green Bay, WI 54311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Savannah Ely**
2274 redtail drive
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.94 |

**Savannah Giulo**
8510 S Parknoll Dr
North Prairie, WI 53153

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Savannah Hildebrand**
230 lawrence st
Apt 4
Westfield, WI 53964

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Savannah Makowski**
428 North St Bernard Drive
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1182 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1182 of 1376

| 3.827 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Savannah Neubauer**
127 Leffert Street
Berlin, WI 54923

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.827 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554.40 |
|---|---|---|---|

**Savannah Schettle**
124 E 12th St
Fond Du Lac, WI 54935

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.827 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.19 |
|---|---|---|---|

**Savannah Schmitt**
1023 Traboh Ct
De Pere, WI 54115

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.827 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.38 |
|---|---|---|---|

**Savv Eggers**
W2978 Zion Church Rd
Mayville, WI 53050

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.827 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Sawyer Challe**
1493 Belle Plane Circle
Green Bay, WI 54313

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.827 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Sawyer Deruyter**
213 S 5th Street
Cedar Grove, WI 53013

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.827 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Sawyer Hartwig**
13300 Jambo creek rd
Two Rivers, WI 54241

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

Official Form 206 E/F
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1183 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1183 of 1376

| 3.827 8 | Nonpriority creditor's name and mailing address **Sawyer Peterson** N3993 Bear Hole Rd Jefferson, WI 53549 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $130.73 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.827 9 | Nonpriority creditor's name and mailing address **Sawyer Schaefer** 3955 South 120 street Milwaukee, WI 53228 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $236.24 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.828 0 | Nonpriority creditor's name and mailing address **Sawyer Skowronski** 1513 St George Ln Janesville, WI 53545 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,238.48 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.828 1 | Nonpriority creditor's name and mailing address **SCOTT ACKER** 4387 M RD Escanaba, MI 49829 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,307.38 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.828 2 | Nonpriority creditor's name and mailing address **Scott Anderson** 4909 Partridge Way Stevens Point, WI 54482 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $201.57 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.828 3 | Nonpriority creditor's name and mailing address **Scott Bahr** 8080 Golden Primrose Cir Neenah, WI 54956 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $109.19 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.828 4 | Nonpriority creditor's name and mailing address **SCOTT BALTHAZOR** N3787 SHARON ROSE CT Appleton, WI 54913 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $67.19 |
|---|---|---|---|

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.828 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Scott Beth**
**8945 270th Ave**
**Salem, WI 53168**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,032.68 |
|---|---|---|---|

**Scott Blackmore**
**231 Elgin Way SE**
**Calgary AB T2Z 4A9**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Scott Blohowiak**
**2221 W Hiawatha Drive**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.25 |
|---|---|---|---|

**Scott Bonnett**
**1006 park avenue**
**Little Chute, WI 54140**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**scott booth**
**W12541 Beechnut Dr.**
**Hancock, WI 54943**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Scott Bosacki**
**1611 PILGRIM ST**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,091.48 |
|---|---|---|---|

**Scott Butterfield**
**5024 County Road II**
**Larsen, WI 54947**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.96 |
|---|---|---|---|

**Scott Cable**
41800 Nottleman Ln.
Winona, MN 55987

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Scott Cates**
11707 candlewick s
Demotte, IN 46310

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $726.57 |
|---|---|---|---|

**Scott Distad**
1331 RAWSON AVE
South Milwaukee, WI 53172

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Scott Fogel**
1200 river view Ave.
21
Stevens Point, WI 54481

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Scott Friedle**
1718 Fisher St
Unit 1
Madison, WI 53713

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Scott Gorsuch**
1545 n McCarthy rd
1
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.90 |
|---|---|---|---|

**SCOTT HANSEN**
7980 SAUBY RD
Larsen, WI 54947

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 9 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**SCOTT HEIN**
**N8437 HWY 26**
**Eldorado, WI 54932**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$3,323.25

---

| 3.830 0 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**Scott Hoehne**
**857 Higgins ave**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$607.96

---

| 3.830 1 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**SCOTT HOFFMAN**
**3211 LAKEVIEW DR**
**Suamico, WI 54173**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$366.95

---

| 3.830 2 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**Scott Jones**
**4122 Flansburg Rd**
**Jackson, MI 49203**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$576.45

---

| 3.830 3 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**Scott Kelley**
**1882 Emily Anne Drive**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$1,300.39

---

| 3.830 4 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**Scott Kluever**
**517 Green St**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$109.19

---

| 3.830 5 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**Scott Kuehl**
**N3094 County Road C**
**Kewaunee, WI 54216**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$288.23

---

| 3.830 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.20 |

**Scott Lafond**
2067 south point rd
Green Bay, WI 54313

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |

**Scott Landskron**
1618 W Evergreen Dr
Apt 8
Appleton, WI 54913

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |

**Scott Langrehr**
2026 Vinland Rd
Oshkosh, WI 54901

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |

**Scott LaRock**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Scott Marks**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,008.13 |

**scott mayo**
13671 lindblom rd
Baraga, MI 49908

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Scott Michael**
1663-1669 Lenwood Ave
14
Green Bay, WI 54303

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Scott Mulrooney**
3701 Curry Lane
Janesville, WI 53546

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,947.75 |
|---|---|---|---|

**Scott Nicklas**
PO Box 668
Baraga, MI 49908

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.34 |
|---|---|---|---|

**Scott Olson**
S110W22960 County Line Dr
Waterford, WI 53185

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.68 |
|---|---|---|---|

**Scott Packee**
2350 US Highway 34
Kewanee, IL 61443

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.25 |
|---|---|---|---|

**Scott Quist**
PO Box 243
Portage, WI 53901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Scott Rajchel**
N52W34203 Geitzen Rd
Okauchee, WI 53069

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Scott Rankin**
1740 Millpond Lane
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Scott Richardson**
147 Jack Ln
Forsyth, IL 62535

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Scott Risch**
531 Grand Ave
Random Lake, WI 53075

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Scott Rollinger**
Po box 2782
Sioux Falls, SD 57101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Scott Schaefer**
7110 Tempe Drive
Madison, WI 53719

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Scott Sevigny**
625 Noben Ave
Grafton, ND 58237

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,045.30 |
|---|---|---|---|

**Scott Shorette**
1804 state rd 175
Richfield, WI 53076

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Scott Simon**
1408 Grand Ave
Sheboygan, WI 53083

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |

**Scott Skaletski**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.832 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $348.57 |

**scott smet**
**2592 School Rd**
**Greenleaf, WI 54126**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.832 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,097.50 |

**SCOTT SMITH**
**118 W BARNUM ST**
**Ishpeming, MI 49849**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.833 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.07 |

**scott stamper**
**4586 elm st**
**Laona, WI 54541**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.833 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.88 |

**Scott Steffens**
**W5410 Hwy B**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.833 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |

**Scott Streeper**
**329 Harvest Ct**
**Marshall, WI 53559**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.833 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Scott Swanlund**
**5209 North Harbour Drive**
**Winneconne, WI 54986**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.833 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $438.91 |
|---|---|---|---|

**Scott Utke**
526 Coolidge Ave
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Scott Van Zeeland**
114 1/2 W. Division St.
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,614.90 |
|---|---|---|---|

**Scott Vanderbeek**
3624 Kenbrooke
Kalamazoo, MI 49006

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,261.70 |
|---|---|---|---|

**Scott Vanevenhoven**
306 W 7th Street
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.25 |
|---|---|---|---|

**Scott Vertz**
W3256 princeton rd
Green Lake, WI 54941

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Scott Waldschmidt**
N6050 curvy lane
Mount Calvary, WI 53057

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.76 |
|---|---|---|---|

**Scott Walton**
2712 S. Walden Ave.
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$553.88** |

**Scott Winiki**
**4025 S Kingan Ave Apt 7**
**Saint Francis, WI 53235**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$820.58** |

**Scott Wyatt**
**20624 COUNTY RD S**
**Alvordton, OH 43501**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$610.58** |

**Scott Yohanek**
**617 6th St**
**Menasha, WI 54952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$522.90** |

**Scott Zweifel**
**1138 east Moreland blvd**
**Waukesha, WI 53186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$1,959.83** |

**SCOTT/TAMI KELNHOFER**
**W11810 CTY RD TC**
**Brandon, WI 53919**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$553.88** |

**Scottie Michaelson**
**2329 Marak Dr.**
**Grafton, WI 53024**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$261.45** |

**Sean Diprima**
**2101 freeman parkway**
**85**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.57 |
|---|---|---|---|

**3.834 8**

**Nonpriority creditor's name and mailing address**

**Sean Gallagher**
**723 W Lincoln St**
**1**
**Waupun, WI 53963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$201.57**

---

**3.834 9**

**Nonpriority creditor's name and mailing address**

**Sean Gray**
**601 Garfield Ave**
**Waukesha, WI 53186**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

**3.835 0**

**Nonpriority creditor's name and mailing address**

**Sean Highhouse**
**856 Hacienda Ct**
**Villa Hills**
**Ft Mitchell, KY 41017**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$479.85**

---

**3.835 1**

**Nonpriority creditor's name and mailing address**

**Sean Kacynski**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

**3.835 2**

**Nonpriority creditor's name and mailing address**

**Sean Klein**
**1150 michaline dr**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$444.94**

---

**3.835 3**

**Nonpriority creditor's name and mailing address**

**sean komorous**
**1513 kent ct**
**Sauk City, WI 53583**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$130.73**

---

**3.835 4**

**Nonpriority creditor's name and mailing address**

**Sean Koski**
**226 1/2 W North Water Street**
**D**
**New London, WI 54961**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$822.68**

---

| 3.835 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Sean Mcgrath**
**1200 South 5th Street**
**Prairie Du Chien, WI 53821**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.34 |
|---|---|---|---|

**Sean Mitchell**
**203 East Jefferson**
**Toulon, IL 61483**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**SEAN RINGEISEN**
**1611 doemel st.**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.835 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,441.13 |
|---|---|---|---|

**Sean Schumann**
**126 97th ave ne**
**Minneapolis, MN 55434**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.24 |
|---|---|---|---|

**Sean Spruce**
**202 Goldsmith Street**
**Lower Apt**
**Baraga, MI 49908**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Sean Teitz**
**819 E Gile Cir**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352.76 |
|---|---|---|---|

**Sean Topolski**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Seanna Burton
W3357 Sievert road
Seymour, WI 54165

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.836 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Seheli Bey
210 Washburn St.
La Crosse, WI 54603

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$576.45

---

| 3.836 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Selena McDonald
N5125 Treganza Dr
New Lisbon, WI 53950

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$134.38

---

| 3.836 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Selima Szuta
4711 gunderson road
Waterford, WI 53185

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$636.83

---

| 3.836 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Selina Walters
N11371 16th Ave
Necedah, WI 54646

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| 3.836 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Seneca Bivens
122 S LARK St
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$157.51

---

| 3.836 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Sergei Lamarche
507 north 18th street
Escanaba, MI 49829

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$346.78

---

| 3.836 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**Seth Birkholz**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Seth Heyduk**
**5521 37th Ave S**
**Minneapolis, MN 55417**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Seth Jensen-Younk**
**2238 Trailside Ln**
**De Pere, WI 54115**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.23 |
|---|---|---|---|

**Seth Johnson**
**10294 East Munro Lake Drive**
**Levering, MI 49755**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.45 |
|---|---|---|---|

**Seth Markgren**
**1510 E Orchard Beach In.**
**Rice Lake, WI 54868**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.68 |
|---|---|---|---|

**Seth Roessger**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Seth Skalmusky**
**114 frances**
**Kaukauna, WI 54130**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.837 6 | **Nonpriority creditor's name and mailing address**<br>**Shadrae Smith**<br>**1295 Sheboygan st**<br>**Oshkosh, WI 54904**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$219.45** |

| | | |
|---|---|---|
| 3.837 7 | **Nonpriority creditor's name and mailing address**<br>**Shae Vizineau**<br>**4881 delta 17.9 dr.**<br>**Escanaba, MI 49829**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$67.19** |

| | | |
|---|---|---|
| 3.837 8 | **Nonpriority creditor's name and mailing address**<br>**Shaina Smartt**<br>**30415 puritan street**<br>**Livonia, MI 48154**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$303.45** |

| | | |
|---|---|---|
| 3.837 9 | **Nonpriority creditor's name and mailing address**<br>**Shaina Wolf**<br>**2129 West Hiawatha Drive**<br>**Appleton, WI 54914**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$152.25** |

| | | |
|---|---|---|
| 3.838 0 | **Nonpriority creditor's name and mailing address**<br>**Shana Kleckner**<br>**4609 State Highway 147 W**<br>**Two Rivers, WI 54241**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$88.73** |

| | | |
|---|---|---|
| 3.838 1 | **Nonpriority creditor's name and mailing address**<br>**Shana Myers**<br>**316 Hilltop Lane**<br>**Rogers City, MI 49779**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$677.25** |

| | | |
|---|---|---|
| 3.838 2 | **Nonpriority creditor's name and mailing address**<br>**Shana Wellens**<br>**111South Platten St**<br>**209**<br>**Green Bay, WI 54303**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$218.38** |

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1198 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1198 of 1376

| 3.838 3 | | | $77.69 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shanda McLimans**
**3176 Bellfield dr**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 4 | | | $576.45 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Borntrager**
**41 main st E**
**Trimont, MN 56176**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 5 | | | $130.73 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Bushie**
**432 west Marion street**
**Portage, WI 53901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 6 | | | $176.38 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Engel**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 7 | | | $850.44 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Hale**
**604 Sandy Acre Dr**
**West Bend, WI 53090**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 8 | | | $500.85 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Hernandez**
**2215 2nd St NE**
**Minneapolis, MN 55418**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 9 | | | $251.98 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shane Klapps**
**735 carver lane**
**Menasha, WI 54952**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Shane Krebs**
411 1/2 Munn st
Muscatine, IA 52761

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 1 | Nonpriority creditor's name and mailing address | | $261.45 |
|---|---|---|---|

**Shane Lantz**
140 Baake Street
Hortonville, WI 54944

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 2 | Nonpriority creditor's name and mailing address | | $272.96 |
|---|---|---|---|

**Shane McCarty**
2552 Emeu Chase Trl
De Pere, WI 54115

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 3 | Nonpriority creditor's name and mailing address | | $576.45 |
|---|---|---|---|

**Shane Meyer**
1725 Minnesota Ave
North Fond du Lac, WI 54937

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 4 | Nonpriority creditor's name and mailing address | | $1,170.75 |
|---|---|---|---|

**Shane Rodenbeck**
1011 S Franklin ST
SHAWANO, WI 54166

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 5 | Nonpriority creditor's name and mailing address | | $479.85 |
|---|---|---|---|

**Shane Schmidt**
N8240 Town Hall Rd
Black Creek, WI 54106

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 6 | Nonpriority creditor's name and mailing address | | $261.45 |
|---|---|---|---|

**Shane Sloat**
8922a W Howard Ave
Milwaukee, WI 53228

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.839 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
| --- | --- | --- | --- |

**Shane Sturm**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.839 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |
| --- | --- | --- | --- |

**Shane Totsky**
**1612 s. 166th street**
**New Berlin, WI 53151**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.839 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
| --- | --- | --- | --- |

**Shania Shea**
**225 Clark Street**
**Saint Cloud, WI 53079**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.840 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| --- | --- | --- | --- |

**Shania Shirk**
**720 8th street**
**Three Rivers, MI 49093**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.840 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $260.38 |
| --- | --- | --- | --- |

**Shanna Jones**
**330 1/2 E. South River St**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.840 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
| --- | --- | --- | --- |

**Shanna Smith**
**1428 W 3RD ST**
**Kimberly, WI 54136**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.840 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $327.57 |
| --- | --- | --- | --- |

**Shannon Bakich Grasser**
**W7246 Westhaven Dr**
**Greenville, WI 54942**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.840 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.32 |
|---|---|---|---|

**Shannon Bucholtz**
3250 S 55th St
Milwaukee, WI 53219

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449.38 |
|---|---|---|---|

**Shannon Denkins**
W1635 Ray Road
De Pere, WI 54115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,331.00 |
|---|---|---|---|

**Shannon Denkins**
W1635 Ray Road
De Pere, WI 54115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $986.96 |
|---|---|---|---|

**Shannon Drexler**
1374 Lake Breeze Rd.
Oshkosh, WI 54904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $523.96 |
|---|---|---|---|

**Shannon Jacobson**
28576 Gunderson St
Lone Rock, WI 53556

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.44 |
|---|---|---|---|

**Shannon Jahn**
717 Crueger Street
Stevens Point, WI 54481

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.70 |
|---|---|---|---|

**Shannon Kertscher**
448 Prairie Ave
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$206.32** |
| **Shannon Keyser** | | ☐ Contingent | |
| **3714 S Cty Rd P** | | ■ Unliquidated | |
| **Denmark, WI 54208** | | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.841 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$377.96** |
| **Shannon Kraus** | | ☐ Contingent | |
| **236 S John St** | | ■ Unliquidated | |
| **Neenah, WI 54956** | | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.841 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$388.45** |
| **Shannon Lee** | | ☐ Contingent | |
| **242 Moraine Dr** | | ■ Unliquidated | |
| **Ripon, WI 54971** | | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.841 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$157.48** |
| **Shannon Millard** | | ☐ Contingent | |
| **5277 3rd Ave** | | ■ Unliquidated | |
| **Pittsville, WI 54466** | | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.841 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |
| **Shannon Mueller** | | ☐ Contingent | |
| **No Address - purchased tickets via PayPa** | | ■ Unliquidated | |
| Date(s) debt was incurred  **2019-2020** | | ☐ Disputed | |
| Last 4 digits of account number  _ | | Basis for the claim:  **Pre-Paid Tickets** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.841 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$224.69** |
| **Shannon Murray** | | ☐ Contingent | |
| **614 7th ave** | | ■ Unliquidated | |
| **Belle Plaine, IA 52208** | | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.841 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$67.19** |
| **Shannon Nick** | | ☐ Contingent | |
| **2059 Old Plank Court** | | ■ Unliquidated | |
| **De Pere, WI 54115** | | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.841 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Shannon Otto**
**50 Hughes St**
**Clintonville, WI 54929**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.841 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.13 |
|---|---|---|---|

**Shannon Rantanen**
**610 bayberry ln**
**Slinger, WI 53086**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.842 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Shannon Schultz**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.842 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Shannon Schulz**
**1661 19th St**
**114**
**Reedsburg, WI 53959**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.842 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Shannon Shepeck**
**N1322 county road 577**
**Menominee, MI 49858**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.842 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |
|---|---|---|---|

**Shannon Van Buren**
**116 E. Lincoln St**
**Waupun, WI 53963**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.842 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $843.68 |
|---|---|---|---|

**Shannon Walker**
**8241 e Garfield rd**
**Hesperia, MI 49421**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1204 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1204 of 1376

| 3.842 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |
|---|---|---|---|

**Shannon Wepner**
**E7783 Island Rd**
**Manawa, WI 54949**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Shannon Weyenberg**
**10833 CHRISTINA COURT**
**Oak Creek, WI 53154**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,259.95 |
|---|---|---|---|

**Shari Borchers**
**14 Spring Meadow Ct**
**Appleton, WI 54914**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.13 |
|---|---|---|---|

**Shari Mason**
**2625 S Schaefer St**
**Appleton, WI 54915**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Shari Rogers**
**N309 Marion Ave**
**Appleton, WI 54915**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Sharon Hooyman**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,252.63 |
|---|---|---|---|

**Sharon Kozicki**
**3471 Hickory Ridge DR**
**De Pere, WI 54115**

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.843** **2** | | $177.45 |

**Nonpriority creditor's name and mailing address**
**Sharon Leiter**
**501 Otter Ave**
**Oshkosh, WI 54901**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.843** **3** | | $354.90 |

**Nonpriority creditor's name and mailing address**
**Shaun Geracie**
**11470 W Balboa Street**
**Franklin, WI 53132**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.843** **4** | | $67.19 |

**Nonpriority creditor's name and mailing address**
**Shaun Mikus**
**w5254 24.5 Dr**
**Daggett, MI 49821**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.843** **5** | | $177.45 |

**Nonpriority creditor's name and mailing address**
**Shauna Bowe**
**W2952 Poplar Rd**
**Mount Calvary, WI 53057**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.843** **6** | | $299.21 |

**Nonpriority creditor's name and mailing address**
**Shauna Zimmerman**
**N8157 Ashberry Ave**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.843** **7** | | $636.83 |

**Nonpriority creditor's name and mailing address**
**Shaune Hoban**
**60 Hillside Circle**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.843** **8** | | $204.23 |

**Nonpriority creditor's name and mailing address**
**Shawn Barnhart**
**18004 Briarcrest**
**Flint, TX 75762**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Shawn Chase**
124 east 12th street
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Shawn Cornelius**
2070 Riverview drive
Apt 1
Green Bay, WI 54303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,294.63 |
|---|---|---|---|

**Shawn Daugherty**
545 E Huron St
Omro, WI 54963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Shawn Debes**
2900 Bellemeade ave
Evansville, IN 47714

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,145.80 |
|---|---|---|---|

**Shawn Gourley**
5900 Twickingham Dr
Evansville, IN 47711

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Shawn Hills**
220 Mill St
Reedsville, WI 54230

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Shawn Michler**
438 Taylor St
Kimberly, WI 54136

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Shawn Sanders**
967 9th St
Green Bay, Wi 54394

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Shawn Stebbins**
2800 Viking Drive
Apartment 3A
Green Bay, WI 54304

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Shawn Sweeting**
802 County Road FF
Pickett, WI 54964

