UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Hypervibe, Inc.,                        Case No. 20–27367–gmh
                   Debtor.                          Chapter 7

## NOTICE TO DEBTOR OF MISSING CORPORATE OWNERSHIP STATEMENT

The Bankruptcy Court Clerk's Office received your bankruptcy petition on November 10, 2020. We filed the petition and opened a case for you, but your file is missing the corporate ownership statement required by Fed. R. Bankr. P. 1007(a)(1).

**You must file the corporate ownership statement IMMEDIATELY.** If you do not file the corporate ownership statement immediately, a trustee, creditor or other interested party can file a motion asking the Court to dismiss your case.

The information for Debtors section on the court's web site (www.wieb.uscourts.gov) contains more information about the papers you need to file in your bankruptcy case. You may also view this section of the web site on the public terminals in the Clerk's office.

If you are represented by an attorney, you may want to consult your attorney regarding this notice. If you are not represented by an attorney, you may want to consult one.

Dated: November 12, 2020                        **JANET L. MEDLOCK**
                                                                    Clerk of Court

                                                                    By:    Celina S.
                                                                           Deputy Clerk