# United States Bankruptcy Court
## Eastern District of Wisconsin

In re __Hypervibe, Inc.__                                                                  Case No. __20-27367__
                     Debtor(s)                                                             Chapter __7__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Hypervibe, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dan & Cher Liebhauser**
**3138 Westfield Ridge**
**Neenah, WI 54956**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November 10, 2020** | **/s/ Paul G. Swanson** |
| Date | **Paul G. Swanson 1007861** |
| | Signature of Attorney or Litigant |
| | Counsel for __Hypervibe, Inc.__ |
| | **STEINHILBER SWANSON LLP** |
| | **107 Church Avenue** |
| | **Oshkosh, WI 54901** |
| | **920-235-6690 Fax:920-426-5530** |
| | **pswanson@steinhilberswanson.com** |