United States Bankruptcy Court

Eastern District of Wisconsin

| | |
|---|---|
| In re: | Case No. 20-27367-gmh |
| Hypervibe, Inc. | Chapter 7 |
| Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: cs | Page 1 of 1 |
| Date Rcvd: Nov 12, 2020 | Form ID: defcos | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hypervibe, Inc., 2065 American Dr., Ste. A, Neenah, WI 54956-1095 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Larry H. Liebzeit | larry@liebzeitlaw.com WI19@ecfcbis.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Paul G. Swanson | on behalf of Debtor Hypervibe Inc. pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com;9572849420@filings.docketbird.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Hypervibe, Inc.,
                    Debtor.

Case No. 20−27367−gmh
Chapter 7

## NOTICE TO DEBTOR OF MISSING CORPORATE OWNERSHIP STATEMENT

The Bankruptcy Court Clerk's Office received your bankruptcy petition on November 10, 2020. We filed the petition and opened a case for you, but your file is missing the corporate ownership statement required by Fed. R. Bankr. P. 1007(a)(1).

**You must file the corporate ownership statement IMMEDIATELY.** If you do not file the corporate ownership statement immediately, a trustee, creditor or other interested party can file a motion asking the Court to dismiss your case.

The information for Debtors section on the court's web site (www.wieb.uscourts.gov) contains more information about the papers you need to file in your bankruptcy case. You may also view this section of the web site on the public terminals in the Clerk's office.

If you are represented by an attorney, you may want to consult your attorney regarding this notice. If you are not represented by an attorney, you may want to consult one.

Dated: November 12, 2020

                    **JANET L. MEDLOCK**
                    Clerk of Court

                    By:   Celina S.
                           Deputy Clerk