UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Hypervibe, Inc.

Case No. 20-27367-gmh
(Chapter 7)

Debtor.

**NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE**

PLEASE TAKE NOTICE that Bruce A. Lanser is hereby appointed successor trustee of the above-captioned case.

Pursuant to Fed. R. Bankr. P. 2008, the trustee must notify the Court and the United States Trustee in writing within five days of the receipt of this notice if the trustee rejects appointment to this office. The terms of the blanket bond are applicable to this case.

Dated: November 19, 2020.

PATRICK S. LAYNG
United States Trustee

David Asbach
Digitally signed by David Asbach
Date: 2020.11.19 08:11:07 -06'00'

DAVID W. ASBACH
Assistant United States Trustee

David W. Asbach
Assistant United States Trustee
Office of the United States Trustee
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202
Phone: (414) 297-4499; Fax: (414) 297-4478

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Hypervibe, Inc.  Case No. 20-27367-gmh
 (Chapter 7)

Debtor.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2020, I electronically filed the **Notice of Appointment of Successor Trustee** with the Clerk of the Bankruptcy Court using the ECF system which will send notification of such filing to the following parties:

Trustee Bruce A. Lanser
Attorney Paul G. Swanson (pswanson@steinhilberswanson.com)

and further, that I mailed such documents, via first-class U.S. mail, to the following party:

Hypervibe, Inc.
2065 American Drive
Suite A
Neenah, WI  54956

Carrie A. Jekelis, Paralegal Specialist
Office of the United States Trustee