UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

In re: Hypervibe, Inc.             Case No. 20-27367-gmh

                               Chapter 7
          Debtor
_____

RESIGNATION OF LARRY LIEBZEIT AS TRUSTEE FOR THIS CASE
_____

       I, Larry Liebzeit, hereby resign as trustee of the above-captioned case, effective immediately.

       Dated this 10th day of November, 2020.

                                       /s/ *Larry Liebzeit*
                                       Larry Liebzeit, Trustee

Larry Liebzeit, Trustee
4650 West Spencer Street
Appleton, WI 54914
Tel: 920-739-6307
Email: larry@liebzeitlaw.com