UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  Hypervibe, Inc.,                                Case No. 20-27367-gmh

                                                                                                                 (Chapter 7)

             Debtor.

## NOTICE OF SUCCESSOR TRUSTEE, RESCHEDULED MEETING OF CREDITORS, AND OPPORTUNITY TO FILE CLAIM

       PLEASE TAKE NOTICE that **Bruce A. Lanser** has been appointed as successor trustee in the above-captioned case.

       PLEASE TAKE FURTHER NOTICE that the 11 U.S.C. § 341(a) meeting of creditors in this case has been **<u>rescheduled</u>** to:

       Date:            **December 30, 2020**
       Time:            **2:00 P.M. CST (Creditors are NOT required to attend this meeting.)**

       The § 341(a) meeting with be conducted by **TELEPHONE**:

       Call in number:     **(800) 369-2158**
       Passcode:         **3806223**

       The trustee has recovered or will be recovering assets in this case, and it is possible that the trustee may be able to distribute funds to some creditors.

       To be eligible to receive a portion of any distributed funds, a creditor **must** file a proof of claim with the Clerk of the United States Bankruptcy Court on or before **<u>February 23, 2021</u>**.  Creditors who do not file a proof of claim on or before this date **WILL NOT** receive any funds from the estate**. (If you have already filed a proof of claim you do not need to file another one.)**

       You are not required to pay a fee to file a proof of claim.  The proof of claim can be filed online at the court's website (www.wieb.uscourts.gov).  The online proof of claim filing system is available under the "Creditor Resources" menu, listed as "File a Claim On-Line". After completing and submitting the form, you will have an opportunity to

print a file-stamped copy of the form. You may also fill out a paper copy of the Official Form 410 – Proof of Claim and mail it to the address listed below.:

    Clerk of U.S. Bankruptcy Court
    517 East Wisconsin Avenue, Room 126
    Milwaukee, WI 53202-4581

    If you require confirmation that we received your proof of claim, please enclose with the completed form a photocopy of the proof of claim, along with a self-addressed, stamped envelope.

    Dated: November 24, 2020.

    PATRICK S. LAYNG
    United States Trustee

    _____
    DAVID W. ASBACH
    Assistant United States Trustee