So Ordered.

Dated: December 18, 2020



G. Michael Halfenger  
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Hypervibe, Inc.,                                      Case No. 20-27367-GMH

           Debtor.                                         Chapter 7

**ORDER SCHEDULING DECEMBER 22, 2020 HEARING ON (A) CASE MANAGEMENT AND (B) PRELIMINARY HEARING ON TRUSTEE'S MOTION FOR AUTHORITY TO SELL CERTAIN ASSETS OF THE ESTATE**

       Debtor Hypervibe, Inc., filed a chapter 7 petition on November 10, 2020. As of December 16, 2020, there are 10,230 parties in interest listed on the official creditor matrix in this case.

       On December 14, 2020, the chapter 7 trustee filed a notice of motion and motion for authority to sell certain assets of the estate and a notice of proposed abandonment. ECF Nos. 69–71. The clerk typically serves on all parties in interest notices of motions to sell and proposed abandonments that are filed by a chapter 7 trustee. However, in this case, the cost of mailing just one page to all these creditors exceeds $2,500. Accordingly,

the court has not yet authorized the clerk to send the notices that the trustee filed on December 14, ECF Nos. 70 & 71. Instead, the court seeks the input from interested parties, including, at a minimum, the chapter 7 trustee and debtor's counsel, on how to efficiently administer this case, given the volume of interested parties.

The court is considering an order that, in addition to providing notice of the deadline to object to the trustee's motion to sell and proposed abandonment, notifies all parties in interest that they may not receive written notice of all activity in this case and that notice may be limited to the posting of filings on the court's website. The court seeks input on this proposed order. It also requests that the trustee and debtor's counsel address any upcoming or foreseeable motions or notices that in their view warrant notice by mail to some or all creditors. Finally, those participating in the hearing should be prepared to discuss strategies for reducing the cost of mailed notices, including the possibility of placing all relevant information on one page.

Accordingly, the court hereby ORDERS as follows: The court will hold a case management conference and a preliminary hearing on the sale motion on **December 22, 2020, at 4:00 p.m.** by telephone. **The chapter 7 trustee and counsel for the debtor must attend.** To appear by telephone, you must call the court conference line at 1-888-684-8852, and enter access code 7183566 before the scheduled hearing time.

# # # # #