UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Hypervibe, Inc.,                                     Case No. 20-27367-gmh

                 Debtor.

Address:     2065 American Dr., Ste. A,                       Chapter 7
                   Neenah, WI 54956

Employer's Tax Identification No. (EIN): 39-1741497

**ORDER (1) SETTING DEADLINE TO OBJECT TO CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO SELL CERTAIN ASSETS OF THE ESTATE AND NOTICE OF THE TRUSTEE'S PROPOSED ABANDONMENT OF CERTAIN ASSETS OF THE ESTATE AND (2) LIMITING WRITTEN NOTICE IN THIS BANKRUPTCY CASE**

       PLEASE TAKE NOTICE that on December 14, 2020, Bruce A. Lanser, the chapter 7 trustee in this bankruptcy case, filed a notice of motion and motion for authority to sell certain assets of the estate. The trustee also filed a notice of the trustee's proposed abandonment of the following assets of the estate: (1) prepaid expenses listed in the bankruptcy schedules as having no value; (2) accounts receivable of approximately $4,478, and (3) leasehold improvements listed in the bankruptcy schedules as having no value. Full PDF versions of these documents can be found on the court's website: **https://www.wieb.uscourts.gov/news/hypervibe**. The deadline to object to these requests is **January 22, 2021**. This notice constitutes service under Fed. R. Bankr. P. 2002(a)(2), 6004, and 6007(a). If no objection is filed, the court will approve the sale and order the property abandoned, both effective as of December 31, 2020. If an objection is filed, the court may schedule a hearing or issue a written ruling.

       PLEASE TAKE FURTHER NOTICE that the court hereby ORDERS the clerk **not** to send written notice of all activity in this case to all parties in interest. The court will post all filings in this bankruptcy case on its **website at https://www.wieb.uscourts.gov/news/hypervibe**. **Notice is limited to the posting of filings on the court's website, and parties in interest are responsible for monitoring the court's website to obtain information about this case**. Creditors' and other parties' rights may be adjudicated or otherwise compromised without further notice other than that posted on the website.

December 23, 2020

_____
G. Michael Halfenger
Chief United States Bankruptcy Judge