United States Bankruptcy Court
Eastern District of Wisconsin

In re:                                              Case No. 20-27367-gmh
Hypervibe, Inc.                              Chapter 7
       Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0757-2                          User: eat                                                       Page 1 of 1
Date Rcvd: Jan 05, 2021                      Form ID: pdf2                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

**Recip ID**              **Recipient Name and Address**
11431898            +   Tracy KIEFERT, 1209 Bruss Street, De Pere, WI 54115-3227

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021                                Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce A. Lanser | on behalf of Trustee Bruce A. Lanser wi10@ecfcbis.com |
| Bruce A. Lanser | wi10@ecfcbis.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Paul G. Swanson | on behalf of Debtor Hypervibe Inc. pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com;9572849420@filings.docketbird.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Hypervibe, Inc.,                          Case No. 20−27367−gmh
                        Debtor.                         Chapter 7

## Defective Filing Notification − Action Required by the Filer

The Proof of Claim #3780 (Official Form B410) filed by Tracy Kiefert on 1/4/2021 is missing page 3.

Dated: January 5, 2021                          **JANET L. MEDLOCK**
                                           Clerk of Court

                                           By: Emily T.
                                                   Deputy Clerk