UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Hypervibe, Inc.  Case No. 20-27367-GMH
             Debtor.  Chapter 7

**AFFIDAVIT OF NO OBJECTION**

STATE OF WISCONSIN  )
                    )ss.
COUNTY OF WAUKESHA  )

NOW COMES Bruce A. Lanser, trustee in this case, who makes the following statement under oath:

1. I am the trustee of this case, who filed and caused to be served notice of the following matter to all appropriate parties as called for under the Bankruptcy Code and Rules: Notice of Trustee's Proposed Abandonment.

2. The Notice provided for objections to be filed and served by January 22, 2021. The deadline to file and serve objections has passed.

3. I have received no objections to the above-referenced Notice, nor am I aware of any objections having been filed with the Clerk of the Bankruptcy Court.

Dated this 25th day of January, 2021.

_____
Bruce A. Lanser, Trustee

Subscribed and sworn to before me
this 25th day of January, 2021.

_____
Notary Public, State of Wisconsin
My commission expires: 3/25/2021