UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: Hypervibe, Inc.            Case No. 20-27367-GMH
                                                           Chapter 7

Debtor.

---

ORDER APPROVING TRUSTEE'S PROPOSED ABANDONMENT

---

        On December 14, 2020, Bruce A. Lanser, the trustee of this case, filed a Notice of Proposed Abandonment with regard to certain assets of the estate, due notice of which was provided to all creditors and parties in interest, pursuant to an Order of this Court dated December 23, 2020, which Order set January 22, 2021 as the objection deadline. No objections have been filed with the Clerk of the Bankruptcy Court, and the trustee has filed an affidavit asserting that he has not received any objection to the Notice.

        Now, therefore, upon the trustee's Notice and upon all of the records and proceedings hand herein;

```
Bruce A. Lanser
Chapter 7 Trustee
Suite 201
N14 W24200 Tower Place
Waukesha, WI 53188
262/522-2280 (Ph.)
262/522-2289 (Fax)
blanser@lanserlaw.com                    1
```

IT IS HEREBY ORDERED that the following assets, as more fully described in the Trustee's Notice of Proposed Abandonment on file herein, are deemed abandoned effective December 31, 2020:

1. Prepaid expenses listed in the bankruptcy schedules as having no value;
2. Accounts receivable of approximately $4,478; and
3. Leasehold improvements listed in the bankruptcy schedules as having no value.

#####

```
Bruce A. Lanser
Chapter 7 Trustee
Suite 201
N14 W24200 Tower Place
Waukesha, WI 53188
262/522-2280 (Ph.)
262/522-2289 (Fax)
blanser@lanserlaw.com                           2
```