UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Hypervibe, Inc.<br><br>Debtor. | Case No. 20-27367-GMH<br>Chapter 7 |

**AFFIDAVIT OF NO OBJECTION**

STATE OF WISCONSIN )
                   ) ss.
COUNTY OF WAUKESHA )

NOW COMES Bruce A. Lanser, trustee in this case, who makes the following statement under oath:

1. I am the trustee of this case, who filed and caused to be served notice of the following matter to all appropriate parties as called for under the Bankruptcy Code and Rules: Notice of Trustee's Motion for Authority to Sell Certain Assets of the Estate.

2. The Notice provided for objections to be filed and served by January 22, 2021. The deadline to file and serve objections has passed.

3. I have received no objections to the above-referenced Notice, nor am I aware of any objections having been filed with the Clerk of the Bankruptcy Court.

Dated this 25th day of January, 2021.

_____
Bruce A. Lanser, Trustee

Subscribed and sworn to before me
this 25th day of January, 2021.

_____
Notary Public, State of Wisconsin
My commission expires: 3/25/2021