UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:   Hypervibe, Inc. | Case No. 20-27367-GMH<br>Chapter 7 |
| Debtor. | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f), the trustee of the above-captioned case hereby reports that, pursuant to the Court's Order dated 02/04, 2021, the bankruptcy Estate's interest in certain assets have been sold to DWP PPV, LLC, all as further set forth in the attached Bill of Sale.

Dated this 5th day of February, 2021.

BRUCE A. LANSER, TRUSTEE

Bruce A. Lanser
Chapter 7 Trustee

Bruce A. Lanser
Chapter 7 Trustee
Suite 201
N14 W24200 Tower Place
Waukesha, WI 53188
262/522-2280 (Ph.)
262/522-2289 (Fax)
blanser@lanserlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:   Hypervibe, Inc.                Case No. 20-27367-GMH
                                        Chapter 7
              Debtor.

**GENERAL BILL OF SALE**

For good and valuable consideration, receipt of which is hereby acknowledged, the bankruptcy estate of Hypervibe, Inc., by Bruce A. Lanser, trustee, hereby sells to DWP PPV, LLC the following assets for the sum of $25,000, pursuant to the trustee's Motion and the Order approving same, which documents are on file with the clerk of the United States Bankruptcy Court in the above referenced bankruptcy case:

   1.   All currently held merchandise described in the bankruptcy schedules of Hypervibe, Inc. as merchandise related to the 2019 festival carried to 2020;

   2.   All office furniture/equipment described in the bankruptcy schedules of Hypevibe, Inc. as "office furniture at American Drive;"

   3.   Polaris Ranger;

Bruce A. Lanser
Chapter 7 Trustee
Suite 201
N14 W24200 Tower Place
Waukesha, WI 53188
262/522-2280 (Ph.)
262/522-2289 (Fax)
blanser@lanserlaw.com

1

4. All other currently held "hard assets" described in the bankruptcy schedules of Hypervibe, Inc. as lawnmowers, weed-whackers, hand tools, miscellaneous maintenance tools and equipment at the festival site;

5. Customer lists and customer data; and

6. The estate's interest in all rights to the trade names "Rock USA" and "Country USA" and all other intellectual property, including, but not limited to, other trade names, if any, logos, artwork, designs, internet, social media and website information, whether such rights and ownership arise out of contract, common or statutory law.

The sale is "as is/where is" without warranty or representation of any kind and is effective December 31, 2020.

Dated this 5th day of February, 2021.

BRUCE A. LANSER, TRUSTEE

_____
Bruce A. Lanser
Chapter 7 Trustee

Bruce A. Lanser
Chapter 7 Trustee
Suite 201
N14 W24200 Tower Place
Waukesha, WI 53188
262/522-2280 (Ph.)
262/522-2289 (Fax)
blanser@lanserlaw.com

2