**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN**

IN RE:  
HYPERVIBE, INC.

CASE NO. 20-27367 GMH

CHAPTER 7 -- Liquidation

Debtor(s).

**ORDER ALLOWING ADMINISTRATIVE CLAIMS**

Upon the motion of <u>BRUCE A. LANSER</u> Trustee herein, administrative claims are hereby allowed in the amounts shown:

| Claimant | Total Being Requested | Interim Already Paid* | Total Allowed |
|---|---:|---:|---:|
| BRUCE A. LANSER Trustee Fees | 38,604.92 | 0.00 | 38,604.92 |
| BRUCE A. LANSER Trustee Expenses | 4,226.39 | 0.00 | 4,226.39 |
| Bankruptcy Management Solutions, Inc. All Other Expenses | 4,400.00 | 0.00 | 4,400.00 |
| Total: | 47,231.31 | 0.00 | 47,231.31 |

* Or amount being held as a retainer by an attorney.  
All fees and expenses allowed except as noted above.

####