# BRUCE A. LANSER
## Chapter 7 Trustee

August 5, 2021

Honorable G. Michael Halfenger
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    RE: Hypervibe, Inc.
         Chapter 7, Case No. 20-27367-GMH

Dear Judge Halfenger:

    There have been no timely filed objections to the trustee's Final Report in this case, and I have uploaded the Order Allowing Administrative Claims. Generating, processing and mailing of the dividend checks in this case will be a significant undertaking and will take more time than usual. To help expedite the process, I am respectfully requesting that the Order be signed promptly. Thank you.

                                          Very truly yours,

                                          Bruce A. Lanser
                                          Chapter 7 Trustee

BAL:las
Trustee/Hypervibe/corresp/JudgeGMH.805