UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WISCONSIN

In Re:  Hypervibe, Inc.,                                  Case No. 20-27367-GMH

        Debtor.

Trustee's Case Status Memorandum – Dividend Checks

Bruce A. Lanser, the trustee for this case, provides the following information with regard to the current status of this case, in particular, the status of dividend checks:

1. Dividend checks payable to claimants in amounts matching what appear in the Amended Trustee's Final Report filed herein on August 6, 2021 were mailed on August 19, 2021.
    a. The checks are in window envelopes with the return address reflecting the trustee's name and address.
2. Creditors are urged to be attentive to the receipt of those checks and to cash them promptly.
    a. Uncashed checks will be paid into "unclaimed funds" with the Clerk – U.S. Bankruptcy Court and will be released to the appropriate claimant only upon due application.

Dated this 19th day of August, 2021.

                              _/s/ Bruce A. Lanser_____

                              Bruce A. Lanser, Trustee

Bruce A. Lanser
Chapter 7 Trustee
Suite 201
N14 W24200 Tower Place
Waukesha, WI  53188
262-522-2280
blanser@lanserlaw.com