# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN

In re:  
HYPERVIBE, INC.

CASE NO. 20-27367 GMH

Chapter 7

Debtor(s).

## NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT

BRUCE A. LANSER, the Trustee of this case intends to abandon the estate's interest in certain property, as described below, pursuant to 11 U.S.C. §554.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you object to the Trustee's intended abandonment, or if you want the court to consider your views on the matter, then on or before **November 8, 2021**, you or your attorney must:

1. File with the Court a written objection to the abandonment and a request for a hearing at:

   Clerk, U.S. Bankruptcy Court  
   Room 126, Federal Courthouse  
   517 E. Wisconsin Avenue  
   Milwaukee, WI 53202

2. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

3. You must also mail a copy to:

   Office of the U.S. Trustee　　　　　　　BRUCE A. LANSER  
   517 E. Wisconsin Ave., Rm 430　　　　N14 W24200 Tower Place, Suite 201  
   Milwaukee, WI 53202　　　　　　　　　Waukesha, WI 53188

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Trustee's notice and may enter an order granting that relief.

The Trustee intends to abandon the estate's interest in the following property for the reasons set forth:

The Trustee intends to abandon the following property, not because of exemption, security interest or liens, but because the property is burdensome to the estate and of inconsequential value for the following reasons:

**Property to be abandoned:** Cash on hand of $1,372.36

**Reason/explanation for proposed abandonment:**

- In August, 2021, following court approval of the trustee's Final Report, the trustee sent out approximately 4,271 checks representing the disbursement of approximately $700,000 to creditors of the debtor. Two of those checks, totaling $1,372.36, were returned to the trustee because the recipients had either recovered the funds from other sources or because the creditor acknowledged filing duplicate claims and not being entitled to the funds.

- Under ordinary circumstances those returned funds would be redistributed, however the cost of another distribution would exceed the amount being held. It is noted that "abandonment" means the funds in question will be returned to the debtor.

The Trustee reserves the right to withdraw from the proposed abandonment should circumstances require. Requests for additional information should be directed to the Trustee.

Date: October 22, 2021            /s/ Bruce A. Lanser
                                  BRUCE A. LANSER, Trustee
                                  N14 W24200 Tower Place
                                  Suite 201
                                  Waukesha, WI 53188
                                  Tel. (262) 522-2280