UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Hypervibe, Inc.　　　　　　　　　　Case No. 20-27367-GMH
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　Debtor.

**TRUSTEE'S STATEMENT OF ABANDONMENT**

Pursuant to the Notice of Trustee's Intent to Abandon Property of the Estate, which was duly mailed to creditors and parties in interest, and no timely objections having been filed and sustained, the trustee hereby abandons the Estate's interest in the following property:

1. Cash on hand of $1,372.36.

Dated this 8th day of November, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Bruce A. Lanser, Trustee

Bruce A. Lanser
Chapter 7 Trustee
Suite 201
N14 W24200 Tower Place
Waukesha, WI  53188
262/522-2280 (Phone)
262/522-2289 (Fax)
blanser@lanserlaw.com