11/13/2021

Dear Mr. Lanser,

My name is Marcie Conklin and I had bought tickets from Hypervibe, Inc for VIP seating for 2020's Country USA which was rescheduled, and then cancelled altogether: and then Hypervibe declared bankruptcy. I received a refund check in the mail for $146 dollars and was hoping that was only a partial refund? I paid $677.25 for those tickets on June 28, 2019 during the pre-sale for 2020's event. I am hoping that I will be receiving ANOTHER refund check in the near future?? I am not expecting to get the full price back, but was hoping to get at least HALF!! I am very upset, because that was an AWFUL LOT of money!!! I am enclosing a copy of my credit card statement as proof.

Hoping to hear from you soon,

Marcie Conklin

910 Clairville Rd.

Oshkosh, WI 54904

920-407-2880

# Go paperless

## Sign up for paperless and eliminate paper statements.



✓ **Save money**
No stamps, no trips to the post office.

✓ **Prevent clutter**
No paper to pile up or file.

✓ **Save trees**
Less paper helps the environment.

To sign up for paperless, visit SamsClub.com/credit, log in to your Sam's Club® Consumer credit account (or register today as a first-time user), click the "*Activity*" tab, then "*Statements*," and then "*Enroll in eStatements*."

**Sam's Club® World Mastercard®**

VIPpeuts

**MARCIE CONKLIN**
Account Number ending in 3559

Visit samsclub.com/credit or Call 1-844-335-5919

Statement Closing Date 07/24/2019

| Date Tran | Post | Transaction Reference # | Description | Amount |
|---|---|---|---|---|
| 06/28 | 06/28 | 55429505LS0MLMXSH | COUNTRYUSAHYPERVIBE 9208824949 WI | $677.25 |
| 07/10 | 07/10 | 55432865Z5SNNYJZ2 | SXM*SIRIUSXM.COM/ACCT 888-635-5144 | $20.35 |
| 07/13 | 07/13 | 5543286625SGZ004S | JUSTANSWER *MEMBERSHP 800-240-1371 CA | $28.00 |
| 07/16 | 07/16 | | **FEES** LATE FEE | $29.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | $29.00 |
| 07/24 | 07/24 | | **INTEREST CHARGED** INTEREST CHARGE ON PURCHASES | $123.75 $0.00 |
| 07/24 | 07/24 | | INTEREST CHARGE ON CASH ADVANCES | $123.75 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | |

| | |
|---|---|
| Total Fees Charged | $29.00 |
| Total Interest Charged | $123.75 |
| Total Interest Paid | |

(v) = variable rate

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Regular Purchases and Cash | N/A | 17.15% (v) | $8,495.41 | $123.75 |
| Over | N/A | 22.15% (v) | $0.00 | $0.00 |
| Cash Advances | | | | |

Eligible card purchases may be billed under one of the following promotions: No Interest if Paid in Full within 6, 12, 18, 24 or 36 months. Under each of these promotions, if the promotional balance is not paid in full within the promotional period, interest will be imposed from the date of purchase at a rate of 17.15%. If a (v) is shown after your APR in the Interest Charge Calculation section of this billing statement, the APR is a variable rate and will vary with the market based on the Prime Rate. Minimum monthly payments are required. See promotional advertising for further details.