UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:                          )
HYPERVIBE, INC.                 )   Case No. 20-27367 GMH
                                )
                                )   LIST OF NAMES AND POST
                                )   OFFICE ADDRESS FOR
Debtor(s)                       )   UNCLAIMED FUNDS

I, the undersigned case trustee, certify that:

1. The final disbursement to creditors has been completed.

2. All final disbursement checks payable in this case have been cashed except that checks issued to the entities listed below have been stopped for payment because they have either been returned as undeliverable or 90 days have passed since issuance.

3. I verify the address used for mailing to each entity matches the most recent address in the court files for that entity, and I made all other reasonable attempts to deliver each check.

4. A check for the total of all such unclaimed funds listed below in the amount of $8,535.68 is attached hereto, payable to the Clerk of the U.S. Bankruptcy Court, for deposit in the U.S. Treasury.

5. The following is a list of the names of, and mailing address used for, the entities entitled to the following sums:

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| 3634 | Madison Wagner<br>N8626 Winding Trail Drive<br>Menasha, WI 54952 | 81.87 |
| 3670 | Megan Faude<br>10 Banner Cir<br>Madison, WI 53718-5371 | 23.30 |
| 3621 | Bridgette Lammers<br>P.O. Box 102<br>White Pine, MI 49971 | 105.18 |
| 3722 | Nathanael Zastrow<br>N4750 Popp Rd.<br>Jefferson, WI 53549 | 65.50 |
| 3582 | Brinlee Hall<br>267 Prairie Grass Rd<br>Oregon, WI 53575 | 29.60 |
| 3741 | Amanda Pinkston<br>404 N 2nd St<br>Malta, IL 60150 | 172.90 |
| 3853 | Robert S. Feulner<br>18 Washington Rd | 175.58 |

390 (8/1/99)

|  |  |  |
|---|---|---:|
|  | Scotia, NY 12302 |  |
| 3864 | Madelyn Hanagan<br>2226 Deer Prairie Dr.<br>Neenah, WI 54956 | 22.05 |
| 3820 | Carmen Roehl<br>615 Hall St<br>Ripon, WI 54971 | 40.31 |
| 3566 | Lisa Dorn<br>1125 W Parkway Blvd<br>Appleton, WI 54914 | 149.97 |
| 3815 | Elizabeth A Burns<br>W9070 Marianne Way<br>Hortonville, WI 54944 | 29.60 |
| 3545 | Margie Canfield<br>N170W20176 Willow Ridge Dr.<br>Jackson, WI 53037 | 59.20 |
| 3161 | Easton Meyer<br>3839 30th Ave S Apt 301<br>Fargo, ND 58104 | 166.13 |
| 3268 | Lauren VanderMause<br>1552 Kingswood Dr<br>Neenah, WI 54956 | 23.30 |
| 3048 | Kaden Callaway<br>820 Stark St<br>Wausau, WI 54403 | 32.75 |
| 3304 | Eli Cisneroz<br>509 Edward Drive<br>Green Bay, WI 54302 | 35.99 |
| 3036 | Kali Enstad<br>528 8th Ave South Apt. A<br>Saint Cloud, MN 56301 | 71.80 |
| 3379 | Tanya Garfoot<br>202 North Main Street, P.O. Box 978<br>Pardeeville, WI 53954 | 91.02 |
| 3465 | Kathryn Kreuser<br>N136 W15015 Bonniwell Rd<br>Germantown, WI 53022 | 46.61 |
| 3515 | Taylor Sanderfoot<br>312 E Richland St<br>Lone Rock, WI 53556 | 39.21 |
| 3459 | Brooke Yokiel | 257.62 |

390 (8/1/99)

|  |  |  |
|---|---|---:|
|  | 935 N 10th Street<br>Manitowoc, WI 54220 |  |
| 3877 | Dave Bader<br>136 Lamplighter Dr #7<br>Kaukauna, WI 54130 | 481.86 |
| 3458 | Bryce Demeny<br>2353 Sunny Ln Apt M<br>Suamico, WI 54313 | 111.47 |
| 3964 | Whitney Everard<br>5687 Townline Rd.<br>Sturgeon Bay, WI 54235 | 46.61 |
| 3937 | Morgan Krause<br>829 Jackson Street<br>Oshkosh, WI 54901 | 20.10 |
| 4502 | Alison Makinen<br>1022 Vine St. Unit 1<br>LaCrosse, WI 54601 | 15.00 |
| 4550 | Kyle Nabbefeld<br>816 S Kensington Dr<br>Appleton, WI 54915 | 20.15 |
| 4455 | Justin Smith<br>1200 Park Ave<br>Oconto, WI 54153 | 215.74 |
| 4569 | Conner Lanman<br>701 Ash Street<br>Baraboo, WI 53913 | 78.10 |
| 4413 | Drew Rodgers<br>149 N State St Apt B<br>Berlin, WI 54923 | 165.34 |
| 4574 | Ashley Franklin<br>138 Cal Drive<br>Limestone, TN 37681 | 238.49 |
| 4649 | Holly Hotchkiss<br>122 Aucila Rd<br>Cocoa Beach, FL 32931 | 191.80 |
| 4669 | Sarah Christian<br>152828 Phlox Lane<br>Wausau, WI 54401 | 20.15 |
| 4648 | Ryan Sinjakovic<br>N2291 County Road SS<br>Campbellsport, WI 53010 | 20.15 |

