UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: Hypervibe, Inc.,            Case No. 20-27367-GMH
                                                Chapter 7
            Debtor.

## LIST OF NAMES AND ADDRESSES FOR UNCLAIMED FUNDS

I, the undersigned Trustee, certify that:

1. The final disbursement to creditors has been completed.
2. All final disbursement checks payable in this case have been cashed except that checks issued to the creditors below have been stopped for payment because more than 90 days have passed since issuance of the original checks and more than 30 days have passed since replacement checks were issued.
3. I verify the address used for mailing matches the most recent address provided by the creditors and I have made all reasonable attempts to deliver each check.
4. A check for the total of all unclaimed funds listed below in the amount of $679.48 is attached hereto, payable to the Clerk – U.S. Bankruptcy Court, for deposit in the U.S. Treasury.
5. The following is a list of names and addresses used for the creditors entitled to the following sums:

| Claim No. | Name/address | Amount |
|---|---|---|
| 3576 | Maria Homier-McNamee<br>E8280 County Road H<br>Fremont, WI 54940 | $ 46.61 |
| 4419 | Marce Marce<br>Aka Marcelo Ranilla<br>2447 Mayo St.<br>Hollywood, FL 33020 | $466.74 |
| 4527 | Kevin Grace<br>1626 N. Prospect Ave., Apt. #1904<br>Milwaukee, WI 53202 | $166.13 |
| Total | | $679.48 |

Dated: December 8, 2021                          /s/ Bruce A. Lanser, Trusteee
                                                                        Bruce A. Lanser, Trustee
                                                                        N14 W24200 Tower Pl. #201
                                                                        Waukesha, WI 53188
                                                                        (262) 522-2280
                                                                        blanser@lanserlaw.com