UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:                                                              Case No. 20-27367-GMH
        HYPERVIBE, INC.

                Debtor                                        Chapter 7

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

The Chapter 7 Trustee has filed a Final Report and Final Account with the Court and the United States Trustee under 11 U.S.C. § 704(a)(9) certifying that the estate of the Debtor has been fully administered and certifying that no timely objections have been filed by the United States Trustee or any party in interest. Accordingly, pursuant to 11 U.S.C. § 350(a) and Rule 5009, Fed. R. Bankr. P.,

IT IS ORDERED that:

1. BRUCE A. LANSER is hereby discharged as Trustee of the estate of **HYPERVIBE, INC.**, Debtor.

2. This case is hereby closed effective this date.

#####