**BRUCE A. LANSER**
**Chapter 7 Trustee**

March 16, 2022

Honorable G. Michael Halfenger
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    Hypervibe, Inc.
              Chapter 7, Case No. 20-27367

Dear Judge Halfenger:

    I am writing to inquire about the status of the closing Order that was submitted in this case on February 8, 2022, along with my Final Account. I would appreciate your clerk contacting me concerning any deficiencies they may exist on my end and to otherwise advise when I might expect the Order to be signed. Thank you.

Very truly yours,

Bruce A. Lanser
Chapter 7 Trustee

N14 W24200 Tower Place, Suite 201, Waukesha, WI 53188 * 262-522-2280 * blanser@lanserlaw.com