**BRUCE A. LANSER**
**Chapter 7 Trustee**

March 16, 2022

Honorable G. Michael Halfenger
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re:    Hypervibe, Inc.
                Chapter 7, Case No. 20-27367

Dear Judge Halfenger:

      I wish to apologize for my letter to you of March 16, 2022, (ECF No. 215) and the insolent tone it suggests. I am embarrassed to say I was unfamiliar with Rule 5009(a)'s 30 day period and had missed your docket entry (ECF No. 39) in case no. 21-22374. Again, my most sincere apologies; it won't happen again. Thank you.

Very truly yours,

Bruce A. Lanser
Chapter 7 Trustee