**Based on the trustee's correspondence filed on March 20, 2022, the trustee is relieved of all duties imposed by the court's March 17, 2022 order. The April 4, 2022 hearing is canceled.**



So Ordered.

Dated: March 21, 2022

G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: <br>     HYPERVIBE, INC. | Case No. 20-27367-GMH |
|     Debtor | Chapter 7 |

**ORDER DISCHARGING TRUSTEE AND CLOSING CASE**

The Chapter 7 Trustee has filed a Final Report and Final Account with the Court and the United States Trustee under 11 U.S.C. § 704(a)(9) certifying that the estate of the Debtor has been fully administered and certifying that no timely objections have been filed by the United States Trustee or any party in interest. Accordingly, pursuant to 11 U.S.C. § 350(a) and Rule 5009, Fed. R. Bankr. P.,

IT IS ORDERED that:

1. BRUCE A. LANSER is hereby discharged as Trustee of the estate of **HYPERVIBE, INC.**, Debtor.

2. This case is hereby closed effective this date.

#####