United States Bankruptcy Court
Eastern District of Wisconsin

| | |
|---|---|
| In re: | Case No. 20-27367-gmh |
| Hypervibe, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: adkt | Page 1 of 1 |
| Date Rcvd: Mar 21, 2022 | Form ID: pdf6 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Hypervibe, Inc., 2065 American Dr., Ste. A, Neenah, WI 54956-1095 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce A. Lanser | on behalf of Trustee Bruce A. Lanser wi10@ecfcbis.com |
| Bruce A. Lanser | wi10@ecfcbis.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Paul G. Swanson | on behalf of Debtor Hypervibe Inc. pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com;9572849420@filings.docketbird.com |

TOTAL: 4

**Based on the trustee's correspondence filed on March 20, 2022, the trustee is relieved of all duties imposed by the court's March 17, 2022 order. The April 4, 2022 hearing is canceled.**

So Ordered.

Dated: March 21, 2022



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | Case No. 20-27367-GMH |
|---|---|
| HYPERVIBE, INC. | |
| Debtor | Chapter 7 |

### ORDER DISCHARGING TRUSTEE AND CLOSING CASE

The Chapter 7 Trustee has filed a Final Report and Final Account with the Court and the United States Trustee under 11 U.S.C. § 704(a)(9) certifying that the estate of the Debtor has been fully administered and certifying that no timely objections have been filed by the United States Trustee or any party in interest. Accordingly, pursuant to 11 U.S.C. § 350(a) and Rule 5009, Fed. R. Bankr. P.,

IT IS ORDERED that:

1. BRUCE A. LANSER is hereby discharged as Trustee of the estate of **HYPERVIBE, INC.**, Debtor.

2. This case is hereby closed effective this date.

#####