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $722.38 |
|---|---|---|---|

**Shawn Winslow**
408 E. New York Ave
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.98 |
|---|---|---|---|

**Shawna Brown**
N5947 Westhaven Dr.
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Shawnie Watkins**
715 E 6th Street
Claremore, OK 74017

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |
|---|---|---|---|

**Shay Goldammer**
7388 ireland dr.
Hartford, WI 53027

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.845 3 | | | $478.76 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shayna Lammers**
**PO Box 102**
**White Pine, MI 49971**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 4 | | | $130.73 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shayne Lloyd**
**1125a silver dr**
**101a**
**Baraboo, WI 53913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 5 | | | $677.25 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shea Fabel**
**n1069 North rd**
**Hortonville, WI 54944**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 6 | | | $77.69 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sheena Kalepp**
**W8452 Joe Snow Rd.**
**Merrill, WI 54452**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 7 | | | $272.96 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sheena Moede**
**122 E Tweedy St**
**Hustisford, WI 53034**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 8 | | | $177.45 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sheila Aton**
**2417 Joss Ct**
**Madison, WI 53726**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 9 | | | $500.33 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sheila Brachmann**
**N7637 Jupiter Drive**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1209 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1209 of 1376

| 3.846 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Sheila Dorsett**
**W2458 COUNTY ROAD H**
**Poy Sippi, WI 54967**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.20 |
|---|---|---|---|

**Sheila Rae**
**E106 County Rd N**
**Luxemburg, WI 54217**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.48 |
|---|---|---|---|

**Sheila Traxler**
**225 N.Main S.**
**Westfield, WI 53964**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Shelby Alexander**
**11255 84th St**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Shelby Alexander**
**1209 Thiel Dr.**
**Schererville, IN 46375**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Shelby Borchers**
**2374 Town Hall**
**Green Bay, WI 54311**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.23 |
|---|---|---|---|

**Shelby Chizek**
**808 South 9th Street**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Shelby Elizabeth**
615 eagle crest court
Prairie Du Sac, WI 53578

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Shelby George**
283 7th street
Fond Du Lac, WI 54935

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |

**Shelby Greene**
3312 Coachman Ct.
Nampa, ID 83687

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |

**shelby howe**
230 W Miller Road
Rio, WI 53960

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |

**Shelby Kussow**
7151 County Road D
Greenleaf, WI 54126

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Shelby Sanderfoot**
W5165 Stingle Rd
Black Creek, WI 54106

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Shelby Wagner**
5724 kingfisher dr
Stevens Point, WI 54482

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.847 4 | |

**Nonpriority creditor's name and mailing address**
**Shelby Walters**
**No Address - purchased tickets via PayPa**
Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  **Pre-Paid Tickets**
Is the claim subject to offset? ☑ No  ☐ Yes

**$722.38**

---

| | |
|---|---|
| 3.847 5 | |

**Nonpriority creditor's name and mailing address**
**Shelby Walton**
**104 9th St NE**
**Massillon, OH 44646**
Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  **Pre-Paid Tickets**
Is the claim subject to offset? ☑ No  ☐ Yes

**$639.45**

---

| | |
|---|---|
| 3.847 6 | |

**Nonpriority creditor's name and mailing address**
**Shelby Warner**
**514 West Conant Street**
**Portage, WI 53901**
Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  **Pre-Paid Tickets**
Is the claim subject to offset? ☑ No  ☐ Yes

**$288.23**

---

| | |
|---|---|
| 3.847 7 | |

**Nonpriority creditor's name and mailing address**
**SHELLEE WAGNER**
**514 6TH ST**
**Kiel, WI 53042**
Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  **Pre-Paid Tickets**
Is the claim subject to offset? ☑ No  ☐ Yes

**$359.63**

---

| | |
|---|---|
| 3.847 8 | |

**Nonpriority creditor's name and mailing address**
**Shelley Storhoff**
**1006 West Burnett St**
**Beaver Dam, WI 53916**
Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  **Pre-Paid Tickets**
Is the claim subject to offset? ☑ No  ☐ Yes

**$98.69**

---

| | |
|---|---|
| 3.847 9 | |

**Nonpriority creditor's name and mailing address**
**SHELLY BAGLEY**
**1750 taft ave**
**apt d6**
**Oshkosh, WI 54902**
Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  **Pre-Paid Tickets**
Is the claim subject to offset? ☑ No  ☐ Yes

**$1,924.13**

---

| | |
|---|---|
| 3.848 0 | |

**Nonpriority creditor's name and mailing address**
**Shelly Birling**
**N9484 Noe Rd.**
**Appleton, WI 54915**
Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  **Pre-Paid Tickets**
Is the claim subject to offset? ☑ No  ☐ Yes

**$109.19**

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1212 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1212 of 1376

| 3.848 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Shelly Fagg Meyers**
324 w grand st
Chilton, WI 53014

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|

**Shelly Hansen**
N6505 Shawano Shores Ct
Shawano, WI 54166

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.26 |
|---|---|---|---|

**Shelly Igl**
8178 Challenger dr
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Shelly Johnson**
410 w 16th Ave
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Shelly Meyer**
937 Higgins Ave
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Shelly Murphy**
3884 Rosin Road
De Pere, WI 54115

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Shelly Schuh**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.848 8 | Nonpriority creditor's name and mailing address | | $554.34 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shelly Severson**
**W11199 Hagen Lane**
**Black River Falls, WI 54615**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$554.34**

---

| 3.848 9 |

**Nonpriority creditor's name and mailing address**
**Shelly Squier**
**N9099 Lakeshore Dr.**
**Van Dyne, WI 54979**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$472.50**

---

| 3.849 0 |

**Nonpriority creditor's name and mailing address**
**Shelly Squier**
**N9099 Lakeshore Dr.**
**Van Dyne, WI 54979**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$645.75**

---

| 3.849 1 |

**Nonpriority creditor's name and mailing address**
**Sheri Brown**
**752 Beach st**
**Lot B2**
**Palmyra, WI 53156**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$261.45**

---

| 3.849 2 |

**Nonpriority creditor's name and mailing address**
**Sheri Krempien**
**476 SweetFlag Ave**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$109.19**

---

| 3.849 3 |

**Nonpriority creditor's name and mailing address**
**Sheri Menard**
**3330 GROUSE WAY**
**SAINT JOHNS, MI 48879**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$233.07**

---

| 3.849 4 |

**Nonpriority creditor's name and mailing address**
**Sheri Spingola Schuh**
**823 Jean St**
**Neenah, WI 54956**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,015.89**

---

| 3.849 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**Sherri Carroll**
3042 NMeade St
Appleton, WI 54911

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Sherri Krutzik**
1641 Mill Ave
Wisconsin Rapids, WI 54494

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Sherri Sambucaro**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.849 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Sherri Watson**
13708s 450w
Hanna, IN 46340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.13 |
|---|---|---|---|

**Sherri Wendt**
351 Sacramento St
Berlin, WI 54923

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Sherri Whetung**
578 Green Bay Rd
1
Denmark, WI 54208

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Sherrie Rosenau**
W8528 Lincoln Rd
Van Dyne, WI 54979

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.850 2 | | | $218.38 |

**Nonpriority creditor's name and mailing address**
Sherrie Stuessy
670 PRISK ST
Belleville, WI 53508

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 3 | | | $677.25 |

**Nonpriority creditor's name and mailing address**
SHERRY BRENNAND
KERIANN RIEWE
7117 OLD 15 RD
Oconto, WI 54153

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 4 | | | $197.38 |

**Nonpriority creditor's name and mailing address**
Sherry Bricco
2100 east main street
Kaukauna, WI 54130

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 5 | | | $228.38 |

**Nonpriority creditor's name and mailing address**
Sherry Ferron
2630 LAVENDAR LANE Apt 1
Green Bay, WI 54313

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 6 | | | $803.25 |

**Nonpriority creditor's name and mailing address**
Sherry Kennedy
401 N Westhaven Dr
K202
Oshkosh, WI 54904

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 7 | | | $677.25 |

**Nonpriority creditor's name and mailing address**
SHERRY LODHOLZ
132 LAMP LIGHTER DR
#9
Kaukauna, WI 54130

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 8 | | | $155.38 |

**Nonpriority creditor's name and mailing address**
Sherry Rollin
2069 Bridgeport court
11
De Pere, WI 54115

Date(s) debt was incurred  2019-2020
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Sheryl Schaut**
W2951 Springfield Drive
Appleton, WI 54915

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Shevonne Andersen**
1985 Hawthorne dr
Elm Grove, WI 53122

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Sheyann Fletcher**
4582 County road A
Rosholt, WI 54473

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Shiann Kvatek**
440 Walker St
Stevens Point, WI 54481

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Shirley Baker**
45 Mockingbird Lane
North Fond Du Lac, WI 54937

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Shirley Sersch**
544 Tesserville Rd
Nekoosa, WI 54457

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,031.75 |
|---|---|---|---|

**SHIRLEY TRELEVEN**
520 WAUKAU RD
Omro, WI 54963

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.851 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.50 |
| | Shirley/Starla/Deanna Bender/Heimstra/Ti W 13502 Cty Rd KK Ripon, WI 54971 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred 2019-2020 Last 4 digits of account number _ | Basis for the claim: Pre-Paid Tickets Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.851 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.25 |
| | Shirleylea Fischer W2034 County Rd B Marinette, WI 54143 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred 2019-2020 Last 4 digits of account number _ | Basis for the claim: Pre-Paid Tickets Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.851 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
| | Sidney Akber 6346 state route 220 Waverly, OH 45690 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred 2019-2020 Last 4 digits of account number _ | Basis for the claim: Pre-Paid Tickets Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.851 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.45 |
| | Sienna Olson 1012 W Frances St Appleton, WI 54914 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred 2019-2020 Last 4 digits of account number _ | Basis for the claim: Pre-Paid Tickets Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.852 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.28 |
| | Sierra Cool 740 E Leffel Ln Springfield, OH 45505 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred 2019-2020 Last 4 digits of account number _ | Basis for the claim: Pre-Paid Tickets Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.852 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
| | Sierra Grubor 3320 s 54th Milwaukee, WI 53219 | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred 2019-2020 Last 4 digits of account number _ | Basis for the claim: Pre-Paid Tickets Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.852 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
| | Sierra Kugler 500 Jefferson st Eau Claire, WI 54701 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred 2019-2020 Last 4 digits of account number _ | Basis for the claim: Pre-Paid Tickets Is the claim subject to offset? ■ No ☐ Yes | |

| 3.852 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.96 |
|---|---|---|---|

**Sierra Schomer**
**W6018 birch creek rd**
**Menominee, MI 49858**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.852 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $959.18 |
|---|---|---|---|

**Sierra Stevens**
**8368 South Scottdale Road**
**Berrien Springs, MI 49103**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.852 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Sierra Taylor**
**221 Scott Street**
**745**
**Wausau, WI 54403**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.852 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Sierra Ulrich**
**W4564 Macky Spur Rd**
**Ogema, WI 54459**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.852 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Signe Alger**
**1512 Sheffield court**
**Saint Peter, MN 56082**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.852 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.19 |
|---|---|---|---|

**Silvana Lopez**
**29 Dean St**
**Stamford, CT 06902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.852 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |
|---|---|---|---|

**Simika Bouwma**
**1015 5th ave south**
**La Crosse, WI 54601**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.853 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $303.45 |
| **Skip Schaeuble** <br> **385 waterview road** <br> **De Pere, WI 54115** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $617.38 |
| **Skye Vilwock** <br> **404 east fond du lac street** <br> **Ripon, WI 54971** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,158.68 |
| **Skye Vilwock** <br> **404 east fond du lac street** <br> **Ripon, WI 54971** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.853 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77.69 |
| **Skylahr Murphy** <br> **W4738 Cnty. Rd. B** <br> **Eden, WI 53019** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.853 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $288.23 |
| **Skylar Payne** <br> **1833 martin avenue** <br> **Sheboygan, WI 53083** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67.19 |
| **Skylar Sexton** <br> **w6148 county rd t** <br> **Shawano, WI 54166** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $576.45 |
| **Skyler Joy** <br> **2110 Carstensen Ln** <br> **O** <br> **Green Bay, WI 54304** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Pre-Paid Tickets** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Skyler Levenhagen**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **__**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.853 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Skyler Rindt**
**404 E. Grand Ave.**
**Wittenberg, WI 54499**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **__**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.853 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Skyler Schopf**
**4753 Clark lake road**
**Sturgeon Bay, WI 54235**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **__**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.854 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.90 |
|---|---|---|---|

**Slade Clark**
**14706 LA HWY 699**
**Kaplan, LA 70548**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **__**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.854 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.13 |
|---|---|---|---|

**Sofia Splittgerber**
**371 S Westhaven Dr**
**Apt B 212**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **__**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.854 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.46 |
|---|---|---|---|

**Sokha Sean**
**912 9th Avenue South**
**8**
**Hopkins, MN 55343**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **__**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.854 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Sommer Votava**
**247 High St**
**Wrightstown, WI 54180**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **__**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.854 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |

**Sonia Otte**
19895 Point Creek Rd
Kiel, WI 53042

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.11 |

**sonya anderson**
4998 SPAFFORD RD
Rhinelander, WI 54501

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $982.76 |

**Sonya Lightfoot**
1164 Intertown Rd
Petoskey, MI 49770

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |

**Sophia Hagen**
1348 Old West Harbor Road
Washington Island, WI 54246

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |

**Sophia Horsens**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |

**Sophia Pham**
3720 N Bluemond Dr
Appleton, WI 54914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Sophia Scheffler**
2701 South Schaefer Street
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.50 |
|---|---|---|---|

**Sophia Tautges**
N101W14303 Huckleberry Ct
Germantown, WI 53022

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Sophia Verkuilen**
1730 N Harriman St
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**sophia witting**
9650 East Maiden Court
Vero Beach, FL 32963

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Sophie Le Mieux**
3491 Mardon Lane
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Spencer Blanchette**
905 N Glenmore Street
Lockport, IL 60441

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Spencer Captain**
531 willow land
Hartford, WI 53027

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Spencer Chitko**
409 North Street
Beaver Dam, WI 53916

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Spencer Ellison**
**1133 Armory Pl**
**Oshkosh, WI 54902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Spencer Johnson**
**1213 East Lincoln Avenue**
**Little Chute, WI 54140**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**spencer march**
**24 and a half east main**
**Evansville, WI 53536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Spencer Reed**
**E10446 McCarty Rd**
**Readstown, WI 54652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Spencer Schroeder**
**2221 N Ballard rd**
**apt 3**
**Appleton, WI 54911**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.13 |
|---|---|---|---|

**Spencer Scray**
**po box 236**
**Pulaski, WI 54162**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**Spencer Wilson**
**2592 Babcock St**
**Plymouth, WI 53073**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Spencer Wittlieff**
**6407 West Allerton Avenue**
**Milwaukee, WI 53220**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.856 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Spenser Arens**
**1330 South 19th Street**
**Sheboygan, WI 53081**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.856 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020.57 |
|---|---|---|---|

**Staccy Winkler -mullins**
**7340 stonefield ct**
**West Bend, WI 53090**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.856 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.74 |
|---|---|---|---|

**Stacey Albright**
**S8065 Maple Park Rd**
**Prairie Du Sac, WI 53578**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.856 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.50 |
|---|---|---|---|

**STACEY Brock**
**W13054 CORK ST RD**
**Ripon, WI 54971**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.857 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Stacey Buechel**
**N2682 NTownhall Road**
**Chilton, WI 53014**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.857 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Stacey Clauss**
**1299 Janice Lane**
**Beaverton, MI 48612**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.857 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Huempfner**
**1712 Wilson Avenue**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,174.95**

---

| 3.857 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey King**
**1621 Tonya Trail**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

| 3.857 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Lancaster**
**1111 N Second Ave**
**Alpena, MI 49707**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$717.68**

---

| 3.857 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Neu**
**6441 Tonkinese Trail**
**Madison, WI 53719**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$260.38**

---

| 3.857 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Owens**
**N 2851 River Dr**
**Wallace, MI 49893**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$2,974.13**

---

| 3.857 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Tenor**
**3500 Layden Dr**
**16**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$134.38**

---

| 3.857 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacey Wiercinski**
**1015 LaBlonde Lane**
**Hurley, WI 54534**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$698.23**

---

| 3.8579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Stacey Zempel**
N2193 weyers rd
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,052.10 |
|---|---|---|---|

**stacie taylor**
13855 N Davis Rd
Mequon, WI 53097

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**Stacy Albright**
N6541 Cty Rd E
Ripon, WI 54971

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344.38 |
|---|---|---|---|

**Stacy Braun**
4 Deer Run Ave
Marquette, MI 49855

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,491.53 |
|---|---|---|---|

**Stacy Breitrick**
3086 Glendale Ave
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Stacy Burdeau**
4009 Pine Lane
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Stacy Corlett**
120 W. Washington St.
Prairie Du Chien, WI 53821

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.858 6 | **Nonpriority creditor's name and mailing address**<br>**STACY E MALUEG**<br>**1796 BOLAND RD**<br>**Green Bay, WI 54303**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$803.25**

| 3.858 7 | **Nonpriority creditor's name and mailing address**<br>**STACY HAMANN**<br>**5023 W ANITA ST**<br>**Appleton, WI 54913**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

**$1,022.70**

| 3.858 8 | **Nonpriority creditor's name and mailing address**<br>**Stacy Hietpas**<br>**1018 SUNNYDALE LANE**<br>**Little Chute, WI 54140**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

**$134.38**

| 3.858 9 | **Nonpriority creditor's name and mailing address**<br>**Stacy Hooper**<br>**1268 Oregon St**<br>**Green Bay, WI 54303**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

**$493.50**

| 3.859 0 | **Nonpriority creditor's name and mailing address**<br>**Stacy Kasper**<br>**808 E. Sylvan Ave**<br>**Appleton, WI 54915**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

**$533.40**

| 3.859 1 | **Nonpriority creditor's name and mailing address**<br>**Stacy Larson**<br>**W5928 Peaceful Ln**<br>**Appleton, WI 54915**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

**$1,421.64**

| 3.859 2 | **Nonpriority creditor's name and mailing address**<br>**Stacy Leigh Maurer**<br>**PO Box 21**<br>**Wilton, IA 52778**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

**$479.85**

| 3.859 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacy Ludwig-Burkes**
**1409 29th St S**
**La Crosse, WI 54601**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$414.71

---

| 3.859 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacy Mulder**
**10332 W Feerick Pl**
**Milwaukee, WI 53222**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$1,444.76

---

| 3.859 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacy Peapenburg**
**1310 W Woodstone Dr**
**Appleton, WI 54914**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

| 3.859 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacy Phillips**
**28704 Wilmot Rd**
**Trevor, WI 53179**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$803.25

---

| 3.859 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**STACY PLUMMER**
**4505 RIVER DR**
**Plover, WI 54467**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$118.13

---

| 3.859 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacy Smith**
**1744 Oregon Street**
**Oshkosh, WI 54902**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$31.50

---

| 3.859 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacy Verhagen**
**1108 Pine St**
**Green Bay, WI 54301**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.8600 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stacy Weister**
**582 James Road**
**Pickett, WI 54964**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

| 3.8601 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**STAN STARR**
**PO BOX 213**
**Michigamme, MI 49861**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,737.75

---

| 3.8602 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stanley Austin**
**1358 Pine St**
**Batavia, IL 60510**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,182.84

---

| 3.8603 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Starr Veneno**
**304 Perkins Ave Apt 3**
**Green Bay, WI 54303**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$629.48

---

| 3.8604 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stefanee Carlisle**
**216 W Peck St**
**Negaunee, MI 49866**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$260.38

---

| 3.8605 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stefani Elise**
**N5W29156 Venture Hill Rd**
**Waukesha, WI 53188**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$126.00

---

| 3.8606 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stefani Sielaff**
**620 Wingate St**
**Green Bay, WI 54311**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$946.58

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1230 of 1376

| 3.860 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |

**Stefano Mazza**
1901 Westridge Drive
Rochester, MI 48306

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.860 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.68 |

**Steff Rath**
711 Lincoln Ave
Kaukauna, WI 54130

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.860 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.08 |

**Steffaney Juedes**
736 Johnson St
Pulaski, WI 54162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.69 |

**Steph Borden**
No Address - purchased tickets via PayPa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.65 |

**Steph Coisman**
2120 Greenleaf Rd
De Pere, WI 54115

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |

**Steph Spears**
387 lake st
Green Lake, WI 54941

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534.40 |

**Stephanie Bucksa**
895 Waverly Pl
Green Bay, WI 54304

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $603.70 |
|---|---|---|---|

**Stephanie Galarowicz**
**5021 Spaanem Ave**
**Madison, WI 53716**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,211.18 |
|---|---|---|---|

**Stephanie Gardner**
**1325 E Bailey Rd**
**Naperville, IL 60565**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Stephanie Good**
**W5501 Townline Rd**
**Neshkoro, WI 54960**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533.40 |
|---|---|---|---|

**Stephanie Gruber**
**613 East Lieg Av**
**7**
**Shawano, WI 54166**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.19 |
|---|---|---|---|

**Stephanie Hamning**
**506 E Mc Arthur St**
**Appleton, WI 54911**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Stephanie Hamus**
**230 Welch Street**
**Waupun, WI 53963**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.862 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.76 |
|---|---|---|---|

**Stephanie Harvala**
**45778 lone pine ln**
**Macomb, MI 48044**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.862 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Stephanie Henning**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Stephanie Hill**
**15871 141st street**
**Perry, IA 50220**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.68 |
|---|---|---|---|