390 (8/1/99)

| | | |
|---|---|---:|
| 4400 | Madison Hardy<br>3645 Cherryvale Pl Unit 1<br>Appleton, WI 54913 | 143.93 |
| 4637 | Angie Hodkiewicz<br>N7611 Lower Cliff Rd<br>Sherwood, WI 54169 | 65.50 |
| 4371 | Carissa Dollahite<br>5536 Washington Rd. Apt 205<br>Kenosha, WI 53144 | 91.02 |
| 4148 | Luke N. Mangold<br>W5087 Fox Lane<br>Sherwood, WI 54169 | 20.15 |
| 4230 | Abigail Sordahl<br>1416 Anderson Avenue<br>Wakefield, MI 49968 | 61.41 |
| 4134 | Kennedy Klaus<br>1602 Rockwell Court<br>Green Bay, WI 54313 | 39.05 |
| 4231 | James Back<br>4510 Whip or Will Lane<br>Wisconsin Rapids, WI 54494 | 29.76 |
| 4012 | Luke Ziemer<br>501 Second Street<br>Kewaunee, WI 54216 | 40.31 |
| 4255 | Scott Hallgren<br>513 Nebraska Circle<br>Carol Stream, IL 60188 | 105.19 |
| 4331 | Mitchell Waechter<br>228 South Elm St<br>Campbellsport, WI 53010 | 40.31 |
| 4359 | Claudia Murray<br>301 E. Wentworth Ln.<br>Appleton, WI 54913 | 60.46 |
| 4299 | Mariah Wallace<br>17181 Nixon Street NW<br>Elk River, MN 55330 | 172.90 |
| 2943 | Ellissa Hohensee<br>W5229 Harrison Rd.<br>Hilbert, WI 54129 | 35.90 |
| 4297 | Lexi Steele<br>W5100 State Highway M69<br>Felch, MI 49831 | 111.47 |

390 (8/1/99)

| | | |
|---|---|---:|
| 2921 | Shania Shea<br>225 Clark Street<br>Saint Cloud, WI 53079 | 46.61 |
| 2936 | Taylor Denis<br>3362 Wynding Ridge Way<br>Suamico, WI 54313 | 18.00 |
| 976 | Erica Howerton<br>2406 N. Linwood Ave<br>Appleton, WI 54914 | 22.50 |
| 990 | Austin Bonlender<br>212 Prairie Fox Ct<br>North Fond Du Lac, WI 54937 | 150.07 |
| 975 | Emily Bourin<br>2253 W. Hiawatha Dr.<br>Appleton, WI 54914 | 21.00 |
| 998 | Rachael Bissett<br>5199 High Pointe Dr<br>Winneconne, WI 54986 | 81.87 |
| 957 | Mike Boelter<br>1629 Cedar St<br>Oshkosh, WI 54901 | 295.26 |
| 1069 | Dylan Falk<br>527 W Plymouth St<br>Jefferson, WI 53549 | 39.21 |
| 1382 | Nikole J. Schneider<br>209 Hubbard St.<br>Oakfield, WI 53065 | 166.13 |
| 1429 | Jaymie Brown<br>N9316 Bellflower CT<br>Appleton, WI 54915 | 94.47 |
| 1286 | Michael Wooley<br>2409 Memorial Drive<br>Green Bay, WI 54303 | 119.98 |
| 934 | Joseph Bruley<br>204 E. Brewster St<br>Appleton, WI 54911 | 143.93 |
| 1119 | Katherine Wolff<br>2530 N. Williams St.<br>Appleton, WI 54914 | 58.26 |
| 700 | Eric Kuchelmeister<br>1806 Schaefer Circle | 20.15 |