**Stephanie Kalis**
**340 4th ave NW**
**14**
**Milaca, MN 56353**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.862 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Stephanie Kaye**
**397 N Westhaven Dr**
**Apt J103**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $287.69 |
|---|---|---|---|

**Stephanie Laufer**
**100 Berkley Road**
**13**
**Verona, WI 53593**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |
|---|---|---|---|

**Stephanie Lorenz**
**171 n Ellis ave**
**Peshtigo, WI 54157**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Stephanie Maas**
**425 w. 9th st**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.862 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Stephanie Maulding**
7640 Lake Bluff 19.4 Road
Escanaba, MI 49829

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Stephanie Mcauly**
909 S Westfield St
Oshkosh, WI 54902

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Stephanie Miller**
119 E. Water Street
Princeton, WI 54968

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.19 |
|---|---|---|---|

**Stephanie Nichols**
box 277
White Pine, MI 49971

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Stephanie Olson**
3472 amber lane
Green Bay, WI 54311

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.65 |
|---|---|---|---|

**Stephanie Osowski**
1509 Hamilton St
Wausau, WI 54403

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Stephanie Roth**
W4040 Fairlane Circle
Malone, WI 53049

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.13 |
|---|---|---|---|

**Stephanie Rux**
406 Mary St
Boscobel, WI 53805

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Stephanie Saylor**
228 South Sycamore Street
Grand Island, NE 68801

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.23 |
|---|---|---|---|

**Stephanie Steele**
5425 big lake Rd ne
Bemidji, MN 56601

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Stephanie Stilen**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Stephanie Swiertz**
3893 Cheryl ct
Aurora, IL 60504

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Stephanie Tarkowski**
106  Dove ave
Chilton, WI 53014

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Stephanie Theobald**
W3618 County Rd S
Appleton, WI 54913

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 2 | Nonpriority creditor's name and mailing address | | $130.73 |
|---|---|---|---|

**Stephanie Valenzuela**
5017 Charm Oak Drive
Unit A
Jefferson City, MO 65109

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.864 3 | Nonpriority creditor's name and mailing address | | $413.18 |
|---|---|---|---|

**Stephen Leaf**
6025 west lapham street
Milwaukee, WI 53214

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.864 4 | Nonpriority creditor's name and mailing address | | $155.38 |
|---|---|---|---|

**Stephen Lessard**
805 WOODWARD AVE
KINGSFORD, MI 49802

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.864 5 | Nonpriority creditor's name and mailing address | | $130.73 |
|---|---|---|---|

**Stephen Luedeman**
3955 Valley Stream Circle
Oneida, WI 54155

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.864 6 | Nonpriority creditor's name and mailing address | | $130.73 |
|---|---|---|---|

**Stephen Mitchell**
951 Carriage Ln
Fond Du Lac, WI 54935

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.864 7 | Nonpriority creditor's name and mailing address | | $553.88 |
|---|---|---|---|

**Stephen Robinette**
4943 spiegelberg rd
Oshkosh, WI 54904

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.864 8 | Nonpriority creditor's name and mailing address | | $134.38 |
|---|---|---|---|

**Stephen Rosera**
W7170 Winnegamie Dr
Appleton, WI 54914

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.864 9 | Nonpriority creditor's name and mailing address<br>**Stephen Sprague**<br>**306 Chestnut St**<br>**Minonk, IL 61760**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $288.23 |
|---|---|---|
| 3.865 0 | Nonpriority creditor's name and mailing address<br>**Stephen Switala**<br>**1215 West Beckert Road**<br>**#7**<br>**New London, WI 54961**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $151.73 |
| 3.865 1 | Nonpriority creditor's name and mailing address<br>**STEVE & DEBBIE DODD**<br>**234 N 3RD ST**<br>**Winneconne, WI 54986**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $538.13 |
| 3.865 2 | Nonpriority creditor's name and mailing address<br>**Steve Adams**<br>**4503 Winnequah Rd.**<br>**Madison, WI 53716**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $118.13 |
| 3.865 3 | Nonpriority creditor's name and mailing address<br>**Steve Bannow**<br>**2858 Blue Spruce Dr**<br>**Green Bay, WI 54311**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $858.90 |
| 3.865 4 | Nonpriority creditor's name and mailing address<br>**Steve Birk**<br>**448 Tuttle drive**<br>**Hastings, MN 55033**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $807.45 |
| 3.865 5 | Nonpriority creditor's name and mailing address<br>**Steve Brandes**<br>**359 Ridgeway Dr.**<br>**Brillion, WI 54110**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $392.65 |

| | | | |
|---|---|---|---|
| 3.865 6 | **Nonpriority creditor's name and mailing address** **Steve Deterding** 1118 Starlight Dr Madison, WI 53711 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | **$194.25** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.865 7 | **Nonpriority creditor's name and mailing address** **Steve Edwards** W4460 state highway 64 lot d Peshtigo, WI 54157 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | **$696.68** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.865 8 | **Nonpriority creditor's name and mailing address** **Steve Grove** 1220 Patrick Dr Mundelein, IL 60060 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | **$807.45** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.865 9 | **Nonpriority creditor's name and mailing address** **Steve Helms** 570 Red Cypress Cary, IL 60013 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | **$177.45** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.866 0 | **Nonpriority creditor's name and mailing address** **Steve Hermsen** 1131 Shade Tree Ln Appleton, WI 54915 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | **$272.96** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.866 1 | **Nonpriority creditor's name and mailing address** **Steve Johnson** 6739 Olen Trail Winneconne, WI 54986 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | **$948.68** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.866 2 | **Nonpriority creditor's name and mailing address** **Steve Kaltenberg** 5579 Easy st Waunakee, WI 53597 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$864.68** |

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

**Basis for the claim:**  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $682.50 |
|---|---|---|---|

**Steve Koenen**
**N1572 Lost Ridge Rd**
**La Crosse, WI 54601**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.866 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Steve Kohn**
**W220N10796 Amy Belle Road**
**Colgate, WI 53017**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.866 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.86 |
|---|---|---|---|

**Steve Lamping**
**8400 Lexington Place**
**3**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.866 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.18 |
|---|---|---|---|

**Steve Leahy**
**W259N6985 Dolores Ln**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.866 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Steve Luebbers**
**6200 Providence Drive**
**Carpentersville, IL 60110**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.866 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Steve Lunde**
**5827 Schneider ct**
**West Bend, WI 53095**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.866 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**Steve Mocco**
**2246 BALSAM WAY**
**Green Bay, WI 54313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.867 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Steve NORDSTROM**
W15824 Ridge Trail Rd
Melrose, WI 54642

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Steve Oudenhoven**
W384 Hansen Rd
De Pere, WI 54115

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Steve Perry**
W1622 Mariah Drive
Kaukauna, WI 54130

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.10 |
|---|---|---|---|

**Steve Rasmussen**
310 Prospect St
Bloomington, WI 53804

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.68 |
|---|---|---|---|

**Steve Rennhack**
710 s center ave
Jefferson, WI 53549

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Steve Rhode**
N3063 HUNTING RD
Shawano, WI 54166

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.68 |
|---|---|---|---|

**Steve Schindel**
14 Fairway Ct
Appleton, WI 54915

Date(s) debt was incurred __2019-2020__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 7 | Nonpriority creditor's name and mailing address **Steve Schmidt** **No Address - purchased tickets via PayPal** | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 8 | Nonpriority creditor's name and mailing address **Steve Seymour** **1645 Pierce Ave** **Marinette, WI 54143** | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 9 | Nonpriority creditor's name and mailing address **steve sobotta** **1720 N 116th** **Brookfield, WI 53005** | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 0 | Nonpriority creditor's name and mailing address **Steve Trent** **720 5th Ave S** **Escanaba, MI 49829** | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 1 | Nonpriority creditor's name and mailing address **Steve Weyland** **1507 Jefferson Street** **Oshkosh, WI 54901** | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 2 | Nonpriority creditor's name and mailing address **Steve Whitburn** **902 Eagle St** **Rhinelander, WI 54501** | As of the petition filing date, the claim is: Check all that apply. | $340.73 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 3 | Nonpriority creditor's name and mailing address **Steve Wilks** **n168 w21700 main st** **182** **Jackson, WI 53037** | As of the petition filing date, the claim is: Check all that apply. | $413.18 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Steve Wille**
**N8954 Sugar Maple Way**
**Menasha, WI 54952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.25 |
|---|---|---|---|

**STEVEN ASMONDY**
**W199 N11509 ROSEWOOD AVE**
**Germantown, WI 53022**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,166.14 |
|---|---|---|---|

**STEVEN COWLING**
**145 N WESTHAVEN DR**
**Apt.#BB107**
**Oshkosh, WI 54904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Steven Fishler**
**2827 West Parnell Ave**
**209**
**Milwaukee, WI 53221**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $878.83 |
|---|---|---|---|

**steven jicha**
**111 N. Maple St., Apt.# 4**
**Black Creek, WI 54106**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Steven Kavalauskas**
**5818 50th ave**
**unit 18**
**Kenosha, WI 53144**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.40 |
|---|---|---|---|

**Steven Kilburg**
**233 6th Ave**
**Baraboo, WI 53913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.869 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,165.50 |
|---|---|---|---|

**Steven Mushall**
1045 Greenwood Court CT #4
Oshkosh, WI 54901

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.869 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |
|---|---|---|---|

**Steven Mushall**
1045 Greenwood ct
4
Oshkosh, WI 54901

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.869 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,010.23 |
|---|---|---|---|

**Steven Nary**
1533 Glendale Street
Janesville, WI 53546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.869 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Steven Rogers**
815 E Cecil St
Neenah, WI 54956

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.869 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.01 |
|---|---|---|---|

**Steven Rothe**
W10882 Bell School Road
Brandon, WI 53919

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.869 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Steven Schimmel-olson**
1795 Grant St
Apt 2
De Pere, WI 54115

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.869 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Steven Shiley**
PO Box 297
Clear Brook, VA 22624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.869 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,032.68 |
|---|---|---|---|

**Steven Shutts**
**65 Fairview Road**
**Erin, NY 14838**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.50 |
|---|---|---|---|

**STEVEN STADLER**
**245 W BERLIN STREET**
**Neshkoro, WI 54960**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $583.26 |
|---|---|---|---|

**Steven Zangl**
**2318 Shore Preserve Dr**
**Oshkosh, WI 54904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.68 |
|---|---|---|---|

**Stevie Gutbrod**
**N5445 First Street**
**Fredonia, WI 53021**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.07 |
|---|---|---|---|

**Stewart Boivin**
**125 Rye Bluff Rd**
**Apt 212**
**Black River Falls, WI 54615**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.98 |
|---|---|---|---|

**Stuart Hall**
**15210 Wildwood Trail**
**Burnsville, MN 55306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Sue Amend**
**N7383 Brandon Rd**
**Ripon, WI 54971**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.90 |
|---|---|---|---|

**Sue Atchley**
**2265 Margaret Drive**
**Montgomery, IL 60538**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.96 |
|---|---|---|---|

**Sue Beckman**
**5999 County Road C**
**Vesper, WI 54489**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Sue Brenwall**
**1932 Evans Ct**
**Green Bay, WI 54304**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.870 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Sue Broeren**
**W201 County Rd Z**
**Kaukauna, WI 54130**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**Sue Cripps**
**W5971 Sweet Clover Drive**
**Appleton, WI 54915**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Sue Ennis**
**N5321 Orchard Ct**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**SUE ERDMANN**
**7453 COUNTY RD T**
**Oshkosh, WI 54904**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.96 |
|---|---|---|---|

**Sue Franke**
N6467 River Rd
Princeton, WI 54968

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.871 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Sue Freitag**
3742 N 12th Pl
Sheboygan, WI 53083

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.871 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Sue Griffin**
10Hilltop Court
Appleton, WI 54914

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.871 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $816.38 |
|---|---|---|---|

**Sue Heiser**
227 Audley Dr
Sun Prairie, WI 53590

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.871 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.26 |
|---|---|---|---|

**Sue Helms**
620 Walter Street
Kaukauna, WI 54130

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.871 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.38 |
|---|---|---|---|

**Sue Hoffman**
622 Fairview Ave
De Pere, WI 54115

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.871 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,199.63 |
|---|---|---|---|

**Sue Kubasta**
W6810 Design Dr
Greenville, WI 54942

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page 1246 of 1376

Best Case Bankruptcy

Case 20-27367-gmh   Doc 5   Filed 11/10/20   Page 1246 of 1376

| 3.871 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.48 |
|---|---|---|---|

**Sue Lemke**
N2296 church rd
Peshtigo, WI 54157

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $649.95 |
|---|---|---|---|

**SUE MRDJENOVICH**
W1772 Bender Road
Sheboygan, WI 53083

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Sue Peters**
1067 Rainberry Ct
Neenah, WI 54956

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.63 |
|---|---|---|---|

**SUE SCHULZ**
220 Dakota Grv
Menasha, WI 54952

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
|---|---|---|---|

**Sue Steffens**
N1172 pine grove rd
Hortonville, WI 54944

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**SUE WOOD**
E9238 CTY X
New London, WI 54961

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Sue Zimmerman**
527 Winding Waters Way
De Pere, WI 54115

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1247 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1247 of 1376

| 3.872 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Summer Blenker**
**127 Edwards street**
**Wausau, WI 54401**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.90 |
|---|---|---|---|

**summer Brantner**
**110 S Fulton St**
**Princeton, WI 54968**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.93 |
|---|---|---|---|

**Summer Froz**
**928 pilgrim way**
**5**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.872 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.65 |
|---|---|---|---|

**Summer Kays**
**716 Elm St #1**
**Wisconsin Dells, WI 53965**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.88 |
|---|---|---|---|

**Summer Pehl**
**1640 Rivers Bend Ln**
**Apt 306**
**Milwaukee, WI 53226**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Summer Ray**
**N9967 Cty Rd H**
**Lomira, WI 53048**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,421.05 |
|---|---|---|---|

**Summer Seebecker**
**N3448 Duffy Rd**
**Mauston, WI 53948**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.76 |
|---|---|---|---|

**Susan Archey**
1603 W Weiland Ln
Appleton, WI 54914

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.873 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Susan Berry**
5190 Chesapeake Ct
Oshkosh, WI 54901

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.873 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.45 |
|---|---|---|---|

**Susan Boyce**
2039 Elo Rd
Pickett, WI 54964

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.873 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.25 |
|---|---|---|---|

**Susan Britz**
50780 Mckilligan Rd
Atlantic Mine, MI 49905

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.873 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.38 |
|---|---|---|---|

**Susan Buckna**
2893 Antler Trail
Green Bay, WI 54313

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.873 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,278.90 |
|---|---|---|---|

**Susan Clemitus Clemitus**
4902 Roigan Terrace
Madison, WI 53716

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.873 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Susan Conklin**
12657 Velp Avenue
Green Bay, WI 54313

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Hypervibe, Inc.** | Case number (if known) | **20-27367** |
|---|---|---|---|

**3.8740**

Nonpriority creditor's name and mailing address
**Susan Haugland**
**4977 Hahn rd**
**Deforest, WI 53532**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$677.25**

---

**3.8741**

Nonpriority creditor's name and mailing address
**Susan Higgins**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$261.45**

---

**3.8742**

Nonpriority creditor's name and mailing address
**Susan Kudrna**
**5321 Prairie Dr**
**Plover, WI 54467**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$288.23**

---

**3.8743**

Nonpriority creditor's name and mailing address
**SUSAN MEWBOURN**
**724 CEDAR BLUFF DR**
**Houghton, MI 49931**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$155.38**

---

**3.8744**

Nonpriority creditor's name and mailing address
**Susan Neitzke**
**1314 Porter Ave**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$350.70**

---

**3.8745**

Nonpriority creditor's name and mailing address
**Susan Riewe**
**1577 Conrad Drive**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

**3.8746**

Nonpriority creditor's name and mailing address
**Susan Skenandore**
**W7726 East Avenue**
**Shiocton, WI 54170**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$134.38**

---

| 3.874 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,170.75 |
|---|---|---|---|

**Susan steffen**
5439 W Spencer St
Appleton, WI 54914

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Susan Uhlers**
1227 Milwaukee St
Kewaunee, WI 54216

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,409.63 |
|---|---|---|---|

**Susie Lutz**
1106 S. Ritger ST
Appleton, WI 54915

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Susie Olson**
W5990 County Rd S
Onalaska, WI 54650

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |
|---|---|---|---|

**Suzanna Heusman**
208 w pacific st
Callaway, NE 68825

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Suzanne Berry**
1013 plain st, Laporte IN
La Porte, IN 46350

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Suzanne Cox**
W6768 Midway Rd
Hortonville, WI 54944

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1251 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1251 of 1376

| 3.875 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $194.25 |

**Nonpriority creditor's name and mailing address**

**Suzanne Hall**
**9205 312th Ave**
**Burlington, WI 53105**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$194.25

---

**3.875 5**

**Nonpriority creditor's name and mailing address**

**SUZANNE SCHROEDER**
**1760 ACORN CT**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$677.25

---

**3.875 6**

**Nonpriority creditor's name and mailing address**

**Suzanne Sheppard**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$351.23

---

**3.875 7**

**Nonpriority creditor's name and mailing address**

**suzanne traber**
**39004 89th st**
**Powers Lake, WI 53159**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$871.50

---

**3.875 8**

**Nonpriority creditor's name and mailing address**

**Suzanne Vassallo**
**113 East Elm Avenue**
**Gillett, WI 54124**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$349.11

---

**3.875 9**

**Nonpriority creditor's name and mailing address**

**Suzie Kostuchowski**
**5133 Ranchland Circle**
**Stevens Point, WI 54481**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

**3.876 0**

**Nonpriority creditor's name and mailing address**

**Suzie Wilcox**
**151 N. Eagle St**
**APT  612**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$338.63

---

| 3.876 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $984.38 |
|---|---|---|---|

**Suzy Kitto**
**1109 Celia street**
**Ironwood, MI 49938**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.876 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $722.38 |
|---|---|---|---|

**Suzy Kratz**
**800 Main St**
**Apt B**
**Neenah, WI 54956**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.876 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Sydney Appleton**
**1873 Wizard Way**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.876 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $613.19 |
|---|---|---|---|

**Sydney Armijo**
**2756 Newberry Ave**
**Green Bay, WI 54302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.876 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.24 |
|---|---|---|---|

**Sydney De Groot**
**1780 Cady Lane**
**De Pere, WI 54115**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.876 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $411.57 |
|---|---|---|---|

**Sydney Fezatte**
**1398 Buckys Run**
**Green Bay, WI 54313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.876 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Sydney Foote**
**625 Weatherstone Dr**
**Oshkosh, WI 54901**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.876 8 | Nonpriority creditor's name and mailing address | | $161.69 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sydney Gehl**
**5540 W Natures Ln**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$161.69

---

**3.876 9**

**Nonpriority creditor's name and mailing address**
**Sydney Kelly**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

**3.877 0**

**Nonpriority creditor's name and mailing address**
**Sydney Larson**
**7713 Buffalo Grove Rd**
**Loves Park, IL 61111**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$207.88

---

**3.877 1**

**Nonpriority creditor's name and mailing address**
**Sydney Malicki**
**510 15th Ave**
**Union Grove, WI 53182**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.19

---

**3.877 2**

**Nonpriority creditor's name and mailing address**
**Sydney Pierret**
**w2415 Hickory Park Dr**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

**3.877 3**

**Nonpriority creditor's name and mailing address**
**Sydney Schabow**
**1721 Saint Robert Drive**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

**3.877 4**

**Nonpriority creditor's name and mailing address**
**Sydney Schmidt**
**309 E. 18TH STREET**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$392.18

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1254 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1254 of 1376

| | |
|---|---|
| 3.877 5 | **$183.74** |

**Nonpriority creditor's name and mailing address**

**Sydney Smith**
**2856 Steamboat Springs Run**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.877 6 | **$67.19** |

**Nonpriority creditor's name and mailing address**

**Sydney Stern**
**809 Oakfield St**
**West Bend, WI 53090**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.877 7 | **$959.18** |

**Nonpriority creditor's name and mailing address**

**Sydni Harris**
**43361 foster ave**
**Painesdale, MI 49955**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.877 8 | **$109.19** |

**Nonpriority creditor's name and mailing address**

**Syrina Skenandore**
**2862 Curry Lane**
**Green Bay, WI 54311**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.877 9 | **$392.18** |

**Nonpriority creditor's name and mailing address**

**T m thy H tt n**
**905 edgewood dr**
**Green Bay, WI 54311**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.878 0 | **$119.69** |

**Nonpriority creditor's name and mailing address**

**Tabitha Dibble**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.878 1 | **$528.68** |

**Nonpriority creditor's name and mailing address**

**Tabitha Hansen**
**113 N Farmer St**
**Princeton, WI 54968**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1255 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1255 of 1376

| | |
|---|---|
| 3.878<br>2 | |

**Nonpriority creditor's name and mailing address**

**Tabitha Kuehnel**
**3247 Playbird Rd**
**Sheboygan, WI 53083**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$218.38

---

| | |
|---|---|
| 3.878<br>3 | |

**Nonpriority creditor's name and mailing address**

**Tabitha Lueneburg**
**940 Marshall Drive**
**Mauston, WI 53948**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$266.70

---

| | |
|---|---|
| 3.878<br>4 | |

**Nonpriority creditor's name and mailing address**

**Taeya Hackbarth**
**1419 N Superior St**
**Antigo, WI 54409**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

| | |
|---|---|
| 3.878<br>5 | |

**Nonpriority creditor's name and mailing address**

**Taggen Davis**
**826 Helen street**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

| | |
|---|---|
| 3.878<br>6 | |

**Nonpriority creditor's name and mailing address**

**Tailey Grogan**
**5304 North Tarrant Road**
**Milton, WI 53563**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$272.96