390 (8/1/99)

|  |  |  |
|---|---|---:|
|  | Appleton, WI 54915 |  |
| 202 | Jessica C. Lorenz<br>10928 Cave of the Mound Rd<br>Blue Mounds, WI 53517 | 45.51 |
| 228 | Jimmie Walker<br>835 Madison St<br>Beaver Dam, WI 53916 | 203.14 |
| 117 | Gage Larson<br>1595 South Park Avenue<br>Neenah, WI 54956 | 98.98 |
| 362 | Tyler Peszko<br>5980 Carolines Way<br>Hartford, WI 53027 | 29.60 |
| 23 | Nichole Harris<br>4717 Hoover St<br>Oregon, WI 53575 | 78.43 |
| 408 | Trista Kluge<br>112 Center St<br>Fox Lake, WI 53933 | 20.15 |
| 594 | Miranda Geneman<br>404 Franklin St. #4<br>Watertown, WI 53094 | 53.23 |
| 663 | Elizabeth Greiber<br>6186 Barman Rd<br>Waunakee, WI 53597 | 23.30 |
| 511 | Crystal Theunis<br>265 Paddy Court<br>Wrightsown, WI 54180 | 23.30 |
| 1460 | Ryan A. Pyatt<br>249 Irene Street,<br>Green Bay, WI 54302 | 20.15 |
| 426 | Kristofer Capek<br>3430 Norton Street, Apt. 206<br>Wisconsin Rapids, WI 54494 | 39.21 |
| 1555 | Jeffrey Butler<br>727 22nd Ave North<br>South Saint Paul, MN 55075 | 215.26 |
| 1472 | Halie Flores<br>6968 Tanglewood Rd<br>San Diego, CA 92111 | 20.15 |
| 2604 | Julie Routhieaux | 46.61 |

390 (8/1/99)

|  |  |  |
|---|---|---:|
|  | 901 Carol Lynn Dr<br>Little Chute, WI 54140 |  |
| 2622 | Patti Amann<br>1218 South Main St.<br>Mishicot, WI 54228 | 112.75 |
| 2432 | Jenna Koshakow<br>6971 N. Seville Ave.<br>Glendale, WI 53209 | 20.15 |
| 2641 | Kaylie Gould<br>615 N State Highway M94<br>Manistique, MI 49854 | 29.99 |
| 2385 | Marah Van<br>1319 8th Street<br>Marinette, WI 54143 | 186.29 |
| 2698 | Margo Drew<br>26427 147th St NW<br>Zimmerman, MN 55398 | 78.42 |
| 2838 | Anthony Schmalz<br>3604 Don DeGroot Dr<br>Kaukauna, WI 54130 | 32.09 |
| 2885 | Kaitlyn Waller<br>219 North Dousman<br>Prairie Du Chien, WI 53821 | 32.75 |
| 2810 | Erich Berndt<br>1518 Iris Drive<br>Manitowoc, WI 54220 | 117.63 |
| 2381 | Justin M Heil<br>1041 W Elm Drive<br>Little Chute, WI 54140 | 388.72 |
| 2706 | Bailee Kimbel<br>8689 E 14 Rd<br>Manton, MI 49663 | 78.41 |
| 2361 | Tyler Kroes<br>3085 County Line Road<br>De Pere, WI 54115 | 20.47 |
| 1788 | Adam Hauser<br>2967 Adobe Dr.<br>Fort Collins, CO 80525 | 39.21 |
| 1889 | Shane Conner Bushie<br>642 2nd Blvd<br>Hancock, WI 54943 | 39.21 |

390 (8/1/99)

| | | |
|---|---|---:|
| 1780 | John Bado<br>32 Smith Street<br>Howell, NJ 07731 | 120.47 |
| 1890 | Nicole Schomaker<br>425 Prairie Way<br>Wrightstown, WI 54180 | 122.19 |
| 1736 | Lady Destiny Wollnik<br>a/k/a Destiny Castro, 7208 Van Buren St.<br>Merrillville, IN 46410 | 86.45 |
| 2095 | Kenzie Hochrein<br>213 Reeds Drive<br>West Bend, WI 53095 | 23.30 |
| 2353 | Joseph Kulakowski<br>42 Union St<br>Hartford, WI 53027 | 81.57 |
| 2356 | Aya Cairns<br>8520 Hazel Ln<br>Waterford, WI 53185 | 79.84 |
| 2203 | Grace Maki<br>N106W15927 Creek Ter<br>Germantown, WI 53022 | 23.30 |
| 6 | Kelly Vannucci<br>W144 S7561 Indian Trl<br>Muskego, WI 53150 | 242.20 |
| 2108 | Allison Berger<br>5436 Wind Dancer Court<br>Sheboygan, WI 53081 | 24.00 |

**TOTAL: $ 8,535.68**

DATED: November 19, 2021          /s/ BRUCE A. LANSER
                                  BRUCE A. LANSER, Trustee

390 (8/1/99)