---

| | |
|---|---|
| 3.878<br>7 | |

**Nonpriority creditor's name and mailing address**

**Takoda Reilly**
**8027 Maple park St**
**Las Vegas, NV 89131**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$285.57

---

| | |
|---|---|
| 3.878<br>8 | |

**Nonpriority creditor's name and mailing address**

**Taleigh Fox**
**700 W Riverside Ave**
**Merrill, WI 54452**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1256 of 1376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1256 of 1376

| | |
|---|---|
| 3.8789 | **$67.19** |

**Nonpriority creditor's name and mailing address**

**Talia Boyea**
998 Coggins Ct
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.8790 | **$705.08** |

**Nonpriority creditor's name and mailing address**

**Talor Counter**
831 Forest hill Dr
Green Bay, WI 54311

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.8791 | **$814.76** |

**Nonpriority creditor's name and mailing address**

**tamara hellenbrand**
w9279 kent rd
Poynette, WI 53955

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.8792 | **$585.38** |

**Nonpriority creditor's name and mailing address**

**Tamara Kinkade**
1423 Ave C
Kearney, NE 68847

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.8793 | **$272.96** |

**Nonpriority creditor's name and mailing address**

**Tamara Reiter**
2747 Monica Lane
Richfield, WI 53076

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.8794 | **$311.82** |

**Nonpriority creditor's name and mailing address**

**Tamara Sillars**
914 S. 19th Ave
Wausau, WI 54401

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.8795 | **$621.08** |

**Nonpriority creditor's name and mailing address**

**Tamara Turcotte**
926 North Elevation
Hancock, MI 49930

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Tami Chambers**
**229 North Wisconsin Street**
**Berlin, WI 54923**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Tami Creighbaum**
**W7096 Carey Ave**
**Wild Rose, WI 54984**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,209.57 |
|---|---|---|---|

**tami fritz**
**1280 pheasant creek dr**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Tami Geiger**
**5177 High Pointe Drive**
**Winneconne, WI 54986**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,743.00 |
|---|---|---|---|

**Tami Kasten**
**3953 George Rd**
**Wisconsin Rapids, WI 54495**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.13 |
|---|---|---|---|

**Tami Kimball**
**W2225 Cty. Rd. G**
**Seymour, WI 54165**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Tami Morrow**
**2000 deer Haven dr**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 3 | | | | $109.19 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tami Mueller**
**7840 N 46th street**
**Milwaukee, WI 53223**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 4 | | | | $134.38 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tami Phillips**
**1322 Hockers Street**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 5 | | | | $236.22 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tami Zortman**
**1447 Hwy 27**
**Isle, MN 56342**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.880 6 | | | | $1,120.35 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tammi Miller**
**1109 Vulcan Street**
**Iron Mountain, MI 49801**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 7 | | | | $124.94 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tammie Katzung**
**12011 Morgan Rd**
**Bagley, WI 53801**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 8 | | | | $503.92 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tammie Lindsley**
**W1903 TOWN HALL ROAD**
**Campbellsport, WI 53010**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 9 | | | | $197.38 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tammy Baumhardt**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.881 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.69 |
|---|---|---|---|

**Tammy Brissette**
S80 W23520 Parview Drive
Big Bend, WI 53103

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $633.14 |
|---|---|---|---|

**Tammy Brown**
1306 Bowen St
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Tammy Christensen**
W2129 County Road TW
Mayville, WI 53050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Tammy Coenen**
N3036 main road
Hortonville, WI 54944

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,360.76 |
|---|---|---|---|

**Tammy Crosby**
54060 High Ridge Road
Bellaire, OH 43906

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Tammy Ebben**
N8183 Big Lake Ln
Sherwood, WI 54169

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $722.38 |
|---|---|---|---|

**Tammy Glenn**
110 Carr Ct.
Mount Morris, IL 61054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |

**Tammy Guelig**
**No Address - purchased tickets via PayPa**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.881 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |

**Tammy Hancock**
**3393 Paula St**
**Green Bay, WI 54311**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.881 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $157.48 |

**Tammy Harrington**
**1709 Evan Street**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.882 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $266.70 |

**tammy ison**
**n4401 county rd i**
**Sheboygan Falls, WI 53085**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.882 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Tammy Kuhr**
**W7559 valley rd**
**Antigo, WI 54409**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.882 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,827.65 |

**Tammy Lindsay**
**2301 W WINTERGREEN DR**
**Appleton, WI 54914**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.882 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.70 |

**Tammy Lofberg**
**870 overland trail**
**Grafton, WI 53024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

| | |
|---|---|
| **3.882 4** | **$922.95** |

**Nonpriority creditor's name and mailing address**

**Tammy Lucht**
**5524 W Reighmoor Rd**
**Omro, WI 54963**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.882 5** | **$77.69** |

**Nonpriority creditor's name and mailing address**

**Tammy Much Johnson**
**E6292 State Road 22**
**Manawa, WI 54949**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.882 6** | **$1,307.25** |

**Nonpriority creditor's name and mailing address**

**TAMMY NENNIG**
**N2024 GREENDALE RD**
**Hortonville, WI 54944**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.882 7** | **$544.95** |

**Nonpriority creditor's name and mailing address**

**Tammy Nicholson**
**767 School House Rd**
**Sobieski, WI 54171**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.882 8** | **$356.96** |

**Nonpriority creditor's name and mailing address**

**Tammy Plate**
**1019 manor place**
**Little Chute, WI 54140**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.882 9** | **$155.38** |

**Nonpriority creditor's name and mailing address**

**Tammy Reimer**
**6808 Reifs Mills Lane**
**Whitelaw, WI 54247**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.883 0** | **$268.76** |

**Nonpriority creditor's name and mailing address**

**Tammy Schwarzbauer**
**162 Plummer Ave**
**Neenah, WI 54956**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.883 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $796.94 |

**tammy seibel**
n4492 vista drive
Campbellsport, WI 53010

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |

**Tammy Sheriff**
W3212 Garvey Rd
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |

**Tammy Shively**
11074 N Polyanna Pike
Cromwell, IN 46732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.883 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.13 |

**Tammy Smith**
121 E. 9th Street
Neillsville, WI 54456

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |

**Tammy Stevens**
861B crystal rd
Kiel, WI 53042

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.57 |

**Tammy Thiele DiSalvo**
1414 coral dr
Sun Prairie, WI 53590

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.07 |

**Tammy Washington**
2517 Bishops Lane
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.76 |
|---|---|---|---|

**Tammy Weickert**
698 Clay Rd
Oshkosh, WI 54904

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Tania Makela**
Po box 206
Alpha, MI 49902

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,736.15 |
|---|---|---|---|

**Tania Menadue**
2901 Green Dr
Plover, WI 54467

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Tanisha Coonen**
400 Nassau st
Menasha, WI 54952

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Tanja Baur**
3200 E Parkside Blvd Apt 51
Appleton, WI 54915

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Tanner Belke**
341 15th street South
Wisconsin Rapids, WI 54494

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.89 |
|---|---|---|---|

**Tanner Brey**
S1975 County Road A
Lot 1
Baraboo, WI 53913

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.884 5 | **Nonpriority creditor's name and mailing address** |

**Tanner Brockman**
**N4109 Oak Ln**
**Kaukauna, WI 54130**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$109.19

---

| | |
|---|---|
| 3.884 6 | **Nonpriority creditor's name and mailing address** |

**Tanner Chouinard**
**1926 Washtenaw Ave**
**133**
**Ypsilanti, MI 48197**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$141.23

---

| | |
|---|---|
| 3.884 7 | **Nonpriority creditor's name and mailing address** |

**Tanner Drews**
**N6034 Lost Creek Rd**
**Green Lake, WI 54941**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$134.38

---

| | |
|---|---|
| 3.884 8 | **Nonpriority creditor's name and mailing address** |

**Tanner Hansen**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$130.73

---

| | |
|---|---|
| 3.884 9 | **Nonpriority creditor's name and mailing address** |

**Tanner Kinjerski**
**1800 jefferson street**
**301**
**Two Rivers, WI 54241**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$177.45

---

| | |
|---|---|
| 3.885 0 | **Nonpriority creditor's name and mailing address** |

**Tanner Steuck**
**2212a n 9th st**
**Johnson Creek, WI 53038**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$162.23

---

| | |
|---|---|
| 3.885 1 | **Nonpriority creditor's name and mailing address** |

**Tanner Turba**
**N9651 South Court**
**Elkhart Lake, WI 53020**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$67.19

---

| 3.885 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Tanner Welch**
158 S Claremont Rd
Saukville, WI 53080

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.885 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $388.50 |
|---|---|---|---|

**Tanya Anderson**
1910 N 13th Street
Sheboygan, WI 53081

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.885 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Tanya Braun**
1700 Chestnut Street
Wisconsin Rapids, WI 54494

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.885 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.69 |
|---|---|---|---|

**Tanya Garcia**
320 Market Street
PO Box 75
Potter, WI 54160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.885 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Tanya Garfoot**
202 North Main Street
5
Pardeeville, WI 53954

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.885 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**Tanya Giroux**
1740 Southwood Dr.
Ishpeming, MI 49849

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.885 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Tanya Gregor**
904 W Blodgett St
Marshfield, WI 54449

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.885 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Tanya Jackson**
315 Lincoln Street
Otsego, MI 49078

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.38 |
|---|---|---|---|

**Tanya Michalski**
731 Thompson Street
Peshtigo, WI 54157

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.38 |
|---|---|---|---|

**Tanya Sanderfoot**
220 Watson
Ripon, WI 54971

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Tara Brabant**
1510 Lindale Lane
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Tara Drefahl**
W13202 US Highway 45
Marion, WI 54950

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $680.38 |
|---|---|---|---|

**Tara Eastwood**
1570 Wellington Drive
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**TARA ELLIS**
2287 MEADOW FLOWER CT
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1267 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1267 of 1376

| 3.886 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.07 |
|---|---|---|---|

**Tara Erickson**
w3239 Dundas rd
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $411.57 |
|---|---|---|---|

**Tara Feavel**
1920 division st
#1
New London, WI 54961

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Tara Kittleson**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.886 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Tara Lechner**
4553 Lost Trail
Vesper, WI 54489

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.887 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Tara Schepp**
155981 Franklin street
Wausau, WI 54403

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Tara Wegand**
W2151 Out of Town Lane
Kaukauna, WI 54130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.55 |
|---|---|---|---|

**Taralina Leech**
1135 e Gorham street apt 1
Apt 1
Madison, WI 53703

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,404.63 |
|---|---|---|---|

**Tari Martin**
620 Metomen St
Ripon, WI 54971

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Taryn Frandsen**
602 1/2 12th ave e
Menomonie, WI 54751

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Taryn Schultze**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.887 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.74 |
|---|---|---|---|

**Tasa Walcher**
N1018 US 41
Menominee, MI 49858

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.887 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.23 |
|---|---|---|---|

**Tasha Anderson Paavola**
44916 11th ave
Atlantic Mine, MI 49905

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Tasha Henkel**
1029 Main St
2
Horicon, WI 53032

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Tasha Vogel**
4048 Hawks Ridge Dr
Hubertus, WI 53033

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $772.76 |
|---|---|---|---|

**Tatiana Fyvie**
**No Address - purchased tickets via PayPal**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.888 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Tatum Mierow**
**6711 Ridge Royale Drive**
**Greenleaf, WI 54126**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.888 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.69 |
|---|---|---|---|

**Tawni Ambrosius**
**4191 County Road C**
**Pulaski, WI 54162**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.888 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Taya Fecteau**
**E8740 Blueberry Road**
**Bear Creek, WI 54922**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.888 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Taylir Schmidt**
**N6080 State Road 187**
**Shiocton, WI 54170**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.888 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Taylor Atwood**
**367 Joe Martin Road**
**Lowell, IN 46356**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.888 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Taylor Baehring**
**38 Lincoln St**
**Chilton, WI 53014**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.888 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Taylor Bailey**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.68 |
|---|---|---|---|

**Taylor Beuch**
**24774 Cedar Point Rd.**
**New Prague, MN 56071**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Taylor Bockenstedt**
**105 HANCOCK LN**
**Evansville, WI 53536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.889 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.00 |
|---|---|---|---|

**Taylor Bolzenthal**
**5722 berry ln**
**C**
**Little Suamico, WI 54141**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Taylor Cook**
**470 Evergreen Ter**
**Kewaskum, WI 53040**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Taylor Denis**
**3362 Wynding Ridge Way**
**Green Bay, WI 54313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.94 |
|---|---|---|---|

**Taylor Duchemin**
**2205 E chestnut Drive**
**Oak Creek, WI 53154**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.889 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $741.30 |
|---|---|---|---|

**Taylor Dutenhafer**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.889 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Taylor Erickson**
**1519 10.5 Lane**
**Bark River, MI 49807**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.889 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.07 |
|---|---|---|---|

**Taylor Fournier**
**N2702 Smokey hollow road**
**Poynette, WI 53955**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.889 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $645.70 |
|---|---|---|---|

**Taylor Gleason**
**802 Pinewood Court**
**Apt 14**
**Madison, WI 53714**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.889 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Taylor Gregorich**
**920 Sixth Street**
**Plover, WI 54467**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.889 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Taylor Harrison**
**1432 wood ct**
**Green Bay, WI 54304**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Taylor Hart**
**4260 Warwick Way**
**Madison, WI 53711**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _____

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| --- | --- | --- | --- |

**Taylor Helm**
808 John St
Menasha, WI 54952

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
| --- | --- | --- | --- |

**Taylor Henderson**
502 Keyes Street
Menasha, WI 54952

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
| --- | --- | --- | --- |

**Taylor Hietpas**
120 Hidden Ridges Cir
Combined Locks, WI 54113

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |
| --- | --- | --- | --- |

**Taylor Hoffman**
W11498 Maple Ridge Rd
Gresham, WI 54128

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.86 |
| --- | --- | --- | --- |

**Taylor Jagodinski**
2710 FRONTENAC AVE
Stevens Point, WI 54481

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
| --- | --- | --- | --- |

**Taylor Klitzka**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
| --- | --- | --- | --- |

**Taylor Korman**
N2780 Tesch Road
Merrill, WI 54452

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Taylor Krocker**
206 East Minnehaha Avenue
Portage, WI 53901

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.65 |
|---|---|---|---|

**Taylor Krogwold**
301 E Grand Ave
Rosholt, WI 54473

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Taylor Lang**
529 S Main St
Columbus, WI 53925

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Taylor Larson**
432 PINE WHITE RD
1
Roscoe, IL 61073

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.68 |
|---|---|---|---|

**Taylor Lefebvre**
704 E. Margaret St.
Iron Mountain, MI 49801

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Taylor Liebe**
W6941 State Road 67
Plymouth, WI 53073

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Taylor Ling**
320 Doty Street
2
Fond Du Lac, WI 54935

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 5 | Nonpriority creditor's name and mailing address | | $155.38 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Taylor Luepke**
**W4948 Alberts Lane**
**Bonduel, WI 54107**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

**Nonpriority creditor's name and mailing address**
**Taylor Lutzke**
**N6947 High View Dr.**
**Sheboygan, WI 53083**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$77.69

---

**Nonpriority creditor's name and mailing address**
**Taylor Martin**
**3417 S Blue Spruce Ln**
**Appleton, WI 54915**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

**Nonpriority creditor's name and mailing address**
**Taylor Meyer**
**118 E. Riverbend Dr.**
**Plymouth, WI 53073**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$356.96

---

**Nonpriority creditor's name and mailing address**
**Taylor Miescke**
**734 Stow St**
**Horicon, WI 53032**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$197.38

---

**Nonpriority creditor's name and mailing address**
**Taylor Miller**
**122 knapp st**
**Oshkosh, WI 54902**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$198.45

---

**Nonpriority creditor's name and mailing address**
**Taylor Moon**
**312 E Richland St**
**Lone Rock, WI 53556**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

$130.73

*(Item numbers: 3.8915, 3.8916, 3.8917, 3.8918, 3.8919, 3.8920, 3.8921)*

| 3.892 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Taylor Murphy**
**N6602 Meads Ave**
**Greenwood, WI 54437**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.892 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Taylor Olson**
**1703 Preble Ave**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.892 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Taylor Olson**
**511 Wilson street**
**Little Chute, WI 54140**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.892 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Taylor Rae**
**2310 olde country cir**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.892 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.57 |
|---|---|---|---|

**Taylor Resop**
**424 W Oshkosh St**
**Ripon, WI 54971**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.892 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.69 |
|---|---|---|---|

**Taylor Schlieve**
**5620 County Rd R**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.892 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $726.57 |
|---|---|---|---|

**taylor schnitzler**
**S71W17353 Pleasant View Dr**
**muskego, WI 53150**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Taylor Siegmeier**
18115 Everglades Road
Huntley, IL 60142

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.95 |
|---|---|---|---|

**Taylor Soltis**
30 1st ST NE
Apt 201
Minot, ND 58703

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Taylor Stepaniuk**
938 4th Street
Apt. 211
Fond Du Lac, WI 54935

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Taylor Stumpf**
W6088 Garnet Drive
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Taylor Sunke**
1026 S. Violet Lane
Appleton, WI 54914

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Taylor Supple**
2040 S 77th St
Milwaukee, WI 53219

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Taylor Tousey**
W304 Carlson Ln
Oconto Falls, WI 54154

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Taylor Vandeberg**
N8529 Townhall rd
Eldorado, WI 54932

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.893 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Taylor Weier**
N5173 Lakeview Way
Bonduel, WI 54107

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.893 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.75 |
|---|---|---|---|

**Taynia Buskirk**
132 S. Eagle St.
Oshkosh, WI 54902

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.893 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|

**Tea Livingston**
4620 Wazeecha Avenue
Wisconsin Rapids, WI 54494

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.894 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Teagan Turba**
N9651 South Court
Elkhart Lake, WI 53020

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.894 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Ted Bauermeister**
1148 208th Ave
New Richmond, WI 54017

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.894 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Ted Brahm**
W7134 School Dr
Adell, WI 53001

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.894 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $769.65 |
|---|---|---|---|

**Ted Dietzler**
W318S9070 Laurens Parkway
Mukwonago, WI 53149

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.38 |
|---|---|---|---|

**Ted Jeske**
318 S Cty Rd J
Reedsville, WI 54230

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |
|---|---|---|---|

**Ted Schuh**
535 Leisgang ct
Seymour, WI 54165

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.894 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554.34 |
|---|---|---|---|

**Ted Wittmann**
436 8th Street
Menasha, WI 54952

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.894 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Tejpal Dillon**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.894 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,564.63 |
|---|---|---|---|

**Tera Hackett**
402 W 14th Ave.
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Teresa Heim**
895 kirkwood st
Dubuque, IA 52001

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Teresa Konz**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $356.96 |
|---|---|---|---|

**Teresa Satori**
**5103 Catalina Ct**
**Manitowoc, WI 54220**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $677.25 |
|---|---|---|---|

**TERESE MARKS**
**W8522 BREAKNECK RD**
**Oakfield, WI 53065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $858.38 |
|---|---|---|---|

**Teri DeGrand**
**4028 County 416 20th Rd**
**Gladstone, MI 49837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275.63 |
|---|---|---|---|

**Teri Huben**
**1061 Harwood Avenue**
**A3**
**Green Bay, WI 54313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |
|---|---|---|---|

**Teri Murray**
**1011 Florida Ave**
**Sheboygan, WI 53081**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $429.45 |
|---|---|---|---|

**Teron Piontek**
**232 N. Main ST**
**Kimberly, WI 54136**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$717.69** |
| **Terrell Harris** | ☐ Contingent | |
| **No Address - purchased tickets via PayPa** | ☑ Unliquidated | |
| Date(s) debt was incurred **2019-2020** | ☐ Disputed | |
| Last 4 digits of account number **_** | Basis for the claim: **Pre-Paid Tickets** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.895 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$544.95** |
| **TERRI ANDERSON** | ☐ Contingent | |
| **1114 Buchanan St** | ☑ Unliquidated | |
| **Little Chute, WI 54140** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.895 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$842.07** |
| **Terri D'Amato** | ☐ Contingent | |
| **1452 Quarry Road** | ☐ Unliquidated | |
| **Kirkland, IL 60146** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.896 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$354.90** |
| **Terri Dethlefs Russell** | ☐ Contingent | |
| **814 Stone Creek Cir** | ☐ Unliquidated | |
| **Genoa, IL 60135** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.896 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$895.13** |
| **Terri Kamps** | ☐ Contingent | |
| **313 1/2 N. Bennett St** | ☑ Unliquidated | |
| **Upper** | ☐ Disputed | |
| **Appleton, WI 54914** | | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.896 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.63** |
| **Terri Klapperich** | ☐ Contingent | |
| **W669 Hickory Road** | ☑ Unliquidated | |
| **Saint Cloud, WI 53079** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.896 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.19** |
| **Terri Perkins** | ☐ Contingent | |
| **227 Edgewater Drive** | ☑ Unliquidated | |
| **Menasha, WI 54952** | ☐ Disputed | |
| Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| Last 4 digits of account number **_** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.896 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.23 |
|---|---|---|---|

**Terri Redding**
3661 Brookston Road
PO Box 85
Cloquet, MN 55720

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Terri Small**
157 Sheboygan St
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**TERRY BUTZ**
415 Pearl Lane
U103
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Terry Rentmeester**
615 Dauphin St
Green Bay, WI 54301

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.90 |
|---|---|---|---|

**Terry Stephens**
3607 Hickory Hill Rd
Somerset, KY 42503

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.25 |
|---|---|---|---|

**TERRY STRICKLAND**
808 13th St
Mosinee, WI 54455

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Terry Wetzel**
4022 Broadway st
Manitowoc, WI 54220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim: __Pre-Paid Tickets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $890.38 |

**Terry Witt**
10205 Edgerton Ave NE
Rockford, MI 49341

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.897 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.38 |

**Tesa Bauer**
1011 Park St
Green Bay, WI 54303

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.897 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $913.50 |

**Tess or Josh Mason Montcrieff**
2244 Gentry Drive
#1
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.897 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.68 |

**Tessa Birkholz**
606 20th St. NW
East Grand Forks, MN 56721

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.897 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Tessa Bloss**
421 E Conant st
Apt #4
Portage, WI 53901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.897 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $302.38 |

**Tessyanna Laborde**
807 grand ave
Little Chute, WI 54140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.897 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |

**Thalai Frasier**
11708 HWY 55
Minneapolis, MN 55441

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

Official Form 206 E/F
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1283 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1283 of 1376

| | | |
|---|---|---|
| **3.8978** | | |

**Nonpriority creditor's name and mailing address**
**Theodore Malkowski**
n1613 linda lou dr
Greenville, WI 54942

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$961.76**

---

| | | |
|---|---|---|
| **3.8979** | | |

**Nonpriority creditor's name and mailing address**
**Theresa Bloch**
N2569 Hutchison Rd
New London, WI 54961

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$543.91**

---

| | | |
|---|---|---|
| **3.8980** | | |

**Nonpriority creditor's name and mailing address**
**Theresa Coenen**
4524 N. Marshall Hts. Ave
Appleton, WI 54913

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$77.69**

---

| | | |
|---|---|---|
| **3.8981** | | |

**Nonpriority creditor's name and mailing address**
**Theresa Conrad**
N2224 HWY T
New Holstein, WI 53061

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| | | |
|---|---|---|
| **3.8982** | | |

**Nonpriority creditor's name and mailing address**
**Theresa Mayer**
N2598 State Rd 47
Appleton, WI 54913

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$565.90**

---

| | | |
|---|---|---|
| **3.8983** | | |

**Nonpriority creditor's name and mailing address**
**Theresa McDermott**
278 Woodward St
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$67.19**

---

| | | |
|---|---|---|
| **3.8984** | | |

**Nonpriority creditor's name and mailing address**
**Theresa Payne**
1204 WILSON Street
Onalaska, WI 54650

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

**$272.96**

---

---

**3.898 5**

**Nonpriority creditor's name and mailing address**

**Theresa Resop**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

**3.898 6**

**Nonpriority creditor's name and mailing address**

**Theresa Stai**
**520 Sweetbriar Lane**
**Watertown, WI 53098**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

**3.898 7**

**Nonpriority creditor's name and mailing address**

**Theresa Taylor**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$354.90

---

**3.898 8**

**Nonpriority creditor's name and mailing address**

**THOMAS & BRENDA VANDEN BUSH**
**N2379 GREEN VALLEY RD**
**Pulaski, WI 54162**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$1,036.88

---

**3.898 9**

**Nonpriority creditor's name and mailing address**

**Thomas Albright**
**1231 s 120 st**
**Milwaukee, WI 53214**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

**3.899 0**

**Nonpriority creditor's name and mailing address**

**Thomas Aulwes**
**2740 Washington Ave**
**Apt C**
**Plover, WI 54467**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$479.85

---

**3.899 1**

**Nonpriority creditor's name and mailing address**

**Thomas Behn**
**931 Lincoln Dr. E**
**West Bend, WI 53095**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$479.85

---

| | |
|---|---|
| 3.899<br>2 | **$1,165.50** |

**Nonpriority creditor's name and mailing address**
**Thomas Dougherty**
**1030 W GRANT ST**
**Appleton, WI 54914**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.899<br>3 | **$1,278.90** |

**Nonpriority creditor's name and mailing address**
**Thomas Dougherty**
**1030 W Grant st**
**appleton, Wi 54914**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.899<br>4 | **$1,211.18** |

**Nonpriority creditor's name and mailing address**
**Thomas Ellner**
**518 pine st.**
**Sheboygan Falls, WI 53085**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.899<br>5 | **$288.23** |

**Nonpriority creditor's name and mailing address**
**Thomas Finendale**
**108 SUNSHINE CT**
**A**
**Bonduel, WI 54107**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.899<br>6 | **$177.45** |

**Nonpriority creditor's name and mailing address**
**Thomas Fitzpatrick**
**330 Pine St**
**Republic, MI 49879**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.899<br>7 | **$197.38** |

**Nonpriority creditor's name and mailing address**
**Thomas Fuller**
**1768 River Mill Rd**
**Oshkosh, WI 54901**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.899<br>8 | **$1,043.18** |

**Nonpriority creditor's name and mailing address**
**Thomas Greis**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**THOMAS HARENBURG**
6360 E DECORAH AVE
Oshkosh, WI 54902

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9000 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Thomas Herson**
958 Channel Tunnel Court
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9001 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Thomas Hittman Jr**
923 OTTER AVE
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9002 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Thomas Jensen**
972 London St
Menasha, WI 54952

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9003 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Thomas Jeppeson**
3410 wilderness trail
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9004 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Thomas Leduc**
54 115TH AVE NE
Minneapolis, MN 55434

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9005 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.38 |
|---|---|---|---|

**Thomas Lindsey**
N2676 County Road V
Lodi, WI 53555

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.57 |
|---|---|---|---|

**Thomas Maes**
3931 ontonagon ln
Green Bay, WI 54301

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,606.50 |
|---|---|---|---|

**Thomas McConnell**
2800 Montclair Place
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,486.00 |
|---|---|---|---|

**Thomas Moore**
5575 CTY RD N
Pickett, WI 54964

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.900 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,331.00 |
|---|---|---|---|

**Thomas Moore**
5575 CTY RD N
Pickett, WI 54964

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.68 |
|---|---|---|---|

**Thomas Philipsen**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.901 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.45 |
|---|---|---|---|

**Thomas Schumacher**
1830 OAKDALE DR
Waukesha, WI 53189

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $586.95 |
|---|---|---|---|

**thomas simonsen**
n168w20702 main st
Jackson, WI 53037

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 3 | | | $828.45 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Smith**
**513 Sangamon Ln**
**Dixon, IL 61021**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.901 4 | | | $441.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Souza**
**15 Blackburn st**
**Pawtucket, RI 02861**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.901 5 | | | $303.45 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Taff**
**662 Division St.**
**Quinnesec, MI 49876**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.901 6 | | | $677.25 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**THOMAS VANDEVYVER**
**421 E 2ND ST**
**Kimberly, WI 54136**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.901 7 | | | $923.91 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Wendtland**
**17565 Country Ln**
**Brookfield, WI 53045**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.901 8 | | | $261.45 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Whiteman**
**1218 Ohio St**
**Oshkosh, WI 54902**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.901 9 | | | $803.25 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**thomas williams**
**1335 e south river st**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.902 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Thomas Yates**
**No Address - purchased tickets via PayPal**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $829.50 |
|---|---|---|---|

**Thomas Zoeller**
**115 S Broadway**
**De Pere, WI 54115**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $997.50 |
|---|---|---|---|

**Thomas Zoeller**
**115 S Broadway**
**De Pere, WI 54115**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.902 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Thomasina Faulkes**
**1440 Karen Court**
**New London, WI 54961**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.902 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Thy Wallendal**
**107 Barwig ave**
**Mayville, WI 53050**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.19 |
|---|---|---|---|

**Thyra Hinkens**
**W6294 Midway Rd.**
**Hortonville, WI 54944**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Tia Richards**
**3316 Wiggins Way**
**Green Bay, WI 54311**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9027 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Tiaira Tedder**
33064 E Bertrand St
Niles, MI 49120

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9028 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $774.84 |
|---|---|---|---|

**Tiana Hanson**
5845 w riverside dr
Hurley, WI 54534

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9029 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Tiana Williams**
723 Fredrick ct.
Apt 9
Green Bay, WI 54313

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9030 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**Tieranny Noel**
1235 Timothy Trl
Oshkosh, WI 54904

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9031 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $541.76 |
|---|---|---|---|

**Tierney Dickman**
W1222 Arbor Lake E
Lyndon Station, WI 53944

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9032 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.08 |
|---|---|---|---|

**Tierra Brezsko**
N2545 Deer Path Dr
Marinette, WI 54143

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9033 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,493.63 |
|---|---|---|---|

**Tiffani King**
2177 Esker Rd
Hatley, WI 54440

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,556.10 |
|---|---|---|---|

**Tiffanie Beaudoin**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.903 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Tiffanie Lamb**
**8357 N Territorial Rd**
**Evansville, WI 53536**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.903 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Tiffany Berry**
**1132 W. 7TH AVE**
**Oshkosh, WI 54902**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.903 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Tiffany Dufeck**
**11074 Brazeau Town Hall Ln**
**Pound, WI 54161**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.903 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**Tiffany Dulock**
**34111 Blackfoot**
**Westland, MI 48185**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.903 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Tiffany Gniot**
**1321 Canterbury**
**Green Bay, WI 54304**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.904 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Tiffany Gribbins**
**212 E Lincoln St**
**Edinburg, IL 62531**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.904<br>1 | Nonpriority creditor's name and mailing address<br>**Tiffany Hendrickson**<br>**1105 ECHO LN**<br>**Green Bay, WI 54304**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$359.63** |
|---|---|---|---|

| 3.904<br>2 | Nonpriority creditor's name and mailing address<br>**Tiffany Jacobsen**<br>**412 Red Coat Ct**<br>**Waterford, WI 53185**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$828.45** |
|---|---|---|---|

| 3.904<br>3 | Nonpriority creditor's name and mailing address<br>**Tiffany Koehn**<br>**148 School Street**<br>**Chilton, WI 53014**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$553.88** |
|---|---|---|---|

| 3.904<br>4 | Nonpriority creditor's name and mailing address<br>**Tiffany Krofft**<br>**19 Malpass Rd**<br>**Albany, NY 12203**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$479.85** |
|---|---|---|---|

| 3.904<br>5 | Nonpriority creditor's name and mailing address<br>**Tiffany Menning**<br>**No Address - purchased tickets via PayPa**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$553.88** |
|---|---|---|---|

| 3.904<br>6 | Nonpriority creditor's name and mailing address<br>**Tiffany Meunier**<br>**1214 Meadow Ln**<br>**Neenah, WI 54956**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,071.00** |
|---|---|---|---|

| 3.904<br>7 | Nonpriority creditor's name and mailing address<br>**Tiffany Terrell**<br>**7703 14th Avenue**<br>**Kenosha, WI 53143**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$114.44** |
|---|---|---|---|

| 3.9048 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $362.20 |
|---|---|---|---|

**Tiffany Verbeten**
501 S HUBBARD ST
Horicon, WI 53032

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9049 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.45 |
|---|---|---|---|

**Tiffany Zahn**
539 Lamers Road
Kimberly, WI 54136

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9050 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.13 |
|---|---|---|---|

**Tim Atherton**
610 Oregon
Oshkosh, WI 54902

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9051 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.85 |
|---|---|---|---|

**Tim Barth**
1129 Patio Drive
Cheyenne, WY 82009

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9052 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.20 |
|---|---|---|---|

**Tim Becker**
1227 Main Street
Eau Claire, WI 54701

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9053 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.19 |
|---|---|---|---|

**Tim Cary**
623 11th St SE
Rochester, MN 55904

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9054 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
|---|---|---|---|

**Tim Cunningham**
1124 Georgia Ave
Sheboygan, WI 53081

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.905 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153.30 |
|---|---|---|---|

**Tim Deviley**
4229 milltown road
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Tim Doyle**
2600 E Fenway Dr
Oak Creek, WI 53154

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,606.50 |
|---|---|---|---|

**TIM GRABER**
E 9545 MANSKE RD
New London, WI 54961

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.88 |
|---|---|---|---|

**Tim Guseck**
920 s. Spring st.
Beaver Dam, WI 53916

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.63 |
|---|---|---|---|

**Tim Honhorst**
W172N11414 Division Rd.
Apt. H
Germantown, WI 53022

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Tim Horrigan**
1001 Second Line W
36
Sault Ste. Marie  ON  P6C 6G9

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,556.10 |
|---|---|---|---|

**Tim Karpf**
W7652 Hillwood Ct
Hortonville, WI 54944

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,896.83 |
|---|---|---|---|

**Tim klitzke**
211 Commercial St
PO Box 84
Arlington, WI 53911

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Tim Kolb**
801 Windover Court
Green Bay, WI 54313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.83 |
|---|---|---|---|

**Tim Komorowski**
1630 Delaware St
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.45 |
|---|---|---|---|

**Tim La Count**
N9091 county road Y
Seymour, WI 54165

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,539.30 |
|---|---|---|---|

**Tim Livermore**
432 N Franklin St
Sheboygan, WI 53081

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504.51 |
|---|---|---|---|

**Tim Mancl**
W8432 Nakoma Ave.
Wautoma, WI 54982

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.63 |
|---|---|---|---|

**TIM MERTZ**
250 DOTY AVE
APT #2
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9069 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Tim Milligan**
2315 Chestnut Street
West Bend, WI 53095

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9070 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.96 |
|---|---|---|---|

**Tim Murphy**
W3799 US Hwy 45
Eden, WI 53019

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9071 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,556.10 |
|---|---|---|---|

**Tim Riemer**
11928 zastrow road
Cecil, WI 54111

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9072 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.88 |
|---|---|---|---|

**Tim Speich**
2005 Myra ave.
Janesville, WI 53548

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9073 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.73 |
|---|---|---|---|

**Tim Tucker Ii**
8526 Lee Street
Crown Point, IN 46307

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9074 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.73 |
|---|---|---|---|

**Tim Winchell**
P.o. box 422
Markesan, WI 53946

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9075 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Timmothy Ballinger**
1684 W Madison St
Iron River, MI 49935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.50 |
|---|---|---|---|

**Timmy Fisher**
744 bodewadomi circle
Kewaskum, WI 53040

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Timothy Charbarneau**
W2033 Heineman Rd
Merrill, WI 54452

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Timothy Guest**
5166 Oakview Dr
Swartz Creek, MI 48473

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Timothy Hogan**
W3202 Archer CT
Pine River, WI 54965

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Timothy Kent**
N9224 Mengel Hill Rd
Fond Du Lac, WI 54937

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.25 |
|---|---|---|---|

**timothy lemke**
1413 center st
Hartford, WI 53027

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**Timothy Monts**
400 Seale Ln
Pontotoc, MS 38863

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1298 of 1376

| 3.908 3 | | | $288.23 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Pahnke**
**6520 cth J**
**Reedsville, WI 54230**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 4 | | | $677.25 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TIMOTHY PATTERSON**
**721 GROVE ST**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 5 | | | $968.63 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Petri**
**1811 19TH ST**
**Two Rivers, WI 54241**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.908 6 | | | $275.63 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TIMOTHY RODGERS**
**149 B North State St.**
**Berlin, WI 54923**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 7 | | | $677.25 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TIMOTHY THOMPSON**
**620 OAKWOOD ST**
**Wild Rose, WI 54984**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 8 | | | $1,483.13 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Waupoose**
**W639 Red Wing Way**
**Keshena, WI 54135**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 9 | | | $204.23 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Wozniczka**
**1720 Parkwood Drive**
**Oshkosh, WI 54904**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**timothy wusthoff**
PO Box 354
Elkhart Lake, WI 53020

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.07 |
|---|---|---|---|

**Tina Domask**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,173.38 |
|---|---|---|---|

**Tina Dumbleton**
1061 HONEYSUCKLE LN
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,334.54 |
|---|---|---|---|

**Tina Iverson**
1732 Charles Dr
Luxemburg, WI 54217

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,441.13 |
|---|---|---|---|

**TINA KARLS**
35 E Chicago St
Kiel, WI 53042

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.23 |
|---|---|---|---|

**Tina Keen**
518 North State Street
Appleton, WI 54911

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.19 |
|---|---|---|---|

**Tina Kratz**
1846 whitewater drive
Manitowoc, WI 54220

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.909 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |
|---|---|---|---|

**Tina Kruse**
844 Appleton St
Menasha, WI 54952

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.909 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.00 |
|---|---|---|---|

**tina lupton**
4361 Soda Creek Road
Apt 9
Oshkosh, WI 54901

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.909 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.98 |
|---|---|---|---|

**Tina Mack**
8757 Hwy 32
Suring, WI 54174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.910 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $548.07 |
|---|---|---|---|

**Tina Schroeder**
6428 Paynes Point Rd
Neenah, WI 54956

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.910 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Tina Smith**
395 N Cedar St
Waterman, IL 60556

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.910 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Tina Soda**
W684 Riverdale Drive
Berlin, WI 54923

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.910 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.65 |
|---|---|---|---|

**Tina Tollefson Carpenter**
N6376 Hillcrest Road
Pardeeville, WI 53954

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.910 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Tina Virgo**
703 10th street
Menominee, MI 49858

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.910 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Tisha Indermuehle**
307 Roedl Ct.
Beaver Dam, WI 53916

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.910 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Tisha Indermuehle**
307 Roedl Ct.
Beaver Dam, WI 53916

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.910 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,606.50 |
|---|---|---|---|

**TJ Larson**
W6620 Cedar Dr
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.910 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,493.63 |
|---|---|---|---|

**toby kissinger**
1940 TUMBLEWEED
West Bend, WI 53095

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.910 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,020.57 |
|---|---|---|---|

**Todd Christensen**
1309 harmony dr
Racine, WI 53402

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.911 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.96 |
|---|---|---|---|

**Todd Cina**
665 Cledel St
Oregon, WI 53575

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.911 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Todd Diedrich**
N7424 Niagara Lane
Fond Du Lac, WI 54937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Todd Garling**
613 S. ST. Augustine St.
Pulaski, WI 54162

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Todd Garrigan**
907 Raton Court
Manitowoc, WI 54220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Todd Malewski**
810 9th Street
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.07 |
|---|---|---|---|

**Todd Mccormick**
364 Minde Ct
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.38 |
|---|---|---|---|

**TODD MEYER**
4070 E ELM RD
Oak Creek, WI 53154

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $921.38 |
|---|---|---|---|

**Todd Natzke**
325 FILLMORE ST
Fredonia, WI 53021

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.15 |
|---|---|---|---|

**Todd Nechkash**
**103 Collins Street**
**Ridgeway, WI 53582**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.911 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.90 |
|---|---|---|---|

**Todd Olski**
**2545 Teakwood Street**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.912 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**Todd Rabas**
**W5624 Margaret Dr**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.912 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.14 |
|---|---|---|---|

**Todd Rufenacht**
**125 N. Park St**
**Belleville, WI 53508**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.912 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.50 |
|---|---|---|---|

**Todd Schaefer**
**W4334 Birch Rd**
**Fond Du Lac, WI 54937**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.912 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.07 |
|---|---|---|---|

**Todd Schreier**
**10181 S Barrington Dr**
**Oak Creek, WI 53154**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.912 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.63 |
|---|---|---|---|

**TODD SCHWEBS**
**1623 LORAIN CT**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.912 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $842.07 |
|---|---|---|---|

**Todd Simpson jr**
**1905 13th street**
**Menominee, MI 49858**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167.47 |
|---|---|---|---|

**Todd Simpson jr**
**1905 13th street**
**Menominee, MI 49858**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,887.38 |
|---|---|---|---|

**Todd Smith**
**303 N Houghton Ave**
**Manistique, MI 49854**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.68 |
|---|---|---|---|

**Todd Soucy**
**129 w sunset**
**Appleton, WI 54911**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.23 |
|---|---|---|---|

**Todd Vander Velden**
**1710 S Irma St**
**Appleton, WI 54915**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.63 |
|---|---|---|---|

**Tom Becker**
**1429 1/2 Elm St**
**Green Bay, WI 54302**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |
|---|---|---|---|

**Tom Brunette**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred _2019-2020_

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _Pre-Paid Tickets_

Is the claim subject to offset? ■ No ☐ Yes

| 3.913 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.88 |
|---|---|---|---|

**Tom Buchholz**
1605 Orchard Lane
Little Chute, WI 54140

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,564.50 |
|---|---|---|---|

**Tom Burmeister**
1768 N. Warren Ave.
Milwaukee, WI 53202

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**TOM DEVOE**
410 E LINCOLN AVE
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.70 |
|---|---|---|---|

**Tom Ferrin**
611 N Pinecrest Rd
Bolingbrook, IL 60440

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Tom Golden**
N1830 VANCOPS DRIVE
Kaukauna, WI 54130

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $680.39 |
|---|---|---|---|

**Tom Haupenthal**
S70w19412 Wentland Drive
Muskego, WI 53150

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,331.00 |
|---|---|---|---|

**Tom Jaeger**
660 Ease US HWY 6
Westville, IN 46391

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**TOM JONES**
5732 GLENDALE AVE
Green Bay, WI 54313

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $527.10 |
|---|---|---|---|

**Tom Mclain**
314 20th ave sw
Rochester, MN 55902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.63 |
|---|---|---|---|

**Tom Prey**
1129 MCDONALD ST
Oconto, WI 54153

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Tom Robitaille**
501 E F St
Iron Mountain, MI 49801

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.18 |
|---|---|---|---|

**Tom Thorvaldson**
2586 Chesapeake Dr.
Madison, WI 53719

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,089.38 |
|---|---|---|---|

**TOM WILLIAMS**
618 E SYLVAN AVE
Appleton, WI 54915

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Tommie Preslaski**
6421 Kawula Ln
Sobieski, WI 54271

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.914 6 | Nonpriority creditor's name and mailing address | | $271.96 |
|---|---|---|---|

**Tommy Gradeless**
4250 w 150 s
Angola, IN 46703

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.914 7 | Nonpriority creditor's name and mailing address | | $271.95 |
|---|---|---|---|

**Tommy Guffey**
2607 E Jackson
Muncie, IN 47303

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.914 8 | Nonpriority creditor's name and mailing address | | $1,211.18 |
|---|---|---|---|

**Tommy Hoffman**
601 East Park Ave
Des Moines, IA 50315

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.914 9 | Nonpriority creditor's name and mailing address | | $177.45 |
|---|---|---|---|

**Toni Dotson**
1588 Eufola Rd
Statesville, NC 28677

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.915 0 | Nonpriority creditor's name and mailing address | | $141.23 |
|---|---|---|---|

**Toni Grawvunder**
524 Wisconsin St
Waupaca, WI 54981

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.915 1 | Nonpriority creditor's name and mailing address | | $155.38 |
|---|---|---|---|

**Toni Greene**
No Address - purchased tickets via PayPa

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.915 2 | Nonpriority creditor's name and mailing address | | $155.38 |
|---|---|---|---|

**Toni Hundertmark**
W4855 Branch Rd
Fond Du Lac, WI 54937

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1308 of 1376
Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1308 of 1376

| 3.915 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.25 |
|---|---|---|---|

**Toni Pena**
144 E Huron St
Omro, WI 54963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $418.95 |
|---|---|---|---|

**Toni Tanner**
915 S Webster Ave
Omro, WI 54963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.18 |
|---|---|---|---|

**Toni West**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.915 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.50 |
|---|---|---|---|

**Tonja Hansen**
N2320 Sky View Ln
Waupaca, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Tony Burdosh**
4810 Stella ct
Apt 28
Oneida, WI 54155

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Tony Christensen**
405 S. Division St.
Waupaca, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,968.75 |
|---|---|---|---|

**Tony Combs**
1825 S Washburn St
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.916 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,915.73 |
|---|---|---|---|

**Tony Davis**
2127 packerland ave
Green Bay, WI 54304

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Tony Hying**
909 Lincoln Green Court
Deforest, WI 53532

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Tony Krueger**
212 s. john st.
Neenah, WI 54956

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Tony Parlato**
5015 CR 550
Marquette, MI 49855

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $964.43 |
|---|---|---|---|

**TONY PUPP**
N8664 BLOY LN
Brillion, WI 54110

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Tony Rodriguez**
321 Crystal Dr.
Hartland, WI 53029

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.57 |
|---|---|---|---|

**Tony Snyder**
63 Center Street
Fond Du Lac, WI 54937

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Tony Snyder**
**63 Center Street**
**Fond Du Lac, WI 54937**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

**Tony Thede**
**W2449 Greenspire Way**
**Appleton, WI 54915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.18 |
|---|---|---|---|

**Tony Van Lannen**
**499 Tyrolian Dr**
**Green Bay, WI 54302**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.63 |
|---|---|---|---|

**tony VILLANOVA**
**3610 w 115th place**
**Chicago, IL 60655**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.96 |
|---|---|---|---|

**Tonya Christoph**
**1633 Meadows Lane**
**Luxemburg, WI 54217**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Tonya Forrest**
**215 Jefferson St.**
**Tomah, WI 54660**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.88 |
|---|---|---|---|

**Tonya Konop**
**4780 Stevens Drive**
**Hubertus, WI 53033**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Torah Morgan**
**2720 Edgewood Drive**
**Rockford, IL 61114**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.23 |
|---|---|---|---|

**Torey Smith**
**782 strawberry Lane**
**Muskegon, MI 49442**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.38 |
|---|---|---|---|

**Tori Finn**
**W2819 US Hwy2**
**Vulcan, MI 49892**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Tori Hipke**
**612 3rd St**
**Oconto, WI 54153**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Tori Phillips**
**336 Oakmont Street**
**Oregon, WI 53575**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Tori Van Ess**
**1446 W Washington Ave**
**Cleveland, WI 53015**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Tori Weber**
**1377 Spring Street**
**Sobieski, WI 54171**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $451.45 |
|---|---|---|---|

**Torie Collins**
313 w crossing meadows lane
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Toris Welsch**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Torre Beza**
123 West Huron St
Apt C
Berlin, WI 54923

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.45 |
|---|---|---|---|

**Torrie Frahm**
1355 North Arthur Burch Drive
lot h1
Bourbonnais, IL 60914

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,659.38 |
|---|---|---|---|

**TORY RIEBE**
9079 GRAY LAKE RD
Gillett, WI 54124

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Toys for Trucks**
2326 S. Washburn St.
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Basis for the claim:  Sponsorship 2020

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Tra Jordan**
408 Elmore St.
Green Bay, WI 54303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  Pre-Paid Tickets

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 8 | Nonpriority creditor's name and mailing address | | $233.07 |
|---|---|---|---|

**Trace Anderson**
**714 N Hawthorne Drive**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 9 | Nonpriority creditor's name and mailing address | | $272.96 |
|---|---|---|---|

**Tracey Larson**
**N64W14530 Poplar Dr**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 0 | Nonpriority creditor's name and mailing address | | $256.19 |
|---|---|---|---|

**TRACEY PUNZEL**
**116 Stonefield Circle**
**Mount Horeb, WI 53572**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 1 | Nonpriority creditor's name and mailing address | | $553.88 |
|---|---|---|---|

**Tracey Schulteis**
**926 Hillcrest St**
**West Bend, WI 53095**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 2 | Nonpriority creditor's name and mailing address | | $233.07 |
|---|---|---|---|

**Traci Meyer**
**N8944 Lakeshore Dr**
**Van Dyne, WI 54979**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 3 | Nonpriority creditor's name and mailing address | | $319.15 |
|---|---|---|---|

**Traci Schwalbach**
**3434 Rosenberry Ct**
**Appleton, WI 54913**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 4 | Nonpriority creditor's name and mailing address | | $176.38 |
|---|---|---|---|

**Traci Strachota**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Traci Westphal**
W10259 Allcan Rd
New London, WI 54961

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,665.83 |
|---|---|---|---|

**Tracie Lautenschlager**
1302 Elmwood Ave
Oshkosh, WI 54901

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Tracilyn Willer**
214 Nancy Ln
Pulaski, WI 54162

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Tracy Abrams**
523 Elm Street
PO Box 46
Beecher, IL 60401

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Tracy Alsteen**
2246 Center street
Green Bay, WI 54304

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Tracy Bandle**
1312 Lake Breeze Rd
Oshkosh, WI 54904

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.88 |
|---|---|---|---|

**Tracy Burdick**
W8306 Lone Elm Rd
Van Dyne, WI 54979

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 2 | **Nonpriority creditor's name and mailing address** **Tracy Cook** 6900 middle Rd. Apt1 Racine, WI 53402 | As of the petition filing date, the claim is: Check all that apply. | $402.68 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 3 | **Nonpriority creditor's name and mailing address** **Tracy Fitzgerald** 9630 Evergreen Ave Wisconsin Rapids, WI 54494 | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 4 | **Nonpriority creditor's name and mailing address** **Tracy Gauger** W6541 Austin Dr Appleton, WI 54915 | As of the petition filing date, the claim is: Check all that apply. | $1,468.43 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 5 | **Nonpriority creditor's name and mailing address** **Tracy Gilbertsen** 509 N Washington St Watertown, WI 53094 | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 6 | **Nonpriority creditor's name and mailing address** **Tracy Haack** 1908 Pats Place Cross Plains, WI 53528 | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 7 | **Nonpriority creditor's name and mailing address** **Tracy Holewinski** W1863 County S Pulaski, WI 54162 | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 8 | **Nonpriority creditor's name and mailing address** **Tracy KIEFERT** 1209 Bruss Street De Pere, WI 54115 | As of the petition filing date, the claim is: Check all that apply. | $286.13 |
|---|---|---|---|

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.9209 | **Nonpriority creditor's name and mailing address** | $233.07 |

**Tracy Kortbein**
1205 Bismarck Ave
Oshkosh, WI 54902

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.9210 | **Nonpriority creditor's name and mailing address** | $807.45 |

**Tracy Krause**
1219 Geele Ave
Sheboygan, WI 53083

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.9211 | **Nonpriority creditor's name and mailing address** | $392.18 |

**Tracy Marten**
173724 Gold Dust Rd
Ringle, WI 54471

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.9212 | **Nonpriority creditor's name and mailing address** | $151.73 |

**Tracy Maynard**
426 Washington Ave
Stevens Point, WI 54481

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.9213 | **Nonpriority creditor's name and mailing address** | $197.38 |

**Tracy Mccarty**
N3573 Red Oak Drive
Campbellsport, WI 53010

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.9214 | **Nonpriority creditor's name and mailing address** | $155.38 |

**Tracy Mikle**
2330 Parkside Drive
Oshkosh, WI 54901

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.9215 | **Nonpriority creditor's name and mailing address** | $2,178.76 |

**Tracy Mikulski**
908 E Northwood Dr
Appleton, WI 54911

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.921 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.15 |
|---|---|---|---|

**Tracy Miller**
610 Tori St
Omro, WI 54963

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Tracy Muskevitsch**
N2650 County Road W
New London, WI 54961

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.45 |
|---|---|---|---|

**Tracy Peterson**
431 1ST ST
Hartford, WI 53027

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Tracy Quinn**
1158 Loretta Ave
Menasha, WI 54952

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Tracy REYNOLDS**
1391 FAIRFAX ST
Oshkosh, WI 54904

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.67 |
|---|---|---|---|

**Tracy Sabel Stewart**
605 Mt Carmel St
Mount Calvary, WI 53057

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,289.30 |
|---|---|---|---|

**Tracy Schaub**
W 6011 cty rd f
Cascade, WI 53011

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,024.00 |
|---|---|---|---|

**Tracy Schierl**
**1801 E Robin Way Unit J**
**J**
**Appleton, WI 54915**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.08 |
|---|---|---|---|

**Tracy Schinker**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Tracy Schneider**
**N6561 Carrington Drive**
**Fond Du Lac, WI 54937**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,312.76 |
|---|---|---|---|

**Tracy Schultz**
**N1855 MANLEY RD**
**Hortonville, WI 54944**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.56 |
|---|---|---|---|

**Tracy Trimm**
**1191 N Walnut Ave**
**White Cloud, MI 49349**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,113.00 |
|---|---|---|---|

**Tracy Tschanz**
**4298 s US HWY 45**
**Oshkosh, WI 54902**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
|---|---|---|---|

**Tracy VanErem**
**1514 Grace St**
**De Pere, WI 54115**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.18 |

**Travis Aldermam**
6320 plover rd.
Wisconsin Rapids, WI 54494

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.70 |

**Travis Boulanger**
1162 hwy 32
Pulaski, WI 54162

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $591.68 |

**Travis Duchatschek**
4420 County Rd N
Oshkosh, WI 54904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.923 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |

**Travis Eberle**
1991 Williams St
Sturgis, SD 57785

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.38 |

**Travis Fox**
W1464 GREINER RD
KAUKAUNA, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |

**Travis Hietpas**
N1179 Fox River rd
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Travis Hollett**
2021 Deckner ave
103
Green Bay, WI 54302

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.923 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Travis Howard**
1407 n.linwood Ave
Appleton, WI 54914

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.26 |
|---|---|---|---|

**Travis Kluge**
714 S. Main Street
Poynette, WI 53955

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.66 |
|---|---|---|---|

**Travis Leiterman**
4920 church rd.
New Franken, WI 54229

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.924 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Travis Mannikko**
18294 us highway 41
Lanse, MI 49946

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408.45 |
|---|---|---|---|

**Travis Marten**
W1848 county road uu
Kaukauna, WI 54130

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.38 |
|---|---|---|---|

**Travis Olson**
1520 N Graceland.ave
Appleton, WI 54911

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.10 |
|---|---|---|---|

**Travis Pavek**
4147 South Highway 45
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Travis Schaefer**
307 Depot St
Kaukauna, WI 54130

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**TRAVIS SCHINDEL**
N2728 STUMPF RD
Waupun, WI 53963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.50 |
|---|---|---|---|

**TRAVIS SCHMIDT**
W1193 High Pointe Circle
#205
Rubicon, WI 53078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $774.38 |
|---|---|---|---|

**Travis Schmudlach**
322 E Fond Du Lac St
Ripon, WI 54971

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.63 |
|---|---|---|---|

**Travis Schmudlach**
322 E Fond Du Lac St
Ripon, WI 54971

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Travis Schroeder**
**No Address - purchased tickets via PayPa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.25 |
|---|---|---|---|

**TRAVIS STRITZEL**
436 West 14th Ave
Oshkosh, WI 54902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.925 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.33 |

**Travis Sullivan**
1542 Addie Parkway
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.925 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**Travis Vitense**
1108 Rock Ave
11
Waupun, WI 53963

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.925 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |

**Travis Wegner**
N5846 Elysium Court
Princeton, WI 54968

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.925 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.38 |

**Travis Weyenberg**
N352 Fieldside Ln.
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.925 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.63 |

**Travis Wiltzius**
1616 JANICE AVE
7
Green Bay, WI 54304

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.925 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |

**Trent Dougan**
1717 S Grand Ave
201
Ames, IA 50010

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.925 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.03 |

**Trent Rahmlow**
3307 Clay Rd
Mishicot, WI 54228

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.9258 | **Nonpriority creditor's name and mailing address** |

**Trent Snare**
1284 Dakota Dr
Box Elder, SD 57719

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$151.73

---

| | |
|---|---|
| 3.9259 | **Nonpriority creditor's name and mailing address** |

**Trent Versluis**
1749 golf course Blvd lot 68
Independence, IA 50644

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$319.73

---

| | |
|---|---|
| 3.9260 | **Nonpriority creditor's name and mailing address** |

**Tressa Eckhoff**
631 Wilson St.
Sun Prairie, WI 53590

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

$218.38

---

| | |
|---|---|
| 3.9261 | **Nonpriority creditor's name and mailing address** |

**Trestarska Vele**
1660 S Huron Road
6
Green Bay, WI 54311

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$233.07

---

| | |
|---|---|
| 3.9262 | **Nonpriority creditor's name and mailing address** |

**Trevin Henker**
197 Brandon Street
Waupun, WI 53963

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

| | |
|---|---|
| 3.9263 | **Nonpriority creditor's name and mailing address** |

**Trevor Anderson**
2534 Landler Street
Green Bay, WI 54313

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$109.19

---

| | |
|---|---|
| 3.9264 | **Nonpriority creditor's name and mailing address** |

**Trevor Balboa**
N1741 Chesapeake Ct
Greenville, WI 54942

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$67.19

---

Official Form 206 E/F

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 1324 of 1376

Best Case Bankruptcy

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1324 of 1376

| 3.926 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Trevor Bastian**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.19 |
|---|---|---|---|

**Trevor Bujold**
**825 s Olson ave**
**G**
**Appleton, WI 54914**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.45 |
|---|---|---|---|

**Trevor Coleman**
**N8635 Winding Trail Dr**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $424.15 |
|---|---|---|---|

**Trevor Fenton**
**22 county road mo**
**Negaunee, MI 49866**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Trevor Hammen**
**571 cornrow court**
**Combined Locks, WI 54113**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.45 |
|---|---|---|---|

**Trevor Hansen**
**41 HOWSE MOUNT NE**
**Calgary  AB  T3K 5L8**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |
|---|---|---|---|

**Trevor Herman**
**764 East River Drive**
**De Pere, WI 54115**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $556.50 |
|---|---|---|---|

**Trevor Hermus**
527 Jeffrey St
Combined Locks, WI 54113

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Trevor Immel**
w3019 hwy h
Eden, WI 53019

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.96 |
|---|---|---|---|

**Trevor Jandrey**
410 Kennedy Dr
Brillion, WI 54110

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Trevor Jungwirth**
1011 Gregory St.
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.19 |
|---|---|---|---|

**Trevor Kluck**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Trevor Letourneau**
W5099 Valley Creek Rd
Fond du Lac, Wi 55937

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.69 |
|---|---|---|---|

**Trevor Marquardt**
2784 Fairview rd
Neenah, WI 54956

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,667.40 |
|---|---|---|---|

**Trevor McCarthy**
N3460 CORTLAND LN
Antigo, WI 54409

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.19 |
|---|---|---|---|

**Trevor Mulder**
W4738 Deer Run Dr
Black Creek, WI 54106

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.08 |
|---|---|---|---|

**Trevor Peterson**
N168 w21700 main st.
Lot 134
Jackson, WI 53037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Trevor Peterson**
W4090 Redtail Court
Malone, WI 53049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**Trevor Prusinski**
4120 E Appleseed Dr
Appleton, WI 54913

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Trevor Wilke**
222 E 3rd st
Fond Du Lac, WI 54935

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**Trevor Wittmann**
N88W24152 n Lisbon rd
Sussex, WI 53089

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Trey Van Handel**
2665 Larsen rd
Neenah, WI 54956

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.85 |
|---|---|---|---|

**tricia compton**
6494 main street
Abrams, WI 54101

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.71 |
|---|---|---|---|

**Tricia DeLorme**
1017 15th Street
Menominee, MI 49858

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
|---|---|---|---|

**Tricia Gross**
No Address - purchased tickets via PayPa

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,352.00 |
|---|---|---|---|

**Tricia Hendley**
715 North Ottawa ave
Dixon, IL 61021

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |
|---|---|---|---|

**Tricia Manogue**
353A S Fair St
Wautoma, WI 54982

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.85 |
|---|---|---|---|

**Tricia Skruch**
1411 Berlin St
Waupaca, WI 54981

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 3 | Nonpriority creditor's name and mailing address **Tricia Van Handel** 640 7th St Menasha, WI 54952 | $392.18 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 4 | Nonpriority creditor's name and mailing address **Tricia Vorpahl** 1114 Jordan Rd De Pere, WI 54115 | $119.69 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 5 | Nonpriority creditor's name and mailing address **Tricia Weisnicht** 565 N. Lockin St. Brandon, WI 53919 | $98.69 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 6 | Nonpriority creditor's name and mailing address **Trina Kerscher** No Address - purchased tickets via PayPa | $239.38 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 7 | Nonpriority creditor's name and mailing address **Trinity Brede** N1263 Two Creek Rd Bonduel, WI 54107 | $197.38 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 8 | Nonpriority creditor's name and mailing address **Trinity Mueller** 65 Maria Lane Fond Du Lac, WI 54935 | $109.19 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 9 | Nonpriority creditor's name and mailing address **Trinity Roehl** 615 Hall Street Ripon, WI 54971 | $155.38 |

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.930 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Trinity Rucker**
359 county road b
Platteville, WI 53818

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,682.63 |
|---|---|---|---|

**Trish Bloomquist**
250 Bloomquist Mountain Road
Grand Marais, MN 55604

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Trisha Feldkamp**
7290 Blake Road
Greenleaf, WI 54126

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Trisha Houfek**
509 a. Atlantic st
Appleton, WI 54911

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.50 |
|---|---|---|---|

**TRISHA MILLER**
2050 WALNUT ST
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.74 |
|---|---|---|---|

**Trisha Paiser**
No Address - purchased tickets via PayPa

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,016.15 |
|---|---|---|---|

**Trishala Paulick**
270 E Follett st
Fond Du Lac, WI 54935

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Trista Johnson**
1000 Meadowview dr
Menasha, WI 54952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**TRISTA KLUGE**
112 Center St
Fox Lake, WI 53933

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,032.68 |
|---|---|---|---|

**Tristan Crowder**
7076 Cardinal Road
Fair Oaks, CA 95628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Tristan Spears**
1270 St.clair ave.
Saint Paul, MN 55106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Triston Seaman**
N1470 Stone Bluff Lane
Greenville, WI 54942

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Troy Armstrong**
1514 doemel st
Oshkosh, WI 54901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.25 |
|---|---|---|---|

**Troy Blanchard**
125 Prairie Ct
Coleman, WI 54112

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
| --- | --- | --- | --- |

**Troy Brocker**
1413 Hoover ct
New Holstein, WI 53061

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.90 |
| --- | --- | --- | --- |

**Troy Dessert**
1788 west Dalmeny way
Riverton, UT 84065

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
| --- | --- | --- | --- |

**Troy Dilley**
10759 Hampton Road
Bloomington, WI 53804

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.96 |
| --- | --- | --- | --- |

**Troy Erhardt**
4319 Haven Avenue
Racine, WI 53405

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
| --- | --- | --- | --- |

**Troy Ferron**
N8481 Fir Rd
Beaver Dam, WI 53916

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $501.84 |
| --- | --- | --- | --- |

**Troy Fowler**
9053 COUNTY ROAD B
Oconto Falls, WI 54154

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.88 |
| --- | --- | --- | --- |

**Troy Inman**
712 Oconto PL
De Pere, WI 54115

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 1 | | | $151.73 |
|---------|---|---|---------|

**Nonpriority creditor's name and mailing address**

**Troy Janssen**
**2512 Kennedy rd**
**Janesville, WI 53545**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.932 2 | | | $500.85 |
|---------|---|---|---------|

**Nonpriority creditor's name and mailing address**

**Troy Michalski**
**12 Aztec Drive**
**North Adams, MA 01247**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.932 3 | | | $177.45 |
|---------|---|---|---------|

**Nonpriority creditor's name and mailing address**

**Troy Peritz**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.932 4 | | | $576.45 |
|---------|---|---|---------|

**Nonpriority creditor's name and mailing address**

**Troy Sikes**
**11003 Dianne Cv**
**Riverview, FL 33578**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.932 5 | | | $1,354.50 |
|---------|---|---|-----------|

**Nonpriority creditor's name and mailing address**

**TROY WEYLAND**
**512 JEANETTE ST**
**Combined Locks, WI 54113**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.932 6 | | | $155.38 |
|---------|---|---|---------|

**Nonpriority creditor's name and mailing address**

**Ty Cook**
**470 Evergreen Terrace**
**Kewaskum, WI 53040**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.932 7 | | | $261.45 |
|---------|---|---|---------|

**Nonpriority creditor's name and mailing address**

**Ty Dorner**
**4288 vans lane**
**Green Bay, WI 54311**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.932 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Ty Flannery**
5624 Corning Rd.
Crandon, WI 54520

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $723.44 |
|---|---|---|---|

**Ty Lindsley**
W3939 State Road 67
Campbellsport, WI 53010

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Ty Plagenz**
W1769 sandstone ave
Ripon, WI 54971

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621.08 |
|---|---|---|---|

**Tyler Adams**
478 Sarah Street
Birnamwood, WI 54414

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Tyler Anderson**
1520 Vernon st
Stoughton, WI 53589

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.25 |
|---|---|---|---|

**Tyler Anderson**
2121 South Broadway
Green Bay, WI 54304

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Tyler Arndt**
100 south Oregon avenue
Morris, MN 56267

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|
| | **Tyler Baldauf** | ☐ Contingent | |
| | 6110 32nd St S | ■ Unliquidated | |
| | Wisconsin Rapids, WI 54494 | ☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.933 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|
| | **Tyler Beschta** | ☐ Contingent | |
| | E8314 Seefeld RD | ■ Unliquidated | |
| | New London, WI 54961 | ☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.933 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.57 |
|---|---|---|---|
| | **Tyler Butzlaff** | ☐ Contingent | |
| | 8332 Highland Dr. | ☐ Unliquidated | |
| | Kewaskum, WI 53040 | ☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.933 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.19 |
|---|---|---|---|
| | **Tyler Carnes** | ☐ Contingent | |
| | 550 W Western Ave | ☐ Unliquidated | |
| | 409 | ☐ Disputed | |
| | Muskegon, MI 49440 | | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.933 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|
| | **Tyler Carty** | ☐ Contingent | |
| | 4110 bellevue place | ■ Unliquidated | |
| | Two Rivers, WI 54241 | ☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.934 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $628.18 |
|---|---|---|---|
| | **tyler corrier** | ☐ Contingent | |
| | 525 Demers Ave | ■ Unliquidated | |
| | 207 | ☐ Disputed | |
| | East Grand Forks, MN 56721 | | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.934 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|
| | **Tyler Cross** | ☐ Contingent | |
| | N3605 Dunning Rd | ■ Unliquidated | |
| | Poynette, WI 53955 | ☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim:  **Pre-Paid Tickets** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.934 2** | | $130.73 |

Nonpriority creditor's name and mailing address
**Tyler DeBauche**
**2557 Waukau Ave**
**6**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.934 3** | | $204.23 |

Nonpriority creditor's name and mailing address
**Tyler Devet**
**413 W South Park Ave**
**Oshkosh, WI 54902**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.934 4** | | $1,107.75 |

Nonpriority creditor's name and mailing address
**Tyler Ebben**
**781 E Division St**
**5**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.934 5** | | $468.83 |

Nonpriority creditor's name and mailing address
**Tyler Englebert**
**400 N Richmond st**
**Unit 208**
**Appleton, WI 54911**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.934 6** | | $949.20 |

Nonpriority creditor's name and mailing address
**Tyler Ermis**
**540 E Glenbrook Dr**
**Pulaski, WI 54162**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.934 7** | | $155.38 |

Nonpriority creditor's name and mailing address
**Tyler Fayta**
**1718 Kalahari Drive**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.934 8** | | $130.73 |

Nonpriority creditor's name and mailing address
**Tyler Geidel**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.934 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.13 |
|---|---|---|---|

**Tyler Geske**
824 manitowoc st
Menasha, WI 54952

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $711.90 |
|---|---|---|---|

**Tyler Glass**
726 thrush street
Green Bay, WI 54303

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.38 |
|---|---|---|---|

**Tyler Hampton**
854 School Place
Green Bay, WI 54303

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $898.72 |
|---|---|---|---|

**Tyler Hardwick**
4960 Karen 17.25 St
Escanaba, MI 49829

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.38 |
|---|---|---|---|

**Tyler Hetzel**
w616 st. rd. 23
Green Lake, WI 54941

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Tyler hoefler**
947 pleasantview ave
Little Chute, WI 54140

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |
|---|---|---|---|

**Tyler Hoffman**
3822 Bluebird Drive
Stevens Point, WI 54482

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9356 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Tyler Hoodie**
1739 Crown drive
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9357 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,097.31 |

**Tyler Howard**
324 W. Winneconne Ave
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9358 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $319.73 |

**Tyler Huss**
944 E Elm dr
apt 8
Little Chute, WI 54140

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9359 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |

**Tyler Kachel**
No Address - purchased tickets via PayPa

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9360 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.04 |

**Tyler Kelley**
2987 Brooks Rd.
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9361 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $439.95 |

**Tyler kellner**
36036 cr 18
Starbuck, MN 56381

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9362 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.45 |

**Tyler Koerth**
228 Baker Blvd
Atp 3
Beaver Dam, WI 53916

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $130.73 |
|---|---|---|---|

**Tyler Kohler**
1830 County rd ii
Apt #29
Neenah, WI 54956

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $429.45 |
|---|---|---|---|

**Tyler Kolb**
N2774 French rd
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $68.24 |
|---|---|---|---|

**Tyler Kroes**
3085 County Line Road
De Pere, WI 54115

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $177.45 |
|---|---|---|---|

**Tyler Lewis**
291 IL Route 2 Lot 747
Dixon, IL 61021

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $303.45 |
|---|---|---|---|

**Tyler Mccarthy**
728 Mulberry St W
Stillwater, MN 55082

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $319.73 |
|---|---|---|---|

**Tyler Neumann**
N67W24894 Stonegate Ct
204
Sussex, WI 53089

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $119.69 |
|---|---|---|---|

**Tyler Oelhafen**
W164N11536 CASTLE CT
Germantown, WI 53022

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Tyler Ollendorf**
**1915 Markham Street**
**Manitowoc, WI 54220**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Tyler Parizek**
**462 Scandinavian Ct**
**Denmark, WI 54208**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Tyler Patzner**
**204 5th Ave Se**
**Dover, MN 55929**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Tyler Peszko**
**5980 Carolines Way**
**Hartford, WI 53027**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**Tyler Peterson**
**213 Blemhuber Avenue**
**Marquette, MI 49855**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.46 |
|---|---|---|---|

**Tyler Peterson**
**7404 246th Ave**
**Salem, WI 53168**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.08 |
|---|---|---|---|

**Tyler Peterson**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-27367-gmh    Doc 5    Filed 11/10/20    Page 1340 of 1376

| 3.937 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.38 |

**Tyler Plunger**
**N17360**
**Hermansville, MI 49847**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |

**Tyler Racine-paavo**
**1530 Anthony street**
**10**
**Hancock, MI 49930**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.25 |

**Tyler Ramirez**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.938 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.90 |

**Tyler Regan**
**11 harness way**
**Chesterfield, NJ 08515**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.938 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $759.43 |

**Tyler Rodwancy**
**224 S. Vermont Ave.**
**Royal Oak, MI 48067**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.48 |

**Tyler Rydberg**
**555 North Bluemound Drive, 25**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.73 |

**Tyler Schmitz**
**14355 Sandy Drive**
**Becker, MN 55308**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.23 |

**Tyler Stipe**
**4770 South County T RD**
**Denmark, WI 54208**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.45 |

**Tyler Strenski**
**882 Lilac Road**
**Little Suamico, WI 54141**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Tyler Szews**
**1020 Ida St**
**Menasha, WI 54952**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.00 |

**Tyler Tesch**
**406 Washington Avenue**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.23 |

**Tyler Trader**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |

**Tyler Wells**
**7768 Lake Bluff 19.4 Rd.**
**Gladstone, MI 49837**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.38 |

**Tyler Welsch**
**4022 N. 51st Street**
**Sheboygan, WI 53083**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.69 |
|---|---|---|---|

**Tyler Wright**
W5988 Valley Ln
Appleton, WI 54915

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**Tyler Zahurones**
1043 Countryside Drive
De Pere, WI 54115

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Tyreece Spates**
N2202 Frazer corner road
Bonduel, WI 54107

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Ulee Vang**
137 king st
Neenah, WI 54956

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Ulna Etsitty**
W7118 County Road A
Medford, WI 54451

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,020.00 |
|---|---|---|---|

**US Cellular**
8410 W. Bryn Mawr
Chicago, IL 60631

Date(s) debt was incurred  __2020__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2020 Sponsorship__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
|---|---|---|---|

**V Alan Shatzer**
8902 Kuhn Rd
Greencastle, PA 17225

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**Val Ballweg**
**E6531 Giles Rd**
**Reedsburg, WI 53959**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Valeri Hauser**
**2967 Adobe dr**
**Fort Collins, CO 80525**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,435.35 |
|---|---|---|---|

**Valerie Needham**
**3309 15th Ave**
**South Milwaukee, WI 53172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Valerie Palodichuk**
**1068 Greenway Ct**
**West Bend, WI 53090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,062.08 |
|---|---|---|---|

**Valerie Ploeckelman**
**No Address - purchased tickets via PayPa**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.25 |
|---|---|---|---|

**Valerie Renee League**
**206 Antioch Church Rd**
**Carrollton, GA 30117**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.43 |
|---|---|---|---|

**Valerie Santana**
**PO BOX 142**
**Kimberly, WI 54136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.940 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Valerie Schmude**
246 N Bridge St
Manawa, WI 54949

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $789.57 |
|---|---|---|---|

**Valerie Schoolman**
1227 Enterprise Way
Eagle River, WI 54521

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Valerie Verhunce**
N9340 State Road 175
Theresa, WI 53091

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $884.07 |
|---|---|---|---|

**Valerie Viau**
8547 Co 509 Y RD
Rapid River, MI 49878

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,610.70 |
|---|---|---|---|

**Vallie Kaprelian**
2958 Sorenson drive
Green Bay, WI 54313

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Valonee Marohn**
22 E Custer Ave
Oshkosh, WI 54901

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
|---|---|---|---|

**Vanessa Forqurean**
661 Williams st
Wisconsin Rapids, WI 54494

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Vanessa Grimm**
224 South Bruns Ave
Plymouth, WI 53073

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.69 |
|---|---|---|---|

**Vanessa Klintworth**
1510 Witzel Ave
Apt 3
Oshkosh, WI 54902

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |
|---|---|---|---|

**Vanessa Lee**
803 borden rd
207
Boscobel, WI 53805

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.45 |
|---|---|---|---|

**Vanessa Pena**
2 Birchbrook
San Antonio, TX 78254

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $756.00 |
|---|---|---|---|

**Vanessa Rubenbauer**
258 South Main st
Lake Mills, WI 53551

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.96 |
|---|---|---|---|

**Vanessa Vanhandel**
N2206 Holland Rd
Appleton, WI 54913

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $544.95 |
|---|---|---|---|

**VERNA M KOLLER**
N6431 CTY H
Luxemburg, WI 54217

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Veronica Hupd**
211 E Cook St
New London, WI 54961

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.942 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**Veronica Laak**
W1764 Froelich Rd
Sullivan, WI 53178

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.942 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.70 |
|---|---|---|---|

**Veronica Yanke**
1114 Phoenix st
6
Delavan, WI 53115

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.942 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Veronico Escobar**
33625 N Forest Dr
Grayslake, IL 60030

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.942 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.96 |
|---|---|---|---|

**Veronique Madel**
1112 Mistletoe Ln
Winneconne, WI 54986

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.942 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**Vicki Georges**
9985 North Long Lake Road
Traverse City, MI 49685

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.942 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Vicki Gilbert**
1509 20th st
Two Rivers, WI 54241

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.942 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67.19 |
|---|---|---|---|

**Vicki Helein**
W5089 Fox Lane
Sherwood, WI 54169

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $270.38 |
|---|---|---|---|

**Vicki Jordan Vandermolen**
5375 State Rd 44
Oshkosh, WI 54904

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $155.38 |
|---|---|---|---|

**Vicki Krenz**
W7263 Redwood Rd.
Burnett, WI 53922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.942 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $98.69 |
|---|---|---|---|

**Vicki Luczak**
N7464 County Road C
Eldorado, WI 54932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $109.19 |
|---|---|---|---|

**Vicki Schamber Brown**
310 John St
Iola, WI 54945

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77.69 |
|---|---|---|---|

**Vicki Smith**
801 N. PLATTEN
Green Bay, WI 54303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $934.45 |
|---|---|---|---|

**Vicki Wendt**
N9188 S Berryfield Lane
Appleton, WI 54915

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**Basis for the claim:** **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.45 |
|---|---|---|---|

**Vicki Winterrowd**
**3205 12th st NE**
**Great Falls, MT 59404**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.19 |
|---|---|---|---|

**Vickie Kempinger**
**4953 Broderick rd**
**Omro, WI 54963**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,036.88 |
|---|---|---|---|

**VICKIE MAASZ**
**13927 SILVER HILL RD**
**Mountain, WI 54149**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.943 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.25 |
|---|---|---|---|

**VICKIE WASKOWIAK**
**2532 US HWY 2**
**Florence, WI 54121**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |
|---|---|---|---|

**Vicky Fuller**
**17317 meadow pkwy**
**Townsend, WI 54175**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.943 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Vicky Van Beek Verhasselt**
**N3906 Section Line Rd**
**Kaukauna, WI 54130**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.38 |
|---|---|---|---|

**Vicky Wenzel**
**2160 Parkside drive**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.944 0 | **$177.45** |

**Nonpriority creditor's name and mailing address**

**Victor Champeau**
**2449 s Wentworth Ave**
**Milwaukee, WI 53207**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.944 1 | **$479.85** |

**Nonpriority creditor's name and mailing address**

**Victor Richard**
**756 Owena St.**
**Marinette, WI 54143**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.944 2 | **$1,278.90** |

**Nonpriority creditor's name and mailing address**

**Victoria Cannon**
**301 Stell Ave**
**Mansfield, TX 76063**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.944 3 | **$67.19** |

**Nonpriority creditor's name and mailing address**

**Victoria Elertson**
**N7223 Pulcifer Rd**
**Cecil, WI 54111**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.944 4 | **$214.19** |

**Nonpriority creditor's name and mailing address**

**Victoria Hopkins**
**663 Washington Street**
**Winona, MN 55987**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.944 5 | **$109.19** |

**Nonpriority creditor's name and mailing address**

**Victoria Hutchinson**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.944 6 | **$151.73** |

**Nonpriority creditor's name and mailing address**

**Victoria Scheuermann**
**1503 Balsam St**
**3**
**Rhinelander, WI 54501**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $755.48 |
|---|---|---|---|

**Victoria Wautier**
725 Green Bay Dr
Apt 203
Mayville, WI 53050

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Viktoriya Yatsenko**
4655 sagewood cir #3
Pleasant Prairie, WI 53158

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.45 |
|---|---|---|---|

**Vince Antolin**
1612 sauk Rd
2308
Dixon, IL 61021

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.73 |
|---|---|---|---|

**Vince Dyer**
1013 Lucerne dr
3A
Menasha, WI 54952

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.95 |
|---|---|---|---|

**Vincent Aschaker**
N1446 Star Dust Drive
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Vincent Norling**
7588 splinter creek lane
Oconto Falls, WI 54154

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Vincent Peterson**
401 w hillcrest ct
Saukville, WI 53080

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 4 | Nonpriority creditor's name and mailing address<br>**Vincent Santos**<br>**9053 river rd**<br>**Berlin, WI 54923**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$119.69** |
|---|---|---|---|

| 3.945 5 | Nonpriority creditor's name and mailing address<br>**Vincent Schmid**<br>**125 Smith street**<br>**Berlin, WI 54923**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$677.25** |
|---|---|---|---|

| 3.945 6 | Nonpriority creditor's name and mailing address<br>**Vito Catalfio**<br>**1568 PARKSIDE DR**<br>**Bolingbrook, IL 60490**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$828.45** |
|---|---|---|---|

| 3.945 7 | Nonpriority creditor's name and mailing address<br>**Vittoria Smith**<br>**PO Box 433**<br>**Belleville, WI 53508**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$119.69** |
|---|---|---|---|

| 3.945 8 | Nonpriority creditor's name and mailing address<br>**Wade Smith**<br>**1764 Burgoyne ct**<br>**Apt 51**<br>**De Pere, WI 54115**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$487.15** |
|---|---|---|---|

| 3.945 9 | Nonpriority creditor's name and mailing address<br>**Wade Sunde**<br>**715 W. 2nd St.**<br>**Apt 1C**<br>**Duluth, MN 55806**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$288.23** |
|---|---|---|---|

| 3.946 0 | Nonpriority creditor's name and mailing address<br>**wandalee lutzen**<br>**6180 S 118TH STREET**<br>**HALES CORNERS, WI 53130**<br><br>Date(s) debt was incurred **2019-2020**<br><br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$717.09** |
|---|---|---|---|

| 3.946<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.00 |
|---|---|---|---|

**3.946 1**

Nonpriority creditor's name and mailing address

**WAPL / Woodward Communications, Inc.**
**PO Box 1519**
**Appleton, WI 54912**

Date(s) debt was incurred **May 2020**

Last 4 digits of account number **6688**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,760.00**

---

**3.946 2**

Nonpriority creditor's name and mailing address

**Ward Balcerzak**
**1713 Cottontail Drive**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$712.95**

---

**3.946 3**

Nonpriority creditor's name and mailing address

**Ward Schenck**
**451 West School Street**
**Columbus, WI 53925**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$130.73**

---

**3.946 4**

Nonpriority creditor's name and mailing address

**Warren Armitage**
**2518 N Kirkland Ct**
**Appleton, WI 54911**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$109.19**

---

**3.946 5**

Nonpriority creditor's name and mailing address

**Warren Townsend**
**W6245 Fairway Ln.**
**Mauston, WI 53948**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,614.90**

---

**3.946 6**

Nonpriority creditor's name and mailing address

**Waubegwenaise Rice**
**7517 N Skunawong LN**
**Hayward, WI 54843**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$479.85**

---

**3.946 7**

Nonpriority creditor's name and mailing address

**Wayne Borski**
**2700 Dixon Street**
**Stevens Point, WI 54481**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,896.58**

---

| 3.946 8 | Nonpriority creditor's name and mailing address<br>**Wayne domke**<br>**9555 398th ave.**<br>**Genoa City, WI 53128**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,165.50** |
|---|---|---|---|

| 3.946 9 | Nonpriority creditor's name and mailing address<br>**Wayne Lambert**<br>**2368 Lake Lincoln Drive**<br>**Wesson, MS 39191**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$366.45** |

| 3.947 0 | Nonpriority creditor's name and mailing address<br>**WAYNE LUNDT**<br>**269 E WAUSHARA ST**<br>**Berlin, WI 54923**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$251.96** |

| 3.947 1 | Nonpriority creditor's name and mailing address<br>**WAYNE TREMBLY**<br>**2296 N HAVEN LN**<br>**Oshkosh, WI 54902**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$803.25** |

| 3.947 2 | Nonpriority creditor's name and mailing address<br>**WBCV/NRG Media, LLC**<br>**2301 Plover Road**<br>**Plover, WI 54467**<br><br>Date(s) debt was incurred  **May 2020**<br>Last 4 digits of account number  **3294** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,008.00** |

| 3.947 3 | Nonpriority creditor's name and mailing address<br>**Wendy Bales**<br>**W204 N16906 Jackson Dr**<br>**Jackson, WI 53037**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$264.57** |

| 3.947 4 | Nonpriority creditor's name and mailing address<br>**Wendy Clausz**<br>**W5878 Augusta Place**<br>**Menasha, WI 54952**<br><br>Date(s) debt was incurred  **2019-2020**<br>Last 4 digits of account number  **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$155.38** |

| 3.947 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.33 |

**Wendy Cummings**
**No Address - purchased tickets via PayPa**
Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Wendy dey**
**359 overland trail**
**Oshkosh, WI 54904**
Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.57 |

**Wendy Hamachek**
**No Address - purchased tickets via PayPa**
Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,133.95 |

**Wendy Irving**
**4135 18th Road**
**Escanaba, MI 49829**
Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.57 |

**Wendy Knop**
**N109 W16812 Hawthorne Drive**
**Germantown, WI 53022**
Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |

**Wendy Medd**
**127 S Taylor**
**Green Bay, WI 54303**
Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $759.43 |

**Wendy Neufeld**
**565 Bishop Street North**
**Cambridge  ON  N3H 2K7**
Date(s) debt was incurred **2019-2020**
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.90 |

**Wendy Sontag**
**N2322 Holy Hill Drive**
**Greenville, WI 54942**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |

**Wendy Veraghen**
**2939 Moose Creek Trl**
**Green Bay, WI 54313**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.69 |

**Wendy Wicker**
**2207 Laddie Trail**
**De Pere, WI 54115**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.38 |

**wendy zuehl**
**2969 ruschfield Dr.**
**Oshkosh, WI 54904**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.84 |

**Wes Nicolls**
**1889 Kennedy**
**Florence, WI 54121**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.14 |

**Weslee Blosenski**
**830 state road 136, suite 1**
**#127**
**Baraboo, WI 53913**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $895.13 |

**Wesley Ketchum**
**305 Arlington St**
**Shawano, WI 54166**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**WESLEY KOPLITZ**
4768 S US 45
Oshkosh, WI 54901

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**Westin Schultz**
1032 Egg Harbor Road
Apartment #8
Sturgeon Bay, WI 54235

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Weston Ford**
5580 Hwy 69
Savannah, TN 38372

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.00 |
|---|---|---|---|

**WGLX/NRG Media, LLC**
2301 Plover Road
Plover, WI 54467

Date(s) debt was incurred  **May 2020**

Last 4 digits of account number  **3294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.48 |
|---|---|---|---|

**WHBZ/Midwest Communications, Inc.**
1420 Bellevue Street
Green Bay, WI 54311-5649

Date(s) debt was
incurred  **May 2020 and June 2020**

Last 4 digits of account number  **3904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Whitney Everard**
315 county rd Y
Luxemburg, WI 54217

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.19 |
|---|---|---|---|

**Whitney Young**
316 Monroe st
Little Chute, WI 54140

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 6 | **Nonpriority creditor's name and mailing address**<br>**WHQG/Lakefront Communications, LLC**<br>**5407 W McKinley Avenue**<br>**Milwaukee, WI 53208**<br><br>Date(s) debt was incurred  **May 2020**<br><br>Last 4 digits of account number  **1476** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,880.00** |
|---|---|---|---|
| 3.949 7 | **Nonpriority creditor's name and mailing address**<br>**Wians-Bixby Amber**<br>**1109 Winford Avenue**<br>**Green Bay, WI 54303**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.73** |
| 3.949 8 | **Nonpriority creditor's name and mailing address**<br>**Will Denoyer**<br>**1914 Corinth Dr.**<br>**Sun Prairie, WI 53590**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$440.96** |
| 3.949 9 | **Nonpriority creditor's name and mailing address**<br>**Will McNicholas**<br>**442 n. Park Ave**<br>**Fond Du Lac, WI 54935**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$151.73** |
| 3.950 0 | **Nonpriority creditor's name and mailing address**<br>**Will Theune**<br>**W1292 Town Line Rd**<br>**Oostburg, WI 53070**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$99.23** |
| 3.950 1 | **Nonpriority creditor's name and mailing address**<br>**William Amor**<br>**5615 Foxcross Ct**<br>**Fort Wayne, IN 46835**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$677.25** |
| 3.950 2 | **Nonpriority creditor's name and mailing address**<br>**William Brietzke**<br>**1612 coolidge st**<br>**Apt 8**<br>**New Holstein, WI 53061**<br><br>Date(s) debt was incurred  **2019-2020**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Pre-Paid Tickets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$514.45** |

| 3.950 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,078.35 |
|---|---|---|---|

**William Buehrens**
18980 told woods dr
31
Brookfield, WI 53045

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |
|---|---|---|---|

**William Cole**
179 nansen street
Cincinnati, OH 45216

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.53 |
|---|---|---|---|

**William Crouch**
1570 Rivers Bend APT 302
302
Milwaukee, WI 53226

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |
|---|---|---|---|

**William Cummings**
423 Jackson rd
Sewell, NJ 08080

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**William Farrow**
10 woodland crescent merry hill
wolverhampton UK WV38AS

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.25 |
|---|---|---|---|

**William Feldkamp**
W1570 Pearl St
Seymour, WI 54165

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.69 |
|---|---|---|---|

**William Flinchum**
1100 April Lane
Green Bay, WI 54304

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

| 3.951 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |

**William Gonzales**
1810 9th St.
7
Green Bay, WI 54304

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |

**William Grede**
230 park ln
G
Campbellsport, WI 53010

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.38 |

**William Hahn**
W7774 DAKOTA LN
Westfield, WI 53964

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.38 |

**William Hase**
e12344 percy road
Shingleton, MI 49884

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.45 |

**William Heath**
1409 Lacount Rd.
Green Bay, WI 54313

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |

**WILLIAM HOLFELTZ**
1140 LAKE BREEZE CT
Menasha, WI 54952

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,596.00 |

**William Kaiser**
732 W Shore Dr
Delafield, WI 53018

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Pre-Paid Tickets__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.73 |
|---|---|---|---|

**William Kilps**
**No Address - purchased tickets via PayPal**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
|---|---|---|---|

**WILLIAM KOSS**
**309 7TH ST LOT #10**
**Oconto, WI 54153**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.69 |
|---|---|---|---|

**William Lauer**
**1195 Stead Drive**
**Menasha, WI 54952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**William Lomis**
**781 newark drive east**
**West Bend, WI 53090**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
|---|---|---|---|

**William Mueller**
**1343 12th ave**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**William Nick**
**504 s. 8th st.**
**Watertown, WI 53094**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**William Olp**
**2885 Mill Rd.**
**Greenleaf, WI 54126**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.952 4** | |

**Nonpriority creditor's name and mailing address**     $1,556.10

**William Paukstat**
**428 south 8th street**
**1**
**Escanaba, MI 49829**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.952 5** | |

**Nonpriority creditor's name and mailing address**     $807.45

**William Presutto**
**4231 steppingstone lane**
**Liverpool, NY 13090**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.952 6** | |

**Nonpriority creditor's name and mailing address**     $807.45

**William Ramey**
**10337 N 55th W Ave**
**Sperry, OK 74073**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.952 7** | |

**Nonpriority creditor's name and mailing address**     $479.85

**William Ringenoldus**
**W3843 Blackhawk ct.**
**Redgranite, WI 54970**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.952 8** | |

**Nonpriority creditor's name and mailing address**     $1,648.50

**William Schepis**
**2950 N MORRISON ST**
**Appleton, WI 54911**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.952 9** | |

**Nonpriority creditor's name and mailing address**     $670.96

**William Strong**
**1400 W Williams Ave**
**Apt 125**
**Mitchell, SD 57301**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.953 0** | |

**Nonpriority creditor's name and mailing address**     $130.73

**William Thornton**
**227 Clay St**
**Apt 2**
**Montello, WI 53949**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.953 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,842.75 |
|---|---|---|---|

**William Utter**
**310 S Green**
**Polo, IL 61064**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.953 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,417.35 |
|---|---|---|---|

**William Winters**
**P.O.Box 2259**
**El Granada, CA 94018**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.953 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Willie Vanooyen**
**1450 Servais Street**
**Green Bay, WI 54304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.953 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
|---|---|---|---|

**Willow Sering**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.953 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Willy Mooren**
**N2580 CHAPEL HILL DRIVE**
**Hortonville, WI 54944**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.953 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.45 |
|---|---|---|---|

**Wilson Adkins**
**2720 Arbor Drive**
**Brookfield, WI 53005**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.953 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.38 |
|---|---|---|---|

**Winona Hutchinson**
**201 reid st**
**Sault Ste. Marie ON P6B 4T8**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Pre-Paid Tickets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.953 8 | Nonpriority creditor's name and mailing address<br>**Winter Mitchell-beahm**<br>**4060 Ridge Rd**<br>**Apt B**<br>**Westminster, MD 21157** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $639.45 |
|---|---|---|---|
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Pre-Paid Tickets** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953 9 | Nonpriority creditor's name and mailing address<br>**Wisconsin DATCP**<br>**c/o Anthony Ashworth**<br>**2811 Agriculture Dr.**<br>**Madison, WI 53708** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred ___ | Basis for the claim: **notice only - re: inquiry as to ticket refunds** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.954 0 | Nonpriority creditor's name and mailing address<br>**WJJO/Mid-West Management, Inc.**<br>**730 Rayovac Drive**<br>**Madison, WI 53711** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,564.00 |
|---|---|---|---|
| | Date(s) debt was incurred **April 2020** | Basis for the claim: **trade debt** | |
| | Last 4 digits of account number **4934** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.954 1 | Nonpriority creditor's name and mailing address<br>**WMBZ/Magnum Communications, Inc.**<br>**PO Box 400**<br>**Portage, WI 53901-0400** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $474.59 |
|---|---|---|---|
| | Date(s) debt was incurred **April 2020** | Basis for the claim: **trade debt** | |
| | Last 4 digits of account number **0002** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.954 2 | Nonpriority creditor's name and mailing address<br>**WNCY-FM/Midwest Communications, Inc.**<br>**1420 Bellevue Street**<br>**Green Bay, WI 54311-5649** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,125.00 |
|---|---|---|---|
| | Date(s) debt was incurred **May 2020** | Basis for the claim: **trade debt** | |
| | Last 4 digits of account number **0681** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.954 3 | Nonpriority creditor's name and mailing address<br>**WOZZ-FM/Division of WRIG, Inc.**<br>**557 Scott Street**<br>**Wausau, WI 54401** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,056.00 |
|---|---|---|---|
| | Date(s) debt was incurred **May 2020 and June 2020** | Basis for the claim: **trade debt** | |
| | Last 4 digits of account number **2764** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.954 4 | Nonpriority creditor's name and mailing address<br>**WRLO/NRG Media, LLC**<br>**PO Box 557**<br>**Rhinelander, WI 54501** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $252.00 |
|---|---|---|---|
| | Date(s) debt was incurred **May 2020** | Basis for the claim: **trade debt** | |
| | Last 4 digits of account number **6325** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.954 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $352.00 |
|---|---|---|---|

**WSSP-AM Entercom Milwaukee**
**11800 W Grange Avenue**
**Hales Corners, WI 53130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2020**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **8093**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Wyatt Holzman**
**95 Rubina Lane**
**Apt #7**
**Fond Du Lac, WI 54935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $177.45 |
|---|---|---|---|

**Wyatt Peters**
**6857 county road v**
**Cecil, WI 54111**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Wyatt Polencheck**
**117 8th St E**
**Ashland, WI 54806**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $197.38 |
|---|---|---|---|

**Wyatt Welch**
**N5649 North Smalley street**
**Shawano, WI 54166**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $319.73 |
|---|---|---|---|

**Wyatt Zadkovich**
**1742 E 1379th Rd.**
**Streator, IL 61364**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $172.19 |
|---|---|---|---|

**Wyrobek Steve**
**1041 East Knapp Street**
**619**
**Milwaukee, WI 53202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Pre-Paid Tickets**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.955 2 | | | $1,680.00 |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| | WYTE/NRG Media, LLC | ☐ Contingent | |
| | 2301 Plover Road | ☐ Unliquidated | |
| | Plover, WI 54467 | ☐ Disputed | |
| | Date(s) debt was incurred **May 2020** | **Basis for the claim:** **trade debt** | |
| | Last 4 digits of account number **3310** | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.955 3 | | | $2,345.00 |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| | WZOR/Woodward Communications, Inc. | ☐ Contingent | |
| | PO Box 1519 | ☐ Unliquidated | |
| | Appleton, WI 54912 | ☐ Disputed | |
| | Date(s) debt was incurred **May 2020 and June 2020** | **Basis for the claim:** **trade debt** | |
| | Last 4 digits of account number **7508** | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.955 4 | | | $261.45 |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| | Xiomara Posselt | ☐ Contingent | |
| | 608 N. Summit Street | ■ Unliquidated | |
| | Appleton, WI 54914 | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 5 | | | $77.69 |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| | Yasmilet Esquivel | ☐ Contingent | |
| | 703 Harding St | ■ Unliquidated | |
| | Janesville, WI 53545 | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 6 | | | $249.88 |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| | Yasmine Burmeister | ☐ Contingent | |
| | 325 Ninth Street | ■ Unliquidated | |
| | Menasha, WI 54952 | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 7 | | | $354.90 |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| | Yunuen Blancas | ☐ Contingent | |
| | No Address - purchased tickets via PayPa | ■ Unliquidated | |
| | Date(s) debt was incurred **2019-2020** | ☐ Disputed | |
| | Last 4 digits of account number __ | **Basis for the claim:** **Pre-Paid Tickets** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 8 | | | $576.45 |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| | Z Cecich | ☐ Contingent | |
| | 13839 Waite Court | ■ Unliquidated | |
| | Crown Point, IN 46307 | ☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | **Basis for the claim:** **Pre-Paid Tickets** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Z Ward**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$288.23

---

| 3.956 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zac Cook**
**840 Belsly Way**
**Metamora, IL 61548**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$261.45

---

| 3.956 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zac Diny**
**6540 Blake road**
**Greenleaf, WI 54126**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$134.38

---

| 3.956 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zac Pierron**
**N161W19132 Oakland Dr**
**Jackson, WI 53037**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$479.85

---

| 3.956 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zac Pulver**
**1505 Lorelei Dr**
**308**
**Zion, IL 60099**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$471.46

---

| 3.956 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zach Carey**
**W1591 happy hollow road**
**Campbellsport, WI 53010**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$109.19

---

| 3.956 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zach Davis**
**1023 south 24th street**
**Manitowoc, WI 54220**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ☒ No ☐ Yes

$130.73

---

| 3.956 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**Zach Dayton**
N2975 Pyrse drive
Waupaca, WI 54981

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.50 |
|---|---|---|---|

**Zach Diegel**
1056 Reed St
Neenah, WI 54956

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.73 |
|---|---|---|---|

**Zach Eichsteadt**
312 E Columbian Ave
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $527.10 |
|---|---|---|---|

**Zach Freeman**
1600 Vogt Dr
201
West Bend, WI 53095

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.23 |
|---|---|---|---|

**Zach Harris**
4970 W Park Pl
Denver, CO 80219

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.23 |
|---|---|---|---|

**Zach Hautala**
272 Lind Road
Crystal Falls, MI 49920

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
|---|---|---|---|

**Zach Horn**
359 S Willow St
Kimberly, WI 54136

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.45 |
| --- | --- | --- | --- |

**Zach Howell**
**4803 North Anita Avenue**
**Milwaukee, WI 53217**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.88 |
| --- | --- | --- | --- |

**Zach Olejniczak**
**218 Cleveland St.**
**Green Bay, WI 54303**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.96 |
| --- | --- | --- | --- |

**Zach Roloff**
**1220 Mound Street**
**Madison, WI 53715**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.73 |
| --- | --- | --- | --- |

**Zach Schoenberger**
**610 Mary St.**
**Beaver Dam, WI 53916**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.45 |
| --- | --- | --- | --- |

**zach shuer**
**12448 West Cleveland Ave**
**New Berlin, WI 53151**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.38 |
| --- | --- | --- | --- |

**Zach Smith**
**931 Landis Street**
**Collins, WI 54207**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.58 |
| --- | --- | --- | --- |

**Zach Snortum**
**No Address - purchased tickets via PayPa**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $759.43 |
|---|---|---|---|

**Zach Torma**
Po box 184
Parkers Prairie, MN 56361

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.19 |
|---|---|---|---|

**Zach Weiss**
798 Green Bay Dr
Mayville, WI 53050

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

**Zach Wickham**
W6671 Greenridge Drive
Greenville, WI 54942

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,154.48 |
|---|---|---|---|

**Zach Yaeger**
608 Brasted Pl
Waukesha, WI 53186

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.38 |
|---|---|---|---|

**Zach zenisek**
2322 Northview Rd.
Waukesha, WI 53188

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278.25 |
|---|---|---|---|

**Zachariah Groskreutz**
2104 13th drive
Friendship, WI 53934

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.38 |
|---|---|---|---|

**zachary abitz**
2535 West Ripple Ave
Oshkosh, WI 54904

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.958 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Berg**
**106 N Lake St**
**Weyauwega, WI 54983**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

| 3.958 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**zachary bloechl**
**614 w main st**
**Apt 6**
**Winneconne, WI 54986**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$434.18

---

| 3.958 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Brown**
**4265 Jung rd**
**Saukville, WI 53080**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$134.38

---

| 3.959 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Carlson**
**2047 Derby Ln**
**Belvidere, IL 61008**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$701.40

---

| 3.959 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary DeRidder**
**4005 Towne Lakes Cir Unit 10315**
**Appleton, WI 54913**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.959 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Fritz**
**509 Martin St**
**De Pere, WI 54115**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$288.23

---

| 3.959 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Goad**
**825 S Walnut**
**Springfield, IL 62704**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

$261.45

---

| 3.959 4 | Nonpriority creditor's name and mailing address | | $744.40 |
|---|---|---|---|

**3.959 4**

Nonpriority creditor's name and mailing address

**zachary hirn**
**n8877 county road Y**
**Seymour, WI 54165**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$744.40

---

**3.959 5**

Nonpriority creditor's name and mailing address

**Zachary Kintgen**
**610 E linden avenue**
**Manitowoc, WI 54220**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$213.13

---

**3.959 6**

Nonpriority creditor's name and mailing address

**Zachary Le Mere**
**15 Gloria Court**
**Appleton, WI 54915**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$204.74

---

**3.959 7**

Nonpriority creditor's name and mailing address

**Zachary Lindahl**
**521 S Cottonwood**
**apt 3**
**Roland, IA 50236**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$292.96

---

**3.959 8**

Nonpriority creditor's name and mailing address

**Zachary Rice**
**305 Lake Street**
**Florence, WI 54121**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$130.73

---

**3.959 9**

Nonpriority creditor's name and mailing address

**Zachary Robinson**
**103 Gordon St**
**P O Box 405**
**Wonewoc, WI 53968**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$429.45

---

**3.960 0**

Nonpriority creditor's name and mailing address

**Zachary Rosenow**
**PO Box 51**
**Tilleda, WI 54978**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-Paid Tickets**

Is the claim subject to offset? ■ No  ☐ Yes

$204.23

---

| 3.960 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.25** |
| **Zachary Schneider** | ☐ Contingent | |
| **3927 Highfield Road** | ■ Unliquidated | |
| **Royal Oak, MI 48073** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.960 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392.65** |
| **Zachary Senske** | ☐ Contingent | |
| **N74W28963 Coldstream Ct** | ■ Unliquidated | |
| **Hartland, WI 53029** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.960 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$628.93** |
| **Zachary Sherbinow** | ☐ Contingent | |
| **112 Meadow Lane** | ☐ Unliquidated | |
| **Marquette, MI 49855** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.960 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.45** |
| **Zachery Hagen** | ☐ Contingent | |
| **1420 Wylie St** | ☐ Unliquidated | |
| **Wisconsin Rapids, WI 54494** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.960 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.63** |
| **zachery jones** | ☐ Contingent | |
| **125 adams ave** | ■ Unliquidated | |
| **omro, WI 54963** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.960 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.23** |
| **Zachy Hein** | ☐ Contingent | |
| **1493 Harvey St** | ■ Unliquidated | |
| **Green Bay, WI 54302** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.960 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.23** |
| **Zack Jansen** | ☐ Contingent | |
| **N214 Lavender Lane** | ■ Unliquidated | |
| **Appleton, WI 54915** | ☐ Disputed | |
| Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Pre-Paid Tickets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.9608 | **$314.96** |

**Nonpriority creditor's name and mailing address**

**Zack Lamers**
**335 West Florida Avenue**
**Appleton, WI 54911**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.9609 | **$974.15** |

**Nonpriority creditor's name and mailing address**

**Zack Mulford**
**2929 curry parkway**
**6**
**Madison, WI 53713**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.9610 | **$67.19** |

**Nonpriority creditor's name and mailing address**

**Zack Treml**
**345 s main st**
**Kimberly, WI 54136**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.9611 | **$130.73** |

**Nonpriority creditor's name and mailing address**

**Zackary Niesen**
**213 21 1/4 St**
**Chetek, WI 54728**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.9612 | **$77.69** |

**Nonpriority creditor's name and mailing address**

**Zak Kocken**
**1001 Cedar St.**
**De Pere, WI 54115**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.9613 | **$130.73** |

**Nonpriority creditor's name and mailing address**

**Zak Kocken**
**1001 Cedar St.**
**De Pere, WI 54115**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.9614 | **$1,211.18** |

**Nonpriority creditor's name and mailing address**

**Zak Solkowski**
**1366 n 64th st**
**Milwaukee, WI 53213**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $576.45 |
|---|---|---|---|

**Zak Van Laanen**
**1357 Langlade Ave**
**Green Bay, WI 54304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $639.45 |
|---|---|---|---|

**Zarra Barlow**
**912 N D ST**
**Herington, KS 67449**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $728.18 |
|---|---|---|---|

**Zayn Kowalski**
**W2441 Snyder Rd**
**Wausaukee, WI 54177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Zoe Gostomski**
**1755 W Capitol Dr**
**Apt 113**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
|---|---|---|---|

**zoe schucknecht**
**609 knight ave**
**Neenah, WI 54956**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.69 |
|---|---|---|---|

**Zoe Smith**
**No Address - purchased tickets via PayPa**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Zoe Stratman**
**203590 Callaway Dr.**
**Marshfield, WI 54449**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

Basis for the claim: **Pre-Paid Tickets**

Is the claim subject to offset? ■ No ☐ Yes

| 3.962 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.19 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Zoe Trayner**
**4401 N. Haymeadow Ave.**
**Appleton, WI 54913**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$109.19

---

| 3.962 3 |
| --- |

**Nonpriority creditor's name and mailing address**

**Zoey Cassie**
**1604 n whitney dr**
**Appleton, WI 54914**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$130.73

---

| 3.962 4 |
| --- |

**Nonpriority creditor's name and mailing address**

**Zoey Spaulding**
**1639 Presque Isle Ave**
**Apt A**
**Marquette, MI 49855**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

| 3.962 5 |
| --- |

**Nonpriority creditor's name and mailing address**

**Zoie Forrest**
**15006 Coleman ave.**
**Grand Haven, MI 49417**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Pre-Paid Tickets

Is the claim subject to offset? ■ No ☐ Yes

$155.38

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured claims.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Small Business Administration**<br>**740 Regent St., Suite 100**<br>**Madison, WI 53715** | Line  3.2214<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 4,469,877.28 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 4,469,877.28 |